UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RED BARN MOTORS, INC., DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC., as successor-in-interest to DEALER SERVICES CORPORATION, and LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C. <br><br> Defendants. | CIVIL ACTION NO._____ |

SUMMONS IN A CIVIL ACTION

TO:  NEXTGEAR CAPITAL, INC., as successor-in-interest to
     DEALER SERVICES CORPORATION
     1320 City Center Drive, Suite 100
     Carmel, Indiana 46032

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this summons on you (not counting the day you received it) you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Cassie E. Felder
Cassie Felder & Associates, L.L.C.
263 3rd Street
Baton Rouge, Louisiana 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RED BARN MOTORS, INC.,
DONALD B. RICHARDSON, AND
BARBARA A. RICHARDSON,

    Plaintiffs,

v.

NEXTGEAR CAPITAL, INC.,
as successor-in-interest to
DEALER SERVICES CORPORATION,
and LOUISIANA'S FIRST CHOICE
AUTO AUCTION, L.L.C.

    Defendants.

CIVIL ACTION NO._____

## SUMMONS IN A CIVIL ACTION

TO:   LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.
      18310 Woodscale Road
      Tangipahoa, Louisiana 70401

    A lawsuit has been filed against you.

    Within twenty-one (21) days after service of this summons on you (not counting the day you received it) you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

           Cassie E. Felder
           Cassie Felder & Associates, L.L.C.
           263 3rd Street
           Baton Rouge, Louisiana 70801

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____

_____
*Signature of Clerk or Deputy Clerk*