AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| RED BARN MOTORS, INC., DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON, <br><br> *Plaintiff(s)* <br> v. <br><br> NEXTGEAR CAPITAL, INC., as successor-in-interest to DEALER SERVICES CORPORATION, and LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:13-cv-00778-BAJ-RLB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NEXTGEAR CAPITAL, INC., as successor-in-interest to DEALER SERVICES CORPORATION
1320 City Center Drive, Suite 100
Carmel, Indiana 46032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cassie E. Felder
Cassie Felder & Associates, L.L.C.
263 3rd Street, Suite 308
Baton Rouge, Louisiana 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nick J. Lorio
*CLERK OF COURT*

Date:   December 05, 2013              *Cheletta A. Plummer*
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| RED BARN MOTORS, INC.,<br>DONALD B. RICHARDSON, AND<br>BARBARA A. RICHARDSON,<br><br>*Plaintiff(s)*<br>v.<br>NEXTGEAR CAPITAL, INC., as successor-in-interest<br>to DEALER SERVICES CORPORATION, and<br>LOUISIANA'S FIRST CHOICE AUTO AUCTION,<br>L.L.C.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:13-cv-00778-BAJ-RLB<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.
18310 Woodscale Road
Tangipahoa, Louisiana 70401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cassie E. Felder
Cassie Felder & Associates, L.L.C.
263 3rd Street, Suite 308
Baton Rouge, Louisiana 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
*CLERK OF COURT*

Date: December 05, 2013

*Signature of Clerk or Deputy Clerk*