UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RED BARN MOTORS, INC.,**<br>**DONALD B. RICHARDSON, AND**<br>**BARBARA A. RICHARDSON**<br><br>    **Plaintiffs**<br><br>v.<br><br>**NEXTGEAR CAPITAL, INC.,**<br>**as successor-in-interest to DEALER**<br>**SERVICES CORPORATION, AND**<br>**LOUISIANA FIRST CHOICE AUTO**<br>**AUCTION, L.L.C.**<br><br>    **Defendants** | **CIVIL ACTION**<br>**NO. 3:13-CV-00778-BAJ-RLB** |

**MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADING**

**NOW INTO COURT**, through undersigned counsel, comes Nextgear Capital, Inc. as successor-in-interest to Dealer Services Corporation ("Nextgear"), Defendant in the above captioned matter, who respectfully represents:

1.

Red Barn Motors, Inc., Donald B. Richardson and Barbara A. Richardson (collectively "Plaintiffs"), filed a Complaint against Nextgear on or about December 3, 2013.

2.

Plaintiffs served a copy of the Summons and Complaint on Nextgear via certified mail on December 26, 2013.

3.

The current time period within which to respond to the Complaint expires on January 16, 2014.

4.

Nextgear has not requested any previous extension of time in this matter and there has been no objection filed in the record by Plaintiff to our extension of time.

5.

Therefore, pursuant to Local Rule 7.6, Nextgear requests a twenty-one (21) day extension of time through February 6, 2014 to respond to the Complaint filed by Plaintiffs.

**WHEREFORE,** Nextgear Capital, Inc., as successor-in-interest to Dealer Services Corporation, prays:

1. That this Court issue an Order continuing the deadline for filing responsive pleadings to the Complaint by Red Barn Motors, Inc., Donald B. Richardson, and Barbara A. Richardson through and until the 6th day of February, 2014; and

2. For such other and further relief as may be just in the premises.

                                          Respectfully submitted:

                                          ADAMS AND REESE LLP

*/s/Robin B. Cheatham*
Robin B. Cheatham, Bar No. 4004
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Ph: (504) 581-3234
Fx: (504) 566-0210

*Attorneys to Nextgear Capital, Inc., as successor-in-interest to Dealer Services Corporation*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the Motion for Extension of Time to File Responsive Pleadings has been served upon Cassie E. Felder, Cassie Felder & Associates, L.L.C., 263 3rd Street, Suite 308, Baton Rouge, LA 70801, via the court's electronic filing system this 16th day of January 2014.

          /s/Robin B. Cheatham
          Robin B. Cheatham