UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RED BARN MOTORS, INC.,
DONALD B. RICHARDSON, AND
BARBARA A .RICHARDSON
    Plaintiffs
v.

NEXTGEAR CAPITAL, INC.,
as successor-in-interest to DEALER
SERVICES CORPORATION, AND
LOUISIANA FIRST CHOICE AUTO
AUCTION, L.L.C.
    Defendants

CIVIL ACTION
NO. 3:13-CV-00778-BAJ-RLB

## O R D E R

The Court having considered the Motion for Extension of Time to File Responsive Pleading filed by Nextgear Capital, Inc. as successor-in-interest to Dealer Services Corporation (R. Doc. 6), and finding that there is good cause to grant same, accordingly;

**IT IS ORDERED** that the Motion be and the same hereby is ***GRANTED.***

**IT IS FURTHER ORDERED** that the deadline for filing responsive pleadings to the complaint filed by Red Barn Motors, Inc., Donald B. Richardson, and Barbara A. Richardson is extended until February 6, 2014.

Signed in Baton Rouge, Louisiana, on January 23, 2014.

                                      RICHARD L. BOURGEOIS, JR.
                                      UNITED STATES MAGISTRATE JUDGE