UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RED BARN MOTORS, INC, <br> DONALD B. RICHARDSON, AND <br> BARBARA A. RICHARDSON | CIVIL ACTION NO. 13-00778 |
| VERSUS | JUDGE BRIAN A. JACKSON |
| NEXTGEAR CAPITAL, INC, <br> as successor-in-interest to DEALER <br> SERVICES CORPORATION, and <br> LOUISIANA'S FIRST CHOICE AUTO <br> AUCTION, L.L.C. | MAG. RICHARD L. BOURGEOIS, JR. |

*************************************************************************

## ORDER

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings to Plaintiffs' complaint;

**IT IS ORDERED**, Louisiana's First Choice Auto Auction, L.L.C.'s Motion for Extension of Time is GRANTED.

Baton Rouge, Louisiana, this _____ day of _____, 2014.

_____
JUDGE