UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RED BARN MOTORS, INC,** **DONALD B. RICHARDSON, AND** **BARBARA A. RICHARDSON** | **CIVIL ACTION NO. 13-00778** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **NEXTGEAR CAPITAL, INC,** **as successor-in-interest to DEALER** **SERVICES CORPORATION, and** **LOUISIANA'S FIRST CHOICE AUTO** **AUCTION, L.L.C.** | **MAGISTRATE JUDGE** **RICHARD L. BOURGEOIS, JR.** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings to Plaintiffs' complaint (R. Doc. 8);

**IT IS ORDERED** that the Motion for Extension of Time is GRANTED. Louisiana's First Choice Auto Auction, L.L.C. is granted an extension of time until February 10, 2014 to file responsive pleadings.

Signed in Baton Rouge, Louisiana, on February 3, 2014.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE