UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RED BARN MOTORS, INC., <br> DONALD B. RICHARDSON, AND <br> BARBARA A. RICHARDSON <br> <br> VERSUS <br> <br> NEXTGEAR CAPITAL, INC. <br> AS SUCCESSOR-IN-INTEREST TO <br> DEALER SERVICES CORPORATION, <br> AND LOUISIANA'S FIRST CHOICE <br> AUTO AUCTION, L.L.C. | *<br>*  CIVIL ACTON NO.: 3:13-CV-00778-BAJ-RLB<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS PURSUANT TO**
**RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM**

**NOW COMES** Defendant, NextGear Capital, Inc., as successor-in-interest to Dealer Services Corporation (hereinafter "NextGear"), through undersigned counsel, who moves this Court to dismiss Plaintiff's Barbara Richardson's complaint for failure to state a claim upon which relief can be granted.

Ms. Richardson also lacks standing to bring this suit. She has not suffered an actual injury and fails to even allege one in the complaint. In addition, Ms. Richardson cannot assert a private cause of action on behalf of Red Barn Motors Inc., as the right, if any, belongs to the corporation. As demonstrated more fully in the attached memorandum in support, Ms. Richardson lacks standing to assert these claims and thus should be dismissed accordingly.

Moreover, Red Barn lacks standing to pursue any alleged claims due to its failure to obtain authority to employ counsel from the United States Bankruptcy Court Middle District of Louisiana. Further Red Barn did not specifically and unequivocally reserve the alleged claims against NextGear in its Amended Plan of Reorganization that was confirmed.

1

WHEREFORE Defendant NextGear respectfully prays that this Motion to Dismiss be granted and Plaintiffs' Barbara Richardson and Red Barn claims be dismissed with prejudice, and for all other relief deemed just and proper.

    Respectfully submitted,

    ADAMS AND REESE LLP

    s/ *Robin B. Cheatham*
    Robin B. Cheatham (LA Bar No. 4004)
    Jennifer Barriere (LA Bar No. 34435)
    One Shell Square
    701 Poydras Street, Suite 4500
    New Orleans, LA  70139
    Telephone: (504) 581-3234
    Facsimile: (504) 566-0201
    *Attorneys for NextGear Capital, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of February 2014 served a copy of the foregoing Motion to Dismiss on all counsel of record via electronic service by the court's CM\ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

- **Lisa Brener**
  lbrener@brenerlawfirm.com,tkeller@brenerlawfirm.com
- **Robin B. Cheatham**
  robin.cheatham@arlaw.com,owensvc@arlaw.com
- **Cassie E Felder**
  cfelder@felderllc.com,joshua@felderllc.com,sabreen@felderllc.com,jeremiah@felderllc.com

    */s/Robin B. Cheatham*
    Robin B. Cheatham