UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RED BARN MOTORS, INC.,                       *
DONALD B. RICHARDSON, AND          *   CIVIL ACTON NO.: 3:13-CV-00778-BAJ-RLB
BARBARA A. RICHARDSON                   *
                                                             *
VERSUS                                                *
                                                             *
NEXT GEAR CAPITAL, INC.                     *
AS SUCCESSOR-IN-INTEREST TO          *
DEALER SERVICES CORPORATION,    *
AND LOUISIANA'S FIRST CHOICE         *
AUTO AUCTION, L.L.C.                           *
* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING DISMISSAL OF CLAIMS OF BARBARA A. RICHARDSON AND RED BARN MOTORS, INC.

Considering the Motion to Dismiss Pursuant to Rule 12(b)(6) for Failure to State a Claim,

IT IS ORDERED that NextGear Captial Inc.'s Motion to Dismiss is **GRANTED**.

IT IS FURTHER ORDERED that the claims of Barbara A. Richardson and Red Barn

Motors, Inc.  be and the same are hereby dismissed with prejudice.

Baton Rouge, Louisiana this _____ day of February, 2014.


_____
UNITED STATES DISTRICT JUDGE