UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RED BARN MOTORS, INC,               CIVIL ACTION NO. 13-00778
DONALD B. RICHARDSON, AND
BARBARA A. RICHARDSON

VERSUS                       JUDGE BRIAN A. JACKSON

NEXTGEAR CAPITAL, INC,         MAG. RICHARD L. BOURGEOIS, JR.
as successor-in-interest to DEALER
SERVICES CORPORATION, and
LOUISIANA'S FIRST CHOICE AUTO
AUCTION, L.L.C.
************************************************************************

**LOUSIANA'S FIRST CHOICE AUTO AUCTION L.L.C, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR, ALTERNATIVELY, MOTION TO DISMISS THE INDIVIDUAL PLAINTIFFS AND MOTION FOR A MORE DEFINITE STATEMENT**

**NOW INTO COURT,** through undersigned counsel, comes Louisiana's First Choice Auto

Auction, L.L.C., who, pursuant to the Federal Rules of Civil Procedure, Rules 12(b)(6) and 12(e),

submits its Motion to Dismiss or, alternatively, Motion to Dismiss the individual plaintiffs and

Motion for More Definite Statement.

The grounds for this motion are set forth more fully in the attached memorandum.

1

Respectfully submitted,

/s/Lisa Brener
Lisa Brener, La. Bar#01809
Chelsea Cusimano, La. Bar #34857
**Brener Law Firm, LLC**
3640 Magazine Street
New Orleans, LA 70115
Telephone: (504) 302-7802
Facsimile: (504)304-4759
lbrener@brenerlawfirm.com

*Attorneys for Defendant, Louisiana's First Choice Auto Auction, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2014, a copy of the foregoing Motion to Dismiss for

Failure to State Claim upon which Relief May be Granted or, Alternatively, and Motion to Dismiss

Individual Plaintiffs and Motion for a More Definite Satement was filed electronically with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing to the

following:

Cassie E. Felder
Cassie Felder & Associates, L.L.C.
263 3rd Street, Suite 308
Baton Rouge, LA 70801

Robin B. Cheatham
Adams & Reese, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

/s/ Lisa Brener
Lisa Brener

2