## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RED BARN MOTORS, INC, DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON | CIVIL ACTION NO. 13-00778 |
| VERSUS | JUDGE BRIAN A. JACKSON |
| NEXTGEAR CAPITAL, INC, as successor-in-interest to DEALER SERVICES CORPORATION, and LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C. | MAG. RICHARD L. BOURGEOIS, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO NEXTGEAR'S MOTION TO TRANSFER

Louisiana's First Choice Auto Auction, L.L.C. ("First Choice"), appearing herein through undersigned counsel, hereby moves for leave to file a brief Supplemental Opposition to NextGear's Motion to Transfer. In its reply brief, NextGear cites cases and relies on a principle of law that are inapplicable to the case before this Court, and First Choice requests an opportunity to address this issue.

Respectfully Submitted:

/s/ Lisa Brener
Lisa Brener, La. Bar #01809
Chelsea Cusimano, La. Bar #34857
**Brener Law Firm, LLC**
3640 Magazine Street
New Orleans, LA 70115
Telephone: (504) 302-7802
Facsimile: (504)304-4759
lbrener@brenerlawfirm.com

*Attorneys for Louisiana's First Choice Auto Auction*

1

## CERTIFICATE OF SERVICE

I hereby certify that on 11th day of March a copy of the foregoing Motion for Leave to File Supplemental Opposition to NextGear's Motion to Transfer was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Cassie E. Felder  
Cassie Felder & Associates, L.L.C.  
263 3rd Street, Suite 308  
Baton Rouge, LA 70801

Robin B. Cheatham  
Adams & Reese, LLP  
701 Poydras Street, Suite 4500  
New Orleans, LA 70139

/s/Lisa Brener  
Lisa Brener