UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RED BARN MOTORS, INC.,** * | |
| **DONALD B. RICHARDSON, and** * | **CIVIL** |
| **BARABARA A. RICHARDSON** * | **ACTION NO.: 3:13-CV-00778-BAJ-RLB** |
| * | |
| **VERSUS** * | |
| * | |
| **NEXTGEAR CAPITAL, INC.,** * | |
| **as successor-in-interest to** * | |
| **DEALER SERVICES CORPORATION,** * | |
| **and LOUISIANA'S FIRST CHOICE** * | |
| **AUTO AUCTION, L.L.C.** * | |
| * * * * * * * * * * * * * * * * * * | |

## MOTION FOR ORAL HEARING

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Red Barn, LLC, Donald Richardson, and Barbara Richardson who respectfully requests a hearing pursuant to LR 78.1 for the the pending *Motion to Transfer* and *Motion to Dismiss* filed by Defendant NextGear Capital, Inc. and the *Motion to Dismiss* filed by Louisiana's First Choice Auto Auction, L.L.C. in the captioned suit due to the reasons set forth in the attached Memorandum in Support.

Respectfully submitted,

/s/ Joshua P. Melder
**Cassie E. Felder (La. Bar No. 27805)**
**Joshua P. Melder (La. Bar No. 33983)**
CASSIE FELDER & ASSOCIATES, L.L.C.
263 3rd Street, Suite 308
Baton Rouge, Louisiana 70801
Phone: (225) 448-3560
Fax:     (225) 372-2862
Email: cfelder@felderllc.com
          joshua@felderllc.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have, on the 3rd day of April, 2014, served a copy of the foregoing Motion for Oral Hearing on all counsel of record via electronic service by the court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

**Robin B. Cheatham**
Adams & Reese, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139
robin.cheatham@arlaw.com, owensvc@arlaw.com

**Lisa Brener**
Brener Law Firm, L.L.C.
3640 Magazine Street
New Orleans, LA 70115
lbrener@brenerlawfirm.com, tkeller@brenerlawfirm.com

/s/ Joshua P. Melder
_____
**Joshua P. Melder**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | |
| **DONALD B. RICHARDSON, and** | * | CIVIL |
| **BARABARA A. RICHARDSON** | * | ACTION NO.: **3:13-CV-00778-BAJ-RLB** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| as successor-in-interest to | * | |
| **DEALER SERVICES CORPORATION,** | * | |
| and **LOUISIANA'S FIRST CHOICE** | * | |
| **AUTO AUCTION, L.L.C.** | * | |

* * * * * * * * * * * * * * * * * *

### Order

Considering the foregoing Motion for Oral Hearing and Memorandum in Support**,**

**IT IS ORDERED,** that the pending *Motion to Transfer* and *Motion to Dismiss* filed by Defendant NextGear Capital, Inc. and the *Motion to Dismiss* filed by Louisiana's First Choice Auto Auction, L.L.C. be set for hearing on the _____ day of _____, 2014 at _____ _____.

Baton Rouge, Louisiana this _____ day of _____, 2014.

_____
JUDGE