

Date: April 18, 2013

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

To:   Donald Richardson
       8628 Shadow Springs Blvd
       Denham Springs, LA 70726

From: NextGear Capital, LLC
       1320 City Center Dr. Suite 100
       Carmel, Indiana 46032

Re: Notification of Private Disposition of Collateral

To All Interested Parties:
       Red Barn Motors, Inc. 26007 LA Hwy 16 Denham Springs, LA 70726

NextGear Capital will sell the below described collateral privately sometime after Ten (10) days from the date shown above. The collateral to be sold is as follows:

2b3hd46r7yh332773,
1ftdx18w0vnc91783,
2ftrf17243ca08859,
5fnrl186x3b046745,
1lnhm83w7yy888423,
1gcec19r0wr102424,
1ftdf1768vkb57755,
1fmru1569ylc46470,
1mefm50u54a622039,
1b4hr28yxyf289103,
yv1rs61t542346448,
1gcgc24r4vz245655,
1gthc23u14f259619

If you are the Debtor or a Guarantor of the Debtor, you are entitled to a written accounting, free of charge, of the unpaid indebtedness secured by the collateral NextGear Capital intends to sell. If you are a party other than the Debtor or a Guarantor of the Debtor, you are entitled to a written accounting of the same for a charge of Twenty-Five ($25.00) dollars. All parties may request a written accounting by calling NextGear Capital at 317-571-3721, or by writing to NextGear Capital at the above address.

EXHIBIT B

NextGear Capital

Revision 8/11/10            RCVY- 10 day Letter




# NEXTGEAR
## CAPITAL

Date: April 18, 2013

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

To: Red Barn Motors, Inc.
Donald Richardson
26007 LA Hwy 16
Denham Springs, LA 70726

From: NextGear Capital, LLC
1320 City Center Dr. Suite 100
Carmel, Indiana 46032

Re: Notification of Private Disposition of Collateral

To All Interested Parties:

NextGear Capital will sell the below described collateral privately sometime after Ten (10) days from the date shown above. The collateral to be sold is a follows:

2b3hd46r7yh332773,
1ftdx18w0vnc91783,
2ftrf17243ca08859,
5fnrl186x3b046745,
1lnhm83w7yy888423,
1gcec19r0wr102424,
1ftdf1768vkb57755,
1fmru1569ylc46470,
1mefm50u54a622039,
1b4hr28yxyf289103,
yv1rs61t542346448,
1gcgc24r4vz245655,
1gthc23u14f259619

If you are the Debtor or a Guarantor of the Debtor, you are entitled to a written accounting, free of charge, of the unpaid indebtedness secured by the collateral NextGear Capital intends to sell. If you are a party other than the Debtor or a Guarantor of the Debtor, you are entitled to a written accounting of the same for a charge of Twenty-Five ($25.00) dollars. All parties may request a written accounting by calling NextGear Capital at 317-571-3721, or by writing to NextGear Capital at the above address.

NextGear Capital
*Amanda Butler- Remarketing*



Louisiana's 1st Choice Auto Auction Mail - Repo units

Page 1 of 5



Linda Castillo <linda@lafcaa.com>

## Repo units
5 messages

**Amanda Butler** <abutler@discoverdsc.com>
To: "linda@lafcaa.com" <linda@lafcaa.com>

Mon, Apr 22, 2013 at 7:43 AM

Hello Linda-

I wanted to confirm that the units below aren't running this week. We sent legal notice on the units below on 4-18 and can't offer until 4-29. We will want them to run in the sale on 4-30.

| |
|---|
| 2b3hd46r7yh332773 |
| 1ftdx18w0vnc91783 |
| 2ftrf17243ca08859 |
| 5fnrl186x3b046745 |
| 1lnhm83w7yy688423 |
| 1gcec19r0wr102424 |
| 1ftdf1768vkb57755 |
| 1fmru1569ylc46470 |
| 1mefm50u54a622039 |
| 1b4hr28yxyf289103 |
| yv1rs61t542346448 |
| 1gcgc24r4vz245655 |
| 1gthc23u14f259619 |




EXHIBIT C

Thank you!!

