UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RED BARN MOTORS, INC., ET AL.  CIVIL ACTION

VERSUS

NEXTGEAR CAPITAL INC., ET AL.  NO.: 13-00778-BAJ-RLB

### RULING AND ORDER

IT IS ORDERED that the Motion for Leave to File Reply Memorandum by Nextgear Capital, Inc. To Plaintiff's Memorandum in Opposition of the Motion to Transfer (Doc. 18) is GRANTED.

IT IS FURTHER ORDERED that Louisiana's First Choice Auto Auction, L.L.C.'s Motion for Leave to File Reply Memorandum to Plaintiffs' Opposition to Motion to Dismiss (Doc. 19) is GRANTED.

IT IS FURTHER ORDERED that Louisiana's First Choice Auto Auction, L.L.C.'s Motion for Leave to File Supplemental Opposition to Nextgear's Motion to Transfer (Doc. 20) is GRANTED.

IT IS FURTHER ORDERED that the Motion for Leave to File Reply Memorandum by Nextgear Capital, Inc. to Plaintiffs' Memorandum in Opposition of the Motion to Dismiss (Doc. 21) is GRANTED.

IT IS FURTHER ORDERED that the Motion for Leave to File Reply Memorandum by Nextgear Capital, Inc. to Louisiana's First Choice Auto

Auction's Memorandum in Opposition to the Motion to Transfer and Supplemental Opposition to the Motion to Transfer (Doc. 22) is GRANTED.

Baton Rouge, Louisiana, this 9th day of June, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA