UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


RED BARN MOTORS, INC., ET AL.                    CIVIL ACTION

VERSUS

NEXTGEAR CAPITAL INC., ET AL.                    NO.: 13-00778-BAJ-RLB


## RULING AND ORDER

**IT IS ORDERED** that Plaintiffs' **Motion for Oral Hearing (Doc. 23)** is **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for the parties shall appear before the undersigned for a hearing on the pending motions on **Tuesday, July 8, 2014 at 9:30 a.m.** in Courtroom 2 at the United States District Courthouse for the Middle District of Louisiana, Baton Rouge, Louisiana.


Baton Rouge, Louisiana, this 27th day of June, 2014.


_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**