IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC. ) | CASE NO. 1:14-cv-01589-TWP-DKL |
| BARBARA A. RICHARDSON ) | |
| and DONALD B. RICHARDSON ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| LOUISIANA'S FIRST CHOICE ) | |
| AUTO AUCTION, L.L.C. and ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SUBSTITUTE APPEARANCE OF COUNSEL

Defendant, Nextgear Capital, Inc. ("Nextgear"), by counsel, moves this Court for permission to substitute the appearance of Steven D. Groth of the firm of Bose McKinney & Evans, LLP for that of Robin B. Cheatham of the firm of Adams and Reese, LLP on behalf of said Defendant. In support of this Motion, Defendant states:

1. This cause was originally filed in the United States District Court for the Middle District of Louisiana on December 5, 2013, under Cause No. 3:13-cv-00778-BAJ-RLB (the "Louisiana Case").

2. Attorney Robin B. Cheatham appeared for Defendant Nextgear on or about January 16, 2014, in the Louisiana Case.

3. On September 30, 2014, the Louisiana Case was transferred to the United States District Court, Southern District of Indiana, Indianapolis Division as Case No. 1:14-cv-01589-TWP-DKL.

4.  The undersigned counsel, Steven D. Groth, has been retained by Nextgear to assume the defense of this case on its behalf.

5.  Attorney Robin B. Cheatham will no longer be representing Nextgear and has requested that Steven D. Groth's appearance be substituted in his place as counsel for Nextgear.

WHEREFORE, Defendant, Nextgear Capital, Inc., by counsel, seeks an Order substituting Steven D. Groth as counsel for Nextgear, removing Robert B. Cheatham as counsel, and for all other relief proper in the premises.

Respectfully submitted,

*/s/ Steven D. Groth*
Steven D. Groth (17643-71)

Attorney for Nextgear Capital, Inc.

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
sgroth@boselaw.com


*/s/ Robin B. Cheatham (w/permission)*
Robin B. Cheatham

ADAMS AND REESE, LLP
701 Poydras Street, Suite 4500
One Shell Square
New Orleans, LA  70139
504-581-3234
504-566-0201 fax
Robin.cheatham@arlaw.com

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's Electronic Notification System, this 5th day of January, 2015:

| | |
|---|---|
| Joshua Paul Melder | joshua@felderllc.com |
| Cassie E. Felder | cfelder@felderllc.com |
| Lisa Brener | lbrener@brenerlawfirm.com |

           */s/ Steven D. Groth*
           Steven D. Groth

2700503/22326.4