IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC. <br> BARBARA A. RICHARDSON <br> and DONALD B. RICHARDSON <br><br> Plaintiffs, <br><br> vs. <br><br> LOUISIANA'S FIRST CHOICE <br> AUTO AUCTION, L.L.C. and <br> NEXTGEAR CAPITAL, INC., <br><br> Defendants. | CASE NO. 1:14-cv-01589-TWP-DKL |

**ORDER GRANTING SUBSTITUTION OF APPEARANCE
OF STEVEN D. GROTH FOR NEXTGEAR CAPITAL, INC.**

Defendant, Nextgear Capital, Inc., by counsel, having filed its Motion to Substitute Appearance of Counsel; and the Court, being duly advised, finds that said Motion should be, and hereby is GRANTED.

IT IS, THEREFORE, ORDERED that the Clerk shall immediately remove Robin B. Cheatham of the firm of Adams and Reese, LLP from the Court docket as counsel for Nextgear Capital, Inc.

IT IS FURTHER ORDERED that the Clerk shall enter Steven D. Groth of the firm of Bose McKinney & Evans, LLP on the Court docket as counsel for Nextgear Capital, Inc.

IT IS FURTHER ORDERED that all future filings and correspondence shall be addressed and copied to Steven D. Groth, Bose McKinney & Evans LLP, 111 Monument Circle, Suite 2700, Indianapolis, IN 46204; sgroth@boselaw.com, as counsel for Nextgear Capital, Inc.

SO ORDERED this \_\_\_\_ day of January, 2015.

_____
Judge, United States District Court
Southern District at Indianapolis

DISTRIBUTION:

| | |
|---|---|
| Steven D. Groth | sgroth@boselaw.com |
| Robin B. Cheatham | robin.cheatham@arlaw.com |
| Joshua Paul Melder | joshua@felderllc.com |
| Cassie E. Felder | cfelder@felderllc.com |
| Lisa Brener | lbrener@brenerlawfirm.com |