IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC. BARBARA A. RICHARDSON and DONALD B. RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C. and NEXTGEAR CAPITAL, INC.,<br><br>Defendants. | CASE NO. 1:14-cv-01589-TWP-DKL |

## **APPEARANCE**

David J. Jurkiewicz of the firm of Bose McKinney & Evans LLP hereby enters his appearance in the above-captioned matter on behalf of Nextgear Capital, Inc.

Respectfully submitted,

*/s/ David J. Jurkiewicz*
David J. Jurkiewicz (18018-53)
Steven D. Groth (17643-71)

Attorneyx for Nextgear Capital, Inc.

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
sgroth@boselaw.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via first class, United States mail, postage prepaid, this 13th day of January, 2015:

| | |
|---|---|
| Joshua P. Melder | Lisa Brener |
| Cassie E. Felder | BRENER LAW FIRM, LLC |
| CASSIE FELDER & ASSOCIATES, LLC | 3640 Magazine Street |
| 263 3rd Street, Suite 308 | New Orleans, LA  70115 |
| Baton Rouge, LA  70801 | |

           */s/ David J. Jurkiewicz*
           David J. Jurkiewicz

2700503/22326.4