UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

NOTICE

Federal Rule of Civil Procedure 7.1 provides:

**Disclosure Statement**

A nongovernmental corporate party must file a disclosure statement that:

1. identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

2. states that there is no such corporation.

A party must:

1. file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

2. promptly file a supplemental statement if any required information changes.

    It appears that the required disclosure statement was not provided as set forth above. Please correct this omission forthwith.

s/Laura A. Briggs<br>
Laura A. Briggs, Clerk<br>
United States District Court<br>
Southern District of Indiana

| | |
|---|---|
| Cause Number: | 1:14–cv–01589–TWP–DKL |
| Title of Case: | RED BARN MOTORS, INC. et al v. NEXTGEAR CAPITAL, INC. et al |
| Pleading and Date: | Notice of Appearance, filed on 1/13/15 |