IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC. | ) | CASE NO. 1:14-cv-01589-TWP-DKL |
| BARBARA A. RICHARDSON | ) | |
| and DONALD B. RICHARDSON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LOUISIANA'S FIRST CHOICE | ) | |
| AUTO AUCTION, L.L.C. and | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

NextGear Capital, Inc., by counsel, hereby submits its Corporate Disclosure

Statement, pursuant to Fed. R. Civ. P. 7.1.

NextGear Capital, Inc. is a wholly-owned subsidiary of Manheim Investments,

Inc., which is a wholly-owned subsidiary of Cox Automotive, Inc., which is a wholly-

owned subsidiary of Cox Enterprises, Inc.  No publicly held company or investment fund

holds 10% or more ownership interest in NextGear Capital, Inc.

Respectfully submitted,

*/s/ Steven D. Groth*
Steven D. Groth (17643-71)
David J. Jurkiewicz (18018-53)

Attorneys for NextGear Capital, Inc.

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
sgroth@boselaw.com
djurkiewicz@boselaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via first class, United States mail, postage prepaid, this 14th day of January, 2015:

Joshua P. Melder                         Lisa Brener
Cassie E. Felder                         BRENER LAW FIRM, LLC
CASSIE FELDER & ASSOCIATES, LLC          3640 Magazine Street
263 3rd Street, Suite 308                New Orleans, LA  70115
Baton Rouge, LA  70801


                                        */s/ Steven D. Groth*                    
                                        Steven D. Groth


2705787/22326.4