IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC. ) <br> BARBARA A. RICHARDSON ) <br> and DONALD B. RICHARDSON ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> LOUISIANA'S FIRST CHOICE ) <br> AUTO AUCTION, L.L.C. and ) <br> NEXTGEAR CAPITAL, INC., ) <br> ) <br> Defendants. ) | CASE NO. 1:14-cv-01589-TWP-DKL |

## **MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE**

The Defendant, Nextgear Capital, Inc. ("Nextgear"), by counsel, respectfully requests this Court to reschedule the initial pretrial conference, and in support of this Motion, states:

1. The Court has set this matter for an initial pretrial conference on March 3, 2015, at 11:00 a.m.

2. Counsel for Nextgear, Steven D. Groth, will be out of the country on his honeymoon during the week of March 2 through March 6, and will be unavailable to attend the initial pretrial conference.

3. Also, counsel, David Jurkiewicz, is scheduled to attend a bench trial in the case of *JPMC Specialty Mortgage, LLC f/k/a WM Specialty Mortgage, LLC v. Richard Allison, et al.,* Marion Superior Court 2, Cause No. 49D05-0709-MF-041311.

4. The undersigned has contacted all counsel of record and they have no objection to the requested continuance.

5. Counsel and the Court have indicated their availability for the hearing on April 6, 2015, at 9:00 a.m.

WHEREFORE, Defendant, Nextgear Capital, Inc., by counsel, requests a continuance of the March 3, 2015, initial pretrial conference, to reset the pretrial conference for April 6, 2015, at 9:00 a.m. EST and for all other relief proper in the premises.

Respectfully submitted,

*/s/ Steven D. Groth*
Steven D. Groth (17643-71)
David J. Jurkiewicz (18018-53)

Attorneys for Nextgear Capital, Inc.

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
sgroth@boselaw.com
djurkiewicz@boselaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via first class, United States mail, postage prepaid, this 10th day of February, 2015:

Joshua P. Melder
Cassie E. Felder
CASSIE FELDER & ASSOCIATES, LLC
263 3rd Street, Suite 308
Baton Rouge, LA  70801

Lisa Brener
BRENER LAW FIRM, LLC
3640 Magazine Street
New Orleans, LA  70115

*/s/ Steven D. Groth*
Steven D. Groth

2718126/22326.4