IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC. | ) | CASE NO. 1:14-cv-01589-TWP-DKL |
| BARBARA A. RICHARDSON | ) | |
| and DONALD B. RICHARDSON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LOUISIANA'S FIRST CHOICE | ) | |
| AUTO AUCTION, L.L.C. and | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER RESETTING INITIAL PRETRIAL CONFERENCE

The Defendant, Nextgear Capital, Inc. ("Nextgear"), by counsel, having filed its Motion to Continue Initial Pretrial Conference; and the Court being duly advised, finds that said Motion should be, and it hereby is, GRANTED.

IT IS, THEREFORE, ORDERED that the initial pretrial conference shall be continued to April 6, 2015 at 9:00 a.m. EST

Dated:_____

_____
Judge, United States District Court

DISTRIBUTION:

Service has been made via the Court's
Electronic notification service