IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC. <br> BARBARA A. RICHARDSON <br> and DONALD B. RICHARDSON <br><br> Plaintiffs, <br><br> vs. <br><br> LOUISIANA'S FIRST CHOICE <br> AUTO AUCTION, L.L.C. and <br> NEXTGEAR CAPITAL, INC., <br><br> Defendants. | CASE NO. 1:14-cv-01589-TWP-DKL |

## ORDER RESETTING INITIAL PRETRIAL CONFERENCE

The Defendant, Nextgear Capital, Inc. ("Nextgear"), by counsel, having filed its Motion to Continue Initial Pretrial Conference; and the Court being duly advised, finds that said Motion should be, and it hereby is, GRANTED.

IT IS, THEREFORE, ORDERED that the initial pretrial conference shall be continued to April 6, 2015 at 9:00 a.m. EST, in Room 255 of the U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Other than the date and time, the Scheduling Order [Dkt. 42] remains in full force.

Dated:   02/12/2015

*Denise K. LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTION:

Service has been made via the Court's
Electronic notification service