UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., | ) | |
| DONALD B. RICHARDSON, | ) | |
| BARBARA A. RICHARDSON, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:14-cv-01589-TWP-DKL |
| | ) | |
| vs. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| LOUISIANA'S FIRST CHOICE AUTO | ) | |
| AUCTION, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY FROM INITIAL PRE-TRIAL CONFERENCE
### APRIL 6, 2015
### HON. DENISE K. LARUE, MAGISTRATE JUDGE

Parties appeared for an initial pre-trial conference.  Plaintiffs appeared by counsel, Joshua Melder.  First Choice Defendant appeared by counsel, Lisa Brener.  Nextgear Defendant appeared by counsel, Steven Groth.  A discussion was held regarding case status and related matters.  This matter is stayed for a period of 60 days or within 10 days of a ruling by the 5th Circuit, whichever occurs first.  This matter is set for a telephonic status conference on **TUESDAY, JUNE 16, 2015, AT 10:00 A.M., EASTERN**.  Counsel will receive call-in instructions for the conference via separate email notification.  The conference concluded without further order.

Date:  04/14/2015

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Joshua Paul Melder
263 3rd Street
Suite 308
Baton Rouge, LA 70801

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
3640 Magazine Street
New Orleans, LA 70115

Cassie E Felder
Cassie Felder & Associates, LLC
263 3rd Street
Suite 308
Baton Rouge, LA 70801