UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., <br> DONALD B. RICHARDSON, <br> BARBARA A. RICHARDSON, <br> <br> Plaintiffs, <br> <br> vs. <br> <br> NEXTGEAR CAPITAL, INC., <br> LOUISIANA'S FIRST CHOICE AUTO <br> AUCTION, L.L.C., <br> <br> Defendants. | No. 1:14-cv-01589-TWP-DKL |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**
**JUNE 16, 2015**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The parties participated in a telephonic status conference.  Plaintiffs appeared by counsel, Joshua Melder.  Louisiana Defendant appeared by counsel, Lisa Brener.  Nextgear Defendant appeared by counsel, Steven Groth.  Parties report that the mandamus writ is still pending with the 5th Circuit.  All agree that the issues before the 5th Circuit are threshold and, therefore, the stay in this case is continued until a ruling issues form the 5th Circuit.  This matter is set for a telephonic status conference on **TUESDAY, AUGUST 25, 2015, AT 4:00 P.M., EASTERN**.  Counsel will receive call-in instructions for the conference via separate email notification.  The conference concluded without further order.

Date:  06/24/2015

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Joshua Paul Melder
263 3rd Street
Suite 308
Baton Rouge, LA 70801

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
3640 Magazine Street
New Orleans, LA 70115

Cassie E Felder
Cassie Felder & Associates, LLC
263 3rd Street
Suite 308
Baton Rouge, LA 70801