IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC. | ) | CASE NO. 1:14-cv-01589-TWP-DKL |
| BARBARA A. RICHARDSON | ) | |
| and DONALD B. RICHARDSON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LOUISIANA'S FIRST CHOICE | ) | |
| AUTO AUCTION, L.L.C. and | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE REGARDING WRIT OF MANDAMUS RULING</u>**

Nextgear Capital, Inc., by counsel, in support of its Notice Regarding Writ of Mandamus Ruling states:

1. On June 24, 2015, this Court stayed the proceedings in the above-captioned matter pending the ruling on the mandamus writ pending with the United States Court of Court of Appeals for the Fifth Circuit.

2. On July 20, 2015, the Court of Appeals for the Fifth Circuit entered its ruling denying the writ of mandamus. A copy of the ruling is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Steven D. Groth*
Steven D. Groth (17643-71)
David J. Jurkiewicz (18018-53)

Attorneys for Nextgear Capital, Inc.

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
sgroth@boselaw.com
djurkiewicz@boselaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via first class, United States mail, postage prepaid, this 23rd  day of July, 2015:

| | |
|---|---|
| Joshua P. Melder | Lisa Brener |
| Cassie E. Felder | BRENER LAW FIRM, LLC |
| CASSIE FELDER & ASSOCIATES, LLC | 3640 Magazine Street |
| 263 3rd Street, Suite 308 | New Orleans, LA  70115 |
| Baton Rouge, LA  70801 | |

/s/ Steven D. Groth
Steven D. Groth