UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2015 SEP -1 PM 4: 41

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| RED BARN MOTORS, INC., ) | |
| DONALD B. RICHARDSON, ) | |
| BARBARA A. RICHARDSON ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Cause No. 1:14-cv-01589-TWP-DKL |
| ) | |
| NEXTGEAR CAPITAL, INC. ) | |
| LOUISIANA'S FIRST CHOICE AUTO ) | |
| AUCTION, L.L.C. ) | |
| Defendant(s). ) | |

*******************************************************************************

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), **Lisa Brener** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Louisiana's First Choice Auto Auction, L.L.C.** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States courts and Louisiana's highest court: Louisiana Supreme Court (1983); United States Fifth Circuit (1985); United States District Court, Eastern District (1985); United States District Court, Middle District (2005); United States Supreme Court (approx. 2008).

2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated:                                                          Respectfully submitted,

                                                                _____
                                                                Lisa Brener
                                                                Brener Law Firm, LLC
                                                                3640 Magazine Street, New Orleans, LA 70115
                                                                (504) 302-7802 Telephone
                                                                (504) 304-4759 Facsimile
                                                                lbrener@brenerlawfirm.com

### CERTIFICATE OF SERVICE

I certify that on this 28 day of August, 2015, a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Joshua Paul Melder
263 3rd Street
Suite 308
Baton Rouge, LA 70801

Cassie E. Felder
Cassie Felder & Associates, LLC
263 3rd Street
Suite 308
Baton Rouge, LA 70801

David J. Jurkiewicz
Bose McKinney & Evans, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Steven D. Groth
Bose McKinney & Evans, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

_____
Lisa Brener

Lisa Brener
Brener Law Firm, LLC
3640 Magazine Street, New Orleans, LA 70115
(504) 302-7802 Telephone
(504) 304-4759 Facsimile
lbrener@brenerlawfirm.com