UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RED BARN MOTORS, INC., )
DONALD B. RICHARDSON, )
BARBARA A. RICHARDSON )
    Plaintiff(s), )
    )
v. )    Cause No. 1:14-cv-01589-TWP-DKL
    )
NEXTGEAR CAPITAL, INC. )
LOUISIANA'S FIRST CHOICE AUTO )
AUCTION, L.L.C. )
    Defendant(s). )

*************************************************************************

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Lisa Brener,** counsel for **Louisiana's First Choice Auto Auction L.L.C.**, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now **ORDERED** that the motion be, and hereby is, **GRANTED.**

Applicant's contact information should be entered as follows:
Lisa Brener
Brener Law Firm, LLC
3640 Magazine Street, New Orleans, LA 70115
(504) 302-7802 Telephone
(504) 304-4759 Facsimile
lbrener@brenerlawfirm.com

Dated: _____

        _____
        Tanya W. Pratt, Judge
        United States District Court
        Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF

To PHV applicant via U.S. Mail

Lisa Brener
Brener Law Firm, LLC
3640 Magazine Street
New Orleans, LA 70115