# BRENER LAW FIRM, LLC

3640 MAGAZINE ST.
NEW ORLEANS, LA 70115
P (504) 302-7802

August 28, 2015

<u>Via Federal Express</u>
United States Court of
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

      Re:    Red Barn Motors, Inc., et al v. NextGear Capital, Inc., et al
             Cause No.: 1:14-cv-01589

Dear Sir or Madam:

    Please find enclosed an original and one copy of a Motion to Appear *Pro Hac Vice* and Order Granting Motion in the above captioned matter.

    Please file the original into the record, present the Order for Judge's signature and return a conformed copy of pleading in the self-addressed stamped envelope. My law firm's check in the amount of $30.00 is enclosed to cover the cost of this request.

    Thank you for your professional courtesies, and best regards.

Very truly yours

Lisa Brener

LB/tjk
Enclosures

CC:    Joshua P. Melder (via email joshua@felderllc.com)
         Cassie E. Felder (via email cfelder@felderllc.com)
         David J. Jurkiewicz (via email djurkiewicz@boselaw.com)
         Steven D. Groth ( via email sgroth@boselaw.com)