**P**

| $5.54 US POSTAGE | 062S0008635018 |
|---|---|
| 1 LB PRIORITY MAIL RATE ZONE 5 NO SURCHARGE COMMERCIAL BASE PRICING | FROM 70801 |

stamps.com
09/01/2015

## PRIORITY MAIL 2-DAY™

Cassie Felder                                    **0004**
343 Third Street, Suite 308
Baton Rouge LA 70801-1309

C047



**SHIP TO:**   United States  District Court
Southern District of Indiana
Clerk's Office
46 East Ohio Street Ste 105
Indianapolis IN 46204-1919

### USPS TRACKING #



9405 5118 9956 3824 3174 77