UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC., as successor-in-interest to DEALER SERVICES CORPORATION, and LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.<br><br>Defendants. | CIVIL<br>ACTION NO .: <u>1:14-cv-01589-TWP-DKL</u> |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Considering the foregoing *Motion to Appear Pro Hac Vice*:

**IT IS ORDERED,** that the *Motion to Appear Pro Hac Vice* is **GRANTED** and Joshua P. Melder is granted leave to appear and participate *pro hac vice* in the captioned matter only.

Indianapolis, Indiana this _____ day of _____, 2015.

_____
HON. TANYA W. PRATT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

[CONTINUED ON FOLLOWING PAGE]

<u>Please send notice:</u>

To all registered counsel by CM/ECF.

To unregistered counsel via U.S. Mail:

>Lisa Brener
>Brener Law Firm, L.L.C.
>3640 Magazine Street
>New Orleans, LA 70115

To applicant via U.S. Mail:

>Joshua P. Melder
>Cassie Felder & Associates, L.L.C.
>343 Third Street, Suite 308
>Baton Rouge, LA 70801