# CASSIE FELDER & ASSOCIATES, L.L.C.

CASSIE FELDER
JOSHUA MELDER

LL.M. IN TAXATION
LICENSED IN LOUISIANA

September 1, 2015

**Via US Mail:**
United States District Court
Southern District of Indiana
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

Re: *Red Barn Motors, Inc., et al. v. NextGear Capital, Inc., et al.*
Case No.: 1:14-cv-01589

Dear Sir or Madam:

Please find enclosed the originals and one copy each of Motions to Appear *Pro Hac Vice* and Orders Granting Motions for Cassie Felder and Joshua Melder in the above captioned matter. Also enclosed is a check in the amount of $60.00 ($30.00 for each Motion) to cover the cost of this request.

Please file the originals into the record, present the Orders for Judge's signature and return a copy of the signed orders in the self-addressed stamped envelope.

Thank you and please contact this office if any further action is necessary.

Regards,

Joshua Melder

CC:   Lisa Brener (via email lbrener@brenerlawfirm.com )
      David J. Jurkiewicz (via email djurkiewicz@boselaw.com )
      Steven D. Groth (via email sgroth@boselaw.com )