**P** $5.54 US POSTAGE
1 LB PRIORITY MAIL RATE
ZONE 5 NO SURCHARGE
COMMERCIAL BASE PRICING
062S0008635018
FROM 70801
stamps.com
09/01/2015



# PRIORITY MAIL 2-DAY™

Cassie Felder   0004
343 Third Street, Suite 308
Baton Rouge LA 70801-1309

C047

**SHIP TO:** United States District Court
Southern District of Indiana
Clerk's Office
46 East Ohio Street Ste 105
Indianapolis IN 46204-1919

RECEIVED
SEP 03 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**USPS TRACKING #**



9405 5118 9956 3824 3174 77