UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC., as successor-in-interest to DEALER SERVICES CORPORATION, and LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C. <br><br> Defendants. | CIVIL <br> ACTION NO.: 1:14-cv-01589-TWP-DKL |

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Considering the foregoing *Motion to Appear Pro Hac Vice*:

IT IS ORDERED, that the *Motion to Appear Pro Hac Vice* is GRANTED and Cassie E. Felder is granted leave to appear and participate *pro hac vice* in the captioned matter only.

IT IS SO ORDERED this   09/09/2015

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

[CONTINUED ON FOLLOWING PAGE]

Please send notice:

To all registered counsel by CM/ECF.

To unregistered counsel via U.S. Mail:

>Lisa Brener
>Brener Law Firm, L.L.C.
>3640 Magazine Street
>New Orleans, LA 70115

To applicant via U.S. Mail:

>Cassie E. Felder
>Cassie Felder & Associates, L.L.C.
>343 Third Street, Suite 308
>Baton Rouge, LA 70801