UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEXTGEAR CAPITAL, INC., as successor-in-interest to DEALER SERVICES CORPORATION, and LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.<br><br>    Defendants. | CIVIL<br>ACTION NO.: 1:14-cv-01589-TWP-DKL |

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Considering the foregoing *Motion to Appear Pro Hac Vice:*

IT IS ORDERED, that the *Motion to Appear Pro Hac Vice* is GRANTED and Joshua P. Melder is granted leave to appear and participate *pro hac vice* in the captioned matter only.

IT IS SO ORDERED this   09/09/2015

                      Denise K. LaRue
                      United States Magistrate Judge
                      Southern District of Indiana

[CONTINUED ON FOLLOWING PAGE]

<u>Please send notice:</u>

To all registered counsel by CM/ECF.

To unregistered counsel via U.S. Mail:

    Lisa Brener
    Brener Law Firm, L.L.C.
    3640 Magazine Street
    New Orleans, LA 70115

To applicant via U.S. Mail:

    Joshua P. Melder
    Cassie Felder & Associates, L.L.C.
    343 Third Street, Suite 308
    Baton Rouge, LA 70801