UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., <br> DONALD B. RICHARDSON, <br> BARBARA A. RICHARDSON <br><br> Plaintiff(s), <br><br> v. <br><br> NEXTGEAR CAPITAL, INC. <br> LOUISIANA'S FIRST CHOICE AUTO <br> AUCTION, L.L.C. <br><br> Defendant(s). | Cause No. 1:14-cv-01589-TWP-DKL |

**************************************************************************

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Lisa Brener, counsel for Louisiana's First Choice Auto Auction L.L.C., for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
Lisa Brener·
Brener Law Firm, LLC
3640 Magazine Street, New Orleans, LA 70115
(504) 302-7802 Telephone
(504) 304-4759 Facsimile
lbrener@brenerlawfirm.com

Dated:   09/10/2015

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF

To PHV applicant via U.S. Mail

Lisa Brener
Brener Law Firm, LLC
3640 Magazine Street
New Orleans, LA 70115