UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) <br> DONALD B. RICHARDSON, ) <br> BARBARA A. RICHARDSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NEXTGEAR CAPITAL, INC., ) <br> LOUISIANA'S FIRST CHOICE AUTO ) <br> AUCTION, L.L.C., ) <br> ) <br> Defendants. ) | No. 1:14-cv-01589-TWP-DKL |

## SCHEDULING ENTRY
### HON. DENISE K. LARUE, MAGISTRATE JUDGE

This matter was originally scheduled for a telephone status conference on August 25, 2015. However, due to calendaring issues, that conference did not happen and this matter is now set for a phone conference on **THURSDAY, OCTOBER 8, 2015, AT 3:00 P.M., EASTERN**. Counsel will receive call-in information for the conference via separate email notification.

Date: 10/05/2015

_Denise K. LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Cassie E. Felder
CASSIE FELDER & ASSOCIATES, LLC
cfelder@felderllc.com

Joshua P. Melder
CASSIE FELDER & ASSOCIATES, LLC
joshua@felderllc.com