UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., | ) | |
| DONALD B. RICHARDSON, | ) | |
| BARBARA A. RICHARDSON, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:14-cv-01589-TWP-DKL |
| | ) | |
| vs. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| LOUISIANA'S FIRST CHOICE AUTO | ) | |
| AUCTION, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**
**OCTOBER 8, 2015**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The parties participated in a telephonic status conference.  Plaintiff appeared by counsel, Joshua Melder.   Louisiana Defendant appeared by counsel, Lisa Brener.  Nextgear Defendant appeared by counsel, Steven Groth.   A discussion was held regarding discovery, settlement, case management plan ("CMP") and related matters.  The CMP is approved as amended.  This matter is set for a telephonic status conference on **TUESDAY, DECEMBER 29, 2015, AT 10:00 A.M., EASTERN**.   Counsel will receive call-in instructions for the conference via separate email notification.  This matter will be set for a settlement conference under separate order.  The conference concluded without further order.

Date:  10/09/2015

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Cassie E. Felder
CASSIE FELDER & ASSOCIATES, LLC
cfelder@felderllc.com

Joshua P. Melder
CASSIE FELDER & ASSOCIATES, LLC
joshua@felderllc.com