UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC.,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | |
| ) | No. 1:14-cv-01589-TWP-DKL |
| **LOUISIANA'S FIRST CHOICE AUTO** ) | |
| **AUCTION, L.L.C.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [DKT. #25]

Plaintiffs filed a *Motion for Leave to File Amended Complaint*, seeking to add civil RICO claims under 18 U.S.C. §§ 1961-1968 to their Complaint. Nextgear Capital, Inc. opposed the motion. The motion was referred to the undersigned. Having considered the motion, the Court finds that the motion should be granted. However, the proposed amendment attached to the motion fails to comply with Local Rule 15-1(b), which provides that "[a]mendments to a pleading must reproduce the entire pleading as amended." Therefore, Plaintiffs' *Motion for Leave to File Amended Complaint* (dkt. # 25) is **GRANTED** and Plaintiffs are **ORDERED** to file their Amended Complaint in its entirety within seven days of this date.

**So Ordered.**

Dated 10/14/2015

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Electronic Distribution to All Counsel of Record