UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**RED BARN MOTORS, INC.,**
**DONALD B. RICHARDSON, AND**
**BARBARA A. RICHARDSON,**

      **Plaintiffs,**

      **v.**

**NEXTGEAR CAPITAL, INC.,**
**as successor-in-interest to**
**DEALER SERVICES CORPORATION,**
**and LOUISIANA'S FIRST CHOICE**
**AUTO AUCTION, L.L.C.**

      **Defendants.**

**CIVIL**
**ACTION NO .: 1:14-cv-01589-TWP-DKL**

---

## ORDER GRANTING *MOTION FOR RELIEF FROM ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT*

Considering the foregoing *Motion for Relief from Order Granting Motion for Leave to Amend Complaint*:

**IT IS ORDERED,** that the *Motion for Relief from Order Granting Motion for Leave to Amend Complaint* is **GRANTED** and the Plaintiffs are relieved from this Court's October 14, 2015, order granting leave and requiring the Plaintiffs to file an amended complaint and the original Complaint [Dkt. 1] shall remain the operative document.

IT IS SO ORDERED:  11/06/2015

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Please send notice to all registered counsel by CM/ECF.