UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC., DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**NEXTGEAR CAPITAL, INC.,** as successor-in-interest to **DEALER SERVICES CORPORATION,** and **LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.**<br><br>**Defendants.** | **Acknowledged**<br>TWP<br>November 5, 2015<br><br>CIVIL<br>ACTION NO .: <u>**1:14-cv-01589-TWP-DKL**</u> |

### RULE 41(a)(1)(A) NOTICE OF DISMISSAL

Now into Court, through undersigned counsel, come Plaintiffs Donald B. Richardson, and Barbara A. Richardson, who, pursuant to Fed. R. Civ. P. 41(a)(1)(A), file this Notice of Dismissal of their claims in the captioned matter and state as follows:

1.

Defendants, NextGear Capital, Inc., and Louisiana's First Choice Auto Auction, L.L.C., have filed neither an answer nor motion for summary judgment.

2.

Plaintiffs, Donald B. Richardson and Barbara A. Richardson, dismiss all of their claims against both NextGear Capital, Inc., and Louisiana's First Choice Auto Auction, L.L.C., without prejudice.

3.

This dismissal does not extend or relate to any claims asserted by Plaintiff, Red Barn Motors, Inc.

Wherefore, Plaintiffs, Donald B. Richardson and Barbara A. Richardson, pursuant to Fed. R. Civ. P. 41(a)(1)(A), file this Notice of Dismissal voluntarily dismissing their claims in the captioned matter against Defendants, NextGear Capital, Inc., and Louisiana's First Choice Auto Auction, L.L.C., without prejudice.

Respectfully submitted,

CASSIE FELDER & ASSOCIATES, L.L.C.

/s/ Joshua P. Melder
Cassie E. Felder (La. Bar No. 27805)
Joshua P. Melder (La. Bar No. 33983)
343 3rd Street, Suite 308
Baton Rouge, Louisiana 70801
Phone: (225) 448-3560
Fax:    (225) 372-2862
Email: cfelder@felderllc.com
        joshua@felderllc.com
*Attorneys for Plaintiffs*

[CONTINUED ON FOLLOWING PAGE]

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on the 4th day of November, 2015, served a copy of the foregoing *Rule 41(a)(1)(A) Notice of Dismissal* on all counsel of record via electronic service by the court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

**David J. Jurkiewicz**
**Steven D. Groth**
Bose, McKinney & Evans, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
djurkiewicz@boselaw.com, sgroth@boselaw.com

**Lisa Brener**
Brener Law Firm, L.L.C.
3640 Magazine Street
New Orleans, LA 70115
lbrener@brenerlawfirm.com, tkeller@brenerlawfirm.com

/s/ Joshua P. Melder
Joshua P. Melder