IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC. ) | CASE NO. 1:14-cv-01589-TWP-DKL |
| BARBARA A. RICHARDSON ) | |
| and DONALD B. RICHARDSON ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| LOUISIANA'S FIRST CHOICE ) | |
| AUTO AUCTION, L.L.C. and ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant, NextGear Capital, Inc., by counsel, hereby notifies the Court that it has served its Initial Disclosures pursuant to Rule 26, Fed. R. Civ. P., on this 13th day of November, 2015.

Respectfully submitted,

/s/ *Steven D. Groth*
Steven D. Groth (17643-71)
David J. Jurkiewicz (18018-53)

Attorneys for Nextgear Capital, Inc.

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
sgroth@boselaw.com
djurkiewicz@boselaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via first class, United States mail, postage prepaid, this 13th day of November, 2015:

| | |
|---|---|
| Joshua P. Melder | Lisa Brener |
| Cassie E. Felder | BRENER LAW FIRM, LLC |
| CASSIE FELDER & ASSOCIATES, LLC | 3640 Magazine Street |
| 263 3rd Street, Suite 308 | New Orleans, LA  70115 |
| Baton Rouge, LA  70801 | |

                                            /s/ *Steven D. Groth*
                                            Steven D. Groth

2871113/22326.4