UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC.,** **DONALD B. RICHARDSON, AND** **BARBARA A. RICHARDSON,** **Plaintiffs,** v. **NEXTGEAR CAPITAL, INC.,** as successor-in-interest to **DEALER SERVICES CORPORATION,** and **LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.,** **Defendants.** | CIVIL ACTION NO .: **1:14-cv-01589-TWP-DKL** |

**MOTION FOR EXTENSION OF TIME**

Now into Court, through undersigned counsel, comes Plaintiff, Red Barn Motors, Inc. ("Red Barn"), who, pursuant to Local Rule 6-1, files this motion seeking an extension of time to file its Rule 26 initial disclosures, preliminary witness and exhibit list, statement of special damages, and settlement demand, and state as follows:

1.

Pursuant to the Amended Case Management Plan, Plaintiff's Rule 26 initial disclosures, preliminary witness and exhibit list, statement of special damages, and settlement demand are all due on Friday, November 13th.

2.

Unfortunately, significant IT issues prevent undersigned counsel from preparing all of the necessary documents for the aforementioned filings.

3.

Undersigned counsel has spoken with counsel for Defendant, NextGear Capital, Inc. ("NextGear"), who has agreed to an extension. Although multiple attempts have been made to contact her, undersigned counsel has not been able to speak with counsel for Defendant, Louisiana's First Choice Auto Auction, L.L.C. ("First Choice"), regarding an extension of time.

4.

Accordingly, Red Barn requests this court grant an extension of time for it to file its aforementioned filings which will be determined upon full agreement between the parties' counselors.

Wherefore, Plaintiff, Red Barn Motors, Inc., prays this Court grant its Motion granting an extension of time to file its Rule 26 initial disclosures, preliminary witness and exhibit list, statement of special damages, and settlement demand, until such time as all parties can communicate and agree to an extension.

[CONTINUED ON FOLLOWING PAGE]

        Respectfully submitted,

        CASSIE FELDER & ASSOCIATES, L.L.C.

        /s/ Joshua P. Melder
        Cassie E. Felder (La. Bar No. 27805)
        Joshua P. Melder (La. Bar No. 33983)
        343 3rd Street, Suite 308
        Baton Rouge, Louisiana 70801
        Phone: (225) 448-3560
        Fax:    (225) 372-2862
        Email: cfelder@felderllc.com
               joshua@felderllc.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on the 13th day of November, 2015, served a copy of the foregoing *Motion for Extension of Time* on all counsel of record via electronic service by the court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

**David J. Jurkiewicz**
**Steven D. Groth**
Bose, McKinney & Evans, L.L.P.
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
djurkiewicz@boselaw.com, sgroth@boselaw.com

**Lisa Brener**
Brener Law Firm, L.L.C.
3640 Magazine Street
New Orleans, LA 70115
lbrener@brenerlawfirm.com, tkeller@brenerlawfirm.com

        /s/ Joshua P. Melder
        Joshua P. Melder