**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **RED BARN MOTORS, INC.,**<br>**DONALD B. RICHARDSON, AND**<br>**BARBARA A. RICHARDSON,**<br><br>   **Plaintiffs,**<br><br>   **v.**<br><br>**NEXTGEAR CAPITAL, INC.,**<br>**as successor-in-interest to**<br>**DEALER SERVICES CORPORATION,**<br>**and LOUISIANA'S FIRST CHOICE**<br>**AUTO AUCTION, L.L.C.**<br><br>   **Defendants.** | **CIVIL**<br>**ACTION NO .: 1:14-cv-01589-TWP-DKL** |

## ORDER GRANTING *MOTION FOR EXTENSION OF TIME*

Considering the foregoing *Motion for Extension of Time*:

**IT IS ORDERED,** that the *Motion for Extension of Time* is **GRANTED** and the Plaintiff

shall file its Rule 26 initial disclosures, preliminary witness and exhibit list, statement of special

damages, and settlement demand upon such time as the parties agree to a new deadline.

Indianapolis, Indiana this _____ day of _____, 2015.

_____

HON. DENISE K. LARUE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Please send notice to all registered counsel by CM/ECF.