UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC.,** **DONALD B. RICHARDSON, AND** **BARBARA A. RICHARDSON,**   **Plaintiffs,**   v.   **NEXTGEAR CAPITAL, INC.,** as successor-in-interest to **DEALER SERVICES CORPORATION,** and **LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.**   **Defendants.** | CIVIL ACTION NO .: **1:14-cv-01589-TWP-DKL** |

**ORDER GRANTING *UNOPPOSED MOTION FOR EXTENSION OF TIME***

Considering the foregoing *Unopposed Motion for Extension of Time*:

**IT IS ORDERED**, that the *Unopposed Motion for Extension of Time* is **GRANTED** and the deadlines set forth in the Amended Case Management Plan shall be extended to two weeks, including, but not limited to, and extension of time for Plaintiff to file its Rule 26 initial disclosures, preliminary witness and exhibit list, statement of special damages, and settlement demand by December 1, 2015.

Indianapolis, Indiana this _____ day of _____, 2015.

_____
HON. DENISE K. LARUE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Please send notice to all registered counsel by CM/ECF.