UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:14-cv-01589-TWP-DKL |
| ) | |
| NEXTGEAR CAPITAL, INC. as successor-in- ) | |
| interest to Dealer Services Corporation, ) | |
| LOUISIANA'S FIRST CHOICE AUTO ) | |
| AUCTION, L.L.C., ) | |
| ) | |
| Defendants. | |

**ORDER REFERRING MOTION**

United States Magistrate Denise K. LaRue is hereby designated pursuant to 28 U.S.C. § 636(b)(1)(B) to issue a report and recommendation on the Motion to Dismiss Pursuant to Rule 12(B)(6) for Failure to State a Claim filed by Defendant NextGear Capital, Inc. at Docket No. 10 and Louisiana's First Choice Auto Auction LL.C., Motion to Dismiss for Failure to State a Claim Upon which Relief May be Granted, or, Alternatively, Motion to Dismiss the Individual Plaintiffs and Motion for a More Definite Statement filed at Docket No. 12.

IT IS SO ORDERED.

Date: 11/17/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Cassie E. Felder
CASSIE FELDER & ASSOCIATES, LLC
cfelder@felderllc.com

Joshua P. Melder
CASSIE FELDER & ASSOCIATES, LLC
joshua@felderllc.com