## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

**RED BARN MOTORS, INC.,**
**DONALD B. RICHARDSON, AND**
**BARBARA A. RICHARDSON,**

        **Plaintiffs,**

      **v.**

**NEXTGEAR CAPITAL, INC.,**
**as successor-in-interest to**
**DEALER SERVICES CORPORATION,**
**and LOUISIANA'S FIRST CHOICE**
**AUTO AUCTION, L.L.C.**

        **Defendants.**

**CIVIL**
**ACTION NO .: <u>1:14-cv-01589-TWP-DKL</u>**

## <u>NOTICE OF SERVICE OF PLAINTIFF'S</u>
## <u>INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)</u>

Now into Court, through undersigned counsel, comes Plaintiff, who, pursuant to Fed. R. Civ. Proc. Rule 26(a)(1) and the Amended Case Management Plan, notifies this Court it has served its initial disclosures on Defendants via e-mail.

[CONTINUED ON FOLLOWING PAGE]

Respectfully submitted,

CASSIE FELDER & ASSOCIATES, L.L.C.

/s/ Joshua P. Melder
Cassie E. Felder (La. Bar No. 27805)
Joshua P. Melder (La. Bar No. 33983)
343 3rd Street, Suite 308
Baton Rouge, Louisiana 70801
Phone: (225) 448-3560
Fax:    (225) 372-2862
Email: cfelder@felderllc.com
        joshua@felderllc.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 1st day of December, 2015, served a copy of the

foregoing *Notice of Service of Plaintiff's Initial Disclosures Pursuant to Rule 26(a)(1)* on all

counsel of record via electronic service by the court's CM/ECF system. Notice of this filing will

be sent to all counsel of record by operation of the Court's electronic filing system.

**David J. Jurkiewicz**
**Steven D. Groth**
Bose, McKinney & Evans, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
djurkiewicz@boselaw.com, sgroth@boselaw.com

**Lisa Brener**
Brener Law Firm, L.L.C.
3640 Magazine Street
New Orleans, LA 70115
lbrener@brenerlawfirm.com, tkeller@brenerlawfirm.com

/s/ Joshua P. Melder
Joshua P. Melder