UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEXTGEAR CAPITAL, INC., as successor-in-interest to DEALER SERVICES CORPORATION, and LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.,<br><br>    Defendants. | CIVIL<br>ACTION NO .: <u>1:14-cv-01589-TWP-DKL</u> |

### NOTICE OF SERVICE OF PLAINTIFF'S STATEMENT OF SPECIAL DAMAGES AND SETTLEMENT DEMAND

Now into Court, through undersigned counsel, comes Plaintiff, who, pursuant to the Amended Case Management Plan, notifies this Court it has served its Statement of Special Damages and Settlement Demand on Defendants via e-mail.

[CONTINUED ON FOLLOWING PAGE]

Respectfully submitted,

CASSIE FELDER & ASSOCIATES, L.L.C.

/s/ Joshua P. Melder
Cassie E. Felder (La. Bar No. 27805)
Joshua P. Melder (La. Bar No. 33983)
343 3rd Street, Suite 308
Baton Rouge, Louisiana 70801
Phone: (225) 448-3560
Fax:    (225) 372-2862
Email: cfelder@felderllc.com
       joshua@felderllc.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 1st day of December, 2015, served a copy of the foregoing *Notice of Service of Statement of Special Damages and Settlement Demand* on all counsel of record via electronic service by the court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

**David J. Jurkiewicz**
**Steven D. Groth**
Bose, McKinney & Evans, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
djurkiewicz@boselaw.com, sgroth@boselaw.com

**Lisa Brener**
Brener Law Firm, L.L.C.
3640 Magazine Street
New Orleans, LA 70115
lbrener@brenerlawfirm.com, tkeller@brenerlawfirm.com

/s/ Joshua P. Melder
Joshua P. Melder