# U.S. Bankruptcy Court
## Middle District of Louisiana (Baton Rouge)
### Bankruptcy Petition #: 13-10548

|  |  |
|---|---|
| Assigned to: Douglas D. Dodd | Date filed: 04/25/2013 |
| Chapter 11 | Date terminated: 08/28/2014 |
| Voluntary | Plan confirmed: 01/07/2014 |
| Asset | 341 meeting: 05/31/2013 |

*Debtor disposition:* Discharge Not Applicable

*Debtor*
**Red Barn Motors, Inc.**
26007 LA Hwy. 16
Denham Springs, LA 70726
LIVINGSTON-LA
Tax ID / EIN: 80-0553441
*dba* **Red Barn Auto Finance**
*dba* **Red Barn Auto Storage**

represented by **Arthur A. Vingiello**
Steffes, Vingiello & McKenzie, LLC
13702 Coursey Blvd.
Blg. 3
Baton Rouge, LA 70817
225-751-1751
Fax : 225-751-1998
Email: avingiello@steffeslaw.com

*U.S. Trustee*
**U.S. Trustee**
400 Poydras Street
Suite 2110
New Orleans, LA 70130

| Filing Date | # | Docket Text |
|---|---|---|
| 04/25/2013 | 1<br>(8 pgs; 2 docs) | Chapter 11 Voluntary Petition. Fee Amount $1213 Filed by Red Barn Motors, Inc. Schedules A-J due 05/9/2013. Statement of Financial Affairs due 05/9/2013. Summary of schedules due 05/9/2013. Incomplete Filings due by 05/9/2013. Chapter 11 Plan (Small Business)due by 10/22/2013. Disclosure Statement due by 10/22/2013. (Attachments: # 1 Mailing List Verification) (Vingiello, Arthur) (Entered: 04/25/2013) |
| 04/25/2013 | 2 | Receipt of Filing Fee for Voluntary Petition (Chapter 11)(13-10548) [misc,volp11a] (1213.00). Receipt Number 2678707, in the Amount of $1213.00. (re: Doc# 1) (U.S. Treasury) (Entered: 04/25/2013) |
| 04/25/2013 | 3<br>(6 pgs; 2 docs) | Disclosure of Compensation of Attorney for Debtor Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Attachments: # 1 Engagement Letter) (Vingiello, Arthur) (Entered: 04/25/2013) |
| 04/25/2013 | 4<br>(1 pg) | *Corporate Resolution* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 04/25/2013) |
| 04/25/2013 | 5 | Tax Documents for the Year for 2011 , Cash Flow Statement for Small Business, Balance Sheet, Affidavit Re: *Small Business Financial Documents* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Attachments: # 1 Exhibit A - Part 1 of 2 # 2 Exhibit A - Part 2 of 2 # 3 Exhibit B # 4 Exhibit C) (Vingiello, Arthur) (Entered: 04/25/2013) |
| 04/25/2013 | 6<br>(4 pgs) | 20 Largest Unsecured Creditors Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 04/25/2013) |

EXHIBIT 1

| | | |
|---|---|---|
| 04/25/2013 | 7<br>(4 pgs) | Chapter 11 First Day Motion - Application to Employ Arthur A. Vingiello and the law firm of Steffes, Vingiello & McKenzie, LLC as Counsel for Debtor Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 04/25/2013) |
| 04/25/2013 | 8<br>(1 pg) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)7 Chapter 11 First Day Motion - Application to Employ filed by Debtor Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 04/25/2013) |
| 04/26/2013 | 9<br>(4 pgs; 2 docs) | Interim Order Temporarily Granting Application to Employ Arthur A. Vingiello and the Law Firm of Steffes, Vingiello & McKenzie, L.L.C. as Attorney (Related Doc # 7) Filed on 4/26/2013. (csmi) (Entered: 04/26/2013) |
| 04/26/2013 | 10<br>(1 pg) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)9 Order on Chapter 11 First Day Motions - Application to Employ. (Vingiello, Arthur) (Entered: 04/26/2013) |
| 04/28/2013 | 11<br>(5 pgs) | BNC Certificate of Mailing - Order RE: related document(s)9 Order on Chapter 11 First Day Motions - Application to Employ. Notice Date 04/28/2013. (Admin.) (Entered: 04/29/2013) |
| 04/30/2013 | 12<br>(3 pgs; 2 docs) | Meeting of Creditors Chapter 11 (Business) Filed by U.S. Trustee U.S. Trustee. 341(a) meeting to be held on 5/31/2013 at 01:30 PM at 707 Florida St., Rm. 324. (Brown, Tammy) (Entered: 04/30/2013) |
| 05/03/2013 | 13<br>(5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. RE: related document(s)12 Meeting of Creditors Chapter 11 (Business) filed by U.S. Trustee U.S. Trustee. Notice Date 05/03/2013. (Admin.) (Entered: 05/04/2013) |
| 05/09/2013 | 14<br>(62 pgs; 11 docs) | Schedules A-J , Summary of Schedules, Statement of Financial Affairs Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J) (Vingiello, Arthur) (Entered: 05/09/2013) |
| 05/09/2013 | 15<br>(1 pg) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 14 Schedules A-J filed by Debtor Red Barn Motors, Inc., Summary of Schedules, Statement of Financial Affairs. (Vingiello, Arthur) (Entered: 05/09/2013) |
| 05/15/2013 | 16<br>(5 pgs; 2 docs) | Ex Parte Motion to Pay *Compensation to Insider* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Attachments: # 1 Affidavit) (Vingiello, Arthur) (Entered: 05/15/2013) |
| 05/15/2013 | 17<br>(3 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 16 Motion to Pay filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 05/15/2013) |
| 05/15/2013 | 18<br>(2 pgs) | Proposed *Order Granting Motion to Continue Employment and Compensation of Insider* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)16 Motion to Pay filed by Debtor Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 05/15/2013) |

