UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC.,** **DONALD B. RICHARDSON, AND** **BARBARA A. RICHARDSON,**  **Plaintiffs,**  v.  **NEXTGEAR CAPITAL, INC.,** as successor-in-interest to **DEALER SERVICES CORPORATION,** and **LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.**  **Defendants.** | CIVIL ACTION NO .: <u>**1:14-cv-01589-TWP-DKL**</u> |

<u>**ORDER GRANTING** *MOTION FOR EXTENSION OF TIME*</u>

Considering the foregoing *Motion for Extension of Time*:

**IT IS ORDERED**, that the *Motion for Extension of Time* is **GRANTED** and the deadline for filing any motions for leave to amend the pleadings or join additional parties shall be extended to January 8, 2016.

Indianapolis, Indiana this _____ day of _____, 2015.

_____
HON. DENISE K. LARUE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

<u>Please send notice to all registered counsel by CM/ECF.</u>