UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC., DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**NEXTGEAR CAPITAL, INC.,** as successor-in-interest to **DEALER SERVICES CORPORATION,** and **LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.,**<br><br>**Defendants.** | CIVIL<br>ACTION NO .: <u>**1:14-cv-01589-TWP-DKL**</u> |

## NOTICE OF CONSENT BY ALL DEFENDANTS TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Now into Court, through undersigned counsel, comes Plaintiff, Red Barn Motors, Inc. ("Red Barn"), who notifies this Court that it has, pursuant to Rule 41(a)(1)(A)(i), dismissed Defendant, Louisiana's First Choice Auto Auction, L.L.C. ("First Choice"), from the captioned matter.[1] Accordingly, with the dismissal of First Choice, Plaintiff's *Motion for Extension of Time* filed with this Court on December 11, 2015,[2] is now unopposed as the remaining defendant, NextGear Capital, Inc., has previously consented to the extension of time requested in the Motion.

[CONTINUED ON FOLLOWING PAGE]

---

[1] Dkt. 82.

[2] Dkt. 80.

          Respectfully submitted,

          CASSIE FELDER & ASSOCIATES, L.L.C.

          /s/ Joshua P. Melder
          Cassie E. Felder (La. Bar No. 27805)
          Joshua P. Melder (La. Bar No. 33983)
          343 3rd Street, Suite 308
          Baton Rouge, Louisiana 70801
          Phone: (225) 448-3560
          Fax:    (225) 372-2862
          Email:  cfelder@felderllc.com
                     joshua@felderllc.com
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on the 14th day of December, 2015, served a copy of the foregoing *Notice of Consent by All Defendants to Plaintiff's Motion for Extension of Time* on all counsel of record via electronic service by the court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

**David J. Jurkiewicz**
**Steven D. Groth**
Bose, McKinney & Evans, L.L.P.
djurkiewicz@boselaw.com, sgroth@boselaw.com

**Lisa Brener**
Brener Law Firm, L.L.C.
lbrener@brenerlawfirm.com, tkeller@brenerlawfirm.com

          /s/ Joshua P. Melder
          Joshua P. Melder