UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RED BARN MOTORS, INC.,
DONALD B. RICHARDSON, AND
BARBARA A. RICHARDSON,

      Plaintiffs,

    v.

NEXTGEAR CAPITAL, INC.,
as successor-in-interest to
DEALER SERVICES CORPORATION,
and LOUISIANA'S FIRST CHOICE
AUTO AUCTION, L.L.C.

      Defendants.

CIVIL
ACTION NO .: <u>1:14-cv-01589-TWP-DKL</u>

### AMENDED RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL

Now into Court, through undersigned counsel, comes Plaintiff, Red Barn Motors, Inc., who, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), files this Amended Notice of Dismissal of its claims against Defendant, Louisiana's First Choice Auto Auction, L.L.C., in the captioned matter and states that the earlier-filed Notice of Dismissal shall constitute a complete dismissal of all of its claims against Louisiana's First Choice Auto Auction, L.L.C., <u>with</u> prejudice. Furthermore and in an abundance of caution, this dismissal does not extend or relate to any claims asserted by Plaintiff, Red Barn Motors, Inc., against Defendant, NextGear Capital, Inc.

Wherefore, Plaintiff, Red Barn Motors, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

files this Notice of Dismissal voluntarily dismissing its claims in the captioned matter against

Defendant, Louisiana's First Choice Auto Auction, L.L.C., with prejudice.

Respectfully submitted,

CASSIE FELDER & ASSOCIATES, L.L.C.

/s/ Joshua P. Melder

Cassie E. Felder (La. Bar No. 27805)

Joshua P. Melder (La. Bar No. 33983)

343 3rd Street, Suite 308

Baton Rouge, Louisiana 70801

Phone: (225) 448-3560

Fax:    (225) 372-2862

Email:  cfelder@felderllc.com

        joshua@felderllc.com

*Attorneys for Plaintiffs*

[CONTINUED ON FOLLOWING PAGE]

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 14th day of December, 2015, served a copy of the foregoing *Amended Rule 41(a)(1)(A) Notice of Dismissal* on all counsel of record via electronic service by the court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

**David J. Jurkiewicz**
**Steven D. Groth**
djurkiewicz@boselaw.com, sgroth@boselaw.com

**Lisa Brener**
lbrener@brenerlawfirm.com, tkeller@brenerlawfirm.com

/s/ Joshua P. Melder
Joshua P. Melder