UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC.,** **DONALD B. RICHARDSON, AND** **BARBARA A. RICHARDSON,**       **Plaintiffs,**       v. **NEXTGEAR CAPITAL, INC.,** as successor-in-interest to **DEALER SERVICES CORPORATION,** and **LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.**       **Defendants.** | **APPROVED** By Judge Tanya Walton Pratt at 9:13 pm, Dec 15, 2015 CIVIL ACTION NO .: **1:14-cv-01589-TWP-DKL** |

### RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL

Now into Court, through undersigned counsel, comes Plaintiff, Red Barn Motors, Inc., who, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), files this Notice of Dismissal of its claims against Defendant, Louisiana's First Choice Auto Auction, L.L.C., in the captioned matter and states as follows:

1.

Defendants, NextGear Capital, Inc., and Louisiana's First Choice Auto Auction, L.L.C., have filed neither an answer nor a motion for summary judgment.

2.

Plaintiffs, Red Barn Motors, Inc., dismisses all of its claims against Louisiana's First Choice Auto Auction, L.L.C., without prejudice.

3.

This dismissal does not extend or relate to any claims asserted by Plaintiff, Red Barn Motors, Inc., against Defendant, NextGear Capital, Inc.

Wherefore, Plaintiff, Red Barn Motors, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), files this Notice of Dismissal voluntarily dismissing its claims in the captioned matter against Defendant, Louisiana's First Choice Auto Auction, L.L.C., without prejudice.

Respectfully submitted,

CASSIE FELDER & ASSOCIATES, L.L.C.

/s/ Joshua P. Melder
Cassie E. Felder (La. Bar No. 27805)
Joshua P. Melder (La. Bar No. 33983)
343 3rd Street, Suite 308
Baton Rouge, Louisiana 70801
Phone: (225) 448-3560
Fax:    (225) 372-2862
Email: cfelder@felderllc.com
           joshua@felderllc.com
*Attorneys for Plaintiffs*

[CONTINUED ON FOLLOWING PAGE]

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 14th day of December, 2015, served a copy of the foregoing *Rule 41(a)(1)(A) Notice of Dismissal* on all counsel of record via electronic service by the court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

**David J. Jurkiewicz**
**Steven D. Groth**
djurkiewicz@boselaw.com, sgroth@boselaw.com

**Lisa Brener**
lbrener@brenerlawfirm.com, tkeller@brenerlawfirm.com

/s/ Joshua P. Melder
Joshua P. Melder