UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC., DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**NEXTGEAR CAPITAL, INC.,** as successor-in-interest to **DEALER SERVICES CORPORATION,** and **LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.**<br><br>**Defendants.** | CIVIL<br>ACTION NO .: <u>**1:14-cv-01589-TWP-DKL**</u> |

## ORDER GRANTING *MOTION FOR EXTENSION OF TIME*

Considering the foregoing *Motion for Extension of Time*:

**IT IS ORDERED**, that the *Motion for Extension of Time* is **GRANTED** and the deadline for filing any motions for leave to amend the pleadings or join additional parties shall be extended to January 8, 2016.

Indianapolis, Indiana this  <u>12/16/2015</u>

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

<u>Please send notice to all registered counsel by CM/ECF.</u>