UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC.,** <br> **DONALD B. RICHARDSON, AND** <br> **BARBARA A. RICHARDSON,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **NEXTGEAR CAPITAL, INC.,** <br> as successor-in-interest to <br> **DEALER SERVICES CORPORATION,** <br> and **LOUISIANA'S FIRST CHOICE** <br> **AUTO AUCTION, L.L.C.** <br><br> **Defendants.** | CIVIL <br> ACTION NO .: **1:14-cv-01589-TWP-DKL** |

### ORDER GRANTING *MOTION FOR LEAVE TO FILE VERIFIED AMENDED COMPLAINT*

Considering the foregoing *Motion for Leave to File Verified Amended Complaint*:

**IT IS ORDERED** that the *Motion for Leave to File Verified Amended Complaint* is **GRANTED** and the *Verified Amended Complaint* is filed and entered into the record.

**IT IS FURTHER ORDERED** that S.D. Ind. L.R. 1-1(c) is suspended and the *Verified Amended Complaint* is filed and entered into the record in its current form.

[CONTINUED ON FOLLOWING PAGE]

**IT IS FURTHER ORDERED** that the case caption be amended to properly reflect the current plaintiffs and defendants, to read as follows:

*RED BARN MOTORS, INC., PLATINUM MOTORS, INC., MATTINGLY AUTO SALES, INC., CLASS ACTION, YOUNG EXECUTIVE MANAGEMENT & CONSULTING SERVICES, INC., Individually, and on behalf of other members of the general public similarly situated v. COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC., f/k/a Dealer Services Corporation, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK*

Indianapolis, Indiana this _____ day of _____, 2016.

_____
HON. DENISE K. LARUE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Please send notice to all registered counsel by CM/ECF.