FX : Account: Generate History

# Accounts

## Account History

| Search Details | | | |
|---|---|---|---|
| **For Account:** RED BARN : *758 | **Account Name:** Red Barn Motors Inc. | **Transaction Categories:** DSC Payoff | |

**Transactions** - from 07/01/2012 to 04/19/2013

| Date | Ref/Check | Description/ Memo(Category) | Debit/Withdrawal | Credit/Deposit |
|---|---|---|---|---|
| 03/11/2013 | | DSC #404 04 VW 311908<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,370.32 | |
| 03/11/2013 | | DSC #407 04 VOLVO 2346448 NO S#<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,934.90 | |
| 03/11/2013 | | DSC P/O ?<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,622.85 | |
| 03/11/2013 | | DSC P/O ?<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,114.85 | |
| 03/11/2013 | | DSC #406 03 EXPL B38547 NO S#<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,389.16 | |
| 03/11/2013 | | DSC #464 00 MALIBU 6175957 NO S#<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,104.37 | |
| 03/11/2013 | | DSC #498 01 CAVALIER 340550 NO S#<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,967.43 | |
| 03/05/2013 | | DSC P/O ?<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,857.82 | |
| 03/05/2013 | | DSC P/O ?<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,841.57 | |
| 03/05/2013 | | DSC P/O ?<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,609.28 | |
| 03/05/2013 | | DSC P/O ?<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,955.98 | |
| 03/04/2013 | | DSC P/O #441 98 CRV #2218<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,670.80 | |

FX : Account: Generate History

Page 2 of 12

| Date | Description | Amount |
|---|---|---|
| 03/01/2013 | DSC P/O ?<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,634.44 |
| 02/26/2013 | DSC P/O ?<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,062.92 |
| 02/26/2013 | DSC P/O ?<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,909.74 |
| 02/19/2013 | DSC P/O #432 00 LEXUS #2217<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,218.76 |
| 02/19/2013 | DSC P/O #443 04 CARAVAN #2223<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,773.89 |
| 02/19/2013 | DSC P/O #489 04 GR CHEROKEE #2311<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,502.80 |
| 02/19/2013 | DSC P/O #475 00 CAMRY #2269<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,115.71 |
| 02/19/2013 | DSC P/O #433 05 TOWN & CTRY #2210<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,031.01 |
| 02/19/2013 | DSC P/O #491 06 STRATUS #2314<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,969.35 |
| 02/19/2013 | DSC P/O #458 98 SILVERADO #2248<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,692.36 |
| 02/19/2013 | DSC P/O #395 02 RANGER #2168<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,509.20 |
| 02/19/2013 | DSC P/O #413 05 PT #2182<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,505.25 |
| 02/19/2013 | DSC P/O #378 97 SIERRA #2146<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,356.50 |
| 02/12/2013 | DSC P/O #455 94 BMW #2235<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,940.55 |
| 02/12/2013 | DSC P/O #463 02 AZTEK #2250<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,790.90 |
| 02/11/2013 | DSC P/O #381 07 ION #2140<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,620.89 |
| 02/11/2013 | DSC P/O #462 06 TRAIL #2244<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,536.07 |
| 02/11/2013 | DSC P/O ?<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. | $4,123.29 |

FX : Account: Generate History                                                                 Page 3 of 12

|            |                                                                                                  |            |
|------------|--------------------------------------------------------------------------------------------------|------------|
|            | DSC Payoff                                                                                       |            |
| 02/11/2013 | DSC P/O #447 00 CHRYS 300 #2230<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff  | $3,882.78  |
| 02/11/2013 | DSC P/O #478 98 S10 #2271<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff        | $2,571.87  |
| 02/11/2013 | DSC P/O ?<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff                        | $2,480.24  |
| 02/11/2013 | DSC P/O #483 98 AVALON #2310<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff     | $2,261.31  |
| 02/11/2013 | DSC P/O ?<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff                        | $1,877.03  |
| 01/30/2013 | DSC P/O #386 02 RAV4 #2142<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff       | $4,608.75  |
| 01/30/2013 | DSC P/O #435 99 GR CHEROK #2215<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff  | $2,321.19  |
| 01/30/2013 | DSC P/O #456 00 MALIBU #2246<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff     | $1,872.10  |
| 01/30/2013 | DSC CURT #433 05 TOWN & CTRY #2110<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $484.22  |
| 01/25/2013 | DSC P/O #454 01 SILVERADO #2228<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff  | $7,023.80  |
| 01/25/2013 | DSC P/O #2253 03 BLAZER #2253<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff    | $4,207.77  |
| 01/25/2013 | DSC P/O #459 00 XTERRA #2247<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff     | $3,408.34  |
| 01/24/2013 | DSC P/O #434 01 SILVERADO #2216<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff  | $5,779.49  |
| 01/17/2013 | DSC P/O #438 '99 COROLLA #2219<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff   | $2,276.42  |
| 01/17/2013 | DSC P/O #370 '99 SUBURBAN #2107<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff  | $1,831.27  |
| 01/16/2013 | DSC P/O #427 '97 ACCORD #2201<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff    | $4,041.26  |
| 01/16/2013 | DSC P/O #446 '02 MONTERO SP #2226<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,119.74 |
|            | DSC P/O #420 '01 EXPLORER #2205                                                                  |            |

