FX : Account: Generate History                                                                 Page 4 of 14

| Date | Description | Amount |
|---|---|---|
| 04/25/2012 | DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,158.10 |
| 04/19/2012 | DSC P/O #187 09 AVEO #1782<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,443.15 |
| 04/19/2012 | DSC P/O #148 04 SUBURBAN #1708<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,938.78 |
| 04/19/2012 | DSC P/O #175 04 EXPEDITION #1768<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,901.68 |
| 04/19/2012 | DSC P/O #195 01 REGAL #1798<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,127.23 |
| 04/19/2012 | DSC P/O #226 05 KIA #1855<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,145.85 |
| 04/19/2012 | DSC P/O #145 02 ACCORD #1717<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,874.30 |
| 04/19/2012 | DSC P/O # 225 02 QUEST #1867<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,686.77 |
| 04/13/2012 | DSC P/O #168 03 RANGER #1754<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,730.80 |
| 04/12/2012 | DSC P/O #204 03 BLAZER #1817<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,202.98 |
| 04/12/2012 | DSC P/O #199 96 ACCORD #1824<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,999.80 |
| 04/12/2012 | DSC P/O #200 94 CARAV. #1816<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,780.71 |
| 04/09/2012 | DSC P/O #163 02 QX4 #1750<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,267.22 |
| 04/06/2012 | DSC P/O #155 01 AZTEK #1728<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,116.80 |
| 04/04/2012 | DSC P/O #195 01 REGAL #1798<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $626.12 |
| 04/03/2012 | DSC P/O #153 04 MX5 #1730<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,323.81 |
| 03/30/2012 | DSC P/O #148 04 SUB. #1708<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,588.15 |
| 03/30/2012 | DSC P/O #145 02 ACCORD #1717<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $795.66 |

FX : Account: Generate History

| Date | Description | Amount |
|---|---|---|
| 03/28/2012 | DSC P/O #184 04 RAM #1783<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $8,259.28 |
| 03/28/2012 | DSC P/O #186 07 FREE. #1784<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,778.57 |
| 03/28/2012 | DSC P/O #192 02 I35 #1790<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,990.06 |
| 03/28/2012 | DSC P/O #146 01 SILV. #1713<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,051.22 |
| 03/28/2012 | DSC P/O #217 03 GR CHERO #1845<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,808.14 |
| 03/28/2012 | DSC P/O #167 98 RAM #1751<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,595.87 |
| 03/28/2012 | DSC P/O #156 03 AVIATOR #1732<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,975.37 |
| 03/28/2012 | DSC P/O #197 04 RAM #1650<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,878.49 |
| 03/28/2012 | DSC P/O #213 03 VOYAGER #1834<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,550.94 |
| 03/28/2012 | DSC P/O #202 01 CARA #1821<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,987.99 |
| 03/28/2012 | DSC P/O #220 05 NEON #1850<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,971.58 |
| 03/28/2012 | DSC P/O #221 92 S-10 #1854<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,468.42 |
| 03/22/2012 | DSC P/O #134 04 CHEROK #1704<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,779.31 |
| 03/22/2012 | DSC P/O #185 07 CALIB. #1786<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,735.85 |
| 03/21/2012 | DSC P/O #124 97 ACCORD #1690<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,559.05 |
| 03/21/2012 | DSC P/O #129 00 CENTURY #1693<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,268.61 |
| 03/16/2012 | DSC P/O #179 06 TAURUS #1635<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,543.09 |
| 03/16/2012 | DSC P/O #169 02 ENVOY #1756<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. | $3,978.08 |

