UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC., DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**NEXTGEAR CAPITAL, INC.,** as successor-in-interest to **DEALER SERVICES CORPORATION,** and **LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.,**<br><br>**Defendants.** | CIVIL<br>ACTION NO .: <u>**1:14-cv-01589-TWP-DKL**</u> |

### UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE

Now into Court, through undersigned counsel, comes Plaintiff, Red Barn Motors, Inc. ("Red Barn"), who, pursuant to Local Rule 16-3, files this motion seeking a continuance of the settlement conference set for January 25, 2016, and states as follows:

1.

This Court set a settlement conference in this case for Monday, January 25, 2016, at 1:30 p.m.[1]

2.

Plaintiff moved for leave to file its *Verified Amended Complaint* on January 8, 2016, adding additional parties and claims.[2]

---

[1] Dkt. 61.

[2] Dkt. 89.

3.

The complex issues of law and fact presented in the *Verified Amended Complaint* as well as joinder of additional plaintiffs and defendants makes the scheduled settlement conference impracticable at this time.

4.

Plaintiff requests this Court continue the settlement conference to April 4, 2016, at 9:30 a.m.

5.

Counsel for Defendant, NextGear Capital, Inc. ("NextGear"), agrees to the aforementioned continuance.

Wherefore, Plaintiff, Red Barn Motors, Inc., prays this Court grant its Motion and continue the January 25, 2016, settlement conference to April 4, 2016, at 9:30 a.m.

    Respectfully submitted,

    CASSIE FELDER & ASSOCIATES, L.L.C.

    /s/ Joshua P. Melder
    Cassie E. Felder (La. Bar No. 27805)
    Joshua P. Melder (La. Bar No. 33983)
    343 3rd Street, Suite 308
    Baton Rouge, Louisiana 70801
    Phone: (225) 448-3560
    Fax:   (225) 372-2862
    Email: cfelder@felderllc.com
           joshua@felderllc.com
    *Attorneys for Plaintiff*

[CONTINUED ON FOLLOWING PAGE]

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 11th day of January, 2016, served a copy of the foregoing *Unopposed Motion to Continue Settlement Conference* on all counsel of record via electronic service by the court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

**David J. Jurkiewicz**
**Steven D. Groth**
Bose, McKinney & Evans, L.L.P.
djurkiewicz@boselaw.com, sgroth@boselaw.com

/s/ Joshua P. Melder
Joshua P. Melder