UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC., DONALD B. RICHARDSON, AND BARBARA A. RICHARDSON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**NEXTGEAR CAPITAL, INC.,** as successor-in-interest to **DEALER SERVICES CORPORATION,** and **LOUISIANA'S FIRST CHOICE AUTO AUCTION, L.L.C.**<br><br>**Defendants.** | CIVIL<br>ACTION NO .: <u>1:14-cv-01589-TWP-DKL</u> |

## ORDER GRANTING *UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE*

Considering the foregoing *Unopposed Motion to Continue Settlement Conference*:

**IT IS ORDERED** that the *Unopposed Motion to Continue Settlement Conference* is **GRANTED** and the settlement conference set for January 25, 2016, at 1:30 p.m. is continued to April 4, 2016, at 9:30 a.m.

Indianapolis, Indiana this _____ day of _____, 2016.

_____
HON. DENISE K. LARUE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Please send notice to all registered counsel by CM/ECF.