UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC.,**<br>**DONALD B. RICHARDSON, AND**<br>**BARBARA A. RICHARDSON,** | |
| **Plaintiffs,** | |
| **v.** | **CIVIL**<br>**ACTION NO .: 1:14-cv-01589-TWP-DKL** |
| **NEXTGEAR CAPITAL, INC.,**<br>**as successor-in-interest to**<br>**DEALER SERVICES CORPORATION,**<br>**and LOUISIANA'S FIRST CHOICE**<br>**AUTO AUCTION, L.L.C.** | |
| **Defendants.** | |

## ORDER GRANTING *UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE*

Considering the foregoing *Unopposed Motion to Continue Settlement Conference*:

**IT IS ORDERED** that the *Unopposed Motion to Continue Settlement Conference* is

**GRANTED** and the settlement conference set for January 25, 2016, at 1:30 p.m. is continued to

April 4, 2016, at 9:30 a.m. in Room 255 of the U.S. Courthouse, Indianapolis, Indiana.  Other

than the date and time, the Scheduling Order [Dkt. 61] remains in full force.

Dated:  01/12/2016

*Denise K. LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Please send notice to all registered counsel by CM/ECF.