UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:14-cv-01589-TWP-DKL |
| ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**
**DECEMBER 29, 2015**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The parties participated in a telephonic status conference. Plaintiff appeared by counsel, Joshua Melder. Defendant appeared by counsel, Steven Groth. Parties discussed case status and discovery. This matter is set for a telephonic status conference on **TUESDAY, FEBRUARY 23, 2015, AT 4:00 P.M., EASTERN**. Counsel will receive call-in instructions for the conference via separate email notification. The conference concluded without further order.

Date: 01/14/2016

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Cassie E. Felder
CASSIE FELDER & ASSOCIATES, LLC
cfelder@felderllc.com

Joshua P. Melder
CASSIE FELDER & ASSOCIATES, LLC
joshua@felderllc.com