UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:14-cv-01589-TWP-DKL |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AMENDED ENTRY FROM TELEPHONIC STATUS CONFERENCE**
**DECEMBER 29, 2015**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The parties participated in a telephonic status conference.  Plaintiff appeared by counsel, Joshua Melder.  Defendant appeared by counsel, Steven Groth.  Parties discussed case status and discovery.  This matter is set for a telephonic status conference on **TUESDAY, FEBRUARY 23, 2016, AT 4:00 P.M., EASTERN**.  Counsel will receive call-in instructions for the conference via separate email notification.  The conference concluded without further order.

Date:  01/14/2016

_Denise K. La Rue_

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Cassie E. Felder
CASSIE FELDER & ASSOCIATES, LLC
cfelder@felderllc.com

Joshua P. Melder
CASSIE FELDER & ASSOCIATES, LLC
joshua@felderllc.com