IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC. | CASE NO. 1:14-cv-01589-TWP-DKL |
| Plaintiffs, | |
| vs. | |
| NEXTGEAR CAPITAL, INC., | |
| Defendants. | |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF DEADLINES**

Defendant, NextGear Capital, Inc. ("NextGear"), by counsel, having filed its Agreed Motion for Extension of Deadlines; and the Court, being duly advised, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED THAT NextGear shall have to and including March 1, 2016, in which to file its Answer to Plaintiff's original Complaint [Dkt. 1] and to file its Response to Plaintiff's Motion for Leave to Amend [Dkt. 89].

SO ORDERED: 01/22/2016

DISTRIBUTION HAS BEEN MADE
VIA THE COURT'S ELECTRONIC
SERVICE NOTIFICATION SYSTEM

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana