UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| RED BARN MOTORS, INC., <br> PLATINUM MOTORS, INC., <br> MATTINGLY AUTO SALES, INC., <br> YOUNG EXECUTIVE MANAGEMENT <br> & CONSULTING SERVICES, INC., <br> Individually, and on behalf of other <br> members of the general public <br> similarly situated <br><br> v. <br><br> COX ENTERPRISES, INC., <br> COX AUTOMOTIVE, INC., <br> NEXTGEAR CAPITAL, INC., <br> F/K/A DEALER SERVICES <br> CORPORATION, successor by merger <br> with Manheim Automotive Financial <br> Services, Inc., and JOHN WICK | * * * * * * * * * * * * * * * * * * * | DOCKET NO. 1:14-cv-01589-TWP-DKL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Matthew M. Coman, counsel for Plaintiffs, Red Barn Motors, Inc., Platinum Motors, Inc., Mattingly Auto Sales, Inc., and Young Executive Management & Consulting Services, Inc., for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Matthew M. Coman
**SHER GARNER CAHILL RICHTER**
 **KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

mcoman@shergarner.com

Indianapolis, Indiana this _____ day of _____, 2016.

                                                                                                                               HON. TANYA W. PRATT
                                                                                                                               UNITED STATES DISTRICT COURT
                                                                                                                               SOUTHERN DISTRICT OF INDIANA

Distribution List:

To all registered counsel by CM/ECF

To PHV applicant via U.S. Mail:
Matthew M. Coman
**SHER GARNER CAHILL RICHTER**
    **KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112