

Law Offices of
**Sher Garner Cahill Richter Klein & Hilbert, L.L.C.**
Twenty-Eighth Floor
909 Poydras Street
New Orleans, LA 70112-4046

Honorable Laura A. Briggs
United States District Court
Southern District of Indiana
Indianapolis Division
Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street, Room 105
Indianapolis, Indiana  46204

RECEIVED
JAN 25 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA