IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-01589-TWP-DKL |
| ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Defendant. ) | |

**APPEARANCE ON BEHALF OF DEFENDANT, NEXTGEAR CAPITAL, INC.**

Paul D. Vink hereby enters his appearance as counsel for Defendant NextGear Capital, Inc.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ Paul D. Vink
Paul D. Vink, Atty. No. 23785-32
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000 (phone)
(317) 684-5173 (fax)
pvink@boselaw.com

Attorneys for Defendant NextGear Capital, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, a copy of the foregoing Appearance was served via electronic mail on the following persons by operation of the Court's electronic filing system:

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Cassie E. Felder
Cassie Felder & Associates, LLC
cfelder@felderllc.com

Joshua P. Melder
Cassie Felder & Associates, LLC
Joshua@felderllc.com

/s/ Paul D. Vink

BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317) 684-5000 (phone)
(317) 684-5173 (facsimile)

2929916_1/22326-17

2