UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2016 FEB 19 PM 3: 40

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| RED BARN MOTORS, INC., <br> PLATINUM MOTORS, INC., <br> MATTINGLY AUTO SALES, INC., <br> YOUNG EXECUTIVE MANAGEMENT <br> & CONSULTING SERVICES, INC., <br> Individually, and on behalf of other <br> members of the general public <br> similarly situated <br><br> v. <br><br> COX ENTERPRISES, INC., <br> COX AUTOMOTIVE, INC., <br> NEXTGEAR CAPITAL, INC., <br> F/K/A DEALER SERVICES <br> CORPORATION, successor by merger <br> with Manheim Automotive Financial <br> Services, Inc., and JOHN WICK | DOCKET NO. 1:14-cv-01589-TWP-DKL <br><br> CLASS ACTION <br> Jury Trial Demanded |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO APPEAR *PRO HAC VICE*

Now into Court, pursuant to S.D. Ind. R. 83-6, comes Kerry A. Murphy who respectfully requests entry of an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Red Barn Motors, Inc., et. Al., in the captioned matter. In support of this motion, the undersigned states the following:

1.

I am admitted to practice and in good standing, *i.e.*, currently authorized to practice as an attorney, in the following United States courts and Louisiana and Wisconsin's highest courts: the United States Fifth Circuit Court of Appeals; the United States District Court, Middle District of Louisiana; the United States District Court, Eastern District of Louisiana; the United States District Court, Western District of Louisiana; the Louisiana Supreme Court; and the Wisconsin Supreme

1

Court. I was admitted to practice in the federal and state courts of Louisiana in 2007 and the state courts of Wisconsin in 2008.

2.

I was suspended from practice before the state courts of Wisconsin due to noncompliance with the 2009-2010 Wisconsin mandatory continuing legal education requirement. I have never practiced law in Wisconsin and I had not submitted documentation of my continuing legal education course attendance to the Wisconsin Board of Bar Examiners. I subsequently filed a Petition for Reinstatement with the State Bar of Wisconsin providing evidence of my continuing legal education course attendance. That Petition was granted and I am now in good standing with the state courts of Wisconsin. I have changed my status with the Wisconsin State Bar to inactive because I do not practice law in Wisconsin.[1]

3.

I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of this court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.

I have submitted a check in the amount of one hundred and 00/100 Dollars ($100.00) to the Clerk of this Court in payment of the administrative fees required to process this motion for admission *pro hac vice*.

Wherefore, Kerry A. Murphy respectfully requests that this Court enter an order granting leave to appear *pro hac vice* for the purposes of this cause only.

---

[1] My law license in Wisconsin is under my maiden name—Kerry Burchill.

Respectfully submitted,

*[signature]*

Gladstone N. Jones (#22221)
Lynn E. Swanson (#22650)
Kerry A. Murphy (#31382)
**JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
Email: gjones@jonesswanson.com
      lswanson@jonesswanson.com
      kmurphy@jonesswanson.com

James M. Garner (#19589)
Ryan D. Adams (#27931)
Matthew M. Coman (#23613)
**SHER GARNER CAHILL RICHTER**
  **KLEIN & HILBERT, L.L.C.**
909 Poydras Street
Suite 2800
New Orleans, Louisiana 70112
Telphone: (504) 299-2100
Facsimile: (504) 299-2300
Email: jgarner@shergarner.com
      radams@shergarner.com
      mcoman@shergarner.com

AND

Cassie E. Felder (#27805)
**CASSIE FELDER AND ASSOCIATES, L.L.C.**
264 3rd Street
Suite 308
Baton Rouge, Louisiana 70801
Telephone: (225) 448-3560
Facsimile: (225) 372-2862
Email: cfelder@felderllc
*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on the 16th day of February, 2016, served a copy of the foregoing *Motion to Appear Pro Hac Vice* on all counsel of record via first-class U.S. Mail, postage prepaid and properly addressed to the following:

**David J. Jurkiewicz**
**Steven D. Groth**
Bose, McKinney & Evans, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

_____
Kerry A. Murphy

4