UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| RED BARN MOTORS, INC., | * | DOCKET NO. 1:14-cv-01589-TWP-DKL |
| PLATINUM MOTORS, INC., | * | |
| MATTINGLY AUTO SALES, INC., | * | CLASS ACTION |
| YOUNG EXECUTIVE MANAGEMENT | * | Jury Trial Demanded |
| & CONSULTING SERVICES, INC., | * | |
| Individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated | * | |
| | * | |
| v. | * | |
| | * | |
| COX ENTERPRISES, INC., | * | |
| COX AUTOMOTIVE, INC., | * | |
| NEXTGEAR CAPITAL, INC., | * | |
| F/K/A DEALER SERVICES | * | |
| CORPORATION, successor by merger | * | |
| with Manheim Automotive Financial | * | |
| Services, Inc., and JOHN WICK | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Considering the foregoing *Motion to Appear Pro Hac Vice*:

**IT IS ORDERED,** that the *Motion to Appear Pro Hac Vice* is **GRANTED** and Kerry A. Murphy is granted leave to appear and participate *pro hac vice* in the captioned matter only.

Indianapolis, Indiana this _____ day of _____, 2016.

_____
HON. TANYA W. PRATT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

[CONTINUED ON FOLLOWING PAGE]

Please send notice:

To all registered counsel by CM/ECF.

To applicant via U.S. Mail:

>Kerry A. Murphy
>JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
>601 Poydras Street, Suite 2655
>New Orleans, Louisiana 70130