UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2016 FEB 19  PM 3: 40

OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| RED BARN MOTORS, INC., | * | DOCKET NO. 1:14-cv-01589-TWP-DKL |
| PLATINUM MOTORS, INC., | * | |
| MATTINGLY AUTO SALES, INC., | * | CLASS ACTION |
| YOUNG EXECUTIVE MANAGEMENT | * | Jury Trial Demanded |
| & CONSULTING SERVICES, INC., | * | |
| Individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated | * | |
| | * | |
| v. | * | |
| | * | |
| COX ENTERPRISES, INC., | * | |
| COX AUTOMOTIVE, INC., | * | |
| NEXTGEAR CAPITAL, INC., | * | |
| F/K/A DEALER SERVICES | * | |
| CORPORATION, successor by merger | * | |
| with Manheim Automotive Financial | * | |
| Services, Inc., and JOHN WICK | * | |
| | * | |

*****************************************************************************

## MOTION TO APPEAR *PRO HAC VICE*

Now into Court, pursuant to S.D. Ind. R. 83-6, comes Lynn E. Swanson, who respectfully requests entry of an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Red Barn Motors, Inc., et. Al., in the captioned matter. In support of this motion, the undersigned states the following:

1.

I am admitted to practice and in good standing, *i.e.,* currently authorized to practice as an attorney, in the following United States courts and Louisiana's highest court: the United States Fifth Circuit; the United States District Court, Middle District of Louisiana; the United States District Court, Eastern District of Louisiana; the United States District Court, Western District of Louisiana; and the Louisiana Supreme Court. I was admitted to practice in those courts in 1993.

2.

I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state of the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3.

I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of this court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.

I have submitted a check in the amount of one hundred and 00/100 Dollars ($100.00) to the Clerk of this Court in payment of the administrative fees required to process this motion for admission *pro hac vice*.

Wherefore, Lynn E. Swanson respectfully requests that this Court enter an order granting leave to appear *pro hac vice* for the purposes of this cause only.

Respectfully submitted,

/s/ Lynn E. Swanson
Gladstone N. Jones (#22221)
Lynn E. Swanson (#22650)
Kerry A. Murphy (#31382)
**JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
Email: gjones@jonesswanson.com
    lswanson@jonesswanson.com
    kmurphy@jonesswanson.com

James M. Garner (#19589)
Ryan D. Adams (#27931)
Matthew M. Coman (#23613)
**SHER GARNER CAHILL RICHTER**
　**KLEIN & HILBERT, L.L.C.**
909 Poydras Street
Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Email: jgarner@shergarner.com
　　　　radams@shergarner.com
　　　　mcoman@shergarner.com

AND

Cassie E. Felder (#27805)
**CASSIE FELDER AND ASSOCIATES, L.L.C.**
264 3rd Street
Suite 308
Baton Rouge, Louisiana 70801
Telephone: (225) 448-3560
Facsimile: (225) 372-2862
Email: cfelder@felderllc
*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on the 16th day of February, 2016, served a copy of the foregoing *Motion to Appear Pro Hac Vice* on all counsel of record via first-class U.S. Mail, postage prepaid and properly addressed to the following:

**David J. Jurkiewicz**
**Steven D. Groth**
Bose, McKinney & Evans, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

/s/ Lynn E. Swanson
Lynn E. Swanson