



**JONES SWANSON HUDDELL & GARRISON** LLC

Pan American Life Center | 601 Poydras Street, Suite 2655 | New Orleans, Louisiana 70130

TO: Honorable Laura A. Briggs
Clerk of Court
United States District Court
Southern District of Indiana
Indianapolis Division
46 East Ohio Street
Room 105
Indianapolis, IN 46204

RECEIVED

FEB 19 2016

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA