

# JONES SWANSON HUDDELL & GARRISON LLC

Pan American Life Center | 601 Poydras Street, Suite 2655 | New Orleans, Louisiana 70130

TO: Honorable Laura A. Briggs
Clerk of Court
United States District Court
Southern District of Indiana
Indianapolis Division
46 East Ohio Street
Room 105
Indianapolis, IN 46204



RECEIVED
FEB 2  2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA