IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., | ) | CASE NO. 1:14-cv-01589-TWP-DKL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties having filed their Stipulation for Leave to Amend and Response Deadline; and the Court, being duly advised, hereby ORDERS THAT (i) Plaintiff Red Barn Motors, Inc.'s Motion for Leave to Amend (Dkt. 89) is GRANTED, (ii) that Plaintiffs shall docket their Verified Amended Complaint as attached to that Motion, (iii) that it shall become the operative complaint in this matter; and (iv) that Defendants therein shall have to and including April 15, 2016 in which to file their response to the Amended Complaint, having reserved all rights, defenses, and counterclaims regarding same.

**IT IS FURTHER ORDERED** that no Answer or responsive pleading to the Original Complaint is required.

SO ORDERED: _____

DISTRIBUTION HAS BEEN MADE
VIA THE COURT'S ELECTRONIC
SERVICE NOTIFICATION SYSTEM

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana