UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | DOCKET NO. 1:14-cv-01589-TWP-DKL |
| **PLATINUM MOTORS, INC.,** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| **YOUNG EXECUTIVE MANAGEMENT** | * | **Jury Trial Demanded** |
| **& CONSULTING SERVICES, INC.,** | * | |
| Individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated | * | |
| | * | |
| v. | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION, successor by merger** | * | |
| **with Manheim Automotive Financial** | * | |
| **Services, Inc., and JOHN WICK** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

Considering the foregoing *Motion to Appear Pro Hac Vice*:

**IT IS ORDERED,** that the *Motion to Appear Pro Hac Vice* is **GRANTED** and Gladstone N. Jones is granted leave to appear and participate *pro hac vice* in the captioned matter only. Gladstone N. Jones' address shall be added as shown on the distribution list.

   IT IS SO ORDERED:  02/29/2016

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

[CONTINUED ON FOLLOWING PAGE]

Please send notice:

To all registered counsel by CM/ECF.

To applicant via U.S. Mail:

>   Gladstone N. Jones
>   JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
>   601 Poydras Street, Suite 2655
>   New Orleans, Louisiana 70130