## SOUTHERN DISTRICT OF INDIANA
### (Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC.,** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| **YOUNG EXECUTIVE MANAGEMENT** | * | **Jury Trial Demanded** |
| **& CONSULTING SERVICES, INC.,** | * | |
| Individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated | * | |
| | * | |
| v. | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION, successor by merger** | * | |
| with Manheim Automotive Financial | * | |
| Services, Inc., and JOHN WICK | * | |

**************************************************************************

### ORDER GRANTING JOINT MOTION TO RESET TRIAL DATE

Considering the foregoing *Joint Motion to Reset Trial Date*:

**IT IS ORDERED** that the *Joint Motion to Reset Trial Date* is **GRANTED**.

**IT IS FURTHER ORDERED** that the trial of this matter is reset to begin on May 8, 2017 and last for approximately two (2) weeks.

**IT IS FURTHER ORDERED** that the parties shall file a revised, proposed joint case management plan within thirty (30) days of the date of this Order.

Indianapolis, Indiana this _____ day of _____, 2016.

                                                HON. TANYA W. PRATT
                                                UNITED STATES DISTRICT COURT
                                                SOUTHERN DISTRICT OF INDIANA

Service of the foregoing Order will
be made electronically on all ECF-registered
counsel of record via email generated by the court's ECF system.