SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | \* | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC.,** | \* | |
| **MATTINGLY AUTO SALES, INC.,** | \* | **CLASS ACTION** |
| **YOUNG EXECUTIVE MANAGEMENT** | \* | **Jury Trial Demanded** |
| **& CONSULTING SERVICES, INC.,** | \* | |
| Individually, and on behalf of other | \* | |
| members of the general public | \* | |
| similarly situated | \* | |
| | \* | |
| v. | \* | |
| | \* | |
| **COX ENTERPRISES, INC.,** | \* | |
| **COX AUTOMOTIVE, INC.,** | \* | |
| **NEXTGEAR CAPITAL, INC.,** | \* | |
| **F/K/A DEALER SERVICES** | \* | |
| **CORPORATION, successor by merger** | \* | |
| **with Manheim Automotive Financial** | \* | |
| **Services, Inc., and JOHN WICK** | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING JOINT MOTION TO RESET TRIAL DATE

Considering the foregoing *Joint Motion to Reset Trial Date*:

**IT IS ORDERED** that the *Joint Motion to Reset Trial Date* is **GRANTED**.

**IT IS FURTHER ORDERED** that the final pretrial set December 14, 2016 is RESCHEDULED to April 19, 2017 at 11:00 a.m. in Room 330. The jury trial set January 9, 2017 is RESCHEDULED to commence on May 8, 2017 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana.

**IT IS FURTHER ORDERED** that the parties shall file a revised, proposed joint case management plan within thirty (30) days of the date of this Order. Because of the age of this case, parties should anticipate no further continuances of the trial date.

Date: 3/1/2016

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service of the foregoing Order will
be made electronically on all ECF-registered
counsel of record via email generated by the court's ECF system.