UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:14-cv-01589-TWP-DKL |
| ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Defendant. ) | |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**
**FEBRUARY 23, 2016**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The parties participated in a telephonic status conference. Plaintiff appeared by counsel, Cassie Felder, Matthew Coman, Ryan Adams and Lynn Swanson. Defendant appeared by counsel, David Jurkiewicz and Paul Vink. Parties discussed case status and readiness for April 4, 2016, settlement conference. Because the defendant intends to file a motion to dismiss on the class issues, the April 4, 2016, settlement date is premature. Therefore, the settlement conference is reset for October 19, 2016, at 1:30 p.m., Eastern, in Room 255 of the U.S. Courthouse, Indianapolis, Indiana. Other than the date and time, the Scheduling Order [Dkt. 61] remains in full force. This matter is set for a telephonic status conference on **TUESDAY, SEPTEMBER 20, 2016, AT 4:00 P.M., EASTERN**. Counsel will receive call-in instructions for the conference via separate email notification. The conference concluded without further order.

Date: 03/07/2016

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
pvink@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Cassie E. Felder
CASSIE FELDER & ASSOCIATES, LLC
cfelder@felderllc.com

Joshua P. Melder
CASSIE FELDER & ASSOCIATES, LLC
joshua@felderllc.com

Gladstone N. Jones
JONES SWANSON HUDDELL & GARRISON, LLC
601 Poydras Street, Suite 2655
New Orleans, LA 70130

Kerry A. Murphy
JONES, SWANSON, HUDDELL & GARRISON, LLC
kmurphy@jonesswanson.com

Lynn E. Swanson
JONES, SWANSON, HUDDELL& GARRISON, LLC

601 Poydras Street, Suite 2655
New Orleans, LA 70130

Matthew M. Coman
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
mcoman@shergarner.com

Ryan D. Adams
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
radams@shergarner.com

James M. Garner
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
jgarner@shergarner.com