UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:14-cv-01589-TWP-DKL |
| vs. ) | |
| ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Defendant. ) | |

*Amended Order on Plaintiff's Motion for Leave to File Verified Amended Complaint [doc. 89] and Stipulation as to Leave to Amend and Response Deadline [doc. 110]*

Plaintiff Red Barn Motors, Inc. has filed a *Motion for Leave to File Verified Amended Complaint ("Motion for Leave to Amend")*, seeking leave of court to file an amended complaint, adding new plaintiffs, claims, and defendants. Thereafter, Defendant was granted additional time within which to file its Answer to the original *Complaint* and to respond to the *Motion for Leave to Amend*.

Then the parties filed their *Stipulation as to Leave to Amend and Response Deadline* ("*Stipulation*"), indicating that although NextGear believes that various claims in the proposed Amended Complaint fail as a matter of law and reserves its rights, defenses, and counterclaims, the parties have stipulated that the *Motion for Leave to Amend* be granted and Defendants have to and including April 15, 2016, within which to file their response to the *Verified Amended Complaint*. The parties have also stipulated that since

NextGear is not objecting to the *Motion for Leave to Amend*, it need not file an Answer or other response to the original complaint.

The *Motion for Leave to Amend* and *Stipulation* have been referred to the undersigned for ruling. Having considered them, the Court finds that the *Motion for Leave to Amend* [doc. 89] should be and hereby is **GRANTED**. By March 11, 2016, Plaintiff shall file the *Verified Amended Complaint*, with the exhibits properly named. Once filed, the *Verified Amended Complaint* shall become the operative complaint in this matter and the caption of this case shall be amended as follows: *Red Barn Motors, Inc., Platinum Motors, Inc., Mattingly Auto Sales, Inc., Young Executive Management & Consulting Services, Inc., Individually and on behalf of other members of the general public similarly situated v. Cox Enterprises, Inc., Cox Automotive, Inc., NextGear Capital, Inc., f/k/a Dealer Services Corporation, successor by merger with Manheim Automotive Financial Services, Inc., and John Wick.*

It is **ORDERED** that the *Stipulation* [doc. 110] is **APPROVED**, and Defendants, having reserved all rights, defenses, and counterclaims regarding the *Verified Amended Complaint*, shall have to and including April 15, 2016, within which to file their response thereto.

It is further **ORDERED** that no Answer or responsive pleading to the original *Complaint* in this case is required.

**SO ORDERED:** 03/07/2016

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Electronic Distribution to All Counsel of Record