IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC,** <br> **BARBARA A. RICHARDSON,** <br> **and DONALD B. RICHARDSON** | **CASE NO. 14-01589** |
| **VERSUS** | **JUDGE:  TANYA W. PRATT** |
| **TEKSYSTEMS, Inc.** | **MAG:  DENISE K. LaRUE** |

*************************************************************************

## MOTION TO WITHDRAW AS COUNSEL

**NOW INTO COURT,** come Lisa Brener and Chelsea Brener Cusimano, of Brener Law Firm, LLC, currently enrolled as counsel of record for Defendant, Louisiana's First Choice Auto Auction, L.L.C., in the above captioned matter, who request that this Court permit them to withdraw as attorney of record for the said Louisiana's First Choice Auto Auction, L.L.C., in accordance with the Louisiana Rules of Professional Conduct, Rule 1.16, and the Uniform District Court Rules, Rule 9.3, and represent that Louisiana's First Choice Auto Auction, L.L.C. has been dismissed with prejudice.

Respectfully Submitted:

  ___*/s/ Lisa Brener*_____
Lisa Brener, La. Bar #01809
Chelsea Cusimano, La. Bar #34857
**Brener Law Firm, LLC**
3640 Magazine Street
New Orleans, LA 70115
Telephone: (504) 302-7802

1

Facsimile: (504)304-4759
lbrener@brenerlawfirm.com

*Attorneys for Louisiana's First Choice
Auto Auction L.L.C.*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of Louisiana's First Choice Auto Auction L.L.C.'s Initial Disclosures has been served on all counsel of record by email and by placing copy of the same in the United States mail, postage pre-paid and properly addressed, this 5th day of April, 2016.

| | |
|---|---|
| cfelder@lawla.com | djurkiewicz@boslaw.com |
| Cassie E. Felder | sgroth@boselaw.com |
| Lugenbuhl Wheaton, Peck, Rankin & Hubbard | David J. Jurkiewicz |
| 9311 Bluebonnet Blvd | Steven D. Groth |
| Suite A | Bose, McKinney & Evans, LLP |
| Baton Rouge, LA 70810 | 111 Monument Circle, Suite 2700 |
| | Indianapolis, IN 46204 |
| | |
| James M. Garner | Gladstone Jones |
| Sher Garner Cahill Richter Klein & Hilbert | Jones, Swanson, Huddell & Garrison, L.L.C |
| 909 Poydras Street, Suite 2800 | 601 Poydras Street, Suite 2655 |
| New Orleans, LA 70112 | New Orleans, LA 70130 |

_____/s/ Lisa Brener_____
　　　　　Lisa Brener