IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC,** <br> **BARBARA A. RICHARDSON,** <br> **and DONALD B. RICHARDSON** | **CASE NO. 14-01589** |
| **VERSUS** | **JUDGE: TANYA W. PRATT** |
| **TEKSYSTEMS, Inc.** | **MAG: DENISE K. LaRUE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **ORDER**

Considering the foregoing *Motion to Withdraw as Counsel*;

**IT IS ORDERED,** that the *Motion to Withdraw* is GRANTED and that Louisiana's First Choice Auto Auction, L.L.C. has been dismissed with prejudice.

IT IS SO ORDERED: _____.

_____
UNITED STATES JUDGE