IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| **RED BARN MOTORS, INC,** | **CASE NO. 14-01589** |
| **BARBARA A. RICHARDSON,** | |
| **and DONALD B. RICHARDSON** | |
| | |
| **VERSUS** | **JUDGE: TANYA W. PRATT** |
| | |
| **TEKSYSTEMS, Inc.** | **MAG: DENISE K. LaRUE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing *Motion to Withdraw as Counsel*;

**IT IS ORDERED,** that the *Motion to Withdraw as Counsel* is GRANTED.

IT IS SO ORDERED:    4/6/2016          .

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all
electronically
registered counsel of
record via CM/ECF

1