IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., MATTINGLY AUTO SALES, INC., and YOUNG EXECUTIVE MANAGEMENT & CONSULTING SERVICES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:14-cv-01589-TWP-DKL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**INDEX OF EXHIBITS TO DEFENDANTS' BRIEF
IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

| Exhibit No. | Document | Date |
|---|---|---|
| 1 | Complaint, *Dealer Services Corp. v. Platinum Motors Inc.*, No. 29D01-1206-CC-006345 (Hamilton County Super. Ct.) | 06/21/2012 |
| 2 | Entry of Default Judgment, *NextGear Capital, Inc., as successor-in-interest to Dealer Services Corp. v. Platinum Motors Inc.*, No. 29D01-1206-CC-006345 (Hamilton County Super. Ct.) | 02/12/2014 |
| 3 | Complaint, *Dealer Services Corp. v. Mattingly Auto Sales, Inc.*, No. 29D02-1211-CC-012010 (Hamilton County Super. Ct.) | 11/19/2012 |
| 4 | Entry of Default Judgment, *NextGear Capital, Inc., as successor-in-interest to Dealer Services Corp. v. Mattingly Auto Sales, Inc.*, No. 29D02-1211-CC-012010 (Hamilton County Super. Ct.) | 06/06/2013 |

1

| Exhibit No. | Document | Date |
|---|---|---|
| 5 | Complaint, *Dealer Services Corp. v. Young Executive Management & Consulting Services Inc.*, No. 29D03-1210-CC-011212 (Hamilton County Super. Ct.) | 10/26/2012 |
| 6 | Entries of Default Judgment Against Guarantors Ronald Jerome Reid Jr. and Robyn Alexander Green, *NextGear Capital, Inc., as successor-in-interest to Dealer Services Corp. v. Young Executive Management & Consulting Services Inc.*, No. 29D03-1210-CC-011212 (Hamilton County Super. Ct.) | 04/11/2013; 01/14/2015 |

Respectfully submitted, this 15th day of April, 2016.

                                     */s/ David J. Jurkiewicz*
                                     David J. Jurkiewicz (18018-53)
                                     Paul D. Vink (23785-32)

                                     *Attorneys for Defendants Cox Enterprises, Inc., Cox Automotive, Inc., NextGear Capital, Inc. f/k/a Dealer Services Corporation, and John Wick*

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
djurkiewicz@boselaw.com
pvink@boselaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 15th day of April, 2016:

Ryan D. Adams
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT LLC
radams@shergarner.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com,tkeller@brenerlawfirm.com

Matthew M. Coman
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT LLC
mcoman@shergarner.com
jairey@shergarner.com
ksimcox@shergarner.com
akeller@shergarner.com
jstockstill@shergarner.com

Cassie E. Felder
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
cfelder@lawla.com,kfisher@lawla.com

James M. Garner
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, LLC
jgarner@shergarner.com
jchocheles@shergarner.com
priggs@shergarner.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com
sford@boselaw.com
lcooper@boselaw.com

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com
clindsey@boselaw.com
mwakefield@boselaw.com

Joshua P. Melder
CASSIE FELDER & ASSOCIATES, LLC
joshua@felderllc.com
kelley@felderllc.com

Kerry A. Murphy
JONES, SWANSON, HUDDELL & GARRISON, LLC
kmurphy@jonesswanson.com
greed@jonesswanson.com
cmason@jonesswanson.com
lreeves@jonesswanson.com
klasky@jonesswanson.com
sjoshua@jonesswanson.com

Lynn E. Swanson
JONES, SWANSON, HUDDELL& GARRISON, LLC
lswanson@jonesswanson.com
greed@jonesswanson.com
cmason@jonesswanson.com
sjoshua@jonesswanson.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
pvink@boselaw.com
clindsey@boselaw.com

3

Gladstone N. Jones
JONES SWANSON HUDDELL &
GARRISON, LLC
gjones@jonesswanson.com
greed@jonesswanson.com
cmason@jonesswanson.com
sjoshua@jonesswanson.com

/s/ *David J. Jurkiewicz*
David J. Jurkiewicz

4

35523997.1