# EXHIBIT 2

STATE OF INDIANA      )
                      )  ss      IN THE HAMILTON SUPERIOR COURT I
COUNTY OF HAMILTON    )

I, Steven R. Nation, Judge of the Hamilton Superior Court I within and for said County of Hamilton, do hereby certify that said Court is a Court of Record, and Peggy Beaver, whose signature is affixed to the foregoing certificate, is Clerk of said Court; that said certificate is attested in due form of the law and by the proper officer; that the aforesaid signature of said Clerk is genuine, that the seal thereto affixed is the seal of said Hamilton Superior Court I.



Witness my hand at Noblesville, Indiana, this _____ day of APR 1 5 2014 _____,

_____
Steven R. Nation
JUDGE, HAMILTON SUPERIOR COURT I

*********************************************

STATE OF INDIANA      )
                      )  ss
COUNTY OF HAMILTON    )

I, Peggy Beaver, Clerk of the Hamilton Superior Court I within and for the County of Hamilton, do certify that the Honorable Steven R. Nation, whose name is subscribed to the preceding certificate, is the Judge of the Hamilton Superior Court I, within and for the County of Hamilton and Sate of Indiana aforesaid, duly elected, sworn and qualified, and that the signature of said Judge to said certificate is genuine.

In Testimony Whereof, I have hereto set my hand and affixed the seal of said Court this _____ day of APR 1 5 2014 _____,

_____
Peggy Beaver
CLERK OF HAMILTON SUPERIOR COURT I
CLERK OF COURTS

STATE OF INDIANA      )
                      )SS:
COUNTY OF HAMILTON    )

IN THE HAMILTON SUPERIOR COURT

CAUSE NO. 29D01-1206-CC-006345

NEXTGEAR CAPITAL, INC.,            )
  as successor-in-interest to      )
DEALER SERVICES CORPORATION,       )
                                   )
          Plaintiff,               )
     v.                            )
                                   )
PLATINUM MOTORS INC.               )
  d/b/a PLATINUM MOTORS, and       )
NICOL ZENIA PERRY,                 )
                                   )
          Defendants.              )

FILED
FEB 12 2014
Peggy Beaver
CLERK OF THE
HAMILTON SUPERIOR COURT

## ENTRY OF DEFAULT JUDGMENT

This matter came before the Court on the Motion for Entry of Default Judgment against Platinum Motors Inc. d/b/a Platinum Motors ("Dealer") and Nicol Zenia Perry ("Perry") (collectively, the "Defendants") and supporting affidavits filed by plaintiff NextGear Capital, Inc., as successor in interest to Dealer Services Corporation ("Plaintiff"), and the Court, having read and considered the same, now FINDS that:

1. The Defendants were properly served in this Cause.

2. The Defendants have failed to answer or otherwise respond to the Complaint.

3. Plaintiff is entitled to a judgment by default on all counts of the Complaint pursuant to Ind. Trial Rule 55.

4. There is no just reason for delay, and a final judgment shall be and hereby is entered as set forth herein.

5. An appeal may be taken upon the issues raised by this judgment.

REC'D FEB 12 2014

IT IS THEREFORE ORDERED THAT JUDGMENT BY DEFAULT IS HEREBY ENTERED in favor of Plaintiff as follows:

(a) Judgment is entered in favor of NextGear Capital, Inc. and against Platinum Motors Inc. d/b/a Platinum Motors for breach of contract;

(b) Judgment is entered in favor of NextGear Capital, Inc. and against Nicol Zenia Perry for breach of guaranty;

(c) NextGear Capital, Inc. is awarded its actual damages from Platinum Motors Inc. and Nicol Zenia Perry, jointly and severally, in the amount of $35,775.30;

(d) Interest on the judgment entered herein shall accrue at the Indiana statutory rate of Eight Per Cent (8%) per annum until paid; and

(e) Plaintiff shall be entitled to recover its reasonable post-judgment attorney fees and post-judgment court costs incurred in the collection of the judgment entered herein.

Date: FEB 1 1 2014

_____
Judge, Hamilton Superior Court

THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE AND COR-RECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE

DATED 2/12/14 BOOK _____ PAGE 35
DATE OF CERTIFICATION  PEGGY BEAVER
                       CLERK OF COURTS
                       CLERK HAMILTON
                       COUNTY COURTS

**Distribution:**

Platinum Motors Inc.
5831 Jefferson Avenue
Newport News, VA 23605

Nicol Zenia Perry
4114 East Indian River Road
Chesapeake, VA 23325

NextGear Capital, Inc.
ATTN: Gary M. Hoke
1320 City Center Drive, Suite 100
Carmel, IN 46032