# EXHIBIT 6

STATE OF INDIANA      )          IN THE HAMILTON SUPERIOR COURT
                      )SS:
COUNTY OF HAMILTON    )          CAUSE NO. 29D03-1210-CC-011212

NEXTGEAR CAPITAL, INC.,                      )
  as successor-in-interest to               )
  DEALER SERVICES CORPORATION,              )
                                             )
                Plaintiff,       )
     v.                                     )
                                             )
YOUNG EXECUTIVE MANAGEMENT                   )
  & CONSULTING SERVICES                      )
  INCORPORATED,                              )
  d/b/a EXECUTIVE AUTO GROUP,                )
RONALD JEROME REID JR., and                  )
ROBYN ALEXANDER GREEN,                       )
                                             )
                Defendants.      )

FILED
APR 1 1 2013
Peggy Beaver
CLERK OF THE
HAMILTON SUPERIOR COURT

## ENTRY OF DEFAULT JUDGMENT
## AS TO DEFENDANT RONALD JEROME REID JR. ONLY

This matter came before the Court on the Motion for Entry of Default Judgment against Ronald Jerome Reid Jr. ("Reid") and supporting affidavits filed by Plaintiff NextGear Capital, Inc., as successor in interest to Dealer Services Corporation ("Plaintiff"), and the Court, having read and considered the same, now FINDS that:

1.    Ronald Jerome Reid Jr. ("Reid") was properly served in this Cause.

2.    Reid has failed to answer or otherwise respond to the Complaint.

3.    Plaintiff is entitled to a judgment by default on Count II of the Complaint pursuant to Ind. Trial Rule 55.

4.    There is no just reason for delay, and a final judgment shall be and hereby is entered as set forth herein.

5.    An appeal may be taken upon the issues raised by this judgment.

REC'D APR 1 0 2013

IT IS THEREFORE ORDERED THAT JUDGMENT BY DEFAULT IS HEREBY ENTERED in favor of Plaintiff as follows:

(a) Judgment is entered in favor of NextGear Capital, Inc. and against Ronald Jerome Reid Jr. for breach of guaranty;

(b) NextGear Capital, Inc. is awarded its actual damages from Ronald Jerome Reid Jr. in the amount of $15,563.89;

(c) Interest on the judgment entered herein shall accrue at the Indiana statutory rate of Eight Per Cent (8%) per annum until paid; and

(d) Plaintiff shall be entitled to recover its reasonable post-judgment attorney fees and post-judgment court costs incurred in the collection of the judgment entered herein.

Date: 4-9-13

Judge, Hamilton Superior Court

RECOMMENDED FOR APPROVAL:

APPROVED AND ORDERED:

**Distribution:**

Young Executive Management & Consulting Services Incorporated
2329 Prospect Avenue
Kansas City, Missouri 64127

Ronald Jerome Reid Jr.
10614 East 46th Terrace
Kansas City, Missouri 64133

Robyn Alexander Green
2606 Agnes Avenue
Kansas City, Missouri 64127

NextGear Capital, Inc.
ATTN: Gary M. Hoke
1320 City Center Drive, Suite 100
Carmel, IN 46032

| | |
|---|---|
| STATE OF INDIANA        )<br>                              )SS:<br>COUNTY OF HAMILTON  ) | IN THE HAMILTON SUPERIOR COURT<br><br>CAUSE NO. 29D03-1210-CC-011212 |

NEXTGEAR CAPITAL, INC., )
   as successor-in-interest to )
DEALER SERVICES CORPORATION, )
                                Plaintiff, )
              v. )
                                  )
YOUNG EXECUTIVE MANAGEMENT )
  & CONSULTING SERVICES )
  INCORPORATED, )
  d/b/a EXECUTIVE AUTO GROUP, )
RONALD JEROME REID JR., and )
ROBYN ALEXANDER GREEN, )
                                  )
                        Defendants. )

FILED
JAN 1 4 2015
/s/ Tammy Baitz
CLERK OF THE
HAMILTON SUPERIOR COURT

## ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT ROBYN ALEXANDER GREEN ONLY

This matter came before the Court on the Motion for Entry of Default Judgment As To Defendant Robyn Alexander Green Only and supporting affidavits filed by plaintiff NextGear Capital, Inc., as successor in interest to Dealer Services Corporation ("Plaintiff"), and the Court, having read and considered the same, now FINDS that:

1. Robyn Alexander Green ("Green") was properly served in this Cause.

2. Green has failed to answer or otherwise respond to the Complaint.

3. Plaintiff is entitled to a judgment by default on Count III of the Complaint pursuant to Ind. Trial Rule 55.

4. There is no just reason for delay, and a final judgment shall be and hereby is entered as set forth herein.

5. An appeal may be taken upon the issues raised by this judgment.

REC'D JAN 1 4 2015

IT IS THEREFORE ORDERED THAT JUDGMENT BY DEFAULT IS HEREBY ENTERED in favor of Plaintiff as follows:

(a) Judgment is entered in favor of NextGear Capital, Inc. and against Robyn Alexander Green for breach of guaranty;

(b) NextGear Capital, Inc. is awarded its actual damages from Robyn Alexander Green in the amount of $16,369.08;

(c) Interest on the judgment entered herein shall accrue at the Indiana statutory rate of Eight Per Cent (8%) per annum until paid; and

(d) Plaintiff shall be entitled to recover its reasonable post-judgment attorney fees and post-judgment court costs incurred in the collection of the judgment entered herein.

Date: 1/13/15

Judge, Hamilton Superior Court

RECOMMENDED FOR APPROVAL:
_____
Magistrate

APPROVED AND ORDERED:
_____
Judge

**Distribution:**

Young Executive Management & Consulting Services Incorporated
c/o Ronald J. Reid, Jr., Its Registered Agent
300 East Armour Blvd., Apt. 209
Kansas City, MO 64111

Ronald Jerome Reid Jr.
10614 East 46th Terrace
Kansas City, MO 64133

Robyn Alexander Green
8510 West 64th Terrace
Mission, KS 66202

NextGear Capital, Inc.
Attn: Michael G. Gibson
1320 City Center Drive, Suite 100
Carmel, IN 46032