# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### (Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC.,** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | |
| **YOUNG EXECUTIVE MANAGEMENT** | * | |
| **& CONSULTING SERVICES, INC.,** | * | |
| **Individually, and on behalf of other** | * | |
| **members of the general public** | * | |
| **similarly situated** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION, successor by merger** | * | |
| **with Manheim Automotive Financial** | * | |
| **Services, Inc., and JOHN WICK** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSSED MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, pursuant to Local Rule 6-1, come Plaintiffs, Red Barn Motors, Inc., Platinum Motors, Inc., Mattingly Auto Sales, Inc., and Young Executive Management & Consulting Services, Inc., who respectfully request an extension of time in which to file an opposition to the Defendants' Motion to Dismiss (Rec. Doc. No. 126).

On April 15, 2016, the Defendants filed a lengthy Motion to Dismiss with accompanying memorandum. Rec. Doc. No. 126 & 127. Accordingly, pursuant to Local Rule 7-1(c)(2)(A) Plaintiffs' response to the Motion to Dismiss would be due on April 29, 2016 (14 days after filing of Motion to Dismiss without any delay for mailing). In order to more-fully address the issues raised in this pleading, the Plaintiffs request an additional 15-day extension to May 16, 2016 (as the 15th day falls on a Saturday, May 14, 2016). This is the first request for an extension to respond

to the Motion to Dismiss and the extension does not interfere with the tendered Case Management Plan (Rec. Doc. No. 120).  Undersigned Counsel for the Plaintiffs has contacted Counsel for the Defendants who consents to this request.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an order extending the time with which to respond to and oppose the Defendants' Motion to Dismiss filed on April 15, 2016 (Rec. Doc. No. 126) to May 16, 2016.

Respectfully submitted,

*/s/ Cassie E. Felder*
CASSIE E. FELDER (La. Bar No. 27805)
*Pro Hac Vice*
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
9311 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana 70810
Telephone: (225) 291-1990
Facsimile: (504) 3109195
cfelder@felderllc.com

and

*/s/ James M. Garner*
JAMES M. GARNER (La. Bar No. 19589)
*Pro Hac Vice*
RYAN D. ADAMS (La. Bar No. 27931)
*Pro Hac Vice*
MATTHEW M. COMAN
(La. Bar No. 23613)
*Pro Hac Vice*
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
radams@shergarner.com
mcoman@shergarner.com

and

                    */s/ Gladstone N. Jones, III*
                    GLADSTONE N. JONES, III
                    (La. Bar No. 22221)
                    *Pro Hac Vice*
                    LYNN E. SWANSON (La. Bar No. 22650)
                    *Pro Hac Vice*
                    KERRY A. MURPHY (La. Bar No. 31382)
                    *Pro Hac Vice*
                    **JONES, SWANSON, HUDDELL & GARRISON, L.L.C**.
                    601 Poydras Street, Suite 2655
                    New Orleans, Louisiana 70130
                    Telephone: (504) 523-2500
                    Facsimile: (504) 523-2508
                    gjones@jonesswanson.com
                    lswanson@jonesswanson.com
                    kmurphy@jonesswanson.com

                    **COUNSEL FOR PLAINTIFFS AND THE PROPOSED CLASS**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 19th day of April, 2016, served a copy of the foregoing upon all counsel of record by CM/ECF filing.

                    */s/ James M. Garner*