UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC.,** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | |
| **YOUNG EXECUTIVE MANAGEMENT** | * | |
| **& CONSULTING SERVICES, INC.,** | * | |
| Individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated | * | |
| | * | |
| **v.** | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION, successor by merger** | * | |
| **with Manheim Automotive Financial** | * | |
| **Services, Inc., and JOHN WICK** | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time;

**IT IS HEREBY ORDERED**, that the Unopposed Motion for Extension of Time is **GRANTED** and that the Plaintiffs' response to the Defendants' Motion to Dismiss (Rec. Doc. No. 126) is due on or before May 16, 2016.

Indianapolis, Indiana this day:   4/20/2016

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to
electronically
registered counsel of
record via CM/ECF