UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) | |
| PLATINUM MOTORS, INC., ) | |
| MATTINGLY AUTO SALES, INC., ) | |
| YOUNG EXECUTIVE MANAGEMENT ) | |
| & COUNSELING SERVICES, INC., ) | |
| Individually, and on behalf of other ) | |
| members of the general public similarly ) | |
| situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CAUSE NO.: 1:14-cv-01589-TWP-DKL |
| ) | |
| COX ENTERPRISES, INC., ) | |
| COX AUTOMOTIVE, INC., ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| F/K/A DEALER SERVICES ) | |
| CORPORATION, successor by merger ) | |
| with Manheim Automotive Financial ) | |
| Services, Inc., and JOHN WICK, ) | |
| ) | |
| Defendants. ) | |

**APPEARANCE OF ATTORNEY**

Kathleen A. DeLaney of DELANEY & DELANEY LLC enters her Appearance in the above cause for and on behalf of Plaintiffs Red Barn Motors, Inc., Platinum Motors, Inc., Mattingly Auto Sales, Inc., Young Executive Management & Counseling Services, Inc., individually, and on behalf of other members of the general public similarly situated.  I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Kathleen A. DeLaney*_____
Kathleen A. DeLaney (#18604-49)
DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN  46205
kathleen@delaneylaw.net

1

and

Cassie E. Felder (LA Bar No. 27805)
*Pro Hac Vice*
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
9311 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70810
cfelder@felderllc.com

and

James M. Garner (LA Bar No. 19589)
*Pro Hac Vice*
Ryan D. Adams (LA Bar No. 27931)
*Pro Hac Vice*
Matthew M. Coman
*Pro Hac Vice*
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112
jgarner@shergarner.com
radams@shergarner.com
mcoman@shergarner.com

and

Gladstone N. Jones, III (LA Bar No. 22221)
*Pro Hac Vice*
Lynn E. Swanson (LA Bar No. 22650)
*Pro Hac Vice*
Kerry A. Murphy (LA Bar No. 31382)
*Pro Hac Vice*
Jones, Swanson, Huddell & Garrison, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, LA 70130
gjones@jonesswanson.com
lswanson@jonesswanson.com
kmurphy@jonesswanson.com
Attorneys for Plaintiffs and the Proposed Class

2

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed electronically on May 13, 2016. Notice of this filing will be sent to the following Defendants' counsel by operation of the Court's electronic filing system, and such counsel may access this filing through the Court's system:

David J. Jurkiewicz
Paul D. Vink
Steven D. Groth
Bose McKinney & Evans, LLP
djurkiewicz@boselaw.com
pvink@boselaw.com
sgroth@boselaw.com

                                          */s/ Kathleen A. DeLaney*
                                          Kathleen A. DeLaney

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205