**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**(Indianapolis Division)**

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC.,** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| **YOUNG EXECUTIVE MANAGEMENT** | * | **Jury Trial Demanded** |
| **& CONSULTING SERVICES, INC.,** | * | |
| **Individually, and on behalf of other** | * | |
| **members of the general public** | * | |
| **similarly situated** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION, successor by merger** | * | |
| **with Manheim Automotive Financial** | * | |
| **Services, Inc., and JOHN WICK** | * | |

*********************************************************************

<u>**ORDER**</u>

Considering the foregoing Motion and Incorporated Memorandum in Support for Leave to File Surreply Memorandum in Opposition to Defendants' Motion to Dismiss Amended Complaint (R. Doc. 137), and for the reasons stated therein,

**IT IS ORDERED** that the Motion for Leave is **GRANTED** and that Plaintiffs be and hereby are granted leave to file the attached Surreply Memorandum. The Clerk is directed to file the attached Surreply Memorandum into the record of these proceedings.

Indianapolis, Indiana, this _____ day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

Distribution to
electronically
registered counsel of
record via CM/ECF