UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) <br> YOUNG EXECUTIVE MANAGEMENT & ) <br> CONSULTING SERVICES, INC., ) <br> PLATINUM MOTORS, INC., ) <br> MATTINGLY AUTO SALES, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NEXTGEAR CAPITAL, INC., ) <br> COX ENTERPRISES, INC., ) <br> COX AUTOMOTIVE, INC., ) <br> JOHN WICK, ) <br> ) <br> Defendants. ) | No. 1:14-cv-01589-TWP-DKL |

**SCHEDULING ENTRY**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

This matter is scheduled for a telephone status conference on **TUESDAY, JULY 5, 2016, AT 1:00 P.M., EASTERN**. The purpose of the conference is to discuss case status and deadlines. Counsel will receive call-in information for the conference via separate email notification.

Date: 06/23/2016

*Denise K. LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
pvink@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Joshua P. Melder
CASSIE FELDER & ASSOCIATES, LLC
joshua@felderllc.com

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Gladstone N. Jones
JONES SWANSON HUDDELL & GARRISON, LLC
gjones@jonesswanson.com

Kerry A. Murphy
JONES, SWANSON, HUDDELL & GARRISON, LLC
kmurphy@jonesswanson.com

Lynn E. Swanson
JONES, SWANSON, HUDDELL& GARRISON, LLC
lswanson@jonesswanson.com

Cassie E. Felder
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
cfelder@lawla.com

Matthew M. Coman
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
mcoman@shergarner.com

Ryan D. Adams
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
radams@shergarner.com

James M. Garner
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
jgarner@shergarner.com