UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., )<br>YOUNG EXECUTIVE MANAGEMENT & )<br>CONSULTING SERVICES, INC., )<br>PLATINUM MOTORS, INC., )<br>MATTINGLY AUTO SALES, INC., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>NEXTGEAR CAPITAL, INC., )<br>COX ENTERPRISES, INC., )<br>COX AUTOMOTIVE, INC., )<br>JOHN WICK, )<br>)<br>Defendants. ) | No. 1:14-cv-01589-TWP-DKL |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**
**JULY 5, 2016**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The parties participated in a telephonic status conference. Parties discussed case status. A discussion was held regarding discovery, settlement, case management plan ("CMP") and related matters. The CMP [Dkt. 120] is approved as amended. This matter is set for a telephonic status conference on **TUESDAY, SEPTEMBER 20, 2016, AT 11:00 A.M., EASTERN**. Counsel will receive call-in instructions for the conference via separate email notification. The settlement conference remains set for October 19, 2016. The conference concluded without further order.

Date: 07/15/2016

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
pvink@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Joshua P. Melder
CASSIE FELDER & ASSOCIATES, LLC
joshua@felderllc.com

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Gladstone N. Jones
JONES SWANSON HUDDELL & GARRISON, LLC
gjones@jonesswanson.com

Kerry A. Murphy
JONES, SWANSON, HUDDELL & GARRISON, LLC
kmurphy@jonesswanson.com

Lynn E. Swanson
JONES, SWANSON, HUDDELL& GARRISON, LLC
lswanson@jonesswanson.com

Cassie E. Felder
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
cfelder@lawla.com

Matthew M. Coman
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
mcoman@shergarner.com

Ryan D. Adams
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
radams@shergarner.com

James M. Garner
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
jgarner@shergarner.com