IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., MATTINGLY AUTO SALES, INC., and YOUNG EXECUTIVE MANAGEMENT & CONSULTING SERVICES, INC., individually and on behalf of other members of the general public similarly situated, <br><br>      Plaintiffs, <br><br>v. <br><br>COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK, <br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 1:14-cv-01589-TWP-DKL |

## MOTION TO APPEAR *PRO HAC VICE* FILED ON BEHALF OF ATTORNEY JASON S. MCCARTER

David J. Jurkiewicz of the law firm Bose McKinney & Evans LLP, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this Court for an Order granting Jason S. McCarter of Sutherland Asbill & Brennan LLP leave to appear *pro hac vice* for the purpose of appearing as counsel in the above-captioned case only on behalf of Defendants Cox Enterprises, Inc., Cox Automotive, Inc., NextGear Capital, Inc. f/k/a Dealer Services Corporation, and John Wick. In support of this motion, the undersigned states:

    1.    The Certification of Jason S. McCarter, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

1

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Jason S. McCarter leave to appear *pro hac vice* for purposes of this cause only.

Dated:  August 23, 2016.

*s/ David J. Jurkiewicz*
David J. Jurkiewicz (18018-53)
Paul D. Vink (23785-32)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
djurkiewicz@boselaw.com
pvink@boselaw.com

*Attorneys for Defendants Cox Enterprises, Inc., Cox Automotive, Inc., NextGear Capital, Inc. f/k/a Dealer Services Corporation, and John Wick*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23, 2016, a copy of the foregoing **Motion to Appear *Pro Hac Vice* Filed on Behalf of Attorney Jason S. McCarter** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all ECF-registered counsel by operation of the Court's electronic filing system, as follows:

| | |
|---|---|
| Ryan D. Adams<br>James M. Garner<br>Matthew M. Coman<br>SHER GARNER CAHILL RICHTER<br>KLEIN & HILBERT, LLC<br>radams@shergarner.com<br>jgarner@shergarner.com<br>mcoman@shergarner.com<br>jairey@shergarner.com<br>ksimcox@shergarner.com<br>akeller@shergarner.com<br>jstockstill@shergarner.com<br>jchocheles@shergarner.com<br>priggs@shergarner.com | Gladstone N. Jones, III<br>Lynn E. Swanson<br>Kerry A. Murphy<br>JONES, SWANSON, HUDDELL &<br>GARRISON, LLC<br>gjones@jonesswanson.com<br>lswanson@jonesswanson.com<br>greed@jonesswanson.com<br>cmason@jonesswanson.com<br>sjoshua@jonesswanson.com<br>kmurphy@jonesswanson.com<br>lreeves@jonesswanson.com<br>klasky@jonesswanson.com |
| Cassie E. Felder<br>LUGENBUHL, WHEATON, PECK,<br>RANKIN & HUBBARD<br>cfelder@lawla.com<br>kfisher@lawla.com | Kathleen A. DeLaney<br>DELANEY & DELANEY LLC<br>Kathleen@delaneylaw.net |
| Lisa Brener<br>BRENER LAW FIRM, LLC<br>lbrener@brenerlawfirm.com<br>tkeller@brenerlawfirm.com | |

 

                                                    *s/ David J. Jurkiewicz*
                                                    David J. Jurkiewicz