Exhibit A

## Certification of Jason S. McCarter
### in Support of Motion to Appear *Pro Hac Vice*

In support of the Motion to Appear *Pro Hac Vice* filed on my behalf by David J. Jurkiewicz of the law firm Bose McKinney & Evans LLP, and pursuant to S.D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): U.S. Court of Appeals for the Eleventh Circuit (2000); U.S. Court of Appeals for the Sixth Circuit (2008); U.S. District Court for the Northern District of Georgia (1999); all Georgia state courts (1999); all North Carolina state courts (2002).

2. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: August _11_, 2016.

[signature on following page]

1

Respectfully submitted,

_____
Jason S. McCarter
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia  30309-3996
(404) 853-8000
(404) 853-8806 fax
jason.mccarter@sutherland.com