IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., MATTINGLY AUTO SALES, INC., and YOUNG EXECUTIVE MANAGEMENT & CONSULTING SERVICES, INC., individually and on behalf of other members of the general public similarly situated, | ) ) ) ) ) ) ) ) | |
| | ) | Case No. 1:14-cv-01589-TWP-DKL |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY TRACEY K. LEDBETTER**

David J. Jurkiewicz of the law firm Bose McKinney & Evans LLP, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this Court for an Order granting Tracey K. Ledbetter of Sutherland Asbill & Brennan LLP leave to appear *pro hac vice* for the purpose of appearing as counsel in the above-captioned case only on behalf of Defendants Cox Enterprises, Inc., Cox Automotive, Inc., NextGear Capital, Inc. f/k/a Dealer Services Corporation, and John Wick.  In support of this motion, the undersigned states:

1.      The Certification of Tracey K. Ledbetter, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2.      Electronic payment in the amount of One Hundred Dollars ($100.00) has been

submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an

Order granting Tracey K. Ledbetter leave to appear *pro hac vice* for purposes of this cause only.

Dated:  August 23, 2016.

*s/ David J. Jurkiewicz*
David J. Jurkiewicz (18018-53)
Paul D. Vink (23785-32)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
djurkiewicz@boselaw.com
pvink@boselaw.com

*Attorneys for Defendants Cox Enterprises, Inc., Cox*
*Automotive, Inc., NextGear Capital, Inc. f/k/a*
*Dealer Services Corporation, and John Wick*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2016, a copy of the foregoing **Motion to Appear *Pro Hac Vice* Filed on Behalf of Attorney Tracey K. Ledbetter** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all ECF-registered counsel by operation of the Court's electronic filing system, as follows:

Ryan D. Adams
James M. Garner
Matthew M. Coman
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, LLC
radams@shergarner.com
jgarner@shergarner.com
mcoman@shergarner.com
jairey@shergarner.com
ksimcox@shergarner.com
akeller@shergarner.com
jstockstill@shergarner.com
jchocheles@shergarner.com
priggs@shergarner.com

Gladstone N. Jones, III
Lynn E. Swanson
Kerry A. Murphy
JONES, SWANSON, HUDDELL &
GARRISON, LLC
gjones@jonesswanson.com
lswanson@jonesswanson.com
greed@jonesswanson.com
cmason@jonesswanson.com
sjoshua@jonesswanson.com
kmurphy@jonesswanson.com
lreeves@jonesswanson.com
klasky@jonesswanson.com

Cassie E. Felder
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
cfelder@lawla.com
kfisher@lawla.com

Kathleen A. DeLaney
DELANEY & DELANEY LLC
Kathleen@delaneylaw.net

Lisa Brener
BRENER LAW FIRM, LLC
lbrener@brenerlawfirm.com
tkeller@brenerlawfirm.com

*s/ David J. Jurkiewicz*
David J. Jurkiewicz