IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., MATTINGLY AUTO SALES, INC., and YOUNG EXECUTIVE MANAGEMENT & CONSULTING SERVICES, INC., individually and on behalf of other members of the general public similarly situated, <br><br>      Plaintiffs, <br><br>v. <br><br>COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK, <br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Case No. 1:14-cv-01589-TWP-DKL |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of David J. Jurkiewicz of the law firm Bose McKinney & Evans LLP, seeking an Order granting Tracey K. Ledbetter of Sutherland Asbill & Brennan LLP leave to appear *pro hac vice* for the purpose of appearing as counsel in the captioned matter only on behalf of Defendants Cox Enterprises, Inc., Cox Automotive, Inc., NextGear Capital, Inc. f/k/a Dealer Services Corporation, and John Wick. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED

1

Applicant's contact information should be entered as follows:

Tracey K. Ledbetter
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia  30309-3996
(404) 853-8000
(404) 853-8806 fax
tracey.ledbetter@sutherland.com

Dated:  08/25/2016

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF.

To PHV applicant via U.S. Mail:

Tracey K. Ledbetter
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia  30309-3996