**EXHIBIT "A"**

| | | | |
|---|---|---|---|
| NG_000054 | NG_000398 | NG_000678 | NG_000982 |
| NG_000062 | NG_000406 | NG_000686 | NG_000990 |
| NG_000070 | NG_000414 | NG_000694 | NG_000998 |
| NG_000078 | NG_000422 | NG_000697 | NG_001006 |
| NG_000086 | NG_000430 | NG_000702 | NG_001014 |
| NG_000094 | NG_000438 | NG_000710 | NG_001022 |
| NG_000102 | NG_000446 | NG_000718 | NG_001026 |
| NG_000110 | NG_000454 | NG_000719 | NG_001030 |
| NG_000118 | NG_000462 | NG_000726 | NG_001038 |
| NG_000126 | NG_000470 | NG_000734 | NG_001046 |
| NG_000134 | NG_000478 | NG_000742 | NG_001048 |
| NG_000142 | NG_000486 | NG_000750 | NG_001054 |
| NG_000150 | NG_000494 | NG_000758 | NG_001062 |
| NG_000158 | NG_000502 | NG_000766 | NG_001091 |
| NG_000166 | NG_000510 | NG_000774 | NG_001119 |
| NG_000174 | NG_000518 | NG_000782 | NG_001191 |
| NG_000182 | NG_000524 | NG_000790 | NG_001256 |
| NG_000190 | NG_000526 | NG_000798 | NG_001263 |
| NG_000198 | NG_000527 | NG_000806 | NG_001277 |
| NG_000206 | NG_000530 | NG_000814 | NG_001430 |
| NG_000214 | NG_000534 | NG_000822 | NG_001474 |
| NG_000222 | NG_000536 | NG_000830 | NG_001508 |
| NG_000230 | NG_000540 | NG_000836 | NG_001512 |
| NG_000238 | NG_000542 | NG_000838 | NG_001516 |
| NG_000246 | NG_000550 | NG_000846 | NG_001534 |
| NG_000254 | NG_000558 | NG_000854 | NG_001568 |
| NG_000262 | NG_000566 | NG_000862 | NG_001629 |
| NG_000270 | NG_000574 | NG_000870 | NG_001672 |
| NG_000278 | NG_000578 | NG_000878 | NG_001730 |
| NG_000286 | NG_000582 | NG_000886 | NG_001757 |
| NG_000294 | NG_000590 | NG_000894 | NG_001798 |
| NG_000302 | NG_000598 | NG_000902 | NG_001806 |
| NG_000310 | NG_000606 | NG_000910 | NG_001818 |
| NG_000318 | NG_000614 | NG_000912 | NG_001907 |
| NG_000326 | NG_000622 | NG_000918 | NG_001914 |
| NG_000334 | NG_000630 | NG_000926 | NG_001918 |
| NG_000342 | NG_000632 | NG_000934 | NG_001922 |
| NG_000350 | NG_000638 | NG_000942 | NG_001926 |
| NG_000358 | NG_000646 | NG_000950 | NG_001930 |
| NG_000366 | NG_000654 | NG_000958 | NG_001934 |
| NG_000374 | NG_000662 | NG_000961 | NG_001937 |
| NG_000382 | NG_000670 | NG_000966 | NG_001941 |
| NG_000390 | NG_000675 | NG_000974 | NG_001950 |

| | | | |
|---|---|---|---|
| NG_002011 | NG_003234 | NG_004717 | NG_005875 |
| NG_002052 | NG_003237 | NG_004789 | NG_005879 |
| NG_002057 | NG_003240 | NG_004794 | NG_005881 |
| NG_002123 | NG_003243 | NG_004796 | NG_005885 |
| NG_002136 | NG_003288 | NG_004798 | NG_005893 |
| NG_002145 | NG_003314 | NG_004799 | NG_005898 |
| NG_002202 | NG_003315 | NG_004800 | NG_005905 |
| NG_002220 | NG_003342 | NG_004802 | NG_005908 |
| NG_002286 | NG_003344 | NG_004804 | NG_005912 |
| NG_002290 | NG_003346 | NG_004806 | NG_005925 |
| NG_002343 | NG_003373 | NG_004809 | NG_005926 |
| NG_002353 | NG_003421 | NG_004823 | NG_005927 |
| NG_002356 | NG_003508 | NG_005746 | NG_005939 |
| NG_002362 | NG_003511 | NG_005747 | NG_005967 |
| NG_002371 | NG_003533 | NG_005748 | NG_006034 |
| NG_002382 | NG_003554 | NG_005752 | NG_006035 |
| NG_002389 | NG_003556 | NG_005765 | NG_006037 |
| NG_002448 | NG_003560 | NG_005770 | NG_006038 |
| NG_002490 | NG_003582 | NG_005772 | NG_006041 |
| NG_002563 | NG_004254 | NG_005777 | NG_006042 |
| NG_002569 | NG_004345 | NG_005802 | NG_006043 |
| NG_002607 | NG_004444 | NG_005803 | NG_006047 |
| NG_002684 | NG_004447 | NG_005805 | NG_006052 |
| NG_002688 | NG_004448 | NG_005807 | NG_006368 |
| NG_002694 | NG_004451 | NG_005808 | NG_006371 |
| NG_002698 | NG_004452 | NG_005811 | NG_006375 |
| NG_002702 | NG_004458 | NG_005813 | NG_006376 |
| NG_002706 | NG_004464 | NG_005814 | NG_006379 |
| NG_002711 | NG_004470 | NG_005815 | NG_006385 |
| NG_002715 | NG_004471 | NG_005817 | NG_006389 |
| NG_002719 | NG_004506 | NG_005821 | NG_006392 |
| NG_002778 | NG_004523 | NG_005823 | NG_006407 |
| NG_002868 | NG_004533 | NG_005826 | NG_006420 |
| NG_003015 | NG_004540 | NG_005827 | NG_006421 |
| NG_003099 | NG_004545 | NG_005828 | NG_006422 |
| NG_003128 | NG_004551 | NG_005833 | NG_006450 |
| NG_003150 | NG_004559 | NG_005838 | NG_006471 |
| NG_003193 | NG_004631 | NG_005843 | NG_006511 |
| NG_003198 | NG_004632 | NG_005845 | NG_006512 |
| NG_003202 | NG_004635 | NG_005851 | NG_006513 |
| NG_003209 | NG_004637 | NG_005857 | NG_006518 |
| NG_003212 | NG_004638 | NG_005859 | NG_006523 |
| NG_003215 | NG_004645 | NG_005865 | NG_006528 |
| NG_003219 | NG_004648 | NG_005868 | NG_006555 |
| NG_003224 | NG_004651 | NG_005871 | NG_006555 |
| NG_003228 | NG_004717 | NG_005873 | NG_006555 |

