UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) <br> YOUNG EXECUTIVE MANAGEMENT & ) <br> CONSULTING SERVICES, INC., ) <br> PLATINUM MOTORS, INC., ) <br> MATTINGLY AUTO SALES, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NEXTGEAR CAPITAL, INC., ) <br> COX ENTERPRISES, INC., ) <br> COX AUTOMOTIVE, INC., ) <br> JOHN WICK, ) <br> ) <br> Defendants. ) | No. 1:14-cv-01589-TWP-DKL |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**
**SEPTEMBER 20, 2016**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The parties participated in a telephonic status conference. Parties discussed case status and discovery. Given the pending motion to dismiss and the anticipated motion for class certification motion, the parties are in agreement that the settlement conference set for October 19, 2016 should be vacated. The settlement conference will be reset after a ruling is issued on the motion for class certification. The conference concluded without further order.

Dated: 09/23/2016

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
pvink@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Joshua P. Melder
CASSIE FELDER & ASSOCIATES, LLC
joshua@felderllc.com

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Gladstone N. Jones
JONES SWANSON HUDDELL & GARRISON, LLC
gjones@jonesswanson.com

Kerry A. Murphy
JONES, SWANSON, HUDDELL & GARRISON, LLC
kmurphy@jonesswanson.com

Lynn E. Swanson
JONES, SWANSON, HUDDELL& GARRISON, LLC
lswanson@jonesswanson.com

Cassie E. Felder
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
cfelder@lawla.com

Matthew M. Coman
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
mcoman@shergarner.com

Ryan D. Adams
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
radams@shergarner.com

James M. Garner
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
jgarner@shergarner.com

Jason S. McCarter
SUTHERLAND ASBILL & BRENNAN LLP
jason.mccarter@sutherland.com

Tracey K. Ledbetter
SUTHERLAND ASBILL & BRENNAN LLP
tracey.ledbetter@sutherland.com