UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC.,** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| **YOUNG EXECUTIVE MANAGEMENT** | * | **Jury Trial Demanded** |
| **& CONSULTING SERVICES, INC.,** | * | |
| Individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated, | * | |
| | * | |
| **v.** | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION, successor by merger** | * | |
| with Manheim Automotive Financial | * | |
| Services, Inc., and JOHN WICK. | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**UNOPPOSED MOTION FOR VOLUNTARY WITHDRAWAL
OF YOUNG EXECUTIVE MANAGEMENT & CONSULTING SERVICES, INC.
AS A NAMED PLAINTIFF**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Young Executive Management & Consulting Services, Inc. ("Young"), and respectfully moves this Court for voluntary withdrawal as a named plaintiff in the above-captioned matter, said withdrawal to be without prejudice to Young's future participation as an absent class member, should the Court grant class certification.

Plaintiffs' motion for class certification is due to be filed by October 3, 2016. Withdrawing Young as a named plaintiff will not prejudice the interests of the putative class members, who will continue to have three proposed class representatives—the other named plaintiffs, Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc. Accordingly, Young should

be given free leave to withdraw as a named plaintiff. *See, e.g., Ormond v. Anthem., Inc.,* No. 1:05-CV-1908-TWP-TAB, 2012 WL 1596321, at *2–3 (S.D. Ind. May 4, 2012) (allowing withdrawal of a named plaintiff and noting that "no plaintiff should be forced to remain a plaintiff involuntarily unless a compelling reason exists") (citing *Organization of Minority Vendors, Inc. v. Illinois Central—Gulf R.R.,* No. 79 C 1512, 1987 WL 8997 * 1 (N.D.Ill. April 2, 1987) (allowing a motion to withdraw as representative plaintiffs and stating that "[a]bsent a good reason… a plaintiff should not be compelled to litigate if it doesn't wish to.")).

Undersigned counsel has conferred with counsel for the Defendants, and they have no opposition to this Motion.

Accordingly, Young requests that it be withdrawn as a named plaintiff in the above-referenced matter, said withdrawal to be without prejudice to its future participation as an absent class member, should the Court grant class certification.

Respectfully submitted,

*/s/ Kerry A. Murphy*
Gladstone N. Jones (La. Bar #22221) (*pro hac vice*)
Lynn E. Swanson (La. Bar #22650) (*pro hac vice*)
Kerry A. Murphy (La. Bar #31382) (*pro hac vice*)
**JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

James M. Garner (La. Bar #19589) (*pro hac vice*)
Ryan D. Adams (La. Bar #27931) (*pro hac vice*)
Matthew M. Coman (#23613) (*pro hac vice*)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street
Suite 2800
New Orleans, Louisiana 70112
Telphone: (504) 299-2100

        Facsimile: (504) 299-2300

        Cassie E. Felder (La. Bar #27805) (*pro hac vice*)
        **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
        9311 Bluebonnet Blvd., Suite A
        Baton Rouge, Louisiana 70810
        Telephone: (225) 291-1990
        Facsimile: (504) 3109195

        and

        Kathleen A. DeLaney (#18604-49)
        **DeLaney & Delaney LLC**
        3646 North Washington Blvd.
        Indianapolis, IN 46205
        Telephone: (317) 920-0400
        Facsimile: (317) 0404

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on the 30th day of September, 2016, served a copy of the foregoing Unopposed Motion for Voluntary Withdrawal of Young Executive Management & Consulting Services, Inc. as a Named Plaintiff on all counsel of record via electronic service by the court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

 David J. Jurkiewicz
 Paul D. Vink
 Stephen D. Groth
 **Bose, McKinney & Evans, L.L.P.**
 djurkiewicz@boselaw.com, pvink@boselaw.com, sgroth@boselaw.com

 Tracey K. Ledbetter
 Jason S. McCarter
 **Sutherland Asbill & Brennan LLP**
 Tracey.ledbetter@sutherland.com, Jason.mccarter@sutherland.com

        */s/ Kerry A. Murphy*
         Kerry A. Murphy