**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**(Indianapolis Division)**

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | \* | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC.,** | \* | |
| **MATTINGLY AUTO SALES, INC.,** | \* | **CLASS ACTION** |
| **YOUNG EXECUTIVE MANAGEMENT** | \* | **Jury Trial Demanded** |
| **& CONSULTING SERVICES, INC.,** | \* | |
| Individually, and on behalf of other | \* | |
| members of the general public | \* | |
| similarly situated, | \* | |
| | \* | |
| v. | \* | |
| | \* | |
| **COX ENTERPRISES, INC.,** | \* | |
| **COX AUTOMOTIVE, INC.,** | \* | |
| **NEXTGEAR CAPITAL, INC.,** | \* | |
| **F/K/A DEALER SERVICES** | \* | |
| **CORPORATION, successor by merger** | \* | |
| with Manheim Automotive Financial | \* | |
| Services, Inc., and JOHN WICK. | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INDEX OF EXHIBITS
## TO MEMORANDUM IN SUPPORT OF MOTION
## FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL[1]

| | |
|---|---|
| **Exhibit A** | Declaration of Named Plaintiff, Red Barn Motors, Inc., in Support of Motion for Class Certification |
| **Exhibit B** | Declaration of Named Plaintiff, Platinum Motors, Inc., in Support of Motion for Class Certification |
| **Exhibit C** | Declaration of Named Plaintiff, Mattingly Auto Sales Inc., in Support of Motion for Class Certification and Appointment of Class Counsel |
| **Exhibit D** | Declaration of James M. Garner in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel |
| **Exhibit E** | Declaration of Lynn E. Swanson in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel |
| **Exhibit F** | Declaration of Cassie Erin Felder in Support of Plaintiffs' Motion for Appointment of Class Counsel |

---

[1] This index is included pursuant to L.R. 5-1(b).

| | |
|---|---|
| **Exhibit G** | Declaration of Kathleen A. Delaney in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel |
| **Exhibit H** | Sample NextGear Floorplan Agreement for the year 2005 |
| **Exhibit I** | Sample NextGear Floorplan Agreement for the year 2006 |
| **Exhibit J** | Sample NextGear Floorplan Agreement for the year 2007 |
| **Exhibit K** | Sample NextGear Floorplan Agreement for the year 2008 |
| **Exhibit L** | Sample NextGear Floorplan Agreement for the year 2009 |
| **Exhibit M** | Sample NextGear Floorplan Agreement for the year 2010 |
| **Exhibit N** | Sample NextGear Floorplan Agreement for the year 2011 |
| **Exhibit O** | Sample NextGear Floorplan Agreement for the year 2012 |
| **Exhibit P** | Sample NextGear Floorplan Agreement for the year 2013 |