UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC.,** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| **YOUNG EXECUTIVE MANAGEMENT** | * | **Jury Trial Demanded** |
| **& CONSULTING SERVICES, INC.,** | * | |
| Individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated | * | |
| | * | |
| **v.** | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION, successor by merger** | * | |
| with Manheim Automotive Financial | * | |
| Services, Inc., and JOHN WICK | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc. (the "Named Plaintiffs"), who, pursuant to S.D. Ind. L.R. 7.5, respectfully request that this Court grant oral argument on their Motion for Class Certification and Appointment of Class Counsel (R. Doc. 153) (the "Motion").

The Named Plaintiffs respectfully submit that oral argument is necessary for adjudication of their Motion. The Motion presents a multifaceted legal inquiry that will determine whether the proposed Class will be certified pursuant to Federal Rule of Civil Procedure 23, whether the Named Plaintiffs will represent the proposed Class of potentially tens of thousands of claimants in this litigation, and whether undersigned counsel will be appointed as Class Counsel. Oral argument

will assist the Court in resolving the issues presented by the Motion and provide the parties the opportunity to answer any questions raised by their briefing.

The Named Plaintiffs request that each side be allotted sixty (60) minutes for the presentation of oral argument. The time will be divided according to agreement of the parties.

WHEREFORE, the Named Plaintiffs respectfully request that this Court grant their Motion for Oral Argument.

Respectfully submitted,

*/s/ Kerry A. Murphy*
Gladstone N. Jones (La. Bar #22221) (*pro hac vice*)
Lynn E. Swanson (La. Bar #22650) (*pro hac vice*)
Kerry A. Murphy (La. Bar #31382) (*pro hac vice*)
**JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

James M. Garner (La. Bar #19589) (*pro hac vice*)
Ryan D. Adams (La. Bar #27931) (*pro hac vice*)
Matthew M. Coman (#23613) (*pro hac vice*)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telphone: (504) 299-2100
Facsimile: (504) 299-2300

Cassie E. Felder (La. Bar #27805) (*pro hac vice*)
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
9311 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana 70810
Telephone: (225) 291-1990
Facsimile: (504) 3109195

and

Kathleen A. DeLaney (#18604-49)

DeLaney & Delaney LLC<br>
3646 North Washington Blvd.<br>
Indianapolis, IN 46205<br>
Telephone: (317) 920-0400<br>
Facsimile: (317) 0404

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on the 30th day of September, 2016, served a copy of the foregoing Motion for Oral Argument on all counsel of record via electronic service by the court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

> David J. Jurkiewicz
> Paul D. Vink
> Stephen D. Groth
> **Bose, McKinney & Evans, L.L.P.**
> djurkiewicz@boselaw.com, pvink@boselaw.com, sgroth@boselaw.com
>
> Tracey K. Ledbetter
> Jason S. McCarter
> **Sutherland Asbill & Brennan LLP**
> Tracey.ledbetter@sutherland.com, Jason.mccarter@sutherland.com

>         */s/ Kerry A. Murphy*
>            Kerry A. Murphy