UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC.,** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| **YOUNG EXECUTIVE MANAGEMENT** | * | **Jury Trial Demanded** |
| **& CONSULTING SERVICES, INC.,** | * | |
| Individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated, | * | |
| | * | |
| v. | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION, successor by merger** | * | |
| **with Manheim Automotive Financial** | * | |
| **Services, Inc., and JOHN WICK.** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing *Motion for Oral Argument* filed by the Plaintiffs, Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc., and for the reasons stated therein,

**IT IS ORDERED THAT** the Motion is hereby **GRANTED** and the *Motion for Class Certification and Appointment of Class Counsel* filed by the Plaintiffs, Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc. is hereby set for oral argument before the Honorable Tanya W. Pratt in Courtroom 344 of the United States District Court for the Southern District of Indiana, 46 East Ohio Street, Indianapolis, Indiana 46204 at _____ o'clock \_\_\_\_\_.m. on the \_\_\_\_\_ day of _____, 2016.

Each side shall be allotted _____ minutes for oral argument.

Indianapolis, Indiana this _____ day of _____, 2016.

_____
HON. TANYA W. PRATT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Service of the foregoing Order will
be made electronically on all ECF-registered
counsel of record via email generated by the court's ECF system.