UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC.,** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| **YOUNG EXECUTIVE MANAGEMENT** | * | **Jury Trial Demanded** |
| **& CONSULTING SERVICES, INC.,** | * | |
| Individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated, | * | |
| | * | |
| v. | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION, successor by merger** | * | |
| with Manheim Automotive Financial | * | |
| Services, Inc., and JOHN WICK. | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Considering the foregoing *Unopposed Motion for Voluntary Withdrawal of Young Executive Management & Consulting Services, Inc. as a Named Plaintiff* (the "Motion") filed by plaintiff Young Executive Management & Consulting Services, Inc. ("Young"):

**IT IS ORDERED THAT** the Motion be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED THAT** Young be and hereby is withdrawn as a named plaintiff in the above-captioned matter.

**IT IS FURTHER ORDERED THAT** this Order shall be without prejudice to Young's future participation in the above-captioned matter as an absent class member, should the Court grant class certification.

Dated: October 3, 2016

                                                            _____
                                                         Hon. Tanya Walton Pratt, Judge
                                                         United States District Court
                                                         Southern District of Indiana

Distribution to electronically registered counsel of record via CM/ECF