UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| RED BARN MOTORS, INC., <br> PLATINUM MOTORS, INC., <br> MATTINGLY AUTO SALES, INC., <br> YOUNG EXECUTIVE MANAGEMENT <br> & CONSULTING SERVICES, INC., <br> Individually, and on behalf of other <br> members of the general public <br> similarly situated <br><br> v. <br><br> COX ENTERPRISES, INC., <br> COX AUTOMOTIVE, INC., <br> NEXTGEAR CAPITAL, INC., <br> F/K/A DEALER SERVICES <br> CORPORATION, successor by merger <br> with Manheim Automotive Financial <br> Services, Inc., and JOHN WICK | * * * * * * * * * * * * * * * * * | DOCKET NO. 1:14-cv-01589-TWP-DKL <br><br> CLASS ACTION <br> Jury Trial Demanded |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO APPEAR *PRO HAC VICE*

Now into Court, pursuant to S.D. Ind. R. 83-6, comes Catherine E. Lasky, who respectfully requests entry of an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Red Barn Motors, Inc., et. al., in the captioned matter. In support of this motion, the undersigned states the following:

1.

I am admitted to practice and in good standing, *i.e.*, currently authorized to practice as an attorney, in the following United States courts and Louisiana's highest court: the United States Fifth Circuit; the United States District Court, Middle District of Louisiana; the United States District Court, Eastern District of Louisiana; the United States District Court, Western District of

Louisiana; and the Louisiana Supreme Court as well as, all State Courts of New Jersey. I was admitted to practice in those courts in 2003.

2.

I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state of the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3.

I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of this court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.

I have submitted a check in the amount of one hundred and 00/100 Dollars ($100.00) to the Clerk of this Court in payment of the administrative fees required to process this motion for admission *pro hac vice*.

Wherefore, Catherine E. Lasky respectfully requests that this Court enter an order granting leave to appear *pro hac vice* for the purposes of this cause only.

Respectfully submitted,

*[signature]*

Gladstone N. Jones (LA #22221) *pro hac vice*
Lynn E. Swanson (LA #22650)  *pro hac vice*
Kerry A. Murphy (LA#31382)  *pro hac vice*
Catherine E. Lasky (LA #28652)
**JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
Email:  gjones@jonesswanson.com
           lswanson@jonesswanson.com
           kmurphy@jonesswanson.com
           klasky@jonesswanson.com


James M. Garner (LA #19589) *pro hac vice*
Ryan D. Adams (LA #27931) *pro hac vice*
Matthew M. Coman LA (#23613) *pro hac vice*
**SHER GARNER CAHILL RICHTER**
   **KLEIN & HILBERT, L.L.C.**
909 Poydras Street
Suite 2800
New Orleans, Louisiana 70112
Telphone: (504) 299-2100
Facsimile: (504) 299-2300
Email: jgarner@shergarner.com
           radams@shergarner.com
           mcoman@shergarner.com


Cassie E. Felder (LA #27805) *pro hac vice*
**LUGENBUHL, WHEATON, PECK,**
   **RANKIN & HUBBARD**
9311 Bluebonnet Boulevard
Suite A
Baton Rouge, Louisiana 70810
Telephone: (225) 291-1990
Facsimile:  (504) 310-9195
Email: cfelder@lawla.com

AND

Kathleen A. DeLaney (#18604-49)
**DELANEY & DELANEY LLC**
3646 North Washington Boulevard
Indianapolis, IN 46205
Telephone: (317) 920-0400
Facsimile: (317) 920-0404
Email: kathleen@delaneylaw.net

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on the 14th day of October, 2016, served a copy of the foregoing *Motion to Appear Pro Hac Vice* on all counsel of record via first-class U.S. Mail, postage prepaid and properly addressed to the following:

**David J. Jurkiewicz**
**Steven D. Groth**
Bose, McKinney & Evans, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

**Tracey K. Ledbetter**
**Jason S. McCarter**
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 3039

_____
Catherine E. Lasky