

Catherine E. Lasky
klasky@jonesswanson.com
ADMITTED IN LOUISIANA

October 14, 2016

**Via Federal Express**
Honorable Laura A. Briggs
Clerk of Court
United States District Court
Southern District of Indiana
Indianapolis Division
46 East Ohio Street
Room 105
Indianapolis, IN 46204

      Re:    Red Barn Motors, Inc., et al v. Cox Enterprises, Inc., et al
               USDC Southern District of Indiana, Indianapolis Division
               Case No. 1:14-cv-01589
               Our File No. 683

Dear Clerk:

    Enclosed are two originals (2) and two copies of Motion to Appear Pro Hac Vice for Catherine E. Lasky, which I am requesting be filed into the record of the above-captioned matter. Also, enclosed is a check in the amount of $100.00 to cover the processing fee and a self-addressed stamped envelope for the copies.

    Should you have any questions, please do not hesitate to call me at 504-523-2500.

Sincerely,

Catherine E. Lasky

CEL/gr
Enclosures

cc: All Counsel of Record

601 Poydras Street, Suite 2655   |   New Orleans, Louisiana 70130   |   504.523.2500 p   |   504.523.2508 f   |   jonesswanson.com