UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., ) | | |
| PLATINUM MOTORS, INC., ) | | |
| MATTINGLY AUTO SALES, INC., ) | | |
| ) | | |
| Plaintiffs, ) | No. 1:14-cv-01589-TWP-DKL | |
| ) | | |
| vs. ) | | |
| ) | | |
| NEXTGEAR CAPITAL, INC., ) | | |
| COX ENTERPRISES, INC., ) | | |
| COX AUTOMOTIVE, INC., ) | | |
| JOHN WICK, ) | | |
| ) | | |
| Defendants. ) | | |

**ORDER ON MOTION TO APPEAR PRO HAC VICE**

This cause has come before the Court on a motion seeking leave for Catherine E. Lasky, of the law firm Jones, Swanson, Huddell & Garrison, L.L.C. to appear pro hac vice as counsel on behalf of Red Barn Motors, Inc., et al., in the above-captioned cause of action only. [Dkt. 158.] Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Catherine E. Lasky
JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
Email:  klasky@jonesswanson.com

If not already registered with the Court's Electronic Filing System, Catherine E. Lasky is ordered to register within fourteen (14) days of entry of this order.

SO ORDERED.

Date: 10/18/2016

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

To PHV Applicant via U.S. Mail:

Catherine E. Lasky
JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130