IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:14-cv-01589-TWP-DKL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**INDEX OF EXHIBITS TO DEFENDANTS' RESPONSE IN OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| EXHIBIT | DESCRIPTION |
|---|---|
|  | Declaration of Adam Galema |
| A | Sample NextGear Demand Promissory Note and Loan and Security Agreement |
| B | Red Barn Motors, Inc. Transaction Report |
| C | March 27, 2013 Email from Samantha Snyder |
| D | Mattingly Auto Sales, Inc. Transaction Report |
| E | November 16, 2012 Email from Ute Brandt |
| F | Platinum Motors, Inc. DSC Demand Promissory Note and Security Agreement |
| G | Platinum Motors, Inc. Transaction Report |
| H | Complaint, *Dealer Services Corp. v. Platinum Motors, Inc.* |

| EXHIBIT | DESCRIPTION |
|---|---|
| I | Certified Judgment, *NextGear Capital, Inc. v. Platinum Motors, Inc.* |
| J | Platinum Motors, Inc. Document Production |
| K | NextGear's Response to Interrogatory No. 13 (Excerpt) |
| L | Deposition Excerpts from Rule 30(b)(6) Deposition of Red Barn Motors, Inc. (Devon London) |
| M | Red Barn Motors, Inc. DSC Demand Promissory Note and Security Agreement (Red Barn Dep. Ex. 5) |
| N | Amended Bankruptcy Petition, *In re Red Barn Motors, Inc.* (Red Barn Dep. Ex. 16) |
| O | Red Barn Motors, Inc. Insider Transactions, Exhibit N to Amended Bankruptcy Petition, *In re Red Barn Motors, Inc.* (Red Barn Dep. Ex. 21) |
| P | Deposition Excerpts from Rule 30(b)(6) Deposition of Mattingly Auto Sales, Inc. (Barry W. Mattingly) |
| Q | Mattingly Auto Sales, Inc. 2006 DSC Demand Promissory Note and Security Agreement (Mattingly Dep. Ex. 5) |
| R | Mattingly Auto Sales, Inc. 2009 DSC Demand Promissory Note and Security Agreement (Mattingly Dep. Ex. 8) |
| S | Mattingly Auto Sales, Inc. MAFS Loan and Security Agreement (Excerpt from Mattingly Dep. Ex. 9) |
| T | Certified Judgment, *NextGear Capital, Inc. v. Mattingly Auto Sales, Inc.* (Mattingly Dep. Ex. 15) |
| U | NextGear Proof of Claim, *In re Mattingly* (Excerpt from Mattingly Dep. Ex. 16) |
| V | Small Claims Complaint, *Mattingly v. NextGear Capital* (Mattingly Dep. Ex. 17) |
| W | Settlement Agreement and Release, *Mattingly v. NextGear Capital* (Mattingly Dep. Ex. 18) |