Case 1:14-cv-01589-TWP-DLP   Document 160-17   Filed 10/31/16   Page 1 of 2 PageID #: 2167
Case 13-10548   Doc 30-14   Filed 06/17/13   Entered 06/17/13 17:05:14   Desc Exhibit N   Page 1 of 2

EXHIBIT "N"

## Red Barn Motors, Inc
### Case 13-10548
### Insider Transactions in Past Year

| Date | Check # | Loan to RBM | Amount | Payee | Description |
|---|---|---|---|---|---|
| 4/27/12 | 1339 | | $ 1,750.00 | Don Richardson | Devon House Payment* |
| 5/1/12 | 1341 | | $ 2,433.00 | Don Richardson | Payment on Car financing (BHPH) Loan |
| 5/16/12 | | $ 10,000.00 | | | Don Richardson Loan to RBM |
| 5/18/12 | 1343 | | $ 1,650.00 | Don Richardson | Devon House Payment |
| 5/18/12 | 1342 | | $ 8,000.00 | Don Richardson | Repay part of Clif Richardson Loan |
| 5/18/12 | | $ 8,000.00 | | | Don Richardson Loan to RBM |
| 5/31/12 | 1344 | | $ 10,000.00 | Don Richardson | Repay 6/16 loan to RBM |
| 6/5/12 | | $ 1,800.00 | | | Don Richardson Loan to RBM |
| 6/13/12 | | $ 22,000.00 | | | Don Richardson Loan to RBM |
| 6/13/12 | | $ 25,000.00 | | | Pelican Advisory Group Loan to RBM |
| 7/2/12 | 1348 | | $ 2,433.00 | Don Richardson | Payment on Car financing (BHPH) Loan |
| 7/28/12 | 1349 | | $ 22,000.00 | Don Richardson | Repay 6/13 Loan |
| 8/3/12 | 1351 | | $ 2,433.00 | Don Richardson | Payment on Car financing (BHPH) Loan |
| 8/3/12 | 1352 | | $ 1,700.00 | Don Richardson | repay 6/5/12 loan |
| 8/14/12 | 1353 | | $ 1,700.00 | Don Richardson | Devon House Payment |
| 8/27/12 | 1354 | | $ 2,433.00 | Don Richardson | Payment on Car financing (BHPH) Loan |
| 9/2/12 | 1470 | | $ 157.61 | Barbara Richardson | Reimbursement |
| 9/17/12 | 1355 | | $ 1,700.00 | Don Richardson | Devon House Payment |
| 9/27/12 | 1356 | | $ 3,433.00 | Don Richardson | 2433 BHPH payment 1000 Reimbursement |
| 10/8/12 | 7562 | | $ 25,000.00 | Pelican Advisory Group | repay 6/12 loan |
| 10/17/12 | | $ 20,000.00 | | | Don Richardson Loan to RBM |
| 10/26/12 | 1356 | | $ 20,000.00 | Don Richardson | repay 10/17 loan |
| 10/26/13 | 1359 | | $ 2,433.00 | Don Richardson | Payment on Car financing (BHPH) Loan |
| 10/29/12 | 1360 | | $ 1,700.00 | Don Richardson | Devon House Payment |
| 11/7/12 | | $ 20,000.00 | | | Don Richardson Loan to RBM |
| 11/13/12 | 1571 | | $ 20,000.00 | Don Richardson | repay 11/7 loan |
| 11/23/13 | 1573 | | $ 1,700.00 | Don Richardson | Devon House Payment |
| 11/23/12 | 1572 | | $ 2,433.00 | Don Richardson | Payment on Car financing (BHPH) Loan |
| 12/14/12 | | $ 25,000.00 | | | Don Richardson Loan to RBM |
| 12/2/12 | 1574 | | $ 222.00 | Don Richardson | reimbursement |



EXHIBIT

RB 0075

| Date | Check # | | Amount | Payee | Description |
|---|---|---|---|---|---|
| 12/20/12 | 1576 | $ | 259.70 | Don Richardson | reimbursement - meals |
| 12/26/12 | 1577 | $ | 129.75 | Don Richardson | reimburesment - meals |
| 12/29/12 | 1578 | $ | 2,433.00 | Don Richardson | final pmt on Car financing (BHPH) Loan |
| 3/2/13 | 1582 | $ | 3,215.06 | Don Richardson | reimbursement-Compressor for shop; commercial pressure washer for detailing; interest and meals |
| 3/19/13 | | $ | 3,708.00 | | DBR Loan to RBM for Brouillette payment |
| 3/27/13 | | $ | 20,000.00 | | Loan to RBM for payroll |
| 4/8/12 | 1021 | $ | 15,000.00 | Pelican Advisory Group | repay part of loan of 3/20 |
| 4/18/13 | 1043 | $ | 5,000.00 | Pelican Advisory Group | repay rest ofloan of 3/20 |
| 4/18/12 | 1044 | $ | 1,600.00 | Don Richardson | Devon House Payment |

*The house Devon was living was actually owned by Don and Barbara Richardson

RB 0076