SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF RIVERSIDE - CENTRAL

MICHAEL GRISSOM Sole Proprietor doing
Business as American Family Auto,

    Plaintiff,

vs.   No. RIC475298

DEALER SERVICES CORPORATION, a
Delaware corporation; BOSCH KIA, a
Nevada Corporation dba, FONTANA
BOSCH AUTO CENTER INC., DIAL FINANCE;
CLAUDIA PONCE, an individual; ROSA D.
MACIAS, an individual; ALFRED KING,
an individual; CARLOS BOSCH, an
individual; MARK WHITE, an individual;
and DOES 1 through 100, inclusive,

    Defendants.

---

DEPOSITION OF JOHN WICK

Santa Ana, California

Friday, February 25, 2011

Reported by: ANGELA METZ

CSR No. 12454

1

HAHN & BOWERSOCK 800-660-3187 FAX 714-662-1398
151 KALMUS DRIVE, SUITE L1 COSTA MESA, CA 92626

**EXHIBIT "A"**

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 COUNTY OF RIVERSIDE - CENTRAL
 3
 4   MICHAEL GRISSOM Sole Proprietor doing
     Business as American Family Auto,
 5
             Plaintiff,
 6
        vs.                              No. RIC475298
 7
     DEALER SERVICES CORPORATION, a
 8   Delaware corporation; BOSCH KIA, a
     Nevada Corporation dba, FONTANA
 9   BOSCH AUTO CENTER INC., DIAL FINANCE;
     CLAUDIA PONCE, an individual; ROSA D.
10   MACIAS, an individual; ALFRED KING,
     an individual; CARLOS BOSCH, an
11   individual; MARK WHITE, an individual;
     and DOES 1 through 100, inclusive,
12
             Defendants.
13   _____
14
15
16               Deposition of JOHN WICK,
17          taken on behalf of Defendants, at
18          2122 North Broadway, Suite 200,
19          Santa Ana, California, beginning at
20          10:09 a.m. and ending at 5:00 p.m.
21          on Friday, February 25, 2011, before
22          ANGELA METZ, Certified Shorthand
23          Reporter No. 12454.
24
25
```

2

```
 1    APPEARANCES:
 2    For Plaintiff:
 3         JULANDER, BROWN, BOLLARD & CHAPMAN
           BY:  WILLIAM D. CHAPMAN, ESQ.
 4         9110 Irvine Center Drive
           Irvine, California 92618
 5         (949) 477-2100
 6
      For Defendants:
 7
           PRENOVOST NORMANDIN BERGH & DAWE, A.P.C.
 8         BY:  TOM RODDY NORMANDIN, ESQ.
           2122 North Broadway, Suite 200
 9         Santa Ana, California 92706
           (714) 547-2444
10
11    Also present:
12         MIKE LANGSTON
13
      Videographer:
14
           RUSTY KING
15
16
17
18
19
20
21
22
23
24
25
```

HAHN & BOWERSOCK 800-660-3187 FAX 714-662-1398
151 KALMUS DRIVE, SUITE L1 COSTA MESA, CA 92626

