UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RED BARN MOTORS, INC.,               )
PLATINUM MOTORS, INC.,               )
MATTINGLY AUTO SALES, INC.,          )
YOUNG EXECUTIVE MANAGEMENT &         )
CONSULTING SERVICES, INC.,           )
Individually, and on behalf          )
of other members of the              )
general public similarly             )
situated,                            )
              Plaintiffs,            )
                                     ) Docket No.
          -v-                        ) 1:14-cv-01589-TWP-DKL
                                     )
COX ENTERPRISES, INC.,               ) Class Action
COX AUTOMOTIVE, INC.,                )
NEXTGEAR CAPITAL, INC. f/k/a         )
DEALER SERVICES CORPORATION,         )
successor by merger with             )
Manheim Automotive Financial         )
Services, Inc., and JOHN WICK,)
              Defendants.            )

     The deposition upon oral examination of **LOURDES M.**

**GIVENS**, a witness produced and sworn before me, Tami L.

Scott, Notary Public in and for the County of Marion,

State of Indiana, taken on behalf of the Plaintiffs at

the offices of Bose, McKinney & Evans, 111 Monument

Circle, Suite 2700, Indianapolis, Marion County,

Indiana, on October 20, 2016, at 9:00 a.m., pursuant to

the Federal Rules of Civil Procedure.

**ASSOCIATED REPORTING, INC.**
**251 EAST OHIO STREET, SUITE 940**
**INDIANAPOLIS, INDIANA 46204**
**(317) 631-0940**
**www.associated-reporting.com**

**EXHIBIT "F"**

APPEARANCES

FOR THE PLAINTIFFS:

    JONES SWANSON HUDDELL & GARRISON LLC
        Katie E. Lasky
        Kerry A. Murphy (Via teleconference)
        601 Poydras Street, Suite 2655
        New Orleans, LA 70130

    DELANEY & DELANEY
        Audreyalice Warner
        3646 North Washington Boulevard
        Indianapolis, Indiana 46205

    SHER GARNER CAHILL RICHTER KLEIN & HILBERT
        Matthew M. Coman (Via teleconference)
        909 Poydras Street, Suite 2800
        New Orleans, LA 70112

    LUGENBUHL WHEATON PECK RANKIN & HUBBARD
        Cassie E. Felder (Via teleconference)
        9311 Bluebonnett Boulevard, Suite A
        Baton Rouge, LA 70810

FOR THE DEFENDANT NEXTGEAR CAPITAL
F/K/A DEALER SERVICES CORPORATION:

    BOSE MCKINNEY & EVANS
        Paul D. Vink
        David J. Jurkiewicz
        111 Monument Circle
        Suite 2700
        Indianapolis, IN  46204

FOR THE DEFENDANTS:

    SUTHERLAND ASBILL & BRENNAN LLP
        Jason S. McCarter (Via teleconference)
        999 Peachtree Street N.E., Suite 2300
        Atlanta, GA 30309

INDEX OF EXAMINATION

PAGE

EXAMINATION BY MS. LASKY                                    4

INDEX OF EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | DSC Floorplan Application | 52 |
| 2 | 10/16/2011 Term Sheet | 70 |
| 3 | DSC Published Rate, Fee and Term Schedule | 82 |
| 4 | ABC Bowling Green Auto Action sale flyer | 97 |
| 5 | Police Statement regarding curtailment extensions | 100 |
| 6 | Vehicle history report | 103 |
| 7 | DSC Payment Receipt 11/23/2007 | 113 |
| 8 | DSC Payment Receipt 1/22/2010 | 115 |
| 9 | Dealer Statement | 116 |
| 10 | Lending Summary | 118 |
| 11 | Customer Summary | 123 |
| 12 | Lending Review | 124 |
| 13 | Collection Incident 25317 | 127 |
| 14 | Facility Agreement | 142 |
| 15 | Print screen and notes | 146 |
| 16 | August 2011 e-mail chain | 150 |
| 17 | E-mail regarding customer service overcharge | 151 |
| 18 | December 2011 e-mails | 153 |
| 19 | 4/24/16 e-mail regarding current dealer visit | 155 |
| 20 | April 2012 e-mail regarding appointment | 158 |
| 21 | May 4, 2012 e-mail | 159 |
| 22 | 5/7/2012 CRM system notes | 165 |
| 23 | May 9, 2012 CRM note regarding repo | 175 |
| 24 | 8/24/2012 e-mail regarding KO Report | 178 |

149

1  Q    Would you have, as account executive, would you

2       typically?

3  A    Typically, yes.

4  Q    Do you know what the KO book is?

5  A    Yes.

6  Q    What is that?

7  A    That is a -- Auction Insurance Agency is an

8       insurance agency that the auctions use, and they are

9       the ones that manage the KO book.

10 Q    And what is the KO book?

11 A    Stands for knockout book or knockout, and it's for

12      people that are uninsured by Auction Insurance

13      Agency.

14 Q    Did you have any -- do you know whether Mattingly

15      Auto Sales and/or Barry Mattingly was submitted to

16      the KO book?

17 A    Kevin Frederick turned in the information to the

18      Auction Insurance Agency on May 15th is what it

19      looks like.

20 Q    Okay.  Were you part of any decision to turn in

21      information about Mattingly to the KO book?

22 A    Corporate does that.

23 Q    Okay.

24 A    And then Auction Insurance Agency are the ones that

25      place the deal on an uninsured list.