| Modified On | Modified By | Method | Comment |
|---|---|---|---|
| 2/8/2016 | Miller, Kristi | Bankruptcy | cease collection |
| 1/9/2014 | ■■■ | Bankruptcy | ■■■ |
| 12/30/2013 | ■■■ | Bankruptcy | ■■■ |
| 12/13/2013 | ■■■ | Bankruptcy | ■■■ |
| 10/7/2013 | ■■■ | Bankruptcy | ■■■ |
| 10/7/2013 | Kishton, Amy | Bankruptcy | 7-26-13 GTH    Barry W. Mattingly<br>(270) 756-5298 states mattingly res left voice mess to call.<br><br>-Mattingly Auto Sales<br>-DJ $58,432.52 |
| 7/26/2013 | Hidbrader, Greg | Involuntary Liquidation | 7-26-13 GTH    Barry W. Mattingly<br>(270) 756-5298 states mattingly res left voice mess to call.<br><br>-Mattingly Auto Sales<br>-DJ $58,432.52 |
| 7/25/2013 | Hidbrader, Greg | Involuntary Liquidation | 7-25-13 GTH    Barry W. Mattingly<br>(270) 756-5298 states mattingly res left voice mess to call.<br><br>-Mattingly Auto Sales<br>-DJ $58,432.52 |
| 7/22/2013 | Hidbrader, Greg | Involuntary Liquidation | 7-22-13 GTH    Clear comes back different person. vrfd on app ss is the same<br> Barry W. Mattingly<br>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<br><br>(270) 756-5298 states mattingly res left voice mess to call.<br><br>-Mattingly Auto Sales<br>-DJ $58,432.52 |

CONFIDENTIAL

NG_003801

**EXHIBIT "G"**

| Modified On | Modified By | Method | Comment |
|---|---|---|---|
| 7/22/2013 | Hidbrader, Greg | Involuntary Liquidation | 7-22-13 GTH   Pacer, no bk<br>Barry W. Mattingly<br>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<br><br>(270) 756-5298 states mattingly res left voice mess to call.<br><br>-Mattingly Auto Sales<br>-DJ $58,432.52 |
| 6/11/2013 | Dashner, Terry | Involuntary Liquidation | 6-11-13 TLD Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 states mattingly res left voice mess to call. |
| 6/10/2013 | Hoke, Gary | Involuntary Liquidation | SERENGETI MATTER IS NOW CLOSED.  Default Judgment entered on 6/6/2013 as to both defendants in the amount of $58,432.52.  Judgment also awards us our reasonable post-judgment attorney fees and court costs incurred in the collection of this judgment. |
| 5/31/2013 | Dashner, Terry | Involuntary Liquidation | 5-31-13 TLD called<br>Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 left voice mess to call. |
| 5/31/2013 | Dashner, Terry | Involuntary Liquidation | 5-31-13 TLD called<br>Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 left voice mess to call. |
| 5/22/2013 | ███████ | Involuntary Liquidation | ████████████████████ |

CONFIDENTIAL

NG_003802

| Modified On | Modified By | Method | Comment |
|---|---|---|---|
| 5/16/2013 | Dashner, Terry | Involuntary Liquidation | 5-16-13 TLD Pulled auction access nothing listed.<br>Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 called states the Mattingly res. left voice mes on machine to call. Did reverse # search this 270 # is a KY # reg to Wanda Ford.<br>Serengeti update 4-19-13 Gay allowing until 5-13 for response from attorney |
| 5/6/2013 | Dashner, Terry | Involuntary Liquidation | 5-6-13 TLD<br>Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 called states the Mattingly res. left voice mes on machine to call.<br>Serengeti update 4-19-13 Gay allowing until 5-13 for response from attorney |
| 4/9/2013 | Dashner, Terry | Involuntary Liquidation | 4-9-13 TLD called res left mess also pulled auction access nothing listed.<br>Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 called states the Mattingly res. left voice mes on machine to call. |
| 4/5/2013 | Dashner, Terry | Involuntary Liquidation | 4-5-13 TLD Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 called states the Mattingly res. left voice mes on machine to call. |

CONFIDENTIAL

NG_003803

| Modified On | Modified By | Method | Comment |
|---|---|---|---|
| 3/25/2013 | Dashner, Terry | Involuntary Liquidation | 3-1-13 TLD Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 just rings at this time |
| 3/1/2013 | Dashner, Terry | Involuntary Liquidation | 3-1-13 TLD Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 man answers believe it was Barry all he wanted to to is take message. No mess left.<br><br>holding off on the call until Gary advises. |
| 2/11/2013 | Dashner, Terry | Involuntary Liquidation | 2-11-13-13 TLD Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 man answers believe it was Barry all he wanted to to is take message. No mess left.<br><br>holding off on the call until Gary advises. |
| 1/22/2013 | Dashner, Terry | Involuntary Liquidation | 1-18-13 TLD Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 man answers believe it was Barry all he wanted to to is take message. No mess left.<br><br>holding off on the call until Gary advises. |

