Message

From: Adria Campbell [/O=DSC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ACAMPBELL]
Sent: 8/24/2012 2:59:31 PM
To: Dealer Services [/O=DSC/OU=First Administrative Group/cn=Recipients/cn=DealerServices]
Subject: KO Report

Hello all,

Below are the **11** DSC dealers added to the KO report this week. There were     dealers removed.

To view the entire report, click the link below.

S:\Company\Lending\KO Report.xlsx

| Dealer Name | Dealer Number | Market | Submitted by DSC | Removed | Locked |
|---|---|---|---|---|---|
| **Confidential and Non-Responsive** | | | | | |
| Mattingly Auto Sales, Inc | 25317 | Luisville | N | | Y |
| **Confidential and Non-Responsive** | | | | | |

Adria Campbell | Lending Admin | p 317.571.3755 | f 317.571.3737

Confidential     EXHIBIT "H"     NG_006531

