IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>    Defendants. | Case No. 1:14-cv-01589-TWP-DKL |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY
IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants respectfully move the Court for leave to file the attached Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification. Plaintiffs' reply memorandum in support of class certification [Doc. 165] contained a new proposed class definition and cited new evidence not relied upon in their initial motion [Docs. 153, 154]. The class definition proposed in the reply brief expressly narrows the putative class from the one to which Defendants responded in their opposition briefing. [*Compare* Doc. 165 at 2, *with* Doc. 154 at 7; *see also* Doc. 160.] In addition, Plaintiffs cite (and misconstrue) various new evidence not relied on in their initial motion, meaning Defendants had no prior chance to respond to it. [*See, e.g.*, Doc. 165 at 4-5, 14-17.]

A sur-reply memorandum is necessary to respond to these material changes Plaintiffs made to the scope of their motion for class certification and will assist the Court in resolving the motion. Plaintiff's reply was filed only 20 days ago; the Court has not ruled on the certification motion yet; and no party will be prejudiced by the filing of this sur-reply.

Wherefore, Defendants respectfully request that the Court grant them leave to file the attached Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification.

Respectfully submitted, this 5th day of December, 2016.

      *s/ Tracey K. Ledbetter*
David J. Jurkiewicz (18018-53)
Paul D. Vink (23785-32)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
djurkiewicz@boselaw.com
pvink@boselaw.com

Jason S. McCarter (*pro hac vice*)
Tracey K. Ledbetter (*pro hac vice*)
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
(404) 853-8000
(404) 853-8806 fax
jason.mccarter@sutherland.com
tracey.ledbetter@sutherland.com

*Attorneys for Defendants Cox Enterprises, Inc., Cox Automotive, Inc., NextGear Capital, Inc. f/k/a Dealer Services Corporation, and John Wick*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 5th day of December, 2016:

Ryan D. Adams
James M. Garner
Matthew M. Coman
Jacob A. Airey
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
radams@shergarner.com
jgarner@shergarner.com
mcoman@shergarner.com
jairey@shergarner.com
ksimcox@shergarner.com
akeller@shergarner.com
jstockstill@shergarner.com
jchocheles@shergarner.com
priggs@shergarner.com

Gladstone N. Jones, III
Lynn E. Swanson
Kerry A. Murphy
Catherine E. Lasky
JONES, SWANSON, HUDDELL &
GARRISON, LLC
gjones@jonesswanson.com
lswanson@jonesswanson.com
greed@jonesswanson.com
cmason@jonesswanson.com
sjoshua@jonesswanson.com
kmurphy@jonesswanson.com
lreeves@jonesswanson.com
klasky@jonesswanson.com

Cassie E. Felder
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
cfelder@lawla.com
kfisher@lawla.com

Kathleen A. DeLaney
DELANEY & DELANEY LLC
Kathleen@delaneylaw.net

Lisa Brener
BRENER LAW FIRM, LLC
lbrener@brenerlawfirm.com
tkeller@brenerlawfirm.com

    *s/ Tracey K. Ledbetter*
    Tracey K. Ledbetter