IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, <br><br>  Plaintiffs, <br><br> v. <br><br> COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK, <br><br>  Defendants. | Case No. 1:14-cv-01589-TWP-DKL |

**INDEX OF EXHIBITS TO DEFENDANTS' SUR-REPLY IN OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Plaintiffs' Third Set of Requests for Production to NextGear, Definition 11 (Excerpt) |
| B | 10/12/2007 Sample DSC Contract Documentation (LaBauve Dep. Ex. 2) |
| C | 6/21/2011 Sample DSC Contract Documentation (LaBauve Dep. Ex. 3) |
| D | Deposition Excerpts from Deposition of Stuart LaBauve |
| E | Deposition Excerpts from Rule 30(b)(6) Deposition of Red Barn Motors, Inc. (Devon London) |
| F | Deposition Excerpts from Rule 30(b)(6) Deposition of Mattingly Auto Sales, Inc. (Barry W. Mattingly) |
| G | Deposition Excerpts from Deposition of Adam Galema |
| H | Amended Responses to Interrogatory No. 14 by Plaintiffs Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc. (Excerpts) |