IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>    Defendants. | Case No. 1:14-cv-01589-TWP-DKL |

## ORDER

The Court having read and considered Defendants' Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification [Doc. 166], for the reasons stated therein,

**IT IS HEREBY ORDERED** that the Motion for Leave is **GRANTED** and that Defendants be and hereby are granted leave to file the attached Sur-Reply. The Clerk is directed to file the attached Sur-Reply and its exhibits into the record of these proceedings.

Indianapolis, Indiana, this ____ day of _____, 20___.

_____
HON. TANYA WALTON PRATT
UNITED STATES DISTRICT JUDGE

Distribution to electronically registered counsel of record via CM/ECF