UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) <br> PLATINUM MOTORS, INC., ) <br> MATTINGLY AUTO SALES, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NEXTGEAR CAPITAL, INC., ) <br> COX ENTERPRISES, INC., ) <br> COX AUTOMOTIVE, INC., ) <br> JOHN WICK, ) <br> ) <br> Defendants. ) | No. 1:14-cv-01589-TWP-DKL |

**SCHEDULING ENTRY**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

This matter is scheduled for a telephone status conference on **WEDNESDAY, DECEMBER 28, 2016, at 3:00 P.M. (EASTERN)**. The purpose of this conference is to assist the parties in a discovery dispute. Before 4:00 p.m., EST on December 27, 2016, the parties are directed to email the Magistrate Judge, at MJLarue@insd.uscourts.gov, and opposing counsel, a brief outline of the dispute and their respective positions on the issue. Parties shall also e-mail copies of ONLY the discovery requests that are disputed, NOT ALL of the interrogatories, requests for production, and non-party subpoenas. Counsel will receive call-in instructions for the conference via separate NEF.

Date: 12/20/2016

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
pvink@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Joshua P. Melder
CASSIE FELDER & ASSOCIATES, LLC
joshua@felderllc.com

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Catherine E. Lasky
JONES SWANSON HUDDELL & GARRISON, LLC
klasky@jonesswanson.com

Gladstone N. Jones
JONES SWANSON HUDDELL & GARRISON, LLC
gjones@jonesswanson.com

Kerry A. Murphy
JONES, SWANSON, HUDDELL & GARRISON, LLC
kmurphy@jonesswanson.com

Lynn E. Swanson
JONES, SWANSON, HUDDELL& GARRISON, LLC
lswanson@jonesswanson.com

Cassie E. Felder

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
cfelder@lawla.com

Matthew M. Coman
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
mcoman@shergarner.com

Ryan D. Adams
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
radams@shergarner.com

James M. Garner
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
jgarner@shergarner.com

Jacob A. Airey
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC.
jairey@shergarner.com

Jason S. McCarter
SUTHERLAND ASBILL & BRENNAN LLP
jason.mccarter@sutherland.com

Tracey K. Ledbetter
SUTHERLAND ASBILL & BRENNAN LLP
tracey.ledbetter@sutherland.com