## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### (Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC., and** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | |
| Individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated | * | |
| | * | |
| v. | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION, successor by merger** | * | |
| with Manheim Automotive Financial | * | |
| Services, Inc., and JOHN WICK | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT PLAN

Considering the foregoing *Joint Motion to Modify Case Management Plan:*

**IT IS ORDERED** that the *Joint Motion to Modify Case Management Plan* is **GRANTED**.

**IT IS FURTHER ORDERED** that in the event that a class is certified in this matter, the Plaintiffs shall serve any and all class merits discovery upon the Defendants within fifteen (15) days of entry of the Court's order certifying the class.

**IT IS FURTHER ORDERED** that upon being served with any class merits discovery, the Defendants shall have the time allowed by the Federal Rules of Civil Procedure in which to respond to such discovery, subject to any extensions to which the Parties may agree if needed;

**IT IS FURTHER ORDERED** that to the extent that any additional depositions are necessary following class certification, the Parties will work together to schedule such depositions at the earliest practicable date, subject to the limitation on the number of depositions established

by the Federal Rules of Civil Procedure.

    Indianapolis, Indiana this _____ day of _____, 201\_\_\_.

                                                HON. TANYA W. PRATT
                                              UNITED STATES DISTRICT COURT
                                              SOUTHERN DISTRICT OF INDIANA

Service of the foregoing Order will
be made electronically on all ECF-registered
counsel of record via email generated by the court's ECF system.