IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Case No. 1:14-cv-01589-TWP-DKL ) ) ) ) ) ) ) ) ) ) |

**UNOPPOSED MOTION TO VACATE TRIAL DATE**
**AND AMEND CASE MANAGEMENT PLAN**

In light of the motions currently pending before the Court, Defendants NextGear Capital, Inc., Cox Enterprises, Inc., Cox Automotive, Inc., and John Wick respectfully request that the Court amend the Case Management Plan [Doc. 144] to vacate and reset the trial date and otherwise amend certain upcoming deadlines in this matter. In support of this motion, Defendants submit as follows:

1. Plaintiffs moved to amend their Complaint on January 8, 2016. In amending their Complaint, Plaintiffs sought to add additional parties, plaintiff and defendant, and to assert new class allegations. The Court granted the motion and the Amended Complaint was filed March 11, 2016 [Doc. 117].

2

2. Defendants filed a timely motion to dismiss on April 15, 2016 [Doc. 126]. Briefing on the motion to dismiss was completed in June 2016. The motion to dismiss is currently pending before the Court, and Defendants have therefore never answered the Amended Complaint.

3. In accordance with the Case Management Plan entered by the Court, Plaintiffs filed a motion for class certification and appointment of class counsel on September 30, 2016 [Doc. 153]. Briefing on the motion for class certification was completed in December 2016. The motion for class certification is pending before the Court.

4. Non-expert discovery closed on December 20, 2016. The Case Management Plan provides that dispositive motions will be due on January 16, 2017, and that trial will begin on May 8, 2017.

5. Because Defendants' motion to dismiss has not yet been decided, Defendants do not know which, if any, of Plaintiffs' claims were properly pleaded and must be addressed by dispositive motion.

6. Further, given a dispositive motion deadline of January 16, 2017, summary judgment will not be fully briefed until February 27, 2017 at the earliest. Thus, the Court will only have approximately two months before trial to decide whether summary judgment should be granted.

7. Defendants therefore respectfully request that (a) the dispositive motion deadline be postponed, and (b) the trial date of May 8, 2017 be vacated and set for a later time.

8. Specifically, Defendants propose the following amendments to the Case Management Plan:

      a.      Dispositive motions and/or responsive pleadings shall be due within **30 days** after the motion to dismiss is decided.

      b.      Trial shall be scheduled for a ten-day period convenient for the Court in **August or September 2017**.

      c.      Other pre-trial deadlines, including dates for the pre-trial conference, *Daubert* motions, and witness and exhibit lists shall be established accordingly. Defendants propose that the pre-trial conference be held approximately three weeks before the trial date. Defendants further propose that *Daubert* motions be due five weeks before the pre-trial conference and that final witness and exhibit lists be due four weeks before the pre-trial conference.

9.      Counsel for Defendants have conferred with counsel for Plaintiffs, and counsel for Plaintiffs do not oppose the request for the continuance provided that the trial can be reset for August or September of 2017 as Defendants have requested.

WHEREFORE, Defendants respectfully request that the Court enter the attached Proposed Order, vacate the currently-scheduled trial date, and establish a new schedule for dispositive motions and pre-trial practice.

Respectfully submitted, this 30th day of December, 2016.

      *s/ Tracey K. Ledbetter*
David J. Jurkiewicz (18018-53)
Paul D. Vink (23785-32)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
djurkiewicz@boselaw.com
pvink@boselaw.com

3

Jason S. McCarter (*pro hac vice*)
Tracey K. Ledbetter (*pro hac vice*)
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
(404) 853-8000
(404) 853-8806 fax
jason.mccarter@sutherland.com
tracey.ledbetter@sutherland.com

*Attorneys for Defendants Cox Enterprises, Inc., Cox Automotive, Inc., NextGear Capital, Inc. f/k/a Dealer Services Corporation, and John Wick*

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 30th day of December, 2016:

Ryan D. Adams
James M. Garner
Matthew M. Coman
Jacob A. Airey
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
radams@shergarner.com
jgarner@shergarner.com
mcoman@shergarner.com
jairey@shergarner.com
ksimcox@shergarner.com
akeller@shergarner.com
jstockstill@shergarner.com
jchocheles@shergarner.com
priggs@shergarner.com

Gladstone N. Jones, III
Lynn E. Swanson
Kerry A. Murphy
Catherine E. Lasky
JONES, SWANSON, HUDDELL &
GARRISON, LLC
gjones@jonesswanson.com
lswanson@jonesswanson.com
greed@jonesswanson.com
cmason@jonesswanson.com
sjoshua@jonesswanson.com
kmurphy@jonesswanson.com
lreeves@jonesswanson.com
klasky@jonesswanson.com

Cassie E. Felder
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
cfelder@lawla.com
kfisher@lawla.com

Kathleen A. DeLaney
DELANEY & DELANEY LLC
Kathleen@delaneylaw.net

Lisa Brener
BRENER LAW FIRM, LLC
lbrener@brenerlawfirm.com
tkeller@brenerlawfirm.com

    *s/ Tracey K. Ledbetter*
    Tracey K. Ledbetter