IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 1:14-cv-01589-TWP-DKL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE STATEMENTS OF CLAIMS**

The Court having read and considered Plaintiffs' Motion to Extend Deadline to File Statement of Claims, and for good cause shown, it is hereby **ORDERED** that:

1. The January 13, 2017 deadline set forth in the Case Management Plan (R. Doc. 144, Exh. A) for the parties to file their respective statements of the claims or defenses that they intend to prove at trial be and hereby is vacated; and

2. The party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based, within thirty (30) days after an Order is entered on Defendants' Motion to Dismiss.

SO ORDERED, this _____ day of _____, 2017.

                                                 HON. TANYA WALTON PRATT
                                                 UNITED STATES DISTRICT COURT
                                                 SOUTHERN DISTRICT OF INDIANA

Service of the foregoing Order will be made
electronically on all ECF-registered counsel of record
via email generated by the Court's ECF system.