# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:14-cv-01589-TWP-DKL |
| v. | )<br>) |
| COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK | )<br>)<br>)<br>)<br>)<br>) |

## **EXPARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes Joshua P. Melder, Trial Attorney, who respectfully moves this Honorable Court for issuance of an Order permitting him to withdraw as counsel of record for plaintiffs, Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc., for the following reasons to-wit:

1.

Mr. Melder is a former associate at the law firm of Cassie Felder and Associates, LLC ("CFA"), but is no longer employed at CFA.

2.

Mr. Melder desires to withdraw as counsel of record for Plaintiffs as he is no longer working with Cassie Felder and Associates, LLC, and is practicing elsewhere.

3.

No party will be prejudiced by the granting of this motion.

WHEREFORE, Joshua P. Melder, Trial Attorney, prays that after due proceedings are had that an Order be issued herein permitting Mr. Melder to withdraw as counsel of record for Plaintiffs, Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc.

Respectfully Submitted,

_____s/Joshua P. Melder_____
Joshua P. Melder, (La. Bar Roll No. 33983)
AKERS & MELDER
3613 Perkins Road, Suite L
Baton Rouge, LA 70808
Telephone: 855-534-2588

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2017, a copy of the above and foregoing *Ex Parte Motion to Withdraw as Counsel of Record* has been sent to all counsel of record via electronic service by the court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

_____s/Joshua P. Melder_____
Joshua P. Melder

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:14-cv-01589-TWP-DKL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*********************************************************************

## ORDER

Considering the foregoing *Ex Parte Motion to Withdraw as Counsel of Record,* the record of these proceedings, and the law:

**IT IS ORDERED** that Joshua P. Melder, Trial Attorney, be and is hereby permitted to withdraw as counsel of record for Plaintiffs, Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc.

Indianapolis, Indiana, this _____ day of _____, 2017.

_____
HON. TANYA W. PRATT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA