IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK, <br><br> Defendants. | Case No. 1:14-cv-01589-TWP-DKL |

**ORDER GRANTING MOTION TO EXCLUDE
EXPERT TESTIMONY OF DAVID P. HOFFMAN**

The Court having read and considered Plaintiffs' Motion to Exclude Testimony of David P. Hoffman, and for good cause shown, it is hereby **ORDERED** that Mr. Hoffman is precluded from testifying as to any amounts allegedly owed by the Plaintiffs to NextGear.

SO ORDERED, this _____ day of _____, 2017.

_____
HON. TANYA WALTON PRATT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Service of the foregoing Order will be made
electronically on all ECF-registered counsel of record
via email generated by the Court's ECF system.