UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | DOCKET NO. 1:14-cv-01589-TWP-DKL |
| **PLATINUM MOTORS, INC.,** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| Individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated | * | |
| | * | |
| v. | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION,** successor by merger | * | |
| with Manheim Automotive Financial | * | |
| Services, Inc., and JOHN WICK | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DESIGNATION OF EVIDENCE

Plaintiffs, Red Barn Motors, Inc. ("Red Barn"), Platinum Motors, Inc. ("Platinum"), and Mattingly Auto Sales, Inc. ("Mattingly"), by counsel and pursuant to S.D. Ind. L.R. 56-1, hereby submit this Designation of Evidence in support of their Motion for Partial Summary Judgment on Breach of Contract Claim:

| **Exhibit** | **Description** |
|---|---|
| **Exhibit A** | Excerpt of Transcript of December 20, 2016 Rule 30(b)(6) Deposition of NextGear (Pages 1-12, 14-21, 55-62, 86-99, 104-111 and Exhibit 2 thereto). |
| **Exhibit B** | Excerpt of November 10, 2016 Deposition of Adam Galema (Pages 1-4, 22-29, 35-41, 51-58). |

**Exhibit C**     Defendant NextGear Capital, Inc.'s First Amended Responses and Objections to Plaintiffs' First Set of Written Discovery, dated September 27, 2016.

**Exhibit D**     Excerpt of Transcript of February 2, 2017 Deposition of Jay Cunningham (Pages 1-9, 46-52 and Exhibit 1 (with all attachments) thereto).

**Exhibit E**     December 27, 2016 Email Exchange between Tracey Ledbetter, Katie Lasky, and Kerry Murphy.

**Exhibit F**     Excerpt of Transcript of March 30, 2017 Deposition of David Hoffman (Pages 1-4, 22-28).

Respectfully submitted,

| | |
|---|---|
| /s/ Kerry A. Murphy<br>CATHERINE E. LASKY (La. Bar No. 28652)<br>*Pro Hac Vice*<br>KERRY A. MURPHY (La. Bar No. 31382)<br>*Pro Hac Vice*<br>**LASKY MURPHY LLC**<br>715 Girod Street, Suite 250<br>New Orleans, Louisiana 70130<br>Telephone: (504) 603-1500<br>Facsimile: (504) 603-1503<br>klasky@laskymurphy.com<br>kmurphy@laskymurphy.com<br><br>GLADSTONE N. JONES, III (La. Bar No. 22221) *Pro Hac Vice*<br>LYNN E. SWANSON (La. Bar No. 22650)<br>*Pro Hac Vice*<br>**JONES, SWANSON, HUDDELL & GARRISON, L.L.C**.<br>601 Poydras Street, Suite 2655<br>New Orleans, Louisiana 70130<br>Telephone: (504) 523-2500<br>Facsimile: (504) 523-2508<br>gjones@jonesswanson.com<br>lswanson@jonesswanson.com<br><br>CASSIE E. FELDER (La. Bar No. 27805)<br>*Pro Hac Vice*<br>**THE CASSIE FELDER LAW FIRM**<br>7515 Jefferson Hwy., #313<br>Baton Rouge, LA 70806<br>Main: (504) 232-1733<br>Cell: (504) 400-1127<br>cassie@cassiefelderlaw.com | JAMES M. GARNER (La. Bar No. 19589)<br>*Pro Hac Vice*<br>RYAN D. ADAMS (La. Bar No. 27931)<br>*Pro Hac Vice*<br>MATTHEW M. COMAN<br>(La. Bar No. 23613)<br>*Pro Hac Vice*<br>**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**<br>909 Poydras Street, Suite 2800<br>New Orleans, Louisiana  70112<br>Telephone: (504) 299-2100<br>Facsimile: (504) 299-2300<br>jgarner@shergarner.com<br>radams@shergarner.com<br>mcoman@shergarner.com<br><br>Kathleen A. DeLaney (#18604-49)<br>**DELANEY & DELANEY LLC**<br>3646 North Washington Blvd.<br>Indianapolis, IN 46205<br>Telephone: (317) 920-0400<br>Facsimile: (317) 0404<br>Kathleen@delaneylaw.net<br><br>**COUNSEL FOR PLAINTIFFS AND THE PROPOSED CLASS** |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of April, 2017, a copy of the foregoing was filed electronically. Notice of the filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

David J. Jurkiewicz
Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Jason S. McCarter
Tracey K. Ledbetter
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996

                                                                                        */s/ Kerry A. Murphy*