IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>    Defendants. | Case No. 1:14-cv-01589-TWP-DKL |

## APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | NextGear's Response to Interrogatory 13 (Excerpt) |
| 2 | Red Barn Motors, Inc.'s Responses to Interrogatories 6 and 12 (Excerpt) |
| 3 | Mattingly Auto Sales, Inc.'s Responses to Interrogatories 9-12 (Excerpt) |
| 4 | Platinum Motors, Inc.'s Responses to Interrogatories 9-12 (Excerpt) |
| 5 | Notices of 30(b)(6) Deposition to Red Barn Motors, Inc., Mattingly Auto Sales, Inc., and Platinum Motors, Inc. |
| 6 | Deposition Excerpts from Rule 30(b)(6) Deposition of Red Barn Motors, Inc. (Devon London) |
| 7 | Deposition Excerpts from Rule 30(b)(6) Deposition of Red Barn Motors, Inc. (Donald Richardson) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 8 | Deposition Excerpts from Rule 30(b)(6) Deposition of Mattingly Auto Sales, Inc. (Barry W. Mattingly) |
| 9 | Deposition Excerpts from Rule 30(b)(6) Deposition of Platinum Motors, Inc. (Nicol Zenia Perry) |
| 10 | Deposition Excerpts from Deposition of Adam Galema |
| 11 | Deposition Excerpts from Deposition of Lourdes Givens |
| 12 | Deposition Excerpts from Deposition of Stuart LaBauve |
| 13 | Declaration of Adam Galema, dated October 31, 2016 |
| 13-A | Sample NextGear Demand Promissory Note and Loan and Security Agreement |
| 13-B | Red Barn Motors, Inc. Transaction Report |
| 13-C | March 27, 2013 Email from Samantha Snyder |
| 13-D | Mattingly Auto Sales, Inc. Transaction Report |
| 13-E | November 16, 2012 Email from Ute Brandt |
| 13-F | Platinum Motors, Inc. DSC Demand Promissory Note and Security Agreement |
| 13-G | Platinum Motors, Inc. Transaction Report |
| 13-H | Complaint, *Dealer Services Corp. v. Platinum Motors, Inc.* |
| 13-I | Certified Judgment, *NextGear Capital, Inc. v. Platinum Motors, Inc.* |
| 13-J | Platinum Motors, Inc. Document Production |
| 14 | Declaration of Adam Galema, dated April 26, 2017 |
| 15 | Declaration of Mike McKinney, dated April 25, 2017 |
| 16 | Declaration of Jeff Modjeski, dated April 24, 2017 |
| 17 | Declaration of Brandon Walton, dated April 24, 2017 |
| 18 | Declaration of Chuck Werner, dated April 25, 2017 |
| 19 | Declaration of John Wick, dated April 25, 2017 |

| EXHIBIT | DESCRIPTION |
|---|---|
| 20 | Expert Report of Jay Cunningham (Excerpts) |
| 21 | Red Barn Motors, Inc. DSC Demand Promissory Note and Security Agreement (Red Barn Dep. Ex. 5) |
| 22 | Amended Bankruptcy Petition, *In re Red Barn Motors, Inc.* (Red Barn Dep. Ex. 16) |
| 23 | Red Barn Motors, Inc. Insider Transactions, Exhibit N to Amended Bankruptcy Petition, *In re Red Barn Motors, Inc.* (Red Barn Dep. Ex. 21) |
| 24 | Mattingly Auto Sales, Inc. 2006 DSC Demand Promissory Note and Security Agreement (Mattingly Dep. Ex. 5) |
| 25 | Mattingly Auto Sales, Inc. 2009 DSC Demand Promissory Note and Security Agreement (Mattingly Dep. Ex. 8) |
| 26 | Certified Judgment, *NextGear Capital, Inc. v. Mattingly Auto Sales, Inc.* (Mattingly Dep. Ex. 15) |
| 27 | Platinum Motors, Inc. DSC Demand Promissory Note and Security Agreement (Platinum Dep. Ex. 3) |
| 28 | VA State Corporation Commission Business Entity Details (Platinum Dep. Ex. 2) |

This 26th day of April, 2017.

    *s/ Tracey K. Ledbetter*
David J. Jurkiewicz (18018-53)
Paul D. Vink (23785-32)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
djurkiewicz@boselaw.com
pvink@boselaw.com

Jason S. McCarter (*pro hac vice*)
Tracey K. Ledbetter (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996

3

          (404) 853-8000
          (404) 853-8806 fax
          jasonmccarter@eversheds-sutherland.com
          traceyledbetter@eversheds-sutherland.com

*Attorneys for Defendants Cox Automotive, Inc., NextGear Capital, Inc. f/k/a Dealer Services Corporation, and John Wick*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 26th day of April, 2017:

| | |
|---|---|
| Ryan D. Adams<br>James M. Garner<br>Matthew M. Coman<br>Jacob A. Airey<br>SHER GARNER CAHILL RICHTER<br>KLEIN & HILBERT, L.L.C.<br>radams@shergarner.com<br>jgarner@shergarner.com<br>mcoman@shergarner.com<br>jairey@shergarner.com | Catherine E. Lasky<br>Kerry A. Murphy<br>LASKY MURPHY LLC<br>klasky@laskymurphy.com<br>kmurphy@laskymurphy.com |
| Cassie E. Felder<br>LUGENBUHL, WHEATON, PECK,<br>RANKIN & HUBBARD<br>cfelder@lawla.com | Gladstone N. Jones, III<br>Lynn E. Swanson<br>JONES, SWANSON, HUDDELL &<br>GARRISON, LLC<br>gjones@jonesswanson.com<br>lswanson@jonesswanson.com |
| Kathleen A. DeLaney<br>DELANEY & DELANEY LLC<br>Kathleen@delaneylaw.net | Lisa Brener<br>BRENER LAW FIRM, LLC<br>lbrener@brenerlawfirm.com |

                                          *s/ Tracey K. Ledbetter*
                                          Tracey K. Ledbetter