Page 1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE SOUTHERN DISTRICT OF INDIANA

3   INDIANAPOLIS DIVISION

4                     Case No. 1:14-cv-01589-TWP-DKL

5   RED BARN MOTORS, INC., PLATINUM   )

6   MOTORS, INC., MATTINGLY AUTO      )

7   SALES, INC., and YOUNG EXECUTIVE  )

8   MANAGEMENT & CONSULTING           )

9   SERVICES, INC., individually and  )

10  on behalf of other members of the )

11  general public similarly situated,)

12                    Plaintiffs,     )

13        v.                          )

14  COX ENTERPRISES,INC., COX         )

15  AUTOMOTIVE, INC., NEXTGEAR        )

16  CAPITAL, INC. F/K/A DEALER        )

17  SERVICES CORPORATION, successor   )

18  by merger with Manheim Automotive )

19  Financial Services, Inc., and     )

20  JOHN WICK,                        )

21                    Defendants.     )

22        DEPOSITION UPON ORAL EXAMINATION

23            OF NICOL ZENIA PERRY

24     TAKEN ON BEHALF OF THE DEFENDANTS

25            December 6, 2016

**EXHIBIT 9**

Page 17

```
 1   you stop working there?
 2        A.    Well, I actually was -- I had a boyfriend
 3   at that time, and we worked the business together.
 4              I left that business and opened up
 5   another one, still under Car Key, but I'm doing
 6   business at Platinum Motors.
 7              So he kept that, and then I moved on.
 8        Q.    Okay.  So you opened the business doing
 9   business at Platinum Motors in about 2009, 2010?
10        A.    Around that.
11        Q.    So you stopped working with Car Key Auto
12   at that time?
13        A.    Correct.
14        Q.    Does Car Key Auto still exist?
15        A.    No.
16        Q.    Do you know when it stopped existing?
17        A.    It dissipated right around, I want to say
18   '11.
19              It didn't last a year, I do know that,
20   when I left.
21        Q.    And so what made you start the new car
22   business, Platinum?
23        A.    Well, I was branching off, because we
24   broke up, so I was leaving him, that and starting a
25   new life, and getting another one.
```

Page 18

1            That was, pretty much, it.

2       Q.      And how many employees did you have at

3  Platinum when you first started?

4       A.      When I first started, one, a secretary

5  and myself.

6       Q.      And did that change over time?

7       A.      It did.

8       Q.      So how big did Platinum get, in terms of

9  employees?

10      A.      I had a mechanic and -- about three of

11  us.

12              Actually about four of us, because I had

13  a mechanic, a sales guy, a secretary and myself.

14      Q.      And when Platinum first started, was it

15  separate a company from Car Key Auto?

16      A.      It was separate -- well, it was supposed

17  to be completely separate, but the way that we had it

18  set up was I was leaving that, opening up the new one.

19              I signed a contract with every --

20  everything would be set up, we had a floorplan

21  account.

22              So that account we signed off was going

23  to be over there, and I was starting fresh and new,

24  but I kept the corporation as the umbrella, just for a

25  few months, and then I switched off.

Page 19

1          Q.     Let me see if I'm understanding --

2          A.     Okay.

3          Q.     -- you right.

4                 So when Platinum first started, it was

5     under the umbrella of Car Key Auto, the corporation,

6     but then eventually it became its own separate

7     independent company with no ties to Car Key Auto; is

8     that right?

9          A.     Correct.

10         Q.     And when did it become separate and

11    independent from Car Key Auto?

12         A.     The exact day, I couldn't tell you, but

13    probably -- when that lease ended over there is when I

14    changed it to Platinum, Inc. doing business as

15    Platinum, but I couldn't tell you the exact dates.

16         Q.     And when you say the lease ended, what

17    were you referring to?

18         A.     There was still a lease at Car Key Auto

19    that was in my name.

20                So when I -- when we did the separation,

21    when we signed the paperwork, when the lease was to

22    end, it was supposed to go solely in his name.

23                So when that lease ended and that

24    contract was over, that's when.

25         Q.     And when you're referring to a lease, do

Page 20

1   you mean a lease for property, like, for the lot --

2          A.    Yes, the lease to the lot.

3          Q.    So prior to when the lease ended, were

4   Car Key Auto and Platinum using the same lot?

5          A.    No, no, no.  They were two separate

6   entities, two separate cities.

7          Q.    Okay.  So for a certain time period, the

8   lease for Car Key Auto's lot was in your name, but

9   then you also had a separate lot for Platinum Motors;

10  is that right?

11         A.    Correct.

12         Q.    So where was Car Key located?

13         A.    On Little Creek Road in Norfolk.

14         Q.    And where was Platinum located?

15         A.    Well, the first one was in Newport News;

16  the second one was on Indian River Road in Chesapeake.

17         Q.    All right.  So how long did Platinum

18  exist?

19         A.    Probably five years.

20         Q.    And at what point did it stop existing,

21  like, in 2014?

22         A.    '14, yeah.

23         Q.    And why did you wind up that business?

24         A.    Well, pretty much finances, and just the

25  decision to move on.

Page 21

```
 1        Q.     When you say, "finances," what do you
 2   mean by that?
 3        A.     Just issues in the financing, and, you
 4   know, trying to keep up with the dealership, and the
 5   day-to-day operations.
 6        Q.     During that time, from about 2009 to
 7   2014, was Platinum the only business you were involved
 8   in?
 9        A.     2009?  I'm into so much stuff.  Let me
10   think.
11               Solely, yes, but if I had my hands in
12   something else it wasn't major.
13        Q.     And what did you do after Platinum
14   wrapped up?
15        A.     Sold real estate.
16        Q.     And did you -- are you with, like, a real
17   estate company?
18        A.     Yes.
19        Q.     Which one?
20        A.     Wainwright.
21        Q.     And is that what you're doing currently?
22        A.     Yes.
23        Q.     So you've been doing that since about
24   2014?
25        A.     Well, I've dabbled, until I got my
```

Page 22

1    license.

2              Actually, I got my license the same year

3    that I got my dealer's license, so I've been dabbling

4    in it, but not full time.

5         Q.    And when did you get your dealer's

6    license?

7         A.    2008.

8         Q.    And is there a particular type of

9    dealer's license that you got?

10             MR. AIREY:  Object to the form.

11             Are you talking about real estate, or the

12   cars, now?

13   BY MS. LEDBETTER:

14        Q.    I'm sorry.

15             The cars?

16        A.    Is there a particular dealer's license?

17             There's only one type.

18        Q.    Okay.  So there's not a separate license

19   for used cars versus new cars, for example?

20        A.    It could possibly be, but I did used

21   cars.

22             I think there is a difference for a -- if

23   you're working for a franchise dealership.

24             I think so.

25        Q.    So your license was a used cars dealer's

Page 23

1   license?

2        A.    Yes.

3        Q.    And you said you got your real estate

4   license in the same year, 2008?

5        A.    Yes.

6        Q.    So you may have used here and there since

7   2008, but you went full time with it in 2014?

8        A.    Yes.

9        Q.    Is there any other jobs or businesses

10  you've been involved with that we haven't talked

11  about?

12       A.    I've had a few, that's relevant, that's

13  probably it.

14       Q.    So you may have dabbled in other things

15  here and there?

16       A.    Yeah, I'm always into something.

17       Q.    You're an entrepreneur.

18       A.    Yes.

19       Q.    So when you were working at your car

20  dealerships with Car Key Auto and Platinum Motors,

21  what types of jobs did you do with those dealerships?

22            You mentioned that you did sales to

23  retail customers?

24       A.    Mostly, I went and purchased vehicles and

25  brought them back to the lot.

Page 24

1          That was my job.  Just going out and
2   purchasing them.
3          Q.     And where did you purchase vehicles from?
4          A.     Several auctions.
5          Q.     So what auctions did you go to?
6          A.     American Auto Auction, Tidewater Auto
7   Auction, Manheim Pennsylvania, Manheim New Jersey,
8   Manheim Fredericksburg, Aycock [sic] Auto Auction.
9          Q.     What's that last one?
10         A.     Aycock.
11         Q.     How do you spell that?
12         A.     A-Y-C-O-C-K.  I think that's a Manheim
13   auction, also.  Richmond Auto Auction.
14          Just off the top, I can remember those,
15   because I frequent those.
16         Q.     And did you go to all those auctions with
17   both Car Key Auto and with Platinum?
18         A.     I did not.
19          Most of those were with Car Key.
20          Platinum, I kind of scaled back.
21         Q.     So which auctions did you go to when you
22   were with Platinum?
23         A.     Platinum, probably Fredericksburg and
24   Tidewater Auto Auction, mostly.
25         Q.     At Car Key and Platinum, did you get

Page 25

1    vehicles from other sources other than auctions?

2         A.    Yeah.  I purchased from individuals.

3               Where else?  Craigslist, other dealers.

4    That's about it.

5         Q.    And when you say you "purchased from

6    individuals," is that, like, customers doing

7    trade-ins, or is that something different?

8         A.    Oh, yeah, we had some trade-ins, but I'm

9    just saying, like, an individual, like a person like

10   you, who wanted to sell your car.

11              Individual, like that.

12        Q.    Even if I wasn't trading it in?

13              If I just wanted to sell you a car, you

14   might buy that?

15        A.    Yes.

16        Q.    And then you also did trade-ins, I take

17   it?

18        A.    Yes.

19        Q.    Did you, at Car Key Auto or Platinum,

20   handle the accounting or finance side of the

21   dealership?

22        A.    Well, I had a DMS system, which, pretty

23   much, did the numbers for me.

24        Q.    Is there a name for that system?

25        A.    Oh, my goodness.  What was the name of

Page 26

1    that system?

2            I want to say it was Auto Tracker,

3    something like that.

4        Q.    And so when you say it did the numbers

5    for you, what did that mean?

6        A.    What that means is you purchase the

7    vehicle, you put the receipt numbers in it, you know,

8    what you paid for it, when you bought it, and it

9    calculates everything for you, from the time you put

10   it in the system from the sale.

11           From the time of purchase until the time

12   you sold it.

13       Q.    And when you say, "it calculates

14   everything," what does it calculate?

15       A.    It calculates the time that you purchased

16   it, on the market, how much you made off of it, pretty

17   much everything from beginning to end, it did the

18   calculation.

19           It was made specifically for car dealers,

20   so, you know, we didn't have to do the finance work.

21       Q.    Are you familiar with floorplan

22   financing?

23       A.    I am.

24       Q.    And is your understanding that a

25   floorplan is basically a line of credit that allows

1   you to buy vehicle inventory?

2        A.    Yes.

3        Q.    When you were at Car Key Auto, did you

4   have any floorplans?

5        A.    Yes.

6        Q.    And what company or companies did you

7   have floorplans with?

8        A.    AFC, DSC, and Manheim gave us a lot of

9   credit.

10       Q.    When you say, "Manheim," was that Manheim

11  Auto Financial Services, MAFS?

12       A.    MAFS, that's what it was called, yeah.

13       Q.    So at Car Key, do you recall what your

14  line of credit was at AFC?

15       A.    AFC, I think, was 60 -- one was like 60,

16  one was like 90, one was like 120.

17             I can't really recall the exact numbers,

18  but they were right around that.

19       Q.    And when you say 60/90/120, that's a line

20  of credit of 60,000, 90,000, 120,000?

21       A.    Correct.

22       Q.    And you don't remember which one was

23  which?

24       A.    No, because I remember getting an

25  increase on one, I can't remember, you know --

Page 28

```
 1          Q.      Which ones?

 2          A.      -- where it went.

 3                  Yeah.  I was getting so much, that I let

 4     one go, kept two, then let another one go.

 5          Q.      And when you were at Platinum, what

 6     floorplan company or companies did you have a

 7     floorplan with?

 8          A.      I had at -- DSC.

 9          Q.      With Platinum, did you have a floorplan

10     with AFC or Manheim?

11          A.      Yes.

12          Q.      And do you recall how large your line was

13     with DSC?

14          A.      No.

15          Q.      Does $35,000 sound about right?

16          A.      Maybe.

17          Q.      We'll look at some documents later that

18     might help you with that --

19          A.      Jog my memory, right?

20          Q.      Yes.

21                  So when you were with Platinum, did you

22     have, like, a job title?

23          A.      Owner/operator, dealer/operator.

24          Q.      You said you were the owner?

25          A.      Correct.
```

Page 29

1          Q.      Were there any other owners of that

2     company?

