**Doug Moffett**

**From:** Samantha Snyder [ssnyder@discoverdsc.com]
**Sent:** Wednesday, March 27, 2013 3:37 PM
**To:** Doug Moffett
**Cc:** Amanda Robinson
**Subject:** Loss Reporting: Red Barn #61099
**Attachments:** 61099 RDR.pdf; 61099 cont.pdf

Doug,

Dealer: Red Barn
Donald B Richardson
Amount owed: $281,394.40
23 SOT vehicles, 7 NSFs

Dealer is not responsive to collection attempts.

Thank you,
Samantha Snyder | Risk Account Manager | 866.262.0073 ext 7 | ssnyder@nextgearcapital.com



Inventory Finance Solutions. Simplified.

nextgearcapital.com • 1320 City Center Drive, Suite 100 • Carmel, IN 46032 • 317.571.3721



1

**EXHIBIT 13-C**

NG_009411

## DSC Floorplan Application

| | |
|---|---|
| Exact Legal Name: Red Barn Motors, Inc. | |
| DBA Name: | |
| DBA Name: | |
| Requested Floorplan Amount: $200,000.00 | Business Type: Corporation |
| Federal Tax ID: | Dealer License #: | Expiration Date: 12/31/2011 |
| State of Incorporation of Residence: LA | State Organization ID: |
| Business Email: | |

### Address Information

| | | | |
|---|---|---|---|
| Address: 26007 La Hwy 16 | | | |
| Address: | | | |
| City: Denham Springs | State: LA | ZIP: 70726 | County: Livingston |
| Phone Number: | Fax Number: | | |
| Is Main Lot: Yes | Is Mailing Address: Yes | Has Physical Inventory: Yes | |

### Signer Information

| | | |
|---|---|---|
| Principle Name: Donald B Richardson | Title: President | % of Ownership: 100.00% |
| Home Address: | | |
| Home Address: | | |
| City: Denham Springs | State: LA | ZIP: 70726 | Own or Rent: Own |
| Home Phone: | Cell Phone: | SS#: | DOB: |
| Drivers License #: | | Expiration Date: | |

### Agreement

I hereby certify the information contained within this application and on any accompanying financial statements is true, complete, and accurate. I authorize DSC to obtain credit information from a credit bureau, and any financial institution or trade creditor that I have provided as well as any other credit investigation that DSC in DSC's sole discretion deems necessary. I also authorize DSC to contact any third parties and to disclose information including information contained in this application, for the purpose of among other things, obtaining inter-creditor agreements and perfecting DSC's security interest. By submission of this application, dealer expressly authorizes and agrees to accept all facsimile transmissions from DSC including, but not limited to, account information and promotional materials.

**Signatures**

Signature: /s/ Donald B Richardson, President     Date: 7/27/11

☑ New Contract   ☐ Line Modification   ☐ Annual Review   ☐ Account Change

**DSC ONLY:**
Home Branch: Baton Rouge

| Credit Limit Type: Retail (Buyer) | Credit Limit Amount: $200,000.00 |
|---|---|
| Terms: D60/30/30 -- F85/70/70 -- R4.5 -- C%10/20 | |

Receivable Detail Report



# Receivable Detail Report

| | | | |
|---|---|---|---|
| Region | Not Selected | Market | Not Selected |
| Business | Red Barn Motors, Inc.(61099) | Report Date | WED, 03/27/2013 04:35:45 PM |
| Exclude Default Dealers | False | Requested By | Samantha Snyder |
| Exclude Account Level Charges | False | Include Comments | No |

## Customer Profile

| | |
|---|---|
| Name: | Red Barn Motors, Inc. |
| Dealer Id: | 61099 |
| Address Line 1: | 26007 La Hwy 16 |
| Address Line 2: | |
| City, State, ZIP: | Denham Springs, LA 70726 |
| Phone: | |
| Fax: |  |

## Market Info & Account Profile

| | |
|---|---|
| Market: | Baton Rouge (180) |
| Market Phone: | |
| Dealer Status: | DL |
| Lot Audit: | Incomplete |
| Unapplied Funds: | $5.78 |
| Reserved Funds: | $.00 |



| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit: | Outstanding | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|

