**Ute Brandt**

| | |
|---|---|
| From: | Ute Brandt |
| Sent: | Friday, November 16, 2012 8:41 AM |
| To: | mafs-aiaclaims@manheim.com; Brandon Walton; 'Christine Bonatz'; 'Sandra Lopitz' |
| Cc: | 'jamie.sims@manheim.com'; 'john.mcnitt@manheim.com'; 'mark.ford@manheim.com'; 'donna.kronauer@manheim.com'; 'john.smithson@manheim.com'; 'karen.myers@manheim.com'; 'Carter, Jimmy (MAN-Corporate)'; 'Amoss, David (MAN-Corporate)'; 'Bryant, Holly (MAN-Corporate)' |
| Subject: | LOUA - Self-insurance fund claim notification - Prior approved 988814 |
| Attachments: | LOUA. MATTINGLY AUTO SALES.xlsx |

We have received and approved the following claim under your self-insurance fund:

Manheim Louisville

Dealer: Mattingly Auto Sales - AA# 5077463
Owner: Barry Mattingly - AA# 100163353
MAFS# 988814

Claim# M12-1201409
Type: MAFS
Amount: $4,332.00 being 50% of total loss of $8,664.00
Most recent floor date: 3/5/2012

Please see attached spreadsheet.

Sincerely,
 Ute Brandt
Ph: (205) 414-2608
Fx: (205) 414-2679



*IMPORTANT NOTICE: This e-mail, including attachments, may be confidential or privileged communication intended for the exclusive use of the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this e-mail, is strictly prohibited. If you think that you may have received this e-mail in error, please notify the sender of the error by reply e-mail, and then delete this e-mail immediately*

**EXHIBIT 13-E**      NG_009417

# CLAIM ANALYSIS

AUCTION: MANHEIM LOUISVILLE
REGION: 7
MARKET: NORTH CENTRAL
MARKET VP: MARK FORD

DEALER: MATTINGLY AUTO SALES
AA#: 5077463
OWNER: BARRY MATTINGLY
AA#: 100163353
MAFS #: 988814

LOSS TYPE: MAFS

DATE AIA NOTIFIED: 08/15/12
DATE CLAIM FILED: 11/14/12

| # | SALE DATE | FLOOR DATE | TITLE DATE | DEPOSIT DATE | STATUS | VEHICLE | LAST 6 | LOAN | CHARGES | CURT | RESALE | LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/29/12 | 3/5/12 | N/A | N/A | O/S N | 94 GMC 1500 | 525562 | $ 10,830.00 | $ - | $ 2,166.00 | $ - | $ 8,664.00 |
| | | | | | | | | $ 10,830.00 | $ - | $ 2,166.00 | $ - | $ 8,664.00 |

RESERVES: $ -
TOTAL LOSS: $ 8,664
COVERAGE: 50%
DUE ACTION $ 4,332

* Total loss reported from PLW: $9,180.38
* Total due auction per Manheim self ins fund: $ 4,332

MB/DMM AIA HANDLER

JAMIE SIMS
jamie.sims@manheim.com
mafs-aiaclaims@manheim.com
JOHN MCNITT
john.mcnitt@manheim.com
MARK FORD
mark.ford@manheim.com
DONNA KRONAUER
donna.kronauer@manheim.com
JOHN SMITHSON/KAREN MYERS
john.smithson@manheim.com
karen.myers@manheim.com
CHRISTINE BONATZ
christine.bonatz@manheim.com

# MAFS PROJECTED LOSS WORKSHEET

**This Form is to be completed immediately upon discovery of a potential loss. Send to Home Office and AIA.**

Send via email to the names listed below and include the most recent inspection report.
A revised PLW should be submitted at least every 30 days or when changes and/or new developments occur.

