

*Business* Platinum Motors (60058)

| Buyer Number | Buyer Name | Stock Number | Unit VIN | Unit Year Make Model | Floorplan Status | Payee | Unit Purchase Date | Flooring Date | Completed Date | Term Plan Description | Seller/Auction Name | Purchase Amount | Financed Amount | Floor Fees * | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60058 | Platinum Motors | 13 | JM1BJ222XX0150143 | 1999 Mazda Protege DX | Denied | Seller | 06/14/2011 | 06/14/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Car Key Auto Inc. | $1,497.04 | $1,497.04 | $.00 | $.00 |
| **Total for -** | | | | | | | | | | | | $1,497.04 | $1,497.04 | $.00 | $.00 |
| 60058 | Platinum Motors | 2 | JH4UA2651WC004996 | 1998 Acura TL | Completed | Seller | 06/01/2011 | 06/01/2011 | 08/08/2011 | D60/30/30 -- F85/75/75 -- R4.5 -- C%10/20 | Tidewater Auto Auction | $2,405.00 | $2,405.00 | $160.00 | $44.51 |
| 60058 | Platinum Motors | 3 | 1YVGE22C6T5560139 | 1996 mazda 626 | Written Off | Seller | 06/01/2011 | 06/01/2011 | . | D60/30/30 -- F85/75/75 -- R4.5 -- C%10/20 | Tidewater Auto Auction | $750.00 | $750.00 | $235.00 | $79.39 |
| 60058 | Platinum Motors | 4 | 1FTDF15N1LNA03894 | 1990 ford f150 | Completed | Seller | 06/01/2011 | 06/01/2011 | 09/06/2011 | D60/30/30 -- F85/75/75 -- R4.5 -- C%10/20 | Tidewater Auto Auction | $750.00 | $750.00 | $235.00 | $20.94 |
| **Total for - 06/03/2011** | | | | | | | | | | | | $3,905.00 | $3,905.00 | $630.00 | $144.84 |
| 60058 | Platinum Motors | 1 | 1N4BU31D7TC122430 | 1996 nissan altima | Completed | Seller | 06/01/2011 | 06/01/2011 | 09/06/2011 | D60/30/30 -- F85/75/75 -- R4.5 -- C%10/20 | Tidewater Auto Auction | $1,535.00 | $1,535.00 | $235.00 | $40.35 |
| **Total for - 06/10/2011** | | | | | | | | | | | | $1,535.00 | $1,535.00 | $235.00 | $40.35 |
| 60058 | Platinum Motors | 9 | 4A3AA46G13E217946 | 2003 Mitsubishi Galant ES | Written Off | Seller | 03/16/2011 | 06/13/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Car Key Auto Inc. | $2,284.95 | $2,284.95 | $275.00 | $196.13 |
| **Total for - 06/13/2011** | | | | | | | | | | | | $2,284.95 | $2,284.95 | $275.00 | $196.13 |
| 60058 | Platinum Motors | 10 | 1D4GP24303B308694 | 2003 Dodge Grand Caravan SE | Written Off | Seller | 02/23/2011 | 06/14/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Car Key Auto Inc. | $1,743.32 | $1,743.32 | $275.00 | $99.95 |
| 60058 | Platinum Motors | 11 | JN1CA21DXWT602891 | 1998 Nissan Maxima SE | Written Off | Seller | 02/23/2011 | 06/14/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Car Key Auto Inc. | $1,430.13 | $1,430.13 | $275.00 | $130.12 |
| 60058 | Platinum Motors | 12 | 19UUA5641XA013576 | 1999 Acura TL | Written Off | Seller | 02/23/2011 | 06/14/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Car Key Auto Inc. | $1,081.70 | $1,081.70 | $275.00 | $73.93 |
| **Total for - 06/14/2011** | | | | | | | | | | | | $4,255.15 | $4,255.15 | $825.00 | $304.00 |
| 60058 | Platinum Motors | 6 | JN1CA31A31T100664 | 2001 Nissan Maxima SE | Written Off | Seller | 03/02/2011 | 06/17/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Car Key Auto Inc. | $3,196.41 | $2,700.00 | $275.00 | $269.66 |
| 60058 | Platinum Motors | 7 | JA4LS31H7XP018438 | 1999 Mitsubishi Montero Sport XLS | Written Off | Seller | 03/16/2011 | 06/17/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Car Key Auto Inc. | $2,466.54 | $2,325.00 | $275.00 | $202.44 |
