



**Alert to corporations regarding unsolicited mailings from VIRGINIA COUNCIL FOR CORPORATIONS is available from the Bulletin Archive link of the Clerk's Office website.**

Home | Site Map | About SCC | Contact SCC | Privacy Policy

SCC eFile > Entity Search > Entity Details

Login | Create an Account

SCC eFile
FAST. SIMPLE. SECURE.

**SCC eFile**
- SCC eFile Home Page
- Check Name Distinguishability
- Business Entity Search
- Certificate Verification
- FAQs
- Contact Us
- Give Us Feedback

**Business Entities**

**UCC or Tax Liens**

**Court Services**

**Additional Services**

**SCC eFile**

## Business Entity Details

Help

### PLATINUM MOTORS INC.

### General

SCC ID: 07356991
Entity Type: Corporation
Jurisdiction of Formation: VA
Date of Formation/Registration: 4/4/2011
Status: Terminated
Shares Authorized: 1

### Principal Office

4114 E INDIAN RIVER ROAD
CHESAPEAKE VA23325

### Registered Agent/Registered Office

NICOL PERRY
4114 E INDIAN RIVER RD
CHESAPEAKE VA 23325
CHESAPEAKE CITY 236
Status: Active
Effective Date: 11/5/2012

### Select an action

- File a registered agent change
- File a registered office address change
- Resign as registered agent
- File an annual report
- Pay annual registration fee
- Order a certificate of good standing
- View eFile transaction history
- Manage email notifications

New Search | Home

Screen ID: e1000

Need additional information? Contact sccinfo@scc.virginia.gov Website questions? Contact: webmaster@scc.virginia.gov
We provide external links throughout our site.
PDF(.pdf) Reader Excel (.xls) Viewer PowerPoint (.ppt) Viewer Word (.doc) Viewer
Build #: 1.0.0.30644

EXHIBIT
2
12-6-16 N. Perry

**EXHIBIT 28**