UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC.,** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| **YOUNG EXECUTIVE MANAGEMENT** | * | |
| **& CONSULTING SERVICES, INC.,** | * | |
| Individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated, | * | |
| | * | |
| v. | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION, successor by merger** | * | |
| **with Manheim Automotive Financial** | * | |
| **Services, Inc., and JOHN WICK** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DECLARATION OF KERRY ANN MURPHY IN SUPPORT OF PLAINTIFFS'
AMENDED MOTION FOR APPOINTMENT OF CLASS COUNSEL**

I, Kerry Ann Murphy, being first duly sworn upon my oath and under penalties of perjury, do hereby make the following statements based upon my own personal knowledge:

1. My name is Kerry Ann Murphy, and I am the above-named individual.

2. I am a member of Lasky Murphy, LLC in New Orleans, Louisiana, and am one of the counsel of record for the named plaintiffs in the above-referenced matter. I have been counsel of record in the above-referenced matter since February 2016 when I was affiliated with the firm Jones, Swanson, Huddell & Garrison, LLC. Since 2016, I have drafted numerous pleadings filed in this case, coordinated discovery and participated in numerous depositions.

1

3. I am an adult of sound mind, and all of the statements in this Declaration are of my own personal knowledge.

4. I currently reside in New Orleans, Louisiana. I have lived in Louisiana since 2007.

5. I am in the private practice of law, having graduated from University of Wisconsin School of Law – Madison, Wisconsin in 2007.

6. I was admitted to the Louisiana Bar in 2007. I am also admitted to practice before all Louisiana state courts, the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, and the United States Fifth Circuit Court of Appeals.

7. I was also admitted to the Wisconsin Bar in 2008, for which I maintain an inactive license. My Wisconsin law license is in my maiden name: Kerry Burchill.

8. After law school, I was an associate attorney with the law firm of Liskow & Lewis in New Orleans, Louisiana and Jones, Swanson, Huddell & Garrison in New Orleans, Louisiana. I also clerked for the Honorable Susie Morgan of the United States District Court for the Eastern District of Louisiana in 2012. I practice business law and commercial litigation handling a variety of complex matters.

9. In the courtroom, my experience includes jury trials, bench trials and oral arguments.

10. In 2017, along with Catherine E. Lasky, I began my own law practice in New Orleans, Louisiana, Lasky Murphy LLC. At Lasky Murphy, I continue to practice business law and complex commercial litigation. Lasky Murphy has been retained as counsel by each of the named plaintiffs.

**I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING FACTS AND REPRESENATIONS ARE TRUE AND CORRECT.**

Dated: 4/27/17        By: _____
                              **KERRY ANN MURPHY**