# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., | ) | |
| PLATINUM MOTORS, INC., | ) | |
| MATTINGLY AUTO SALES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:14-cv-01589-TWP-DKL |
| | ) | |
| vs. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC. f/k/a DEALER | ) | |
| SERVICES CORPORATION, successor by | ) | |
| merger with Manheim Automotive Financial | ) | |
| Services, Inc., | ) | |
| COX ENTERPRISES, INC., | ) | |
| COX AUTOMOTIVE, INC., | ) | |
| JOHN WICK, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY FOLLOWING ORAL ARGUMENT HELD MAY 9, 2017

This matter was before the Court for oral argument on Plaintiff's Motion for Class Certification and Appointment of Class Counsel (Dkt. 153). Plaintiff appeared by counsel Kathleen Ann DeLaney and Kerry A. Murphy. Defendants appeared by counsel Jason S. McCarter, Paul D. Vink and party representative Rick Wright. The Court Reporter was David Moxley.

Attorney DeLaney presented oral argument on behalf of Plaintiff. Attorney McCarter presented oral argument on behalf of Defendants.

This matter was taken under advisement.

Date: 5/10/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
pvink@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Jason S. McCarter
EVERSHEDS SUTHERLAND (US) LLP
jason.mccarter@sutherland.com

Tracey K. Ledbetter
EVERSHEDS SUTHERLAND (US) LLP
traceyledbetter@eversheds-sutherland.com

Catherine E. Lasky
JONES SWANSON HUDDELL &
GARRISON, LLC
Klasky@laskymurphy.com

Gladstone N. Jones
JONES SWANSON HUDDELL &
GARRISON, LLC
gjones@jonesswanson.com

Kerry A. Murphy
JONES, SWANSON, HUDDELL &
GARRISON, LLC
KMurphy@laskymurphy.com

Lynn E. Swanson
JONES, SWANSON, HUDDELL&
GARRISON, LLC
lswanson@jonesswanson.com

Matthew M. Coman
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT LLC
mcoman@shergarner.com

Ryan D. Adams
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT LLC
radams@shergarner.com

James M. Garner
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, LLC
jgarner@shergarner.com

Jacob A. Airey
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, LLC.
jairey@shergarner.com

Cassie E. Felder
THE CASSIE FELDER LAW FIRM
cassie@cassiefelderlaw.com