IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>        Defendants. | Case No. 1:14-cv-01589-TWP-DKL |

**ORDER GRANTING MOTION TO STRIKE DEFENDANTS' NOTICE OF ADDITIONAL AUTHORITY REGARDING CLASS CERTIFICATION [Dkt. 204]**

The Court having read and considered Plaintiffs' Motion to Strike Defendants' Notice of Additional Authority Regarding Class Certification (the "Motion to Strike"), and for good cause shown, it is hereby **ORDERED** that the Motion to Strike be and hereby is **GRANTED** and that Defendants' Notice of Additional Authority Regarding Class Certification (Dkt. 204) be and hereby is **STRICKEN** from the record.

SO ORDERED, this _____ day of May, 2017.

_____
HON. TANYA WALTON PRATT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Service of the foregoing Order will be made
electronically on all ECF-registered counsel of record
via email generated by the Court's ECF system.