IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>　　　　Defendants. | Case No. 1:14-cv-01589-TWP-DKL |

**APPENDIX TO NEXTGEAR'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF CONTRACT CLAIM**

| EXHIBIT | DESCRIPTION |
|---|---|
| 29 | Deposition Excerpts from Rule 30(b)(6) Deposition of NextGear Capital, Inc. (December 20, 2016) (Adam Galema) |
| 30 | Expert Report of Jeffrey D. Widholm (Excerpt) |
| 31 | Deposition Excerpts from Deposition of Jeffrey D. Widholm |

This 19th day of May, 2017.

　　　　　　　　　　　　　　　　　　　　 *s/ Tracey K. Ledbetter*
　　　　　　　　　　　　　　　　　　　　David J. Jurkiewicz (18018-53)
　　　　　　　　　　　　　　　　　　　　Paul D. Vink (23785-32)
　　　　　　　　　　　　　　　　　　　　BOSE McKINNEY & EVANS LLP
　　　　　　　　　　　　　　　　　　　　111 Monument Circle, Suite 2700
　　　　　　　　　　　　　　　　　　　　Indianapolis, IN  46204

(317) 684-5000
(317) 684-5173 fax
djurkiewicz@boselaw.com
pvink@boselaw.com

Jason S. McCarter (*pro hac vice*)
Tracey K. Ledbetter (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
(404) 853-8000
(404) 853-8806 fax
jasonmccarter@eversheds-sutherland.com
traceyledbetter@eversheds-sutherland.com

*Attorneys for Defendants Cox Automotive, Inc., NextGear Capital, Inc. f/k/a Dealer Services Corporation, and John Wick*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 19th day of May, 2017:

| | |
|---|---|
| Ryan D. Adams<br>James M. Garner<br>Matthew M. Coman<br>Jacob A. Airey<br>SHER GARNER CAHILL RICHTER<br>KLEIN & HILBERT, L.L.C.<br>radams@shergarner.com<br>jgarner@shergarner.com<br>mcoman@shergarner.com<br>jairey@shergarner.com | Catherine E. Lasky<br>Kerry A. Murphy<br>LASKY MURPHY LLC<br>klasky@laskymurphy.com<br>kmurphy@laskymurphy.com |
| Cassie E. Felder<br>LUGENBUHL, WHEATON, PECK,<br>RANKIN & HUBBARD<br>cfelder@lawla.com | Gladstone N. Jones, III<br>Lynn E. Swanson<br>JONES, SWANSON, HUDDELL &<br>GARRISON, LLC<br>gjones@jonesswanson.com<br>lswanson@jonesswanson.com |
| Kathleen A. DeLaney<br>DELANEY & DELANEY LLC<br>Kathleen@delaneylaw.net | Lisa Brener<br>BRENER LAW FIRM, LLC<br>lbrener@brenerlawfirm.com |

                                                           *s/ Tracey K. Ledbetter*
                                                           Tracey K. Ledbetter