UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | \* | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC.,** | \* | |
| **MATTINGLY AUTO SALES, INC.,** | \* | **CLASS ACTION** |
| **YOUNG EXECUTIVE MANAGEMENT** | \* | |
| **& CONSULTING SERVICES, INC.,** | \* | |
| Individually, and on behalf of other | \* | |
| members of the general public | \* | |
| similarly situated | \* | |
| | \* | |
| **v.** | \* | |
| | \* | |
| **COX AUTOMOTIVE, INC.,** | \* | |
| **NEXTGEAR CAPITAL, INC.,** | \* | |
| **F/K/A DEALER SERVICES** | \* | |
| **CORPORATION, successor by merger** | \* | |
| **with Manheim Automotive Financial** | \* | |
| **Services, Inc., and JOHN WICK** | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPENDIX TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Deposition Excerpts from Rule 30(b)(6) Deposition of Nextgear Capital, Inc./Adam Galemas December 20, 2016 |
| 2 | Exhibit 10 to NextGear 30(b)(6) Deposition |
| 3 | Deposition Excerpts from Deposition of Lourdes Givens October 20, 2016 |
| 4 | Deposition Excerpts from Deposition of John Wick in the matter entitled *Michael Grissom v Dealer Services Corporation,* Docket No. RIC475298 Superior Court of the State of California, County of Riverside – Central |
| 5 | Addendum to Promissory Note and Loan and Security Agreement with Attached documents NG_005148 – NG_5176 |
| 6 | Deposition Excerpts from Deposition of Adam Galemas November 10, 2016 |
| 7 | Account Summaries Report - NGR_000001 – NGR_000035 |
| 8 | Deposition Excerpts from Deposition of Stuart LaBauve November 9, 2016 |

| | |
|---|---|
| 9 | NextGear Capital, Inc's First Amended Responses to Plaintiffs First Set of Written Discovery 9/27/16 |
| 10 | Deposition Excerpts from Rule 30(b)(6) Deposition of Red Barn Motors, Inc./Devon London October 25, 2016 |
| 11 | Deposition Excerpts from Rule 30(b)(6) Deposition of Mattingly Auto Sales, Inc./Barry Wayne Mattingly October 19, 2016 |
| 12 | Deposition Excerpts from Rule 30(b)(6) Deposition of Platinum Motors, Inc./ Nicol Perry December 6, 2016 |
| 13 | Exhibit 21 to the Deposition of Stuart LaBauve November 9, 2016 (NG_005838 – NG_005842) |
| 14 | Expert Opinion of Dan Wojcik |
| | |

Respectfully submitted,

*/s/ James M. Garner*

CATHERINE E. LASKY (La. Bar No. 28652)
*Pro Hac Vice*
KERRY A. MURPHY (La. Bar No. 31382)
*Pro Hac Vice*
**LASKY MURPHY, L.L.C.**
715 Girod Street, Suite 250
New Orleans, Louisiana 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503
klasky@laskymurphy.com
kmurphy@laskymurphy.com

GLADSTONE N. JONES, III (La. Bar No. 22221) *Pro Hac Vice*
LYNN E. SWANSON (La. Bar No. 22650)
*Pro Hac Vice*
**JONES, SWANSON, HUDDELL & GARRISON, L.L.C**.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
gjones@jonesswanson.com
lswanson@jonesswanson.com

JAMES M. GARNER (La. Bar No. 19589)
*Pro Hac Vice*
RYAN D. ADAMS (La. Bar No. 27931)
*Pro Hac Vice*
MATTHEW M. COMAN
(La. Bar No. 23613)
*Pro Hac Vice*
JACOB AIREY (La. Bar No. 27933)
*Pro Hac Vice*
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
radams@shergarner.com
mcoman@shergarner.com
jairey@shergarner.com

Kathleen A. DeLaney (#18604-49)
**DELANEY & DELANEY, L.L.C.**
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone: (317) 920-0400
Facsimile: (317) 0404
Kathleen@delaneylaw.net

| | |
|---|---|
| CASSIE E. FELDER (La. Bar No. 27805)<br>*Pro Hac Vice*<br>**THE CASSIE FELDER LAW FIRM**<br>7515 Jefferson Hwy., #313<br>Baton Rouge, LA 70806<br>Main: (504) 232-1733<br>Cell: (504) 400-1127<br>cassie@cassiefelderlaw.com | **COUNSEL FOR PLAINTIFFS AND THE PROPOSED CLASS** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2017, a copy of the foregoing was filed electronically. Notice of the filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

David J. Jurkiewicz
Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Jason S. McCarter
Tracey K. Ledbetter
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996

*/s/ James M. Garner*
JAMES M. GARNER