# DSC Published Rate, Fee and Term Schedule
### *Monthly Review/Update*

Effective: March 1, 2010



| Applicable Interest Rates | Previous Value | New Value (*"N/C" If No Change*) |
|---|---|---|
| Base Rate Fixed | 5.00% | N/C |
| Base Rate Variable | WSJ Prime Rate | N/C |
| Risk Rate | 6.00% | N/C |
| Default Rate | 8.00% | N/C |

**Applicable DSC Universal Fees**

Previous Value     New Value (*"N/C" If No Change*)

Collateral Audit:  Retail/Wholesale/Rental

Collateral Audit:  RTO

Collateral Audit:  60 Day Cycle

Collateral Audit:  Add'l Location > 10 mi.

Collateral Audit:  Extended Reconciliation

Advances:  Specific Source Fee                    / per Advance

Advances:  Highline Fee                           / per Advance

Advances:  Third Party Payoff*                    / per Advance

Advances:  Overline                               / per Advance

Period:  First Additional Extension*              / per Advance

Period:  Second Additional Extension*             / per Advance

Period:  Third Additional Extension*              / per Advance

Principal Reduction:  Full or Partial Waiver*      / per Advance

Credit Limit:  Temporary Credit Line Increase*

*DSC is not required, but may grant Dealer's request for additional services and terms to be provided under
 the Note.  In the event DSC grants Dealer's request, DSC will assess and charge the applicable DSC Universal Fee
 related to the service or term requested by Dealer.

CONFIDENTIAL

EXHIBIT
10

PENGAD 800-631-6989

2/25/2010
NG_005186

**EXHIBIT 2**

**Applicable NSF Fees & Late Fees**

|  | Previous Value | New Value<br>("N/C" if No Change) |
|---|---|---|
| NSF Fee | ███ / per Item | ███ |
| Late Fee | ███ / per Advance | |

**Term and Condition Amendments to the Note**

N/A

**Additional Important Information**

All other fees charged and assessed by DSC are charged and assessed as a DSC Administrative Fee
under the Note.

**New Fees**

|  | Previous Value | New Value<br>("N/C" if No Change) |
|---|---|---|
| ███ | ███ | ███ |

Approval: _[signature]_

Approval: _[signature]_

Date: 2-26-10

_DSC Rate and Fee Schedule  p. 2 of 2_

2/25/2010

EXHIBIT 2

## DSC PUBLISHED RATE, FEE AND TERM SCHEDULE

Effective March 1, 2010
*Apr*

The following schedule of universal interest rates and fees assessed by DSC and Amendments to the Terms and Conditions of the Note are in effect as of the effective date stated above and replace all previously applicable published interest rates and fees and applicable Terms and Conditions of the Note.  Capitalized terms used in this schedule are used as defined in the Note

### APPLICABLE INTEREST RATES:

| | |
|---|---|
| Base Rate fixed | 5% |
| Base Rate variable | The prime rate as published in The Wall Street Journal |
| Risk Rate | 6% |
| Default Rate | 8% |

### APPLICABLE DSC UNIVERSAL FEES:

Collateral audit:  retail / wholesale / rental
Collateral audit:  rent to own
Collateral audit:  60 day cycle
Collateral audit:  additional location (greater than 10 miles)
Collateral audit:  extended reconciliation process

Advances:  specific source
Advances:  highline
Advances:  third party payoff*
Advances:  over line (Credit Limit)

Period: first additional extension*
Period: second additional extension*
Period: third additional extension *

Principal Reduction: full or partial waiver*

Credit Limit: temporary increase of credit line*

* DSC is not required but may grant Dealer's request for additional services and terms to be provided under the Note.  In the event DSC grants Dealer's request DSC will assess and charge the applicable DSC Universal Fee related to the service or term requested by Dealer.

### APPLICABLE NSF FEES AND LATE FEES

NSF fee

Late fee

### TERM AND CONDITION AMENDMENTS TO THE NOTE:

N/A

### ADDITIONAL IMPORTANT INFORMATION

All other fees charged and assessed by DSC are charged and assessed as a DSC Administrative Fee under the Note.

