Page 1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF INDIANA

3    INDIANAPOLIS DIVISION

4                          Case No. 1:14-cv-01589-TWP-DKL

5    RED BARN MOTORS, INC., PLATINUM    )

6    MOTORS, INC., MATTINGLY AUTO       )

7    SALES, INC., and YOUNG EXECUTIVE   )

8    MANAGEMENT & CONSULTING            )

9    SERVICES, INC., individually and   )

10   on behalf of other members of the  )

11   general public similarly situated, )

12                  Plaintiffs,         )

13        v.                            )

14   COX ENTERPRISES, INC., COX         )

15   AUTOMOTIVE, INC., NEXTGEAR         )

16   CAPITAL, INC. F/K/A DEALER         )

17   SERVICES CORPORATION, successor    )

18   by merger with Manheim Automotive  )

19   Financial Services, Inc., and      )

20   JOHN WICK,                         )

21                  Defendants.         )

22          DEPOSITION UPON ORAL EXAMINATION

23             OF NICOL ZENIA PERRY

24       TAKEN ON BEHALF OF THE DEFENDANTS

25             December 6, 2016

EXHIBIT 12

Page 65

1    want a floorplan anymore.

2         Q.    So you're saying after, like, 2014, you

3    didn't want a floorplan anymore?

4         A.    Just after using them from Car Key, and,

5    you know, paying all the fees, it just becomes a

6    headache trying to keep up with all of it.

7              So, for me, it was just better to just

8    pay cash for my cars, and count my money, and be on my

9    way.

10        Q.    So when you had a line of credit with DSC

11   when you were at Platinum --

12        A.    Yes.

13        Q.    -- how did you know when and how much to

14   pay DSC?

15        A.    They sent me -- they -- well, it was two

16   ways.

17             You could call and they would tell you,

18   or you'd have a receipt on how much you had to pay.

19        Q.    When you say --

20        A.    But, normally, we knew -- what we did was

21   we wrote down the date -- or she put in the system the

22   date of when the curtailment would come, so we would

23   try to, like, get it sold before then.

24             So we knew the curtailment dates.

25        Q.    So you're saying when you put a car on a

Page 66

```
 1    floorplan at the auction --

 2            A.      Uhm hmm.

 3            Q.      -- the DSC who you gave the paperwork to

 4    would give you a receipt and would tell you the

 5    curtailment date?

 6            A.      Right.  Yes, we would have the

 7    curtailment date.

 8            Q.      But you would get the curtailment date

 9    from the DSC representative at the auction?

10            A.      I can't remember if it was on that

11    paperwork.

12                    Normally we would just call, but I can't

13    remember exactly how that worked.

14                    I know when you went to them they pretty

15    much were there to call and make sure the funds were

16    available and to just approve it.

17            Q.      When you say "they," do you mean auction,

18    the person at the auction?

19            A.      The DSC rep.

20                    They would call DSC because sometimes

21    your name wouldn't be on the paper, it just didn't

22    make it for that day, so they would call and just make

23    sure.  And then they would say, okay, you're okay,

24    then you could get the receipt printed up.

25            Q.      So the DSC rep would call at the auction,
```

```
 1    would call and make sure you had credit available to
 2    purchase a vehicle on your floorplan, right?
 3         A.    Right.
 4         Q.    And then the DSC representative would
 5    also give you a receipt showing how much you owed or
 6    what --
 7         A.    No, it didn't work that way.
 8               They would approve it, and then the
 9    auction would give you a receipt.
10               I don't think they -- they wouldn't give
11    receipts.  They didn't write receipts.
12         Q.    DSC wouldn't write receipts?
13         A.    Right.
14         Q.    The auction would give you a receipt
15    showing what the purchase price was of the vehicle?
16         A.    Correct.
17         Q.    Did you ever receive --
18         A.    I know how we found it.
19               We had -- we could go into DSC.  We were
20    actually tapped into them where we had to have the
21    system, but we could go and look it up.
22               That's how.
23         Q.    So you could go online and look up --
24         A.    Right, or could call them.
25               Yes, we could go online, but we would
```

EXHIBIT 12

Page 68

1    normally call them and they would tell us.

