Message

**From:** Douglas Kachur [/O=DSC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DKACHUR]
**Sent:** 3/15/2013 4:05:51 PM
**To:** Kathy Clark [/O=DSC/OU=First Administrative Group/cn=Recipients/cn=kclark]
**Subject:** RE: Red Barn Motors, Inc 61099 NSF LOC $300k

Keep in mind, that in LA repossessions must be voluntary.

**Doug Kachur | National Remarketing Manager | o: 317.571.3821 | m: 317.945.9982**
dkachur@nextgearcapital.com



Inventory Finance Solutions.
Simplified.

nextgearcapital.com • 1320 City Center Drive, Suite 100 • Carmel, IN 46032 • 317.571.3721



**From:** Kathy Clark
**Sent:** Friday, March 15, 2013 11:33 AM
**To:** Douglas Kachur
**Cc:** Stuart LaBauve; Keith Klingler; Bradley Cohen; Roger Teate
**Subject:** FW: Red Barn Motors, Inc 61099 NSF LOC $300k

May be looking for your assistance with getting approx.. 45 units off this lot.

Dealer going out of business (already hit the papers).

Confidential          EXHIBIT 13          NG_005838
                                                         NG_005838

Kathy Clark | Director of Risk | 317.571.3841 |317.563.2715 Cell | kclark@nextgearcapital.com



Inventory Finance Solutions.
Simplified.

nextgearcapital.com • 1320 City Center Drive, Suite 100 • Carmel, IN 46032 • 317.571.3721



**From:** Keith Klingler
**Sent:** Friday, March 15, 2013 10:42 AM
**To:** Stuart LaBauve
**Cc:** Roger Teate; Kathy Clark
**Subject:** RE: Red Barn Motors, Inc 61099 NSF LOC $300k

Additional NSF checks that were mentioned to be in the pipeline from yesterday:

**61099 03/13/2013 DDA 600.12 R01/INSUF FUND**

RED BARN MOTORS, INC. 031213 DB 091000016614241

**Redacted for PII**

Comments:

**61099 03/13/2013 DDA 471.78 R01/INSUF FUND**

RED BARN MOTORS, INC. 031213 DB 091000016614246

**Redacted for PII**

Comments:

**61099 03/13/2013 DDA 437.86 R01/INSUF FUND**

RED BARN MOTORS, INC. 031213 DB 091000016614245

**Redacted for PII**

Comments:

61099 03/13/2013 DDA 388.60 R01/INSUF FUND

RED BARN MOTORS, INC. 031213 DB 091000016614243

**Redacted for PII**

Comments:

61099 03/13/2013 DDA 377.01 R01/INSUF FUND

RED BARN MOTORS, INC. 031213 DB 091000016614244

**Redacted for PII**

Comments:

61099 03/13/2013 DDA 330.65 R01/INSUF FUND

RED BARN MOTORS, INC. 031213 DB 091000016614242

**Redacted for PII**

Keith Klingler | Risk Account Manager | 317.571.3724 | KKlingler@Nextgearcapital.com

NEXTGEAR CAPITAL    Inventory Finance Solutions. Simplified.

nextgearcapital.com • 1320 City Center Drive, Suite 100 • Carmel, IN 46032 • 317.571.3721



**From:** Keith Klingler
**Sent:** Thursday, March 14, 2013 9:04 AM
**To:** Stuart LaBauve

**Cc:** Roger Teate; kclark@discoverdsc.com
**Subject:** Red Barn Motors, Inc 61099 NSF LOC $300k

Good morning. We received the following NSF transaction from the dealer this morning. The dealer's first NSF. There are 6 additional payments in pipeline totaling approx. $2,400. OSB as of this date is $279,983

**61099 03/12/2013 DDA 4,483.32 R01/INSUF FUND**

RED BARN MOTORS, INC. 031113 DB 091000016835753

**Redacted for PII**

The dealer's LOC is $300K

(Below is required when LOC is $200K or more)

Per policy, lot audits are required when:

- Returned funds are on a LOC of $200K or more
- Returned funds are on a payment of $12K or more
- Replacement funds result in NSF

Please advise as to when you will be able to complete the audit.

While at the lot, please collect the two most recent month's bank statements.

Thanks

Keith Klingler | Risk Account Manager | 317.571.3724 | KKlingler@Nextgearcapital.com



Inventory Finance Solutions.
Simplified.

nextgearcapital.com • 1320 City Center Drive, Suite 100 • Carmel, IN 46032 • 317.571.3721

