## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### (Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC., and** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated, | * | |
| | * | |
| v. | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION,** successor by merger | * | |
| with Manheim Automotive Financial | * | |
| Services, Inc., and **JOHN WICK,** | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER

Considering the foregoing Unopposed Motion to Continue Final Pretrial Conference and Bench Trial Settings (Dkt. \_\_\_\_) (the "Motion to Continue"), and for the reasons stated therein:

**IT IS ORDERED** that the Motion to Continue be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that the Final Pretrial Conference, August 28, 2017 bench trial date, and all associated pretrial deadlines in this matter be and hereby are **CONTINUED** without date.

Indianapolis, Indiana this _____ day of _____, 2017.

_____
**HON. TANYA W. PRATT**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

Service of the foregoing Order will be made
electronically on all ECF-registered counsel of
record via email generated by the court's ECF system.