UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC., and** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated, | * | |
| | * | |
| v. | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION, successor by merger** | * | |
| with Manheim Automotive Financial | * | |
| Services, Inc., and JOHN WICK, | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Plaintiffs' Motion to Stay Ruling on Plaintiffs' Motion for Partial Summary Judgment on Breach of Contract Claim (Dkt. 214) (the "Motion to Stay"), and for the reasons stated therein:

**IT IS ORDERED** that the Motion to Stay be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that any ruling on Plaintiffs' Motion for Partial Summary Judgment shall be deferred until such time as class certification has been decided and, if class certification is granted, the opt out period has expired.

Indianapolis, Indiana this _____ day of _____, 2017.

_____
**HON. TANYA W. PRATT**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

Service of the foregoing Order will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.