IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>    Defendants. | Case No. 1:14-cv-01589-TWP-DKL |

## ORDER

The Court having read and considered Plaintiffs' Motion to Continue Final Pretrial Conference and Bench Trial Settings [Doc. ___] and Defendants' Response thereto [Doc. ___], and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline of July 5, 2017 for parties to file and serve their final witness and exhibit lists; the August 1, 2017 Final Pretrial Conference date; the August 28, 2017 bench trial date; and all associated pretrial deadlines in this matter be and hereby are **CONTINUED** without date.

Indianapolis, Indiana, this ____ day of _____, 2017.

_____
HON. TANYA WALTON PRATT
UNITED STATES DISTRICT JUDGE

Distribution to electronically registered counsel of record via CM/ECF