IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>    Defendants. | Case No. 1:14-cv-01589-TWP-DKL |

## ORDER

The Court having read and considered the Motion to Stay Class Discovery [Doc. ___], and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. Plaintiffs shall serve discovery upon the Defendants regarding the identity of class members within fifteen (15) days of entry of the Court's order certifying a class.

2. Plaintiffs shall serve any other appropriate class merits discovery upon the Defendants within fifteen (15) days of the later of (a) entry of the Court's order certifying a class, (b) entry of the Court's ruling on Plaintiffs' motion for partial summary judgment, and (c) entry of the Court's ruling on Defendants' motion for summary judgment.

3. Upon being served with any of the discovery identified in paragraphs 1 and 2, Defendants shall have the time allowed by the Federal Rules of Civil Procedure in which to

respond to such discovery, subject to any appropriate objections and to any extensions to which the parties may agree if needed.

4.  To the extent that any additional depositions are necessary for class merits discovery, the parties will work together to schedule such depositions at the earliest practicable date, subject to the limitation on the number of depositions established by the Federal Rules of Civil Procedure.

Indianapolis, Indiana, this _____ day of _____, 2017.

_____
HON. TANYA WALTON PRATT
UNITED STATES DISTRICT JUDGE

Distribution to electronically registered counsel of record via CM/ECF