IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, <br><br>  Plaintiffs, <br><br> v. <br><br> COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK, <br><br>  Defendants. | Case No. 1:14-cv-01589-TWP-DKL |

**ORDER**

The Court having read and considered Defendants' Motion to Exclude Expert Testimony of Dan Wojcik [Doc. ___], and for good cause shown, **IT IS HEREBY ORDERED** that the Motion to Exclude is **GRANTED** and that Mr. Wojcik is precluded from testifying in this matter.

Indianapolis, Indiana, this ____ day of _____, 2017.

_____
HON. TANYA WALTON PRATT
UNITED STATES DISTRICT JUDGE

Distribution to electronically registered counsel of record via CM/ECF