UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC., and** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated, | * | |
| | * | |
| v. | * | |
| | * | |
| **COX ENTERPRISES, INC.,** | * | |
| **COX AUTOMOTIVE, INC.,** | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION,** successor by merger | * | |
| with Manheim Automotive Financial | * | |
| Services, Inc., and **JOHN WICK,** | | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Continue Final Pretrial Conference and Bench Trial Settings (Dkt. 213) (the "Motion to Continue"), and for the reasons stated therein:

**IT IS ORDERED** that the Motion to Continue be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that the final pretrial set August 1, 2017 and the bench trial set August 28, 2017 are VACATED.  The final pretrial is RESCHEDULED to November 8, 2017 at 2:00 p.m. in Room 330.  Counsel only shall attend the final pretrial.  The bench trial is RESCHEDULED to commence on December 4, 2017 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.

Date: 6/29/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service of the foregoing Order will be made
electronically on all ECF-registered counsel of
record via email generated by the court's ECF system.