## UNITED STATES DISTRICT COURT
### Southern District of Indiana

| | |
|---|---|
| RED BARN MOTORS, INC., et al. | ) |
|                Plaintiff(s), | ) |
| | ) |
| vs. | ) CASE NO. 1:14–cv–01589–TWP–DML |
| | ) |
| NEXTGEAR CAPITAL, INC., et al. | ) |
|                Defendant(s) | ) |

### ORDER REASSIGNING CASE

Pursuant to Title 28 U.S.C. Section 137 and Local Rule 40–1(f) of the Southern District of Indiana, the above matter is to be reassigned from the docket of Magistrate Judge Denise K. LaRue to the docket of the newly assigned Magistrate Judge Debra McVicker Lynch. **Please note that cause number 1:14–cv–01589–TWP–DML should be used on all future filings.**

DATE: June 29, 2017

   s/ Hon. Jane Magnus–Stinson, Chief Judge
United States District Court
Southern District of Indiana