IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>    Defendants. | Case No. 1:14-cv-01589-TWP-DML |

**JOINT MOTION TO RESET WITNESS AND EXHIBIT LIST DEADLINE**

The parties respectfully request that the Court reset the deadline for the parties to submit final witness and exhibit lists.[1]  In support of this motion, the parties show as follows:

1. On June 21, 2017, Plaintiffs filed a Motion to Continue Final Pretrial Conference and Bench Trial Settings [Doc. 213].  Defendants joined in that motion and filed a response on June 23, 2017 [Doc. 215].  The Court granted the motion to continue on June 29, 2017 [Doc. 219].  In its Order, the Court rescheduled the pretrial conference and the trial date.

2. Although the rescheduled pretrial conference date automatically adjusts many of the pretrial deadlines, the Court did not expressly address or reset the deadline to file final

---

[1] The parties stipulate that, by filing this procedural motion to reset the witness and exhibit list deadline, Defendants do not waive any rights they may have to seek arbitration of the claims of certain class members and Plaintiffs do not waive any rights to oppose any arbitration-related motions on any grounds other than the parties' filing of this motion.

witness and exhibit lists.  Under the current schedule, that deadline is currently July 5, 2017. [Doc. 177.]

3. In light of the new trial date, the parties request that the Court reset the deadline to file final witness and exhibit lists accordingly.  The parties respectfully suggest that a new deadline of October 6, 2017 would be consistent with prior scheduling orders in terms of the length of time before trial.

WHEREFORE, the parties respectfully request that the Court enter the attached Proposed Order and reset the deadline to file final witness and exhibit lists.

Respectfully submitted, this 29th day of June, 2017.

       _s/ Tracey K. Ledbetter_
David J. Jurkiewicz (18018-53)
Paul D. Vink (23785-32)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 684-5000
Facsimile:  (317) 684-5173
djurkiewicz@boselaw.com
pvink@boselaw.com

Jason S. McCarter (*pro hac vice*)
Tracey K. Ledbetter (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone:  (404) 853-8000
Facsimile:  (404) 853-8806
jasonmccarter@eversheds-sutherland.com
traceyledbetter@eversheds-sutherland.com

*Attorneys for Defendants Cox Automotive, Inc., NextGear Capital, Inc. f/k/a Dealer Services Corporation, and John Wick*

 s/ *Catherine E. Lasky (w/ express permission)*
Catherine E. Lasky (*pro hac vice*)
Kerry A. Murphy (*pro hac vice*)
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans, Louisiana 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503
klasky@laskymurphy.com
kmurphy@laskymurphy.com

James M. Garner (*pro hac vice*)
Ryan D. Adams (*pro hac vice*)
Matthew M. Coman (*pro hac vice*)
Jacob A. Airey (*pro hac vice*)
SHER GARNER CAHILL RICHTER KLEIN &
HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
radams@shergarner.com
mcoman@shergarner.com

Gladstone N. Jones, III (*pro hac vice*)
Lynn E. Swanson (*pro hac vice*)
JONES, SWANSON, HUDDELL &
GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
gjones@jonesswanson.com
lswanson@jonesswanson.com

Kathleen A. DeLaney (#18604-49)
DELANEY & DELANEY LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone: (317) 920-0400
Facsimile: (317) 0404
Kathleen@delaneylaw.net

Cassie E. Felder (*pro hac vice*)
THE CASSIE FELDER LAW FIRM

3

                    7515 Jefferson Hwy., #313
                    Baton Rouge, LA 70806
                    Main: (504) 232-1733
                    Cell: (504) 400-1127
                    cassie@cassiefelderlaw.com

*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 29th day of June, 2017:

Ryan D. Adams
James M. Garner
Matthew M. Coman
Jacob A. Airey
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
radams@shergarner.com
jgarner@shergarner.com
mcoman@shergarner.com
jairey@shergarner.com

Catherine E. Lasky
Kerry A. Murphy
LASKY MURPHY LLC
klasky@laskymurphy.com
kmurphy@laskymurphy.com

Cassie E. Felder
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
cfelder@lawla.com

Gladstone N. Jones, III
Lynn E. Swanson
JONES, SWANSON, HUDDELL &
GARRISON, LLC
gjones@jonesswanson.com
lswanson@jonesswanson.com

Kathleen A. DeLaney
DELANEY & DELANEY LLC
Kathleen@delaneylaw.net

Lisa Brener
BRENER LAW FIRM, LLC
lbrener@brenerlawfirm.com

   *s/ Tracey K. Ledbetter*
Tracey K. Ledbetter