IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>    Defendants. | Case No. 1:14-cv-01589-TWP-DKL |

## ORDER

The Court having read and considered the Motion to Reset Witness and Exhibit List Deadline [Doc. ___], and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that all parties shall file and serve their final witness and exhibit lists on or before October 6, 2017.  This list should reflect the specific potential witnesses the party may call at trial.  It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements.  The list of final witnesses shall include a brief synopsis of the expected testimony and counsel's certification that the witness has been interviewed and/or deposed.

Indianapolis, Indiana, this ____ day of _____, 2017.

_____
HON. TANYA WALTON PRATT
UNITED STATES DISTRICT JUDGE

Distribution to electronically registered counsel of record via CM/ECF