UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., <br> PLATINUM MOTORS, INC., <br> MATTINGLY AUTO SALES, INC., | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | No. 1:14-cv-01589-TWP-DML |
| vs. | ) <br> ) <br> ) | |
| NEXTGEAR CAPITAL, INC., <br> COX ENTERPRISES, INC., <br> COX AUTOMOTIVE, INC., <br> JOHN WICK, | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## Order

This case is set for a telephone status conference on **July 25, 2017, at 11:00 a.m.,** with Magistrate Judge Debra McVicer Lynch. Counsel are to contact the court at 317.229.3630 to participate in the conference. Where there are multiple counsel from a firm participating in the conference, those counsel are to make arrangements to call the court on a single line.

So ORDERED.

Date: 7/11/17

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system