IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:14-cv-01589-TWP-DKL |
| COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The Court having read and considered Defendants' Motion to Stay Class Discovery and Notice to the Class [Doc. ___], and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all class discovery and class notice are stayed until the Court has ruled on the Parties' summary judgment motions and until the Court has ruled on the Motion to Reconsider and/or Modify Class Certification Order [Doc. 228] and the parties have fully exhausted their appeal rights concerning class certification.

Dated this this _____ day of _____, 2017.

_____
HON. TANYA WALTON PRATT
UNITED STATES DISTRICT JUDGE

Distribution to electronically registered counsel of record via CM/ECF

3236424_1/22326-17