UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., <br> PLATINUM MOTORS, INC., <br> MATTINGLY AUTO SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COX ENTERPRISES, INC., <br> COX AUTOMOTIVE, INC., <br> JOHN WICK, <br> NEXTGEAR CAPITAL, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:14-cv-01589-TWP-DML <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## Entry from Telephone Status Conference

The parties, by counsel, appeared for a telephone status conference on July 25, 2017, with the magistrate judge. The conference was held and concluded without further order.

Date: 7/26/2017

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system