UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RED BARN MOTORS, INC.,
PLATINUM MOTORS, INC.,
MATTINGLY AUTO SALES, INC.,
YOUNG EXECUTIVE MANAGEMENT &
CONSULTING SERVICES, INC.,
Individually, and on behalf
of other members of the
general public similarly
situated,
        Plaintiffs,        Docket No.
                                1:14-cv-01589-TWP-DKL
 vs.

COX ENTERPRISES, INC.,        Class Action
COX AUTOMOTIVE, INC.,
NEXTGEAR CAPITAL, INC. f/k/a
DEALER SERVICES CORPORATION,
successor by merger with
Manheim Automotive Financial
Services, Inc., and JOHN WICK,
        Defendants.

    The deposition upon oral examination of

**ADAM GALEMA**, a witness produced and sworn before me,

Paula A. Morgan, Notary Public in and for the County

of Hamilton, State of Indiana, taken on the 10th day

of November, 2016, in the offices of Bose, McKinney &

Evans, 111 Monument Circle, Suite 2700, Indianapolis,

Marion County, Indiana, pursuant to the Federal Rules

of Civil Procedure.  This deposition was taken on

behalf of the Plaintiffs in the above-captioned

matter.

ASSOCIATED REPORTING, INC.
251 East Ohio Street, Suite 940
Indianapolis, Indiana 46204
(317) 631-0940
www.associated-reporting.com



**EXHIBIT "A"**

| | | |
|---|---|---|
| 1 | A | Yeah. No, just on an individual basis, like what |
| 2 | | would be an appropriate amount to incentivize |
| 3 | | someone. |
| 4 | Q | And you do that for all the sales representatives? |
| 5 | A | Yeah. Every incentive plan runs through finance. |
| 6 | Q | Do you have any input in what the goals are that a |
| 7 | | salesperson needs to reach in order to earn a bonus? |
| 8 | A | No, I do not. Those are set by their -- the |
| 9 | | operational folks. |
| 10 | Q | Do you have any input in the metrics that may be used |
| 11 | | to determine a particular goal or particular amount |
| 12 | | of money that an individual sales representative |
| 13 | | would get? |
| 14 | A | Sure. My team is responsible for calculating the |
| 15 | | incentive, so we use the data that comes out of our |
| 16 | | system and calculate the incentive from that. |
| 17 | Q | What data would you use? |
| 18 | A | During that time frame? During this time frame here? |
| 19 | | I can't recall exactly what would have been part of |
| 20 | | the incentive plans. You know, guessing, it probably |
| 21 | | would have been something revolving around |
| 22 | | activations and -- you know, dealer activations and |
| 23 | | new loan count. |
| 24 | Q | And have those metrics changed over time? |
| 25 | A | Sure. |

```
 1   Q    What changes were made?
 2   A    They change every year.  So I couldn't tell you
 3        exactly each year what changes, but different metrics
 4        are used each year.
 5   Q    Is it generally based on the dealer activation and
 6        maybe default rate as well, too?  Would those be
 7        terms that were normally included?
 8   A    Sure.  Potentially, yeah.  It's generally based
 9        around the activity that account executive manages
10        and that their portfolio generates.
11   Q    With the merger purchase by Cox, did you have any
12        role in negotiating that merger?
13   A    No, I did not.
14   Q    Did you have any role in the integration of MAFS with
15        NextGear?
16   A    Yes.
17   Q    What did you do with that?
18   A    Just assisted with the combination of financial
19        statements, the combination of the securitization
20        facilities for both companies.  Just, you know, a
21        whole litany of those things.  Those are the main
22        overarching themes there.
23   Q    You would have been in charge of integrating any
24        salesperson training, anything like that, with --
25   A    No, I do not train the salespeople.
```

| | | |
|---|---|---|
| 1 | Q | How about the contracts that the salespeople would |
| 2 | | have used?  Did you have any role in the integration |
| 3 | | of those contracts between MAFS and DSC? |
| 4 | A | No.  That was handled through our legal team. |
| 5 | Q | Before, you stated that there was a mutual benefit |
| 6 | | between the auto auction agency and NextGear.  Could |
| 7 | | you explain what you mean by "mutual benefit"? |
| 8 | A | Sure.  So we provide information to them, you know, |
| 9 | | such as a defaulted dealer, that they can -- you |
| 10 | | know, they choose to do with it what they want.  I |
| 11 | | mean, they can, you know, enter that dealer into the |
| 12 | | KO book, if they choose. |
| 13 | | We also receive data back from them of the |
| 14 | | dealers that are listed in the KO book, and that |
| 15 | | information is used to make credit decisions at |
| 16 | | NextGear. |
| 17 | Q | With the reporting that you do now on a monthly |
| 18 | | basis, are you receiving reports from the people that |
| 19 | | you supervise and then putting them into a different |
| 20 | | form to give to the persons you report to? |
| 21 | A | Which reports? |
| 22 | Q | Like a monthly report.  Would you have a profit and |
| 23 | | loss statement? |
| 24 | A | Financial statements?  Those are -- financial |
| 25 | | statements are generated out of our accounting |

1            software, so there's no manipulation, if you will, of
2            those.
3      Q     I assume you're familiar with the term "float"?
4      A     Yes.
5      Q     And in this case the delay between the time that
6            NextGear or DSC would fund an auction for a car
7            versus the time that the dealer's being charged
8            interest would be the float, correct?
9      A     No, I would not call it a float.
10     Q     What would you call that?
11     A     I would call that the period between the floorplan
12           date and the date that the auction was funded.
13     Q     And during that time frame DSC or NextGear hadn't
14           actually sent any money to the auction at all,
15           correct?
16                 MR. VINK:  Object to the form.  You can answer.
17     A     Can you rephrase that?
18     Q     From the time that the dealer purchased the vehicle
19           from an auction and NextGear sends the money to that
20           auction, there's a delay period in some instances,
21           correct?
22     A     In some instances, yes, there can be a delay.
23     Q     Does NextGear keep track of the time between the day
24           that a transaction is funded versus the day that it
25           was first requested?

