

# Richard W. Simmons

### BIOGRAPHY

Richard W. Simmons is the President of Analytics Consulting LLC[1].  Mr. Simmons joined Analytics in 1990, and has more than 26 years of experience developing and implementing class action communications and settlement programs in more than 1,000 separate settlements.

Mr. Simmons' first legal notice consulting engagement was the *Schwan's Salmonella Litigation* settlement (*In Re: Salmonella Litigation*, Case No. 94-cv-016304 (D. Minn.)).   Since then, he has:

- Developed and implemented notice campaigns ranging in size up to 45 million known class members (and 180 million unknown class members);
- Testified regarding legal notice in building products, civil rights, consumer products, environmental pollution, privacy, and securities litigation settlements;
- Managed claims processes for settlement funds ranging up to $1 billion in value.

As part of Analytics' ongoing class action notice consulting practice, Mr. Simmons has:

- testified regarding the adequacy of notice procedures in direct notice cases (including the development of class member databases);
- testified regarding the adequacy of published notice plans;
- been appointed as a Distribution Fund Administrator by the Securities and Exchange Commission tasked with developing Distribution Plans for court approval;
- been retained as an expert by the Federal Trade Commission to testify regarding the effectiveness of competing notice plans and procedures

In addition to his class action consulting work, Mr. Simmons has taught a college course in antitrust economics, was a guest lecturer at the University of Minnesota Law School on issues of statistical and economic analysis, was a charter member of the American Academy of Economic and Financial Experts, and was a former referee for the Journal of Legal Economics (reviewing and critiquing peer reviewed articles on the application of economic and statistical analysis to legal issues).  Mr. Simmons is a published author on the subject of damage analysis in Rule 10b-5 securities litigation.

Mr. Simmons graduated from St. Olaf College with a B.A. in Economics, pursued a PhD. in Applied Economics (with a concentration on consumer/behavioral economics) at the University of Minnesota[2], and has received formal media planning training from New York University.

---

[1] In October 2013, Analytics Consulting LLC acquired Analytics Incorporated (d/b/a BMC Group Class Action Services ("BMC Group")).  I was formerly the President/Managing Director of BMC Group.  References to Analytics herein include the prior legal entities.

[2] Mr. Simmons suspended work on his dissertation to acquire and manage Analytics.

EXHIBIT A



## APPLICATION OF TECHNOLOGY TO CLASS ACTION SETTLEMENTS

Mr. Simmons has been a visionary in the application of the Internet to class action notice campaigns and the management of settlements:

- In 1995, Mr. Simmons was the first in the nation to support class action settlements with an online presence, that included the ability to check online, the status of their claims.
- In 2000, Mr. Simmons invented online claims submission in class action litigation, filing a patent application governing *"Method and system for assembling databases in multiple-party proceedings"* US20010034731 A1.
- In 2002, Mr. Simmons established an online clearinghouse for class action settlements that provided the public with information regarding class action settlements and provided them with the ability to register for notification of new settlements.  This clearinghouse received national press attention as a resource for class action settlements.
- From 2003 through 2013, Analytics' incremental changes in Internet support included class member verification of eligibility, locater services that identified retail outlets that sold contaminated products, secure document repositories, and multi-language support.
- In 2014, Mr. Simmons was the first to utilize and testify regarding product based targeting in an online legal notice campaign
- In 2014, Analytics, under Mr. Simmons' leadership, released the first class action settlement support site developed under e-commerce best practices.

## SPEAKER/EXPERT PANELIST/PRESENTER

Mr. Simmons has presented to panels of judges and lawyers on issues regarding class notice, claims processing, and disbursement:

- Mr. Simmons served as a panelist for the Francis McGovern Conferences on "Distribution of Securities Litigation Settlements: Improving the Process", at which regulators, judges, custodians, academics, practitioners and claims administrators participated.
- In 2011, Mr. Simmons was a panelist at the Federal Judicial Center's workshop/meetings regarding class action notice and settlement administration.
- In 2014, Mr. Simmons was invited to be interviewed by the Consumer Financial Protection Bureau as an expert on notice and claims administration in class action litigation as part of their study on arbitration and consumer class litigation waivers
- In 2016, Mr. Simmons presented results of research regarding the impact of forms of notice on fund participation rates to the Federal Trade Commission.

Mr. Simmons' speaking engagements regarding class notice include:

- *Class Action Administration: Data and Technology*, presented by Richard Simmons, Harris Martin Target Data Breach Conference in San Diego (2014);



- *Developments in Legal Notice*, accredited CLE Program, presented by Richard Simmons and Christian Clapp at at Susman Godfrey in Dallas (2014)
- *Developments in Legal Notice*, accredited CLE Program, presented by Richard Simmons and Christian Clapp at Shook Hardy & Bacon, LLP in Kansas City (2013),
- *Developments in Legal Notice*, accredited CLE Program, presented by Richard Simmons and Christian Clapp at Halunen & Associates in Minneapolis (2013),
- *Class Actions 101: Best Practices and Potential Pitfalls in Providing Class Notice*, CLE Program, presented by Brian Christensen, Gina Intrepido, and Richard Simmons, to the Kansas Bar Association (March 2009).

Mr. Simmons' writings regarding class notice include:

- Co-Author with Christian Clapp, Crafting Digital Class Notices That Actually Provide Notice - Law360.com, New York (March 10, 2016).

JUDICIAL COMMENTS AND LEGAL NOTICE CASES

In evaluating the adequacy and effectiveness of Mr. Simmons' notice campaigns, courts have repeatedly recognized Mr. Simmons' work. The following excerpts provide recent examples of such judicial approval in matters where the primary issue was the provision of class notice.

Judge Edward J. Davila, ***In re: Google Referrer Header Privacy Litigation*** *(March 31, 2015), 10-04809 (N.D. CA):*

> *On the issue of appropriate notice, the court previously recognized the uniqueness of the class asserted in this case, since it could potentially cover most internet users in the United States. On that ground, the court approved the proposed notice plan involving four media channels: (1) internet-based notice using paid banner ads targeted at potential class members (in English and in Spanish on Spanish-language websites); (2) notice via "earned media" or, in other words, through articles in the press; (3) a website decided solely to the settlement (in English and Spanish versions); and (4) a toll-free telephone number where class members can obtain additional information and request a class notice. In addition, the court approved the content and appearance of the class notice and related forms as consistent with Rule 23(c)(2)(B).*

> *The court again finds that the notice plan and class notices are consistent with Rule 23, and that the plan has been fully and properly implemented by the parties and the class administrator.*





Judge Terrence F. McVerry, ***Kobylanski, et al. v. Motorola Mobility, Inc.,*** *et al.* (October 9, 2014), 13-01181 (W.D. PA):

> *The Court finds that the distribution of the Notice to Class Members Re: Pendency of Class Action, as provided for in the Order Granting Preliminary Approval for the Settlement, constituted the best notice practicable under the circumstances to all Persons within the definition of the Class and fully met the requirements of due process under the United States Constitution.*

Judge Marco Roldan, ***Mary Plubell v. Merck & Co*** (March 15, 2013), 04CV235817-01 (Jackson County, MO):

> *Under the circumstances, the notice this Settlement provided to Class Members in accordance with the Notice Order was the best notice practicable the proceedings and matters set forth therein, including the proposed Settlement, to all Persons entitled to such notice, and said notice fully satisfied the requirements due process and Missouri law.*

Judge James P. Kleinberg, ***Janet Skold, et al. v. Intel Corporation, et al.*** (March 14, 2013) 05-CV-039231 (County of Santa Clara, CA)*:*

> *The Court finds that Plaintiff's proposed Notice plan has a reasonable chance of reaching a substantial percentage of class members.*

Judge Thomas N. O'Neill, Jr., ***In Re: CertainTeed Fiber Cement Siding Litigation*** (March 20, 2014), MDL Docket No. 2270 (E.D. PA):

> *Settlement class members were provided with notice of the settlement in the manner and form set forth in the settlement agreement... Notice was also provided to pertinent state and federal officials... The notice plan was reasonably calculated to give actual notice to settlement class members of their right to receive benefits from the settlement or to be excluded from the settlement or object to the settlement. The notice plan met the requirements of Rule 23 and due process.*

Judge Robert G. Gettleman, ***In Re Aftermarket Filters Antitrust Litigation*** *(October 25, 2012),* MDL Docket No. 1957 (N.D. IL):

> *Due and adequate notice of the Settlement was provided to the Class... The manner of giving notice provided in this case fully satisfies the requirements of Federal Rule of Civil Procedure 23 and due process, constitutes the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons entitled thereto. A full and fair opportunity was provided to the members of the Class to be heard regarding the Settlements*



