UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NEXTGEAR CAPITAL, INC., f/k/a/ DEALER SERVICES CORPORATION, COX ENTERPRISES, INC., COX AUTOMOTIVE, INC., and JOHN WICK<br><br>Defendants. | CASE NO. 1:14-cv-01589-TWP-DML |

## ORDER

Considering the foregoing *Motion to Proceed with Class Notice to Known Class Members and Proposed Procedures for Providing Notice to Class Members Pursuant to Rule 23(c)(2)(B)* filed by Plaintiffs (Dkt. 249) (the "Motion to Proceed with Class Notice"), and for the reasons stated therein:

**IT IS ORDERED** that the Motion to Proceed with Class Notice be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that, following receipt of a class member verification affidavit from Defendants, Plaintiffs may proceed with class notice to the 17,411 class members whose names and contact information have been produced by Defendants.

**IT IS FURTHER ORDERED** that the proposed class notice procedures described in the Motion to Proceed with Class Notice be and hereby are **APPROVED.**

Indianapolis, Indiana this _____ day of _____, 2017.

_____
**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**