UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, and JOHN WICK,<br><br>Defendants. | No. 1:14-cv-01589-TWP-DML |

## Order on Motion for Protective Order (Dkt. 244)

The defendants move for a protective order to relieve them "from any obligation to produce information regarding dealer customers who . . . agreed to arbitrate the claims made by the class and waived the right to participate in a class action." Dkt. 244. The court DENIES the motion. It already ruled on this issue in the Order on Motion to Stay Class Discovery and Class Notice, at Dkt. 239.

So ORDERED.

Dated: October 4, 2017

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record by email through the court's ECF system