IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:14-cv-01589-TWP-DML |
| COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO PROCEED WITH CLASS NOTICE AND PROPOSED PROCEDURES**

It remains Defendants' position that their pending motions—including Defendants'

Motion for Summary Judgment [Doc. 192], Defendants' Motion to Reconsider and/or Modify

Class Certification Order [Doc. 228], Defendants' Motion to Modify Class Certification Order to

Narrow Class [Doc. 237], and Defendants' Objections to Magistrate Judge's Orders on Motions

to Stay and Request to Stay Discovery Regarding Subset of Class [Doc. 240]—can and should be

decided before notice is sent to any members of the class.  The Court's decisions on those

motions may eliminate the need for any notice or may change the scope of the notice and any

required follow-up notices.

If the Court nevertheless intends to proceed with class notice at this time, Defendants do

not object to the specific notice procedures proposed by Plaintiffs.  [*See* Doc. 249.]  (Defendants

do not agree with or endorse the background assertions made in Plaintiffs' motion.) Defendants

respectfully suggest that class members be given 30 days to opt out of the class following notice.

Respectfully submitted, this 6th day of October, 2017.

_s/ Tracey K. Ledbetter_
Jason S. McCarter (*pro hac vice*)
Tracey K. Ledbetter (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
(404) 853-8000
(404) 853-8806 fax
jasonmccarter@eversheds-sutherland.com
traceyledbetter@eversheds-sutherland.com

David J. Jurkiewicz (18018-53)
Paul D. Vink (23785-32)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
djurkiewicz@boselaw.com
pvink@boselaw.com

*Attorneys for Defendants Cox Automotive,*
*Inc., NextGear Capital, Inc. f/k/a Dealer*
*Services Corporation, and John Wick*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the

following counsel of record via the Court's electronic service notification system, this 6th day of

October, 2017:

Ryan D. Adams
James M. Garner
Matthew M. Coman
Jacob A. Airey
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
radams@shergarner.com
jgarner@shergarner.com
mcoman@shergarner.com
jairey@shergarner.com

Catherine E. Lasky
Kerry A. Murphy
LASKY MURPHY LLC
klasky@laskymurphy.com
kmurphy@laskymurphy.com


Cassie E. Felder
THE CASSIE FELDER LAW FIRM
cassie@cassiefelderlaw.com

Gladstone N. Jones, III
Lynn E. Swanson
JONES, SWANSON, HUDDELL &
GARRISON, LLC
gjones@jonesswanson.com
lswanson@jonesswanson.com


Kathleen A. DeLaney
DELANEY & DELANEY LLC
Kathleen@delaneylaw.net

Lisa Brener
BRENER LAW FIRM, LLC
lbrener@brenerlawfirm.com


 *s/ Tracey K. Ledbetter*
Tracey K. Ledbetter