IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>    Defendants. | Case No. 1:14-cv-01589-TWP-DML |

## ORDER

The Court having read and considered the Motion to Extend Witness and Exhibit List Deadline [Doc. 251], and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that all parties shall file and serve their final witness and exhibit lists on or before October 13, 2017.

SO ORDERED:  10/10/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to electronically registered counsel of record via CM/ECF