IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>COX AUTOMOTIVE, INC., NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., and JOHN WICK,<br><br>　　　Defendants. | Case No. 1:14-cv-01589-TWP-DML |

## ORDER

The Court having read and considered the Joint Motion to Continue Trial and Pre-Trial Deadlines [Doc. 254], and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline of October 13, 2017 for the parties to file and serve their final witness and exhibit lists; the November 8, 2017 Final Pretrial Conference date; the December 4, 2017 bench trial date; and all associated pretrial deadlines in this matter be and hereby are **VACATED,** to be reset by the Court in a separate Order.

Date: 10/13/2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Tanya Walton Pratt, Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution to electronically registered counsel of record via CM/ECF