IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., <br><br> Defendants. | Case No. 1:14-cv-01589-TWP-DML |

**JOINT MOTION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**

The parties respectfully and jointly request that the Court continue the February 7, 2018 Final Pretrial Conference setting, the March 5, 2018 bench trial date, and all associated final pre-trial deadlines in this matter. In support of this motion, the parties show as follows:

1. On June 29, 2017, this Court granted in part Plaintiffs' motion for class certification and certified a class. Dkt. 220. On January 12, 2018, this Court decertified the class and entered orders on the Plaintiffs' and Defendants' motions for summary judgment. Dkt. 261 & 262.

2. This matter is currently set for trial beginning on March 5, 2018; the Final Pretrial Conference is set for February 7, 2018; and the parties' substantial pretrial deadlines are on January 24, 2018 and January 31, 2018.

3. Plaintiffs intend to file a Rule 23(f) petition with the Seventh Circuit seeking review of this Court's decertification order prior to Friday, January 26, 2018 (within the 14-day time period set forth in Rule 23(f)).

4. Plaintiffs contend that if the parties are required to try this case to verdict before the Seventh Circuit completes its review of the decertification order, a ruling on the merits by this Court could inadvertently trigger the one-way intervention rule if the Seventh Circuit later reverses the decertification order. As this Court previously noted in staying any ruling on Plaintiffs' motion for partial summary judgment, ruling on the merits on Plaintiffs' contract claim before class notice is provided and the opt-out period has run would create a one-way intervention problem. Dkt. 238 at 2 (citing *Perlitz v. Liberty Loan Corp.*, 523 F.3d 349, 354-55 (7th Cir. 2016), *cert. denied,* 137 S. Ct. 2289, 198 L.Ed. 723 (2017). *See also Costello v. BeavEx, Inc.*, 810 F.3d 1045, 1057 (7th Cir. 2016), *cert. denied,* 810 F.3d 1045, 1057 (7th Cir. 2016), *cert. denied,* 137 S. Ct. 2289, 198 L.Ed.2d 723 (2017). The same problem could arise at this stage if the individual plaintiffs' claims are tried before the appeal of decertification is decided.

5. Plaintiffs also contend that, if the individual plaintiffs' claims are tried to verdict and the Seventh Circuit reinstates the class, a ruling on the merits by this Court may "deprive[] the defendants of the benefit of res judicata should they be sued by other members of the class." *Thomas v. City of Peoria*, 580 F.3d 633, 635 (7th Cir. 2009).

6. The parties agree that awaiting the decision of the Seventh Circuit on Plaintiffs' Rule 23(f) petition will be more efficient and avoid the waste of judicial resources: it will allow the Court and the parties to have certainty regarding the status of the case before engaging in the significant time and expense of preparing for trial, and it may allow for settlement before trial.

WHEREFORE, for the reasons stated herein, the parties respectfully request that the Court enter the attached proposed Order continuing the trial date and all pre-trial deadlines.

Respectfully submitted, this 19th day of January, 2018.

   *s/ Kerry A. Murphy*
Catherine E. Lasky (*pro hac vice*)
Kerry A. Murphy (*pro hac vice*)
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans, Louisiana 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503
klasky@laskymurphy.com
kmurphy@laskymurphy.com

James M. Garner (*pro hac vice*)
Ryan D. Adams (*pro hac vice*)
Matthew M. Coman (*pro hac vice*)
Jacob A. Airey (*pro hac vice*)
SHER GARNER CAHILL RICHTER KLEIN &
HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
radams@shergarner.com
mcoman@shergarner.com

Gladstone N. Jones, III (*pro hac vice*)
Lynn E. Swanson (*pro hac vice*)
JONES, SWANSON, HUDDELL &
GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
gjones@jonesswanson.com
lswanson@jonesswanson.com

Kathleen A. DeLaney (#18604-49)
DELANEY & DELANEY LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone: (317) 920-0400
Facsimile: (317) 0404
Kathleen@delaneylaw.net

3

Cassie E. Felder (*pro hac vice*)
THE CASSIE FELDER LAW FIRM
7515 Jefferson Hwy., #313
Baton Rouge, LA 70806
Main: (504) 232-1733
Cell: (504) 400-1127
cassie@cassiefelderlaw.com

*Attorneys for Plaintiffs*


 *s/ Tracey K. Ledbetter*
David J. Jurkiewicz (18018-53)
Paul D. Vink (23785-32)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 684-5000
Facsimile:  (317) 684-5173
djurkiewicz@boselaw.com
pvink@boselaw.com

Jason S. McCarter (*pro hac vice*)
Tracey K. Ledbetter (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone:  (404) 853-8000
Facsimile:  (404) 853-8806
jasonmccarter@eversheds-sutherland.com
traceyledbetter@eversheds-sutherland.com

*Attorneys for Defendant NextGear Capital, Inc. f/k/a Dealer Services Corporation*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 19th day of January, 2018:

David J. Jurkiewicz
Paul D. Vink
BOSE MCKINNEY &amp; EVANS, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Jason S. McCarter
Tracey K. Ledbetter
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996

*s/ Kerry A. Murphy*
Kerry A. Murphy