IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., <br><br> Defendants. | Case No. 1:14-cv-01589-TWP-DML |

## ORDER

The Court having read and considered the Joint Motion to Continue Trial and Pre-Trial Deadlines [Doc. 263], and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the February 7, 2018 Final Pretrial Conference date; the March 5, 2018 bench trial date; and all associated pretrial deadlines in this matter be and hereby are **VACATED,** to be reset by the Court in a separate Order.

Indianapolis, Indiana, this ____ day of _____, 2018.

_____
HON. TANYA WALTON PRATT
UNITED STATES DISTRICT JUDGE

Distribution to electronically registered counsel of record via CM/ECF