IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Case No. 1:14-cv-01589-TWP-DML |
| NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The Court having read and considered the Joint Motion to Continue Trial and Pre-Trial Deadlines [Doc. 263], and for good cause shown; that being that the Plaintiffs intend to file a Rule 23(f) petition seeking review of the decertification order prior to January 26, 2018.

**IT IS FURTHER ORDERED** that the February 7, 2018 Final Pretrial Conference date; the March 5, 2018 bench trial date; and all associated pretrial deadlines in this matter be and hereby are **VACATED,** to be reset by the Court in a separate Order.

Indianapolis, Indiana,

Date: 1/22/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to electronically registered counsel of record via CM/ECF