# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

Submitted February 20, 2018
Decided February 22, 2018

Before

DIANE P. WOOD, *Chief Judge*
WILLIAM J. BAUER, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| No. 18-8004 | IN RE: RED BARN MOTORS, INC., et. al., Petitioners |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:14-cv-01589-TWP-DML  Southern District of Indiana, Indianapolis Division  District Judge Tanya Walton Pratt ||

The following are before the court:

1. **PLAINTIFFS-PETITIONERS' PETITION PURSUANT TO FED. R. CIV. P. 23(f) FOR PERMISSION TO APPEAL AN ORDER GRANTING DECERTIFICATION OF A CLASS**, filed on January 23, 2018, by Attorney Kathleen A. DeLaney.

2. **OPPOSITION OF DEFENDANT-RESPONDENT TO PETITION FOR PERMISSION TO APPEAL UNDER RULE 23(f)**, filed on February 2, 2018, by Attorney Thomas M. Byrne.

3. **PETITIONERS' CITATION OF ADDITIONAL AUTHORITY, PER CIRCUIT RULE 28(e)**, filed on February 12, 2018, by Attorney Kathleen A. DeLaney.

4. **RESPONDENT'S RESPONSE IN OPPOSITION TO PETITONERS' CITATION**

No. 18-8004 Page 2

**OF ADDITIONAL AUTHORITY**, filed on February 13, 2018, by Attorney Thomas M. Byrne.

**IT IS ORDERED** that the petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f) is **GRANTED**. Petitioner shall pay the required appellate fees to the clerk of the district court within fourteen days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on the court's general docket.

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_3J**(form ID: **177**)