# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

February 22, 2018

**To:**  Laura A. Briggs
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the
Seventh Circuit:

Appellate Case No: 18-1409

Caption:
RED BARN MOTORS, INC., et al.,
 Plaintiffs - Appellants

v.

NEXTGEAR CAPITAL, INC., et al.,
Defendants - Appellees

District Court No: 1:14-cv-01589-TWP-DML
Clerk/Agency Rep Laura A. Briggs
District Judge Tanya Walton Pratt
Court Reporter David W. Moxley

Date NOA filed in District Court: 01/22/2018

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)