**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| RED BARN MOTORS, INC., ) | |
| PLATINUM MOTORS, INC., ) | |
| MATTINGLY AUTO SALES, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:14-cv-01589-TWP-DLP |
| ) | |
| COX ENTERPRISES, INC., ) | |
| NEXTGEAR CAPITAL, INC. f/k/a DEALER ) | |
| SERVICES CORPORATION, successor by ) | |
| merger with Manheim Automotive Financial ) | |
| Services, Inc., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court regarding the Mandate (Dkt. 273) issued by the United States Court of Appeals, for the Seventh Circuit, which remanded this case for further proceedings. In accordance with Local Rule 16-2, parties shall file their position statement on or before April 1, 2019.

IT IS SO ORDERED.

Date: 3/11/2019

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Ryan D. Adams
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
radams@shergarner.com

Jacob A. Airey
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC.
jairey@shergarner.com

Lisa Brener
Brener Law Firm, LLC
lbrener@brenerlawfirm.com

Matthew M. Coman
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
mcoman@shergarner.com

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Cassie E. Felder
THE CASSIE FELDER LAW FIRM
cassie@cassiefelderlaw.com

James M. Garner
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
jgarner@shergarner.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Gladstone N. Jones
JONES SWANSON HUDDELL & GARRISON, LLC
gjones@jonesswanson.com

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
djurkiewicz@boselaw.com

Catherine E. Lasky
JONES SWANSON HUDDELL & GARRISON, LLC

Klasky@laskymurphy.com

Tracey K. Ledbetter
EVERSHEDS SUTHERLAND (US) LLP
traceyledbetter@eversheds-sutherland.com

Jason S. McCarter
EVERSHEDS SUTHERLAND (US) LLP
jason.mccarter@sutherland.com

Kerry A. Murphy
JONES, SWANSON, HUDDELL & GARRISON, LLC
kmurphy@laskymurphy.com

Lynn E. Swanson
JONES, SWANSON, HUDDELL& GARRISON, LLC
lswanson@jonesswanson.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
pvink@boselaw.com