UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NEXTGEAR CAPITAL, INC., f/k/a/ DEALER SERVICES CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) CASE NO. 1:14-cv-01589-TWP-DML ) ) ) ) ) ) ) |

# **ORDER**

Considering the foregoing *Motion to Revise Class Definition and Proceed with Class Notice to Known Class Members and Proposed Procedures for Providing Notice to Class Members Pursuant to Rule 23(c)(2)(B)* filed by Plaintiffs [Dkt. 276] (the "Motion"), and for the reasons stated therein:

**IT IS ORDERED** that the Motion be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that the class definition be and hereby is modified. The revised class definition is:

> *All used car dealers in the United States of America that were parties to a Floorplan Agreement with DSC, n/k/a NextGear, effective during the time period of January 2005 through July 2013, and floor planned one or more vehicles with DSC/NextGear under such agreement.*

**IT IS FURTHER ORDERED** that Plaintiffs may proceed with class notice to the 17,411 class members whose names and contact information have been produced by NextGear.

**IT IS FURTHER ORDERED** that the proposed class notice procedures described in the Motion to Proceed with Class Notice be and hereby are **APPROVED.**

2

Indianapolis, Indiana this _____ day of _____, 2019.

 

_____
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**