```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                    INDIANAPOLIS DIVISION
```

RED BARN MOTORS, INC.,
PLATINUM MOTORS, INC.,
MATTINGLY AUTO SALES, INC.,
Individually, and on behalf
of other members of the
general public similarly
situated,
        Plaintiffs,        Docket No.
                                     1:14-cv-01589-TWP-DKL
 vs.

COX ENTERPRISES, INC.,       Class Action
COX AUTOMOTIVE, INC.,
NEXTGEAR CAPITAL, INC. f/k/a
DEALER SERVICES CORPORATION,
successor by merger with
Manheim Automotive Financial
Services, Inc., and JOHN WICK,
        Defendants.

The deposition upon oral examination of

**ADAM GALEMA**, a witness produced and sworn before me,

Paula A. Morgan, Notary Public in and for the County

of Hamilton, State of Indiana, taken on the 30th day

of November, 2017, in the offices of Bose, McKinney &

Evans, 111 Monument Circle, Suite 2700, Indianapolis,

Marion County, Indiana, pursuant to the Federal Rules

of Civil Procedure. This deposition was taken on

behalf of the Plaintiffs in the above-captioned

matter.

```
             ASSOCIATED REPORTING, INC.
           251 East Ohio Street, Suite 940
              Indianapolis, Indiana 46204
                    (317) 631-0940
              www.associated-reporting.com
```

EXHIBIT B

```
 1                         APPEARANCES

 2
         FOR THE PLAINTIFFS:
 3
          Kerry A. Murphy
 4        Catherine E. Lasky
          LASKY MURPHY LLC
 5        715 Girod Street, Suite 250
          New Orleans, Louisiana 70130
 6
          Lynn E. Swanson (via telephone)
 7        JONES SWANSON HUDDELL & GARRISON LLC
          601 Poydras Street, Suite 2655
 8        New Orleans, Louisiana 70130

 9       FOR THE DEFENDANT
         NEXTGEAR CAPITAL
10       F/K/A DEALER SERVICES CORPORATION:

11        Paul D. Vink
          BOSE MCKINNEY & EVANS
12        111 Monument Circle, Suite 2700
          Indianapolis, Indiana 46204
13
         FOR THE DEFENDANTS:
14
          Jason S. McCarter
15        SUTHERLAND ASBILL & BRENNAN LLP
          999 Peachtree Street N.E., Suite 2300
16        Atlanta, Georgia 30309

17       ALSO PRESENT:

18        Rick Wright - In-house counsel DSC

19

20

21

22

23

24

25
```

1                    INDEX OF EXAMINATION

2                                                         Page
         EXAMINATION   (By Ms. Murphy)                       4
3

4

5                        EXHIBIT INDEX

6        No.   Description                                Page
         1     Notice of Deposition                          6
7
         2     Defendant NextGear's First Amended            7
8              Responses to Plaintiffs' Fourth Set
               of Written Discovery
9
         3     Entry on Plaintiffs' Motion for              13
10             Class Certification

11       4     List of dealers in Class Action             15

12       5     9/29/17 Declaration of Adam Galema          19

13       6     NextGear's Responses and Objections         64
               to Plaintiffs' Sixth Set of
14             Interrogatories and Requests for
               Production
15
         7     Dealers with Associated Bankruptcy          72
16             Events

17       8     10/23/17 Ledbetter/Murphy/Others            74
               e-mail
18
         9     8/10/17 Declaration of Adam Galema          80
19
         10    9,940 excluded dealers                      81
20
         11    Vehicles floor planned for Mattingly        84
21             Auto Sales

22       12    7/14/17 Declaration of Adam Galema          86

23       13    NextGear's Responses and Objections         93
               to Plaintiffs' Fifth Set of
24             Interrogatories and Requests for
               Production
25

