IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:14-cv-01589-TWP-DLP |
| v. | ) ) | |
| NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This Court having read and considered Defendant NextGear Capital, Inc.'s Motion for

Telephonic Status Conference [Doc. 278], and for good cause shown, it is hereby ORDERED

that the motion is GRANTED.  The Court hereby sets a telephonic status conference for

_____ _____, 2019 at _____.  Instructions for participating in the conference

will be provided to counsel by separate notice of electronic filing.

SO ORDERED, this _____ day of _____, 2019.


_____
HON. TANYA WALTON PRATT
UNITED STATES DISTRICT JUDGE


Distribution to electronically registered counsel of record via CM/ECF