UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., | ) | |
| PLATINUM MOTORS, INC., | ) | |
| MATTINGLY AUTO SALES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-01589-TWP-DLP |
| | ) | |
| COX ENTERPRISES, INC., | ) | |
| NEXTGEAR CAPITAL, INC. f/k/a DEALER | ) | |
| SERVICES CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on Defendant NextGear Capital, Inc.'s Motion for Telephonic Status Conference (Dkt. 278). The Court, having fully reviewed the matter, now **GRANTS** said motion. A telephonic status conference is scheduled for **April 12, 2019** at **10:00 a.m. (Eastern)**. The Court will issue call-in information through a separate filing.

So ORDERED.

Date: 4/1/2019

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record.