UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., <br> BARBARA A. RICHARDSON, <br> YOUNG EXECUTIVE MANAGEMENT & <br> CONSULTING SERVICES, INC. <br> Individually, and on behalf of other <br> members of the general public similarly <br> situated, <br> PLATINUM MOTORS, INC., <br> MATTINGLY AUTO SALES, INC., <br> DONALD B. RICHARDSON, <br><br> Plaintiffs, <br><br> v. <br><br> LOUISIANA'S FIRST CHOICE AUTO <br> AUCTION, L.L.C., <br> COX ENTERPRISES, INC., <br> COX AUTOMOTIVE, INC., <br> JOHN WICK, <br> NEXTGEAR CAPITAL, INC. f/k/a DEALER <br> SERVICES CORPORATION, successor by <br> merger with Manheim Automotive <br> Financial Services, Inc., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:14-cv-01589-TWP-DLP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MINUTE ENTRY FOR APRIL 12, 2019**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on April 12, 2019. The parties discussed the status of vacated motions and how to proceed. The parties are hereby directed to refile an identical motion to the motion that was previously filed at [237], including exhibits, and any other motions along with

briefings the parties would like the Court to rule on. The Court will recognize the briefing at [241] and [243]; therefore, no other briefing will be necessary.

This matter is scheduled for a telephonic status conference on **May 2, 2019** at **10:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 4/16/2019

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Robin B. Cheatham
Adams and Reese LLP
701 Poydras Street, Suite 4500
One Shell Square
New Orleans, LA 70139