IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. f/k/a Dealer Services Corporation,<br><br>Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

**NOTICE OF RE-FILING**
**MOTION TO MODIFY CLASS CERTIFICATION ORDER TO NARROW CLASS**

Pursuant to the Court's April 16, 2019 Order (Doc. 284), Defendant NextGear Capital, Inc. ("NextGear") re-files its attached Motion to Modify Class Certification Order to Narrow Class, which was previously filed at Doc. 237, and reiterates its request for relief thereunder. NextGear notes that its co-defendants at the time of the original motion have since been granted summary judgment and are no longer parties to the case.

Respectfully submitted, this 18th day of April, 2019.

                                                 *s/ Tracey K. Ledbetter*
                                                 David J. Jurkiewicz (18018-53)
                                                 Paul D. Vink (23785-32)
                                                 BOSE McKINNEY & EVANS LLP
                                                 111 Monument Circle, Suite 2700
                                                 Indianapolis, IN  46204
                                                 (317) 684-5000
                                                 (317) 684-5173 fax
                                                 djurkiewicz@boselaw.com
                                                 pvink@boselaw.com

Jason S. McCarter (*pro hac vice*)
Tracey K. Ledbetter (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
(404) 853-8000
(404) 853-8806 fax
jasonmccarter@eversheds-sutherland.com
traceyledbetter@eversheds-sutherland.com

*Attorneys for Defendant NextGear Capital, Inc. f/k/a Dealer Services Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 18th day of April, 2019:

Ryan D. Adams
James M. Garner
Matthew M. Coman
Jacob A. Airey
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
radams@shergarner.com
jgarner@shergarner.com
mcoman@shergarner.com
jairey@shergarner.com

Catherine E. Lasky
Kerry A. Murphy
LASKY MURPHY LLC
klasky@laskymurphy.com
kmurphy@laskymurphy.com

Cassie E. Felder
THE CASSIE FELDER LAW FIRM
cassie@cassiefelderlaw.com

Gladstone N. Jones, III
Lynn E. Swanson
JONES, SWANSON, HUDDELL &
GARRISON, LLC
gjones@jonesswanson.com
lswanson@jonesswanson.com

Kathleen A. DeLaney
DELANEY & DELANEY LLC
Kathleen@delaneylaw.net

                                                      *s/ Tracey K. Ledbetter*
                                                      Tracey K. Ledbetter