UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

```
RED BARN MOTORS, INC.,           )
PLATINUM MOTORS, INC.,           )
MATTINGLY AUTO SALES, INC.,      )
YOUNG EXECUTIVE MANAGEMENT &     )
CONSULTING SERVICES, INC.,       )
Individually, and on behalf      )
of other members of the          )
general public similarly         )
situated,                        )
            Plaintiffs,          )
                                 ) Docket No.
            -v-                  ) 1:14-cv-01589-TWP-DKL
                                 )
COX ENTERPRISES, INC.,           ) Class Action
COX AUTOMOTIVE, INC.,            )
NEXTGEAR CAPITAL, INC. f/k/a     )
DEALER SERVICES CORPORATION,     )
successor by merger with         )
Manheim Automotive Financial     )
Services, Inc., and JOHN WICK,   )
            Defendants.          )
```

The deposition upon oral examination of **STUART LABAUVE**, a witness produced and sworn before me, Tami L. Scott, Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Plaintiffs at the offices of Bose, McKinney & Evans, 111 Monument Circle, Suite 2700, Indianapolis, Marion County, Indiana, on November 9, 2016, at 9:00 a.m., pursuant to the Federal Rules of Civil Procedure.

**ASSOCIATED REPORTING, INC.
251 EAST OHIO STREET, SUITE 940
INDIANAPOLIS, INDIANA 46204
(317) 631-0940
www.associated-reporting.com**

**EXHIBIT 5**

175

| | | |
|---|---|---|
| 1 | A | And who did you write down? |
| 2 | Q | I'm not typing this. She is. |
| 3 | A | I mean, I don't remember the time frame and exactly |
| 4 | | who we talked about and what and what conversations. |
| 5 | Q | Well, we will just -- who did you discuss this with |
| 6 | | besides the lawyers, the lawsuit? |
| 7 | A | I first heard about it from John Poteet. He gave me |
| 8 | | a copy of it from Louisiana's First Choice. And I |
| 9 | | don't think anything else was done until I got |
| 10 | | notice that it was ongoing from our corporate |
| 11 | | counsel, Gary Hoke. |
| 12 | Q | When you did, when John -- did John give you a copy? |
| 13 | A | Yes, sir. |
| 14 | Q | That was at First Choice in Hammond? |
| 15 | A | Yes, sir. |
| 16 | Q | He gives you have a physical copy of the lawsuit. |
| 17 | | You read it, obviously; correct? |
| 18 | A | Correct. |
| 19 | Q | He was sued at the time; correct? |
| 20 | A | Yes, sir. |
| 21 | Q | He was fired up? |
| 22 | A | No, sir. |
| 23 | Q | No, sir? You reviewed it, though? |
| 24 | A | Yes, sir, I read it. |
| 25 | Q | And obviously, you then took it to someone and said, |

176

1 geez, back at the company, look at this?
2 A No. I knew -- I mean, the company was obviously
3 served, so I just kept it for my record in my
4 office. The company knew about it.
5 Q But the first time you heard about it was from John
6 Poteet?
7 A Yes, sir.
8 Q No one from the company had said, oh, by the way --
9 A No, sir.
10 Q -- one of your accounts, Red Barn, has now sued us?
11 A No, sir.
12 Q You never discussed it with anyone in the company?
13 A No, sir.
14 Q Okay. Besides lawyers sitting here today, whatever
15 date the date is, November 9, 2016, have you
16 discussed the accusations of the Red Barn lawsuit
17 with anyone in the company?
18 A I mean, when they came up with the depositions, I
19 let Troy know, and he said, "I've heard about the
20 lawsuit."
21 Q Okay. And what else did you all discuss?
22 A Nothing. I mean, he knew about it. I told him I
23 had to come up for depositions, and that was all
24 that was said.
25 Q Okay. Do you have any information that contradicts