Amanda Butler | Remarketing Analyst | 317.571.3818 | abutler@nextgearcapital.com





Linda Castillo <linda@lafcaa.com>                              Mon, Apr 22, 2013 at 8:53 AM
To: Amanda Butler <abutler@discoverdsc.com>

Hi Amanda,

Can I just pull all your units and run them all on the 30th cause I hope I am not still running vehicles that you don't want run.?  Just let me know please cause all these vehicles were cleared for sale or I would not of pulled them to be sold.  Thanks,

Linda

[Quoted text hidden]

Linda Castillo
Louisiena's First Choice Auto Auction
Phone:   985-345-3302
Cell:      985-969-7714
Fax:      985-318-3392

Amanda Butler <abutler@discoverdsc.com>                        Mon, Apr 22, 2013 at 8:59 AM
To: Linda Castillo <linda@lafcaa.com>

Hello Linda-

These all need to run tomorrow. With month end being next week we can't afford to allow our units to sit. Too many people are riding on bonuses and this would cause a big issue.

| VIN | Vehicle |
|---|---|
| 1G2WJ52J2YF118235 | 2000 Pontiac Grand Prix SE |
| 1FTPX12554NA00514 | 2004 Ford F150 XL |
| 2GTEK19T131305888 | 2003 GMC Sierra 1500 SLT |
| 2G4WS52J621121190 | 2002 Buick Century Custom |
| 1FAFP42X7YF123106 | 2000 Ford Mustang GT |
| 1GBHC33R6WF047193 | 1998 Chevrolet C3500 |
| 1G1ND52J23M514905 | 2003 Chevrolet Malibu |
| 4H7BA2010SK002752 | 1995 Lifetime boat and trailer |
| 1YVGE31D2R5164539 | 1994 Mazda MX-6 |

I apologize; my boss cleared these in error last week. The units below are the only units we are unable to run to due to the legal sale date. These are the units I called you about and told you we needed to secure that day and I would tell you when we could run them.

| VIN |
|---|
| 2b3hd46r7yh332773 |
| 1ftdx18w0vnc91783 |
| 2ftrf17243ca08859 |
| 5fnrl186x3b046745 |
| 1lnhm83w7yy888423 |
| 1gcec19r0wr102424 |
| 1ftdf1768vkb57755 |

| |
|---|
| 1fmru1569ylc46470 |
| 1mefm50u54a622039 |
| 1b4hr28yxyf289103 |
| yv1rs61t542346448 |
| 1gcgc24r4vz245655 |
| 1gthc23u14f259619 |

Thank you!!!

Amanda Butler | Remarketing Analyst | 317.571.3818 | abutler@nextgearcapital.com





**From:** Linda Castillo [mailto:linda@lafcaa.com]
**Sent:** Monday, April 22, 2013 9:53 AM
**To:** Amanda Butler
**Subject:** Re: Repo units

[Quoted text hidden]

---

Linda Castillo <linda@lafcaa.com>                              Mon, Apr 22, 2013 at 9:02 AM
To: Amanda Butler <abutler@discoverdsc.com>

Ok will do thanks so much.
[Quoted text hidden]

**Amanda Butler** <abutler@discoverdsc.com>  Mon, Apr 22, 2013 at 9:03 AM
To: Linda Castillo <linda@lafcaa.com>

Thank you!! I apologize again for making this more difficult for you. I'm making notes on the units that can't run in IMS. This way we are both in the know☺

Thanks again!!!

Amanda Butler | Remarketing Analyst | 317.571.3818 | abutler@nextgearcapital.com





From: Linda Castillo [mailto:linda@lafcaa.com]
Sent: Monday, April 22, 2013 10:03 AM

[Quoted text hidden]

[Quoted text hidden]