| Date | Doc # | Description |
|---|---|---|
| 05/15/2013 | 19 (3 pgs; 2 docs) | Certificate of Service *(AMENDED CERTIFICATE OF SERVICE)* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)16 Motion to Pay filed by Debtor Red Barn Motors, Inc., 18 Document filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 05/15/2013) |
| 05/16/2013 | | **NOTICE OF DEFICIENCY**: When filing the related document, the **INCORRECT CM/ECF EVENT** was selected. Please refile the document by selecting the correct CM/ECF event. If you are unsure as to which event to choose, please contact the clerk's office. Failure to correct this error within 7 days will result in the court's striking the document RE: related document(s)16 Motion to Pay filed by Debtor Red Barn Motors, Inc.. Deficiency Due by 5/23/2013. (csmi) (Entered: 05/16/2013) |
| 05/16/2013 | 20 (4 pgs) | Ex Parte Motion to Pay *Compensation to Insider*, in addition to Ex Parte Motion *to Continue Employment of Insider* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 05/16/2013) |
| 05/16/2013 | 21 (2 pgs; 2 docs) | Order Granting Motion To Pay (Related Doc # 20), Granting Motion to Continue Employment of Insider (Related Doc # 20) Filed on 5/16/2013. (csmi) (Entered: 05/16/2013) |
| 05/18/2013 | 22 (3 pgs) | BNC Certificate of Mailing - Order RE: related document(s)21 Order on Motion to Pay. Notice Date 05/18/2013. (Admin.) (Entered: 05/19/2013) |
| 05/31/2013 | 23 (3 pgs; 2 docs) | Final Order Granting Application to Employ Arthur A. Vingiello and the Law Firm of Steffes, Vingiello & McKenzie, LLC as Counsel for Debtor (Related Doc # 7) Filed on 5/31/2013. (csmi) (Entered: 05/31/2013) |
| 06/02/2013 | 24 (4 pgs) | BNC Certificate of Mailing - Order RE: related document(s)23 Order on Chapter 11 First Day Motions - Application to Employ. Notice Date 06/02/2013. (Admin.) (Entered: 06/03/2013) |
| 06/07/2013 | 25 (3 pgs; 2 docs) | Proceeding Memo, Chapter 11-Meeting of Creditors Held Filed by U.S. Trustee U.S. Trustee RE: related document(s)12 Meeting of Creditors Chapter 11 (Business) filed by U.S. Trustee U.S. Trustee. (Attachments: # 1 Sign-in sheet)(Gravolet, Robert) (Entered: 06/07/2013) |
| 06/13/2013 | 26 (90 pgs) | Notice of Appearance and Request for Notice by Richard A. Aguilar Filed by Richard A. Aguilar on behalf of Whitney Bank, formerly known as Hancock Bank of Louisiana (Aguilar, Richard) (Entered: 06/13/2013) |
| 06/13/2013 | 27 (3 pgs; 2 docs) | Certificate of Service Filed by Richard A. Aguilar on behalf of Whitney Bank, formerly known as Hancock Bank of Louisiana RE: related document(s)26 Notice of Appearance filed by Creditor Whitney Bank, formerly known as Hancock Bank of Louisiana. (Attachments: # 1 Court Service Page) (Aguilar, Richard) (Entered: 06/13/2013) |
| 06/13/2013 | 28 (3 pgs) | Notice of Appearance and Request for Notice by Heather A. LaSalle Filed by Heather A. LaSalle on behalf of Whitney Bank, formerly known as Hancock Bank of Louisiana (LaSalle, Heather) (Entered: 06/13/2013) |
| 06/13/2013 | 29 (3 pgs; 2 docs) | Certificate of Service Filed by Heather A. LaSalle on behalf of Whitney Bank, formerly known as Hancock Bank of Louisiana RE: related document(s)28 Notice of Appearance filed by Creditor Whitney Bank, formerly known as Hancock Bank of Louisiana. (Attachments: # 1 Court Service Page) (LaSalle, Heather) (Entered: 06/13/2013) |
| 06/17/2013 | | |