FX : Account: Generate History                                                                 Page 4 of 12

| Date | Description | Amount |
|---|---|---|
| 01/16/2013 | DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,288.83 |
| 01/15/2013 | DSC P/O #382 '05 MAZDA6 #2141<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,729.28 |
| 01/15/2013 | DSC P/O #431 '00 DAKOTA #2211<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,351.35 |
| 01/15/2013 | DSC P/O #357 '97 MARQUIS #2085<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,738.92 |
| 01/14/2013 | DSC P/O #442 '95 JEEP #2227<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,087.70 |
| 01/11/2013 | DSC P/O #429 '04 DAKOTA #2213<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,548.92 |
| 01/11/2013 | DSC P/O #436 '01 SANTE FE #2208<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,444.60 |
| 01/09/2013 | DSC P/O #444 '98 COROLLA #2225<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,342.73 |
| 01/09/2013 | DSC P/O #377 '03 FORD VAN #2144<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,012.36 |
| 01/09/2013 | DSC P/O #392 '96 ACCORD #2155<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,192.47 |
| 01/08/2013 | DSC P/O #405 '04 CAVALIER #2174<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,613.78 |
| 01/02/2013 | DSC P/O #425 '02 LAREDO<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,632.50 |
| 12/28/2012 | DSC P/O #403 '07 AVEO<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,151.00 |
| 12/28/2012 | DSC P/O #368 '04 DODGE<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,767.08 |
| 12/21/2012 | DSC P/O #366 '02 F150 #2098<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,964.50 |
| 12/20/2012 | DSC P/O #384 03 RAM #2139<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,807.98 |
| 12/20/2012 | DSC P/O #423 91 ACCORD #2203<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,070.89 |
| 12/13/2012 | DSC P/O #334 '05 NAVIGATOR #2038<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,601.50 |

FX : Account: Generate History                                                                 Page 5 of 12

| Date | Description | Amount |
|---|---|---|
| 12/13/2012 | DSC P/O #389 '00 ACCORD #2157<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,982.23 |
| 12/13/2012 | DSC P/O #350 '03 TRAILBLAZER #2079<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,519.98 |
| 12/13/2012 | DSC P/O #365 '02 TRAILBLAZER #2097<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,121.26 |
| 12/13/2012 | DSC P/O #358 '97 RAM #2080<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,494.02 |
| 12/13/2012 | DSC P/O #417 '01 ESCAPE #2185<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,079.61 |
| 12/13/2012 | DSC P/O #401 '01 RAM #2178<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,999.55 |
| 12/13/2012 | DSC P/O #355 '03 DIAMANTE #2081<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,949.89 |
| 12/13/2012 | DSC P/O #437 '92 CARAVAN #2209<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,055.55 |
| 12/12/2012 | DSC P/O #376 '05 IMPALA #2116<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,450.53 |
| 12/12/2012 | DSC P/O #336 '99 INTRIGUE #2045<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,479.81 |
| 12/11/2012 | DSC P/O #2003 & #2162<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $10,731.24 |
| 12/06/2012 | DSC P/O #261 '05 EQUINOX #1939<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,070.26 |
| 12/06/2012 | DSC P/O #416 '01 F150 #2184<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,012.15 |
| 12/03/2012 | DSC P/O #359 '03 DURANGO #2087<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,031.01 |
| 12/03/2012 | DSC P/O #399 '95 PRISM #2164<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,873.95 |
| 12/03/2012 | DSC P/O #410 '96 SEBRING #2187<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,677.38 |
| 12/03/2012 | DSC P/O #388 '01 DAKOTA #2159<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,667.69 |
| 12/03/2012 | DSC P/O #402 '02 S10 #2177<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. | $2,587.82 |