FX : Account: Generate History

Page 6 of 14

| Date | Description | Amount |
|---|---|---|
| | DSC Payoff | |
| 03/16/2012 | DSC P/O #214 97 RAV 4 #1839<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,904.48 |
| 03/16/2012 | DSC P.O #178 02 TRAIL #1446B<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,518.37 |
| 03/16/2012 | DSC P/O #162 02 CARA #1748<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,474.78 |
| 03/14/2012 | DSC P/O #171 99 MAXIMA #1755<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,204.74 |
| 02/29/2012 | DSC P/O #135 03 VW #1705<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,105.13 |
| 02/29/2012 | DSC P/O #176 99 F350 #1765<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,896.09 |
| 02/29/2012 | DSC P/O #137 00 CHRY PT #1721<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,014.11 |
| 02/29/2012 | DSC P/O #147 03 PARK AVE #1715<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,912.54 |
| 02/29/2012 | DSC P/O #143 98 RANGER #1714<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,700.20 |
| 02/29/2012 | DSC P/O #194 98 CHEV 1500 #1799<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,175.92 |
| 02/29/2012 | DSC P/O #180 02 T&C #1777<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,613.77 |
| 02/29/2012 | DSC P/O #203 98 SIENNA #1818<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,066.60 |
| 02/29/2012 | DSC P/O #190 03 MALI #1794<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,037.02 |
| 02/29/2012 | DSC P/O #189 00 GR. MARQ #1792<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,977.02 |
| 02/29/2012 | DSC P/O #110 00 LEXUS #1659<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,768.76 |
| 02/29/2012 | DSC P/O #191 96 RAM 1500 #1791<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,633.75 |
| 02/29/2012 | DSC P/O #141 98 SUNFIRE #1720<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,068.10 |
| | DSC P/O #160 02 EXTERRA #1746 | |

FX : Account: Generate History

| Date | Description | Amount |
|---|---|---|
| 02/27/2012 | DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,927.10 |
| 02/27/2012 | DSC P/O #177 98 CONTOUR #1769<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,674.07 |
| 02/24/2012 | DSC P/O #131 02 SILVER. #1696<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,873.78 |
| 02/21/2012 | DSC P/O #196 #1803 05 300<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $7,540.64 |
| 02/21/2012 | DSC P/O #170 #1753 01 NAVA<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,965.60 |
| 02/21/2012 | DSC P/O #181 #1775 03 CARAVAN<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,974.69 |
| 02/21/2012 | DSC P/O #98 #1654 91 LAND<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,289.72 |
| 02/16/2012 | DSC P/O #144 06 PACIF #1712<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $8,416.22 |
| 02/16/2012 | DSC P/O #140 06 ESCAPE #1719<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $8,011.24 |
| 02/16/2012 | DSC P/0 #142 04 GALANT #1707<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $6,882.37 |
| 02/10/2012 | DSC P/O #183 00 MAXIMA #1785<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,523.23 |
| 02/10/2012 | DSC P/O #139 04 ION #1718<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,626.24 |
| 02/10/2012 | DSC P/O #136 02 DAKOTA #1711<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,171.48 |
| 02/10/2012 | DSC P/O #165 01 MONTERO #1743<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,558.59 |
| 02/10/2012 | DSC P/O #173 98 F250 #1763<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,300.37 |
| 02/10/2012 | DSC P/O #188 94 LEXUS #1789<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,811.80 |
| 02/10/2012 | DSC P/O #109 99 LEXUS #1660<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,336.99 |
| 02/10/2012 | DSC P/O #60 94 TAURUS #1482<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $478.93 |

FX : Account: Generate History

| Date | Description | Amount |
|---|---|---|
| 02/08/2012 | DSC P/O #150 10 ACCENT #1729<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $7,487.55 |
| 02/08/2012 | DSC P/O #164 99 CAMRY #1747<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,845.31 |
| 02/08/2012 | DSC P/O #138 03 OUTLAND #1710<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,219.79 |
| 02/08/2012 | DSC P/O #93 99 PARK AV #1642<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,247.19 |
| 02/07/2012 | DSC P/O #84 00 EXCUR #1522<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,828.21 |
| 02/03/2012 | DSC P/O #123 01 TAHOE #1688<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,068.46 |
| 02/03/2012 | DSC P/O #157 02 SABLE #1742<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,501.74 |
| 02/01/2012 | DSC P/O #133 97 GR. MARQ #1706<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,084.31 |
| 01/31/2012 | DSC P/O #128 93 TRACER #1694<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,559.08 |
| 01/31/2012 | DSC P/O #103 05 FIVE HUND. #1658<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,487.86 |
| 01/31/2012 | DSC P/O #166 00 ODYSSEY #1752<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,096.73 |
| 01/31/2012 | DSC P/O #149 99 TROOPER #1716<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,302.09 |
| 01/31/2012 | DSC P/O #125 02 RAV4 #1692<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,976.18 |
| 01/30/2012 | DSC P/O #92 99 LUMINA #1641<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,699.79 |
| 01/27/2012 | DSC P/O #172 '98 INTEGRA #1762<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,799.73 |
| 01/25/2012 | DSC P/O #1696 02 SILVER<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $796.08 |
| 01/23/2012 | DSC P/O #99 04 INTREP #1653<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,712.03 |
| 01/23/2012 | DSC P/O #90 02 SEBRING #1640<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. | $1,913.01 |