| | | | |
|---|---|---|---|
| NG_007858 | NG_008120 | NG_008333 | NG_008582 |
| NG_007877 | NG_008121 | NG_008343 | NG_008583 |
| NG_007886 | NG_008126 | NG_008346 | NG_008589 |
| NG_007887 | NG_008132 | NG_008347 | NG_008592 |
| NG_007888 | NG_008141 | NG_008352 | NG_008594 |
| NG_007895 | NG_008147 | NG_008356 | NG_008605 |
| NG_007896 | NG_008156 | NG_008358 | NG_008613 |
| NG_007897 | NG_008161 | NG_008360 | NG_008620 |
| NG_007899 | NG_008170 | NG_008362 | NG_008626 |
| NG_007915 | NG_008179 | NG_008364 | NG_008629 |
| NG_007919 | NG_008184 | NG_008366 | NG_008633 |
| NG_007948 | NG_008194 | NG_008367 | NG_008649 |
| NG_007975 | NG_008197 | NG_008368 | NG_008652 |
| NG_007978 | NG_008198 | NG_008371 | NG_008657 |
| NG_007984 | NG_008199 | NG_008376 | NG_008658 |
| NG_008010 | NG_008201 | NG_008378 | NG_008659 |
| NG_008012 | NG_008202 | NG_008383 | NG_008664 |
| NG_008013 | NG_008204 | NG_008385 | NG_008669 |
| NG_008016 | NG_008209 | NG_008387 | NG_008675 |
| NG_008017 | NG_008210 | NG_008388 | NG_008682 |
| NG_008019 | NG_008215 | NG_008393 | NG_008690 |
| NG_008020 | NG_008217 | NG_008397 | NG_008699 |
| NG_008027 | NG_008219 | NG_008401 | NG_008706 |
| NG_008028 | NG_008221 | NG_008409 | NG_008728 |
| NG_008029 | NG_008226 | NG_008412 | NG_008729 |
| NG_008031 | NG_008229 | NG_008416 | NG_008730 |
| NG_008037 | NG_008234 | NG_008418 | NG_008731 |
| NG_008040 | NG_008243 | NG_008422 | NG_008733 |
| NG_008054 | NG_008252 | NG_008425 | NG_008739 |
| NG_008067 | NG_008253 | NG_008428 | NG_008743 |
| NG_008079 | NG_008255 | NG_008430 | NG_008744 |
| NG_008083 | NG_008259 | NG_008433 | NG_008747 |
| NG_008087 | NG_008271 | NG_008436 | NG_008768 |
| NG_008089 | NG_008275 | NG_008440 | NG_008772 |
| NG_008092 | NG_008279 | NG_008442 | NG_008788 |
| NG_008095 | NG_008283 | NG_008448 | NG_008790 |
| NG_008097 | NG_008285 | NG_008449 | NG_008812 |
| NG_008098 | NG_008290 | NG_008452 | NG_008813 |
| NG_008100 | NG_008293 | NG_008454 | NG_008815 |
| NG_008101 | NG_008296 | NG_008456 | NG_008820 |
| NG_008103 | NG_008298 | NG_008457 | NG_008820 |
| NG_008104 | NG_008300 | NG_008461 | NG_008896 |
| NG_008105 | NG_008301 | NG_008481 | NG_008905 |
| NG_008107 | NG_008310 | NG_008518 | NG_008908 |
| NG_008115 | NG_008319 | NG_008578 | NG_008910 |
| NG_008118 | NG_008328 | NG_008580 | NG_008937 |

| | | | |
|---|---|---|---|
| NG_008942 | NG_009036 | NG_009074 | NG_009118 |
| NG_008946 | NG_009039 | NG_009075 | NG_009124 |
| NG_008949 | NG_009042 | NG_009076 | NG_009130 |
| NG_008951 | NG_009044 | NG_009078 | NG_009133 |
| NG_008956 | NG_009045 | NG_009085 | NG_009135 |
| NG_008960 | NG_009051 | NG_009087 | NG_009140 |
| NG_008962 | NG_009053 | NG_009089 | NG_009141 |
| NG_008989 | NG_009056 | NG_009090 | NG_009143 |
| NG_008999 | NG_009059 | NG_009095 | NG_009148 |
| NG_009000 | NG_009062 | NG_009096 | NG_009149 |
| NG_009022 | NG_009064 | NG_009097 | NG_009152 |
| NG_009024 | NG_009065 | NG_009102 | NGR_000001 to |
| NG_009025 | NG_009067 | NG_009103 | NGR_000036 |
| NG_009026 | NG_009069 | NG_009110 | |
| NG_009032 | NG_009071 | NG_009112 | |