```
 1                          INDEX
     WITNESS                                      EXAMINATION
 2   JOHN WICK
            BY MR. NORMANDIN                           6
 3          BY MR. CHAPMAN                            80
 4
                           EXHIBITS
 5
     DEFENDANTS'                                     PAGE
 6
     Exhibit 1    Notice of Deposition of Dealer      6
 7                Services Corporation's Person
                  Most Knowledgeable
 8
     Exhibit 2    Payments Received Report           57
 9
     Exhibit 3    Disbursement Report                67
10
     Exhibit 4    Disbursement Detail Report         70
11
     Exhibit 5    Disbursement Detail Report         71
12
13   PLAINTIFF'S
14   Exhibit 6    Demand Promissory Note and         96
                  Security Agreement and the
15                related documents
16   Exhibit 7    Letter, dated November 7, 2006    140
17   Exhibit 8    Complaint                         140
18   Exhibit 9    DMV Report of Investigation       143
19   Exhibit 10   Intercreditor Agreement           155
20   Exhibit 11   Application for Lender's          155
                  License
21
     Exhibit 12   Request For Production of         177
22                Documents
23   Exhibit 13   Part of Application for           188
                  Lender's License
24
25
```

HAHN & BOWERSOCK  800-660-3187  FAX 714-662-1398
151 KALMUS DRIVE, SUITE L1  COSTA MESA, CA 92626

| | | |
|---|---|---|
| Exhibit 14 | Credit Authorization and Voided Check | 219 |
| Exhibit 15 | Disbursement By DSC to Bosch | 222 |
| Exhibit 16 | Screen Shot of Comments | 223 |
| Exhibit 17 | Power of Attorney | 240 |

INFORMATION REQUESTED

(None.)

INSTRUCTION NOT TO ANSWER

| Page | Line |
|---|---|
| 87 | 3 |
| 125 | 13 |
| 135 | 5 |
| 137 | 17 |
| 144 | 9 |
| 145 | 7 |
| 147 | 18 |
| 160 | 10 |
| 176 | 8 |
| 176 | 21 |
| 178 | 24 |
| 193 | 18 |
| 199 | 14 |
| 200 | 21 |
| 202 | 2 |
| 213 | 9 |
| 245 | 14 |
| 254 | 7 |

|  |  |
|---|---|
|  | 1   with a Live Note hookup. |
|  | 2          So this is the first time that I've been |
|  | 3   notified that you had canceled the videographer, and |
|  | 4   I insist on proceeding with my portion of the |
| 10:12 | 5   deposition with videotape. |
|  | 6          MR. NORMANDIN:  You need to do whatever you |
|  | 7   need to do.  You obviously didn't read my Notice of |
|  | 8   Deposition for this witness today, and my staff |
|  | 9   doesn't make decisions on whether a deposition is |
| 10:12 | 10  videographered or not.  So let's proceed. |
|  | 11  BY MR. NORMANDIN: |
|  | 12       Q   Mr. Wick, what is your title with Dealer |
|  | 13  Services? |
|  | 14       A   I am general counsel, and I am secretary. |
| 10:13 | 15       Q   How long have you held that position? |
|  | 16       A   Since March, 2005. |
|  | 17       Q   Are you also a custodian of records? |
|  | 18       A   I'm sorry? |
|  | 19       Q   Are you also a custodian of records? |
| 10:13 | 20       A   Yes. |
|  | 21       Q   Generally describe what you do as general |
|  | 22  counsel for Dealer Services. |
|  | 23       A   I run our legal department.  I oversee all |
|  | 24  legal matters affecting the company, including |
| 10:13 | 25  regulatory compliance, licensing compliance -- any |

9

```
 1        Q   Okay.  Other than typos, in terms of those
 2   two or three major changes, what were those changes?
 3        A   Really only two major changes:  One, of
 4   course, was in conjunction with post-licensing date
 5   activity in California.  We --
 6        Q   Oh, let me -- I'm sorry, but I -- I just
 7   may shorten your answer.
 8            I'm just talking about changes before AFA
 9   signed.
10        A   I don't think any changes were made.
11        Q   Okay.
12        A   I mean, nothing of material or substance.
13        Q   Okay.  Did any dealer ever tell you they
14   wanted to make changes to the form before they
15   signed it?
16        A   They could have told our branch managers.
17   We made it clear, obviously, that these are forms
18   and happy to answer questions if they have them, but
19   it's not a document that we're going to negotiate.
20        Q   So it's a -- what we might call a
21   "take-it-or-leave-it document".
22        A   Sure.
23        Q   Okay.
24        A   Kind of like a credit card application or a
25   credit card agreement.
```

HAHN & BOWERSOCK 800-660-3187 FAX 714-662-1398
151 KALMUS DRIVE, SUITE L1 COSTA MESA, CA 92626