CONFIDENTIAL

NG_003804

| Modified On | Modified By | Method | Comment |
|---|---|---|---|
| 1/18/2013 | Dashner, Terry | Involuntary Liquidation | 1-18-13 TLD Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 man answers believe it was Barry all he wanted to to is take message. No mess left.<br><br>holding off on the call until Gary advises. |
| 1/17/2013 | Dashner, Terry | Involuntary Liquidation | 1-17-13 TLD Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298<br><br>holding off on the call until Gary advises. |
| 12/7/2012 | ▮▮▮▮ | Involuntary Liquidation | ▮▮▮▮ |
| 11/29/2012 | Bridges, Mitzi | Involuntary Liquidation | Additional Notes in Serengeti |
| 11/27/2012 | Dashner, Terry | Involuntary Liquidation | 11-27-12 TLD called<br>Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 voice mail states the mattlings<br><br>TLD no return mail as of today.<br>Routed for Suite today,<br><br>B$53,287.73 |

CONFIDENTIAL

NG_003805

| Modified On | Modified By | Method | Comment |
|---|---|---|---|
| 11/6/2012 | Dashner, Terry | Involuntary Liquidation | 11-6-12 TLD called<br>Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 lady voice mail states the mattingly res left gen mess to call.<br><br>TLD no return mail as of today.<br>Routed for Suite today,<br><br>B$53,287.73 |
| 10/22/2012 | Dashner, Terry | Involuntary Liquidation | 10-11-12 TLD pulled clear report<br>Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>pulled auction access not listed.<br><br>Phone: (270) 756-5298 lady voice mail states the mattingly res left gen mess to call.<br><br>TLD no return mail as of today.<br><br>B$53,287.73 |
| 10/11/2012 | Dashner, Terry | Involuntary Liquidation | 10-11-12 TLD pulled clear report<br>Barry W. Mattingly<br>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<br>3826 S HIGHWAY 261<br>HARDINSBURG, KY 40143<br>Poss new address with utilities<br>4940 WENDLER DR S APT 101S<br>TEMPE, AZ 85282-6320<br><br>Phone: (270) 756-5298 lady voice mail states the mattingly res left gen mess to call.<br>Line Type: Residence<br><br>C# (270) 756-5298 left mess to call<br><br>Sent last chance to confirm address ends 10-18<br><br>B$53,287.73 |
| 10/1/2012 | Miller, Kristi | Involuntary Liquidation | kmf 8/22  getting everything ready to turn over to gary  to file suit and include the fraud. |

CONFIDENTIAL
NG_003806

| Modified On | Modified By | Method | Comment |
|---|---|---|---|
| 9/28/2012 | Task, CollectionsIncident | Involuntary Liquidation | kmf 8/22  getting everything ready to turn over to gary  to file suit and include the fraud. |
| 9/26/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 8/22  getting everything ready to turn over to gary  to file suit and include the fraud. |
| 9/26/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 8/22  getting everything ready to turn over to gary  to file suit and include the fraud. |
| 8/27/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 8/22  getting everything ready to turn over to gary  to file suit and include the fraud. |
| 8/22/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 8/22  getting everything ready to turn over to gary  to file suit and include the fraud. |
| 8/15/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 8/15  work around has been processed.  need to file suit against dealer now. |
| 8/15/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 8/15  work around has been processed.  need to file suit against dealer now. |
| 8/13/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 8/13   work around should be done today. |
| 8/10/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 8/10 work around is still being processed. |
| 8/8/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 8/8 work around is still being processed. |
| 8/6/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 8/6 work around is being processed. |
| 8/3/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 8/3   ae is doing work around on the last 2 units and will have done today. |
| 7/30/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 7/30  called barry at  270-668-5298 left message on mach<br>called  270-756-5298 left messsage on voice mail. |
| 7/26/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 7/26  called barry at  270-668-5298 left message on mach<br>called  270-756-5298 left messsage on voice mail. |
| 7/25/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 7/25  called barry at  270-668-5298 left message on mach<br>called  270-756-5298 left messsage on voice mail. |
| 7/24/2012 | Givens, Lourdes | Involuntary Liquidation | 7/24-LG Offered last 2 trucks to some more dealers today as well as the transporter I use to do the repo's w/see what happens |
| 7/23/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 7/23  called barry at  270-668-5298 left message on mach<br>called  270-756-5298 left messsage on voice mail. |