3          A.      No.

4          Q.      Do you still have an active dealer

5     license?

6          A.      No.

7          Q.      Do you know when that lapsed or went

8     inactive?

9          A.      Last week.

10         Q.      I just have a general question about

11    dealer licenses.

12                 So when you were with Car Key and when

13    you were with Platinum --

14         A.      Uhm-hmm.

15         Q.      -- did those companies have separate

16    dealer licenses?

17         A.      No.  Did it have separate dealer

18    licenses?

19                 No.  It had the same dealer licenses.

20         Q.      And was that your license?

21         A.      Yes.

22         Q.      So from 2008 through last week, you had a

23    dealer license that you used both when you were at Car

24    Key Auto and when you were at Platinum Motors?

25         A.      Yes.

Page 30

1          Q.     And you mentioned that you had -- there

2     were four employees at Platinum, I think that included

3     yourself, right?

4          A.     Yes.

5          Q.     So can you tell me what those employees

6     did --

7          A.     Actually, you know what?

8                 No.  There were two separate dealers'

9     license [sic], because he took the dealer's license

10    and he had one, and I had a different one.

11                So there were two separate.

12         Q.     So is the dealer's license that you got

13    in 2008, is that the same license that lapsed last

14    week?

15         A.     No, it's different.

16         Q.     Okay.

17         A.     The dealer/operator license -- I think

18    we're confusing the license with the -- all right.

19                When I left Car Key -- you have to have a

20    dealer/operator.  So they have to get a license to

21    operate that dealership unless they're under the same

22    entity.

23                So when I left, he had to get a separate

24    dealer/operator license, which when he got his, then I

25    didn't have that one there anymore, I got it at

1    Platinum.

2            Now the Platinum -- and the license goes

3    to the dealership.  The dealer/operator license stays

4    with the -- I'm trying to -- stays with the person.

5            If -- do you understand what I'm saying?

6        Q.    I think so.

7            MR. AIREY:  Are you saying it stays with

8    the lot location, it's lot-specific?

9            THE WITNESS:  No.  Well, you can't have

10   two dealer licenses -- two licenses -- two separate

11   licenses at the same dealership.

12   BY MS. LEDBETTER:

13       Q.    So am I -- let me see if I'm getting this

14   right or not, I may not be.

15           So if you have a dealer license and you

16   own a dealership, your dealership -- there has to be

17   somebody at the dealership who has a dealer license?

18       A.    Correct, a dealer/operator license.

19       Q.    Right.  And so with Car Key Auto, at

20   first that was you --

21       A.    Correct.

22       Q.    -- and then the next --

23       A.    When I leave, someone else --

24       Q.    When you left?

25           The gentleman who took over had his own

Page 32

1    dealer license, and he became the dealer/operator for

2    Car Key?

3         A.    Correct.

4         Q.    And you still had your dealer license,

5    but now you were the dealer/operator for Platinum?

6         A.    Correct.

7         Q.    Okay.  And then after Platinum, you had a

8    dealer license, but you didn't have a dealership; is

9    that right?

10        A.    Correct.  You can always have a dealer's

11   license.

12              'Til last week I had to make a decision,

13   was I going to keep it or not?  And I just was, like,

14   no, and I didn't, you know, recertify.

15        Q.    Do you have to do anything to recertify

16   your license?

17        A.    Yes.  You have to take a test.

18        Q.    And how often do you have to renew and

19   recertify your license?

20        A.    Every two years.

21              (Perry Exhibit No. 2 was marked.)

22   BY MS. LEDBETTER:

23        Q.    This is Exhibit 2, and this is a document

24   that we got from the Virginia, I guess, State

25   Corporation Commission records.

Page 33

1          Does this accurately reflect that

2    Platinum first, I guess, registered to do business in

3    April 2011?

4          A.    Yes.

5          Q.    And does that sound about right, when

6    you -- when Platinum became an independent entity?

7          A.    Yes.

8          Q.    And when we were talking before, is that

9    when you started working at Platinum, or when the two,

10   Car Key Auto and Platinum, became totally separate?

11         A.    This was a little bit after, because we

12   still had months on the lease.

13         So after that lease ran out, I left in

14   probably nine, ten -- wait a minute, this is Indian

15   River?

16         When I left, I started another one that

17   was before this one.

18         Q.    Another dealership?

19         A.    Right, that was Car Key doing business at

20   Platinum Motors.

21         This is when I moved to Indian River and

22   I did Platinum Motors, Inc. doing business as Platinum

23   Motors.

24         So this came after, but these dates

25   are -- that's about right.

Page 34

1    Q.    So this is when you became Platinum

2   Motors, Inc. doing business at Platinum Motors?

3    A.    Yes.

4    Q.    And that was in April 2011?

5    A.    Yes.  That's when I did the paperwork.

6    Q.    And so Platinum Motors, Inc. was a

7   Virginia corporation?

8    A.    Yes.

9    Q.    And according to Exhibit 2, Platinum's

10  status as a corporation was terminated, right?

11   A.    Where does it say termination?

12   Q.    Right under date of formation.

13         It says, Status.

14   A.    I'm getting old.

15         Yes.

16   Q.    Do you know when Platinum's status as a

17  corporation was terminated?

18   A.    I don't -- I had a termination letter,

19  because I didn't pay the hundred dollar fee and then I

20  had to get it reinstated.

21         So I don't know if this was that time, or

22  not.

23   Q.    When you had that termination letter, did

24  you get the corporation reinstated?

25   A.    Yes.

Page 35

1     Q.     And when was that?

2     A.     Probably shortly after.

3            They only give you a certain timeframe.

4     Q.     But, I mean, was that, like, 2014?

5     A.     It was not -- no, it would have been the

6     same year.

7            When they send you a termination letter,

8     because I was still doing business, so I had to keep

9     this current --

10    Q.     Uhm-hmm.

11    A.     -- but they didn't get the fee on time.

12           So it was probably right -- if this was

13    November, probably right around -- unless this is when

14    I moved.  Hold up.  Let me get it right.

15           Because I signed my lease.

16           I could have terminated it in Newport

17    News and then restarted it.

18           I'm not exactly sure, to be honest.

19    Q.     Okay.  Do you know if Platinum Motors,

20    Inc. is currently an active corporation?

21    A.     No, it's inactive.

22    Q.     And when did it become inactive?

23    A.     Sometime in 2014 when I shut the business

24    down.

25    Q.     Do you know when in 2014 you shut the

Page 36

1    business down?

2          A.      It was -- I don't know, June or July.

3          Q.      So Platinum Motors, Inc. doesn't do any

4    business currently, right?

5          A.      No.

6          Q.      And did Platinum Motors, Inc. ever file

7    for bankruptcy?

8          A.      Yes.

9          Q.      And have you personally ever filed for

10   bankruptcy?

11         A.      No.

12         Q.      So earlier you said there were three or

13   four employees at Platinum Motors, Inc.

14               Can you tell me who they were and what

15   they did?

16         A.      We had a secretary.  She did most of

17   the -- all the paperwork, pretty much.  I brought it

18   in, she inputted it, did the daily operations of the

19   secretarial duties.

20               I had a mechanic, a sales guy, and

21   myself.

22         Q.      This may seem like an obvious question,

23   but what did the mechanic do?

24         A.      The mechanic worked on the vehicles to

25   make sure they could operate properly.

Page 37

1      Q.      Did he work on vehicles after you had

2  bought them?

3      A.      Yes.

4      Q.      But before they were sold to customers?

5      A.      Yes.

6      Q.      Was it the same individuals who were

7  doing these jobs during the whole time that Platinum

8  existed?

9      A.      The same people worked on the vehicles?

10     Q.      (Moves head up and down.)

11     A.      No.  I know a whole lot of mechanics, so

12  they would come and help me out.

13     Q.      And were the mechanics, were they

14  employees of Platinum?

15     A.      No.  They worked there, but, no, they

16  just helped me out, but they were not employees.

17     Q.      And was the sales guy an employee of

18  Platinum?

19     A.      Yes, he was.

20     Q.      And was it the same sales guy for the

21  whole time?

22     A.      Yes.

23     Q.      And what about the secretary, was it the

24  same person the whole time?

25     A.      Yes.

Page 38

1     Q.     And she was an employee of Platinum?

2     A.     Yes.

3     Q.     Who is Edith Murray?

4     A.     My cousin.

5     Q.     And was she employed by Platinum?

6     A.     She was employed by Car Key.

7     Q.     And what did she do at Car Key?

8     A.     She was the secretary and a salesperson.

9            She ended up getting her salesperson's

10    license.

11    Q.     Did she ever work for Platinum?

12    A.     No -- well, she did for a -- because she

13    was my cousin, but she wasn't an employee.

14    Q.     So she may have done some work for

15    Platinum, but she wasn't a paid employee?

16    A.     Right.

17    Q.     And what work did she do for Platinum?

18    A.     She pretty much would just come there and

19    look over the cars, look over the paperwork, and, you

20    know, whatever I needed, or if I needed her -- or just

21    being nosy.

22    Q.     Did she sell cars for Platinum?

23    A.     No.  She sold cars for Car Key.

24    Q.     So was her role with Platinum more on the

25    secretarial side?

Page 39

1       A.      For Platinum -- she didn't work for me.

2               She's my family member, so she would just

3       come there, you know, because we were just bonded from

4       the first dealership, but she didn't actually work for

5       me.

6       Q.      Right.  But you said she would come by at

7       Platinum and look over the cars and paperwork.

8               And so I'm just asking, when she came by

9       and did things at Platinum, was that more secretarial

10      as opposed to sales?

11      A.      Yes, exactly.

12      Q.      And who's Kim Martin?

13      A.      My secretary at Platinum.

14      Q.      So I want to ask you a little bit about

15      Platinum's operations.

16              So did Platinum specialize in a

17      particular type of buyer that it sold to?

18      A.      I guess you could say -- mostly, no, I

19      can't say it was a special type of buyer.

20              We did different type of vehicles, so.

21      Q.      And was there any particular type of car

22      that Platinum specialized in, like, American versus

23      imports?

24      A.      Yes, Hondas and Toyotas was my niche, at

25      one point.

Page 48

1              Take the bill of sale to the bank, and

2    they would get the check.

3         Q.    Do you recall, ballpark, how much of

4    Platinum sales were cash versus buy-here-pay-here?

5         A.    The percentage?

6         Q.    (Moves head up and down.)

7         A.    Probably -- probably 30 percent, maybe,

8    buy-here-pay-here.

9         Q.    And you said you thought Platinum didn't

10   really do trade-ins?

11        A.    No.  We didn't really do that many

12   trade-ins.

13              That wasn't a big thing for us.

14        Q.    When you were at Car Key -- and I think

15   you said people did do trade-ins, right?

16        A.    Right.

17        Q.    So when customers did trade-ins at Car

18   Key, would Car Key give some kind of credit for those

19   traded-in vehicles?

20        A.    We would -- let's say you had a car; we

21   would Blue Book it.

22              Say it was worth $500, and then they can

23   trade that in, and then we'll tack the rest of it on

24   to the next car.

25              So we'd say, all right, you have a

Page 49

1    trade-in that's worth $500, we'll give you $500.

2    Well, of course, we have to make the profit.  So if it

3    was worth -- let's say, it's Blue Booked at 500, then

4    we'll say, okay, we'll give you 300 for it.

5         Q.    And so if I then wanted to go buy a car

6    that cost $2,000, then I'd just have to pay $1700?

7         A.    Right, we'd take the $300 away.

8         Q.    So if I'm buying that car using like a

9    buy-here-pay-here-type deal, do I only finance the

10   $1700 or do I finance the whole $2000?