NG_009413

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit: | Outstanding | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|
| Retail (Buyer) | $200,000.00 | $100,000.00 | 03/29/2013 | $300,000.00 | $262,328.35 | $.00 | D60/30/30 -- F85/70/70 -- R4.5 -- C%10/20 |

**Total Line of Credit for Red Barn Motors, Inc. (61099)**

|  | $200,000.00 | $100,000.00 |  | $300,000.00 | $262,328.35 |  | $.00 |
|---|---|---|---|---|---|---|---|

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retail (Buyer) Inventory Detail for Red Barn Motors, Inc. (61099) | | | | | | | | | | | | | | | | |
| 10/19/12 | 159 | 01/17/13 | PFC | 2002 Chev Subu | Whi | 3GNEC16ZX2G339038 | 383 | FR | 03/18/13 | S | Oak View Auto Auction | $3,175.00 | $2,936.88 | $.00 | $155.00 | $55.51 |
| 10/19/12 | 159 | 01/17/13 | RHD | 2003 Ford Expl | Gre | 1FMZU67E53UC48740 | 385 | ST | 03/18/13 | S | Oak View Auto Auction | $5,445.00 | $5,036.63 | $.00 | $155.00 | $93.99 |
| 11/09/12 | 138 | 03/11/13 | RHD | 2002 Ford F350 | Red | 1FTWW32F92EA36190 | 411 | ST | 04/10/13 | S | Oak View Auto Auction | $5,075.00 | $2,923.20 | $.00 | $70.00 | $12.70 |
| 11/09/12 | 138 | 03/11/13 | RHD | 2005 Toyo Coro | Whi | 1NKBR32E45Z547504 | 412 | ST | 04/10/13 | S | Oak View Auto Auction | $6,495.00 | $3,741.12 | $.00 | $70.00 | $16.14 |
| 11/09/12 | 138 | 03/11/13 | SAU | 2005 Ford Free | Red | 2FMZA572X5BA09007 | 414 | FR | 04/10/13 | S | Oak View Auto Auction | $4,475.00 | $2,577.60 | $.00 | $70.00 | $11.15 |
| 11/09/12 | 138 | 03/11/13 | RHD | 2005 Scio xB | Whi | JTLKT324454009242 | 415 | ST | 04/10/13 | S | Oak View Auto Auction | $5,395.00 | $3,107.52 | $.00 | $70.00 | $13.47 |
| 11/09/12 | 138 | 02/07/13 | SAU | 2001 Niss Xter | Whi | 5N1ED28T61C533972 | 418 | TR | 03/11/13 | S | Oak View Auto Auction | $5,995.00 | $4,316.40 | $.00 | $70.00 | $55.79 |
| 11/09/12 | 138 | 03/11/13 | RHD | 2006 Satu Ion | Blu | 1G8AW15F06Z194615 | 419 | ST | 04/10/13 | S | Oak View Auto Auction | $4,375.00 | $2,520.00 | $.00 | $70.00 | $11.00 |
| 11/16/12 | 131 | 02/14/13 | PFC | 2002 Chev Mali | Red | 1G1ND52J62M563068 | 422 | FR | 03/18/13 | S | Oak View Auto Auction | $4,375.00 | $3,150.00 | $.00 | $70.00 | $35.03 |
| 11/16/12 | 131 | 02/14/13 | PFC | 2001 Ford Esco | Tan | 3FAFP13P41R140855 | 424 | FR | 03/16/13 | S | Oak View Auto Auction | $1,450.00 | $1,044.00 | $.00 | $70.00 | $12.19 |
| 11/16/12 | 131 | 02/14/13 | SAU | 2000 Pont Gran | Red | 1G2WJ52J2YF118235 | 426 | FR | 03/18/13 | S | Oak View Auto Auction | $1,950.00 | $1,404.00 | $.00 | $70.00 | $16.10 |
| 11/16/12 | 131 | 02/14/13 | PFC | 1999 Chev Mali | Gra | 1G1ND52M3X6100746 | 428 | SB | 03/18/13 | S | Oak View Auto Auction | $2,550.00 | $1,836.00 | $.00 | $70.00 | $20.78 |
| 12/06/12 | 111 | 03/06/13 | RHD | 2001 Toyo Aval | Whi | 4T1BF28B11U138368 | 439 | ST | 04/22/13 | S | Oak View Auto Auction | $4,875.00 | $4,143.75 | $.00 | $75.00 | $12.28 |