To: MAFS-PLW@Manheim.com; DMcBrayer@auctioninsurance.com; BrentG@auctioninsurance.com

From: **Donna Kronauer**
Auction: **Manheim Louisville**

Dealer: **Mattingly Auto Sales**
Dealer #: **988814**

### DEALERSHIP INFORMATION:

Name of Dealership: Mattingly Auto Sales  Phone No.: [redacted]
Address of Dealership: [redacted] Hardinsburg KY 40143

Name of Owner/Guarantor: Barry Mattingly  Phone No.: [redacted]
Rep #: 100163353  Cell No.: [redacted]
Home Address: [redacted] Hardinsburg KY 40143

Individual Representing Dealership: Barry Mattingly  Phone No.: [redacted]
Rep #: 100163353  Cell No.: [redacted]

## LOSS SUMMARY:

### TYPE OF TRANSACTION:

| | | | |
|---|---|---|---|
| 90 Day | x | Big Truck | |
| 45 Day | | RVP | |
| For MAFS Losses Only: Principle | $8,664.00 | Interest $246.38 | Admin. Fee $270.00 |
| # Of Units | 0 | | |
| Total Gross Outstanding | $9,180.38 | | |

| BREAKDOWN / DETAIL | # of Units | $ Outstanding | Actual Proceeds | Anticipated Proceeds | Gain/Loss on Sale |
|---|---|---|---|---|---|
| 1. Units Recovered --- Balance Due | | $0.00 | $0.00 | | $0.00 |
| 2. Units Recovered --Not Sold | | $0.00 | | $0.00 | $0.00 |
| 3. Units --Not Yet Recovered | | $9,180.38 | | $0.00 | ($9,180.38) |
| Units Sold Out of Trust (SOT) | | $0.00 | | $0.00 | $0.00 |
| Returned Checks on MAFS | | $0.00 | | $0.00 | $0.00 |
| Subtotal Projected Loss: | | | | $0.00 | ($9,180.38) |
| Collateral vehicles sold: | | | | | $0.00 |
| Reserves | | | | | $0.00 |
| Projected Loss | 0 | $9,180.38 | | | $9,180.38 |

### Provide the following information:

PLW #1: Steps auction has taken to minimize loss prior to submitting PLW #1.
PLW #1+: Details on; (1) units recovered/not sold, (2) units not yet recovered, (3) any NSF, (4) recovery of dealer owned inventory, (5) details of potential "Work-out" (requires Home Office approval), and any other relevant information pertaining to the loss.

This is the final claim for Mattingly Auto Sales. AIA Claim to follow, dealer is not responsive to calls. Barry Mattingly in KO Book and Master 19. Barry states left unit in front lot, was never checked in at the auction or located.

Prepared by: **Donna Kronauer**  Date: 11/12/12

### Attach following items upon submitting claim to AIA:
1. Attach Bad Check or Draft (include any Bank Memorandum regarding reason for returns and/or Protest Notices received).
2. Copy of Bill of Sale or any Resale Bills of Sale if applicable
3. Copy of Floor Plan Inquiry for all MAFS losses
4. Copy of dealer registration and rep authorization documents.
5. Copy of any material from original investigation (such as letter of reference from dealer's bank).

# INSURANCE CLAIM FORM

REPORT ALL LOSSES TO:    AUCTION INSURANCE AGENCY, INC.    2200 Woodcrest Place, Ste. 100
P.O. Box 530250
Birmingham, AL 35253
Telephone: (205) 877-4500
Fax:    (205) 414-2679

Auction __Manheim Louisville__ Sale Date _____

Amount of Claim: __9,180.38__

Type of Transaction: Regular____ MAFS: 45 Day____ 90 Day __X__ Manheim Plus____ Other____

For MAFS Losses Only: Principle __8,664.00__ Interest thru date claim is filed __246.38__ Admin. __270.00__

VEHICLE DESCRIPTION Year __1994__ Make/Model __GMC K1500__ Serial No. __1GTDC14Z2RZ5255 62__
(Attach list if multiple vehicles)

**INFORMATION ABOUT BUYER**

Name of Dealership __Mattingly Auto Sales__    Business Phone No. ▆▆▆▆▆▆

Name of Owner of Dealership __Barry Mattingly__    Home Phone No. ▆▆▆▆▆▆

Address of Dealership ▆▆▆▆▆▆ __Hardensburg Ky 40143__

Home Address of Owner __Same as above__

Name of Individual Representing Dealership in this Purchase __Gary Mattingly__

Attach Following items:
1. Attach Bad Check or Draft (including any Bank Memorandum regarding reason for being returned and any Protest Notices received).
2. Copy of bill of sale or any resale bills of sale if applicable
3. Copy of Floor Plan Inquiry for all MAFS losses
4. Copy of dealer registration and rep authorization documents.
5. Copy of any material from original investigation (such as letter of reference from dealer's bank).