| 60058 | Platinum Motors | 8 | 1HGCG6678WA104918 | 1998 Honda Accord EX | Written Off | Seller | 03/16/2011 | 06/17/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Car Key Auto Inc. | $3,187.69 | $2,650.00 | $275.00 | $262.05 |
| 60058 | Platinum Motors | 14 | JT8BD68S9X0082308 | 1999 Lexus GS 300 | Written Off | Seller | 06/14/2011 | 06/16/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Car Key Auto Inc. | $5,163.91 | $5,163.91 | $275.00 | $420.85 |
| 60058 | Platinum Motors | 15 | 1FMDU34E2VZC37679 | 1997 Ford Explorer XLT | Written Off | Seller | 06/14/2011 | 06/17/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Car Key Auto Inc. | $1,766.94 | $1,625.00 | $275.00 | $173.64 |
| 60058 | Platinum Motors | 16 | 1YVGF22D615252701 | 2001 Mazda 626 ES | Written Off | Seller | 06/14/2011 | 06/17/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Car Key Auto Inc. | $2,350.86 | $2,350.86 | $275.00 | $232.28 |
| 60058 | Platinum Motors | 17 | 1J4FX58S5TC393306 | 1996 Jeep Grand Cherokee Laredo | Written Off | Seller | 06/14/2011 | 06/17/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Car Key Auto Inc. | $1,237.96 | $768.75 | $275.00 | $83.34 |
| **Total for - 06/17/2011** | | | | | | | | | | | | $19,370.31 | $17,583.52 | $1,925.00 | $1,644.26 |
| 60058 | Platinum Motors | 5 | 1LNLM82W0VY668791 | 1997 Lincoln Town Car Signature | Completed | Seller | 06/01/2011 | 06/01/2011 | 08/03/2011 | D60/30/30 -- F85/75/75 -- R4.5 -- C%10/20 | Tidewater Auto Auction | $850.00 | $850.00 | $160.00 | $15.68 |
| **Total for - 07/01/2011** | | | | | | | | | | | | $850.00 | $850.00 | $160.00 | $15.68 |
| 60058 | Platinum Motors | 18 | YV1LS5544V1375840 | 1997 Volvo 850 | Written Off | Seller | 07/13/2011 | 07/13/2011 | . | D60/30/30 -- F85/75/75 -- R4.5 -- C%10/20 | Tidewater Auto Auction | $885.00 | $885.00 | $235.00 | $57.71 |
| **Total for - 07/14/2011** | | | | | | | | | | | | $885.00 | $885.00 | $235.00 | $57.71 |
| 60058 | Platinum Motors | 20 | 1G1NE52J61M665658 | 2001 Chevrolet Malibu LS | Written Off | Seller | 07/26/2011 | 07/28/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Med Transit Auto Sales | $1,500.00 | $1,500.00 | $275.00 | $141.33 |
| 60058 | Platinum Motors | 21 | 1G8ZK52772Z244293 | 2002 Saturn S-Series SL2 | Written Off | Seller | 07/26/2011 | 07/28/2011 | . | D60/30/30 -- F125/75/75 -- R4.5 -- C%10/20 | Med Transit Auto Sales | $1,600.00 | $1,600.00 | $275.00 | $148.79 |

*Page 1*

**EXHIBIT 13-G**

NGR_000034

| Buyer Number | Buyer Name | Stock Number | Unit VIN | Unit Year Make Model | Floorplan Status | Unit Purchase Payee | Unit Purchase Date | Flooring Date | Completed Date | Term Plan Description | Seller/Auction Name | Purchase Amount | Financed Amount | Floor Fees * | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total for - 07/28/2011** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | $3,100.00 | $3,100.00 | $550.00 | $290.12 |
| 60058 | Platinum Motors | 19 | WAULT64B43N098540 | 2003 Audi A6 | Completed | Seller | 07/13/2011 | 07/13/2011 | 08/26/2011 | D60/30/30 -- F85/75/75 -- R4.5 -- C%10/20 | Tidewater Auto Auction | $5,725.00 | $5,725.00 | $85.00 | $66.21 |
| **Total for - 08/03/2011** | | | | | | | | | | | | | | | |
| _____ | | | | | | | | | | | | $5,725.00 | $5,725.00 | $85.00 | $66.21 |
| **Total** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | $43,407.45 | $41,620.66 | $4,920.00 | $2,759.30 |

*Page 2*

*\* Floor Fees include floor plan fees, curtailment fees, extension fees, and specific source fees as applicable.*