Any Advance made in the State of California is made pursuant to and under the authority of the California Finance Lenders Laws

EXHIBIT 2

NG_005188

### DSC Published Rate, Fee and Term Schedule
*Monthly Review/Update*

Effective: March 1, 2010



**Applicable Interest Rates**

|  | Previous Value | New Value<br>*("N/C" If No Change)* |
|---|---|---|
| Base Rate Fixed | 5.00% | N/C |
| Base Rate Variable | WSJ Prime Rate | N/C |
| Risk Rate | 6.00% | N/C |
| Default Rate | 8.00% | N/C |

**Applicable DSC Universal Fees**

|  | Previous Value | New Value<br>*("N/C" If No Change)* |
|---|---|---|
| Collateral Audit:  Retail/Wholesale/Rental | ▮ | ▮ |
| Collateral Audit:  RTO | ▮ | ▮ |
| Collateral Audit:  60 Day Cycle | ▮ | ▮ |
| Collateral Audit:  Add'l Location > 10 mi. | ▮ | ▮ |
| Collateral Audit:  Extended Reconciliation | ▮ | ▮ |
| Advances:  Specific Source Fee | ▮ | / per Advance |
| Advances:  Highline Fee | ▮ | / per Advance |
| Advances:  Third Party Payoff* | ▮ | / per Advance |
| Advances:  Overline | ▮ | / per Advance |
| Period:  First Additional Extension* | ▮ | / per Advance |
| Period:  Second Additional Extension* | ▮ | / per Advance |
| Period:  Third Additional Extension* | ▮ | / per Advance |
| Principal Reduction:  Full or Partial Waiver* | ▮ | / per Advance |
| Credit Limit:  Temporary Credit Line Increase* | ▮ | ▮ |

*DSC is not required, but may grant Dealer's request for additional services and terms to be provided under the Note.  In the event DSC grants Dealer's request, DSC will assess and charge the applicable DSC Universal Fee related to the service or term requested by Dealer.

**Applicable NSF Fees & Late Fees**

|  | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| NSF Fee | ■ | ■ / per Item |
| Late Fee | ■ | / per Advance |

**Term and Condition Amendments to the Note**

N/A

_____

_____

_____

**Additional Important Information**

All other fees charged and assessed by DSC are charged and assessed as a DSC Administrative Fee

under the Note.

**New Fees**

|  | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| ■ | ■ | ■ |

Approval: _____

Approval: _____

Date: 3-29-2010

CONFIDENTIAL

EXHIBIT 2

## DSC PUBLISHED RATE, FEE AND TERM SCHEDULE

Effective ~~March~~ May 1, 2010

The following schedule of universal interest rates and fees assessed by DSC and Amendments to the Terms and Conditions of the Note are in effect as of the effective date stated above and replace all previously applicable published interest rates and fees and applicable Terms and Conditions of the Note. Capitalized terms used in this schedule are used as defined in the Note

### APPLICABLE INTEREST RATES:

| | |
|---|---|
| Base Rate fixed | 5% |
| Base Rate variable | The prime rate as published in The Wall Street Journal |
| Risk Rate | 6% |
| Default Rate | 8% |

### APPLICABLE DSC UNIVERSAL FEES:

Collateral audit: retail / wholesale / rental
Collateral audit: rent to own
Collateral audit: 60 day cycle
Collateral audit: additional location (greater than 10 miles)
Collateral audit: extended reconciliation process

Advances: specific source
Advances: highline
Advances: third party payoff*
Advances: over line (Credit Limit)

Period: first additional extension*
Period: second additional extension*
Period: third additional extension *

Principal Reduction: full or partial waiver*

Credit Limit: temporary increase of credit line*



* DSC is not required but may grant Dealer's request for additional services and terms to be provided under the Note. In the event DSC grants Dealer's request DSC will assess and charge the applicable DSC Universal Fee related to the service or term requested by Dealer.