2        Q.    So, generally, you'd call the DSC

3    representative and that person would tell you how much

4    you owed?

5        A.    Right.

6        Q.    Or you could go online and the system

7    would show you how much you owed?

8        A.    It would say -- yes, and the date of the

9    curtailment.

10       Q.    Did you ever receive account statements

11   from DSC?

12       A.    Yes.

13       Q.    How did you get those?

14       A.    They were mailed or we can go there,

15   because they were local, at one point.

16             That's pretty much how we got them.

17       Q.    How often did you receive account

18   statements in the mail from DSC?

19       A.    I couldn't tell you the exact --

20       Q.    Maybe like once a month?

21       A.    -- but I know -- I think the curtailments

22   were probably -- you would get one, when the

23   curtailment was coming -- soon, but, probably monthly.

24             That would make sense.

25       Q.    And those statements showed the interest

EXHIBIT 12

Page 69

1    and the curtailment fees?

2          A.      Probably so.

3                  I can't remember what one looks like, to

4    be honest.

5          Q.      Aside from the statements that you got,

6    did you receive bills from DSC?

7          A.      Bills like what?  What do you mean?

8                  Like, the statements would have what we

9    owed on it.

10                 Are you talking about a separate bill?

11         Q.      Uhm-hmm.

12         A.      I don't think so.

13                 I'm not sure.  I don't think so.

14         Q.      And do you remember if the place that you

15   went online to check your account was discoverdsc.com?

16         A.      That sounds about right.

17         Q.      And did you go online to discoverdsc.com

18   to look up information on your account?

19         A.      Yes.

20         Q.      And do you recall what information was

21   available there?

22         A.      What I owed.

23         Q.      Did it show, like, interest, curtailment

24   fees, principle --

25         A.      I'm sure it did.

Page 70

1      Q.      And did it show the due dates?

2      A.      Yes.  I remember those.

3      Q.      When you went on discoverdsc.com, do you

4  recall if it had information about, like, interest

5  rates and fees, generally?

6      A.      I think so.

7      Q.      Do you recall seeing a schedule of rates

8  and fees?

9      A.      I believe so.

10      Q.      So on a vehicle that you purchased using

11  your floorplan, when do you have to pay the floorplan

12  company?

13      A.      Whatever the timeframe was, but I don't

14  remember what it was --

15      Q.      Was it --

16      A.      -- what we signed up for, and I can't

17  remember, because they had different types, so I don't

18  know.

19      Q.      Do you recall that you had to pay the

20  floorplan company within a period of time after you

21  sold a vehicle that was floorplanned?

22      A.      I don't remember the timeframe.

23              I just knew that if I purchased the car,

24  if I didn't sell it in a certain amount of time, then

25  there would be curtailment fees.

1                  I remember that.

2          Q.     But once you did sell a unit to the

3    retail customer, you had to pay off that unit with the

4    floorplan company, right?

5          A.     Yes.

6          Q.     And you had to pay off that vehicle

7    within a certain amount of time?

8          A.     Yes.

9          Q.     But you don't remember what that time

10   period was?

11         A.     No, but it was like -- it wasn't a long

12   time.

13         Q.     It was, like, 24 hours or 48 hours --

14         A.     Something like that, yeah.

15         Q.     If you weren't able to sell the vehicle

16   did you have to pay off the vehicle to the floorplan

17   company at a certain point?

18         A.     Yes.

19         Q.     How long was that?

20         A.     Well, you could curtail it, and then you

21   could -- you could do that twice, and then after that,

22   once that time was up, I think, within, like, 24 to 48

23   hours, so something like that.