| | | |
|---|---|---|
| 1 | A | The information resides in the system.  It is not a |
| 2 | | metric or a data point that we review frequently. |
| 3 | Q | But you do review that sometimes, correct? |
| 4 | A | I've seen data around it, yeah. |
| 5 | Q | What was the purpose for that data? |
| 6 | A | Just to investigate, make sure that vehicle was still |
| 7 | | a valid floorplan. |
| 8 | Q | So the system could generate that information for |
| 9 | | each transaction, correct? |
| 10 | A | Yeah, those data points reside in the system for |
| 11 | | every transaction.  And those are the same data |
| 12 | | points shown on this report. |
| 13 | Q | Let's make it easier.  Let's walk through one of the |
| 14 | | transactions here.  If we go to page NGR000012, which |
| 15 | | is page 2 of Exhibit B that was attached to your |
| 16 | | affidavit, if we go to the column starting underneath |
| 17 | | where it says "Total for - 8/17/2011," it's stock |
| 18 | | number 13.  It says "2000 Saturn S-Series SL2."  Walk |
| 19 | | me through that transaction. |
| 20 | A | Sure.  I mean, based on the facts here, dealer would |
| 21 | | have purchased the vehicle at Oak View Auto Auction |
| 22 | | on August 5, 2011.  That auction would have |
| 23 | | transmitted that flooring information to DSC at the |
| 24 | | time, on the same date, August 5, 2011, and -- you |
| 25 | | know, under the terms there noted to the right.  And |

1          then that third date there is completed date,
2          August 17, 2011.
3               Based on that information there, you know, it's
4          easy to reason that we had an agreement with the
5          auction to fund that vehicle either on notice of
6          title or on possession of title.  And that's why
7          the -- sorry.  Let me get my dates right.  It's the
8          one underneath it.  So, yeah, that's why on the 18th
9          of August the funding occurred.
10    Q    When you say "the funding occurred," that's the day
11         that NextGear sent funds to Oak View Auction in this
12         case?
13    A    That's correct.
14    Q    But you're not familiar with the terms or contents of
15         the Oak View Auction agreement between NextGear
16         and -- in this case it was DSC and -- well, between
17         Oak View Auction and DSC?
18    A    I don't have that document in front of me, no.  I can
19         make a reasonable --
20    Q    If we go to NGR000014 -- it's page 4 -- toward the
21         bottom of the page it's stock number 58.  It's a 1997
22         Ford Explorer.
23    A    Yes.
24    Q    Can you walk me through that transaction as well?
25    A    Sure.  Dealer would have purchased that vehicle at

| | | |
|---|---|---|
| 1 | | Oak View Auto Auction on August 26, 2011.  That |
| 2 | | auction would have sent that information to DSC on |
| 3 | | the same date, August 26.  And that dealer -- the |
| 4 | | dealer, ultimately, paid that vehicle off, completed |
| 5 | | it on September 12, 2011.  And, again, same thing. |
| 6 | | They would have -- the auction received -- or we sent |
| 7 | | funding to the auction on October 7, 2011. |
| 8 | Q | And that August 26 date, the flooring date, that's |
| 9 | | the day that DSC would have been charging, started |
| 10 | | charging, Red Barn Motors interest? |
| 11 | A | Yes, that's correct.  That's the day they started |
| 12 | | utilizing their floorplan for that vehicle. |
| 13 | Q | Now, this document, which is Exhibit B that was |
| 14 | | created for this litigation, is this something also |
| 15 | | that a dealer would be able to create? |
| 16 | A | This exact form?  No.  This is created specifically |
| 17 | | for this case.  The dealer does have access to |
| 18 | | reporting that's very similar, that has all the same |
| 19 | | information on it. |
| 20 | Q | It would have the "Total for" date on it? |
| 21 | A | I believe it would, yes. |
| 22 | Q | Is there any indication on here of what "Total for" |
| 23 | | means? |
| 24 | A | On this report it does not specifically say, but we |
| 25 | | understand that to be the case, that it's the total |

| | | |
|---|---|---|
| 1 | | amount funded on that particular day.  I believe the |
| 2 | | reporting available to the dealer is a little more |
| 3 | | descriptive. |
| 4 | Q | Have you seen more descriptive reporting that's |
| 5 | | available to the dealer than this? |
| 6 | A | To the extent that this -- this report has a lot of |
| 7 | | information on it.  Again, I can't say exactly if |
| 8 | | every single column on here is on the report that |
| 9 | | they see, but, you know, to my -- yeah, I would say |
| 10 | | that all those are -- in one form or another, all |
| 11 | | that information is on the reporting, the Receivable |
| 12 | | Detail Report that the dealer has access to. |
| 13 | | MR. AIREY:  I don't have additional copies of |
| 14 | | this.  This was an exhibit that we used yesterday, |
| 15 | | Exhibit 17. |
| 16 | | MR. VINK:  Okay. |
| 17 | Q | You stated that dealers can get the Receivable Detail |
| 18 | | Report.  Is this one of the reports that you were |
| 19 | | discussing? |
| 20 | A | This is a Receivable Detail Report, yes. |
| 21 | Q | Okay.  That's something that the dealer would have? |
| 22 | A | Yes. |
| 23 | Q | Get?  Okay.  Can you show me where the "Total for" |
| 24 | | column is on that? |
| 25 | A | On this report there's not a "Total for" amount. |