*Judge J. Phil Gilbert, **Greenville IL, et al. v. Syngenta Crop Protection, Inc. et al.** (October 23, 2012), 10-00188 (S.D. IL):*

> *The Notice provided to the Class fully complied with Rule 23, was the best notice practicable, satisfied all constitutional due process requirements, and provides the Court with jurisdiction over the Class Members. Eisen v. Carlisle and Jacquelin, 417 U.S. 156, 177-78 (1974); Phillips Petroleum v. Shutts, 472 U.S. 797 (1985).*



**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| *Antitrust* | *All Star Carts and Vehicles, Inc., et al. v. BFI Canada Income Fund, et al.*<br>08-CV-1816  (E.D. NY) |
| | *In Re: Aftermarket Filters Antitrust Litigation*<br>No. 1:08-cv-4883, MDL No. 1957 (N.D. Ill.) |
| | *In Re: Aluminum Phosphide Antitrust Litigation*<br>Case No. 93-cv-2452 (D. Kan.) |
| | *In Re: Beef Antitrust Litigation*<br>MDL No. 248 (N.D. Tex.) |
| | *In Re: Bromine Antitrust Litigation*<br>MDL No. 1310 (S.D. Ind.) |
| | *In Re: Industrial Silicon Antitrust Litigation*<br>Case No. 95-cv-2104 (W.D. Pa.) |
| | *In Re: Workers Compensation Insurance Antitrust Litigation*<br>Case No.  4:85-cv-1166 (D. Minn.) |
| | *Red Eagle Resources Corporation, Inc., et al. v. Baker Hughes Inc., et al.*<br>Case No. 91-cv-627 (S.D. Tex.) |
| | *Rob'n I, Inc., et al. v. Uniform Code Counsel, Inc.*<br>Case No. 03-cv-203796-1 (Spokane County, Wash.) |
| | *Sarah F. Hall d/b/a Travel  Specialist, et al. v. United Airlines, Inc., et al.*<br>Case No. 7:00-cv-123-BR(1) (E.D. S.C.) |
| *Business* | *American Golf Schools, LLC, et al. v. EFS National Bank, et al.*<br>Case No. 00-cv-005208 (D. Tenn.) |
| | *AVR, Inc. and Amidon Graphics v. Churchill Truck Lines*<br>Case No.  4:96-cv-401 (D. Minn.) |
| | *Buchanan v. Discovery Health Records Solutions*<br>Case No. 13-015968-CA 25 (Miami Dade County, FL) |
| | *Buchanan v. Discovery Health Records Solutions*<br>Case No. 13-015968-CA 25 (Miami Dade County) |
| | *Do Right's Plant Growers, et al. v. RSM EquiCo, Inc., et al.*<br>Case No. 06-CC-00137 (Orange County, Cal.) |
| | *F.T.C. v. Ameritel Payphone Distributors*<br>Case No. 00-cv-514 (S.D. Fla.) |
| | *F.T.C. v. Datacom Marketing, Inc.*<br>Case No. 06-cv-2574 (N.D. Ill.) |



**Partial List of Legal Notification and Settlement Administration Experience**

| Business | |
|---|---|
| | *F.T.C. v. Davison & Associates, Inc.*<br>Case No. 97-cv-01278 (W.D. Pa.) |
| | *F.T.C. v. Fidelity ATM, Inc.*<br>Case No. 06-cv-81101 (S.D. Fla.) |
| | *F.T.C. v. Financial Resources Unlimited, Inc.*<br>Case No. 03-cv-8864 (N.D. Ill.) |
| | *F.T.C. v. First American Payment Processing Inc.*<br>Case No. 04-cv-0074 (D. Ariz.) |
| | *F.T.C. v. Group C Marketing, Inc.*<br>Case No. 06-cv-6019 (C.D. Cal.) |
| | *F.T.C. v. Jordan Ashley, Inc.*<br>Case No. 09-cv-23507 (S.D. Fla.) |
| | *F.T.C. v. Medical Billers Network, Inc.*<br>Case No. 05-cv-2014 (S.D. N.Y.) |
| | *F.T.C. v. Minuteman Press Int'l*<br>Case No. 93-cv-2496 (E.D. N.Y.) |
| | *F.T.C. v. Netfran Development Corp*<br>Case No. 05-cv-22223 (S.D. Fla.) |
| | *F.T.C. v. USA Beverages, Inc*<br>Case No. 05-cv-61682 (S.D. Fla.) |
| | *Garcia, et al. v. Allergan, Inc.*<br>11-CV-9811 (C.D. CA) |
| | *Law Offices of Henry E. Gare, P.A., et al. v. Healthport Technologies, LL*<br>No. 16-2011-CA-010202 (Duval County, FL) |
| | *Number Queen, Ltd. et al. v. Redgear Technologies, Inc. et al.*<br>Case No. 14-0064 (W.D. MO) |
| | *Physicians of Winter Haven LLC v. STERIS Corp.*<br>Case No. 1:10-cv-00264 (N.D. Ohio) |
| | *Sue Ramirez et al. v. Smart Professional Photocopy Corporation*<br>No. 01-L-385 (Peoria County, IL) |
| | *Todd Tompkins, Doug Daug and Timothy Nelson v. BASF Corporation, e*<br>Case No. 96-cv-59 (D. N.D.) |
| | *United States of America v. $1,802,651.56 in Funds Seized from E-Bulli*<br>Case No. 09-cv-01731 (C.D. Cal.) |



**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| ***Business*** | *Waxler Transportation Company, Inc. v. Trinity Marine Products, Inc., e*<br>Case No. 08-cv-01363 (E.D. La.) |
| ***Civil Rights*** | *Bentley v. Sheriff of Essex County*<br>Case No. 11-01907 (Essex County, MA) |
| | *Cazenave, et al. v. Sheriff Charles C. Foti, Jr., et al.*<br>Case No. 00-cv-1246 (E.D. La.) |
| | *Garcia, et al v. Metro Gang Strike Force, et al.*<br>Case No. 09-cv-01996  (D. Minn.) |
| | *Gregory Garvey, Sr., et al. v. Frederick B. MacDonald & Forbes Byron*<br>3:07-cv-30049 (S.D. Mass.) |
| | *McCain, et al. v. Bloomberg, et al.*<br>Case No. 41023/83 (New York) |
| | *Nancy Zamarron, et al. v. City of Siloam Springs, et al.*<br>Case No. 08-cv-5166 (W.D. Ark.) |
| | *Nathan Tyler, et al. v. Suffolk County, et al.*<br>Case No. 1:06-cv-11354 (S.D. Mass.) |
| | *Nilsen v. York County*<br>Case No. 02-cv-212 (D. Me.) |
| | *Richard S. Souza et al. v. Sheriff Thomas M. Hodgson*<br>2002-0870 BRCV (Superior Ct., Mass.) |
| | *Travis Brecher, et al. v. St. Croix County, Wisconsin, et al.*<br>Case No. 02-cv-0450-C (W.D. Wisc.) |
| ***Consumer*** | *Andrew J. Hudak, et al. v. United Companies Lending Corporation*<br>Case No.  334659 (Cuyahoga County, Ohio) |
| | *Angela Doss, et al. v. Glenn Daniels Corporation*<br>Case No. 02-cv-0787 (E.D. Ill.) |
| | *Angell v. Skechers Canada*<br>8562-12 (Montreal, Quebec) |
| | *Anthony Talalai, et al. v. Cooper Tire & Rubber Company*<br>Case No. L-008830-00-MT (Middlesex County, NJ) |
| | *Arnett v. Bank of America, N.A.*<br>No. 3:11-CV-01372-SI (D. OR) |
| | *Ballard, et al. v. A A Check Cashiers, Inc., et al.*<br>Case No. 01-cv-351 (Washingotn County, Ark.) |