1          A D A M   G A L E M A, the witness herein, having
2  been first duly sworn to tell the truth, the whole
3  truth, and nothing but the truth, was examined and
4  testified as follows:
5  EXAMINATION,
6          QUESTIONS BY MS. MURPHY:
7  Q  Good morning, Mr. Galema. I'm Kerry Murphy. I
8     represent the plaintiffs, Red Barn Motors, Platinum
9     Motors, and Mattingly Auto Sales, as well as the
10    certified class in this action. Can you please state
11    your name for the record.
12 A  Adam Galema.
13 Q  Okay. Just to go through a few general guidelines,
14    if you don't understand a question, please let me
15    know. If you need a break at any point, let me know.
16    If you answer yes or no, please do it verbally, not
17    by nodding or shaking your head. Also, wait for me
18    to finish asking a question before you answer it.
19    I'll do my best to wait for you to finish before I
20    ask another question. And all of this will help our
21    court reporter take down everything that is said
22    during the deposition. Does that all make sense?
23 A  Yes.
24 Q  Okay. You understand that you're here to testify as
25    a Rule 30(b)(6) witness of NextGear Capital, formerly

| | | |
|---|---|---|
| 1 | | out.  That it's all dealers who were parties to a |
| 2 | | floor plan agreement during those dates? |
| 3 | A | That's right. |
| 4 | Q | All right.  And what you did in starting to compile a |
| 5 | | list of all class members was to pull a list of all |
| 6 | | dealers who floor planned a vehicle, correct? |
| 7 | A | That's correct. |
| 8 | Q | Okay.  And does that include every dealer who had a |
| 9 | | floor plan agreement with NextGear during those |
| 10 | | dates? |
| 11 | A | Not necessarily. |
| 12 | Q | Okay.  Why did NextGear pull a list of dealers with |
| 13 | | transactions during certain dates rather than a list |
| 14 | | of dealers with contracts during certain dates? |
| 15 | A | The dealers who would fit into that exclusion, if you |
| 16 | | will, are dealers who never transacted with NextGear. |
| 17 | | So they never floor planned a car, would have never |
| 18 | | done business with NextGear, and so, therefore, would |
| 19 | | have no basis for any claims under the current class |
| 20 | | action. |
| 21 | Q | Is it possible that someone could have signed a |
| 22 | | contract with NextGear during the 2005 to 2013 time |
| 23 | | frame but not have a transaction with NextGear until |
| 24 | | sometime after July 31, 2013? |
| 25 | A | It's possible, but they would have also signed a |

1        records?
2     A  There was a team of 15 or so people from various --
3        you know, lending or legal that performed a manual
4        search of all the files.
5     Q  Okay. And when you refer to a manual review, what do
6        you mean by that?
7     A  They literally went into the system for each dealer
8        and determined whether or not they signed a new
9        NextGear note.
10    Q  And did they determine that by looking at the entry
11       for each dealer and the date in the contract field
12       or --
13    A  No. Sorry. No, they looked at the contract to
14       determine which contract was signed.
15    Q  Why did they not look at the contract dates in the
16       Discover system?
17    A  Because the date -- the contract date is, again, not
18       necessarily the date that the contract was signed.
19       It's really not an accurate date to use, especially
20       in a search, you know, parameters, because it can
21       be -- there's a lot of variation there, and so you
22       would not -- you'd be missing quite a few dealers by
23       using and relying on that date.
24    Q  Do you believe that your initial list of 29,000
25       dealers represented a complete list of all dealers