177

1         Devon London's assertion that he confronted you
2         about the interest payments?
3    A    I said I don't recall.  If there is something else
4         that you have that shows that I did, I mean --
5    Q    I'm asking you.
6    A    I said I don't recall.
7    Q    Have you reviewed your -- all of your notes either
8         in Discover or WebFOCUS or whatever particular
9         applications you have, in writing, digitally, have
10        you reviewed those notes to see if any of that
11        information shows your interactions with Devon
12        London as made in the lawsuit?
13   A    I --
14   Q    One way or the other?
15   A    I've reviewed the -- in Discover, I have collections
16        management, and I read the lawsuit.
17   Q    Did you find anything in any of the records on your
18        side of the fence, so to speak, that show any
19        meetings or conversations with Devon London?
20   A    There were meetings with Devon when we were going
21        through the default process.
22   Q    Uh-huh.  But before that?
23   A    If there was an incident because of an audit that
24        was, you know, left over, there would be records in
25        there about that.

178

1 Q All right. Let me show you what is marked as
2 Exhibit 17.
3 *(Plaintiffs' Deposition Exhibit 17 marked*
4 *for identification.)*
5 Q For the record, this contains a Bates label of RB,
6 R as in Red, B as in Barn, 2178, to and including
7 2180. Okay? Do you recognize this to be a NextGear
8 Receivable Detail Report?
9 A Yes, sir.
10 Q Is this something, obviously, that is generated by
11 NextGear?
12 A Yes, sir.
13 Q And what business is listed on the upper left-hand
14 corner?
15 A Red Barn Motors, Inc.
16 Q And what's the date of this report?
17 A Friday, April 26th, 2013.
18 Q Who was it requested by?
19 A Gary Hoke.
20 Q Who is Gary?
21 A He is an attorney for NextGear Capital.
22 Q Is this a report that was sent from NextGear to Red
23 Barn?
24 A I don't know where it was sent.
25 Q If Red Barn is in possession of it, how would they

179

1     have received it?
2 A    I mean, it was sent to them. I don't know who --
3 Q    Right.
4 A    Gary pulled it. I don't know who got it from where.
5 Q    Okay. And turn to the second page, if you could.
6     I'm sorry, back on the first page, Customer Profile,
7     it's got -- it contains the name Red Barn and its
8     address; is that correct?
9 A    Yes, sir.
10 Q    Okay. And on the second page, what columns did
11     NextGear list on this particular report?
12 A    We have the Floor Date, Days, Last Paid, VS for
13     Vehicle Status, Vehicle Description, Color, VIN,
14     Stock Number, Title Status, Due, Disbursement,
15     Source, Original Amount, Principal Balance, One Day
16     Balance, Fee, Interest, Insurance, Other, and Total.
17 Q    Okay. Let me show you Exhibit 18, and a copy for
18     your counsel.
19     *(Plaintiffs' Deposition Exhibit 18 marked*
20     *for identification.)*
21 Q    And for the record, this is four pages. This
22     document marked as Exhibit 18 appears to have an NG
23     number, I believe, but that is cut off, so I cannot
24     read, unless anyone else in the room can help, the
25     exact number.

```
                                                            180
 1   A      I don't see any on it.
 2               MR. VINK:  I don't see a number even on our
 3          copies.
 4               MR. COMAN:  Okay.  I can show you this version,
 5          just for the record.  If you see at the bottom, it's
 6          cut off.  It appears to be an NG.  If you think
 7          otherwise, let me know.
 8               MR. VINK:  It appears to be.  It's hard to
 9          tell.
10   Q      All right.  But looking on the document itself, on
11          the upper left-hand corner, is this a NextGear
12          Capital document?
13   A      Yes, sir.
14   Q      You've seen this type of document before; correct?
15   A      Yes, sir.
16   Q      And which business is this for?
17   A      Red Barn Motors, Inc.
18   Q      And what's the date of this report, on the
19          right-hand corner?
20   A      Monday, March 18th, 2013.
21   Q      Okay.  If you look pack at Exhibit 17 and 18, is
22          this basically the same type of report for Red Barn,
23          just on a different date?
24   A      Yes, sir.
25   Q      Okay.  So this is a document that is generated by
```