| | | | |
|---|---|---|---|
| | 30 (79 pgs; 17 docs) | | Amendment to List of Creditors and Amended Schedules *[SCHEDULE A - REAL PROPERTY, SCHEDULE B - PERSONAL PROPERTY, SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS, SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS, SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS, SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES]* Fee Amount $30.., Statement of Financial Affairs *[AMENDED]*, Summary of Schedules, Amended Voluntary Petition Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Attachments: # 1 Exhibit A # 2 B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Amended Creditor Matrix (Creditors Added) # 16 Declaration Re: Amendments) (Vingiello, Arthur) (Entered: 06/17/2013) |
| 06/17/2013 | | 31 | Receipt of Filing Fee for Amended List of Creditors(13-10548) [misc,amdcmsca] ( 30.00). Receipt Number 2712213, in the Amount of $ 30.00. (re: Doc# 30) (U.S. Treasury) (Entered: 06/17/2013) |
| 06/18/2013 | | 32 (2 pgs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 30 Amended List of Creditors filed by Debtor Red Barn Motors, Inc., Statement of Financial Affairs, Summary of Schedules, Amended Voluntary Petition. (Vingiello, Arthur) (Entered: 06/18/2013) |
| 06/18/2013 | | 33 (25 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period April 25, 2013 thru May 31, 2013 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 06/18/2013) |
| 07/15/2013 | | 34 (32 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period June 1, 2013 to June 30, 2013 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 07/15/2013) |
| 07/18/2013 | | 35 (7 pgs; 2 docs) | Motion to Sell Property Free and Clear of Liens Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Attachments: # 1 Exhibit A) (Vingiello, Arthur) (Entered: 07/18/2013) |
| 07/18/2013 | | 36 (2 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 35 Motion to Sell Property Free and Clear of Liens filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 07/18/2013) |
| 07/18/2013 | | 37 (1 pg) | Notice of Hearing Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 35 Motion to Sell Property Free and Clear of Liens filed by Debtor Red Barn Motors, Inc.) Hearing scheduled 8/9/2013 at 09:00 AM at 707 Florida St., Rm. 222. (Vingiello, Arthur) (Entered: 07/18/2013) |
| 07/18/2013 | | 38 (3 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 37 Notice of Hearing filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 07/18/2013) |
| 07/26/2013 | | 39 (4 pgs) | Motion to Pay *Proceeds from Sale of Collateral in Ordinary Course of Business* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 07/26/2013) |
| 07/26/2013 | | | |

| | | |
|---|---|---|
| | 40 (3 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 39 Motion to Pay filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 07/26/2013) |
| 07/26/2013 | 41 (1 pg) | Notice of Hearing Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 39 Motion to Pay filed by Debtor Red Barn Motors, Inc.) Hearing scheduled 8/30/2013 at 09:00 AM at 707 Florida St., Rm. 222. (Vingiello, Arthur) (Entered: 07/26/2013) |
| 07/26/2013 | 42 (2 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 41 Notice of Hearing filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 07/26/2013) |
| 07/29/2013 | | **NOTICE OF DEFICIENCY**: When filing the related document, the **INCORRECT PDF** was attached. Please file the correct document. If the related document was a motion, please select the CM/ECF event Amended Motion and link to the motion that is being corrected. Failure to correct this error within 7 days will result in the court's striking the document RE: related document(s)42 Certificate of Service filed by Debtor Red Barn Motors, Inc.. Deficiency Due by 8/5/2013. (csmi) (Entered: 07/29/2013) |
| 07/29/2013 | 43 (2 pgs) | Exhibit *[Service List]* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 42 Certificate of Service filed by Debtor Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 07/29/2013) |
| 08/01/2013 | 44 (1 pg) | Notice of Appearance and Request for Notice *Filed by Ascension Capital Group on behalf of Compass Bank* (Garza, Marian) (Entered: 08/01/2013) |
| 08/01/2013 | 45 (1 pg) | Certificate of Service RE: related document(s)44 Notice of Appearance) (Garza, Marian) (Entered: 08/01/2013) |
| 08/14/2013 | 46 (8 pgs; 2 docs) | Order Granting Motion To Sell Property Free and Clear of Liens (Related Doc # 35) Filed on 8/14/2013. (csmi) (Entered: 08/14/2013) |
| 08/16/2013 | 47 (39 pgs; 2 docs) | Debtor-In-Possession Monthly Operating Report for Filing Period July 1, 2013 to July 31, 2013 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Attachments: # 1 Part 2 of 2) (Vingiello, Arthur) (Entered: 08/16/2013) |
| 08/16/2013 | 48 (2 pgs) | Ex Parte Motion to Set Last Day to File Proofs of Claim Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 08/16/2013) |
| 08/16/2013 | 49 (2 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 48 Motion to Set Last Day to File Proofs of Claim filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 08/16/2013) |
| 08/16/2013 | 50 (2 pgs; 2 docs) | Order Granting Motion To Set Set Last Day To File Proofs of Claim (Related Doc # 48) Filed on 8/16/2013. Proofs of Claims due by 9/30/2013. Government Proof of Claim due by 10/22/2013. (csmi) (Entered: 08/16/2013) |
| 08/16/2013 | 51 (9 pgs) | BNC Certificate of Mailing - Order RE: related document(s)46 Order on Motion to Sell Property Free and Clear of Liens. Notice Date 08/16/2013. (Admin.) (Entered: 08/17/2013) |