FX : Account: Generate History                                              Page 6 of 12

| Date | Description | Amount |
|---|---|---|
| | DSC Payoff | |
| 12/03/2012 | DSC P/O #349 '04 CARAVAN #2050<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,356.58 |
| 12/03/2012 | DSC P/O #421 '99 DEVILLE #2204<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,859.83 |
| 12/03/2012 | DSC P/O #393 '97 CAVALIER #2160<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,592.44 |
| 12/03/2012 | DSC P/O #272 '03 SUNFIRE #1934<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,409.46 |
| 12/03/2012 | DSC P/O #346 '02 BLAZER #2051<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,006.23 |
| 11/27/2012 | DSC P/O #379 '96 JEEP #2145<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,691.89 |
| 11/23/2012 | DSC P/O #344 '96 JEEP #2058<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,308.85 |
| 11/21/2012 | DSC P/O #361 '04 PT CRUISER #2093<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,549.05 |
| 11/21/2012 | DSC P/O #367 '03 SANTE FE #2095<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,964.91 |
| 11/16/2012 | DSC P/O #387 '02 TRIBUTE #2156<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,496.25 |
| 11/16/2012 | DSC P/O #348 '07 KIA #2049<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,391.72 |
| 11/16/2012 | DSC P/O #375 '97 REGENCY #2118<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,984.85 |
| 11/14/2012 | DSC P/O #391 '03 CRV #2161<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,629.22 |
| 11/14/2012 | DSC P/O #374 '05 ENVOY #2117<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,059.67 |
| 11/14/2012 | DSC P/O #351 '02 TAURUS #2076<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,443.12 |
| 11/14/2012 | DSC P/O #369 '01 F150 #2106<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,925.04 |
| 11/14/2012 | DSC P/O #390 '96 ACCORD #2158<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,594.89 |
| | DSC P/O #304 '01 CAMRY #1977 | |

FX : Account: Generate History                                                                 Page 7 of 12

| Date | Description | Amount |
|---|---|---|
| 11/14/2012 | DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,393.30 |
| 11/14/2012 | DSC P/O #303 '03 VUE #1976<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,067.85 |
| 11/08/2012 | DSC P/O #299 '95 FORD #1984<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,266.94 |
| 10/29/2012 | DSC P/O #239 '06 TAURUS #1883<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,017.43 |
| 10/24/2012 | DSC P/O #339 '01 COROLLA #2044<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,085.49 |
| 10/19/2012 | DSC P/O #343 '04 COROLLA #2041<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $7,392.88 |
| 10/19/2012 | DSC P/O #333 '07 CALIBER #2036<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,911.23 |
| 10/17/2012 | DSC P/O #340 '05 COBALT #2043<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,047.71 |
| 10/17/2012 | DSC P/O #373 '03 CAMRY #2102<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,800.58 |
| 10/17/2012 | DSC P/O #341 '03 XTERRA #2042<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,743.49 |
| 10/17/2012 | DSC P/O #363 '01 XTERRA #2094<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,708.74 |
| 10/17/2012 | DSC P/O #347 '00 RANGER #2053<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,975.65 |
| 10/17/2012 | DSC P/O #354 '99 TOYOTA #2075<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,848.58 |
| 10/17/2012 | DSC P/O #330 '03 TRAILBLAZER #2021<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,736.33 |
| 10/17/2012 | DSC P/O #331 '03 SATURN #2019<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,329.97 |
| 10/17/2012 | DSC P/O #364 '99 JEEP #2092<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,972.36 |
| 10/17/2012 | DSC P/O #371 '02 MAZDA #2110<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,966.93 |
| 10/17/2012 | DSC P/O #372 '98 SIERRA #2108 + AUDIT<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,941.45 |