FX : Account: Generate History                                                                 Page 9 of 14

| Date | Description | Amount |
|---|---|---|
|  | DSC Payoff |  |
| 01/23/2012 | DSC P/O #102 99 QUEST #1655<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,913.68 |
| 01/23/2012 | DSC P/O #88 02 S-10 #1622<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,960.86 |
| 01/18/2012 | DSC P/O #76 01 ECLIPSE #1607<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,884.90 |
| 01/17/2012 | DSC P/O #73 04 CAVA.<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,004.53 |
| 01/17/2012 | DSC P/O #108 97 TAURUS<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,062.96 |
| 01/17/2012 | DSC P/O #127 02 MAZDA 626<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,895.16 |
| 01/09/2012 | DSC P/O #70 98 MERCEDES #1593<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,679.92 |
| 01/06/2012 | DSC P/O #1592&#1551 CURT.#1522<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,583.61 |
| 01/05/2012 | DSC P/O #122 00 GR. MARQ #1682<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,312.45 |
| 01/05/2012 | DSC P/O #121 03 ALERO #1685<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,395.45 |
| 01/05/2012 | DSC P/O #86 03 JEEP #1638<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,593.78 |
| 01/05/2012 | DSC P/O #120 01 300M #1686<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,861.28 |
| 01/05/2012 | DSC P/O #132 01 RAM 1500 #1695<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,628.69 |
| 01/04/2012 | DSC P/O #52 01 G. AM #1583<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,741.03 |
| 01/04/2012 | DSC P/O #49 98 LUM. #1341A<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,086.01 |
| 01/04/2012 | DSC P/O #45 02 RAM 1500 #1398B<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,612.55 |
| 12/29/2011 | DSC P/O #56 95 CONTOUR<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $832.96 |
|  | DSC P/O #1673 00 FOCUS |  |

FX : Account: Generate History

| Date | Description | Amount |
|---|---|---|
| 12/27/2011 | DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $3,855.19 |
| 12/27/2011 | DSC P/O #114 03 Diam. #1683 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $4,556.98 |
| 12/23/2011 | DSC P/O #1561 01 SIENNA DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $3,664.54 |
| 12/21/2011 | DSC P/O #C1666 02 GR AM DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $3,088.62 |
| 12/21/2011 | DSC P/O #1697 01 SONOMA DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $4,067.27 |
| 12/20/2011 | DSC P/O #55 '99 SUNFIRE #1562 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $1,302.17 |
| 12/19/2011 | DSC P/O #126 '02 SATURN #1689 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $1,765.82 |
| 12/19/2011 | DSC P/O #46 '02 SEBR. #1446A DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,057.54 |
| 12/19/2011 | DSC P/O #96 '93 SIERRA #1649 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,376.48 |
| 12/19/2011 | DSC P/O #30 '00 LESABRE #1538 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $3,157.57 |
| 12/19/2011 | DSC P/O #119 '98 F-150 #1684 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $3,631.39 |
| 12/19/2011 | DSC P/O #118 '01 CAMRY #1678 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $5,225.71 |
| 12/16/2011 | DSC P/O #75 05 NEON #1599 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,143.32 |
| 12/16/2011 | DSC P/O #79 '96 CAMRY #1629 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,735.75 |
| 12/16/2011 | DSC P/O #115 '01 JIMMY DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $4,199.77 |
| 12/15/2011 | DSC P/O #94 '01 CAVA #1643 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $1,152.10 |
| 12/12/2011 | DSC P/O #1482,#1592,#1593 DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,022.08 |
| 12/07/2011 | DSC P/O #87 #1639 '02 NISSAN XTERRA DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $3,703.50 |