CONFIDENTIAL

NG_003807

| Modified On | Modified By | Method | Comment |
|---|---|---|---|
| 7/13/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 7/13  called barry at  270-668-5298 left message on mach<br>called  270-756-5298 left messsage on voice mail.<br>still have 2 units left to sell. |
| 7/6/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 7/3  called barry at  270-668-5298 left message on mach<br>called  270-756-5298 left messsage on voice mail. |
| 7/3/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 7/3  called barry at  270-668-5298 left message on mach<br>called  270-756-5298 left messsage on voice mail. |
| 6/28/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 6/28   units are running today at  auction<br>called barry at  270-668-5298 left message on mach<br>called  270-756-5298 left messsage on voice mail. |
| 6/27/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 6/27   called barry  270-668-5298 left message on voice mail |
| 6/27/2012 | Givens, Lourdes | Involuntary Liquidation | 6/27-LG Went to dealer's house his wife came out said Barry was at work Ford in Louisville. I asked if she could have Barry call us so we can get some kind of payment plan in process. She said for us to call him. I told her we have but he's not returning our calls. She then told me to get the hell out of her property or she was gonna call the cops. I told her I was not breaching peace to go ahead and call. She turned around went inside the house at which point I left. I called Barry left message explaining I came by and never got a call back. Will go by again next week but I will ask the SHeriff for their assistance then |
| 6/26/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 6/26  ae is going to dealer house to try to make contact with dealer. |
| 6/26/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 6/26  called barry  270-668-5298  got voice mail left message on it. |
| 6/21/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 6/21   the last 2 units are running today.<br>called barry  270-668-5298  got voice mail did not leave message just yet. |
| 6/21/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 6/21   the last 2 units are running today.<br>called barry  270-668-5298  got voice mail did not leave message just yet. |
| 6/14/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 6/14   called Barry  270-668-5298 na |
| 6/8/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 6/8   called Barry  270-668-5298 na   still have 3 cars left to sell. |

CONFIDENTIAL

NG_003808

| Modified On | Modified By | Method | Comment |
|---|---|---|---|
| 6/5/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 6/5  barry called back he advised that he wants his account closed and to call back if i needed anything according to the message he left .. i called him back   left another message on vocie mail. |
| 6/5/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 6/5  called barry at  270-668-5298  left message on voice mail. |
| 6/4/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 6/4  called barry at  270-668-5298  left message on voice mail. |
| 5/30/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 5/24   bary wired the money to pay off the 2 sot units and the bmw that he needs back to give back to consumer.  money posted to the account and doug called auction to release the car back to the dealer. |
| 5/25/2012 | Task, CollectionsIncident | Involuntary Liquidation | kmf 5/24   bary wired the money to pay off the 2 sot units and the bmw that he needs back to give back to consumer.  money posted to the account and doug called auction to release the car back to the dealer. |
| 5/24/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 5/24   bary wired the money to pay off the 2 sot units and the bmw that he needs back to give back to consumer.  money posted to the account and doug called auction to release the car back to the dealer. |
| 5/23/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 5/23   spoke with barry   he advised that they will have the paper work signed this afternoon and the money will be wired then, but due to fed cut off time at his bank we may not get till tomorrow.   we did recover #163 and 164   waiting for ae to send in the remoarketing form. |
| 5/22/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 5/22  charles the attorney called me wanting wiring instructions advised that the dealer has the money for the units that are sold.  waiting on wire. |
| 5/22/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 5/22  charles the attorney called me wanting wiring instructions advised that the dealer has the money for the units that are sold. |
| 5/18/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 5/18   bobby and his attorney called me back again adviosed that 163 and 164 are back on the lot and for us to come get them after me explaining he needs to get them back to us.  they also advised that they will have  153,156,162 paid off by tuesday at the latest. advised i will only except a bank wire  no kind of check at all.  they agreed. |
| 5/18/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 5/18   called dealers attorney at  270-756-5242 spoke with him  he advised that he will not accept service  said that dealer is trying to get the money to pay off the line. advised him he has till today at 5pm to do so. |
| 5/15/2012 | Frederick, Kevin | Involuntary Liquidation | kmf 5/15   had swat meeting submitting to ko book and will file lawsuit now.  no need to wait. |
| 5/11/2012 | Frederick, Kevin | Involuntary Liquidation | Incident Created |
|  |  |  | Incident Created |