11        A.    Well, at that time we were doing a flat

12   rate.  Before we had -- we didn't have DMS for that

13   over there, we were doing a flat rate, but when I got

14   to Platinum, is when we put that system in place.

15              So there was no interest accrued on that.

16   I don't think so, no.

17        Q.    So just to make sure I understand.

18              At Car Key, you weren't really doing

19   buy-here-pay-here-type deals?

20        A.    We did a few -- we just didn't do -- we

21   didn't do a lot on either one.

22              We did a few buy-here-pay-here, but it

23   was mostly cash --

24        Q.    But --

25        A.    I'm sorry.

Page 50

1         Q.      -- sorry.  I didn't mean to interrupt.

2                 At Car Key, the buy-here-pay-here just

3     worked a little bit differently, is what you're

4     saying?

5         A.      Correct.

6         Q.      And what was the difference?

7         A.      The difference is we did a flat rate with

8     them, and then we got the DMS -- we were introduced to

9     the DMS that accrued interest.

10                We used that system at Platinum.  We

11    didn't have that at Car Key.

12        Q.      So because you didn't have the DMS system

13    at Car Key, you would basically just do

14    buy-here-pay-here deals that might be 500 down and

15    $200 a month, and that was it?

16        A.      Yes, just flat rates, because we didn't

17    have -- you know, we didn't want to calculate all that

18    stuff, so we just didn't do interest.

19        Q.      So when you were at Platinum and you went

20    to auction, how often did you go to auctions?

21        A.      When I was at Platinum?

22        Q.      (Moves head up and down.)

23        A.      Probably once -- once or twice a week,

24    maybe.

25        Q.      And how did the process of buying a car

```
                                             Page 51

 1   from an auction work?

 2              Can you, sort of, walk me through that?

 3        A.    You go to the auction.  You check out the

 4   car, see if it's something you like, look it up and

 5   see what it was worth, and when the auction starts,

 6   you go out and you bid against the other dealers.

 7        Q.    And then what happens if you win a bid?

 8              Can you walk me through what that process

 9   is?

10        A.    At that point you win the bid, then they

11   print the ticket, and you take the ticket to the front

12   desk, and you pay for it.

13        Q.    Do you have to register to bid at an

14   auction?

15        A.    You do --

16        Q.    And so you --

17        A.    -- that's the main part.

18              When you come in the door you register.

19   I missed that part.

20        Q.    Do you register every time you come to

21   the auction?

22        A.    Yes.

23        Q.    Or just once and they know who you are

24   after that?

25        A.    No.  You register.
```

Page 52

1              You have to have a business badge.

2       Q.      So I think you said when you were at

3  Platinum, you had a floorplan with DSC, right?

4       A.      Yes.

5       Q.      Do you have to tell the auction that you

6  have a floorplan?

7       A.      They know.

8       Q.      How do they know?

9       A.      Because they have a representative

10  sitting behind the counter.

11      Q.      They, being DSC?

12      A.      DSC.

13      Q.      Okay.  So you said when you win a bid at

14  an auction, you get a ticket, you go to the front

15  desk, and you pay for the car, right?

16              And so do you pay the auction or the

17  seller?

18      A.      You pay the auction.

19      Q.      And why do you pay the auction?

20      A.      You pay the auction, they pay the seller;

21  because they're in control.

22      Q.      Do you know when they pay the seller?

23      A.      No, I don't.

24      Q.      And are there different ways that you

25  could pay the auction, like, cash?

Page 53

1       A.      Cash, check, if you're using somebody

2   like DSC, you just give them your receipt, and then

3   they take care of that paperwork.

4       Q.      And when you say give them the receipt,

5   do you mean the DSC person, or the auction?

6       A.      The DSC person.

7               If you're paying -- if you're going there

8   from the auction, and you're paying with DSC, you go

9   to the DSC rep, you give them your ticket, and they

10  take care of the rest.

11      Q.      If you're paying by cash or check, do you

12  pay the -- you pay the auction person --

13      A.      (Inaudible) --

14      Q.      -- rather than the DSC person?

15      A.      -- correct.

16      Q.      Do you have to pay the auction on the day

17  that -- on the day that you purchase the vehicle?

18      A.      Yes.

19      Q.      And, in other words, you have to pay the

20  auction on the date of the auction?

21      A.      Yes.

22      Q.      When you were with Platinum, did you have

23  any special payment arrangements with any auctions?

24      A.      No.

25      Q.      So, for example, did you have a float

Page 54

1    period with auctions?

2           A.      A float?  No.

3           Q.      And what's your understanding of a float?

4           A.      I know that a float is that you can take

5    the car and pay them later, no.

6                   But what you could do is, like with

7    Tidewater, if you -- they gave you, like, maybe a few

8    days to come pick it up and pay for it and come, and

9    maybe 24 hours to 48 hours, something like that, but

10   you could not take the vehicle.

11          Q.      So if you -- so -- sorry.

12                  To make sure I understand, at Tidewater

13   you could take a few days to decide how you wanted to

14   pay for the vehicle, but during that time period

15   before you paid, you couldn't take the vehicle with

16   you; is that right?

17          A.      Let's say I purchased a vehicle, and I

18   had to go or I had to go get it checked or something,

19   come back, and I couldn't get there until the next

20   day, then I can pay for it and then pick up the car,

21   but they will not release the car until you pay for

22   it.

23          Q.      When you use your DSC floorplan at an

24   auction, could you take the car immediately?

25          A.      Yes.

Page 55

```
1        Q.      So, basically, if you want to bid and you
2    wanted to floorplan it, so you gave the DSC person
3    your paperwork, you'd just give the DSC person the
4    paperwork and leave with the car?
5        A.      (Witness moves head up and down.)
6                They gave you a release ticket, and then
7    you could go get your car.
8        Q.      Who gave you the release --
9        A.      It's like cash.
10       Q.      Who gave you the release ticket?
11       A.      The auction.
12       Q.      So other than cash and the floorplan,
13   were there any other ways that you paid for a vehicle
14   at auctions while you were at Platinum?
15       A.      Check.
16       Q.      Was that --
17       A.      Company check or cash.  That's it.
18               Cash, check, or finance company.
19       Q.      And so you would never get to take the
20   car without paying for it, right?
21       A.      No.
22       Q.      Are titles always present on auction day?
23       A.      No.
24       Q.      How often would you say you bought a car
25   without a title?
```

1      A.     Probably -- it depends, because you can

2   see when you're purchasing it if the title is here or

3   not, it tells you that.

4           So, I don't know, it depends on how bad I

5   wanted the car, and which company it was, because some

6   companies will hold your title forever, and so you

7   keep that in mind when you purchase it.

8      Q.     So what are some companies that would

9   hold your title for a long time?

10     A.     Just to name one, Priority.

11          They were just known for that.

12     Q.     Have you ever been able to sell a car to

13   a retail customer before you actually got the title?

14     A.     Well, they had kind of rules with that,

15   like you got generous if you do that.

16     Q.     Did you ever do it?

17     A.     I can't say that I did.

18          I could have, but I can't remember.

19          I know I fixed one before.  I got the

20   mechanic to fix it, and then the title didn't come in,

21   and that money was just a loss.

22          First and last time.

23     Q.     If the title doesn't come in, can you get

24   the transaction unwound?

25     A.     You can, but if you make any repairs or

Page 57

1    anything, you can't get that back.

2                Yeah.  If the title doesn't come in, you

3    just return the car.

4         Q.    So did you ever buy cars at auction when

5    title was not present on auction day?

6         A.    Yes.

7         Q.    How often would you say that happened?

8         A.    I couldn't tell you how often.

9                Maybe 50/50.

10        Q.    So after you buy a car at auction, what

11   do you do with it?

12        A.    I take it to the lot, get it inspected,

13   and ready for sale.

14        Q.    What do you do to get a car ready for

15   sale?

16        A.    Well, the first thing you do is have a

17   mechanic check it and see what parts you need.  Order

18   the parts, get it ready for inspection.  Take it and

19   get it -- state inspection.

20                Get it state inspected, and then put it

21   on the lot for sale.

22        Q.    And what was the last thing you said?

23        A.    You can put it on the lot for sale.

24        Q.    And how long does that process take,

25   between the time that you take the vehicle back to the

1    lot and the time that you put it up for sale?

2          A.      It depends on the vehicle.

3                  You can have a vehicle that you have to

4    order a transmission for, and you need some parts out

5    of town.

6                  So it just depends on the vehicle, what

7    it needs.

8          Q.      Was there an average while you were at

9    Platinum of how long that process would take?

10         A.      It -- like I said, it depends on the

11   vehicle, because you just don't know what vehicle may

12   need what.

13                 Some vehicles, I can get ready in a day

14   or two, some maybe 30 days, just depending on what I

15   needed.

16         Q.      So would there be occasions where you

17   might put a car on the lot for sale before the title

18   came in from the auction?

19         A.      Yeah.

20         Q.      All right.  So we talked a little bit

21   about floorplans.

22                 And what's your understanding of how the

23   floorplan works, just generally?

24         A.      They'll give you a line of credit to use,

25   and you have terms where you need to pay them back by

Page 59

1    a certain time, and if not, then there's, like, a

2    curtailment fee after that timeframe, and there's a

3    second curtailment fee after that timeframe.

4              That's pretty much it.

5         Q.    So the floorplan allows you to obtain

6    inventory for resale, right?

7         A.    Yes.

8         Q.    And you aren't limited to using your

9    floorplan at auctions, right?

10             You can use it to purchase cars directly

11   from other dealers?

12        A.    From other dealers?

13        Q.    (Moves head up and down.)

14        A.    I've never done that part, so I'm not

15   completely sure.

16        Q.    Have you only used your floorplan to buy

17   cars at auction?

18        A.    (Witness moves head up and down.)

19        Q.    Is that a yes?

20        A.    Yes, yes.  I'm sorry.

21             I think maybe I have bought -- I'm not

22   sure.  Probably in the beginning.  It's been so long.

23             I think I have used it to purchase from

24   another dealer.  I think I have.  I'm not exactly

25   sure, because I can kind of remember asking about that

Page 60

1   process, how that works.

2          Q.     Do you remember how that process works?

3          A.     I don't.

4          Q.     So you think you may have used your

5   floorplan to buy a car from another dealer, but you

6   don't really remember how that happened?

7          A.     Correct.

8          Q.     Can you finance a car using your

9   floorplan with a car that you've already purchased,

10  say, in cash?

11         A.     I purchased the car in cash?

12                Yes, you can.

13         Q.     So after you purchase the car, cash, you

14  can put it on your floorplan?

15         A.     Yes.

16         Q.     How does that work?

17         A.     You just call them up and say I have a

18  car.

19                You have to give them the title, and

20  they'll put it on the floorplan.

21         Q.     Do you have to give them the title and

22  the bill of sale?

23         A.     The bill of sale?

24                I don't think so.  I think the title is

25  all that's needed.

Page 61

1      Q.      And was that true at all the floorplan
2    companies that you worked with, or just at DSC?
3      A.      I believe it was the same for all of
4    them.
5              They pretty much all work the same.
6      Q.      Okay.  At what point did you first learn
7    about floorplanning?
8      A.      As soon as I got my license, they were
9    flooding me.
10      Q.      So once you got your license, the
11    floorplan companies were offering you --
12      A.      Reps were offering me, yeah.
13      Q.      So for a dealer like Platinum, what's the
14    benefit of using a floorplan?
15      A.      To free up your money to do other things.
16      Q.      And so what do you give the lender in
17    exchange for being able to use this money to acquire
18    vehicle inventory?
19      A.      What do I give them?
20      Q.      (Moves head up and down.)
21      A.      What do you mean, what do I give them?
22      Q.      Do you have to pay interest and fees for
23    the use of money to pay --
24      A.      Yes.  You pay them the fees.
25              Those curtailment fees that I was telling

Page 62

1   you about.

2          Q.     And you pay interest as well; is that

3   right?