| 12/06/12 | 111 | 03/06/13 | RHD | 2000 Merc Gran | Whi | 2MEFM75W7YX622865 | 440 | ST | 04/22/13 | S | Oak View Auto Auction | $3,375.00 | $2,868.75 | $.00 | $75.00 | $8.59 |
| 12/07/12 | 110 | 03/07/13 | CUV | 2005 Dodg Dura | Sil | 1D4HD38K95F569404 | 445 | FR | 04/22/13 | S | Oak View Auto Auction | $7,810.00 | $6,638.50 | $.00 | $75.00 | $19.65 |
| 12/11/12 | 106 | 02/11/13 | PFC | 2002 Ford Expl | Blu | 1FMZU63E72UB46215 | 448 | FR | 03/13/13 | S | Louisiana's 1st Choice Auto Auction | $3,920.00 | $3,528.00 | $.00 | $140.00 | $42.31 |
| 12/11/12 | 106 | 02/11/13 | RHD | 2004 Dodg Cara | Sil | 1D4GP45R64B546212 | 449 | ST | 03/13/13 | S | Louisiana's 1st Choice Auto Auction | $3,620.00 | $3,258.00 | $.00 | $140.00 | $39.27 |
| 12/11/12 | 106 | 02/11/13 | RHD | 2001 Niss Fron | Sil | 1N6DD26S61C367587 | 450 | ST | 03/13/13 | S | Louisiana's 1st Choice Auto Auction | $6,140.00 | $5,526.00 | $.00 | $140.00 | $65.65 |
| 12/11/12 | 106 | 02/11/13 | RHD | 2006 Hond Odys | Gre | 5FNRL38726B417437 | 452 | ST | 03/13/13 | S | Louisiana's 1st Choice Auto Auction | $5,440.00 | $4,896.00 | $.00 | $140.00 | $58.33 |
| 12/11/12 | 106 | 02/11/13 | SAU | 2004 Ford F150 | Gra | 1FTPX12554NA00514 | 453 | FR | 03/13/13 | S | Louisiana's 1st Choice Auto Auction | $5,240.00 | $4,716.00 | $.00 | $140.00 | $56.15 |
| 12/21/12 | 96 | 02/19/13 | PFC | 2003 Toyo Tund | Whi | 5TBJN32153S333110 | 460 | FR | 03/21/13 | S | Oak View Auto Auction | $2,550.00 | $2,295.00 | $.00 | $140.00 | $22.65 |
| 12/21/12 | 96 | 02/19/13 | PFC | 2002 Ford Wind | Tan | 2FMZA51442BB37653 | 461 | FR | 03/21/13 | S | Oak View Auto Auction | $1,150.00 | $1,035.00 | $.00 | $140.00 | $10.66 |
| 12/28/12 | 89 | 02/26/13 | RHD | 2005 Ford Focu | Sil | 1FAFP34N35W301823 | 465 | ST | 03/28/13 | S | Oak View Auto Auction | $3,775.00 | $3,397.50 | $.00 | $70.00 | $26.62 |
| 12/28/12 | 89 | 02/26/13 | RHD | 2000 Merc Gran | Gol | 2MEFM74W1YX675681 | 467 | ST | 03/28/13 | S | Oak View Auto Auction | $4,375.00 | $3,937.50 | $.00 | $70.00 | $30.76 |
| 12/28/12 | 89 | 02/26/13 | RHD | 2003 Ford Must | Sil | 1FAFP40443F437586 | 470 | ST | 03/28/13 | S | Oak View Auto Auction | $4,775.00 | $4,297.50 | $.00 | $70.00 | $33.51 |
| 12/28/12 | 89 | 02/26/13 | SAU | 2003 GMC Sier | Gra | 2GTEK19T131305888 | 471 | FR | 03/28/13 | S | Oak View Auto Auction | $4,075.00 | $3,667.50 | $.00 | $70.00 | $28.59 |
| 01/11/13 | 75 |  | RHD | 2006 Xebr Zap | Gre | LAEMB24676G017300 | 472 | ST | 03/12/13 | S | Oak View Auto Auction | $2,350.00 | $2,350.00 | $.00 | $155.00 | $49.42 |
| 01/11/13 | 75 |  | SAU | 2001 Merc Vill | Gre | 4N2ZV11T51DJ11803 | 473 | FR | 03/12/13 | S | Oak View Auto Auction | $1,950.00 | $1,950.00 | $.00 | $155.00 | $41.35 |
| 01/11/13 | 75 |  | RHD | 2001 Chev S10 | Whi | 1GCCS14W518211872 | 476 | ST | 03/12/13 | S | Oak View Auto Auction | $2,550.00 | $2,650.00 | $.00 | $155.00 | $55.40 |