**REMARKS:**

NG_009420

**ABC Bowling Green**
555 Bluegrass Farms Blvd
Bowling Green, KY 42104
Ph (270)781-2422 Fax (270)781-5361

| YEAR | MAKE | MODEL | SALE DATE | LANE/RUN |
|---|---|---|---|---|
| 1994 | GMC | C/K1500 | 02/29/2012 | 2 - 102 |

| VIN | BODY | INVOICE # |
|---|---|---|
| 1GTDC14Z2RZ525562 | REG CAB | 160235 |

| STOCK # | COLOR | ENGINE | EQUIPMENT |
|---|---|---|---|
| 072201 | RED | 4.3L V6 FI | |

**SELLER**
02-0426
BLUEGRASS AUTOMOTIVE
1213 LILAC RD.
LEITCHFIELD, KY 42754
()-
153412043

5012833

**BUYER**   Check
13-0348   189
MATTINGLY AUTO SALES

HARDINSBURG, KY 40143

BARRY MATTINGLY

AUCTIONEER: THOMPSON JR.
BLK CLERK: JOEY

| TITLE STATE & NUMBER | TITLE RECEIVED | BUYER PAYMENT DATE: 2/2/12 | OFFICE CLERK | SOLD TIME 17:53:46 |
|---|---|---|---|---|

☐ CK  ☐ CASH  ☑ DRAFT

| TITLE DISTRIBUTED DATE: | SELLER CK & DATE 54157 | DISCLOSURES: MILES TMU, | ANNOUNCEMENTS: (A)ODCHECK 2 |
|---|---|---|---|

Mail:  Call:  Hold:  PkUp:

MAFS-LOUISVILLE
MAFS

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

☐ Vehicle is EXEMPT from reporting requirements.

I, (seller name) _____ state that the odometer now reads (mileage) miles (no tenths) and to the best of my knowledge, that it reflects the actual mileage of the vehicle described, unless one of the above statements is checked.   150998

MILEAGE: XX
ODOMETER TYPE: ☐ 5 DIGIT  ☐ 6 DIGIT

- DOCUMENT NOT VALID FOR EXPORT
- EXCEPT AS OTHERWISE STATED IN THE AUCTION'S POLICY AND PROCEDURES MANUAL, ABC DISCLAIMS ANY AND ALL WARRANTIES ON THE VEHICLE WHETHER EXPRESS OR IMPLIED.
- ABC DISCLAIMS ALL LIABILITY FOR THEFT OR PROPERTY DAMAGE TO VEHICLES LEFT ON ABC PROPERTY.
- PURCHASER AND SELLER AGREE THAT ABC IS ACTING AS A BROKER AND EACH PARTY AGREES TO INDEMNIFY AND HOLD ABC HARMLESS FROM AND AGAINST ANY AND ALL LIABILITY ARISING FROM THIS TRANSACTION.
- SEE REVERSE SIDE OF THIS CONTRACT FOR OTHER IMPORTANT TERMS AND CONDITIONS

| SALE PRICE $ | 10,600.00 |
|---|---|
| BUYER FEE $ | 230.00 |
| DRAFT FEE $ | 0.00 |
| CUST CHGS $ | 0.00 |
| MISC FEES $ | |
| TOTAL DUE $ | 10,830.00 |

SELLER SIGNATURE:
PRINTED NAME OF SELLER:

BUYER SIGNATURE: *signed* B. Mattingly
PRINTED NAME OF BUYER:

NG_009421

```
11/12/12  16:48:44                    FLOOR PLAN INQUIRY              RMENU RHEAD LOUA

Work Order #: 5012833     Lease Account #
Dealer#: 0988814 MATTINGLY AUTO SALES
Fax:                                                                          XABG
Vehicle Description:
 1994 GMC       1500 SIERRA           RED        1GTDC14Z2RZ525562
 12. Floor Planning Finance Information

     Date                                                                 Retail
 R#  Entered    Description                                          L    Price
 1   3/05/2012  FLOOR PLAN AMOUNT                                         10830.00
 2
 3   3/01/2012  INT(+027 DAYS @ 05.25%)P+2.00                                44.22
 4
 5   4/01/2012  INT(+030 DAYS @ 05.25%)P+2.00                                47.38
 6   5/01/2012  INT(+031 DAYS @ 05.25%)P+2.00                                42.33
 7   5/10/2012  CURTAILMENT                                               2166.00-
 8   6/01/2012  INT(+030 DAYS @ 05.25%)P+2.00                                37.90


 F3=Exit     F5=Loan Summary     F8=Expanded Detail    F12=Previous
```