### APPLICABLE NSF FEES AND LATE FEES

NSF fee

Late fee

### TERM AND CONDITION AMENDMENTS TO THE NOTE:

N/A

### ADDITIONAL IMPORTANT INFORMATION

All other fees charged and assessed by DSC are charged and assessed as a DSC Administrative Fee under the Note.

Any Advance made in the State of California is made pursuant to and under the authority of the California Finance Lenders Laws

NG_005191

EXHIBIT 2

## DSC Published Rate, Fee and Term Schedule
### *Monthly Review/Update*

Effective:  March 1, 2010

**Applicable Interest Rates**

| | Previous Value | New Value<br>("N/C" If No Change) |
|---|---|---|
| Base Rate Fixed | 5.00% | N/C |
| Base Rate Variable | WSJ Prime Rate | N/C |
| Risk Rate | 6.00% | N/C |
| Default Rate | 8.00% | N/C |

**Applicable DSC Universal Fees**



| | Previous Value | | New Value<br>("N/C" If No Change) |
|---|---|---|---|
| Collateral Audit:  Retail/Wholesale/Rental | | | |
| Collateral Audit:  RTO | | | |
| Collateral Audit:  60 Day Cycle | | | |
| Collateral Audit:  Add'l Location > 10 mi. | | | |
| Collateral Audit:  Extended Reconciliation | | | |
| Advances:  Specific Source Fee | | per Advance | |
| Advances:  Highline Fee | | per Advance | |
| Advances:  Third Party Payoff* | | per Advance | |
| Advances:  Overline | | per Advance | |
| Period:  First Additional Extension* | | per Advance | |
| Period:  Second Additional Extension* | | per Advance | |
| Period:  Third Additional Extension* | | per Advance | |
| Principal Reduction:  Full or Partial Waiver* | | per Advance | |
| Credit Limit:  Temporary Credit Line Increase* | | | |

*DSC is not required, but may grant Dealer's request for additional services and terms to be provided under
the Note.  In the event DSC grants Dealer's request, DSC will assess and charge the applicable DSC Universal Fee
related to the service or term requested by Dealer.

EXHIBIT 2

**Applicable NSF Fees & Late Fees**

|  | Previous Value | New Value<br>("N/C" If No Change) |
|---|---|---|
| NSF Fee | ▉ / per Item | ▉ |
| Late Fee | ▉ / per Advance | |

**Term and Condition Amendments to the Note**

N/A

_____

_____

**Additional Important Information**

All other fees charged and assessed by DSC are charged and assessed as a DSC Administrative Fee

under the Note.

**New Fees**

|  | Previous Value | New Value<br>("N/C" If No Change) |
|---|---|---|
| ▉ | ▉ | ▉ |

Approval: _____

Approval: _____

Date: 4-26-2010

*DSC Rate and Fee Schedule  p. 2 of 2*

**DSC Published Rate, Fee and Term Schedule**
*Monthly Review/Update*

Effective: March 1, 2010
*June*

| Applicable Interest Rates | Previous Value | New Value<br>("N/C" If No Change) |
|---|---|---|
| Base Rate Fixed | 5.00% | N/C |
| Base Rate Variable | WSJ Prime Rate | N/C |
| Risk Rate | 6.00% | N/C |
| Default Rate | 8.00% | N/C |

| Applicable DSC Universal Fees | Previous Value | | New Value<br>("N/C" If No Change) |
|---|---|---|---|
| Collateral Audit:  Retail/Wholesale/Rental | ████ | | ████ |
| Collateral Audit:  RTO | ████ | | ████ |
| Collateral Audit:  60 Day Cycle | ████ | | ████ |
| Collateral Audit:  Add'l Location > 10 mi. | ████ | | ████ |
| Collateral Audit:  Extended Reconciliation | ████ | | ████ |
| Advances:  Specific Source Fee | ████ | / per Advance | ████ |
| Advances:  Highline Fee | ████ | / per Advance | ████ |
| Advances:  Third Party Payoff* | ████ | / per Advance | ████ |
| Advances:  Overline | ████ | / per Advance | ████ |
| Period:  First Additional Extension* | ████ | / per Advance | ████ |
| Period:  Second Additional Extension* | ████ | / per Advance | ████ |
| Period:  Third Additional Extension* | ████ | / per Advance | ████ |
| Principal Reduction:  Full or Partial Waiver* | ████ | / per Advance | ████ |
| Credit Limit:  Temporary Credit Line Increase* | ████ | | ████ |