24         Q.     So if the vehicle hadn't sold for, say,

25   120 days, then you'd still have to pay off the vehicle

EXHIBIT 12

Page 72

1    within 24 to 48 hours of that?

2         A.    Right.

3         Q.    How did you know what the date was that

4    you had to pay off the vehicle by?

5         A.    You just go up to the DSC site and it

6    will tell you what -- we pretty much -- we wrote down

7    when those curtailment times were coming.

8         Q.    So if you're coming up to the end of the

9    curtailment period, you could also just pay off the

10   vehicle, even if you hadn't sold it, right?

11        A.    Right.

12        Q.    And then you wouldn't have to pay the

13   curtailment fee?

14        A.    Right.

15        Q.    When you were at Platinum, did you ever

16   go through a collateral audit?

17        A.    Yeah, I think so.

18        Q.    Do you know what I mean when I'm talking

19   about that?

20        A.    Yeah.  When they come out and they look

21   to see if the cars are there.

22              That's what you mean, right?

23        Q.    You said to look to see if the cars were

24   there?

25        A.    Right.  Yeah, they did that from time to

EXHIBIT 12

Page 73

1    time.

2           Q.      Do you know how often that happened?

3           A.      Maybe once a month, maybe.

4           Q.      What happens if the floorplan company

5    does a collateral audit and the vehicle inventory is

6    missing or cannot be accounted for?

7           A.      You cannot use the account.

8                   I've had that happen.

9           Q.      Did you have that happen with DSC?

10          A.      Yes.

11          Q.      What happened there?

12          A.      I was at the auction.  They came to do an

13   audit.

14                  He was out of town with a car, and I

15   tried to buy a car, and I couldn't.

16          Q.      You said, he was out of town with the --

17          A.      That's when we was at Car Key.

18          Q.      Okay.

19          A.      So he was a salesperson.

20                  Like, normally, when they cannot locate a

21   car and you could not verify it, then they will shut

22   you down.

23          Q.      Do you remember when this happened,

24   approximately?

25          A.      I don't.

Page 90

1        A.      No.  You're giving me three 30 days, or
2    you're saying two?
3        Q.      Two, two.
4        A.      Yeah.
5        Q.      So then after a total of 120 days, that
6    was it, right, you had to pay off the car?
7        A.      Right.
8        Q.      And you understood that at the time you
9    signed this agreement?
10       A.      Right.
11       Q.      How did Platinum typically make payments
12   to DSC?
13               Did you make it through ACH payments?
14       A.      Yes.
15       Q.      Did you ever pay in checks and cash?
16       A.      No, I don't think so.
17               Probably -- maybe a check, but normally,
18   ACH.
19       Q.      And you said when you were at Platinum
20   you were able to go on to discoverdsc.com and look up
21   your information about your account, right?
22       A.      Yes.
23       Q.      When you went on to discoverdsc.com,
24   could you also initiate a payment?
25       A.      Yes.

Page 91

1        Q.      Did you ever do that?

2        A.      Yes, I think so.  Yes.

3        Q.      Is that generally how you initiated

4   payments to DSC, by going online?

5        A.      Yes.  After they moved, yes.

6        Q.      What do you mean after they moved?

7        A.      Because at one point they were local, and

8   we could go right to the office.

9        Q.      Oh.  There was like a branch office that

10  you could go to?

11       A.      Right.

12       Q.      Would you initiate payments at the branch

13  office?

14       A.      Yes.

15       Q.      And would you initiate ACH payments at

16  the branch office, or pay by check?

17       A.      Both.

18       Q.      Do you remember when DSC stopped having

19  branch offices?

20       A.      I don't.

21       Q.      Did they have branch offices while you

22  were at Platinum?

23       A.      I don't think so.

24       Q.      Did you, by any chance, remember the name

25  of the person from DSC that you couldn't remember

Page 92

1    before?  The person before Lundi Touch?