**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| *Consumer* | *Belinda Peterson, et al. v. H & R Block Tax Services, Inc.*<br>Case No. 95-CH-2389 (Cook County, Ill.) |
| | *Boland v. Consolidated Multiple Listing Service, Inc.*<br>Case No. 3:19-cv-01335-SB (D. SC) |
| | *Caprarola, et al. v. Helxberg Diamond Shops, Inc.*<br>Case No. 13-06493 (N.D. IL) |
| | *Carideo et al. v. Dell, Inc.*<br>Case No. 06-cv-1772 (W.D. Wash.) |
| | *Carnegie v. Household International, Inc.*<br>No. 98-C-2178 (N.D. Ill.) |
| | *Clair Loewy v. Live Nation Worldwide Inc.*<br>Case No. 11-cv-04872 (N.D. Ill.) |
| | *Clements, et al. v. JPMorgan Chase Bank, N.A., et al.*<br>No. 3:12-cv-02179-JCS (N.D. CA) |
| | *Conradie v. Caliber Home Loans*<br>Case No. 4:14-cv-00430 (S.D. IA) |
| | *Covey, et al. v. American Safety Council, Inc.*<br>2010-CA-009781-0 (Orange County, FL) |
| | *Cummins, et al. v. H&R Block, et al.*<br>Case No. 03-C-134 (Kanawha County, W.V.) |
| | *David and Laurie Seeger, et al. v. Global Fitness Holdings, LLC*<br>No. 09-CI-3094, (Boone Circuit Court, Boone County, Ky.) |
| | *Don C. Lundell, et al. v. Dell, Inc.*<br>Case No. 05-cv-03970 (N.D. Cal.) |
| | *Duffy v. Security Pacific Autmotive Financial Services Corp., et al.*<br>Case No. 3:93-cv-00729 (S.D. Cal.) |
| | *Edward Hawley, et al. v. American Pioneer Title Insurance Company*<br>No. CA CE 03-016234 (Broward County, Fla.) |
| | *Evans, et al. v. Linden Research, Inc., et al.*<br>Case No. 4:11-cv-1078-DMR (N.D. CA) |
| | *F.T.C. and The People of the State of New York v. UrbanQ*<br>Case No. 03-cv-33147 (E.D. N.Y.) |
| | *F.T.C. v. 1st Beneficial Credit Services LLC*<br>Case No. 02-cv-1591 (N.D. Ohio) |

# ANALYTICS

## Partial List of Legal Notification and Settlement Administration Experience

| Consumer | *F.T.C. v. 9094-5114 Quebec, Inc.*<br>Case No. 03-cv-7486 (N.D. Ill.) |
|---|---|
| | *F.T.C. v. Ace Group, Inc.*<br>Case No. 08-cv-61686 (S.D. Fla.) |
| | *F.T.C. v. Affordable Media LLC*<br>Case No. 98-cv-669 (D. Nev.) |
| | *F.T.C. v. AmeraPress, Inc.*<br>Case No. 98-cv-0143 (N.D. Tex.) |
| | *F.T.C. v. American Bartending Institute, Inc., et al.*<br>Case No. 05-cv-5261 (C.D. Cal.) |
| | *F.T.C. v. American International Travel Services Inc.*<br>Case No. 99-cv-6943 (S.D. Fla.) |
| | *F.T.C. v. Bigsmart.com, L.L.C., et al.*<br>Case No. 01-cv-466 (D. Ariz.) |
| | *F.T.C. v. Call Center Express Corp.*<br>Case No. 04-cv-22289 (S.D. Fla.) |
| | *F.T.C. v. Capital Acquistions and Management Corp.*<br>Case No. 04-cv-50147 (N.D. Ill.) |
| | *F.T.C. v. Capital City Mortgage Corp.*<br>Case No. 98-cv-00237 (D. D.C.) |
| | *F.T.C. v. Certified Merchant Services, Ltd., et al.*<br>Case No. 4:02-cv-44 (E.D. Tex.) |
| | *F.T.C. v. Check Inforcement*<br>Case No. 03-cv-2115 (D. N.J.) |
| | *F.T.C. v. Chierico et al.*<br>Case No. 96-cv-1754 (S.D. Fla.) |
| | *F.T.C. v. Clickformail.com, Inc.*<br>Case No. 03-cv-3033 (N.D. Ill.) |
| | *F.T.C. v. Consumer Credit Services*<br>Case No. 96-cv-1990 (S.D. N.Y.) |
| | *F.T.C. v. Consumer Direct Enterprises, LLC.*<br>Case No. 07-cv-479 (D. Nev.) |
| | *F.T.C. v. Debt Management Foundation Services, Inc.*<br>Case No. 04-cv-1674 (M.D. Fla.) |



ANALYTICS

**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| *Consumer* | *F.T.C. v. Digital Enterprises, Inc.*<br>Case No. 06-cv-4923 (C.D. Cal.) |
| | *F.T.C. v. Dillon Sherif*<br>Case No. 02-cv-00294 (W.D. Wash.) |
| | *F.T.C. v. Discovery Rental, Inc., et al.*<br>Case No: 6:00-cv-1057 (M.D. of Fla.) |
| | *F.T.C. v. EdebitPay, LLC.*<br>Case No. 07-cv-4880 (C.D. Cal.) |
| | *F.T.C. v. Electronic Financial Group, Inc.*<br>Case No. 03-cv-211 (W.D. Tex.) |
| | *F.T.C. v. Eureka Solutions*<br>Case No. 97-cv-1280 (W.D. Pa.) |
| | *F.T.C. v. Federal Data Services, Inc., et al.*<br>Case No. 00-cv-6462 (S.D. Fla.) |
| | *F.T.C. v. Financial Advisors & Associates, Inc.*<br>Case No. 08-cv-00907 (M.D. Fla.) |
| | *F.T.C. v. First Alliance Mortgage Co.*<br>Case No. 00-cv-964 (C.D. Cal.) |
| | *F.T.C. v. First Capital Consumer Membership Services Inc., et al.*<br>Case No. 1:00-cv-00905 (W.D. N.Y.) |
| | *F.T.C. v. First Capital Consumers Group, et al.*<br>Case No. 02-cv-7456 (N.D. Ill.) |
| | *F.T.C. v. Franklin Credit Services, Inc.*<br>Case No. 98-cv-7375 (S.D. Fla.) |
| | *F.T.C. v. Global Web Solutions, Inc., d/b/a USA Immigration Services, et*<br>Case No. 03-cv-023031 (D. D.C.) |
| | *F.T.C. v. Granite Mortgage, LLC*<br>Case No. 99-cv-289 (E.D. Ky.) |
| | *F.T.C. v. ICR Services, Inc.*<br>Case No. 03-cv-5532 (N.D. Ill.) |
| | *F.T.C. v. iMall, Inc. et al.*<br>Case No. 99-cv-03650 (C.D. Cal.) |
| | *F.T.C. v. Ira Smolev, et al.*<br>Case No.  01-cv-8922 (S.D. Fla.) |



### Partial List of Legal Notification and Settlement Administration Experience

| Consumer | *F.T.C. v. Jeffrey L. Landers*<br>Case No. 00-cv-1582 (N.D. Ga.) |
| --- | --- |
| | *F.T.C. v. Jewelway International, Inc.*<br>Case No. 97-cv-383  (D. Ariz.) |
| | *F.T.C. v. Komaco International, Inc., et al.*<br>Case No. 02-cv-04566 (C.D. Cal.) |
| | *F.T.C. v. LAP Financial Services, Inc.*<br>Case No. 3:99-cv-496 (W.D. Ky.) |
| | *F.T.C. v. Marketing & Vending, Inc. Concepts, L.L.C., et al.*<br>Case No. 00-cv-1131 (S.D. N.Y.) |
| | *F.T.C. v. Mercantile Mortgage*<br>Case No. 02-cv-5078 (N.D. Ill.) |
| | *F.T.C. v. Meridian Capital Management*<br>Case No. 96-cv-63  (D. Nev.) |
| | *F.T.C. v. NAGG Secured Investments*<br>Case No. 00-cv-02080 (W.D. Wash.) |
| | *F.T.C. v. National Consumer Counsil, Inc., et al.*<br>Case No. 04-cv-0474 (C.D. Cal.) |
| | *F.T.C. v. National Credit Management Group*<br>Case No. 98-cv-936 (D. N.J.) |
| | *F.T.C. v. National Supply & Data Distribution Services*<br>Case No.  99-cv-128-28 (C.D. Cal.) |
| | *F.T.C. v. Nationwide Information Services, Inc.*<br>Case No. 00-cv-06505 (C.D. Cal.) |
| | *F.T.C. v. NBTY, Inc.*<br>No. 05-4793 (E.D. NY) |
| | *F.T.C. v. Pace Corporation*<br>Case No. 94-cv-3625 (N.D. Ill.) |
| | *F.T.C. v. Paradise Palms Vacation Club*<br>Case No. 81-1160D (W.D. Wash.) |
| | *F.T.C. v. Patrick Cella, et al.*<br>Case No. 03-cv-3202 (C.D. Cal.) |
| | *F.T.C. v. Platinum Universal, LLC*<br>Case No. 03-cv-61987 (S. D. Fla.) |