| | | |
|---|---|---|
| 1 | | who signed a contract or who were party to a contract |
| 2 | | between January 1, 2005, and July 31, 2013? |
| 3 | A | It is possible that there are dealers that signed a |
| 4 | | DSC contract and never floor planned a vehicle. |
| 5 | Q | How many dealers would you say fall into that |
| 6 | | category of the twenty -- in addition to the 29,000? |
| 7 | | How many dealers may be excluded for that reason? |
| 8 | A | I would have no idea.  It would be a pure guess. |
| 9 | Q | Who would know how many dealers were excluded from |
| 10 | | that initial list because they never had a |
| 11 | | transaction with NextGear? |
| 12 | A | Nobody would know that.  That would require a |
| 13 | | significant manual review of the entire system to |
| 14 | | determine that. |
| 15 | Q | How many dealers are in NextGear's system who -- |
| 16 | | sorry.  Scratch that. |
| 17 | | How many records, dealer records, would have to |
| 18 | | be reviewed to identify every class member or every |
| 19 | | dealer who signed a contract between 2005 and |
| 20 | | July 31, 2013? |
| 21 | A | Approximately 30,000. |
| 22 | Q | Okay. |
| 23 | A | Because there were 29,000 that actually floor planned |
| 24 | | a vehicle during that time frame. |
| 25 | Q | And that's all of the dealers who are in NextGear's |

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | system between January 1, 2005, and July 31, 2013,              |
| 2  |   | and excluding dealers who never signed contracts,               |
| 3  |   | correct?                                                        |
| 4  | A | You could do that, yes.                                         |
| 5  | Q | And that list could potentially include dealers who             |
| 6  |   | signed contracts and did not -- during the applicable           |
| 7  |   | time period and did not have a transaction during the           |
| 8  |   | applicable time period and, thus, were not included             |
| 9  |   | on the original list created by NextGear, correct?              |
| 10 | A | That sort of search would produce many more dealers             |
| 11 |   | than what was originally produced in our search, yes.           |
| 12 | Q | How many more dealers do you think that search would            |
| 13 |   | include?                                                        |
| 14 | A | I have no idea.  I mean, thousands.                             |
| 15 | Q | Why do you say "thousands"?                                     |
| 16 | A | There's tens of thousands of dealers in our system,             |
| 17 |   | so there have to be -- I mean, just take the                    |
| 18 |   | percentages, I guess.                                           |
| 19 | Q | But you're still looking at only the body of dealers            |
| 20 |   | who did business with NextGear between 2005 and 2013,           |
| 21 |   | correct?                                                        |
| 22 | A | Correct.                                                        |
| 23 | Q | Okay.  Do you believe that the initial list that you            |
| 24 |   | created of dealers who had transactions between                 |
| 25 |   | January 1, 2005, and July 31, 2013, is the most                 |

|     |   |                                                                |
|-----|---|----------------------------------------------------------------|
| 1   |   | accurate list of all dealers who signed contracts              |
| 2   |   | between those dates that could be created by                   |
| 3   |   | NextGear?                                                      |
| 4   | A | Yes, I do.                                                     |
| 5   | Q | Even though it excludes potentially class -- or                |
| 6   |   | dealers who signed contracts during those dates but            |
| 7   |   | did not do any transactions during those dates?                |
| 8   |   | MR. VINK: Objection. Asked and answered. You                   |
| 9   |   | can answer one more time, and then we're going to              |
| 10  |   | move on.                                                       |
| 11  | A | It is the most accurate list because it's the most             |
| 12  |   | accurate data point, date field. The transaction               |
| 13  |   | date is the transaction date. The other dates that             |
| 14  |   | we've been talking about have a lot of variation.              |
| 15  |   | They have a lot of potential for lag time, et cetera.          |
| 16  |   | That would not be an accurate representation, then,            |
| 17  |   | of when a dealer signed a contract, et cetera, and             |
| 18  |   | would require manual effort for no reason.                     |
| 19  | Q | After that initial search was run to create the list           |
| 20  |   | of 30,000 dealers who had transactions during 2005 to          |
| 21  |   | 2013, how was that list verified to make sure that it          |
| 22  |   | was complete, at least as far as dealers who had               |
| 23  |   | transactions during that time frame?                           |
| 24  | A | I'm not sure that there was necessarily a                      |
| 25  |   | verification step. I mean, it's a search on the                |