| | | |
|---|---|---|
| 1 | | NextGear; correct? |
| 2 | A | Yes, sir. |
| 3 | Q | And if you flip to the second page of this |
| 4 | | particular document, although part of this seems to |
| 5 | | be cut off -- actually, flip to the third page, if |
| 6 | | you could.  Does this page contain the same types of |
| 7 | | information as Exhibit 17? |
| 8 | A | Yes, sir. |
| 9 | Q | Starting with Floorplan Date? |
| 10 | A | Yes, sir. |
| 11 | Q | And left to right; is that correct? |
| 12 | A | Yes, sir. |
| 13 | Q | Would Red Barn have access to this report? |
| 14 | A | Yes, sir. |
| 15 | Q | How is that? |
| 16 | A | Through the virtual office that he is set up with, |
| 17 | | by using his dealer number or dealer name to sign |
| 18 | | in. |
| 19 | Q | Where on either 17 or 18, those exhibits, is there |
| 20 | | any indication that shows when DSC paid the auction? |
| 21 | A | In the Disbursement column. |
| 22 | Q | Where is that? |
| 23 | A | In the middle, D-I-S-B. |
| 24 | Q | Okay.  If we look on -- let's use Exhibit 17, and |
| 25 | | specifically, RB2178.  If we look at that first |

| | | |
|---|---|---|
| 1 | | transaction, Stock Number, what, 383?  Do you see |
| 2 | | that, Mr. LaBauve? |
| 3 | A | Yes, sir. |
| 4 | Q | What's it -- you said before Disbursement, D-I-S-B? |
| 5 | A | Yes, sir. |
| 6 | Q | What is that under -- I can't read that. |
| 7 | A | It's an "S" for saying we paid the seller, which was |
| 8 | | the source, Oak View Auto Auction. |
| 9 | Q | Right.  When? |
| 10 | A | It doesn't say that. |
| 11 | Q | Okay.  So this is Red Barn.  Do all customer dealers |
| 12 | | have access to the same type of information we're |
| 13 | | looking at in 17 and 18? |
| 14 | A | Yes, sir. |
| 15 | Q | So as Red Barn or some other customer dealer looks |
| 16 | | at their account, whatever it is, on that date, this |
| 17 | | is the information that we will see, and the only |
| 18 | | indication that there's been a payment from DSC to |
| 19 | | the auction is not a date, but just a dollar sign? |
| 20 | A | It's "S" for seller, or if it was something that we |
| 21 | | floored outside the auction, paid Red Barn in this |
| 22 | | case for it, it would say "B" for buyer. |
| 23 | Q | Okay.  But no date? |
| 24 | A | No, sir. |
| 25 | Q | So the customer dealer has no inclination or |

183

| | | |
|---|---|---|
| 1 | | indication that a floorplan date is different than |
| 2 | | the funding date; correct? |
| 3 | A | Correct. |
| 4 | Q | Now take a look at Exhibit 19.  Copy for your |
| 5 | | counsel. |
| 6 | | *(Plaintiffs' Deposition Exhibit 19 marked* |
| 7 | | *for identification.)* |
| 8 | Q | And as you review that document for the record, this |
| 9 | | is Bates labeled NGR000011, through and including |
| 10 | | NGR000033. |
| 11 | A | *(Witness reading document.)*  Okay. |
| 12 | Q | This is a NextGear Capital document; correct? |
| 13 | A | Yes, sir. |
| 14 | Q | And is it listed underneath NextGear Capital, |
| 15 | | Business Red Barn Motors, Inc.? |
| 16 | A | Yes, sir. |
| 17 | Q | Is that their -- is that the account number next to |
| 18 | | it? |
| 19 | A | Their dealer number with NextGear. |
| 20 | Q | Fair enough.  Does NextGear refer to this document |
| 21 | | as a flooring vehicle history report? |
| 22 | A | There is no title.  It possibly is.  I mean, I think |
| 23 | | this is the one that is used to show each piece of |
| 24 | | inventory that a dealer would have floored with |
| 25 | | the -- you see the Purchase Amount, Financed Amount, |