| Date | Doc # | Description |
|---|---|---|
| 08/18/2013 | 52 (3 pgs) | BNC Certificate of Mailing - Order RE: related document(s)50 Order on Motion To Set Last Day to File Proofs of Claim. Notice Date 08/18/2013. (Admin.) (Entered: 08/19/2013) |
| 09/16/2013 | 53 (33 pgs; 2 docs) | Debtor-In-Possession Monthly Operating Report for Filing Period August 1, 2013 to August 31, 2013 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Attachments: # 1 Part 2 of 2) (Vingiello, Arthur) (Entered: 09/16/2013) |
| 09/23/2013 | 54 (2 pgs; 2 docs) | Order Granting Motion To Pay Proceeds from Sale of Collateral (Related Doc # 39) Filed on 9/23/2013. (csmi) (Entered: 09/23/2013) |
| 09/25/2013 | 55 (2 pgs) | BNC Certificate of Mailing - Order RE: related document(s)54 Order on Motion to Pay. Notice Date 09/25/2013. (Admin.) (Entered: 09/26/2013) |
| 10/15/2013 | 56 (12 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period September 1, 2013 to September 30, 2013 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 10/15/2013) |
| 10/22/2013 | 57 (23 pgs; 2 docs) | Chapter 11 Small Business Plan Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Exhibit 1 - Executory Contracts and Unexpired Leases)(Vingiello, Arthur) (Entered: 10/22/2013) |
| 10/22/2013 | 58 (95 pgs; 11 docs) | Chapter 11 Small Business Disclosure Statement Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Attachments: # 1 Exhibit D-1 Plan of Reorganization # 2 Exhibit D-2 Summary of Qualifications - Don Richardson # 3 Exhibit D-3 Summary of Qualifications - Devon London # 4 Exhibit D-4 September 2013 Monthly Report # 5 Exhibit Exhibit D-5 Income Statement # 6 Exhibit Exhibit D-6 Balance Sheet - September 2013 # 7 Exhibit D-7 Financial Projections # 8 Exhibit D-8 Debtor's Assets # 9 Exhibit D-9 Creditor List # 10 Exhibit D-10 Liquidation Analysis)(Vingiello, Arthur) (Entered: 10/22/2013) |
| 10/23/2013 | 59 (3 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 57 Ch 11 Small Business Plan filed by Debtor Red Barn Motors, Inc., 58 Small Bus Disclosure Statement filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Mail Service List) (Vingiello, Arthur) (Entered: 10/23/2013) |
| 10/23/2013 | 60 (33 pgs; 7 docs) | First Application for Compensation for Arthur A. Vingiello,Debtor's Attorney, fee:$25,456.00, expenses:$280.57. Filed by Arthur A. Vingiello. (Attachments: # 1 Billing / Expense Reports - April, 2013 # 2 Billing / Expense Reports - May, 2013 # 3 Billing / Expense Reports - June, 2013 # 4 Billing / Expense Reports - July, 2013 # 5 Billing / Expense Reports - August, 2013 # 6 Billing / Expense Reports - September, 2013) (Vingiello, Arthur) (Entered: 10/23/2013) |
| 10/23/2013 | 61 (2 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 60 Application for Compensation filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 10/23/2013) |
| 10/23/2013 | 62 (1 pg) | Notice of Hearing Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 60 Application for Compensation filed by Debtor Red Barn Motors, Inc.) Hearing scheduled 11/13/2013 at 09:00 AM at 707 Florida St., Rm. 222. (Vingiello, Arthur) (Entered: 10/23/2013) |

| Date | Doc # | Description |
|---|---|---|
| 10/23/2013 | 63 (3 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 62 Notice of Hearing filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 10/23/2013) |
| 10/28/2013 | 64 (3 pgs; 2 docs) | Order Setting Hearing in Small Business Chapter 11 Case on Conditionally Approved Disclosure Statement, Deadline for Filing Objections to Final Approval of Disclosure Statement, Deadline for Filing Acceptances and Rejections of Plan and Setting Hearing on Confirmation(related document(s)58 Small Business Disclosure Statement filed by Debtor Red Barn Motors, Inc.) and It Is Further Ordered that acceptances and rejections of the plan, objections to the plan and supporting memoranda shall be filed by November 26, 2013 at 5:00 p.m. [eight (8) days before the hearing]. Hearing scheduled 12/4/2013 at 11:00 AM at 707 Florida St., Rm. 222. Filed on 10/28/2013 (rcal) (Entered: 10/28/2013) |
| 10/28/2013 | 65 (3 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 64 Order To Set or Continue Hearing/Conference. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 10/28/2013) |
| 10/29/2013 | 66 (2 pgs; 2 docs) | Certificate of Service *[Supplemental Certificate of Service]* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)57 Ch 11 Small Business Plan filed by Debtor Red Barn Motors, Inc., 58 Small Bus Disclosure Statement filed by Debtor Red Barn Motors, Inc., 59 Certificate of Service filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Supplemental Service List) (Vingiello, Arthur) (Entered: 10/29/2013) |
| 10/29/2013 | 67 (3 pgs; 2 docs) | Certificate of Service *Re: Ballots* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 10/29/2013) |
| 10/30/2013 | 68 (3 pgs) | BNC Certificate of Mailing - Order RE: related document(s)64 Order To Set or Continue Hearing/Conference. Notice Date 10/30/2013. (Admin.) (Entered: 10/31/2013) |
| 11/15/2013 | 69 (2 pgs; 2 docs) | Order Granting Application For Compensation (Related Doc # 60) Granting for Arthur A. Vingiello, fees awarded:$25456.00,expenses awarded:$280.57 Filed on 11/15/2013. (rcal) (Entered: 11/15/2013) |
| 11/17/2013 | 70 (2 pgs) | BNC Certificate of Mailing - Order RE: related document(s)69 Order on Application for Compensation. Notice Date 11/17/2013. (Admin.) (Entered: 11/18/2013) |
| 11/18/2013 | 71 (26 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period October 1, 2013 to October 31, 2013 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 11/18/2013) |
| 11/26/2013 | 72 (4 pgs) | Objection to *Disclosure Statement and Plan of Reorganization proposed by the Debtor* Filed by Heather A. LaSalle on behalf of Whitney Bank, formerly known as Hancock Bank of Louisiana RE: related document(s)57 Ch 11 Small Business Plan filed by Debtor Red Barn Motors, Inc., 58 Small Bus Disclosure Statement filed by Debtor Red Barn Motors, Inc.. Hearing scheduled 12/4/2013 at 11:00 AM at 707 Florida St., Rm. 222. (LaSalle, Heather) Modified on 11/27/2013 (csmi). (Entered: 11/26/2013) |
| 11/26/2013 | 73 (2 pgs) | Certificate of Service *of Whitney Bank's Objection to Disclosure Statement and Plan of Reorganization proposed by the Debtor [Doc. No. 72]* Filed by Heather A. LaSalle on behalf of Whitney Bank, formerly known as Hancock |