FX : Account: Generate History         Page 8 of 12

| Date | Description | Amount |
|---|---|---|
| 10/17/2012 | DSC P/O #332 '02 EXPLORER #2124<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,695.04 |
| 10/12/2012 | DSC P/O #353 '06 FOCUS #2074<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,348.27 |
| 10/12/2012 | DSC P/O #362 '01 FOCUS #2096<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,119.27 |
| 10/12/2012 | DSC P/O #360 '95 CIERA #2082<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,563.94 |
| 10/10/2012 | DSC P/O #2040 '04 EXPED. #2040<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,475.71 |
| 09/25/2012 | DSC P/O #254 '04 VOLKSWAGON #1738<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,598.41 |
| 09/25/2012 | DSC P/O #277 '02 TOYOTA #1948<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,394.77 |
| 09/25/2012 | DSC P/O #268 '02 ENVOY #1927<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,918.42 |
| 09/25/2012 | DSC P/O #320 '97 CHEVY #2004<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,126.39 |
| 09/25/2012 | DSC P/O #313 '01 JIMMY #1997<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,107.60 |
| 09/25/2012 | DSC P/O #321 '03 JEEP #2005<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,025.19 |
| 09/25/2012 | DSC P/O #342 '03 FOCUS #2047<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,939.60 |
| 09/25/2012 | DSC P/O #337 '02 RODEO #2046<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,859.19 |
| 09/25/2012 | DSC P/O #269 '01 FORD #1931<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,531.26 |
| 09/25/2012 | DSC P/O #327 '03 CHEVY #2024<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,982.50 |
| 09/25/2012 | DSC P/O #319 '95 SIERRA #2009<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,380.85 |
| 09/25/2012 | DSC P/O #345 '03 KIA #2052<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,267.15 |
| 09/25/2012 | DSC P/O #352 '97 JEEP #2073<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. | $2,107.90 |

FX : Account: Generate History                                                                 Page 9 of 12

| Date | Description | Amount |
|---|---|---|
| | DSC Payoff | |
| 09/21/2012 | DSC P/O #335 03 SUBUR #2039<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,484.60 |
| 09/21/2012 | DSC P/O #328 00 LESABRE #2023<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,811.77 |
| 09/21/2012 | DSC P.O #324 98 VENTURE #2007<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,872.93 |
| 09/21/2012 | DSC P/O #322 96 RAM #2006<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,114.80 |
| 09/20/2012 | DSC P/O #325 04 DURANGO #2010<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,853.63 |
| 09/20/2012 | DSC P/O #323 01 JEEP #2008<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,918.85 |
| 09/20/2012 | DSC P/O #309 99 RAM #1990<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,197.93 |
| 09/20/2012 | DSC P/O #314 02 SEDON #1996<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,685.83 |
| 09/20/2012 | DSC P/O #329 92 FORD<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,415.07 |
| 09/07/2012 | DSC P/O #279 '05 SIENNA #1952<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,670.93 |
| 09/06/2012 | DSC P/O #262 '03 NAVIGATOR #1938<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,757.40 |
| 09/06/2012 | DSC P/O #312 '04 RAM #1994<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,655.35 |
| 09/06/2012 | DSC P/O #280 '04 EXPEDITION #1957<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,504.90 |
| 09/06/2012 | DSC P/O #326 '96 EXPLORER #2011<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $934.24 |
| 08/28/2012 | DSC P/O #305 '06 FREESTYLE #1986<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $7,725.58 |
| 08/28/2012 | DSC P/O #315 '02 TRAILBLAZER #1998<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,136.49 |
| 08/28/2012 | DSC P/O #317 '05 T&C #1995<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,136.49 |
| | DSC P/O #282 '06 SPECTRA #1953 | |