FX : Account: Generate History

| Date | Description | Amount |
|---|---|---|
| 11/30/2011 | DSC P/O #77 '98 CHEROKEE #1627<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,338.85 |
| 11/30/2011 | DSC P/O #44 04 ION #1577<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,577.38 |
| 11/30/2011 | DSC P/O #101 '02 LSERIES #1656<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,599.42 |
| 11/30/2011 | DSC P/O #107 '01 BLAZER #1661<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,144.31 |
| 11/30/2011 | DSC P/O #106 '98 K1500 #106<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,018.84 |
| 11/30/2011 | DSC P/O #54 '02 TRAILBLZR #1586<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,126.68 |
| 11/30/2011 | DSC P/O #97 '02 F150 #1648<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,448.65 |
| 11/28/2011 | DSC P/O #28 97 EXPL #1539<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,031.77 |
| 11/28/2011 | DSC P/O #117 02 VUE #1674<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,907.07 |
| 11/28/2011 | DSC P/O #72 05 SEDONA #1600<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,265.06 |
| 11/28/2011 | DSC P/O #67 00 SEBRING #1589<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,631.54 |
| 11/23/2011 | DSC P/O #105 01 EXPL #1662<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,849.57 |
| 11/23/2011 | DSC P/O #117 '02 Saturn #1674<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,997.70 |
| 11/16/2011 | DSC PAYOFF #18 '98 TAURUS #1309<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,588.74 |
| 11/16/2011 | DSC PAYOFF #21 '06 STRATUS #1531<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,862.99 |
| 11/16/2011 | DSC PAYOFF #71 '01 EXCUR. #1590<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,865.65 |
| 11/14/2011 | DSC PAYOFF #10 02 FORD EXPL<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,401.70 |
| 11/09/2011 | DSC PAYOFF #100 02 DURANGO #1657<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. | $1,867.70 |

FX : Account: Generate History

| Date | Description | Amount |
|---|---|---|
| | DSC Payoff | |
| 11/09/2011 | DSC PAYOFF 99 CRV<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,313.45 |
| 11/09/2011 | DSC PAYOFF 05 EXPLORER<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,848.51 |
| 11/09/2011 | DSC PAYOFF 03 RAM<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,940.37 |
| 11/07/2011 | 1987 Porsche<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,682.07 |
| 11/02/2011 | DSC PAYOFF 00 LINCOLN TOWN CAR<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,015.85 |
| 11/02/2011 | DSC PAYOFF 99 VOLKS<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,950.73 |
| 11/01/2011 | DSC PAYOFF 01 EXPED<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,970.44 |
| 10/31/2011 | DSC PAYOFF 00 F350SD<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,494.24 |
| 10/28/2011 | DSC PAYOFF 04 FREESTAR<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,905.06 |
| 10/26/2011 | DSC PAYOFF 96 CAD DEVILLE<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,106.28 |
| 10/25/2011 | DSC PAYOFF 01 MALIBU<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,938.32 |
| 10/25/2011 | DSC PAYOFF 06 MAZDA 3<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,195.87 |
| 10/24/2011 | DSC PAYOFF 03 MALIBU<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,466.48 |
| 10/20/2011 | DSC PAYOFF 00 SATURN<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,410.92 |
| 10/20/2011 | DSC PAYOFF 98 BLAZER<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,862.34 |
| 10/20/2011 | DSC PAYOFF 02 MONTERO<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,153.33 |
| 10/19/2011 | DSC PAYOFF 99 VOYAGER<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,018.79 |
| | DSC PAYOFF 96 ALTIMA | |