4          A.     Yes, there was interest there.

5          Q.     And do you have to grant the lender a

6   security interest in the vehicle inventory that you

7   purchased using a floorplan?

8          A.     What do you mean, do I have to grant

9   them?

10         Q.     Do they have a right to the inventory

11  that's purchased with the floorplan?

12         A.     They do.

13         Q.     And that's their collateral for the loan,

14  right?

15         A.     Correct.

16         Q.     Just to make sure that question's clear.

17                The inventory is collateral for their

18  loan, right?

19         A.     Right.

20         Q.     You said you had a line of credit with

21  DSC, right?

22         A.     Yes.

23         Q.     Are you familiar with NextGear Capital?

24         A.     Yes.

25         Q.     And did you ever have a line of credit

Page 63

1  with NextGear Capital as opposed to DSC?

2          A.      When they switched over, I guess, yeah, I

3  was connected to them also.

4          Q.      Do you know when that happened?

5          A.      Maybe somewhere between '11 and '14,

6  maybe.

7                  I don't know exactly.  I just know I got

8  the paperwork and I was connected.

9          Q.      Did you ever sign a contract that, you

10  know, had NextGear Capital on it as opposed to DSC?

11          A.      I believe so.

12                  If I didn't, I signed up with DSC and

13  they became NextGear, I'm not for sure exactly what

14  that timeframe was, but I do remember seeing NextGear.

15  They switched the loan.

16          Q.      Did you ever have a floorplan a car with

17  NextGear as opposed to DSC?

18          A.      See, I'm not sure, because they switched

19  in that timeframe, so I'm not sure if it was DSC or if

20  it was NextGear.  I thought they were one and the

21  same.

22                  Are they one and the same?  They're one

23  and the same, aren't they?

24          Q.      I think you were right earlier when you

25  said DSC essentially became NextGear.

Page 64

1        A.      Okay.

2        Q.      I mean, that's very simplified, but I

3   think that's probably right.

4        A.      Okay.

5        Q.      Okay.  And you said Platinum did not have

6   any floorplans with any other companies other than

7   DSC, right?

8        A.      Correct.

9        Q.      Is there any reason that Platinum didn't

10  have a floorplan with, like, AFC or MAFS?

11       A.      Yeah.  Well, actually, AFC, I couldn't

12  get a floorplan with them.  And DSC, I didn't even

13  want a floorplan anymore after the hardship that I

14  went through, I was doing away with floorplan and just

15  using cash.

16              It was easier for me.

17       Q.      I just want to clear up something you

18  just said.

19              So you said with AFC you couldn't get a

20  floorplan, and you said with DSC, you didn't want a

21  floorplan?

22       A.      Right.

23       Q.      But you had a floorplan with DSC, right?

24       A.      Right, but just after, you know, having

25  to pay all those fees and all that stuff, I didn't

Page 65

1   want a floorplan anymore.

2        Q.     So you're saying after, like, 2014, you

3   didn't want a floorplan anymore?

4        A.     Just after using them from Car Key, and,

5   you know, paying all the fees, it just becomes a

6   headache trying to keep up with all of it.

7              So, for me, it was just better to just

8   pay cash for my cars, and count my money, and be on my

9   way.

10       Q.     So when you had a line of credit with DSC

11  when you were at Platinum --

12       A.     Yes.

13       Q.     -- how did you know when and how much to

14  pay DSC?

15       A.     They sent me -- they -- well, it was two

16  ways.

17             You could call and they would tell you,

18  or you'd have a receipt on how much you had to pay.

19       Q.     When you say --

20       A.     But, normally, we knew -- what we did was

21  we wrote down the date -- or she put in the system the

22  date of when the curtailment would come, so we would

23  try to, like, get it sold before then.

24             So we knew the curtailment dates.

25       Q.     So you're saying when you put a car on a

Page 66

1     floorplan at the auction --

2          A.     Uhm hmm.

3          Q.     -- the DSC who you gave the paperwork to

4     would give you a receipt and would tell you the

5     curtailment date?

6          A.     Right.  Yes, we would have the

7     curtailment date.

8          Q.     But you would get the curtailment date

9     from the DSC representative at the auction?

10         A.     I can't remember if it was on that

11    paperwork.

12                Normally we would just call, but I can't

13    remember exactly how that worked.

14                I know when you went to them they pretty

15    much were there to call and make sure the funds were

16    available and to just approve it.

17         Q.     When you say "they," do you mean auction,

18    the person at the auction?

19         A.     The DSC rep.

20                They would call DSC because sometimes

21    your name wouldn't be on the paper, it just didn't

22    make it for that day, so they would call and just make

23    sure.  And then they would say, okay, you're okay,

24    then you could get the receipt printed up.

25         Q.     So the DSC rep would call at the auction,

Page 67

1    would call and make sure you had credit available to

2    purchase a vehicle on your floorplan, right?

3         A.    Right.

4         Q.    And then the DSC representative would

5    also give you a receipt showing how much you owed or

6    what --

7         A.    No, it didn't work that way.

8               They would approve it, and then the

9    auction would give you a receipt.

10              I don't think they -- they wouldn't give

11   receipts.  They didn't write receipts.

12        Q.    DSC wouldn't write receipts?

13        A.    Right.

14        Q.    The auction would give you a receipt

15   showing what the purchase price was of the vehicle?

16        A.    Correct.

17        Q.    Did you ever receive --

18        A.    I know how we found it.

19              We had -- we could go into DSC.  We were

20   actually tapped into them where we had to have the

21   system, but we could go and look it up.

22              That's how.

23        Q.    So you could go online and look up --

24        A.    Right, or could call them.

25              Yes, we could go online, but we would

Page 68

1    normally call them and they would tell us.

2         Q.    So, generally, you'd call the DSC

3    representative and that person would tell you how much

4    you owed?

5         A.    Right.

6         Q.    Or you could go online and the system

7    would show you how much you owed?

8         A.    It would say -- yes, and the date of the

9    curtailment.

10        Q.    Did you ever receive account statements

11   from DSC?

12        A.    Yes.

13        Q.    How did you get those?

14        A.    They were mailed or we can go there,

15   because they were local, at one point.

16             That's pretty much how we got them.

17        Q.    How often did you receive account

18   statements in the mail from DSC?

19        A.    I couldn't tell you the exact --

20        Q.    Maybe like once a month?

21        A.    -- but I know -- I think the curtailments

22   were probably -- you would get one, when the

23   curtailment was coming -- soon, but, probably monthly.

24             That would make sense.

25        Q.    And those statements showed the interest

```
                                                Page 69

 1    and the curtailment fees?

 2         A.     Probably so.

 3                I can't remember what one looks like, to

 4    be honest.

 5         Q.     Aside from the statements that you got,

 6    did you receive bills from DSC?

 7         A.     Bills like what?  What do you mean?

 8                Like, the statements would have what we

 9    owed on it.

10                Are you talking about a separate bill?

11         Q.     Uhm-hmm.

12         A.     I don't think so.

13                I'm not sure.  I don't think so.

14         Q.     And do you remember if the place that you

15    went online to check your account was discoverdsc.com?

16         A.     That sounds about right.

17         Q.     And did you go online to discoverdsc.com

18    to look up information on your account?

19         A.     Yes.

20         Q.     And do you recall what information was

21    available there?

22         A.     What I owed.

23         Q.     Did it show, like, interest, curtailment

24    fees, principle --

25         A.     I'm sure it did.
```

Page 70

1       Q.      And did it show the due dates?

2       A.      Yes.  I remember those.

3       Q.      When you went on discoverdsc.com, do you

4   recall if it had information about, like, interest

5   rates and fees, generally?

6       A.      I think so.

7       Q.      Do you recall seeing a schedule of rates

8   and fees?

9       A.      I believe so.

10      Q.      So on a vehicle that you purchased using

11  your floorplan, when do you have to pay the floorplan

12  company?

13      A.      Whatever the timeframe was, but I don't

14  remember what it was --

15      Q.      Was it --

16      A.      -- what we signed up for, and I can't

17  remember, because they had different types, so I don't

18  know.

19      Q.      Do you recall that you had to pay the

20  floorplan company within a period of time after you

21  sold a vehicle that was floorplanned?

22      A.      I don't remember the timeframe.

23              I just knew that if I purchased the car,

24  if I didn't sell it in a certain amount of time, then

25  there would be curtailment fees.

Page 71

1              I remember that.

2         Q.     But once you did sell a unit to the

3    retail customer, you had to pay off that unit with the

4    floorplan company, right?

5         A.     Yes.

6         Q.     And you had to pay off that vehicle

7    within a certain amount of time?

8         A.     Yes.

9         Q.     But you don't remember what that time

10   period was?

11        A.     No, but it was like -- it wasn't a long

12   time.

13        Q.     It was, like, 24 hours or 48 hours --

14        A.     Something like that, yeah.

15        Q.     If you weren't able to sell the vehicle

16   did you have to pay off the vehicle to the floorplan

17   company at a certain point?

18        A.     Yes.

19        Q.     How long was that?

20        A.     Well, you could curtail it, and then you

21   could -- you could do that twice, and then after that,

22   once that time was up, I think, within, like, 24 to 48

23   hours, so something like that.

24        Q.     So if the vehicle hadn't sold for, say,

25   120 days, then you'd still have to pay off the vehicle

Page 72

1    within 24 to 48 hours of that?

2         A.      Right.

3         Q.      How did you know what the date was that

4    you had to pay off the vehicle by?

5         A.      You just go up to the DSC site and it

6    will tell you what -- we pretty much -- we wrote down

7    when those curtailment times were coming.

8         Q.      So if you're coming up to the end of the

9    curtailment period, you could also just pay off the

10   vehicle, even if you hadn't sold it, right?

11        A.      Right.

12        Q.      And then you wouldn't have to pay the

13   curtailment fee?

14        A.      Right.

15        Q.      When you were at Platinum, did you ever

16   go through a collateral audit?

17        A.      Yeah, I think so.

18        Q.      Do you know what I mean when I'm talking

19   about that?

20        A.      Yeah.  When they come out and they look

21   to see if the cars are there.

22               That's what you mean, right?

23        Q.      You said to look to see if the cars were

24   there?

25        A.      Right.  Yeah, they did that from time to

Page 73

1    time.

2         Q.    Do you know how often that happened?

3         A.    Maybe once a month, maybe.

4         Q.    What happens if the floorplan company

5    does a collateral audit and the vehicle inventory is

6    missing or cannot be accounted for?

7         A.    You cannot use the account.

8               I've had that happen.

9         Q.    Did you have that happen with DSC?

10        A.    Yes.

11        Q.    What happened there?

12        A.    I was at the auction.  They came to do an

13   audit.

14              He was out of town with a car, and I

15   tried to buy a car, and I couldn't.

16        Q.    You said, he was out of town with the --

17        A.    That's when we was at Car Key.

18        Q.    Okay.

19        A.    So he was a salesperson.

20              Like, normally, when they cannot locate a

21   car and you could not verify it, then they will shut

22   you down.

23        Q.    Do you remember when this happened,

24   approximately?

25        A.    I don't.

Page 74

1    Q.    But it was when you were at Car Key, not

2  at Platinum?

3    A.    Right.

4    Q.    And do you remember if this was DSC?

5    A.    Yes.

6    Q.    So your understanding is that if the

7  floorplan company does a collateral audit, but there's

8  -- you know, some of the inventory's missing, then

9  your floorplan account basically shuts down and you

10  cannot buy more vehicles with that floorplan?

11    A.    Right.  They just want you to verify,

12  yeah, where the vehicle is.

13    Q.    Did it ever happen when you were at

14  Platinum that --

15    A.    I don't recall that.  It could have.

16         I didn't have them at Platinum very long

17  anyway, because, like I said, I was doing away with

18  them, so.

19    Q.    Do you remember if DSC did any collateral

20  audits when you were at Platinum?

21    A.    I think they did.

22    Q.    Can a lender recover payment from the

23  dealer, or collateral or inventory, if it deems itself

24  insecure?