Report Run time: WED, 03/27/2013 04:35:45 PM

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/13 | 75 | | RHD | 2002 Buic Cent | Bro | 2G4WS52J621121190 | 477 | ST | 03/12/13 | S | Oak View Auto Auction | $2,450.00 | $2,450.00 | $.00 | $155.00 | $51.40 |
| 01/11/13 | 75 | | RHD | 1998 Ford E350 | Whi | 1FBSS31L8WHA35199 | 479 | ST | 03/12/13 | S | Oak View Auto Auction | $2,875.00 | $2,875.00 | $.00 | $155.00 | $59.87 |
| 01/25/13 | 61 | | SAU | 1997 Acur Inte | Whi | JH4DB7657VS007044 | 480 | FR | 03/26/13 | S | Oak View Auto Auction | $2,550.00 | $2,550.00 | $.00 | $155.00 | $42.90 |
| 01/25/13 | 61 | | PFC | 2004 Ford Free | Gol | 2FMZA51664BA76472 | 481 | FR | 03/26/13 | S | Oak View Auto Auction | $3,275.00 | $3,275.00 | $.00 | $155.00 | $54.62 |
| 01/25/13 | 61 | | RHD | 1996 Ford Expl | Gre | 1FMDU34X0TUB37169 | 482 | ST | 03/26/13 | S | Oak View Auto Auction | $2,250.00 | $2,250.00 | $.00 | $155.00 | $38.12 |
| 01/25/13 | 61 | | RHD | 2001 Toyo Camr | Whi | 4T1BG22K11U822052 | 484 | ST | 03/26/13 | S | Oak View Auto Auction | $3,275.00 | $3,275.00 | $.00 | $155.00 | $54.70 |
| 01/25/13 | 61 | | PFC | 2006 Chry 300 | Whi | 2C3KA43R66H363550 | 485 | FR | 03/26/13 | S | Oak View Auto Auction | $7,710.00 | $7,710.00 | $.00 | $155.00 | $126.34 |
| 01/25/13 | 61 | | RHD | 2005 Toyo Aval | Whi | 4T1BK36B85U006234 | 486 | ST | 03/26/13 | S | Oak View Auto Auction | $11,950.00 | $11,950.00 | $.00 | $155.00 | $194.98 |
| 01/25/13 | 61 | | RHD | 1997 Dodg Gran | Whi | 1B4GP44R5VB237005 | 487 | ST | 03/26/13 | S | Oak View Auto Auction | $3,575.00 | $3,575.00 | $.00 | $155.00 | $59.55 |
| 01/25/13 | 61 | | RHD | 2003 Niss Maxi | Gol | JN1DA31D33T510978 | 488 | ST | 03/26/13 | S | Oak View Auto Auction | $4,975.00 | $4,975.00 | $.00 | $155.00 | $82.19 |
| 01/25/13 | 61 | | PFC | 2000 Ford Must | Red | 1FAFP42X7YF123106 | 492 | TA | 03/26/13 | S | Oak View Auto Auction | $3,775.00 | $3,775.00 | $.00 | $155.00 | $62.71 |
| 02/01/13 | 54 | | RHD | 1998 Chev C350 | Blu | 1GBHC33R6WF047193 | 493 | ST | 04/02/13 | S | Oak View Auto Auction | $2,450.00 | $2,450.00 | $.00 | $85.00 | $36.51 |
| 02/01/13 | 54 | | RHD | 2008 Hyun Sona | Gre | 5NPET46C58H319642 | 494 | ST | 04/02/13 | S | Oak View Auto Auction | $4,775.00 | $4,775.00 | $.00 | $85.00 | $69.76 |
| 02/08/13 | 47 | | PFC | 2001 Chry PT C | Bla | 3C8FY4BB61T311458 | 496 | FR | 04/09/13 | S | Oak View Auto Auction | $3,575.00 | $3,575.00 | $.00 | $85.00 | $45.74 |