11/12/12   16:48:44          **FLOOR PLAN INQUIRY**          RMENU RHEAD LOUA

Work Order #: **5012833**   Lease Account #
Dealer#: **0988814 MATTINGLY AUTO SALES**
Fax:                                                              **XABG**
Vehicle Description:
**1994 GMC      1500 SIERRA           RED        1GTDC14Z2RZ525562**
12. Floor Planning Finance Information

| R# | Date Entered | Description | | Retail Price |
|---|---|---|---|---|
| 9 | | | L | |
| 10 | 7/01/2012 | INT(+002 DAYS @ 05.25%)P+2.00 | | 2.53 |
| 11 | 8/01/2012 | INT(+057 DAYS @ 05.25%)P+2.00 | | 72.02 |
| 12 | | | | |
| 13 | 8/28/2012 | **CURTAILMENT** | | 9180.38- |

F3=Exit   F5=Loan Summary   F8=Expanded Detail   F12=Previous

NG_009423

```
11/12/12  14:00:22           DISPLAY ACCOUNTS RECEIVABLE           LOUA  Paid
988814 MATTINGLY AUTO SALES           HARDINSBURG                  Due   9,180.38
Position to Inv. Date
Invoice #   Prtd Inv Universal Key    Last 6 HP Check#   T   Amount        GST
168765                                                    085  9,180.38    .00
 Dates: Inv 9/27/2012 Entered 9/27/2012 Billed 10/30/2012 PD
  Model Yr:       Model:           G/L # 121900 W O #              A/D X
  Explanation 525562 WO#5012833 LOSS ON ACCOUNT                    RFL R NUL U
           VIN
              Vendor#              Misc Info

F1=Help   F3=Exit   F5=Notes   F6=Print   F8=Display Standard Info.   F12=Previous
```

NG_009424

## COMMONWEALTH OF KENTUCKY
## TRANSPORTATION CABINET
## CERTIFICATE OF TITLE

| TITLE NO. | YEAR | MAKE | MODEL NAME | VIN/HIN | TITLE TYPE | MODEL NO. |
|---|---|---|---|---|---|---|
| 121310560033 | 94 | GMC | SIERRA | 1GTDC14Z2RZ525562 | TRANSFER | C14 |

| BODY TYPE | COLOR | NO. CYL | ODOMETER | MOTOR NO. | WEIGHT | PREV. TITLE NO./STATE |
|---|---|---|---|---|---|---|
| PK | RED | 06 | 150998 | | 3586 | 120650140003 KY |

| KY NO. | BOAT TYPE | LENGTH | BEAM | CAPACITY | HULL MATERIAL | PROPULSION |
|---|---|---|---|---|---|---|

**OWNER(S) NAME**
DATE OF ISSUE 05/10/12    FUEL    USAGE TAX PAID 0.00

M93-1
MATTINGLY AUTO SALES INC
8267 DIXIE HWY
LOUISVILLE KY 40258-1247

REMARKS
T-O
BRAND(S)

** NOT ACTUAL MILEAGE **

FIRST LIENHOLDER                                                                    SECOND LIENHOLDER

MANHEIM LOUISVILLE
5425 HIGHWAY 31 E
CLARKSVILLE
IN 47129

| | FIRST LIEN | | | SECOND LIEN | |
|---|---|---|---|---|---|
| Notation No. B12B105 | | County JEFF | Notation No. | | County |
| Filing Date 05-10-12 | | | Filing Date | | |
| Released By: | | | Released By: | | |
| County Clerk's use Only Date | | | County Clerk's use Only Date | | |

I certify that the Department of Vehicle Regulation has exercised due diligence in examining an application for a certificate of title for the above-described vehicle and to the best of our knowledge and belief the applicant whose name appears above is the lawful owner of the apparently legitimate vehicle described herein.

Thomas O. Zawacki    (STATE SEAL)    CONTROL NO. C17893015

Commissioner, Department of Vehicle Regulation

49 USC SEC. 32705 AND KRS 190.300 REQUIRE THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING FALSE STATEMENT, MAY RESULT IN PENALTIES.