*DSC is not required, but may grant Dealer's request for additional services and terms to be provided under
the Note.  In the event DSC grants Dealer's request, DSC will assess and charge the applicable DSC Universal Fee
related to the service or term requested by Dealer.

*DSC Rate and Fee Schedule  p. 1 of 2*

6/7/2010

NG_005194

**EXHIBIT 2**

**Applicable NSF Fees & Late Fees**

|  | Previous Value | New Value<br>("N/C" if No Change) |
|---|---|---|
| NSF Fee | ■ / per Item | ■ |
| Late Fee | ■ / per Advance | ■ |

**Term and Condition Amendments to the Note**

N/A

_____

_____

**Additional Important Information**

All other fees charged and assessed by DSC are charged and assessed as a DSC Administrative Fee under the Note.

**New Fees**

|  | Previous Value | New Value<br>("N/C" if No Change) |
|---|---|---|
| ■ | ■ | ■ |

Approval: _____

Approval: _____

Date:        5/25/2010

6/7/2010

NG_005195

EXHIBIT 2

**DSC Published Rate, Fee and Term Schedule**
*Monthly Review/Update*

Effective:  July 1, 2010

**Applicable Interest Rates**

| | Previous Value | New Value<br>("N/C" if No Change) |
|---|---|---|
| Base Rate Fixed | 5.00% | N/C |
| Base Rate Variable | WSJ Prime Rate | N/C |
| Risk Rate | 6.00% | N/C |
| Default Rate | 8.00% | N/C |

**Applicable DSC Universal Fees**

| | Previous Value | | New Value<br>("N/C" if No Change) |
|---|---|---|---|
| Collateral Audit:  Retail/Wholesale/Rental | | | |
| Collateral Audit:  RTO | | | |
| Collateral Audit:  60 Day Cycle | | | |
| Collateral Audit:  Add'l Location > 10 mi. | | | |
| Collateral Audit:  Extended Reconciliation | | | |
| Advances:  Specific Source Fee | | / per Advance | |
| Advances:  Highline Fee | | / per Advance | |
| Advances:  Third Party Payoff* | | / per Advance | |
| Advances:  Overline | | / per Advance | |
| Period:  First Additional Extension* | | / per Advance | |
| Period:  Second Additional Extension* | | / per Advance | |
| Period:  Third Additional Extension* | | / per Advance | |
| Principal Reduction:  Full or Partial Waiver* | | / per Advance | |
| Credit Limit:  Temporary Credit Line Increase* | | | |
| Records Services Charge | | / per Advance | |

*DSC is not required, but may grant Dealer's request for additional services and terms to be provided under the Note.  In the event DSC grants Dealer's request, DSC will assess and charge the applicable DSC Universal Fee related to the service or term requested by Dealer.

*DSC Rate and Fee Schedule  p. 1 of 2*
*6/25/2010*

**EXHIBIT 2**

CONFIDENTIAL

**Applicable NSF Fees & Late Fees**

|  | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| NSF Fee | ■■■■■ / per Item | ■■■■ |
| Late Fee | ■■■■■ / per Advance | ■■■■ |

**Term and Condition Amendments to the Note**

N/A

_____

_____

**Additional Important Information**

All other fees charged and assessed by DSC are charged and assessed as a DSC Administrative Fee

under the Note.