2          A.      No.

3          Q.      Did you talk to anybody other than Lundi

4    Touch from DSC?

5          A.      Just anybody?

6          Q.      Uhm-hmm.

7          A.      Yes.

8          Q.      Do you remember who?

9          A.      Shawn Tabb.

10                 There was a few people, but I remember

11   those two because I encountered them more often.

12         Q.      Do you remember Shawn Tabb and Lundi

13   Touch?

14         A.      Yes.

15         Q.      And what was your understanding of Shawn

16   Tabb's role?

17         A.      To do the audits.

18         Q.      And what was your understanding of

19   Lundi's role?

20         A.      She was the field rep, or sales rep,

21   also.

22         Q.      What discussions did you have with Shawn

23   Tabb?

24         A.      We talked about -- just the business, you

25   know, cars.

Page 93

1        Q.        I guess I'll ask you a more specific

2    question.

3                  Did you ever talk to Shawn Tabb about

4    your -- the terms of your floorplan?

5        A.        No.

6        Q.        So you never talked to him about the fees

7    or the interest?

8        A.        No.

9        Q.        Or how the floorplan would be paid?

10       A.        No.

11       Q.        And with Lundi, aside from the

12   conversations that we've already talked about, did you

13   have any other conversations with her about the terms

14   of your floorplan?

15       A.        Well, when we split, we had a

16   conversation about the floorplan staying there, and I

17   got this new floorplan.  So I had two.

18                 I had that one, which stayed at Car Key,

19   and that would stay there and eliminate me from that,

20   and -- he signed on to that, and then we talked about

21   starting this new one.

22       Q.        And you said when we split.

23                 Was that when Platinum became independent

24   from Car Key?

25       A.        Correct.

EXHIBIT 12

Page 94

```
 1        Q.     And in that conversation with Lundi, was
 2   that around the 2011 timeframe?
 3        A.     That was probably -- yeah, 10, 11, when
 4   they were switching over to '11.
 5        Q.     So in this conversation with Lundi Touch
 6   in 2010 or 2011, did you discuss the floorplan with
 7   respect to interest and fees?
 8        A.     No.
 9        Q.     You mentioned having spoken to other
10   people at DSC whose names you don't really remember.
11               Did you talk to any of them about the
12   terms of your floorplan?
13        A.     No.
14        Q.     So is it fair to say the only
15   conversation from DSC that you had about the terms of
16   DSC floorplan was back in 2008 with Lundi Touch?
17        A.     Yes.
18        Q.     And was it your understanding that Lundi
19   Touch was dealing with people in your region?
20        A.     Yes.
21        Q.     She didn't deal with all dealers
22   nationwide, right?
23        A.     I don't know.
24        Q.     And what about Shawn Tabb?
25               Was he focused on your region?
```

Page 95

1         A.      I think so.  I'm not sure.

2         Q.      Okay.  And do you think that he was

3    working with dealers nationwide?

4         A.      I'm not sure.

5         Q.      Okay.  Now you're a plaintiff in this

6    lawful, and is it your contention that employees of

7    DSC or NextGear made false representations to you?

8         A.      Did they make false representations?

9         Q.      (Moves head up and down.)

10        A.      I don't think they were false.

11        Q.      Okay.  Are you suing based on something

12   that somebody said to you at some point?

13        A.      Someone said to me?

14        Q.      Uhm-hmm.

15        A.      Like, bad to me or something?

16        Q.      Well, or incorrect or?

17        A.      Yeah, just not informed correctly.

18        Q.      So are you saying they told you something

19   that was wrong?

20        A.      Not that they told me something that was

21   wrong, but they just didn't tell me -- didn't go over

22   thoroughly of what actually was there.

23        Q.      So do you believe that there was

24   something improper about how DSC charged interest on

25   the floorplan?

Page 96

1          A.      I think that if we were charged before

2     we -- if we were charged before we actually paid for

3     the vehicle, then, yeah.