**ANALYTICS**

### Partial List of Legal Notification and Settlement Administration Experience

| | |
|---|---|
| *Consumer* | *F.T.C. v. Raymond Urso*<br>Case No. 97-cv-2680 (S.D. Fla.) |
| | *F.T.C. v. Robert S. Dolgin*<br>Case No. 97-cv-0833 (N.D. Cal.) |
| | *F.T.C. v. Southern Maintenance Supplies*<br>Case No. 99-cv-0975 (N.D. Ill.) |
| | *F.T.C. v. Star Publishing Group, Inc.*<br>Case No. 00-cv-023D (D. Wy.) |
| | *F.T.C. v. Stuffingforcash.com Corp.*<br>Case No. 02-cv-5022 (N.D. Ill.) |
| | *F.T.C. v. Target Vending Systems, L.L.C., et al.*<br>Case No. 00-cv-0955 (S.D. N.Y.) |
| | *F.T.C. v. The College Advantage, Inc.*<br>Case No. 03-cv-179 (E.D. Tex.) |
| | *F.T.C. v. The Crescent Publishing Group, Inc., et al.*<br>Case No. 00-cv-6315(S.D. N.Y.) |
| | *F.T.C. v. The Tungsten Group, Inc.*<br>Case No. 01-cv-773 (E.D. Va.) |
| | *F.T.C. v. Think Achievement Corp.*<br>Case No. 2:98-cv-12 (N.D. Ind.) |
| | *F.T.C. v. Think All Publishing*<br>Case No. 07-cv-11 (E.D. Tex.) |
| | *F.T.C. v. Trustsoft, Inc.*<br>Case No. 05-cv-1905 (S.D. Tex.) |
| | *F.T.C. v. Unicyber Gilboard, Inc.*<br>Case No. 04-cv-1569 (C.D. Cal.) |
| | *F.T.C. v. US Grant Resources, LLC.*<br>Case No. 04-cv-0596 (E.D. La.) |
| | *F.T.C. v. Verity International, Ltd., et al.*<br>Case No. 00-cv-7422-LAK (S.D. N.Y.) |
| | *F.T.C. v. Wellquest International, Inc.*<br>Case No. 2:03-cv-05002 (C.D. Cal.) |
| | *F.T.C. v. Wolf Group*<br>Case No. 94-cv-8119 (S.D. Fla.) |

**ANALYT/CS**

### Partial List of Legal Notification and Settlement Administration Experience

| *Consumer* | *Fernando N. Lopez and Mallory Lopez, et al. v. City Of Weston*<br>Case No. 99-8958  CACE 07 (FL 17th Jud Dist) |
|---|---|
| | *Fiori, et al. v. Dell Inc., et al.*<br>Case No. 09-cv-01518 (N.D. Cal.) |
| | *FMS, Inc. v. Dell, Inc. et al.,*<br>Case No. 03-2-23781-7SEA (King County, Wash.) |
| | *Galatis, et al. v. Psak, Graziano Piasecki & Whitelaw, et. al.*<br>No.  L-005900-04 (Middlesex County, NJ) |
| | *Garcia v. Allergan*<br>11-cv-9811 (C.D. Cal.) |
| | *Grabowski v. Skechers U.S.A., Inc.*<br>No. 3:12-cv-00204 (W.D. Ky.) |
| | *Greg Benney, et al. v. Sprint International Communications Corp. et al.*<br>Case No. 02-cv-1422 (Wyandotte County, KS) |
| | *Griffin v. Dell Canada Inc*<br>Case No. 07-cv-325223D2 (Ontario, Superio Court of Justice) |
| | *Harris, et al. v. Roto-Rooter Services Company*<br>Case No. 00-L-525 (Madison County, IL) |
| | *Harrison, et al. v. Pacific Bay Properties*<br>No. BC285320 (Los Angeles County, CA) |
| | *Henderson, et al . V. Volvo Cars of North America, LLC, et al.*<br>09-04146 (D. NJ) |
| | *In re H&R Block IRS Form 8863 Litigation*<br>Case No. 4:13-MD-02474-FJG. (W.D. MO) |
| | *In Re: Bancomer Transfer Services Mexico Money Transfer Litigation*<br>BC238061, BC239611(Los Angeles County, CA) |
| | *In Re: Certainteed Fiber Cement Siding Litigation*<br>MDL 2270 (E.D. PA) |
| | *In Re: H&R Block Express IRA Marketing Litigation*<br>Case No. 06-md-01786 (W.D. Mo.) |
| | *In Re: High Carbon Concrete Litigation*<br>Case No. 97-cv-20657 (D. Minn.) |
| | *In Re: High Sulfur Content Gasoline Products Liability Litigation*<br>MDL No. 1632 (E.D. La.) |

**ANALYTICS**

Partial List of Legal Notification and Settlement Administration Experience

| Consumer | *In Re: Ria Telecommunications and Afex Mexico Money Transfer Litigat*<br>Case No. 99-cv-0759 (San Louis Obispo, Cal.) |
|---|---|
| | *In Re: Salmonella Litigation*<br>Case No. 94-cv-016304 (D. Minn.) |
| | *Janet Figueroa, et al. v. Fidelity National Title   Insurance Company*<br>Case No. 04-cv-0898 (Miami Dade County, Fla.) |
| | *Jerome H. Schlink v. Edina Realty Title*<br>Case No. 02-cv-18380 (D. Minn.) |
| | *Jerome Walls, et al. v. JP Morgan Chase Bank, N.A., et al.*<br>Case No. 11-00673 (W.D. KY) |
| | *Joel E. Zawikowski, et al. v. Beneficial National Bank, et al.*<br>Case No. 98-cv-2178 (N.D. Ill.) |
| | *John Babb, et al. v. Wilsonart International, Inc.*<br>Case No. CT-001818-04 (Memphis, Tenn.) |
| | *John Colin Suttles, et. Al v. Specialty Graphics, Inc.,*<br>Case No. 14-505 (W.D. TX) |
| | *Kenneth Toner, et al. v. Cadet Manufacturing Company*<br>Case No. 98-2-10876-2SEA (King County, Wash.) |
| | *Kiefer, et al. v. Ceridian Corporation, et al.*<br>Case No. 3:95-cv-818 (D. Minn.) |
| | *Kobylanski et al. v. Motorola Mobility, Inc. et al.*<br>No. 13-CV-1181 (W.D. PA) |
| | *Long et al v. Americredit Financial Services, Inc.*<br>0:2011-02752 (Hennepin County, MN) |
| | *Louis Thula, et al. v. Lawyers Title Insurance Corporation*<br>Case No. 0405324-11 (Broward County, Fla.) |
| | *Lynn Henderson, et al. v. Volvo Cars of North America, LLC, et al.*<br>No. 2:09-cv-04146-CCC-JAD (D. N.J.) |
| | *Lynnette Lijewski, et al. v. Regional Transit Board, et al.*<br>Case No. 4:93-cv-1108 (D. Minn.) |
| | *Mark Laughman, et al. v. Wells Fargo Leasing Corp. et al.*<br>Case No. 96-cv-0925 (N.D. Ill.) |
| | *Mark Parisot et al v. US Title Guaranty Company*<br>Case No. 0822-cc-09381 (St. Louis Circuit Court, Mo.) |



**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| *Consumer* | *Mark R. Lund v. Universal Title Company*<br>Case No. 05-cv-00411 (D. Minn.) |
| | *Melissa Castille Dodge, et al. v. Phillips College of New Orleans, Inc., et*<br>Case No. 95-cv-2302 (E.D. La.) |
| | *Michael Drogin, et al. v. General Electric Capital Auto Financial Services*<br>Case No.  95-cv-112141 (S.D. N.Y.) |
| | *Michael Sutton v. DCH Auto Group, et al.*<br>(Essex County, NJ) |
| | *Michael T. Pierce et al. v. General Electric Capital Auto Lease*<br>CV 93-0529101 S |
| | *Mitchem, et al v. Illinois Collection Service, Inc.*<br>Case No. 09-cv-7274 (N.D. Ill.) |
| | *Northcoast Financial Services v. Marcia Webster*<br>2004 CVF 18651 (Cuyahoga County, OH) |
| | *Oubre v. Louisiana Citizens Fair Plan*<br>No. 625-567 (Jefferson Parish, LA) |
| | *Patricia Faircloth, et a. v. Certified Finance, Inc., et al.*<br>Case No. 99-cv-3097 (E.D. La.) |
| | *Pistilli v. Life Time Fitness, Inc.*<br>Case No. 07-cv-2300 (D. Minn.) |
| | *Rawlis Leslie, et al. v. The St. Joe Paper Company*<br>Case No. 03-368CA (Gulf County, Fla.) |
| | *Regayla Loveless, et al. v. National Cash, Inc, et al.*<br>Case No. 2001-cv-892-2 (Benton County, Ark.) |
| | *Ricci, et al., v. Ameriquest Mortgage Co.*<br>Case No. 27-cv-05-2546 (D. Minn.) |
| | *Ronnie Haese, et al. v. H&R Block, et al.*<br>Case No. 96-cv-423 (Kleberg County, Tex.) |
| | *Sandra Arnt, et al. v. Bank of America, N.A.*<br>No. 27-cv-12-12279 (Hennepin County, MN) |
| | *Sara Khaliki, et al. v. Helzberg Diamond Shops, Inc.*<br>4:11-cv-00010 (W.D. Mo.) |
| | *Shepherd, et al. v. Volvo Finance North America, Inc., et al.*<br>Case No. 1:93-cv-971 (D. Ga.) |