184

| | | |
|---|---|---|
| 1 | | Floor Fees, and Interest.  A lot of times dealers |
| 2 | | will -- actually, this at the end of the year is |
| 3 | | for -- or at the end of a month for their tax |
| 4 | | purposes. |
| 5 | Q | Dealers never got this, though; correct? |
| 6 | A | They can request it. |
| 7 | Q | Would this be available to them?  Did they have |
| 8 | | access to this? |
| 9 | A | I don't know if it's on their website or not. |
| 10 | Q | Do you ever know and can you state for the record |
| 11 | | any particular dealer that requested and received |
| 12 | | this document from DSC and/or NextGear? |
| 13 | A | I did one just earlier this month for Gonzalez |
| 14 | | Motors and Prestige of Baton Rouge.  If a dealer |
| 15 | | calls, we can get it for them. |
| 16 | Q | Prior to 2016? |
| 17 | A | Anytime. |
| 18 | Q | Anytime.  Okay.  Where on here is the disbursement |
| 19 | | date? |
| 20 | A | I didn't see one on here. |
| 21 | Q | Do you believe that this document was created for |
| 22 | | this litigation? |
| 23 | A | No, sir. |
| 24 | Q | Or this is -- |
| 25 | A | It's always been available. |

185

1 Q It's always been available. To whom?
2 A To the dealer.
3 Q I'm the dealer; I'm looking at that. Strike that.
4 You're the dealer; you're looking at that.
5 A Uh-huh.
6 Q Where is the date of advance?
7 A Well, it would show the Unit Purchase Date and then
8 the Floor Date.
9 Q Okay. And let's take, for instance, the first one,
10 just at the top. Actually, flip over to the
11 following page, the second page, which is NGR000012.
12 Okay?
13 A Uh-huh.
14 Q About middle of the page, it has transaction -- I
15 guess it's Stock Number 11. Do you see that?
16 A Yes, sir.
17 Q What's the Flooring Date? I'm sorry, what's the
18 Unit Purchase Date?
19 A August 5th, 2011.
20 Q Okay. What's the Flooring Date?
21 A August 5th, 2011.
22 Q Same date?
23 A Yes, sir.
24 Q And those dates typically match; correct?
25 A Yes, sir.

186

| | | |
|---|---|---|
| 1 | Q | Do you see that "Total for," quote, unquote, on the |
| 2 | | left-hand side where it says, if you scroll the |
| 3 | | left-hand side of the page, August 23, 2011?  At the |
| 4 | | bottom, four rows down, let's say. |
| 5 | A | Oh, yes, sir, I see that. |
| 6 | Q | What's that date? |
| 7 | A | The date on total for 8/23/2011. |
| 8 | Q | That's the date of advance; correct? |
| 9 | A | I don't know what that date is.  It just says total |
| 10 | | for that date. |
| 11 | Q | Why does it say "Total for"?  What does that mean? |
| 12 | A | I don't know, because there is nothing after it. |
| 13 | Q | Have you ever seen a document like this that lists |
| 14 | | on the left-hand side or any side "Total for", |
| 15 | | quote, unquote? |
| 16 | A | I mean, I don't know what that -- that someone -- I |
| 17 | | don't know what it is. |
| 18 | Q | Right.  And I appreciate that you don't know what it |
| 19 | | is.  Have you ever seen it? |
| 20 | A | No, sir. |
| 21 | Q | If a customer for some reason has access to this and |
| 22 | | looks on the left-hand side and sees "Total for - |
| 23 | | August 23, 2011," is there any indication of what |
| 24 | | that date even stands for? |
| 25 | A | Not according to what's on here on this document. |