| | | |
|---|---|---|
| | | Bank of Louisiana RE: related document(s)72 Objection filed by Creditor Whitney Bank, formerly known as Hancock Bank of Louisiana. (LaSalle, Heather) (Entered: 11/26/2013) |
| 11/27/2013 | | Hearing Set RE: related document(s)72 Objection filed by Creditor Whitney Bank, formerly known as Hancock Bank of Louisiana. Hearing scheduled 12/4/2013 at 11:00 AM at 707 Florida St., Rm. 222. The Case Judge is Judge Douglas D. Dodd. (ehag) (Entered: 11/27/2013) |
| 11/27/2013 | 74<br>(15 pgs) | Amended Schedules *[Schedule D - Creditors Holding Secured Claims; Schedule E - Creditors Holding Unsecured Priority Claims; and, Schedule F - Creditors Holding Unsecured Nonpriority Claims]* Fee Amount $ 30., Declaration Re:, Amended Summary of Schedules Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)14 Schedules A-J filed by Debtor Red Barn Motors, Inc., Summary of Schedules, Statement of Financial Affairs, 30 Amended List of Creditors filed by Debtor Red Barn Motors, Inc., Statement of Financial Affairs, Summary of Schedules, Amended Voluntary Petition. (Vingiello, Arthur) (Entered: 11/27/2013) |
| 11/27/2013 | 75 | Receipt of Filing Fee for Amended Schedules (Fee)(13-10548) [misc,amdsch] ( 30.00). Receipt Number 2800670, in the Amount of $ 30.00. (re: Doc# 74) (U.S. Treasury) (Entered: 11/27/2013) |
| 11/27/2013 | 76<br>(2 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 74 Amended Schedules (Fee) filed by Debtor Red Barn Motors, Inc., Declaration, Summary of Schedules. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 11/27/2013) |
| 12/02/2013 | 77<br>(3 pgs; 2 docs) | Certificate of Service *Re: Supplemental Certificate of Service* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)74 Amended Schedules (Fee) filed by Debtor Red Barn Motors, Inc., Declaration, Summary of Schedules, 76 Certificate of Service filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 12/02/2013) |
| 12/02/2013 | 78<br>(7 pgs; 2 docs) | Ballots - Chapter 11 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Attachments: # 1 Tabulation of Voting) (Vingiello, Arthur) (Entered: 12/02/2013) |
| 12/04/2013 | | **MINUTE ENTRY: PRESENT: AVingiello-dbaty; SSpielman-Whitney Bank; RGravolet-USTR. RULING:** By agreement of the parties, this matter is continued until 12/18/13 at 11:00 a.m. (related document(s): 58 Small Bus Disclosure Statement filed by Red Barn Motors, Inc., 72 Objection filed by Whitney Bank, formerly known as Hancock Bank of Louisiana). (ghar) (Entered: 12/05/2013) |
| 12/05/2013 | 79<br>(2 pgs) | Motion to Extend Time *Under 11 U.S.C. § 1129(e)* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 12/05/2013) |
| 12/05/2013 | 80<br>(3 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 79 Motion to Extend Time filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 12/05/2013) |
| 12/06/2013 | 81<br>(2 pgs; 2 docs) | Order Granting Motion to Extend Time Under 11 U.S.C. § 1129(e) through January 22, 2014 at 11:00 within which to obtain confirmation of its chapter 11 plan (Related Doc # 79) Filed on 12/6/2013. (rcal) (Entered: 12/06/2013) |