FX : Account: Generate History — Page 10 of 12

| Date | Description | Amount |
|---|---|---|
| 08/28/2012 | DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $3,938.14 |
| 08/28/2012 | DSC P/O #310 '05 CAVALIER #1985 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $3,909.60 |
| 08/28/2012 | DSC P/O #316 '02 MAZDA #1999 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $3,499.91 |
| 08/24/2012 | DSC P/O #302 '96 LEXUS #1979 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,681.61 |
| 08/15/2012 | DSC P/O #311 02 TRAIL #1989 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $4,197.74 |
| 08/15/2012 | DSC P/O #300 05 FOCUS #1982 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $3,305.55 |
| 08/15/2012 | DSC P/O #297 02 EXPL #1980 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $3,078.65 |
| 08/14/2012 | DSC P/O #308 04 ACCENT #1991 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,865.70 |
| 08/14/2012 | DSC P/O #260 95 MARQUI #1920 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,843.33 |
| 08/14/2012 | DSC P/O #306 03 FOCUS #1987 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,514.13 |
| 08/14/2012 | DSC P/O #296 / #1978 / AUDIT FEE $75. DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,346.29 |
| 08/08/2012 | DSC P/O #255 07 AVALANCHE #1703A DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $11,990.90 |
| 08/08/2012 | DSC P/O #284 03 TRAIL #1985 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $7,139.35 |
| 08/08/2012 | DSC P/O #256 02 MERCED #1923 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $5,678.22 |
| 08/08/2012 | AFC P/O #114 03 RAM #1873 AFC FUNDING CORP/XPRESS PAY 378223 RED BARN MOTORS INC. DSC Payoff | $3,970.78 |
| 08/08/2012 | DSC P/O #307 01 JEEP #1988 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $3,889.18 |
| 08/08/2012 | DSC P/O #285 99 NEON #1956 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,217.30 |
| 08/07/2012 | DSC P/O #265 '05 MOUNT #1937 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $4,492.27 |

FX : Account: Generate History

| Date | Description | Amount |
|---|---|---|
| 07/31/2012 | DSC P/O #247 '07 KIA #1893<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,116.86 |
| 07/31/2012 | DSC P/O #295 '03 GMC #1983<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,393.05 |
| 07/31/2012 | DSC P/O #245 '03 FORD #1890<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,301.65 |
| 07/31/2012 | DSC P/O #298 '99 EXP. #1981<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,966.15 |
| 07/24/2012 | DSC P/O #234 '12 TRAILER #1903<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,994.69 |
| 07/18/2012 | DSC P/O #276 '02 SABLE #1946<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,473.60 |
| 07/18/2012 | DSC P/O #243 '99 MERCEDES #1878<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,921.96 |
| 07/18/2012 | DSC P/O #281 '02 RANGER #1954<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,453.02 |
| 07/16/2012 | DSC P/O #263 02 CAMRY #1940<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,290.08 |
| 07/16/2012 | DSC P/O #259 04 GR AM #1917<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,305.37 |
| 07/16/2012 | DSC P/O #229 03 S-10 #1857<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,009.90 |
| 07/13/2012 | DSC P/O #267 '03 SATURN #1930<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,756.99 |
| 07/13/2012 | DSC P/O #233 '02 LINCOLN #1866<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,273.74 |
| 07/13/2012 | DSC P/O #278 '02 SATURN #1949<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,420.75 |
| 07/13/2012 | DSC P/O #283 '99 SUBURBAN #1955<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,706.68 |
| 07/13/2012 | DSC P/O #257 '00 VILLAGER #1921<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,988.19 |
| 07/03/2012 | DSC P/O #223 00 CHEVY #1851<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,568.66 |
| 07/03/2012 | DSC P/O #241 06 FORD #1881<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. | $4,434.73 |

FX : Account: Generate History

| | DSC Payoff | |
|---|---|---|
| 07/03/2012 | DSC P/O #224 02 KIA #1853<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,486.44 |

No more history for the selected range

FX : Account: Generate History                                    Page 1 of 14

# Accounts
## Account History

| Search Details | | | |
|---|---|---|---|
| **For Account:** RED BARN : *758 | **Account Name:** Red Barn Motors Inc. | **Transaction Categories:** DSC Payoff | |

**Transactions** - from 09/01/2011 to 06/30/2012

| Date | Ref/Check | Description/ Memo(Category) | Debit/Withdrawal | Credit/Deposit |
|---|---|---|---|---|
| 06/29/2012 | | DSC P/O #249 02 TAHOE #1895<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,740.09 | |
| 06/26/2012 | | DSC P/O #270 02 TRAILBLAZER #1936<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,887.46 | |
| 06/26/2012 | | AFC P/O #102 01 SILVERADO #1746B<br>AFC FUNDING CORP/XPRESS PAY 303700 RED BARN MOTORS INC.<br>DSC Payoff | $3,192.76 | |
| 06/19/2012 | | DSC P/O #273 00 LEXUS #1933<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,040.46 | |
| 06/19/2012 | | DSC P/O #275 02 JEEP #1947<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,968.77 | |
| 06/19/2012 | | DSC P/O #258 97 RAV4 #1922<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,792.64 | |
| 06/19/2012 | | DSC P/O #274 03 YUKON #1935<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,549.72 | |
| 06/19/2012 | | DSC P/O #266 96 FORD #1941<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,021.77 | |
| 06/18/2012 | | DSC P/O #211 02 F150 #1837<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,011.10 | |
| 06/18/2012 | | DSC P/O #209 99 TAHOE #1839<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,400.04 | |
| 06/18/2012 | | DSC P/O #210 00 PONTIAC #1830<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,870.28 | |
| 06/15/2012 | | DSC P/O #231 05 COLORADO #1865<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,973.78 | |