FX : Account: Generate History

| Date | Description | Amount |
|---|---|---|
| 10/19/2011 | DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $1,472.97 |
| 10/19/2011 | DSC PAYOFF 98 CAVALIER DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $1,628.33 |
| 10/19/2011 | DSC PAYOFF 05 MAILIBU DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $4,038.51 |
| 10/11/2011 | DSC PAYOFF 01 MILLENIA DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $532.28 |
| 10/11/2011 | DSC PAYOFF 98 CAVAL DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $1,715.45 |
| 10/11/2011 | DSC PAYOFF 99 CAD. DEVILLE DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,660.31 |
| 10/11/2011 | DSC PAYOFF 02 DURANGE DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,935.19 |
| 10/11/2011 | DSC PAYOFF 05 CHEV. COLORADO DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $5,254.65 |
| 10/05/2011 | DSC PAYOFF 03 CROWN VICTOR. DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $1,782.80 |
| 09/30/2011 | DSC PAYMENT 00 CAVALIER DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,541.72 |
| 09/27/2011 | DSC Payoff 00 Chrysler Cirrus DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $1,769.05 |
| 09/27/2011 | DSC Payoff 99 Honda CR-V DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,269.52 |
| 09/27/2011 | DSC Payoff 00 Chrysler Concorde DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,774.77 |
| 09/27/2011 | DSC Payoff 01 Nissan Xterra DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $4,330.46 |
| 09/27/2011 | DSC Payoff 01 GMC Jimmy DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $4,625.73 |
| 09/27/2011 | DSC Payoff 00 Ford Excursion DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $5,762.66 |
| 09/21/2011 | '94 Mitsu Galant DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $2,159.38 |
| 09/21/2011 | 07 Chev Cobalt DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC. DSC Payoff | $4,659.92 |

FX : Account: Generate History                                                                 Page 14 of 14

| Date | Description | Amount |
|---|---|---|
| 09/19/2011 | 03 PT Cruiser<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,017.67 |
| 09/19/2011 | 00 Ford Expl. Sport<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,361.61 |
| 09/13/2011 | Payoff 1560 97 Explorer<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,308.76 |
| 09/13/2011 | 00 GMC Jimmy<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $2,820.63 |
| 09/13/2011 | '02 Dodge Dakota<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,184.51 |
| 09/13/2011 | '99 Mercury Marq.<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,342.39 |
| 09/13/2011 | Payoff 1581 02 Chevy Tahoe<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $5,412.17 |
| 09/08/2011 | 1996 Mercury Gr. Marq.<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,702.72 |
| 09/08/2011 | Payoff 1530 Leroy Smith<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $1,714.56 |
| 09/08/2011 | Payoff 1498 Charping<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,424.13 |
| 09/06/2011 | 04 Chevy Venture<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,243.31 |

No more history for the selected range

FX : Account: Generate History

Page 1 of 1

# Accounts

## Account History

| Search Details | | | |
|---|---|---|---|
| **For Account:** RED BARN : *758 | **Account Name:** Red Barn Motors Inc. | **Transaction Categories:** DSC Payoff | |

**Transactions** - from 01/01/2011 to 08/31/2011

| Date | Ref/Check | Description/ Memo(Category) | Debit/ Withdrawal | Credit/ Deposit |
|---|---|---|---|---|
| 08/30/2011 | | 04 Stratus & 01 Chev. Sub<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $10,656.92 | |
| 08/29/2011 | | 96 Nissan 200 & 96 Expl<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,319.36 | |
| 08/26/2011 | | 03 Dodge Duran<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $3,833.02 | |
| 08/24/2011 | | 06 Saturn Ion<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,205.44 | |
| 08/18/2011 | | 01 Isuzu & 00 Saturn SL2<br>DSC PAYMENT/PAYMENT 61099 RED BARN MOTORS INC.<br>DSC Payoff | $4,019.84 | |

No more history for the selected range

FX : Account: Generate History                                              Page 1 of 1

# Accounts

## Account History

| Search Details | |
|---|---|
| **For Account:** RED BARN : *758   **Account Name:** Red Barn Motors Inc.   **Transaction Categories:** DSC Funding | |