25    A.    Can they recover?

Page 75

1              Like, how?  What do you mean?

2         Q.     Can they repossess collateral?

3         A.     Yes, they can.

4         Q.     And that's permitted under the contract,

5     right?

6                MR. AIREY:  Object to the form.  You can

7     answer.

8                THE WITNESS:  You said, is that in the

9     contract?

10    BY MS. LEDBETTER:

11        Q.     Yes.  Is that permitted under the

12    contract?

13        A.     That they could take the vehicles?

14               Yes, I think so.

15               I don't know what that contract entails,

16    I haven't seen it in so long.

17        Q.     And so, just as a housekeeping thing,

18    sometimes Jake will object to the form because he

19    thinks there's something wrong with my question, but

20    unless he tells you not to answer, you can answer the

21    question.

22        A.     Okay.

23        Q.     He's just giving me an opportunity to fix

24    my question if I agree that there's something wrong.

25        A.     All right.

Page 76

1       Q.      So when did you first start doing

2   business with DSC?

3       A.      I want to say 2008.

4       Q.      And that was at Car Key?

5       A.      Correct.

6       Q.      When did you first start doing business

7   with AFC?

8       A.      Probably the same timeframe.

9       Q.      Also at Car Key?

10      A.      Right.

11      Q.      And when did you first start doing

12  business with MAFS?

13      A.      The same time.

14              All the reps came at the same time, and I

15  said yes, yes, yes.

16      Q.      Okay.  So back in 2008, do you remember

17  who the representative was from DSC that you spoke to?

18      A.      I can't think of her name.

19              Something with an S.  I cannot remember

20  this lady's name, and then Lundi took over after that.

21      Q.      So there's somebody whose name you don't

22  remember, and then Lundi Touch was the

23  representative --

24      A.      Right.

25      Q.      -- at DSC?  Okay.

Page 77

1              And were you working with Lundi when you

2      were at Car Key?

3          A.     Yes.

4          Q.     So let's start with when you were at Car

5      Key back in 2008, when you first signed on with DSC.

6              Do you remember what you discussed with

7      the DSC rep at that time?

8          A.     Like vaguely, you know.  I just remember

9      the basics.

10              I can't -- I just remember that they were

11      offering the financing, and you have to pay what the

12      fees were, but I can't remember.

13              It's like buying a house.  You know all

14      that paperwork and then you're just, like, okay.

15              Sign off.

16          Q.     How did you decide what your line of

17      credit amount was going to be when you first signed on

18      with DSC?

19          A.     I decided off of what I thought I needed,

20      to have enough vehicles to furnish my lot.

21              Actually, they gave me an amount up to --

22      a certain amount, and I think I went a little bit

23      below that.

24          Q.     Do you remember what the rep told you

25      about financing back in 2008?

```
                                                    Page 78

 1         A.      I don't.  I remember some of it, but

 2    specifics, I don't.

 3         Q.      Can you tell me what you remember?

 4         A.      I remember that they -- you know, they

 5    give you a certain amount of money, whatever that

 6    number was, I don't remember the number, and you had

 7    to pay it back in a certain amount of time --

 8         Q.      (Moves head up and down.)

 9         A.      -- and if you couldn't pay it back at

10    whatever that first timeframe was, then you got a

11    curtailment, but you got charged for that.  And then

12    the second curtailment you got charged for -- there

13    was a fee on those two curtailments.

14              And that's what I remember.

15         Q.      Did you ask any questions of the rep?

16         A.      I asked a few.

17              I didn't know too much about it, so I was

18    just pretty much letting her tell me what they

19    offered, and just trying to take it all in, but I

20    pretty much got the gist of it.

21         Q.      Do you remember what questions you asked?

22         A.      I don't.

23         Q.      In that first conversation, did you talk

24    about interest at all?

25         A.      I'm sure she probably mentioned it, but I
```

Page 79

1    really don't remember.

2              I remember -- I really focused on those

3    curtailment fees, because it was extra.  So, you know,

4    what that extra was, I was just, like, okay.

5              I'm sure she didn't mention interest, but

6    I didn't know, you know, really how it accrued or

7    anything like that, but they were pretty thorough, I

8    guess.

9         Q.    And I just wanted to make sure I

10   understood you right.

11             Did you just say she did mention

12   interest, or you're pretty sure she didn't mention

13   interest?

14        A.    I believe she did.

15        Q.    Okay.  And this person that you were

16   talking to is the person before Lundi, right?

17        A.    Well, Lundi went over it with me, also.

18        Q.    Okay.  Do you remember what Lundi went

19   over with you?

20             Was it the same?

21        A.    It was pretty much the same paperwork.

22        Q.    And did Lundi Touch talk to you about

23   interest?

24        A.    Lundi Touch, yes.

25             I don't know if we went over interest but

Page 80

1    if it was a part of the contract, they went over it

2    and pretty much said this is what it entails.

3             So whatever it was in that contract, she

4    probably did go over it.

5        Q.    And when did Lundi go over the contract

6    with you?

7        A.    Right before I signed.

8        Q.    Was that in 2008, or was that in 2011?

9        A.    I want to say eight.

10            Whenever I signed my first contract.

11       Q.    With Car Key?

12       A.    Right.

13       Q.    And then did you sign a separate contract

14   on behalf of Platinum with DSC?

15       A.    Yes.

16       Q.    And that was in 2011, right?

17       A.    I think so.

18       Q.    So in either of these conversations, in

19   2008 -- well, actually.

20            Did you have -- sorry if I asked you this

21   already.

22            When you signed up with Platinum, or --

23   I'll start over again.

24            When you signed up with DSC on behalf of

25   Platinum, did you, again, talk to Lundi about the

Page 81

1    floorplan and how it worked?

2         A.    No.

3         Q.    So the only conversation you had with her

4    about the floorplan was back in 2008?

5         A.    Correct.

6         Q.    And you don't recall discussing with

7    Lundi when interest would start accruing?

8         A.    No.  What I'm saying is she went over --

9    everything was on there, but specifically how it

10   accrued, no, I do not recall that --

11        Q.    She did not discuss that?

12        A.    I'm not saying that she did not; I'm just

13   saying that I don't remember.

14        Q.    And you don't remember asking about

15   interest, right?

16        A.    No.

17        Q.    So in 2011, Platinum Motors signed a

18   floorplan agreement with DSC; is that right?

19        A.    You said when?

20        Q.    In 2011.

21        A.    Right.

22             (Perry Exhibit No. 3 was marked.)

23   BY MS. LEDBETTER:

24        Q.    And she's handed you what's marked as

25   Exhibit 3, and feel free to flip through it, but does

Page 82

1    this look like your contract documentation with DSC?

2         A.      (Complies.)

3                 Yes, it does.

4                 Yes.

5         Q.      And Platinum's line of credit with DSC

6    was $35,000, right?

7         A.      Yes.

8         Q.      So I'm going to walk through this

9    document and ask you about some specifics about it.

10                So on the first page, on the signature

11   line, is that your signature?

12        A.      Yes.

13        Q.      And you signed that on May 23rd, 2011?

14        A.      Yes.

15        Q.      And then flipping back several pages to

16   the page that, on the bottom, says NG003520.

17        A.      (Complies.)

18                Got it.

19        Q.      And is that your signature twice, on the

20   bottom?

21        A.      Yes.

22        Q.      And you signed -- and this is for the

23   Demand Promissory Note and Security Agreement, right?

24        A.      Yes.

25        Q.      And you signed that Demand Promissory

Page 83

1    Note on May 23rd, 2011, also?

2           A.      Yes.

3           Q.      Turning over to page NG0035022.

4           A.      (Complies.)

5           Q.      This is your term sheet for the Platinum

6    floorplan; is that right?

7           A.      Yes.

8           Q.      And that's your signature on the bottom?

9           A.      Yes.

10          Q.      And going to the next page, NG003523,

11   this is the Power of Attorney, right?

12          A.      (Complies.)

13                  Yes.

14          Q.      And you signed that, as well?

15          A.      Yes.

16          Q.      And it shows that Lundi Touch was the

17   notary, right?

18          A.      Yes.

19          Q.      All right.  Turning over, the next

20   document is the Individual Personal Guaranty, right?

21          A.      On 24?

22          Q.      And that starts on page 24.

23          A.      Yes.

24          Q.      And turning over to page 26, that's your

25   signature again, right?

Page 84

1          A.     Yes.

2          Q.     And the next document, on page 27 and 28

3    is an ACH authorization, right?

4          A.     Yes.

5          Q.     And you signed that document?

6          A.     Uhm-hmm, I did.

7          Q.     And is that e-mail -- is that your e-mail

8    address?

9                 It's on page 28?

10         A.     Yes.

11         Q.     Is that a personal e-mail address or was

12   that your business e-mail address?

13         A.     Well, it was both at that time.

14         Q.     Do you still use that e-mail address?

15         A.     This is not even right.

16         Q.     Okay.

17         A.     It's kind of right, but that's not my

18   e-mail address.

19                So I need to say, no, that's not my

20   e-mail address.

21         Q.     And then turning over to page 3531, the

22   Contract Quick Facts.

23                Is that your initials on that document?

24         A.     Yes.

25         Q.     Are these all of the documents that you

Page 85

1   signed to obtain floorplan financing on behalf of

2   Platinum?

3        A.    Yes.

4        Q.    And do these documents contain

5   information about floorplan fees, and interest

6   charges?

7        A.    Yes.

8        Q.    So what did you understand the terms of

9   the contract to be, with respect to interest?

10       A.    Well, really, I didn't pay the interest

11   any mind.

12             I just knew that there would be interest

13   and curtailment fees, but I didn't know how they

14   actually worked.

15             MR. AIREY:  Are you at a good point to

16   break?  It's been almost two hours.

17             She may need to feed the meter.

18             MS. LEDBETTER:  Yeah.  We can take a

19   break, if you want.

20             THE WITNESS:  We're not done?

21             MS. LEDBETTER:  Sorry.  Yeah, if you need

22   to do something with the car.

23             THE WITNESS:  All right.  Thank you.

24             (A recess was taken.)

25             MS. LEDBETTER:  Let's go back on the

Page 86

1    record.

2

3    BY MS. LEDBETTER:

4         Q.    So before we took a break, we were

5    looking at Exhibit 3, which is the contract

6    documentation.

7              Is there something -- can you point to

8    the place in the contract where it talks about

9    interest and fees?

10        A.    Can I point to it?

11        Q.    Yeah.

12             MR. AIREY:  Object to the form of the

13   question.

14   BY MS. LEDBETTER:

15        Q.    And you're looking at the term sheet,

16   right now?

17        A.    (Complies.)

18             Okay.

19        Q.    What's your understanding of where the

20   contract -- of the interest and fees?

21        A.    Well, right here this says the --

22        Q.    Where are you?

23        A.    The contract --

24             MR. AIREY:  I'll object, because I think

25   there's interest and fees for different types of

Page 87

1    advances under this, so I don't know if you want to be

2    a little more specific, or you just want her to tell

3    you each and every one, where it talks about advance

4    in this 10-page document.

5    BY MS. LEDBETTER:

6         Q.    That's fine.  I'm just asking for your

7    understanding of what you would look to to determine

8    the interest and fees on this contract?

9         A.    You're saying where -- would I look here

10   (indicating)?

11        Q.    Yeah.  Where would you look?

12        A.    It says --

13        Q.    And you're on the page that says term

14   sheet?

15        A.    Term sheet, yes.

16        Q.    Okay.

17        A.    And it says contract rate.

18        Q.    Uhm-hmm.

19              And that's what you would look at to

20   determine your interest?

21        A.    Yes.

22        Q.    And right above that, in that table, I

23   guess is that the curtailment fees that we've been

24   talking about?

25        A.    Yes.  That's the part I got, because

1    that's the part in bold, black letters.

2         Q.    All right.  So you understood when you

3    signed this contract that you would have to pay

4    interest and fees, right?

5         A.    Well, I understood this curtailment, this

6    interest and fees, no, I did not understand this.

7         Q.    Okay.  So you did not understand that you

8    would have to pay interest on your floorplan?