| 02/08/13 | 47 | | SAU | 2003 Chev Mali | Red | 1G1ND52J23M514905 | 497 | FR | 04/09/13 | S | Oak View Auto Auction | $2,750.00 | $2,750.00 | $.00 | $85.00 | $35.48 |
| 02/08/13 | 47 | | RHD | 2000 Mazd MPV | Blu | JM3LW28G5Y0108514 | 499 | ST | 04/09/13 | S | Oak View Auto Auction | $3,475.00 | $3,475.00 | $.00 | $85.00 | $44.58 |
| 02/08/13 | 47 | | PFC | 1999 Dodg Dura | Bla | 1B4HS28Z3XF690343 | 500 | FR | 04/09/13 | S | Oak View Auto Auction | $3,375.00 | $3,375.00 | $.00 | $85.00 | $43.25 |
| 02/12/13 | 43 | | RHD | 2005 Chev Mali | Whi | 1G1ND52FX5M127047 | 501 | ST | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $3,250.00 | $3,250.00 | $.00 | $85.00 | $38.13 |
| 02/12/13 | 43 | | RHD | 2005 Ford F150 | Gol | 1FTPX12565NA07635 | 502 | ST | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $5,245.00 | $5,245.00 | $.00 | $85.00 | $60.90 |
| 02/12/13 | 43 | | RHD | 1992 FORD F150 | Whi | 2FTDF15N2NCA39960 | 503 | ST | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $3,095.00 | $3,095.00 | $.00 | $85.00 | $36.45 |
| 02/12/13 | 43 | | RHD | 2002 Niss Alti | Gra | 1N4AL11D72C129864 | 505 | ST | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $5,245.00 | $5,245.00 | $.00 | $85.00 | $60.90 |
| 02/12/13 | 43 | | RHD | 1998 Satu S-Se | Gol | 1G8ZH5289WZ232501 | 506 | AS | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $2,195.00 | $2,195.00 | $.00 | $85.00 | $26.13 |
| 02/15/13 | 40 | | RHD | 2002 Ford Expl | Blu | 1FMZU62E92ZB36497 | 507 | ST | 04/16/13 | S | Oak View Auto Auction | $3,675.00 | $3,675.00 | $.00 | $85.00 | $40.03 |
| 02/15/13 | 40 | | SAU | 1995 Life boat | Whi | 4H7BA2010SK002752 | 508 | FR | 04/16/13 | S | Oak View Auto Auction | $6,900.00 | $6,900.00 | $.00 | $85.00 | $74.05 |
| 02/15/13 | 40 | | SAU | 2002 Chev Silv | Whi | 1GCEC19T32Z214740 | 509 | FR | 04/16/13 | S | Oak View Auto Auction | $8,910.00 | $8,910.00 | $.00 | $85.00 | $95.30 |
| 02/15/13 | 40 | | SAU | 2001 Mazd MX-5 | Gre | JM1NB353110214002 | 510 | FR | 04/16/13 | S | Oak View Auto Auction | $5,295.00 | $5,295.00 | $.00 | $85.00 | $57.08 |
| 02/15/13 | 40 | | RHD | 1999 GMC C/K1 | Whi | 1GTEC14W5XZ520637 | 511 | ST | 04/16/13 | S | Oak View Auto Auction | $2,850.00 | $2,850.00 | $.00 | $85.00 | $31.30 |
| 02/15/13 | 40 | | RHD | 2005 Ford Expe | Gre | 1FMPU17575LA75760 | 512 | ST | 04/16/13 | S | Oak View Auto Auction | $5,395.00 | $5,395.00 | $.00 | $85.00 | $58.21 |