**FIRST DEALER ASSIGNMENT**

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee):

DEALER ONLY

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****

Odometer Reading _____ (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Transferor(s) Signature(s) _____ (Seller) To be notarized    Transferee(s) Signature(s) _____ (Owner)
Transferor(s) Printed Name(s) _____ (Seller)    Transferee(s) Printed Name(s) _____ (Owner)
Date of Transfer _____ Seller Dealer No. _____    Purchasing Dealer No. _____

Attesting Official _____ Title _____
Subscribed and sworn before me this ___ day of ___ 20 ___ My commission expires ___    NOTARY PUBLIC

**SECOND DEALER ASSIGNMENT**

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee):

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****

Odometer Reading _____ (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Transferor(s) Signature(s) _____ (Seller) To be notarized    Transferee(s) Signature(s) _____ (Owner)
Transferor(s) Printed Name(s) _____ (Seller)    Transferee(s) Printed Name(s) _____ (Owner)
Date of Transfer _____ Seller Dealer No. _____    Purchasing Dealer No. _____

Attesting Official _____ Title _____
Subscribed and sworn before me this ___ day of ___ 20 ___ My commission expires ___    NOTARY PUBLIC

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS, OR MUTILATIONS. MUST BE COMPLETED IN BLUE OR BLACK INK. 49 USC SEC. 32705 AND KRS 190.300 REQUIRE THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING FALSE STATEMENT, MAY RESULT IN PENALTIES.

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

NG_009425

"TRANSFER OF TITLE BY OWNER": 49 USC SEC. 32705 AND KRS 190.300 REQUIRE THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING FALSE STATEMENT, MAY RESULT IN PENALTIES.

## TRANSFER OF TITLE BY OWNER

The undersigned owner hereby certifies that the vehicle described in the title has been transferred to the following (print name and address of the transferee):

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****

❏ 1. The mileage stated is in excess of its mechanical limits.
❏ 2. The odometer reading is not the actual mileage. **WARNING - ODOMETER DISCREPANCY**

Odometer Reading (no tenths)

Transferor(s) Dealer/Agent Signature(s)

Transferee(s) Signature(s)

Transferor(s) Dealer/Agent Printed Name(s)

Transferee(s) Printed Name(s)

Date of Transfer _____

Subscribed and sworn before me this _____ day of _____ 20 _____ My commission expires _____

NOTARY PUBLIC

## APPLICATION FOR TITLE/ AFFIDAVIT OF TOTAL CONSIDERATION

### BRAND DISCLOSURE

Check appropriate Block if:    ❏ Rebuilt Vehicle    ❏ Water Damaged    ❏ Hail Damaged
When Block is checked and title does not include brand, provide jurisdiction _____ and title number _____ where previous brand was issued.

| Sale Price $ | Trade in $ | Net Cost $ | Tax $ |

TRADE IN

| | Make | Year | Vin No. | Title No. |
| | Make | Year | Vin No. | Title No. |

Date of Sale

USAGE TAX

Seller and buyer certify pursuant to the penalty provisions of KRS 190.990 (5), that each has supplied true and correct total consideration information to the best of his knowledge and belief, in this document, including the above affidavit.

NAME OF SELLER OR TRANSFEROR    DEALER NO.    NAME OF OWNER/BUYER    S.S.#    BIRTH MO.

STREET ADDRESS    PHONE NO.    NAME OF OWNER/BUYER    S.S.#    BIRTH MO.

CITY    COUNTY    STATE    ZIP    ADDRESS

CITY    COUNTY    STATE    ZIP

I (❏ have) (❏ have not) applied for a loan in connection with the vehicle described herein and if not, I (❏ will) (❏ will not) apply for a loan with in 30 days of this application.

LESSEE NAME OR OTHER    FIRST LIENHOLDER

LESSEE ADDRESS    ADDRESS

CITY    COUNTY    STATE    ZIP    COUNTY LIEN TO BE FILED IN

Transferee(s)    Signatures(s)

Transferor(s)    Signature(s)    Transferee(s)    Signatures(s)

Transferor(s)    Signature(s)    Attesting Official    Title

Attesting Official    Title    Subscribed and sworn to before me this _____ day of _____ 20 _____

Date of Transfer _____    My Commission Expires _____

Subscribed and sworn to before me this _____ day of _____ 20 _____

My Commission Expires _____

### COUNTY CLERK USE ONLY

| TYPE APPLICATION | DATE OF ISSUANCE | TITLE NO. | PLATE NO. |

I certify subject to the penalty provisions of KRS 190.990 (5) that I have reviewed this application and the documents supporting it and that the same are present and consistent with this application; that I received the application on the date and time indicated hereon and that the fees were collected as indicated. I further certify that the required information has been entered into the automated vehicle identification system (AVIS).