**New Fees**

|  | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| Records Services Charge | ■■■■■ | ■■■■■ |
| N/A | | |

Approval: _____

Approval: _____

Date: _____ 6/24/2010 _____

*DSC Rate and Fee Schedule  p. 2 of 2*
*6/25/2010*

EXHIBIT 2

### DSC Published Rate, Fee and Term Schedule
*Monthly Review/Update*

Effective: ~~July 1, 2010~~
Aug



**Applicable Interest Rates**

| | Previous Value | New Value<br>("N/C" If No Change) |
|---|---|---|
| Base Rate Fixed | 5.00% | N/C |
| Base Rate Variable | WSJ Prime Rate | N/C |
| Risk Rate | 6.00% | N/C |
| Default Rate | 8.00% | N/C |

**Applicable DSC Universal Fees**

| | Previous Value | New Value<br>("N/C" If No Change) |
|---|---|---|
| Collateral Audit: Retail/Wholesale/Rental | | |
| Collateral Audit: RTO | | |
| Collateral Audit: 60 Day Cycle | | |
| Collateral Audit: Add'l Location > 10 mi. | | |
| Collateral Audit: Extended Reconciliation | | |
| Advances: Specific Source Fee | / per Advance | |
| Advances: Highline Fee | / per Advance | |
| Advances: Third Party Payoff* | / per Advance | |
| Advances: Overline | / per Advance | |
| Period: First Additional Extension* | / per Advance | |
| Period: Second Additional Extension* | / per Advance | |
| Period: Third Additional Extension* | / per Advance | |
| Principal Reduction: Full or Partial Waiver* | / per Advance | |
| Credit Limit: Temporary Credit Line Increase* | / per Advance | |
| CSC** Records Services Charge | / per Advance | |

*DSC is not required, but may grant Dealer's request for additional services and terms to be provided under the Note. In the event DSC grants Dealer's request, DSC will assess and charge the applicable DSC Universal Fee related to the service or term requested by Dealer.

**CSC refers to the DSC Customer Service Center

*DSC Rate and Fee Schedule  p. 1 of 2*

8/2/2010

NG_005198

EXHIBIT 2

**Applicable NSF Fees & Late Fees**

| | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| NSF Fee | ▮▮▮ per Item | ▮▮▮ |
| Late Fee | ▮▮▮ per Advance | ▮▮▮ |

**Term and Condition Amendments to the Note**

N/A

**Additional Important Information**

All other fees charged and assessed by DSC are charged and assessed as a DSC Administrative Fee under the Note.

**New Fees**

| | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ |

Approval: _____

Approval: _____

Date: 7-27-2010

*DSC Rate and Fee Schedule  p. 2 of 2*

8/2/2010

NG_005199

EXHIBIT 2

## DSC Published Rate, Fee and Term Schedule
### *Monthly Review/Update*

Effective:  September 1, 2010

### Applicable Interest Rates

| | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| Base Rate Fixed | 5.00% | N/C |
| Base Rate Variable | WSJ Prime Rate | N/C |
| Risk Rate | 6.00% | N/C |
| Default Rate | 8.00% | N/C |

### Applicable DSC Universal Fees

| | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| Collateral Audit:  Retail/Wholesale/Rental | | |
| Collateral Audit:  RTO | | |
| Collateral Audit:  60 Day Cycle | | |
| Collateral Audit:  Add'l Location > 10 mi. | | |
| Collateral Audit:  Extended Reconciliation | | |
| Advances:  Specific Source Fee | / per Advance | |
| Advances:  Highline Fee | / per Advance | |
| Advances:  Third Party Payoff* | / per Advance | |
| Advances:  Overline | / per Advance | |
| Period:  First Additional Extension* | / per Advance | |
| Period:  Second Additional Extension* | / per Advance | |
| Period:  Subsequent Additional Extensions* | / per Advance | |
| Principal Reduction:  Full or Partial Waiver* | / per Advance | |
| Credit Limit:  Temporary Credit Line Increase* | | |
| CSC** Records Services Charge | / per Advance | |

*DSC is not required, but may grant Dealer's request for additional services and terms to be provided under the Note.  In the event DSC grants Dealer's request, DSC will assess and charge the applicable DSC Universal Fee related to the service or term requested by Dealer.