4                  I should have said it differently.  If

5     the interest started before.

6          Q.      So you're saying if interest started

7     running before you paid DSC for the vehicle?

8          A.      Before they paid.

9          Q.      Before DSC paid?

10         A.      Right.

11         Q.      Somebody else?

12         A.      Right.

13         Q.      So you think DSC should not have charged

14    interest before it transferred money to somebody else

15    for the vehicle that you purchased on your floorplan?

16         A.      Right, did you say that right?

17                 Right.

18         Q.      Why was that improper?

19         A.      Because if I had -- if I purchased a

20    vehicle from the auction, and my -- and they didn't

21    pay for it right then and there, then I should not

22    have been charged interest.

23                 I should have only been charged interest,

24    you know, only from the time that it's paid for, if

25    that clarifies anything.

Page 97

1          Q.      Do you think you were able to take the

2    car from the auction before DSC transferred money to

3    the auction?

4          A.      Do I think that I could have?

5          Q.      Did you?

6          A.      I don't know how it transpired.  When

7    I -- what the -- when I purchased the car, I thought

8    it was paid for right then and there.

9          Q.      Okay.

10         A.      And interest started.

11         Q.      But when you purchased the car using your

12   floorplan, you were able to take the car?

13         A.      Right.

14         Q.      Without putting any cash out of your own,

15   correct?

16         A.      Right, yes.

17         Q.      And you did not have any conversations

18   with anybody at DSC in which a DSC person told you

19   that -- anything about when interest and fees would

20   start to be charged, right?

21         A.      Right.

22         Q.      Did you ever ask about when interest

23   would be charged?

24         A.      I can't recall.

25                 I don't think I did.

Page 98

1        Q.     What made you think that it was wrong for

2  DSC to charge interest, as it did?

3        A.     I just think that anywhere where you're

4  overcharged for something, that -- for anything, that

5  it's wrong.

6        Q.     But what made you, I guess, realize that

7  you thought you were being overcharged?

8        A.     Realize that they were charging interest?

9        Q.     (Witness moves head up and down.)

10       A.     I was told that, it happened to someone.

11       Q.     By whom?

12       A.     By him.

13       Q.     Who's him, are you --

14       A.     (Indicating.)

15       Q.     Are you --

16       MR. AIREY:  Object to form.  She can't

17  say what she -- you can't say anything that we talked

18  about.

19        THE WITNESS:  Oh.

20  BY MS. LEDBETTER:

21       Q.     Okay.  So prior to any conversations with

22  any lawyers, did you have any concerns about how DSC

23  was charging interest?

24       A.     No.

25       Q.     And when did you first speak with the

EXHIBIT 12

Page 99

1    lawyers in this case?

2          A.      I don't know if I can answer that.

3                  MR. AIREY:   You can answer when.

4          A.      When I first -- yesterday.

5    BY MS. LEDBETTER:

6          Q.      But, I mean, when did you first speak

7    with any lawyers in this case, though?

8          A.      Oh, not -- any lawyer?

9                  Ooh, a while ago, when they called me

10   about this.

11         Q.      But was that like this year, or was that

12   several years ago?

13         A.      It was this year, yes.

14         Q.      In 2016?

15         A.      Yes.

16         Q.      I think we talked about this a little

17   earlier, but you understood that DSC had a security

18   interest in your inventory, to secure its loans,

19   right?

20         A.      Yes.

21         Q.      What does that mean, in your

22   understanding that?

23         A.      That they had a security interest, that

24   they put their money out there, and they used the

25   vehicle as collateral.

Page 100

1          Q.      Did you ever have an issue with DSC

2     repossessing vehicles from you?