ANALYT_CS

**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| *Consumer* | *Skusenas v. Linebarger, Goggan, Blair & Sampson, LLC.*<br>Case No. 1:10-cv-8119 (N.D. Ill.) |
| | *Smith v. NRT Settlement Services of Missouri, LLC*<br>Case No. 06-cv-004039 (St. Louis County, MO) |
| | *Terrell Ervin v. Nokia Inc. et al.*<br>Case No. 01-L-150 (St. Clair County, Ill.) |
| | *Theresa Boschee v. Burnet Title, Inc.*<br>Case No. 03-cv-016986 (D. Minn.) |
| | *Thomas Geanacopoulos v. Philip Morris USA, Inc.*<br>Civil Action No. 98-6002-BLS1 (MA Superior Court) |
| | *Thomas Losgar, et al. v. Freehold Chevrolet, Inc., et al.*<br>Case No. L-3145-02 (Monmouth County, NJ) |
| | *Tom Lundberg, et al. v. Sprint Corporation, et al.*<br>Case No. 02-cv-4551 (Wyandotte County, Kan.) |
| | *Truc-way, Inc., et al. v. General Electric Credit Auto Leasing*<br>Case No. 92-CH-08962 (Cook County, Ill.) |
| | *Trudy Latman, et al. vs. Costa Cruise Lines, N.V., et al*<br>Case No. 96-cv-8076 (Dade County, Fla.) |
| | *U.S. v. $1,802,651.56 in Funds Seized from e-Bullion, et al. ("Goldinger")*<br>No. CV 09-1731 (C.D. Cal.) |
| | *U.S. v. $1,802,651.56 in Funds Seized from e-Bullion, et al. ("Kum Vent*<br>No. CV 09-1731 (C.D. Cal.) |
| | *U.S. v. David Merrick*<br>6:10-cr-109-Orl-35DAB |
| | *U.S. v. Sixty-Four 68.5 lbs (Approx.) Silver Bars, et al.*<br>(E.D. FL) |
| | *United States of America v. Alfredo Susi, et al.*<br>3:07-cr-119 (W.D. NY) |
| | *United States of America v. Elite Designs, Inc.*<br>Case No. 05-cv-058 (D. R.I.) |
| | *Vicente Arriaga, et al. v. Columbia Mortgage & Funding Corp, et al.*<br>Case No. 01-cv-2509 (N.D. Ill.) |
| | *William R. Richardson, et al., v. Credit Depot Corporation of Ohio, et al.*<br>Case No. 315343 (Cuyahoga County, Ohio) |



**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| ***Consumer*** | *Zyburo v. NCSPlus Inc.*<br>Case No. 12-cv-06677 (S.D.N.Y.) |
| ***Employment*** | *Adam P. Kelly, et al v. Bank of America, N.A., et al.*<br>No. 10-CV-5332 (E.D. IL) |
| | *Alequin, et al. v. Darden Restaurants, Inc. et al.*<br>Case No.: 12-61742-CIV (S.D. FL) |
| | *Alice Williams, et a. v. H&R Block Enterprises*<br>RG 08366506, (County of Alameda, CA) |
| | *Alma Anguiano v. First United Bank and Trust Co.*<br>Case No. CIV-12-1096 (D. OK) |
| | *Andrew R. Rondomanski, et al. v. Midwest Division, Inc.*<br>No. 11-cv-00887 (W.D. MO) |
| | *Balandran, et al. v. Labor Ready, et al.*<br>BC 278551 (Losa Angeles County, Cal.) |
| | *Ballard, et al., v. Fogo de Chao, LLC*<br>Case No. 09-cv-7621 (D. Minn.) |
| | *Beasley, et al. v. GC Services LP*<br>Case No. 09-cv-01748 (E.D. Mo.) |
| | *Berry v. Farmers Bank & Trust, N.A.*<br>Case No. 13-02020 |
| | *Berte v. WIS Holdings Corporation*<br>07-cv-1932 (S.D. CA) |
| | *Bishop et al. v. AT&T Corp.*<br>Case No. 08-cv-00468 (W.D. Pa.) |
| | *Bobbie Jarrett v. GGNSC Holdings, LLC*<br>Case No.: 12-CV-4105-BP (W.D. MO) |
| | *Chandler Glover and Dean Albrecht, et al., v. John E. Potter*<br>EEOC No. 320-A2-8011X; Agency No. CC-801-0015-99 |
| | *Christopher Evins v. Glow Networks, Inc.*<br>Case No. 14-cv-00544 (W.D. MO) |
| | *Claudine Wilfong, et al. v. Rent-A-Center, Inc.*<br>Case No. 00-cv-680 (S.D. Ill.) |
| | *Creed, et al. v. Benco Dental Supply Co.*<br>3:12-CV-1571 (E.D. PA) |



**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| ***Employment*** | *Doe, et al. v. Cin-Lan, Inc, et al.*<br>Case No. 4:08-cv-12719 (E.D. Mich.) |
| | *DuBeau et al v. Sterling Savings Bank et al.*<br>No. 12-cv-1602 (D. OR) |
| | *Equal Employment Opportunity Commission (EEOC) v. Star Tribune Co*<br>Case No. 08-cv-5297(D. Minn.) |
| | *Equal Employment Opportunity Commission v Faribault Foods, Inc.*<br>Case No. 07-cv-3976  (D. Minn.) |
| | *Fisher, et al. v. Michigan Bell Telephone Company*<br>Case No. 09-cv-10802 (E.D. Mich.) |
| | *Frank, Peasley, Waters, and Wilhelm, v Gold'n Plump Poultry, Inc.*<br>Case No. 04-cv-1018 (D. Minn.) |
| | *French v. Midwest Health Management, Inc.*<br>Case No.: 2:14-cv-2625 |
| | *Geelan, et al. v. The Mark Travel Coporation*<br>Case No. 03-cv-6322 (D. Minn.) |
| | *Gipson, et al. v. Southwestern Bell Telephone Company*<br>Case No. 08-cv-2017 (D. Kan.) |
| | *Gregory Hernandez v. The Children's Place*<br>No. CGC 04-4300989 (San Francisco, CA) |
| | *Helen Bernstein, et al. v. M.G. Waldbaum*<br>Case No. 08-cv-0363 (D. Minn.) |
| | *Holt v. Living Social*<br>1:2012cv00745 (D. DC) |
| | *Jimmy West v. PSS World Medical, Inc.*<br>Case No. 4:13-cv-00574 (E.D. Mo) |
| | *Jimmy West v. PSS World Medical, Inc.*<br>4:13-cv-00574 (E.D. MO) |
| | *John Alba, et al. v. Papa John's USA, Inc.*<br>Case No. 05-cv-7487 (W.D. Cal.) |
| | *Johnson, et al v. General Mills, Inc.*<br>Case No. 10-cv-1104 (W.D. Mo.) |
| | *Kelly Marie Camp, et al. v. The Progressive Corporation, et al.*<br>Case No. 01-cv-2680 (E.D. La.) |



**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| *Employment* | *Kelly, et al v. Bank of America, N.A. et al.*<br>No. 10-5332 (ND IL) |
| | *Lang, et al v DirecTV, Inc., et al.*<br>No. 10-1085 (E.D. La) |
| | *Lynn Lietz, et al. v. Illinois Bell Telephone Company, et al.*<br>No. 1:11-cv-0108 (N.D. Ill.) |
| | *Michelle Jackson, et al. v. Jamba Juice Company*<br>Case No. 8:02-cv-00381 (C.D. Cal.) |
| | *Pamela Adams, et al., v. MedPlans Partners, Inc*<br>Case No. 3:07-cv-259  (W.D. Ky.) |
| | *Phillip Busler, et al. v. Enersys Energy Products Inc., et al.*<br>Case No. 09-cv-0159 (W.D. Mo.) |
| | *Rocher, et al. v. Sav-on Drugs, et al.*<br>Case No. BC 227551 (Los Angeles County, Cal.) |
| | *Russell, et al. v. Illinois Bell Telephone Company*<br>Case No. 08-cv-1871 (N.D. Ill.) |
| | *Sequoia Moss-Clark, et al. v. New Way Services, Inc., et al.*<br>Case No. C12-1391 (Contra Costa County, CA) |
| | *Smallwood, et al. v. Illinois Bell Telephone Company,*<br>Case No. 09-cv-4072 (N.D. Ill.) |
| | *Smith v. Family Video*<br>No. 11-cv-01773 (N.D. Ill.) |
| | *Smith v. Pizza Hut, Inc.*<br>No. 09--cv-01632-CMA-BNB (D. Colo.) |
| | *Stephanie Sanz, et al. v. Johny Utah 51, LLC*<br>Case No. 14-cv-4380 (S.D. NY) |
| | *Teeter v. NCR Corporation*<br>Case No. 08-cv-00297 (C.D. Cal.) |
| | *Thomas Cramer et al. v. Bank of America, N.A. et al.*<br>Case No. 12-08681 (N.D. IL) |
| | *Thomas Dege, et al., v. Hutchinson Technology, Inc.*<br>Case No. 06-cv-3754 (D. Minn.) |
| | *Wilkinson, et al. v. NCR Corporation*<br>Case No. 1:08-cv-5578  (N.D. Ill.) |