| Date | Doc # | Description |
|---|---|---|
| 12/08/2013 | 82<br>(2 pgs) | BNC Certificate of Mailing - Order RE: related document(s)81 Order on Motion to Extend Time. Notice Date 12/08/2013. (Admin.) (Entered: 12/09/2013) |
| 12/10/2013 | 83<br>(23 pgs; 2 docs) | Amended Chapter 11 Small Business Plan Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)57 Ch 11 Small Business Plan filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Exhibit P-1)(Vingiello, Arthur) (Entered: 12/10/2013) |
| 12/10/2013 | 84<br>(95 pgs; 11 docs) | Amended Disclosure Statement Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)58 Small Bus Disclosure Statement filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Exhibit D-1 # 2 Exhibit D-2 # 3 Exhibit D-3 # 4 Exhibit D-4 # 5 Exhibit D-5 # 6 Exhibit D-6 # 7 Exhibit D-7 # 8 Exhibit D-8 # 9 Exhibit D-9 # 10 Exhibit D-10)(Vingiello, Arthur) (Entered: 12/10/2013) |
| 12/10/2013 | 85<br>(3 pgs) | Ex Parte Motion *to Allow Immaterial Modifications to Debtor's Chapter 11 Small Business Plan Dated October 22, 2013* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 12/10/2013) |
| 12/10/2013 | 86<br>(3 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 83 Amended Ch 11 Small Business Plan filed by Debtor Red Barn Motors, Inc., 84 Amended Disclosure Statement-Small Business filed by Debtor Red Barn Motors, Inc., 85 Generic Motion filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 12/10/2013) |
| 12/10/2013 | 87<br>(2 pgs; 2 docs) | Certificate of Service *Re: Supplemental Certificate of Service* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)83 Amended Ch 11 Small Business Plan filed by Debtor Red Barn Motors, Inc., 84 Amended Disclosure Statement-Small Business filed by Debtor Red Barn Motors, Inc., 85 Generic Motion filed by Debtor Red Barn Motors, Inc., 86 Certificate of Service filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Supplemental Service List) (Vingiello, Arthur) (Entered: 12/10/2013) |
| 12/11/2013 | 88<br>(2 pgs; 2 docs) | Order Granting debtor's Motion to allow immaterial modifications to the debtor's Chapter 11 Small Business Plan (P-57), as incorporated into the debtor's Amended Plan of Reorganization (P-83). (Related Doc 85) Filed on 12/11/2013. (dmas). Related document(s) 83 Amended Ch 11 Small Business Plan filed by Debtor Red Barn Motors, Inc.. Modified on 12/11/2013 (dmas). (Entered: 12/11/2013) |
| 12/13/2013 | 89<br>(2 pgs) | BNC Certificate of Mailing - Order RE: related document(s)88 Order on Generic Motion. Notice Date 12/13/2013. (Admin.) (Entered: 12/14/2013) |
| 12/16/2013 | 90<br>(29 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period November 1, 2013 thru November 30, 2013 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 12/16/2013) |
| 12/18/2013 | | **MINUTE ENTRY: 12/18/13 hearing - PRESENT: AVingiello-dbaty; HLaSalle-Whitney Bank. Witness- Donald Richardson. RULING:** The chapter 11 plan will be confirmed upon submission of the order. (related document(s): 58 Small Bus Disclosure Statement filed by Red Barn Motors, Inc., 72 Objection filed by Whitney Bank, formerly known as Hancock Bank of Louisiana) (ghar) (Entered: 12/20/2013) |
| 01/07/2014 | | |

| | | |
|---|---|---|
| | 91<br>(25 pgs; 2 docs) | Order Confirming Chapter 11 Plan Filed on 1/7/2014 Related document(s) 83 Amended Ch 11 Small Business Plan filed by Debtor Red Barn Motors, Inc. (rcal). (Entered: 01/07/2014) |
| 01/09/2014 | 92<br>(25 pgs) | BNC Certificate of Mailing - Order RE: related document(s)91 Order Confirming Chapter 11 Plan. Notice Date 01/09/2014. (Admin.) (Entered: 01/10/2014) |
| 01/16/2014 | 93<br>(22 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period December 1, 2013 to December 31, 2013 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 01/16/2014) |
| 02/10/2014 | 94<br>(1 pg) | Notice *of Occurrence of the Effective Date of Debtor's Chapter 11 Small Business Plan of Reorganization* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. (Vingiello, Arthur) (Entered: 02/10/2014) |
| 02/10/2014 | 95<br>(3 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 94 Notice filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 02/10/2014) |
| 02/17/2014 | 96<br>(29 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period January 1, 2014 - January 31, 2014 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 02/17/2014) |
| 02/17/2014 | 97<br>(37 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period January 1, 2014 - January 31, 2014 *[Refiled - missing pages in scan]* Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 02/17/2014) |
| 03/17/2014 | 98<br>(10 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period February 1, 2014 to February 28, 2014 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 03/17/2014) |
| 03/24/2014 | 99<br>(42 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period February 1, 2014 to February 28, 2014 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 03/24/2014) |
| 04/22/2014 | 100<br>(44 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period March 1, 2014 to March 31, 2014 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 04/22/2014) |
| 05/02/2014 | 101<br>(2 pgs) | Objection to Claim Number 3 by Claimant Scott M. Lapping. Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. (Vingiello, Arthur) (Entered: 05/02/2014) |
| 05/02/2014 | 102<br>(2 pgs) | Objection to Claim Number 7 by Claimant First Guaranty Bank. Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. (Vingiello, Arthur) (Entered: 05/02/2014) |
| 05/02/2014 | 103<br>(2 pgs) | Objection to Claim Number 8 by Claimant First Guaranty Bank. Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. (Vingiello, Arthur) (Entered: 05/02/2014) |
| | | |