FX : Account: Generate History

| Date | Description | Amount |
|---|---|---|
| 06/12/2012 | DSC P/O #206 02 DAKOTA #1832<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,049.97 |
| 06/12/2012 | DSC P/O #205 05 LARAMIE #1822<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,684.47 |
| 06/12/2012 | DSC P/O #201 96 DEVILLE #1823<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,375.89 |
| 06/12/2012 | DSC P/O #207 05 CROWN VIC #1833<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,248.91 |
| 05/29/2012 | DSC P/O #236 05 FREESTR #1882<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,012.40 |
| 05/25/2012 | DSC P/O #250 03 TAHOE #1896<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,606.87 |
| 05/25/2012 | DSC P/O #240 06 COBALT #1880<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,318.78 |
| 05/25/2012 | DSC P/O #193 02 DAKOTA #1788<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,115.07 |
| 05/25/2012 | DSC P/O #208 99 LARIAT 99 F150 #1835<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,599.69 |
| 05/23/2012 | DSC P/O #248 05 FOCUS #1894<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,298.51 |
| 05/23/2012 | DSC P/O #182 97 RAM 2500 #1776<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,249.58 |
| 05/23/2012 | DSC P/O #253 04 SABLE #1901<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,903.52 |
| 05/23/2012 | DSC P/O #246 00 MONTERO #1891<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,385.88 |
| 05/21/2012 | DSC P/O #215 01 RAM 1500 #1838<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,041.39 |
| 05/17/2012 | DSC P/O #232 03 VOLVO #1868<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,153.22 |
| 05/17/2012 | DSC P/O #230 98 MERCED #1864<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,117.50 |
| 05/17/2012 | DSC P/O #271 04 FOCUS #1932<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,737.64 |
| 05/14/2012 | DSC P/O #198 02 TRACKER #1820<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. | $3,086.74 |

FX : Account: Generate History

| Date | Description | Amount |
|---|---|---|
| | DSC Payoff | |
| 05/10/2012 | DSC P/O #174 04 STRATUS #1761<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,024.59 |
| 05/09/2012 | DSC P/O #163 02 INFINITI #1750<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,773.88 |
| 05/09/2012 | DSC P/O #158 05 VAN #1749<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,448.50 |
| 05/09/2012 | DSC P/O #161 01 RAM #1745<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,285.13 |
| 05/08/2012 | DSC P/O #151 00 XTERRA #1727<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,781.04 |
| 05/08/2012 | DSC P/O #152 02 SATURN #1733<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,079.26 |
| 05/07/2012 | DSC P/O #235 01 SUZUKI #1870<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,782.68 |
| 05/03/2012 | DSC P/O #222 99 PRIZM #1847<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,069.59 |
| 05/01/2012 | DSC P/O #216 06 ELANTRA #1848<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,833.89 |
| 04/30/2012 | DSC P/O #251 04 NAVIGATOR #1897<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $8,011.64 |
| 04/30/2012 | DSC P/O #154 06 MONTANA #1731<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,658.05 |
| 04/30/2012 | DSC P/O #193 02 DAKOTA #1788<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,198.80 |
| 04/27/2012 | DSC P/O #242 03 MONTE CARLO #1879<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,888.09 |
| 04/27/2012 | DSC P/O #238 03 DURANGO #1872<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,263.98 |
| 04/27/2012 | DSC P/O #218 96 SIERRA #1852<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,285.06 |
| 04/27/2012 | DSC P/O #212 01 KIA #1831<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,051.69 |
| 04/25/2012 | P/O #1849, 1862, 1856, 1871, 1892, 1898<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $37,048.20 |
| | DSC P/O #159 91 LEGACY #1844 | |