**Transactions** - from 07/01/2012 to 04/19/2013

| Date | Ref/ Check | Description/ Memo(Category) | Debit/ Withdrawal | Credit/ Deposit |
|---|---|---|---|---|
| 03/12/2013 | | DSC REFUND FORD 500<br>NEXTGEAR FUNDING/FUNDING 61099 RED BARN MOTORS INC.<br>DSC Funding | | $7,033.00 |

No more history for the selected range

FX : Account: Generate History                                                                 Page 1 of 1

# Accounts

## Account History

| Search Details | |
|---|---|
| **For Account:** RED BARN : *758   **Account Name:** Red Barn Motors Inc.   **Transaction Categories:** DSC Funding | |

### Transactions - from 09/01/2011 to 06/30/2012

| Date | Ref/Check | Description/ Memo(Category) | Debit/Withdrawal | Credit/Deposit |
|---|---|---|---|---|
| 04/27/2012 | | DSC FUND #1738 & 1703A<br>DSC FUNDING/FUNDING 61099 RED BARN MOTORS INC.<br>DSC Funding | | $27,750.00 |
| 02/13/2012 | | DSC FUND #197 04 RAM #1650<br>DSC FUNDING/FUNDING 61099 RED BARN MOTORS INC.<br>DSC Funding | | $3,690.00 |
| 01/20/2012 | | DSC FUND #1446B $3325. #1635 $4335.<br>DSC FUNDING/FUNDING 61099 RED BARN MOTORS INC.<br>DSC Funding | | $7,660.00 |
| 10/11/2011 | | DSC FUNDING #88 02 S-10 & #89 96 ELDOR<br>DSC FUNDING/FUNDING 61099 RED BARN MOTORS INC.<br>DSC Funding | | $5,975.00 |
| 10/06/2011 | | DSC FUND. #80 99 CRV, #81 96 ALTIMA, #82 00 EXCUR, #83 01 EXPED<br>DSC FUNDING/FUNDING 61099 RED BARN MOTORS INC.<br>DSC Funding | | $8,250.00 |
| 09/13/2011 | | DSC FUND. #64 06 MAZDA, #65 01 XTERRA, #66 99 DEVILLE,<br>DSC FUNDING/FUNDING 61099 RED BARN MOTORS INC.<br>DSC Funding | | $11,675.00 |
| 09/12/2011 | | DSC FUND. #60 94 TAURUS, #61 87 PORSCHE, #62 98 BLAZER, #63 MAL<br>DSC FUNDING/FUNDING 61099 RED BARN MOTORS INC.<br>DSC Funding | | $6,725.00 |
| 09/07/2011 | | DSC FUND. #50 96 DEVILLE<br>DSC FUNDING/FUNDING 61099 RED BARN MOTORS INC.<br>DSC Funding | | $1,937.00 |
| 09/06/2011 | | #45 02 RAM,#46 02 SEBR.,#47 03 CROWN,#48 07 COBALT,#49 98 LUMINA<br>DSC FUNDING/FUNDING 61099 RED BARN MOTORS INC.<br>DSC Funding | | $15,145.00 |

No more history for the selected range

FX : Account: Generate History

Page 1 of 1

# Accounts

Account History

| Search Details | |
|---|---|
| **For Account:** RED BARN : *758  **Account Name:** Red Barn Motors Inc.  **Transaction Categories:** DSC Funding | |

### Transactions - from 01/01/2011 to 08/31/2011

| Date | Ref/ Check | Description/ Memo(Category) | Debit/ Withdrawal | Credit/ Deposit |
|---|---|---|---|---|
| 08/17/2011 | | DSC Funding<br>DSC FUNDING/FUNDING 61099 RED BARN MOTORS INC.<br>DSC Funding | | $10,731.46 |
| 08/16/2011 | | DSC Funding<br>DSC FUNDING/FUNDING 61099 RED BARN MOTORS INC.<br>DSC Funding | | $3,175.00 |

No more history for the selected range