9         A.    I figured there would probably be

10   interest, but I didn't understand this.  Like this was

11   not broke down to me.

12              This part here, this bold part, it's like

13   I keep referring to this because I remember this.

14        Q.    And you're pointing to the table?

15        A.    Right.

16        Q.    Okay.  And when did the curtailment

17   fees -- well, the curtailment fees would be charged

18   after a certain number of days, right?

19        A.    Correct.

20        Q.    And what day was the beginning of that

21   clock?

22        A.    It depends on the plan that I had.

23              This one says 60 days and 30 and 30, and

24   they were flat rates.  It says 10 percent -- yeah, it

25   was a $85 fee.

Page 89

1              So after the first 60 days.

2        Q.     Right.  And so that was the first day of

3   that 60-day time period?

4        A.     What was the first day?

5        Q.     Uhm-hmm.

6        A.     From what date are you talking about?

7        Q.     Well, I guess, what I'm asking you is

8   when would that 60 days start running?

9        A.     It should start after I purchased the

10  car.

11       Q.     So on the auction day?

12       A.     Right, the day that I purchased at the

13  auction.

14       Q.     And so 60 days after you purchased at the

15  car auction, if you hadn't paid off that car yet,

16  you'd have to pay a floorplan fee of $85, right?

17       A.     I would have to pay the $85, right.

18       Q.     But then you could roll over the unit,

19  and get an additional 30 days, right?

20       A.     Right.

21       Q.     And at the end of that 30 days you'd have

22  to pay $735, right?

23       A.     Right.

24       Q.     And you could roll it over again and get

25  another 30 days, right?

Page 90

1      A.      No.  You're giving me three 30 days, or
2   you're saying two?
3      Q.      Two, two.
4      A.      Yeah.
5      Q.      So then after a total of 120 days, that
6   was it, right, you had to pay off the car?
7      A.      Right.
8      Q.      And you understood that at the time you
9   signed this agreement?
10      A.      Right.
11      Q.      How did Platinum typically make payments
12   to DSC?
13              Did you make it through ACH payments?
14      A.      Yes.
15      Q.      Did you ever pay in checks and cash?
16      A.      No, I don't think so.
17              Probably -- maybe a check, but normally,
18   ACH.
19      Q.      And you said when you were at Platinum
20   you were able to go on to discoverdsc.com and look up
21   your information about your account, right?
22      A.      Yes.
23      Q.      When you went on to discoverdsc.com,
24   could you also initiate a payment?
25      A.      Yes.

Page 91

1    Q.    Did you ever do that?

2    A.    Yes, I think so.  Yes.

3    Q.    Is that generally how you initiated

4  payments to DSC, by going online?

5    A.    Yes.  After they moved, yes.

6    Q.    What do you mean after they moved?

7    A.    Because at one point they were local, and

8  we could go right to the office.

9    Q.    Oh.  There was like a branch office that

10  you could go to?

11    A.    Right.

12    Q.    Would you initiate payments at the branch

13  office?

14    A.    Yes.

15    Q.    And would you initiate ACH payments at

16  the branch office, or pay by check?

17    A.    Both.

18    Q.    Do you remember when DSC stopped having

19  branch offices?

20    A.    I don't.

21    Q.    Did they have branch offices while you

22  were at Platinum?

23    A.    I don't think so.

24    Q.    Did you, by any chance, remember the name

25  of the person from DSC that you couldn't remember

```
                                              Page 92

 1    before?  The person before Lundi Touch?

 2         A.     No.

 3         Q.     Did you talk to anybody other than Lundi

 4    Touch from DSC?

 5         A.     Just anybody?

 6         Q.     Uhm-hmm.

 7         A.     Yes.

 8         Q.     Do you remember who?

 9         A.     Shawn Tabb.

10                There was a few people, but I remember

11    those two because I encountered them more often.

12         Q.     Do you remember Shawn Tabb and Lundi

13    Touch?

14         A.     Yes.

15         Q.     And what was your understanding of Shawn

16    Tabb's role?

17         A.     To do the audits.

18         Q.     And what was your understanding of

19    Lundi's role?

20         A.     She was the field rep, or sales rep,

21    also.

22         Q.     What discussions did you have with Shawn

23    Tabb?

24         A.     We talked about -- just the business, you

25    know, cars.
```

Page 93

1          Q.     I guess I'll ask you a more specific

2    question.

3                 Did you ever talk to Shawn Tabb about

4    your -- the terms of your floorplan?

5          A.     No.

6          Q.     So you never talked to him about the fees

7    or the interest?

8          A.     No.

9          Q.     Or how the floorplan would be paid?

10         A.     No.

11         Q.     And with Lundi, aside from the

12   conversations that we've already talked about, did you

13   have any other conversations with her about the terms

14   of your floorplan?

15         A.     Well, when we split, we had a

16   conversation about the floorplan staying there, and I

17   got this new floorplan.  So I had two.

18                I had that one, which stayed at Car Key,

19   and that would stay there and eliminate me from that,

20   and -- he signed on to that, and then we talked about

21   starting this new one.

22         Q.     And you said when we split.

23                Was that when Platinum became independent

24   from Car Key?

25         A.     Correct.

Page 94

1      Q.    And in that conversation with Lundi, was

2  that around the 2011 timeframe?

3      A.    That was probably -- yeah, 10, 11, when

4  they were switching over to '11.

5      Q.    So in this conversation with Lundi Touch

6  in 2010 or 2011, did you discuss the floorplan with

7  respect to interest and fees?

8      A.    No.

9      Q.    You mentioned having spoken to other

10  people at DSC whose names you don't really remember.

11         Did you talk to any of them about the

12  terms of your floorplan?

13      A.    No.

14      Q.    So is it fair to say the only

15  conversation from DSC that you had about the terms of

16  DSC floorplan was back in 2008 with Lundi Touch?

17      A.    Yes.

18      Q.    And was it your understanding that Lundi

19  Touch was dealing with people in your region?

20      A.    Yes.

21      Q.    She didn't deal with all dealers

22  nationwide, right?

23      A.    I don't know.

24      Q.    And what about Shawn Tabb?

25         Was he focused on your region?

Page 95

1        A.      I think so.  I'm not sure.

2        Q.      Okay.  And do you think that he was

3    working with dealers nationwide?

4        A.      I'm not sure.

5        Q.      Okay.  Now you're a plaintiff in this

6    lawful, and is it your contention that employees of

7    DSC or NextGear made false representations to you?

8        A.      Did they make false representations?

9        Q.      (Moves head up and down.)

10       A.      I don't think they were false.

11       Q.      Okay.  Are you suing based on something

12   that somebody said to you at some point?

13       A.      Someone said to me?

14       Q.      Uhm-hmm.

15       A.      Like, bad to me or something?

16       Q.      Well, or incorrect or?

17       A.      Yeah, just not informed correctly.

18       Q.      So are you saying they told you something

19   that was wrong?

20       A.      Not that they told me something that was

21   wrong, but they just didn't tell me -- didn't go over

22   thoroughly of what actually was there.

23       Q.      So do you believe that there was

24   something improper about how DSC charged interest on

25   the floorplan?

Page 96

1        A.      I think that if we were charged before

2    we -- if we were charged before we actually paid for

3    the vehicle, then, yeah.

4              I should have said it differently.   If

5    the interest started before.

6        Q.      So you're saying if interest started

7    running before you paid DSC for the vehicle?

8        A.      Before they paid.

9        Q.      Before DSC paid?

10       A.      Right.

11       Q.      Somebody else?

12       A.      Right.

13       Q.      So you think DSC should not have charged

14   interest before it transferred money to somebody else

15   for the vehicle that you purchased on your floorplan?

16       A.      Right, did you say that right?

17              Right.

18       Q.      Why was that improper?

19       A.      Because if I had -- if I purchased a

20   vehicle from the auction, and my -- and they didn't

21   pay for it right then and there, then I should not

22   have been charged interest.

23              I should have only been charged interest,

24   you know, only from the time that it's paid for, if

25   that clarifies anything.

Page 97

1          Q.     Do you think you were able to take the
2    car from the auction before DSC transferred money to
3    the auction?
4          A.     Do I think that I could have?
5          Q.     Did you?
6          A.     I don't know how it transpired.  When
7    I -- what the -- when I purchased the car, I thought
8    it was paid for right then and there.
9          Q.     Okay.
10         A.     And interest started.
11         Q.     But when you purchased the car using your
12   floorplan, you were able to take the car?
13         A.     Right.
14         Q.     Without putting any cash out of your own,
15   correct?
16         A.     Right, yes.
17         Q.     And you did not have any conversations
18   with anybody at DSC in which a DSC person told you
19   that -- anything about when interest and fees would
20   start to be charged, right?
21         A.     Right.
22         Q.     Did you ever ask about when interest
23   would be charged?
24         A.     I can't recall.
25                I don't think I did.

Page 98

1      Q.     What made you think that it was wrong for

2    DSC to charge interest, as it did?

3      A.     I just think that anywhere where you're

4    overcharged for something, that -- for anything, that

5    it's wrong.

6      Q.     But what made you, I guess, realize that

7    you thought you were being overcharged?

8      A.     Realize that they were charging interest?

9      Q.     (Witness moves head up and down.)

10     A.     I was told that, it happened to someone.

11     Q.     By whom?

12     A.     By him.

13     Q.     Who's him, are you --

14     A.     (Indicating.)

15     Q.     Are you --

16           MR. AIREY:  Object to form.  She can't

17   say what she -- you can't say anything that we talked

18   about.

19           THE WITNESS:  Oh.

20   BY MS. LEDBETTER:

21     Q.     Okay.  So prior to any conversations with

22   any lawyers, did you have any concerns about how DSC

23   was charging interest?

24     A.     No.

25     Q.     And when did you first speak with the

Page 99

1    lawyers in this case?

2        A.    I don't know if I can answer that.

3              MR. AIREY:  You can answer when.

4        A.    When I first -- yesterday.

5    BY MS. LEDBETTER:

6        Q.    But, I mean, when did you first speak

7    with any lawyers in this case, though?

8        A.    Oh, not -- any lawyer?

9              Ooh, a while ago, when they called me

10   about this.

11       Q.    But was that like this year, or was that

12   several years ago?

13       A.    It was this year, yes.

14       Q.    In 2016?

15       A.    Yes.

16       Q.    I think we talked about this a little

17   earlier, but you understood that DSC had a security

18   interest in your inventory, to secure its loans,

19   right?

20       A.    Yes.

21       Q.    What does that mean, in your

22   understanding that?

23       A.    That they had a security interest, that

24   they put their money out there, and they used the

25   vehicle as collateral.

Page 100

1      Q.     Did you ever have an issue with DSC

2  repossessing vehicles from you?

3      A.     Yes.

4      Q.     And when did that happen?

5      A.     Right around 2010 or '11.

6      Q.     Was that at Car Key or Platinum?

7      A.     Yes, Car Key.

8             It actually happened at both, because

9  when I recovered some of the Car Key cars that was --

10  that they were still looking for, then I took those to

11  Platinum, and they got -- they came and got those.

12     Q.     Let me see if I understand.

13            So you, while you were at the Car Key,

14  DSC repossessed some vehicles from Car Key?

15     A.     I wasn't there.

16     Q.     Okay.  So that was -- after the time that

17  you left Car Key, your understanding was DSC

18  repossessed vehicles from Car Key?

19     A.     Okay, yeah.  But what happened is some of

20  the cars were sold, out of trust, so they came and got

21  the other ones, and some of them, I found myself, and

22  I brought them to where I was at Platinum.

23     Q.     So who sold the cars out of trust?

24     A.     The other dealer/operator.

25     Q.     At Car Key?

Page 105

1          Q.      This is a document that's from the

2    records of NextGear that was prepared in this

3    litigation.

4                  MR. JURKIEWICZ:  Would you like to borrow

5    my glasses?

6                  THE WITNESS:  Yes.

7          A.      Okay.

8    BY MS. LEDBETTER:

9          Q.      And does this appear to be an accurate

10   list of the vehicles you floorplanned with DSC?