| 02/15/13 | 40 | | RHD | 1994 Mazd MX-6 | Red | 1YVGE31D2R5164539 | 513 | ST | 04/16/13 | S | Oak View Auto Auction | $2,850.00 | $2,850.00 | $.00 | $85.00 | $31.23 |
| 02/15/13 | 40 | | RHD | 2000 Toyo 4Run | Sil | JT3GM84R2Y0058136 | 514 | ST | 04/16/13 | S | Oak View Auto Auction | $4,775.00 | $4,775.00 | $.00 | $85.00 | $51.64 |
| 02/15/13 | 40 | | RHD | 2006 Ford Taur | Sil | 1FAFP53U66A224657 | 515 | ST | 04/16/13 | S | Oak View Auto Auction | $3,700.00 | $3,700.00 | $.00 | $85.00 | $40.21 |
| 02/27/13 | 28 | | RHD | 2001 Pont Gran | Red | 1G2WP52K41F229981 | 516 | ST | 04/29/13 | S | Louisiana's 1st Choice Auto Auction | $3,925.00 | $3,925.00 | $.00 | $85.00 | $29.85 |
| 02/27/13 | 28 | | RHD | 2000 Chev Taho | Sil | 1GNEC13TXYJ149179 | 517 | ST | 04/29/13 | S | Louisiana's 1st Choice Auto Auction | $6,245.00 | $6,245.00 | $.00 | $85.00 | $46.91 |
| 02/27/13 | 28 | | RHD | 2000 GMC Yuko | Gra | 3GKEC16T9YG208331 | 518 | ST | 04/29/13 | S | Louisiana's 1st Choice Auto Auction | $4,225.00 | $4,225.00 | $.00 | $85.00 | $32.06 |
| 03/01/13 | 26 | | RHD | 2002 Jeep Libe | Bla | 1J4GK48K02W315445 | 519 | ST | 04/30/13 | S | Oak View Auto Auction | $3,675.00 | $3,675.00 | $.00 | $85.00 | $26.00 |
| 03/01/13 | 26 | | RHD | 2000 Hond Odys | Whi | 2HKRL1850YH613917 | 520 | ST | 04/30/13 | S | Oak View Auto Auction | $2,900.00 | $2,900.00 | $.00 | $85.00 | $20.67 |
| 03/01/13 | 26 | | RHD | 2005 Dodg Neon | Whi | 1B3ES56C35D157540 | 521 | ST | 04/30/13 | S | Oak View Auto Auction | $2,850.00 | $2,850.00 | $.00 | $85.00 | $20.35 |

Report Run time: WED, 03/27/2013 04:35:45 PM

| Floor Date | Last Days Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/13 | 26 | RHD | 2000 Toyo Camr | Whi | 4T1BF28K6YU937900 | 522 | ST | 04/30/13 | S | Oak View Auto Auction | $5,195.00 | $5,195.00 | $.00 | $85.00 | $36.44 |
| 03/01/13 | 26 | RHD | 1994 Toyo Camr | Gol | 4T1SK12E2RU420118 | 523 | ST | 04/30/13 | S | Oak View Auto Auction | $3,275.00 | $3,275.00 | $.00 | $85.00 | $23.17 |
| 03/01/13 | 26 | RHD | 2005 Dodg Neon | Sil | 1B3ES56C95D158062 | 524 | ST | 04/30/13 | S | Oak View Auto Auction | $1,850.00 | $1,850.00 | $.00 | $85.00 | $13.40 |
| **Total Retail (Buyer)** | | | | | | | | | | | $285,405.00 | $262,328.35 | $.00 | $7,130.00 | $3,007.05 |

Unit Count: 69

Report Run time: WED, 03/27/2013 04:35:45 PM