SIGNATURE & TITLE AND ISSUER

I certify that the lien indicated to be filed has been noted into the automated system and that a title will be withheld for 30 days, or until financing statement and fees required are received, whichever occurs first.

SIGNATURE _____    COUNTY _____    DATE _____    TIME _____

DATE _____

49 USC SEC. 32705 AND KRS 190.300 REQUIRE THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING FALSE STATEMENT, MAY RESULT IN PENALTIES. NOTICE: ANY ALTERATIONS OR ERASURES VOIDS THE ASSIGNMENTS

NG_009426

**KENTUCKY TRANSPORTATION CABINET**
Division of Motor Vehicle Licensing

**TITLE LIEN STATEMENT**

JCCO
TC 96-187
07/2001

TITLE # 121310560033

| ☐ ORIGINAL FILING | ☐ CONTINUATION | ☒ TERMINATION |
|---|---|---|
| | Original File # _____ | Original File # B12B105 |
| | Original File Date _____ | Original File Date 05/10/12 |
| 1. Debtor(s) (Last Name First) and Address(es) | 2. Secured Party and Address | For Filing Officer (Date, Time, Number and Filing Officer) |
| MATTINGLY AUTO SALES INC<br>8267 DIXIE HIGHWAY<br>LOUISVILLE KY 40258 | MANHEIM LOUISVILLE<br>5425 HIGHWAY 31 E<br>CLARKSVILLE IN 47129 | |

4. This Title Lien Statement covers the following:

| YEAR MODEL | MAKE | VEHICLE IDENTIFICATION NUMBER | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| 1994 | GMC | 1GTDC14Z2RZ525562 | RED |

_____
Authentication of Debtor(s)

*Gloria Shoemaker, asf*
Authentication of Secured Party(s)

_____
Date

05/24/2012
Date

NG_009427

## AUTHORIZATION FOR COLLECTION

_Manheim Louisville_ Auto Auction (Auction) hereby appoints Auction Insurance Agency (AIA) to act as their Agent and authorizes AIA to collect the sum of $ _9180.38_ from _Mattingly Aut Sales_ and to begin, prosecute, compromise or withdraw in the name of the Auction any and all legal proceedings that AIA shall deem necessary to collect such amounts, and to execute in the name of the Auction any documents that may be necessary to carry the same into effect for the purpose of this authorization.

DATED: _11/12/2012_

_Manheim Louisville_
(Auction)

By: _[signature]_

Its: _GM_

08/15/2012          **LOSS REPORT FORM**          Page 1

| | |
|---|---|
| Account No. | 119 |
| Aucction Name | Manheim Louisville |
| KO | Pending |
| Handler | David |

**AIA RECOVERY EFFORTS SINGNIFICANT?**
Yes _____ No √
$ _____
Posted _____
Inactive _____
Public Notes Added _____

| | | | | | |
|---|---|---|---|---|---|
| TRADE NAME | MATTINGLY AUTO SALES INC | State | KY | City | HARDINSBURG |
| Auction Access # | 5077463   988814 | Zip | 40143 | | |
| Lot# | | Fax# | | | |
| Business Address | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Dealer | BARRY MATTINGLY | SS# | | DOB | |
| Auction Access # | 100163353 | State | KY | City | HARDINSBURG |
| Home Address | | | | Zip | 40143 |

Home# _____ Home# _____
Cell# _____ Cell# _____

Previous KO? _____ Bond? _____ Covered/Deductible? _____ BK? _____
Over $50K _____ Surrounding Auctions Notified? _____

Notes: DMM 8-15-12: Donna Kronauer reports dealer defaulted on his MAFS floorplan for a total of $9,108.36

SALE DATE     VEHICLE     VIN#     SALE PRICE TITLE?