**CSC refers to the DSC Customer Service Center

*DSC Rate and Fee Schedule  p. 1 of 2*

**Applicable NSF Fees & Late Fees**

| | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| NSF Fee | ▮ / per Item | ▮ |
| Late Fee | ▮ / per Advance | |

**Term and Condition Amendments to the Note**

N/A

**Additional Important Information**

All other fees charged and assessed by DSC are charged and assessed as a DSC Administrative Fee under the Note.

**New Fees**

| | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| ▮ | ▮ | ▮ |

Approval: _____

Approval: _____

Date: 8-23-2010

*DSC Rate and Fee Schedule  p. 2 of 2*

8/23/2010

NG_005201

EXHIBIT 2

## DSC Published Rate, Fee and Term Schedule
### Monthly Review/Update

Effective: October 1, 2010

**Applicable Interest Rates**

|  | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| Base Rate Fixed | 5.00% | N/C |
| Base Rate Variable | WSJ Prime Rate | N/C |
| Risk Rate | 6.00% | N/C |
| Default Rate | 8.00% | N/C |

**Applicable DSC Universal Fees**

|  | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| Collateral Audit:  Retail/Wholesale/Rental | | |
| Collateral Audit:  RTO | | |
| Collateral Audit:  60 Day Cycle | | |
| Collateral Audit:  Add'l Location > 10 mi. | | |
| Collateral Audit:  Extended Reconciliation | | |
| Advances:  Specific Source Fee | / per Advance | |
| Advances:  Highline Fee | / per Advance | |
| Advances:  Third Party Payoff* | / per Advance | |
| Advances:  Overline | / per Advance | |
| Period:  First Additional Extension* | / per Advance | |
| Period:  Second Additional Extension* | / per Advance | |
| Period:  Subsequent Additional Extensions* | / per Advance | |
| Principal Reduction:  Full or Partial Waiver* | / per Advance | |
| Credit Limit:  Temporary Credit Line Increase* | | |
| CSC** Records Services Charge | / per Advance | |

*DSC is not required, but may grant Dealer's request for additional services and terms to be provided under the Note.  In the event DSC grants Dealer's request, DSC will assess and charge the applicable DSC Universal Fee related to the service or term requested by Dealer.

**CSC refers to the DSC Customer Service Center

*DSC Rate and Fee Schedule  p. 1 of 2*

10/27/2010

NG_005202

EXHIBIT 2

**Applicable NSF Fees & Late Fees**

Previous Value

New Value
("N/C" If No Change)

NSF Fee                    ▮▮▮▮ / per Item    ▮▮▮▮

Late Fee                   ▮▮▮▮ / per Advance ▮▮▮▮

**Term and Condition Amendments to the Note**

N/A

**Additional Important Information**

All other fees charged and assessed by DSC are charged and assessed as a DSC Administrative Fee

under the Note.

**New Fees**

Previous Value

New Value
("N/C" If No Change)

Approval: _____

Approval: _____

Date: 9-28-2010

*DSC Rate and Fee Schedule  p. 2 of 2*

10/27/2010

NG_005203

EXHIBIT 2

# DSC Published Rate, Fee and Term Schedule
## *Monthly Review/Update*

Effective: November 1, 2010

## Applicable Interest Rates

| | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| Base Rate Fixed | 5.00% | N/C |
| Base Rate Variable | WSJ Prime Rate | N/C |
| Risk Rate | 6.00% | N/C |
| Default Rate | 8.00% | N/C |

## Applicable DSC Universal Fees

| | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| Collateral Audit:  Retail/Wholesale/Rental | | |
| Collateral Audit:  RTO | | |
| Collateral Audit:  60 Day Cycle | | |
| Collateral Audit:  Add'l Location > 10 mi. | | |
| Collateral Audit:  Extended Reconciliation | | |
| Advances:  Specific Source Fee | / per Advance | |
| Advances:  Highline Fee | / per Advance | |
| Advances:  Third Party Payoff* | / per Advance | |
| Advances:  Overline | / per Advance | |
| Period:  First Additional Extension* | / per Advance | |
| Period:  Second Additional Extension* | / per Advance | |
| Period:  Subsequent Additional Extensions* | / per Advance | |
| Principal Reduction:  Full or Partial Waiver* | / per Advance | |
| Credit Limit:  Temporary Credit Line Increase* | / per Advance | |
| CSC** Records Services Charge | / per Advance | |

*DSC is not required, but may grant Dealer's request for additional services and terms to be provided under the Note.  In the event DSC grants Dealer's request, DSC will assess and charge the applicable DSC Universal Fee related to the service or term requested by Dealer.