3          A.      Yes.

4          Q.      And when did that happen?

5          A.      Right around 2010 or '11.

6          Q.      Was that at Car Key or Platinum?

7          A.      Yes, Car Key.

8                  It actually happened at both, because

9     when I recovered some of the Car Key cars that was --

10    that they were still looking for, then I took those to

11    Platinum, and they got -- they came and got those.

12         Q.      Let me see if I understand.

13                 So you, while you were at the Car Key,

14    DSC repossessed some vehicles from Car Key?

15         A.      I wasn't there.

16         Q.      Okay.  So that was -- after the time that

17    you left Car Key, your understanding was DSC

18    repossessed vehicles from Car Key?

19         A.      Okay, yeah.  But what happened is some of

20    the cars were sold, out of trust, so they came and got

21    the other ones, and some of them, I found myself, and

22    I brought them to where I was at Platinum.

23         Q.      So who sold the cars out of trust?

24         A.      The other dealer/operator.

25         Q.      At Car Key?

Page 101

 1          A.      Right.

 2          Q.      Okay.  And so some of the cars at

 3   Car Key -- or that Car Key had as inventory, you

 4   recovered and picked up and took to your lot?

 5          A.      Right.

 6          Q.      But then DSC came and repossessed those

 7   cars as well?

 8          A.      Right.  They were already on the list, so

 9   I just made them available to, you know, put them

10   together.

11          Q.      So they weren't Platinum's cars, though?

12          A.      But they were under my name.

13          Q.      They were under your name, but they

14   weren't Platinum's cars, and DSC was repossessing them

15   because of something that happened at Car Key?

16          A.      Correct.

17          Q.      Has DSC ever repossessed vehicles that

18   were in Platinum's name?

19          A.      No, I don't think so, no.

20          Q.      And other than this time that we've just

21   talked about, has DSC ever repossessed vehicles from

22   Platinum at all?

23          A.      No.

24          Q.      Did DSC have a right to repossess the

25   cars that were at Platinum's lot?

Page 102

```
 1          A.      Yes.
 2          Q.      So you don't think there was anything
 3   wrong with DSC's doing that?
 4          A.      No.
 5          Q.      Has DSC or NextGear ever repossessed
 6   vehicles from Platinum, where you thought that was
 7   wrong?
 8          A.      No.
 9                  MR. AIREY:   Object to form.   You can
10   answer.
11                  I think she said you never repossessed
12   any, so.
13                  MS. LEDBETTER:   Can you read back my
14   question?
15                  (The requested portion was read back by
16   the reporter.)
17                  MR. AIREY:   I think you already answered
18   the question.   You can answer it again, if you want.
19   BY MS. LEDBETTER:
20          Q.      What's your answer to that question?
21          A.      I have no answer.   I answered it already.
22                  MS. LEDBETTER:   Can you read back her
23   answer?
24                  MR. AIREY:   You can answer the question.
25                  I think the problem -- she said she had
```

1   never repossessed any cars at Platinum, and then you

2   asked her, did you think whenever you repossessed any

3   cars, it was wrong.

4              So I object to the form.  There's a lack

5   of foundation to it.

6        A.    No.

7              Can we move on?  I have to be out of here

8   by 12:30.

9              MR. AIREY:  I don't think we're going to

10  be able to do that.

11             MS. LEDBETTER:  Okay.  I mean --

12             THE WITNESS:  I am leaving at 12:30.

13             MS. LEDBETTER:  I mean, I understand

14  you're a plaintiff in a case where you're suing my

15  client, and so we have a right to take your

16  deposition, and we'll need to finish that, and I'm not

17  sure that we can finish today by 12:30, but if you

18  need to leave, then we'll have to make some kind of

19  arrangements, but we can talk about that when the time

20  comes, if we need to.

21  BY MS. LEDBETTER:

22        Q.    So do you recall how many vehicles

23  Platinum --

24        A.    Okay.  So wait.

25             You're telling me I have to finish this,

Page 104

1    is that what you're saying?

2                 I have to -- when I leave, I have to come

3    back?  Like, how am I binded to this?