### Partial List of Legal Notification and Settlement Administration Experience

| | |
|---|---|
| **Employment** | *William Perrin, et al. v. Papa John's International*<br>No. 4:09-CV-01335 (E.D. Mo.) |
| | *William Whitlock, et. al v. FSH Management, LLC, et. al.*<br>3:10-cv-00562-M |
| | *Williams v. DH Pace*<br>Case No. 4:14-cv-00161 (W.D. MO) |
| | *Williams, et al. v. Dollar Financial Group, et al.*<br>Case No. RG03099375 (Alameda County, Cal.) |
| | *Williams, et al. v. H&R Block Enterprises, Inc.*<br>No. RG 08366506 (Alameda County, CA) |
| | *Wittemann, et al. v. Wisconsin Bell, Inc.*<br>Case No. 09-cv-440 (W.D. Wisc.) |
| | *Wlotkowski, et al. v. Michigan Bell*<br>Case No. 09-cv-11898 (E.D. Mich.) |
| **Environmental** | *Bernice Samples, et al. v. Conoco, Inc., et al.*<br>Case No. 01-0631-CA-01 (Escambia Country, Fla.) |
| | *Billieson, et al. v. City of New Orleans, et al.*<br>No. 94-19231 (Orleans Parish, LA) |
| | *City of Greenville, et al., v. Syngenta Crop Protection, Inc., and Syngent*<br>No. 3:10-cv-00188-JPG-PMF (S. D. Ill.) |
| | *In Re: Duluth Superior Chemical Spill Litigation*<br>Case No. 92-cv-503 (W.D. Wis.) |
| | *McGruder, et al. v. DPC Enterprises*<br>No. CV2003-022677 (Maricopa County, AZ) |
| | *Mehl v. Canadian Pacific Railway, Limited*<br>Case No. 02-cv-009 (D. N.D.) |
| | *Michelle Marshall, et al. v. Air Liquide -- Big Three, Inc. et al.*<br>No. 2005-08706 (Orleans Parish, LA) |
| | *Perrine, et al. v. E.I. Dupont De Nemours and Company, et al.*<br>01-0631-CA-01 (Harrison C., WV) |
| **ERISA** | *Anthony Abbott, et al. v. Lockheed Martin Corp., et al.*<br>Case No. 06-701 (S.D. IL) |
| | *In Re: Broadwing Inc ERISA Litigation*<br>Case No. 02-cv-00857 (S.D. Ohio) |



**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| ***ERISA*** | *In Re: Xcel Energy, Inc. ERISA Litigation* <br> Case No. 03-cv-2218 (D. Minn.) |
| | *Karolyn Kruger, et al. v. Novant Health Inc., et al.* <br> Case No. 14-208 (M.D. NC) |
| | *Pat Beesley, et al v. International Paper Co. et al.* <br> Case No. 06-703-DRH (S.D. IL) |
| | *Quince Rankin v. Charles C. Conway (Kmart ERISA Litigation)* <br> Case No. 02-cv-71045 (E.D. Mich.) |
| ***FACTA*** | *Albright v. Metrolink* <br> No. 4:11-CV-01691AGF (E.D. MO) |
| | *Ebert, et al. v. Warner's Stellian* <br> No. 11-cv-02325 JRT/ SER (D. Minn) |
| | *Fouks, et al. v. Red Wing Hotel Corporation* <br> Case No. 12-cv-02160 (D. MN) |
| | *Jones v. Dickinson* <br> No. 11 CV 02472 (D. MO) |
| | *Linda Todd, et al. v. Medieval Times* <br> Case No. 1:10-cv-00120 (D. N.J.) |
| | *Masters v. Lowe's Home Centers, Inc.* <br> Case No. 3:09-cv--255 (S.D. Ill.) |
| | *Seppanen et al. v. Krist Oil Company* <br> Case No. 2:09-cv-195 (W.D. Mich.) |
| | *Waldman v. Hess Corporation* <br> Case No. 07-cv-2221 (D. N.J.) |
| ***FLSA*** | *Shannon Wheeler v. Cobalt Mortgage, Inc. et al.* <br> Case No. 2:14-cv-B1847-JCC (W.D. WA) |
| | *Watkins, et al. v. I.G. Incorporated, etl a.* <br> Case No. 27-13-15361 (Hennepin County, MN) |
| ***Insurance*** | *Ann Castello v. Allianz Life Insurance Company* <br> Case No. 03-cv-20405  (D. Minn.) |
| | *Boyd Demmer, et al. v. Illinois Farmers Insurance Company* <br> Case No. MC 00-017872 (Hennepin County, Minn.) |
| | *Chultem v. Ticor Title Insur. Co., et al.* <br> Case No. 2006-CH-09488 (Circuit Court of Cook County, Ill.) |

# ANALYT_ICS

**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| *Insurance* | *Colella v. Chicago Title Insur. Co., et al.*<br>Case No. 2006-CH-09489 (Circuit Court of Cook County, Ill.) |
| | *Deborah Hillgamyer, et al. v. Reliastar Life Insurance Company, et al.*<br>No. 11-cv-729 (W.D. WI) |
| | *Doan v. State Farm*<br>108CV129264 (Santa Clara Co, CA) |
| | *Dorothea Pavlov v. Continental Casualty Company*<br>Case No. 07-cv-2580 (N.D. Ohio) |
| | *Frank Rose, et al. v. United Equitable Insurance Company, et al.*<br>Case No. 00-cv-02248 (Cass County, ND) |
| | *Froeber v. Liberty Mutual Fire Insurance Company*<br>Case No. 00C15234 (Marion County, OR) |
| | *Garrison, et al., v. Auto-Owners Insurance Company*<br>Case No. 02-cv-324076 (Cole County, Mo.) |
| | *Harold Hanson, et al. v. Acceleration Life Insurance Company, et al.*<br>Case No. 3:97-cv-152 (D. N.D.) |
| | *Hofstetter, et al. v. Chase Home Finance, LLC., et al.*<br>Case No. 10-cv-1313 (N.D. Cal.) |
| | *In Re: Lutheran Brotherhood Variable Insurance Products Co. Sales Pra*<br>Case No. 99-md-1309 (D. Minn.) |
| | *Irene Milkman, et al. v. American Travellers Life Insurance Company, et*<br>No. 03775 (Philadelphia Court of Common Pleas, Pa.) |
| | *Jacobs v. State Farm General Insurance Company*<br>No. CJ-96-406 (Sequoyah County, Okla.) |
| | *James M. Wallace, III, et al. v. American Agrisurance, Inc., et al.*<br>Case No. 99-cv-669 (E.D. Ark.) |
| | *James Ralston, et al. v. Chrysler Credit Corporation, et al.*<br>Case No. 90-cv-3433 (Lucas County, Ohio) |
| | *Michael T. McNellis, et al. v. Pioneer Life Insurance Company, et al.*<br>CV 990759 (County of San Luis Obispo, Cal.) |
| | *Morris v. Liberty Mutual Fire Insurance Company*<br>CJ-03-714 (Pottawatomie County, OK) |
| | *Paul Curtis, et al v. Northern Life Insurance Company*<br>Case No. 01-2-18578 (King County, Wash.) |