| | | |
|---|---|---|
| 05/02/2014 | 104 (2 pgs) | Objection to Claim Number 11 by Claimant Automotive Finance Corporation. Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. (Vingiello, Arthur) (Entered: 05/02/2014) |
| 05/02/2014 | 105 (2 pgs) | Objection to Claim Number 12 by Claimant AutoZone, Inc.. Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. (Vingiello, Arthur) (Entered: 05/02/2014) |
| 05/02/2014 | 106 (2 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 101 Objection to Claim filed by Debtor Red Barn Motors, Inc., 102 Objection to Claim filed by Debtor Red Barn Motors, Inc., 103 Objection to Claim filed by Debtor Red Barn Motors, Inc., 104 Objection to Claim filed by Debtor Red Barn Motors, Inc., 105 Objection to Claim filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 05/02/2014) |
| 05/02/2014 | 107 (1 pg) | Notice of Hearing Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 101 Objection to Claim filed by Debtor Red Barn Motors, Inc., 102 Objection to Claim filed by Debtor Red Barn Motors, Inc., 103 Objection to Claim filed by Debtor Red Barn Motors, Inc., 104 Objection to Claim filed by Debtor Red Barn Motors, Inc., 105 Objection to Claim filed by Debtor Red Barn Motors, Inc.) Hearing scheduled 6/25/2014 at 09:00 AM at 707 Florida St., Rm. 222. (Vingiello, Arthur) (Entered: 05/02/2014) |
| 05/02/2014 | 108 (3 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 107 Notice of Hearing filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 05/02/2014) |
| 05/19/2014 | 109 (48 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period April 1, 2014 to April 30, 2014 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 05/19/2014) |
| 05/28/2014 | 110 (2 pgs) | Ex Parte Motion to Dismiss/Withdraw Document Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s)104 Objection to Claim filed by Debtor Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 05/28/2014) |
| 05/28/2014 | 111 (2 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 110 Motion to Dismiss/Withdraw Document filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 05/28/2014) |
| 05/28/2014 | 112 (2 pgs; 2 docs) | Order Granting Motion to Dismiss/Withdraw Document (Related Doc # 110) (RE: related document(s)104 Objection to Claim Number 11 by Claimant Automotive Finance Corporation filed by Debtor Red Barn Motors, Inc.) Filed on 5/28/2014. (rcal) (Entered: 05/28/2014) |
| 05/30/2014 | 113 (2 pgs) | BNC Certificate of Mailing - Order RE: related document(s)112 Order on Motion to Dismiss/Withdraw Document. Notice Date 05/30/2014. (Admin.) (Entered: 05/31/2014) |
| 06/18/2014 | 114 (46 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period May 1, 2014 to May 31, 2014 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 06/18/2014) |
| 06/24/2014 | | |

| | | |
|---|---|---|
| | | The court will rule on this scheduled matter without a hearing; no appearances are required or allowed. RE: related document(s)101 Objection to Claim filed by Debtor Red Barn Motors, Inc., 102 Objection to Claim filed by Debtor Red Barn Motors, Inc., 103 Objection to Claim filed by Debtor Red Barn Motors, Inc., 105 Objection to Claim filed by Debtor Red Barn Motors, Inc.. (smil) (Entered: 06/24/2014) |
| 07/02/2014 | 115 (2 pgs; 2 docs) | Order Sustaining Objection to Claim 12 Filed on 7/2/2014 (related document(s)105 Objection to Claim filed by Debtor Red Barn Motors, Inc.) (rcal) (Entered: 07/02/2014) |
| 07/02/2014 | 116 (2 pgs; 2 docs) | Order Sustaining Objection to Claim 8 Filed on 7/2/2014 (related document(s) 103 Objection to Claim filed by Debtor Red Barn Motors, Inc.) (rcal) (Entered: 07/02/2014) |
| 07/02/2014 | 117 (2 pgs; 2 docs) | Order Sustaining Objection to Claim 7 Filed on 7/2/2014 (related document(s) 102 Objection to Claim filed by Debtor Red Barn Motors, Inc.) (rcal) (Entered: 07/02/2014) |
| 07/03/2014 | 118 (2 pgs; 2 docs) | Order Sustaining Objection to Claim 3 of Scott M. Lapping allowed as an unsecured, priority claim for $3,200.00. Filed on 7/3/2014 (related document(s)101 Objection to Claim filed by Debtor Red Barn Motors, Inc.) (dmas) (Entered: 07/03/2014) |
| 07/04/2014 | 119 (2 pgs) | BNC Certificate of Mailing - Order RE: related document(s)115 Objection to Claim. Notice Date 07/04/2014. (Admin.) (Entered: 07/05/2014) |
| 07/04/2014 | 120 (2 pgs) | BNC Certificate of Mailing - Order RE: related document(s)116 Objection to Claim. Notice Date 07/04/2014. (Admin.) (Entered: 07/05/2014) |
| 07/04/2014 | 121 (2 pgs) | BNC Certificate of Mailing - Order RE: related document(s)117 Objection to Claim. Notice Date 07/04/2014. (Admin.) (Entered: 07/05/2014) |
| 07/05/2014 | 122 (2 pgs) | BNC Certificate of Mailing - Order RE: related document(s)118 Objection to Claim. Notice Date 07/05/2014. (Admin.) (Entered: 07/06/2014) |
| 07/21/2014 | 123 (56 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period June 1, 2014 - June 30, 2014 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 07/21/2014) |
| 08/05/2014 | 124 (2 pgs) | Motion for Final Decree Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 08/05/2014) |
| 08/05/2014 | 125 (2 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 124 Final Decree filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 08/05/2014) |
| 08/05/2014 | 126 (1 pg) | Notice of Hearing Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 124 Final Decree filed by Debtor Red Barn Motors, Inc.) Hearing scheduled 8/27/2014 at 09:00 AM at 707 Florida St., Rm. 222. (Vingiello, Arthur) (Entered: 08/05/2014) |
| 08/05/2014 | 127 (3 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 126 Notice of Hearing filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 08/05/2014) |