11                 MR. AIREY:  And, just to be clear, this

12   is something that was prepared since this litigation

13   has been filed.

14                 This isn't something that you would have

15   saw while you were in business, just to put it into

16   perspective.

17                 THE WITNESS:  Okay.  Now what's the

18   question.

19   BY MS. LEDBETTER:

20         Q.      And there's some on -- a little bit on

21   the back, as well.

22                 Does this appear to be an accurate list

23   of the vehicles that Platinum floorplanned with DSC?

24         A.      It looks like -- some of these cars, I'm

25   familiar, yes, but these look like Car Key cars.

Page 106

1          This doesn't look like -- I remember --
2     this doesn't look like stuff that Platinum did.
3          Q.    Okay.  I'll come to that in a second.
4          Does this look like it's about the right
5     number of vehicles that Platinum floorplanned with
6     DSC?
7          A.    It could be.
8          Q.    So if you take a look at the column
9     titled Seller Auction Name.
10         A.    Okay.  I'm there.
11         Q.    And if you look down a few lines, there
12    are several that list Car Key Auto as the seller or
13    auction?
14         A.    Yes, I see that.
15         Q.    Did you obtain cars from Car Key, and
16    then put them on the Platinum floorplan?
17         A.    No.  So you're saying -- say that again.
18         Q.    Did Platinum obtain from Car Key Auto and
19    put them on Platinum's floorplan?
20         A.    I think when we were transferring, I
21    think so.  I think so.
22               I'm not sure.
23         Q.    So you think when --
24         A.    Because I see this car here, and I
25    remember this car, this Lexus.  It was one of the cars

Page 107

1    that I recovered, and took to the lot, and I think

2    they took it back.

3                The other ones, I can't -- and this Jeep,

4    I remember these.  But these were -- most of these

5    cars look like they were on Car Key's lot, but,

6    anyway.

7         Q.    So you think that when you were

8    transitioning from Car Key to Platinum, you might have

9    taken some cars from Car Key's lot and put them on

10   Platinum floorplan?

11        A.    We did do that, but Lundi was there.  We

12   did that when we did the split, and I can't remember,

13   I just remember, when we did the split, we did do

14   that.

15        Q.    And then are you also saying that you

16   think some of those cars ended up being repossessed

17   because of something that Car Key did?

18        A.    Right.

19        Q.    And if you look further down on Seller

20   Auction Name, it says "Med Transit Auto Sales"?

21        A.    Yes.

22        Q.    Who is that?

23        A.    That's another dealer.

24        Q.    So did you purchase vehicles from Med

25   Transit Auto Sales and put those on your floorplan?

Page 108

1          A.     Yes.

2          Q.     And this document suggests that Platinum

3    only paid in full for about five vehicles out of about

4    20 that floorplanned with DSC.

5                 Does that sound right now?

6          A.     Only paid for?

7                 What do you mean?  Just paid them off?

8          Q.     Right.

9          A.     That could be right.

10         Q.     You mentioned that Car Key had sold cars

11   out of trust.

12                Did Platinum ever sell cars out of trust?

13         A.     I think so, yes.

14         Q.     Do you remember what the circumstances of

15   that were?

16         A.     I think they were -- these cars -- from

17   what I remember, we had split the cars, and I -- what

18   happened was the cars were there, and because we split

19   off, they put the debt on Platinum, I owed them this

20   debt because all was in my name.

21                So the bottom line is it all sold out of

22   trust from me, because they were all in my name.

23         Q.     And what's your understanding of selling

24   it out of trust?

25                What does that mean?

Page 109

1          A.      Selling the car, and not getting the

2    money, and not paying them in the timeframe.

3          Q.      Aside from those cars that came from Car

4    Key Auto, did Platinum ever sell any other cars out of

5    trust?

6          A.      No.

7          Q.      Do you know whether DSC ever declared

8    Platinum's line of credit in default?

9          A.      Yes.

10         Q.      When was that?

11         A.      I don't remember.

12         Q.      Do you have an approximate timeframe,

13    2011, 2012?

14         A.      Probably '12 maybe.

15                 It was shortly after this.

16         Q.      What led to that default?

17         A.      The cars being -- these cars being sold

18    out of trust.

19         Q.      Do you remember if you made any payments

20    that were returned for insufficient funds?

21         A.      No.

22         Q.      You don't think you did?

23         A.      No.

24         Q.      Do you know if there was anything else

25    that led to DSC declaring a default -- or declaring

Page 110

1    Platinum in default, excuse me?

2         A.    No, that was it.

3               Just pay the paperwork.  That was it.

4         Q.    Did Platinum have any issues with other

5    trade creditors around that same time?

6         A.    We didn't have any more creditors.

7         Q.    Did Platinum have any issues with

8    payments to auctions around that time?

9         A.    Auctions?  No.

10        Q.    Did Platinum have any problems being able

11   to pay at auctions?

12        A.    Yes.

13        Q.    When was that?

14        A.    I think right around -- probably '13.

15        Q.    So that was after the default with DSC?

16        A.    Yeah, somewhere around then.

17              I can't remember exactly.  Somewhere

18   between 12 and 13, or 11 or 12, somewhere in that --

19        Q.    Was that around the same time as the

20   default with DSC or --

21        A.    I don't think all of that was going on

22   around -- it was, like, snowballing at that point, so

23   it was around or after that time.

24              I don't really know exactly.

25        Q.    Was Platinum ever investigated by any

Page 111

1    police or government agency?

2         A.    No.

3         Q.    Never investigated by, like, the

4    Department of Motor Vehicles?

5         A.    No.

6         Q.    Have you ever -- well, has -- did

7    Platinum ever floor the same car more than once?

8         A.    Could have.

9         Q.    And how would that work?

10        A.    You would floor it, pay it off, and then

11   floor it again.

12        Q.    So you'd pay it off even if you hadn't

13   sold it, and then floor it again?

14        A.    Yeah.  Let's say the curtailment came up

15   and then you paid it off, and then if you needed

16   money, then you'd take it, and then you floor it

17   again.

18        Q.    Did you ever participate in any online

19   vehicle auctions?

20        A.    Yes.

21        Q.    And which auctions did you participate

22   in?

23        A.    IAA, Manheim, Richmond, Richmond,

24   Richmond Auto Auction.  That's probably about it.

25        Q.    And did you participate in those online

Page 112

1    auctions with Car Key or Platinum or both?

2         A.    Both, probably.

3         Q.    So Platinum participated with IAA,

4    Manheim, and Richmond?

5         A.    Right.

6         Q.    Did you floorplan vehicles that you

7    bought on those online auctions?

8         A.    Probably from Manheim only.  Maybe IAA --

9         Q.    Did you floorplan --

10        A.    Yeah.  Some of them.

11        Q.    Sorry.  I didn't mean to interrupt.

12              Did you floorplan those vehicles from IAA

13   and Manheim when you were at Platinum or when you were

14   at Car Key, or both?

15        A.    Probably both.

16              We did more online at Platinum, but

17   probably both.

18        Q.    Have you ever sold cars to another dealer

19   at an auction for a prearranged price?

20        A.    For a prearranged price?  I don't

21   understand.

22              At an auction?

23        Q.    (Moves head up and down.)

24        A.    There's no prearranged price.

25        Q.    So have you ever come to an agreement

Page 128

1    took a garnishment on it.

2              I couldn't understand why they took a

3    garnishment when I'm willing to pay -- you know, I was

4    making payments.  And then when she intervened, we

5    were going to have a forgive -- then they took a

6    garnishment.

7              I will pay.  If you give me a payment

8    plan, I'm going to pay, if I can.  So it was just a

9    shock to me that they did that.

10        Q.    Do you have a copy of the payment plan

11   that you entered with DSC?

12        A.    I don't.  You should have had that.

13              If you have this, they should have gave

14   you that.

15        Q.    Do you have a copy of it?

16        A.    I may.  I don't know if I have it on

17   hand.

18        Q.    Can you go back through your records --

19        A.    I will.

20        Q.    -- and see if you have a copy of that

21   payment plan, and if you have, can you give it to your

22   lawyer so he can produce it in this case?

23        A.    (Witness moves head up and down.)

24              I will.

25        Q.    Did you ever stop making payments under

Page 129

1    that payment plan?

2         A.    I did.

3         Q.    For how long did you stop making

4    payments?

5         A.    I'm not sure.

6               We were -- when I stopped, we were in

7    conversation of, you know, trying to get the

8    forgiveness.  So I called and, you know, tried to make

9    arrangements with them and they were trying to work

10   with me, I thought.

11        Q.    How much were you paying per month under

12   the payment plan?

13        A.    I don't.

14        Q.    Do you have a ballpark?

15        A.    I don't.

16        Q.    A thousand dollars, a hundred dollars?

17        A.    It was hundreds, maybe three, four.

18              I really don't remember.

19        Q.    How much did you pay off through that

20   payment plan?

21        A.    How much did I pay off?  I don't

22   remember.

23              I just know when I looked at these

24   numbers, and I was, like, no, this is too much.

25        Q.    So do you think you paid off closer to

Page 130

1   $1,000, $10,000, $50,000?

2        A.    When I looked at the number, I thought it

3   was 10,000 over, and that was a while back, but I'd

4   have to go back over the numbers and then I can --

5        Q.    Do you have records of the payments that

6   you made to DSC under the payment plan?

7        A.    I may.

8        Q.    Can you look for those records, and if

9   you find them, can you give them to your lawyer to

10  produce?

11       A.    I will.

12       Q.    Okay.  So you mentioned a garnishment.

13             Were your wages garnished?

14       A.    Yes.

15       Q.    And are your wages still being garnished?

16       A.    Yes.

17       Q.    Do you know how much, in total, was

18  deducted for your wages from the garnishment?

19       A.    No, but I have the records of that.

20       Q.    All right.  Would you give those to your

21  attorney?

22       A.    I surely can.

23       Q.    So as you sit here today, do you know how

24  much you owe to NextGear?

25       A.    No, I don't.

Page 131

1          Do you?

2          Q.    No.  As you sit here today, do you

3    believe that you still owe money to NextGear?

4          A.    Do I owe?

5                Yeah, I do, but I will say, under our

6    agreement, no, but because it was in my name, I have

7    to take responsibility, but if we can find Lundi, she

8    can release me of that, or if I can find those

9    documents that I signed to release me from that

10   contract, then, rightfully, I should not go.

11         Q.    So is it your view that the money you

12   owed to DSC is because of a debt of Car Key rather

13   than a debt of Platinum?

14         A.    Right, the majority of it.

15         Q.    Do you believe Platinum owes any money to

16   DSC?

17         A.    Yes, yes.

18         Q.    You've alleged in the amended complaint

19   in this case that NextGear blacklisted Platinum.

20               Are you familiar with that claim?

21         A.    Uhm-hmm, I mean, yes.

22         Q.    What's your understanding of how NextGear

23   blacklisted Platinum?

24         A.    Well, the understanding is once you owe

25   them, then they -- their connection with the auctions,

Page 132

1    and they put you on a list where you can't purchase

2    anymore.

3                 That's pretty much it.

4         Q.    Is your understanding that they put you

5    on a list that they will not floorplan vehicles for

6    you anymore, or is the list different than that?

7         A.    I think the list is comprised of more

8    than one thing.

9                 You can't buy from the auction, you can't

10   floorplan with them, you can't floorplan with other

11   floorplan companies.  So I don't think it's just one

12   thing.

13                I don't even know what blacklist is.  I

14   think it's a term that was given, so I don't know if

15   it's, like, a real term, but that's pretty much what

16   it consists of.

17        Q.    How did you first hear of this list?

18        A.    Well, I'm not sure.

19                I've heard it a few times, and I'm not

20   sure if it was my first encounter when I went and it

21   happened to me, but I know a lot of dealers have

22   talked about it.

23        Q.    So you learned about it from other

24   dealers?

25        A.    Yes.

Page 133

1       Q.     And you said -- you mentioned the first

2    time something happened to you --

3       A.     When I went to the auction, and that car

4    was gone, and then I couldn't purchase.

5       Q.     So the auction wouldn't let you purchase

6    a vehicle?

7       A.     Right.

8       Q.     Would they let you come into the auction?

9       A.     Yeah.  Well, I did have one.

10             When I was at Manheim, I couldn't even

11   get in.  They were, like, no, you couldn't even enter.

12      Q.     When was that?

13      A.     That was probably around '13.

14      Q.     Do you remember when in 2013?

15      A.     I don't.  Around '13, '14, so I don't.

16             I'm sure they have a record of it,

17   though.

18      Q.     Have there been any -- what auction, what

19   Manheim auction was that?

20      A.     I think that was Fredericksburg.

21      Q.     Have there been any other auctions that

22   you couldn't get into?

23      A.     Tidewater is the first one.

24      Q.     And what happened at Tidewater?

25      A.     That's when the car -- they couldn't find

Page 134

1    the vehicle, so they were just, like, you couldn't --

2    I couldn't purchase.

3         Q.    They couldn't find the vehicle; is that

4    what you said?

5         A.    Right.  They couldn't verify it.

6               When they came to do the audit, they

7    could not verify it.

8         Q.    Who's "they"?

9         A.    DSC.

10        Q.    Okay.

11        A.    When we could not verify the vehicle,

12   then -- I was at the auction when they were at the

13   dealership.

14              So I guess they called the dealership,

15   and was, like, no.

16              Car Key cannot buy until this vehicle is

17   verified.

18        Q.    This is what we talked about earlier?

19        A.    Correct.

20        Q.    There was a collateral audit, and at that

21   time you were at the auction, and because there was a

22   vehicle missing in the audit, you couldn't purchase a

23   vehicle using the floorplan, at the auction?

24        A.    Correct.

25        Q.    And this is when you were at Tidewater?

Page 135

1        A.      Tidewater Auto Auction, yes.

2        Q.      And it was also when you were at Car Key

3   Auto, right?

4        A.      Correct.

5        Q.      Do you remember when that happened?

6        A.      No.

7        Q.      Were you able to go back to Tidewater

8   after that and --

9        A.      Yes.

10        Q.      -- and buy cars?

11             Were you ever -- aside from that

12   situation, were you ever not allowed to buy cars at

13   Tidewater?

14        A.      I think so.  I think twice.

15             When we were switching over, and I was

16   under another dealership; and -- why couldn't we buy?

17   Something happened with the dealership and we could

18   not buy --

19        Q.      What dealership is that?

20        A.      -- but I don't know -- it's Top Notch

21   Auto.

22        Q.      So you were working for Top Notch Auto?

23        A.      I was a salesperson, yes.

24        Q.      And you were buying cars at auction --

25        A.      Correct.

Page 136

1        Q.      -- for Top Notch Auto?

2        A.      Yes.

3        Q.      And for some reason they wouldn't let you

4    buy cars?

5        A.      Yes, I can't remember the facts.

6        Q.      And when were you at Top Notch Auto?

7        A.      From '14 to '15.

8        Q.      And you don't know why you weren't able

9    to buy cars at Top Notch?

10        A.      No.  It was something going on.

11                I really don't know.

12        Q.      And was it that you couldn't buy cars at

13    all, or you couldn't put a car in your floorplan?

14        A.      I don't even know if they had a

15    floorplan.  I was a salesperson there.

16                I just know when we went to buy, we were

17    shut down, we couldn't go in.

18                It cleared up in a couple days, and we

19    could go, but I just remember that incident.

20        Q.      Okay.  So there was an incident that

21    happened when you were at Top Notch Auto, where you

22    couldn't buy cars, but then, once that was cleared up,

23    you could go back to the same auction and buy cars?

24        A.      Yes.

25        Q.      So when was the last time you bought cars

Page 137

1    at Tidewater Auto Auction?

2         A.      Probably 2015.

3                 Sometime in '15.

4         Q.      When you purchased cars at Tidewater,

5    were you able to pay in cash or check?

6         A.      Yes.

7         Q.      And that was throughout the time that you

8    were doing business at Tidewater?

9         A.      Yes.

10        Q.      And, I guess, during the time periods

11   that you had a floorplan, you could also use your

12   floorplan at Tidewater?

13        A.      Yes.

14        Q.      Is it your understanding that NextGear,

15   or DSC, has attempted to prohibit Platinum from

16   participating in auctions?

17        A.      I don't think me, per se.

18                I just think they have a deal with the

19   auction whereas if they have a issue with a certain

20   dealership, whatever that is, then they have an

21   agreement that they can shut you down.

22        Q.      And do you mean that DSC can prevent you

23   from buying vehicles on their floorplan?

24        A.      Yes, and -- yes, yes.

25        Q.      Can they do anything else?

Page 138

1          A.      I really don't know what their power is,

2     but from what I hear, they can keep you from buying at

3     the auction because of the relationship that they have

4     with the auctions.

5          Q.      And you're saying regardless of whether

6     you're buying using a floorplan?

7          A.      Right.

8          Q.      Have you ever experienced that?

9          A.      No.  I've just experienced where they

10    will not let me buy because of a vehicle -- of an

11    audit.

12         Q.      Where you couldn't buy on the floorplan

13    because of some of the collateral was missing?

14         A.      Yes.

15         Q.      Are you familiar with something called

16    the KL Book?

17         A.      The KL Book?

18         Q.      You've never heard of that before?

19         A.      The KL Book?

20                 No.  There are so many terms, I don't

21    know, I could have heard it, I don't know.

22                 What's in the book?

23         Q.      You're not familiar with the term, the KL

24    Book?

25         A.      No.

Page 139

1        Q.      Do you know what an auction insurance

2   agency is?

3        A.      What?

4        Q.      Do you know what an auction insurance

5   agency is?

6        A.      Auction insurance agency?

7                No.

8        Q.      Are you familiar with a company, Cox

9   Enterprises?

10       A.      No.

11       Q.      Do you know that they're a defendant in

12  this case?

13       A.      Yeah.

14       Q.      Are you familiar with Cox Automotive?

15       A.      No.

16       Q.      Are you aware that they're a defendant in

17  this case?

18       A.      Yes.

19       Q.      And do you know who John Wick is?

20       A.      No.

21       Q.      Do you know if he's a defendant in this

22  case?

23       A.      Do I know if he is?

24               I saw his name, but -- so I guess, yes.

25       Q.      Is it your understanding that there's

Page 140

1    some kind of agreement between Cox Enterprises, Cox

2    Automotive, John Wick and NextGear?

3         A.    That there's agreement with them?

4               I just know that they're all there.

5               I don't know what the agreement is.  I'm

6    not aware what that is.

7         Q.    And why did you sue Cox Enterprises?

8         A.    Why did I sue them?

9               I guess because they're part of NextGear.

10        Q.    Any other reasons?

11        A.    I don't know who they are.

12        Q.    Are you aware of anything that they've

13   done that you think is wrong?

14        A.    I don't know who they are, so I don't

15   know what they do.

16              So I can't say they did anything wrong,

17   so, no.

18        Q.    How about Cox Automotive?

19              Why did you sue them?

20        A.    I don't know who they are.

21        Q.    Well, you sued them.

22              Why did you sue them?

23        A.    I guess because they're connected to

24   NextGear.

25        Q.    Okay.  Are you aware of anything that Cox

Page 141

1    Automotive has done?

2          A.    I don't know what Cox Automotive does, to

3    say they didn't do anything wrong.

4          Q.    So you can't point to anything that you

5    believe Cox Automotive has done that's wrong?

6          A.    I don't know who they are, to say they'd

7    do anything wrong; do you understand?

8                I know who NextGear and DSC is, but I

9    don't know who they are.

10         Q.    Right.  So you don't know anything wrong

11   that they've done, that Cox Automotive has done?

12         A.    I don't know them, to say that they've

13   done anything wrong.

14         Q.    And what about John Wick?

15         A.    I don't know --

16         Q.    You don't know him?

17         A.    -- him.

18         Q.    And you don't know whether he's done

19   anything wrong or not?

20         A.    I don't know who he is, to say that he's

21   done anything wrong.

22         Q.    And you don't know why you sued him?

23         A.    I just know he's a part of this, so, I

24   guess that's why.

25         Q.    What's your understanding of -- what's he

Page 142

1    a part of?

2         A.    I don't -- all I know is he's on the

3    paperwork.

4              So I guess he's affiliated with NextGear

5    somehow, so that's why he's included.

6         Q.    And you don't know -- other than that,

7    you don't know any reason why he would be included in

8    the -- in this case?

9         A.    I don't know anything about him.

10        Q.    Are you aware of any benefit that

11   Platinum conferred on John Wick?

12        A.    You said what?

13        Q.    Did Platinum do anything that benefited

14   John Wick, to your knowledge?

15        A.    I don't know who he is.

16        Q.    And you don't know whether Platinum did

17   anything that benefited Cox Enterprises?

18        A.    No.

19        Q.    And you don't know whether Platinum did

20   anything that benefited Cox Automotive?

21        A.    No.

22        Q.    When was Platinum's last day of business?

23        A.    June of -- yeah, June of -- I know it's

24   been two years -- the 14th.

25        Q.    What was Platinum's net income at that

Page 143

1    time?

2          A.      I don't know.

3          Q.      What was Platinum's net income prior to

4    signing the Floorplan Agreement with DSC in 2011?

5          A.      I don't know.

6                  I'd have to look that up.

7          Q.      Do you have records that could tell you

8    Platinum's net income at both of those times?

9          A.      I may be able to come up with that.

10         Q.      How did Platinum's business change from

11   2011 to 2014?

12         A.      Well, it changed, far as -- we were using

13   mostly cash.

14         Q.      Throughout that whole time?

15         A.      Most of it.

16         Q.      Did Platinum's business grow from 2011 to

17   2014, or did it go up and down, did it shrink?

18         A.      We probably were -- we fluctuated a

19   little bit, as businesses do, but we didn't go too far

20   up or too far down.

21         Q.      Do you remember how much money you made

22   from Platinum at any point from 2011 to 2014?

23         A.      I would have to look at the taxes.  I

24   couldn't tell you exactly, but --

25         Q.      But that --

Page 144

1      A.      -- I have the records.

2      Q.      -- information should be reflected in

3  your tax returns?

4      A.      Yeah.

5      Q.      During 2011 through 2014 when you were

6  with Platinum, you had some side businesses here and

7  there, as well, right?

8      A.      Well, what were the "side businesses"?

9      Q.      You were getting income from other

10  sources, as well as Platinum?

11      A.      That was, like, my sole income.

12      Q.      Okay.  So your testimony is your sole

13  income from 2011 to 2014 all came from Platinum?

14      A.      No, it didn't all come from there, but

15  that was my sole income.

16              I sold a house here or there.

17      Q.      So you may have gotten income from other

18  sources --

19      A.      Yes.

20      Q.      -- from 2011 to 2014?

21      A.      Yes.

22      Q.      But I think you're saying that the

23  majority of your income during that time period came

24  from Platinum?

25      A.      Yes.

Page 145

1    Q.    How have you been damaged by the interest

2    charges that you think were wrong?

3    A.    Well, I just think that if it was money

4    taken from me, that I was wronged that way.

5    Q.    Do you know how much money was taken that

6    you think should not have been?

7    A.    I don't know the amount.

8    Q.    How would you figure that out?

9    A.    I don't know.

10   Q.    So you're suing NextGear in this case.

11         How much do you think NextGear owes you?

12   A.    I have no idea.

13   Q.    Do you have a ballpark?

14   A.    No, I don't.

15   Q.    Ten thousand, a hundred thousand, a

16   million dollars?

17   A.    I wouldn't even know how to start to

18   calculate, to figure out a number.

19   Q.    Now, do you think that you were damaged

20   by what you've referred to in the complaint as

21   blacklisting?

22   A.    Was I damaged by being blacklisted?

23   Q.    Uhm-hmm.

24   A.    No.  It was probably a day of work, just

25   being -- so I was damaged that way, but.