DMM 8-20-12: Emailed Donna
- Donna reports he has made no effort to pay. Advised we are adding to KO.
- Ran Lexis/Nexis, didn't find anything.
  1GTDC14Z2RZ525562

DMM 9-24-12: Emailed Donna
- Donna reports no change

DMM 11-12-12: Donna reports claim is coming. $1 9,180.38
DMM 11-14-12: Rec'vd Claim, Emailed Bw

NG_009429

Auction ACCESS® Version 3     Page 2 of 2

| Dealer Association Name | | | Dealer Association Description | | |
|---|---|---|---|---|---|
| **Bank Information** | | | | | |
| Routing # | Account # | Bank Name | Dealer Authorized | Auction Authorized | Draft |
| ▉ | ▉ | FARMERS BANK | ☐ | | ☐ |
| | | FARMERS BANK | ☐ | | ☐ |
| | | THE CECILIAN BANK | ☐ | | ☐ |

© 2004-2012 AutoTec, LLC. All rights reserved. | Privacy Policy | Terms and Conditions     System Information

https://auctionaccess.autotec.com/AAV3GUI/dealer/dealerSummaryAction.do?action=Loa...    8/15/2012

NG_009430

Auction ACCESS® Version 3   Page 1 of 1

menu   support   User ID: dmcbrayer   Last Login: 08/15/2012 04:06 PM   logout

Company: MANHEIM CALIFORNIA CALL CENTER   Role: AIA User   change

last search   swipe card   Alert Messages: 425   read

Dealers   Individuals   Banks   Reports   Auctions   Photos   Scan   Cards   Authorities   Admin

**Quick Search:**

Go   advanced

**Individual Information - 100163353 MATTINGLY, BARRY (Exp: 12/31/2012)**

- Identification
- Auctions
- Licenses
- Addresses
- Phones
- Comments (No)
- Roles
- Cards
- Documents
- Issues(1)
- Summary

Auction ACCESS ID: 100163353
Government ID: 
Government ID Country: USA
Government ID Verified:
First: BARRY
Middle:
Last: MATTINGLY
Suffix:
Nick Name:
Birth Date:
E-Mail:
Preferred Language: English
Deceased:
Recent Activity:

**KO Book**

Type   Added   Added By   Affected Auction   Affected Company ID   Affected Company Name   Comment   Removed

© 2004-2012 AutoTec, LLC. All rights reserved. | Privacy Policy | Terms and Conditions   System Information

## MAFS PROJECTED LOSS WORKSHEET

| This Form is to be completed immediately upon discovery of a potential loss. Send to Home Office and AIA. |
|---|

Send via email to the names listed below and include the most recent inspection report.
A revised PLW should be submitted at least every 30 days or when changes and/or new developments occur.

To: MAFS-PLW@Manheim.com; DMcBrayer@auctioninsurance.com; BrentG@auctioninsurance.com

From: **Donna Kronauer**
Auction: **Manheim Louisville**

Dealer: **Mattingly Auto Sales**
Dealer #: **988814**

### DEALERSHIP INFORMATION:

Name of Dealership: Mattingly Auto Sales                            Phone No. ▓
Address of Dealership: ▓ Hardinsburg ky 40143
Name of Owner/Guarantor: Barry Mattingly                              Phone No. None
Rep #: 100163353                                                      Cell No. ▓
Home Address: ▓ Hardinsburg Ky 40143
Individual Representing Dealership: _____                             Phone No. _____
Rep #: _____                                                          Cell No. _____

### LOSS SUMMARY:

**TYPE OF TRANSACTION:**

90 Day ___X___                    Big Truck _____
45 Day _____                      RVP _____

For MAFS Losses Only: Principle  $8,664.00    Interest  $174.36    Admin. Fee  $270.00

# Of Units _____
**Total Gross Outstanding  $9,108.36**

| BREAKDOWN / DETAIL | # of Units | $ Outstanding | Actual Proceeds | Anticipated Proceeds | Gain/Loss on Sale |
|---|---|---|---|---|---|
| 1. Units Recovered --- Balance Due | | | $0.00 | | |
| 2. Units Recovered --Not Sold | | $0.00 | | $0.00 | $0.00 |
| 3. Units --Not Yet Recovered | 1 | $9,108.36 | | $0.00 | ($9,108.36) |
| Units Sold Out of Trust (SOT) | | $0.00 | | $0.00 | $0.00 |
| Returned Checks on MAFS | | $0.00 | | $0.00 | $0.00 |
| Subtotal Projected Loss: | | | | $0.00 | ($9,108.36) |
| Collateral vehicles sold: | | | | | $0.00 |
| Reserves | | | | | $0.00 |
| Projected Loss | 1 | $9,108.36 | | | $9,108.36 |

**Provide the following information:**
PLW #1: Steps auction has taken to minimize loss prior to submitting PLW #1.
PLW #1+: Details on; (1) units recovered/not sold, (2) units not yet recovered, (3) any NSF, (4) recovery of dealer owned inventory, (5) details of potential "Work-out" (requires Home Office approval), and any other relevant information pertaining to the loss.

> This is notification of total loss on this unit. Dealer states he dropped unit outisde of auction and must have been stolen, unit was never checked in. We have looked for the unit at his house and lot for weeks and can not locate

Prepared by:                                     Date:
**Donna Kronauer**                               08/13/12

**Attach following items upon submitting claim to AIA:**
1. Attach Bad Check or Draft (include any Bank Memorandum regarding reason for returns and/or Protest Notices received).
2. Copy of Bill of Sale or any Resale Bills of Sale if applicable
3. Copy of Floor Plan Inquiry for all MAFS losses
4. Copy of dealer registration and rep authorization documents.
5. Copy of any material from original investigation (such as letter of reference from dealer's bank).

NG_009432

## MAFS PROJECTED LOSS WORKSHEET

**This Form is to be completed immediately upon discovery of a potential loss. Send to Home Office and AIA.**

Send via email to the names listed below and include the most recent inspection report.
A revised PLW should be submitted at least every 30 days or when changes and/or new developments occur.

To: MAFS-PLW@Manheim.com; DMcBrayer@auctioninsurance.com; BrentG@auctioninsurance.com

From: Donna Kronauer
Auction: Manheim Louisville

Dealer: Mattingly Auto Sales
Dealer #: 988814

### DEALERSHIP INFORMATION:

Name of Dealership: Mattingly Auto Sales
Address of Dealership: Hardinsburg KY 40143
Phone No.:

Name of Owner/Guarantor: Barry Mattingly
Rep #: 100163353
Home Address: Hardinsburg KY 40143
Phone No.:
Cell No.:

Individual Representing Dealership: Barry Mattingly
Rep #: 100163353
Phone No.:
Cell No.:

### LOSS SUMMARY:

**TYPE OF TRANSACTION:**

90 Day: x
45 Day:
Big Truck:
RVP:

For MAFS Losses Only: Principle $8,664.00   Interest $246.38   Admin. Fee $270.00

# Of Units: 0
**Total Gross Outstanding: $9,180.38**

| BREAKDOWN / DETAIL | # of Units | $ Outstanding | Actual Proceeds | Anticipated Proceeds | Gain/Loss on Sale |
|---|---|---|---|---|---|
| 1. Units Recovered --- Balance Due | | $0.00 | $0.00 | | $0.00 |
| 2. Units Recovered --Not Sold | | $0.00 | | $0.00 | $0.00 |
| 3. Units --Not Yet Recovered | | $9,180.38 | | $0.00 | ($9,180.38) |
| Units Sold Out of Trust (SOT) | | $0.00 | | $0.00 | $0.00 |
| Returned Checks on MAFS | | $0.00 | | $0.00 | $0.00 |
| Subtotal Projected Loss: | | | | $0.00 | ($9,180.38) |
| Collateral vehicles sold: | | | | | $0.00 |
| Reserves | | | | | $0.00 |
| Projected Loss | | | | | $9,180.38 |
| | 0 | $9,180.38 | | | |

**Provide the following information:**
PLW #1: Steps auction has taken to minimize loss prior to submitting PLW #1.
PLW #1+: Details on; (1) units recovered/not sold, (2) units not yet recovered, (3) any NSF, (4) recovery of dealer owned inventory, (5) details of potential "Work-out" (requires Home Office approval), and any other relevant information pertaining to the loss.

This is the final PLW for Mattingly Auto Sales. AIA Claim to follow, dealer is not responsive to calls. Barry Mattingly in KO Book and Master 19. Barry states left unit on front lot, was never checked in at the auction or located.

Prepared by: Donna Kronauer
Date: 11/12/12

**Attach following items upon submitting claim to AIA:**
1. Attach Bad Check or Draft (include any Bank Memorandum regarding reason for returns and/or Protest Notices received).
2. Copy of Bill of Sale or any Resale Bills of Sale if applicable
3. Copy of Floor Plan Inquiry for all MAFS losses
4. Copy of dealer registration and rep authorization documents.
5. Copy of any material from original investigation (such as letter of reference from dealer's bank).

NG_009433