**CSC refers to the DSC Customer Service Center

*DSC Rate and Fee Schedule  p. 1 of 2*
*12/7/2010*

EXHIBIT 2

**Applicable NSF Fees & Late Fees**

Previous Value

New Value
("N/C" if No Change)

NSF Fee                                                    per Item

Late Fee                                                   per Advance

---

**Term and Condition Amendments to the Note**

N/A

---

**Additional Important Information**

All other fees charged and assessed by DSC are charged and assessed as a DSC Administrative Fee

under the Note.

---

**New Fees**

Previous Value

New Value
("N/C" if No Change)

---

Approval:

Approval:                                    10/27/1

Date:        10-27-2010

*DSC Rate and Fee Schedule  p. 2 of 2*
*12/7/2010*

NG_005205

EXHIBIT 2

## DSC Published Rate, Fee and Term Schedule
### Monthly Review/Update

Effective:  December 1, 2010

**Applicable Interest Rates**

|  | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| Base Rate Fixed | 5.00% | N/C |
| Base Rate Variable | WSJ Prime Rate | N/C |
| Risk Rate | 6.00% | N/C |
| Default Rate | 8.00% | N/C |

**Applicable DSC Universal Fees**

|  | Previous Value | New Value ("N/C" If No Change) |
|---|---|---|
| Collateral Audit:  Retail/Wholesale/Rental | ■ | ■ |
| Collateral Audit:  RTO | ■ | ■ |
| Collateral Audit:  60 Day Cycle | ■ | ■ |
| Collateral Audit:  Add'l Location > 10 mi. | ■ | ■ |
| Collateral Audit:  Extended Reconciliation | ■ | ■ |
| Advances:  Specific Source Fee | ■ / per Advance | ■ |
| Advances:  Highline Fee | ■ / per Advance | ■ |
| Advances:  Third Party Payoff* | ■ / per Advance | ■ |
| Advances:  Overline | ■ / per Advance | ■ |
| Period:  First Additional Extension* | ■ / per Advance | ■ |
| Period:  Second Additional Extension* | ■ / per Advance | ■ |
| Period:  Subsequent Additional Extensions* | ■ / per Advance | ■ |
| Principal Reduction:  Full or Partial Waiver* | ■ / per Advance | ■ |
| Credit Limit:  Temporary Credit Line Increase* | ■ / per Advance | ■ |
| CSC** Records Services Charge | ■ / per Advance | ■ |

*DSC is not required, but may grant Dealer's request for additional services and terms to be provided under the Note.  In the event DSC grants Dealer's request, DSC will assess and charge the applicable DSC Universal Fee related to the service or term requested by Dealer.

**CSC refers to the DSC Customer Service Center

*DSC Rate and Fee Schedule  p. 1 of 2*
*12/7/2010*

NG_005206

**EXHIBIT 2**

**Applicable NSF Fees & Late Fees**

| | Previous Value | New Value *("N/C" If No Change)* |
|---|---|---|
| NSF Fee | | per Item |
| Late Fee | | per Advance |

**Term and Condition Amendments to the Note**

N/A

_____

_____

**Additional Important Information**

All other fees charged and assessed by DSC are charged and assessed as a DSC Administrative Fee

under the Note.

**New Fees**

| | Previous Value | New Value *("N/C" If No Change)* |
|---|---|---|
| | | |

Approval: _____

Approval: _____ 11/3⁴/10

Date: _11 - 30 - 2010_

EXHIBIT 2