4                 MS. LEDBETTER:  Can we go off the record

5    for a second?

6                 MR. AIREY:  I can talk to her for a

7    second.

8                 MS. LEDBETTER:  Yeah.

9                 (Off-the-record discussion.)

10                (A recess was taken.)

11                MS. LEDBETTER:  All right.  Are you

12   ready?

13                THE WITNESS:  I'm ready.

14                MS. LEDBETTER:  Let's go back on.

15   BY MS. LEDBETTER:

16        Q.    Do you know how many vehicles Platinum

17   floored with DSC?

18        A.    I don't.

19        Q.    Do you have a ballpark figure?

20        A.    I don't.

21                (Perry Exhibit No. 4 was marked.)

22   BY MS. LEDBETTER:

23        Q.    Have you seen this before?

24        A.    I'm sure I have.  I'm not sure.

25                I don't see it now.

Page 106

1                This doesn't look like -- I remember --

2    this doesn't look like stuff that Platinum did.

3         Q.     Okay.  I'll come to that in a second.

4                Does this look like it's about the right

5    number of vehicles that Platinum floorplanned with

6    DSC?

7         A.     It could be.

8         Q.     So if you take a look at the column

9    titled Seller Auction Name.

10        A.     Okay.  I'm there.

11        Q.     And if you look down a few lines, there

12   are several that list Car Key Auto as the seller or

13   auction?

14        A.     Yes, I see that.

15        Q.     Did you obtain cars from Car Key, and

16   then put them on the Platinum floorplan?

17        A.     No.  So you're saying -- say that again.

18        Q.     Did Platinum obtain from Car Key Auto and

19   put them on Platinum's floorplan?

20        A.     I think when we were transferring, I

21   think so.  I think so.

22                I'm not sure.

23        Q.     So you think when --

24        A.     Because I see this car here, and I

25   remember this car, this Lexus.  It was one of the cars

Page 107

 1    that I recovered, and took to the lot, and I think

 2    they took it back.

 3              The other ones, I can't -- and this Jeep,

 4    I remember these.  But these were -- most of these

 5    cars look like they were on Car Key's lot, but,

 6    anyway.

 7         Q.    So you think that when you were

 8    transitioning from Car Key to Platinum, you might have

 9    taken some cars from Car Key's lot and put them on

10    Platinum floorplan?

11         A.    We did do that, but Lundi was there.  We

12    did that when we did the split, and I can't remember,

13    I just remember, when we did the split, we did do

14    that.

15         Q.    And then are you also saying that you

16    think some of those cars ended up being repossessed

17    because of something that Car Key did?

18         A.    Right.

19         Q.    And if you look further down on Seller

20    Auction Name, it says "Med Transit Auto Sales"?

21         A.    Yes.

22         Q.    Who is that?

23         A.    That's another dealer.

24         Q.    So did you purchase vehicles from Med

25    Transit Auto Sales and put those on your floorplan?

Page 108

1          A.       Yes.

2          Q.       And this document suggests that Platinum

3     only paid in full for about five vehicles out of about

4     20 that floorplanned with DSC.

5                   Does that sound right now?

6          A.       Only paid for?

7                   What do you mean?  Just paid them off?

8          Q.       Right.

9          A.       That could be right.

10         Q.       You mentioned that Car Key had sold cars

11    out of trust.

12                  Did Platinum ever sell cars out of trust?

13         A.       I think so, yes.

14         Q.       Do you remember what the circumstances of

15    that were?

16         A.       I think they were -- these cars -- from

17    what I remember, we had split the cars, and I -- what

18    happened was the cars were there, and because we split

19    off, they put the debt on Platinum, I owed them this

20    debt because all was in my name.

21                  So the bottom line is it all sold out of

22    trust from me, because they were all in my name.

23         Q.       And what's your understanding of selling

24    it out of trust?

25                  What does that mean?

Page 109

1      A.      Selling the car, and not getting the

2  money, and not paying them in the timeframe.

3      Q.      Aside from those cars that came from Car

4  Key Auto, did Platinum ever sell any other cars out of

5  trust?

6      A.      No.

7      Q.      Do you know whether DSC ever declared

8  Platinum's line of credit in default?

9      A.      Yes.

10      Q.      When was that?

11      A.      I don't remember.

12      Q.      Do you have an approximate timeframe,

13  2011, 2012?

14      A.      Probably '12 maybe.

15          It was shortly after this.

16      Q.      What led to that default?

17      A.      The cars being -- these cars being sold

18  out of trust.

19      Q.      Do you remember if you made any payments

20  that were returned for insufficient funds?

21      A.      No.

22      Q.      You don't think you did?

23      A.      No.

24      Q.      Do you know if there was anything else

25  that led to DSC declaring a default -- or declaring

EXHIBIT 12

Page 110

```
1    Platinum in default, excuse me?

2         A.      No, that was it.

3                 Just pay the paperwork.  That was it.

4         Q.      Did Platinum have any issues with other

5    trade creditors around that same time?

6         A.      We didn't have any more creditors.

7         Q.      Did Platinum have any issues with

8    payments to auctions around that time?

9         A.      Auctions?  No.

10        Q.      Did Platinum have any problems being able

11   to pay at auctions?

12        A.      Yes.

13        Q.      When was that?

14        A.      I think right around -- probably '13.

15        Q.      So that was after the default with DSC?

16        A.      Yeah, somewhere around then.

17                I can't remember exactly.  Somewhere

18   between 12 and 13, or 11 or 12, somewhere in that --

19        Q.      Was that around the same time as the

20   default with DSC or --

21        A.      I don't think all of that was going on

22   around -- it was, like, snowballing at that point, so

23   it was around or after that time.

24                I don't really know exactly.

25        Q.      Was Platinum ever investigated by any
```

Page 111

1    police or government agency?

2            A.      No.

3            Q.      Never investigated by, like, the

4    Department of Motor Vehicles?

5            A.      No.

6            Q.      Have you ever -- well, has -- did

7    Platinum ever floor the same car more than once?

8            A.      Could have.

9            Q.      And how would that work?

10           A.      You would floor it, pay it off, and then

11   floor it again.

12           Q.      So you'd pay it off even if you hadn't

13   sold it, and then floor it again?

14           A.      Yeah.  Let's say the curtailment came up

15   and then you paid it off, and then if you needed

16   money, then you'd take it, and then you floor it

17   again.

18           Q.      Did you ever participate in any online

19   vehicle auctions?

20           A.      Yes.

21           Q.      And which auctions did you participate

22   in?

23           A.       IAA, Manheim, Richmond, Richmond,

24   Richmond Auto Auction.  That's probably about it.

25           Q.      And did you participate in those online

Page 112

1    auctions with Car Key or Platinum or both?

2         A.     Both, probably.

3         Q.     So Platinum participated with IAA,

4    Manheim, and Richmond?

5         A.     Right.

6         Q.     Did you floorplan vehicles that you

7    bought on those online auctions?

8         A.     Probably from Manheim only.  Maybe IAA --

9         Q.     Did you floorplan --

10        A.     Yeah.  Some of them.

11        Q.     Sorry.  I didn't mean to interrupt.

12               Did you floorplan those vehicles from IAA

13   and Manheim when you were at Platinum or when you were

14   at Car Key, or both?

15        A.     Probably both.

16               We did more online at Platinum, but

17   probably both.

18        Q.     Have you ever sold cars to another dealer

19   at an auction for a prearranged price?

20        A.     For a prearranged price?  I don't

21   understand.

22               At an auction?

23        Q.     (Moves head up and down.)

24        A.     There's no prearranged price.

25        Q.     So have you ever come to an agreement