**ANALYTICS**

### Partial List of Legal Notification and Settlement Administration Experience

| | |
|---|---|
| *Insurance* | *Ralph Shaffer v. Continental Casualty Company and CNA Financial Corp*<br>Case No. 06-cv-2253 (C.D. Cal.) |
| | *Raymond Arent, et al. v. State Farm Mutual Insurance Company*<br>Case No. 00-mc-16521 (D. Minn.) |
| | *Roy Whitworth, et al. v. Nationwide Mutual Insurance Company, et al.*<br>Case No. 00CVH-08-6980 (Franklin County, Ohio) |
| | *Sonia Gonzalez, et al. v. Rooms to Go, Inc., et al.*<br>Case No. 97-cv-3146 (S.D. Fla.) |
| | *Tow Distributing, Inc., et al. v. BCBSM, Inc., d/b/a Blue Cross and Blue S*<br>Case No. 02-cv-9317 (D. Minn.) |
| *Legal Notice* | *Anderson et al. v. Canada (Attorney General)*<br>2011 NLCA 82 |
| | *Angell v. Skechers Canada*<br>8562-12 (Montreal, Quebec) |
| | *Billieson, et al. v. City of New Orleans, et al.*<br>No. 94-19231 (Orleans Parish, LA) |
| | *Carnegie v. Household International, Inc.*<br>No. 98-C-2178 (N.D. Ill.) |
| | *Cazenave, et al. v. Sheriff Charles C. Foti, Jr., et al.*<br>Case No. 00-cv-1246 (E.D. La.) |
| | *Cazenave, et al. v. Sheriff Charles C. Foti, Jr., et al.*<br>Case No. 00-cv-1246 (E.D. La.) |
| | *City of Greenville, et al., v. Syngenta Crop Protection, Inc., and Syngent*<br>No. 3:10-cv-00188-JPG-PMF (S. D. Ill.) |
| | *Evans, et al. v. Linden Research, Inc., et al.*<br>Case No. 4:11-cv-1078-DMR (N.D. CA) |
| | *F.T.C. v. NBTY, Inc.*<br>No. 05-4793 (E.D. NY) |
| | *Griffin v. Dell Canada Inc*<br>Case No. 07-cv-325223D2 (Ontario, Superio Court of Justice) |
| | *In Re: Aftermarket Filters Antitrust Litigation*<br>No. 1:08-cv-4883, MDL No. 1957 (N.D. Ill.) |
| | *In Re: Asia Pulp & Paper Securities Litigation*<br>Case No. 01-cv-7351 (S.D. N.Y.) |

**A N A L Y T/C S**

### Partial List of Legal Notification and Settlement Administration Experience

| | |
|---|---|
| ***Legal Notice*** | *In Re: Certainteed Fiber Cement Siding Litigation*<br>MDL 2270 (E.D. PA) |
| | *In Re: Duluth Superior Chemical Spill Litigation*<br>Case No. 92-cv-503 (W.D. Wis.) |
| | *In Re: Google Referrer Header Privacy Litigation*<br>No. 10-04809 (N.D. CA) |
| | *In Re: Salmonella Litigation*<br>Case No. 94-cv-016304 (D. Minn.) |
| | *Jerome H. Schlink v. Edina Realty Title*<br>Case No. 02-cv-18380 (D. Minn.) |
| | *Joel E. Zawikowski, et al. v. Beneficial National Bank, et al.*<br>Case No. 98-cv-2178 (N.D. Ill.) |
| | *Kobylanski et al. v. Motorola Mobility, Inc. et al.*<br>No. 13-CV-1181 (W.D. PA) |
| | *Mary Plubell, et al. v. Merck and Co., Inc.*<br>Case No. 04-cv-235817 (Jackson County, MO) |
| | *McGruder, et al. v. DPC Enterprises*<br>No. CV2003-022677 (Maricopa County, AZ) |
| | *Mehl v. Canadian Pacific Railway, Limited*<br>Case No. 02-cv-009 (D. N.D.) |
| | *Michelle Marshall, et al. v. Air Liquide -- Big Three, Inc. et al.*<br>No. 2005-08706 (Orleans Parish, LA) |
| | *Pat Beesley, et al v. International Paper Co. et al.*<br>Case No. 06-703-DRH (S.D. IL) |
| | *Red Eagle Resources Corporation, Inc., et al. v. Baker Hughes Inc., et al.*<br>Case No. 91-cv-627 (S.D. Tex.) |
| | *Skold, et al. v Intel Corporation, et al.*<br>Case No. 1-05-cv-039231 (County of Santa Clara, CA) |
| | *Thomas Geanacopoulos v. Philip Morris USA, Inc.*<br>Civil Action No. 98-6002-BLS1 (MA Superior Court) |
| ***Medical/Drug*** | *F.T.C. v. CHK Trading Corp.*<br>Case No. 04-cv-8686 (S.D. N.Y.) |
| | *F.T.C. v. Christopher Enterprises, Inc.*<br>Case No. 2:01-cv-0505 (D. Utah) |



**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| ***Medical/Drug*** | *F.T.C. v. Conversion Marketing, Inc.*<br>Case No. 04-cv-1264 (C.D. Cal.) |
| | *F.T.C. v. Enforma Natural Products, Inc.*<br>Case No. 00-cv-04376 (C.D. Cal.) |
| | *F.T.C. v. Goen Technologies*<br>FTC File No. 042 3127 |
| | *F.T.C. v. Great American Products*<br>Case No. 05-cv-00170 (N.D. Fla.) |
| | *F.T.C. v. Kevin Trudeau, et al.*<br>Case No. 03-cv-3904 (N.D. Ill.) |
| | *F.T.C. v. Latin Hut, Inc.*<br>Case No. 04-cv-0830 (S.D. Cal.) |
| | *F.T.C. v. QT, Inc.*<br>Case No. 03-cv-3578 (N.D. Ill.) |
| | *F.T.C. v. Seasilver USA, Inc.*<br>Case No. 03-cv-0676 (D. Nev.) |
| | *F.T.C. v. Smart Inventions, Inc.*<br>Case No. 04-cv-4431 (C.D. Cal.) |
| | *F.T.C. v. Sunny Health Nutrition Technology & Products, Inc.*<br>Case No. 06-cv-2193 (M.D. Fla.) |
| | *F.T.C. v. United Fitness of America, LLC*<br>Case No. 02-cv-0648 (D. Nev.) |
| | *In Re: Guidant Corp Implantable Defibrillators Products Liability Litigati*<br>Case No. 05-cv-1708 (D. Minn.) |
| | *In re: Nuvaring Products Liability Litigation*<br>08-MDL-1964 |
| | *Karen Wright, et al. v. Milan Jeckle*<br>Case No. 98-2-07410-2 (Spokane County, Wash.) |
| | *Mary Plubell, et al. v. Merck and Co., Inc.*<br>Case No. 04-cv-235817 (Jackson County, MO) |
| ***Privacy/Data Breach*** | *Anderson, et al. v. United Retail Group, Inc., et al.*<br>Case No. 37-cv-89685 (San Diego County, Cal.) |
| | *F.T.C. v. CEO Group, Inc.*<br>Case No. 06-cv-60602 (S.D. Fla.) |



**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| ***Privacy/Data Breach*** | *F.T.C. v. Choicepoint*<br>Case No. 06-cv-0198 (N.D. Ga.) |
| | *In Re: U.S. Bank National Association Litigation*<br>Case No. 99-cv-891 (D. Minn.) |
| | *Michael Stoner, et al. v. CBA Information Services*<br>Case No. 04-cv-519 (E.D. Pa.) |
| | *St. Clair, et al. v MRB, et al.*<br>Casse No. 12-cv-1572 (D. MN) |
| | *Sterling et al. v. Strategic Forecasting, Inc. et al.*<br>No. 2:12-cv-00297-DRH-ARL (E.D. N.Y.) |
| ***Securities*** | *Alan Freberg, et al. v. Merrill Corporation, et al.*<br>Case No. 99-cv-010063  (D. Minn.) |
| | *Anderson v. Investors Diversified Services*<br>Case No. 4:79-cv-266 (D. Minn.) |
| | *Charter Township Of Clinton v. OSI Restaurants*<br>Case No. 06-CA-010348 (Hillsborough County, Fla.) |
| | *Christopher Carmona, et al. v. Henry I. Bryant, et al. (Albertson's Securi*<br>Case No. 06-cv-01251 (Ada County, Idaho) |
| | *Daryl L. Cooper, et al. v. Miller Johnson Steichen Kinnard, Inc.*<br>Case No. 02-cv-1236 (D. Minn.) |
| | *Dutton v. Harris Stratex Networks, Inc. et al*<br>08-cv-00755-LPS (D. DE) |
| | *Edith Gottlieb v. Xcel Energy, Inc., et al.*<br>Case No. 02-cv-2931 (D. Minn.) |
| | *Family Medicine Specialsts, et al. v. Abatix Corp., et al.*<br>Case No. 3:04-cv-872B (N.D. Tex.) |
| | *Fisk, et al. v. H&R Block Inc., et al.*<br>1216-CV20418 (Jackson County. MO) |
| | *Friedman, et al. v. Penson Worldwide, Inc.*<br>11-cv-02098 (N.D. TX) |
| | *In Re: American Adjustable Rate Term Trust Securities Litigation*<br>Case No. 4:95-cv-666 and 4:95-cv-667 (D. Minn.) |
| | *In Re: Ancor Communications, Inc Securities Litigation*<br>Case No. 97-cv-1696 (D. Minn.) |

# ANALYT/CS

### Partial List of Legal Notification and Settlement Administration Experience

| | |
|---|---|
| **Securities** | *In Re: Asia Pulp & Paper Securities Litigation*<br>Case No. 01-cv-7351 (S.D. N.Y.) |
| | *In Re: Bayer AG Secuirites*<br>Case No. 03-cv-1546 (S.D. N.Y.) |
| | *In Re: Bio-One Securities Litigation*<br>Case No. 05-cv-1859 (M.D. Fla.) |
| | *In Re: Bioplasty Securities Litigation*<br>Case No. 4:91-cv-689 (D. Minn.) |
| | *In Re: Citi-Equity Group, Inc. Securities Litigation*<br>Case No. 94-cv-012194 (D. Minn.) |
| | *In Re: Citi-Equity Group, Inc., Limited Partnerships Securities Litigation*<br>MDL No. 1082 (C.D. Cal.) |
| | *In Re: Control Data Corporation Securities Litigation*<br>Case No. 3:85-cv-1341 (D. Minn.) |
| | *In Re: Cray Research Securities Litigation*<br>Case No. 3:89-cv-508 (D. Minn.) |
| | *In Re: Cybex International Securities Litigation*<br>No. 653794/2012 (County of New York, NY) |
| | *In Re: E.W. Blanch Holdings, Inc. Securities Litigation*<br>Case No. 01-cv-258 (D. Minn.) |
| | *In Re: Encore Computer Corporation Shareholder Litigation*<br>Case No. 16044 (New Castle County, Del.) |
| | *In Re: EVCI Career Colleges Holding Corp Securities Litigation*<br>Case No. 05-cv-10240 (S.D. N.Y.) |
| | *In Re: Flight Transportation*<br>MDL No. 517 (D. Minn.) |
| | *In Re: Frontier Oil Corporation*<br>Case No. 2011-11451 (Harris County, Tex.) |
| | *In Re: Hennepin County 1986 Recycling Bond Litigation*<br>Cas No. 92-cv-22272 (D. Minn.) |
| | *In Re: McCleodUSA Incorporated Securities Litigation*<br>Case No. 02-cv-0001 (N.D. Iowa) |
| | *In Re: McKesson HBOC, Inc. Securities Litigation*<br>Case No. 99-cv-20743 (N.D. Cal.) |

A N A L Y T_I C S

**Partial List of Legal Notification and Settlement Administration Experience**

| *Securities* | *In Re: Merrill Lynch & Co., Inc. Securities Derivative and ERISA Litigatio*<br>07-cv-9633 (S.D. NY) |
|---|---|
| | *In Re: Merrill Lynch Research Reports Securities Litigation*<br>Case No. 02-md-1484 (S.D. N.Y.) |
| | *In Re: Micro Component Technology, Inc. Securities Litigation*<br>Case No. 4:94-cv-346 (D. Minn.) |
| | *In Re: National City Corp. Securities, Derivative and Erisa Litig.*<br>MDL No. 2003 (N.D. Ohio) |
| | *In Re: New Century*<br>No. 07-CV-0931 (C.D. Cal.) |
| | *In Re: Novastar Financial, Inc. Securities Litigation*<br>Case No. 04-cv-0330 (W.D. Mo.) |
| | *In Re: OCA, Inc. Securities and Derivative Litigation*<br>Case No. 05-cv-2165 (E.D. La.) |
| | *In Re: Raytheon Company Securities Litigation*<br>Case No. 99-cv-12142 (D. Mass.) |
| | *In Re: Reliance Group Holdings, Inc. Securities Litigation*<br>Case No. 00-cv-4653 (S.D. N.Y.) |
| | *In Re: Retek Inc Securities Litigation*<br>Case No. 02-cv-4209 (D. Minn.) |
| | *In Re: Salomon Analyst Metromedia Litigation*<br>Case No. 02-cv-7966 (S.D. N.Y.) |
| | *In Re: Scimed Life Systems, Inc. Shareholders Litigation*<br>Case No. 94-mc-17640 (D. Minn.) |
| | *In Re: Sourcecorp Securities Litigation*<br>Case No. 04-cv-02351 (N.D. Tex.) |
| | *In Re: SS&C Technologies, Inc. Shareholders Litigation*<br>Case No. 05-cv-1525 (D. Del.) |
| | *In Re: Taxable Municipal Bond Securities Litigation*<br>MDL 863 (E.D. La.) |
| | *In Re: Tellium Inc Securities Litigation*<br>Case No. 02-cv-5878  (D. N.J.) |
| | *In Re: The Sportsman's Guide, Inc. Litigation*<br>Case No. 06-cv-7903  (D. Minn.) |



**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| *Securities* | *In Re: Tonka Corporation Securities Litigation*<br>Case No.  4:90-cv-002  (D. Minn.) |
| | *In Re: Tonka II Securities Litigation*<br>Case No. 3:90-cv-318 (D. Minn.) |
| | *In Re: Tricord Systems, Inc. Securities Litigation*<br>Case No. 3:94-cv-746 (D. Minn.) |
| | *In Re: VistaCare, Inc. Securities Litigation*<br>Case No. 04-cv-1661 (D. Ariz.) |
| | *In Re: Williams Securities Litigation*<br>Case No. 02-cv-72(N.D. Okla.) |
| | *In Re: Xcel Energy, Inc. Securities Litigation*<br>Case No. 02-cv-2677 (D. Minn.) |
| | *In Re: Xcelera.Com Securities Litigation*<br>Case No. 00-cv-11649 (D. Mass.) |
| | *In Re: Xybernaut Corp. Securities MDL Litigation*<br>Case No. 05-mdl-1705 (E.D. Va.) |
| | *Ivy Shipp, et al. v. Nationsbank Corp.*<br>19,002 (TX 12th Jud Dist) |
| | *Karl E. Brogen and Paul R. Havig, et al. v. Carl Pohlad, et al.*<br>Case No. 3:93-cv-714 (D. Minn.) |
| | *Lewis H. Biben, et al. v. Harold E. Card, et al.*<br>Case No. 84-cv-0884 (W.D. Mo.) |
| | *Lori Miller, et al. v. Titan Value Equities Group Inc., et al.*<br>Case No. 94-mc-106432 (D. Minn.) |
| | *Makor Issues & Rights, Ltd., et al. v. Tellabs, Inc., et al.*<br>02-C-4356 (N.D. IL) |
| | *Montoya, et al. v. Mamma.com, Inc., et al.*<br>Case No. 1:05-cv-02313 (S.D. N.Y.) |
| | *Resendes, et al.; Maher, et al.; Hawkins, et al.; Schooley, et al. v. Thorp,*<br>Case No. 84-cv-03457, 84-cv-11251, 85-cv-6074, 86-cv-1916L (D. Minn.) |
| | *Richard Donal Rink, et al. v. College Retirement Equities Fund*<br>No. 07-CI-10761, (Jefferson County, KY) |
| | *Robert Trimble, et al. v. Holmes Harbor Sewer District, et al.*<br>Case No. 01-2-00751-8 (Island County, Wash.) |

ANALYT_ICS

**Partial List of Legal Notification and Settlement Administration Experience**

| | |
|---|---|
| ***Securities*** | *SEC v Al-Raya Investment Company, et. al.*<br>No. 109-CV-6533 |
| | *SEC v. Myron Weiner*<br>11-CV-05731 (E.D. NY) |
| | *SEC v. Rockford Funding Group, LLC, et al.*<br>09-10047 (S.D. NY) |
| | *Superior Partners, et al. v. Rajesh K. Soin, et al.*<br>Case No. 08-cv-0872 (Montgomery County, Ohio) |
| | *Svenningsen, et al. v. Piper Jaffray & Hopwood, et al.*<br>Case No. 3:85-cv-921 (D. Minn.) |
| | *Three Bridges Investment Group, et al. v. Honeywell, et al.*<br>Case No. 88-cv-22302 (D. Minn.) |
| | *United States of America v. Zev Saltsman*<br>Case No. 04-cv-641 (E.D. N.Y.) |
| | *William Steiner, et al. v. Honeywell, Inc. et al.*<br>Case No.  4:88-cv-1102 (D. Minn.) |
| ***Test Score*** | *David Andino, et al. v. The Psychological Corporation, et al.*<br>Case No. A457725 (Clark County, Nev.) |
| | *Frankie Kurvers, et al. v. National Computer Systems*<br>No. MC00-11010 (Hennepin County, Minn) |