| Date | Doc # | Description |
|---|---|---|
| 08/05/2014 | 128 (46 pgs; 11 docs) | Second Application for Compensation for Arthur A. Vingiello,Debtor's Attorney, fee:$43,830.50, expenses:$2,412.47. Filed by Arthur A. Vingiello. (Attachments: # 1 Billing / Expenses - Oct '13 # 2 Billing / Expenses - Nov '13 # 3 Billing / Expenses - Dec '13 # 4 Billing / Expenses - Jan '14 # 5 Billing / Expenses - Feb '14 # 6 Billing / Expenses - Mar '14 # 7 Billing / Expenses - Apr '14 # 8 Billing / Expenses - May '14 # 9 Billing / Expenses - Jun '14 # 10 Billing / Expenses - Jul '14) (Vingiello, Arthur) Modified on 8/5/2014 (dmas). (Entered: 08/05/2014) |
| 08/05/2014 | 129 (2 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 128 Application for Compensation filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 08/05/2014) |
| 08/05/2014 | 130 (1 pg) | Notice of Hearing Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 128 Application for Compensation filed by Debtor Red Barn Motors, Inc.) Hearing scheduled 8/27/2014 at 09:00 AM at 707 Florida St., Rm. 222. (Vingiello, Arthur) (Entered: 08/05/2014) |
| 08/05/2014 | 131 (3 pgs; 2 docs) | Certificate of Service Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc. RE: related document(s) 130 Notice of Hearing filed by Debtor Red Barn Motors, Inc.. (Attachments: # 1 Service List) (Vingiello, Arthur) (Entered: 08/05/2014) |
| 08/26/2014 | | The court will rule on this scheduled matter without a hearing; no appearances are required or allowed. RE: related document(s)124 Final Decree filed by Debtor Red Barn Motors, Inc.. (smil) (Entered: 08/26/2014) |
| 08/26/2014 | | The court will rule on this scheduled matter without a hearing; no appearances are required or allowed. RE: related document(s)128 Application for Compensation filed by Debtor Red Barn Motors, Inc.. (smil) (Entered: 08/26/2014) |
| 08/27/2014 | 132 (2 pgs; 2 docs) | Order Granting Second Application For Compensation (Related Doc # 128) Granting for Arthur A. Vingiello, and the law firm of Steffes, Vingiello &McKenzie, LLC fees awarded:$43830.50,expenses awarded:$2412.47 Filed on 8/27/2014. (rcal) (Entered: 08/27/2014) |
| 08/28/2014 | 133 (3 pgs; 2 docs) | Order Granting Motion For Final Decree (Related Doc # 124) Filed on 8/28/2014. (csmi) (Entered: 08/28/2014) |
| 08/28/2014 | | Bankruptcy Case Closed. (csmi) (Entered: 08/28/2014) |
| 08/28/2014 | 134 (49 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period July 1, 2014 to July 31, 2014 Filed by Arthur A. Vingiello of Steffes, Vingiello & McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 08/28/2014) |
| 08/29/2014 | 135 (2 pgs) | BNC Certificate of Mailing - Order RE: related document(s)132 Order on Application for Compensation. Notice Date 08/29/2014. (Admin.) (Entered: 08/30/2014) |
| 08/30/2014 | 136 (3 pgs) | BNC Certificate of Mailing - Order RE: related document(s)133 Order on Motion for Final Decree. Notice Date 08/30/2014. (Admin.) (Entered: 08/31/2014) |
| 09/29/2014 | 137 (46 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period August 1, 2014 to August 31, 2014 Filed by Arthur A. Vingiello of Steffes, Vingiello & |

McKenzie, LLC on behalf of Red Barn Motors, Inc.. (Vingiello, Arthur) (Entered: 09/29/2014)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/02/2015 14:55:33 | | | |
| **PACER Login:** | bm0846:2677630:3934896 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 13-10548 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |