*Receivable Detail Report*




# Receivable Detail Report

| | |
|---|---|
| **Region** | Not Selected |
| **Business** | Red Barn Motors, Inc.(61099) |
| **Exclude Default Dealers** | False |
| **Exclude Account Level Charges** | False |

| | |
|---|---|
| **Market** | Not Selected |
| **Report Date** | MON, 03/18/2013, 08.55.44 AM |
| **Requested By** | Lisa Stevens |
| **Include Comments** | No |

### Customer Profile

| | |
|---|---|
| **Name:** | Red Barn Motors, Inc. |
| **Dealer Id:** | 61099 |
| **Address Line 1:** | 26007 La Hwy 16 |
| **Address Line 2:** | |
| **City, State, ZIP:** | Denham Springs, LA 70726 |
| **Phone:** | (225)665-7770 |
| **Fax:** | (225)665-7716 |

### Market Info & Account Profile

| | |
|---|---|
| **Market:** | Baton Rouge (180) |
| **Market Phone:** | (225)620-1660 |
| **Dealer Status:** | DL |
| **Lot Audit:** | Incomplete |
| **Unapplied Funds:** | $.10 |
| **Reserved Funds:** | $.00 |

| Fee Type | Description | Amount Due | Date Incurred |
|---|---|---|---|
| NSF | | $25.00 | 03/15/2013 |
| NSF | | $25.00 | 03/15/2013 |
| NSF | | $25.00 | 03/15/2013 |
| NSF | | $25.00 | 03/15/2013 |
| NSF | | $25.00 | 03/15/2013 |
| NSF | | $25.00 | 03/15/2013 |
| NSF | | $25.00 | 03/14/2013 |

**Total Account Charges for Red Barn Motors, Inc. (61099)**

$175.00

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit: | Outstanding | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|
| Retail (Buyer) | $200,000.00 | $100,000.00 | 03/29/2013 | $300,000.00 | $271,448.35 | $.00 | D60/30/30 -- F85/70/70 -- R4.5 -- C%10/20 |

**Total Line of Credit for Red Barn Motors, Inc. (61099)**

| | | | | | |
|---|---|---|---|---|---|
| $200,000.00 | $100,000.00 | | $300,000.00 | $271,448.35 | $.00 |
| Floor Last Vehicle | | | Original | Principal One Day | |

**EXHIBIT 6**

## Retail (Buyer) Inventory Detail for Red Barn Motors, Inc. (61099)

| Date | Days | Paid | VS | Description | | Stk # | PTS | Due | | Source | Amt | Bal | Fee | Interest | Insurance | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/12 | 150 | 01/17/13 | PFC | 2002 Chev Subu | Whi | 3GNEC16ZX2G339038 | 383 | FR | 03/18/13 S | Oak View Auto Auction | $3,175.00 | $2,936.88 | $.00 | $85.00 | $47.95 | $.00 | $60.00 | $3,129.83 |
| 10/19/12 | 150 | 01/17/13 | STK | 2003 Ford Expl | Gre | 1FMZU67E53UC48740 | 385 | FR | 03/18/13 S | Oak View Auto Auction | $5,445.00 | $5,036.63 | $.00 | $85.00 | $81.29 | $.00 | $.00 | $5,202.92 |
| 11/09/12 | 129 | 03/11/13 | STK | 2002 Ford F350 | Red | 1FTWW32F92EA36190 | 411 | FR | 04/10/13 S | Oak View Auto Auction | $5,075.00 | $2,923.20 | $.00 | $70.00 | $5.50 | $.00 | $.00 | $2,998.70 |
| 11/09/12 | 129 | 03/11/13 | STK | 2005 Toyo Coro | Whi | 1NXBR32E45Z547504 | 412 | FR | 04/10/13 S | Oak View Auto Auction | $6,495.00 | $3,741.12 | $.00 | $70.00 | $7.00 | $.00 | $.00 | $3,818.12 |
| 11/09/12 | 129 | 03/11/13 | STK | 2005 Ford Free | Red | 2FMZA572X5BA09007 | 414 | FR | 04/10/13 S | Oak View Auto Auction | $4,475.00 | $2,577.60 | $.00 | $70.00 | $4.86 | $.00 | $.00 | $2,652.46 |
| 11/09/12 | 129 | 03/11/13 | STK | 2005 Scio xB | Whi | JTLKT324454009242 | 415 | FR | 04/10/13 S | Oak View Auto Auction | $5,395.00 | $3,107.52 | $.00 | $70.00 | $5.84 | $.00 | $.00 | $3,183.36 |
| 11/09/12 | 129 | 02/07/13 | SAU | 2001 Niss Xter | Whi | 5N1ED28T61C533972 | 418 | TR | 03/11/13 S | Oak View Auto Auction | $5,995.00 | $4,316.40 | $.00 | $70.00 | $45.14 | $.00 | $125.00 | $4,556.54 |
| 11/09/12 | 129 | 03/11/13 | STK | 2006 Satu Ion | Blu | 1G8AW15F06Z194615 | 419 | FR | 04/10/13 S | Oak View Auto Auction | $4,375.00 | $2,520.00 | $.00 | $70.00 | $4.75 | $.00 | $.00 | $2,594.75 |
| 11/16/12 | 122 | 02/14/13 | PFC | 2002 Chev Mali | Red | 1G1ND52J62M563068 | 422 | FR | 03/18/13 S | Oak View Auto Auction | $4,375.00 | $3,150.00 | $.00 | $70.00 | $27.19 | $.00 | $60.00 | $3,307.19 |
| 11/16/12 | 122 | 02/14/13 | PFC | 2001 Ford Esco | Tan | 3FAFP13P41R140855 | 424 | FR | 03/18/13 S | Oak View Auto Auction | $1,450.00 | $1,044.00 | $.00 | $70.00 | $9.39 | $.00 | $60.00 | $1,183.39 |
| 11/16/12 | 122 | 02/14/13 | STK | 2000 Pont Gran | Red | 1G2WJ52J2YF118235 | 426 | FR | 03/18/13 S | Oak View Auto Auction | $1,950.00 | $1,404.00 | $.00 | $70.00 | $12.44 | $.00 | $.00 | $1,486.44 |
| 11/16/12 | 122 | 02/14/13 | PFC | 1999 Chev Mali | Gra | 1G1ND52M3X6100746 | 428 | FR | 03/18/13 S | Oak View Auto Auction | $2,550.00 | $1,836.00 | $.00 | $70.00 | $16.09 | $.00 | $60.00 | $1,982.09 |
| 12/06/12 | 102 | 03/06/13 | STK | 2001 Toyo Aval | Whi | 4T1BF28B11U138368 | 439 | FR | 04/22/13 S | Oak View Auto Auction | $4,875.00 | $4,143.75 | $.00 | $75.00 | $6.98 | $.00 | $.00 | $4,225.73 |
| 12/06/12 | 102 | 03/06/13 | STK | 2000 Merc Gran | Whi | 2MEFM75W7YX622885 | 440 | FR | 04/22/13 S | Oak View Auto Auction | $3,375.00 | $2,868.75 | $.00 | $75.00 | $4.87 | $.00 | $.00 | $2,948.62 |
| 12/07/12 | 101 | 03/07/13 | CUV | 2005 Dodg Dura | Sil | 1D4HD38K95F569404 | 445 | FR | 04/22/13 S | Oak View Auto Auction | $7,810.00 | $6,638.50 | $.00 | $75.00 | $10.19 | $.00 | $60.00 | $6,783.69 |
| 12/11/12 | 97 | 02/11/13 | PFC | 2002 Ford Expl | Blu | 1FMZU63E72UB46215 | 448 | FR | 03/13/13 S | Louisiana's 1st Choice Auto Auction | $3,920.00 | $3,528.00 | $.00 | $140.00 | $33.39 | $.00 | $125.00 | $3,826.39 |
| 12/11/12 | 97 | 02/11/13 | STK | 2004 Dodg Cara | Sil | 1D4GP45R64B546212 | 449 | FR | 03/13/13 S | Louisiana's 1st Choice Auto Auction | $3,620.00 | $3,258.00 | $.00 | $140.00 | $30.90 | $.00 | $65.00 | $3,493.90 |
| 12/11/12 | 97 | 02/11/13 | STK | 2001 Niss Fron | Sil | 1N6DD26S61C367587 | 450 | FR | 03/13/13 S | Louisiana's 1st Choice Auto Auction | $6,140.00 | $5,526.00 | $.00 | $140.00 | $51.86 | $.00 | $125.00 | $5,842.86 |
| 12/11/12 | 97 | 02/11/13 | STK | 2006 Hond Odys | Gre | 5FNRL38726B417437 | 452 | FR | 03/13/13 S | Louisiana's 1st Choice Auto Auction | $5,440.00 | $4,896.00 | $.00 | $140.00 | $46.04 | $.00 | $125.00 | $5,207.04 |
| 12/11/12 | 97 | 02/11/13 | STK | 2004 Ford F150 | Gra | 1FTPX12554NA00514 | 453 | FR | 03/13/13 S | Louisiana's 1st Choice Auto Auction | $5,240.00 | $4,716.00 | $.00 | $140.00 | $44.38 | $.00 | $65.00 | $4,965.38 |
| 12/21/12 | 87 | 02/19/13 | PFC | 2003 Toyo Tund | Whi | 5TBJN32153S333110 | 460 | FR | 03/21/13 S | Oak View Auto Auction | $2,550.00 | $2,295.00 | $.00 | $70.00 | $16.83 | $.00 | $60.00 | $2,441.83 |
| 12/21/12 | 87 | 02/19/13 | PFC | 2002 Ford Wind | Tan | 2FMZA51442BB37653 | 461 | TA | 03/21/13 S | Oak View Auto Auction | $1,150.00 | $1,035.00 | $.00 | $70.00 | $7.85 | $.00 | $60.00 | $1,172.85 |
| 12/28/12 | 80 | 02/26/13 | STK | 2005 Ford Focu | Sil | 1FAFP34N35W301823 | 465 | FR | 03/28/13 S | Oak View Auto Auction | $3,775.00 | $3,397.50 | $.00 | $70.00 | $18.26 | $.00 | $.00 | $3,485.76 |
| 12/28/12 | 80 | 02/26/13 | STK | 2000 Merc Gran | Gol | 2MEFM74W1YX675681 | 467 | FR | 03/28/13 S | Oak View Auto Auction | $4,375.00 | $3,937.50 | $.00 | $70.00 | $21.12 | $.00 | $.00 | $4,028.62 |
| 12/28/12 | 80 | 02/26/13 | PFC | 2003 Ford Must | Sil | 1FAFP40443F437586 | 470 | FR | 03/28/13 S | Oak View Auto Auction | $4,775.00 | $4,297.50 | $.00 | $70.00 | $23.01 | $.00 | $60.00 | $4,450.51 |
| 12/28/12 | 80 | 02/26/13 | STK | 2003 GMC Sier | Gra | 2GTEK19T131305888 | 471 | FR | 03/28/13 S | Oak View Auto Auction | $4,075.00 | $3,667.50 | $.00 | $70.00 | $19.69 | $.00 | $.00 | $3,757.19 |
| 01/11/13 | 66 | | STK | 2006 Xebr Zap | Gre | LAEMB24676G017300 | 472 | FR | 03/12/13 S | Oak View Auto Auction | $2,350.00 | $2,350.00 | $.00 | $155.00 | $43.09 | $.00 | $83.00 | $2,631.09 |
| 01/11/13 | 66 | | STK | 2001 Merc Vill | Gre | 4M2ZV11T51DJ11803 | 473 | FR | 03/12/13 S | Oak View Auto Auction | $1,950.00 | $1,950.00 | $.00 | $155.00 | $36.08 | $.00 | $83.00 | $2,224.08 |
| 01/11/13 | 66 | | STK | 2003 Toyo Coro | Sil | 1NXBR32E73Z186203 | 474 | FR | 03/12/13 S | Oak View Auto Auction | $4,275.00 | $4,275.00 | $.00 | $155.00 | $76.79 | $.00 | $83.00 | $4,589.79 |
| 01/11/13 | 66 | | STK | 2001 Chev S10 | Whi | 1GCCS14W518211872 | 476 | FR | 03/12/13 S | Oak View Auto Auction | $2,650.00 | $2,650.00 | $.00 | $155.00 | $48.35 | $.00 | $143.00 | $2,996.35 |
| 01/11/13 | 66 | | STK | 2002 Buic Cent | Bro | 2G4WS52J621121190 | 477 | FR | 03/12/13 S | Oak View Auto Auction | $2,450.00 | $2,450.00 | $.00 | $155.00 | $44.84 | $.00 | $83.00 | $2,732.84 |
| 01/11/13 | 66 | | STK | 1998 Ford E350 | Whi | 1FBSS31L8WHA35199 | 479 | FR | 03/12/13 S | Oak View Auto Auction | $2,875.00 | $2,875.00 | $.00 | $155.00 | $52.28 | $.00 | $83.00 | $3,165.28 |
| 01/25/13 | 52 | | STK | 1997 Acur Inte | Whi | JH4DB7657VS007044 | 480 | FR | 03/26/13 S | Oak View Auto Auction | $2,550.00 | $2,550.00 | $.00 | $85.00 | $36.53 | $.00 | $18.00 | $2,689.53 |
| 01/25/13 | 52 | | PFC | 2004 Ford Free | Gol | 2FMZA51664BA76472 | 481 | FR | 03/26/13 S | Oak View Auto Auction | $3,275.00 | $3,275.00 | $.00 | $85.00 | $46.51 | $.00 | $78.00 | $3,484.51 |
| 01/25/13 | 52 | | STK | 1996 Ford Expl | Gre | 1FMDU34X0TUB37169 | 482 | FR | 03/26/13 S | Oak View Auto Auction | $2,250.00 | $2,250.00 | $.00 | $85.00 | $32.40 | $.00 | $18.00 | $2,385.40 |
| 01/25/13 | 52 | | STK | 2001 Toyo Camr | Whi | 4T1BG22K11U822052 | 484 | FR | 03/26/13 S | Oak View Auto Auction | $3,275.00 | $3,275.00 | $.00 | $85.00 | $46.51 | $.00 | $18.00 | $3,424.51 |
| 01/25/13 | 52 | | PFC | 2006 Chry 300 | Whi | 2C3KA43R66H363550 | 485 | FR | 03/26/13 S | Oak View Auto Auction | $7,710.00 | $7,710.00 | $.00 | $85.00 | $107.57 | $.00 | $78.00 | $7,980.57 |

Report Run time: MON, 03/18/2013, 08.55.44 AM

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Insurance | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/25/13 | 52 | | STK | 2005 Toyo Aval | Whi | 4T1BK36B85U006234 | 486 | FR | 03/26/13 | S | Oak View Auto Auction | $11,950.00 | $11,950.00 | $.00 | $85.00 | $165.95 | $.00 | $18.00 | $12,218.95 |
| 01/25/13 | 52 | | STK | 1997 Dodg Gran | Whi | 1B4GP44R5VB237005 | 487 | FR | 03/26/13 | S | Oak View Auto Auction | $3,575.00 | $3,575.00 | $.00 | $85.00 | $50.64 | $.00 | $18.00 | $3,728.64 |
| 01/25/13 | 52 | | STK | 2003 Niss Maxi | Gol | JN1DA31D33T510978 | 488 | FR | 03/26/13 | S | Oak View Auto Auction | $4,975.00 | $4,975.00 | $.00 | $85.00 | $69.91 | $.00 | $18.00 | $5,147.91 |
| 01/25/13 | 52 | | PFC | 2000 Ford Must | Red | 1FAFP42X7YF123106 | 492 | TA | 03/26/13 | S | Oak View Auto Auction | $3,775.00 | $3,775.00 | $.00 | $85.00 | $53.39 | $.00 | $78.00 | $3,991.39 |
| 02/01/13 | 45 | | STK | 1998 Chev C350 | Blu | 1GBHC33R6WF047193 | 493 | FR | 04/02/13 | S | Oak View Auto Auction | $2,450.00 | $2,450.00 | $.00 | $85.00 | $30.39 | $.00 | $18.00 | $2,583.39 |
| 02/01/13 | 45 | | STK | 2008 Hyun Sona | Gre | 5NPET46C58H319642 | 494 | FR | 04/02/13 | S | Oak View Auto Auction | $4,775.00 | $4,775.00 | $.00 | $85.00 | $58.07 | $.00 | $18.00 | $4,936.07 |
| 02/01/13 | 45 | | STK | 1995 Hond Acco | Blu | JHMCD5639SC062805 | 495 | FR | 04/02/13 | S | Oak View Auto Auction | $2,850.00 | $2,850.00 | $.00 | $85.00 | $35.15 | $.00 | $18.00 | $2,988.15 |
| 02/08/13 | 38 | | PFC | 2001 Chry PT C | Bla | 3C8FY4BB61T311458 | 496 | FR | 04/09/13 | S | Oak View Auto Auction | $3,575.00 | $3,575.00 | $.00 | $85.00 | $36.94 | $.00 | $78.00 | $3,774.94 |
| 02/08/13 | 38 | | STK | 2003 Chev Mali | Red | 1G1ND52J23M514905 | 497 | FR | 04/09/13 | S | Oak View Auto Auction | $2,750.00 | $2,750.00 | $.00 | $85.00 | $28.65 | $.00 | $18.00 | $2,881.65 |
| 02/08/13 | 38 | | STK | 2000 Mazd MPV | Blu | JM3LW28G5Y0108514 | 499 | FR | 04/09/13 | S | Oak View Auto Auction | $3,475.00 | $3,475.00 | $.00 | $85.00 | $35.93 | $.00 | $18.00 | $3,613.93 |
| 02/08/13 | 38 | | PFC | 1999 Dodg Dura | Bla | 1B4HS28Z3XF690343 | 500 | FR | 04/09/13 | S | Oak View Auto Auction | $3,375.00 | $3,375.00 | $.00 | $85.00 | $34.93 | $.00 | $78.00 | $3,572.93 |
| 02/12/13 | 34 | | STK | 2005 Chev Mali | Whi | 1G1ND52FX5M127047 | 501 | FR | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $3,250.00 | $3,250.00 | $.00 | $85.00 | $30.11 | $.00 | $18.00 | $3,383.11 |
| 02/12/13 | 34 | | STK | 2005 Ford F150 | Gol | 1FTPX12565NA07635 | 502 | FR | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $5,245.00 | $5,245.00 | $.00 | $85.00 | $48.03 | $.00 | $18.00 | $5,396.03 |
| 02/12/13 | 34 | | STK | 1992 FORD F150 | Whi | 2FTDF15N2NCA39960 | 503 | AS | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $3,095.00 | $3,095.00 | $.00 | $85.00 | $28.72 | $.00 | $18.00 | $3,226.72 |
| 02/12/13 | 34 | | STK | 2005 Ford Taur | Whi | 1FAFP56295A235144 | 504 | TA | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $1,995.00 | $1,995.00 | $.00 | $85.00 | $18.84 | $.00 | $18.00 | $2,116.84 |
| 02/12/13 | 34 | | STK | 2002 Niss Alti | Gra | 1N4AL11D72C129864 | 505 | FR | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $5,245.00 | $5,245.00 | $.00 | $85.00 | $48.03 | $.00 | $18.00 | $5,396.03 |
| 02/12/13 | 34 | | STK | 1998 Satu S-Se | Gol | 1G8ZH5289WZ232501 | 506 | TA | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $2,195.00 | $2,195.00 | $.00 | $85.00 | $20.64 | $.00 | $18.00 | $2,318.64 |
| 02/15/13 | 31 | | STK | 2002 Ford Expl | Blu | 1FMZU62E92ZB36497 | 507 | FR | 04/16/13 | S | Oak View Auto Auction | $3,675.00 | $3,675.00 | $.00 | $85.00 | $30.92 | $.00 | $18.00 | $3,808.92 |
| 02/15/13 | 31 | | STK | 1995 Life boat | Whi | 4H7BA2010SK002752 | 508 | FR | 04/16/13 | S | Oak View Auto Auction | $6,900.00 | $6,900.00 | $.00 | $85.00 | $57.32 | $.00 | $18.00 | $7,060.32 |
| 02/15/13 | 31 | | STK | 2002 Chev Silv | Whi | 1GCEC19T32Z214740 | 509 | FR | 04/16/13 | S | Oak View Auto Auction | $8,910.00 | $8,910.00 | $.00 | $85.00 | $73.77 | $.00 | $18.00 | $9,086.77 |
| 02/15/13 | 31 | | STK | 2001 Mazd MX-5 | Gre | JM1NB353110214002 | 510 | FR | 04/16/13 | S | Oak View Auto Auction | $5,295.00 | $5,295.00 | $.00 | $85.00 | $44.18 | $.00 | $18.00 | $5,442.18 |
| 02/15/13 | 31 | | STK | 1999 GMC C/K1 | Whi | 1GTEC14W5XZ520637 | 511 | FR | 04/16/13 | S | Oak View Auto Auction | $2,850.00 | $2,850.00 | $.00 | $85.00 | $24.17 | $.00 | $18.00 | $2,977.17 |
| 02/15/13 | 31 | | STK | 2005 Ford Expe | Gre | 1FMPU17575LA75760 | 512 | AS | 04/16/13 | S | Oak View Auto Auction | $5,395.00 | $5,395.00 | $.00 | $85.00 | $45.00 | $.00 | $18.00 | $5,543.00 |
| 02/15/13 | 31 | | STK | 1994 Mazd MX-6 | Red | 1YVGE31D2R5164539 | 513 | FR | 04/16/13 | S | Oak View Auto Auction | $2,850.00 | $2,850.00 | $.00 | $85.00 | $24.17 | $.00 | $78.00 | $3,037.17 |
| 02/15/13 | 31 | | STK | 2000 Toyo 4Run | Sil | JT3GM84R2Y0058136 | 514 | TA | 04/16/13 | S | Oak View Auto Auction | $4,775.00 | $4,775.00 | $.00 | $85.00 | $39.93 | $.00 | $18.00 | $4,917.93 |
| 02/15/13 | 31 | | STK | 2006 Ford Taur | Sil | 1FAFP53U66A224657 | 515 | FR | 04/16/13 | S | Oak View Auto Auction | $3,700.00 | $3,700.00 | $.00 | $85.00 | $31.13 | $.00 | $18.00 | $3,834.13 |
| 02/27/13 | 19 | | STK | 2001 Pont Gran | Red | 1G2WP52K41F229981 | 516 | FR | 04/29/13 | S | Louisiana's 1st Choice Auto Auction | $3,925.00 | $3,925.00 | $.00 | $85.00 | $20.18 | $.00 | $18.00 | $4,048.18 |
| 02/27/13 | 19 | | STK | 2000 Chev Taho | Sil | 1GNEC13TXYJ149179 | 517 | FR | 04/29/13 | S | Louisiana's 1st Choice Auto Auction | $6,245.00 | $6,245.00 | $.00 | $85.00 | $31.80 | $.00 | $18.00 | $6,379.80 |
| 02/27/13 | 19 | | STK | 2000 GMC Yuko | Gra | 3GKEC16T9YG208331 | 518 | FR | 04/29/13 | S | Louisiana's 1st Choice Auto Auction | $4,225.00 | $4,225.00 | $.00 | $85.00 | $21.68 | $.00 | $18.00 | $4,349.68 |
| 03/01/13 | 17 | | STK | 2002 Jeep Libe | Bla | 1J4GK48K02W315445 | 519 | FR | 04/30/13 | S | Oak View Auto Auction | $3,675.00 | $3,675.00 | $.00 | $85.00 | $16.93 | $.00 | $18.00 | $3,794.93 |

Report Run time: MON, 03/18/2013, 08.55.44 AM

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Insurance | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/13 | 17 | | STK | 2000 Hond Odys | Whi | 2HKRL1850YH613917 | 520 | AS | 04/30/13 | S | Oak View Auto Auction | $2,900.00 | $2,900.00 | $.00 | $85.00 | $13.45 | $.00 | $18.00 | $3,016.45 |
| 03/01/13 | 17 | | STK | 2005 Dodg Neon | Whi | 1B3ES56C35D157540 | 521 | FR | 04/30/13 | S | Oak View Auto Auction | $2,850.00 | $2,850.00 | $.00 | $85.00 | $13.23 | $.00 | $18.00 | $2,966.23 |
| 03/01/13 | 17 | | STK | 2000 Toyo Camr | Whi | 4T1BF28K6YU937900 | 522 | FR | 04/30/13 | S | Oak View Auto Auction | $5,195.00 | $5,195.00 | $.00 | $85.00 | $23.74 | $.00 | $18.00 | $5,321.74 |
| 03/01/13 | 17 | | STK | 1994 Toyo Camr | Gol | 4T1SK12E2RU420118 | 523 | TA | 04/30/13 | S | Oak View Auto Auction | $3,275.00 | $3,275.00 | $.00 | $85.00 | $15.13 | $.00 | $18.00 | $3,393.13 |
| 03/01/13 | 17 | | STK | 2005 Dodg Neon | Sil | 1B3ES56C95D158062 | 524 | TA | 04/30/13 | S | Oak View Auto Auction | $1,850.00 | $1,850.00 | $.00 | $85.00 | $8.75 | $.00 | $18.00 | $1,961.75 |
| **Total Retail (Buyer)** | | | | | | | | | | | | $294,525.00 | $271,448.35 | $.00 | $6,545.00 | $2,503.56 | $.00 | $2,748.00 | $283,244.91 |

**Unit Count:   72**

Report Run time: MON, 03/18/2013, 08.55.44 AM

*Receivable Detail Report*



Receivable Detail Report

| | | | |
|---|---|---|---|
| Region | Not Selected | Market | Not Selected |
| Business | Red Barn Motors, Inc.(61099) | Report Date | FRI, 04/26/2013 03:21:08 PM |
| Exclude Default Dealers | False | Requested By | Gary Hoke |
| Exclude Account Level Charges | False | Include Comments | No |

### Customer Profile

| | |
|---|---|
| Name: | Red Barn Motors, Inc. |
| Dealer Id: | 61099 |
| Address Line 1: | 26007 La Hwy 16 |
| Address Line 2: | |
| City, State, ZIP: | Denham Springs, LA 70726 |
| Phone: | (225)665-7770 |
| Fax: | (225)665-7716 |

### Market Info & Account Profile

| | |
|---|---|
| Market: | Baton Rouge (180) |
| Market Phone: | (225)620-1660 |
| Dealer Status: | DL |
| Lot Audit: | Incomplete |
| Unapplied Funds: | $9.12 |
| Reserved Funds: | $.00 |

| Fee Type | Description | Amount Due | Date Incurred |
|---|---|---|---|
| NSF | | $25.00 | 03/15/2013 |
| NSF | | $25.00 | 03/15/2013 |
| Repo (Account) | LA Auto Transport Inv#4159 | $200.00 | 04/29/2013 |
| Repo (Account) | la auto transport llc #2862,4034,4035,4036,4037,4038 stk#511,467,477,412,499,460 | $2,760.00 | 04/05/2013 |
| NSF | | $25.00 | 03/15/2013 |
| NSF | | $25.00 | 03/15/2013 |
| NSF | | $25.00 | 03/15/2013 |
| NSF | | $25.00 | 03/15/2013 |
| Repo (Account) | La Auto Transport LLC Inv#2129;3807 | $520.00 | 04/22/2013 |
| NSF | | $25.00 | 03/14/2013 |

Total Account Charges for Red Barn Motors, Inc. (61099)
$3,655.00

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit | Outstanding | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|



RB 2178

RB 2178

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit | Outstanding | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|
| Retail (Buyer) | $200,000.00 | $.00 | | $200,000.00 | $109,968.15 | $.00 | D60/30/30 -- F65/70/70 -- R4.5 -- C%10/20 |

Total Line of Credit for Red Barn Motors, Inc. (61099)

| | $200,000.00 | $.00 | | $200,000.00 | $109,968.15 | $.00 | |

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Insurance | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/12 | 169 | 01/17/13 | SAU | 2002 Chev Subu | Whi | 3GNEC16ZX2G339036 | 383 | ST | 03/18/13 | S | Oak View Auto Auction | $3,175.00 | $2,936.98 | $.00 | $225.00 | $81.37 | $.00 | $189.64 | $3,432.99 |
| 11/09/12 | 168 | 03/11/13 | SAU | 2005 Ford Free | Red | 2FMZA572X5BA09907 | 414 | ST | 04/10/13 | S | Oak View Auto Auction | $4,475.00 | $2,577.60 | $.00 | $70.00 | $62.46 | $.00 | $120.00 | $2,805.06 |
| 11/09/12 | 169 | 02/07/13 | SAU | 2001 Niss X'ter | Whi | 5N1ED28T61C533972 | 418 | TR | 03/11/13 | S | Oak View Auto Auction | $5,995.00 | $4,316.40 | $.00 | $70.00 | $91.87 | $.00 | $165.00 | $4,663.27 |
| 11/16/12 | 161 | 02/14/13 | SAU | 2002 Chev Mali | Red | 1G1ND52J82M563068 | 422 | ST | 03/18/13 | S | Oak View Auto Auction | $4,375.00 | $3,150.00 | $.00 | $70.00 | $51.57 | $.00 | $185.00 | $3,466.57 |
| 11/16/12 | 161 | 02/14/13 | REP | 2006 Pont Gran | Red | 1G2WJ52J2YF116235 | 426 | AU | 03/16/13 | S | Oak View Auto Auction | $1,950.00 | $1,404.00 | $.00 | $70.00 | $28.56 | $.00 | $175.00 | $1,677.56 |
| 12/06/12 | 141 | 04/04/13 | DIS | 2001 Toyo Aval | Whi | 4T1BF28B11U136368 | 439 | AU | 04/26/13 | S | Oak View Auto Auction | $4,875.00 | $.00 | $.00 | $75.00 | $17.44 | $.00 | $50.00 | $142.44 |
| 12/06/12 | 141 | 04/04/13 | DIS | 2000 Merc Gran | Whi | 2MEFM75W7YX622685 | 440 | AU | 04/26/13 | S | Oak View Auto Auction | $3,375.00 | $.00 | $.00 | $75.00 | $12.32 | $.00 | $50.00 | $137.32 |
| 12/07/12 | 140 | 03/07/13 | SAU | 2005 Dodg Dura | Sil | 1D4HD38K05F569404 | 445 | ST | 04/22/13 | S | Oak View Auto Auction | $7,810.00 | $6,638.50 | $.00 | $150.00 | $46.67 | $.00 | $185.00 | $7,020.17 |
| 12/11/12 | 136 | 02/11/13 | SAU | 2002 Ford Expl | Blu | 1FMZU83E72U646215 | 448 | ST | 03/12/13 | S | Louisiana's 1st Choice Auto Auction | $3,920.00 | $3,528.00 | $.00 | $140.00 | $72.49 | $.00 | $189.64 | $3,930.13 |
| 12/11/12 | 136 | 04/04/13 | DIS | 2004 Dodg Cara | Sil | 1D4GP45R84B546212 | 449 | AU | 04/26/13 | S | Louisiana's 1st Choice Auto Auction | $3,570.00 | $.00 | $.00 | $140.00 | $48.50 | $.00 | $115.00 | $303.50 |
| 12/11/12 | 136 | 04/04/13 | DIS | 2001 Niss Fron | Sil | 1N6DD26S61C367587 | 450 | AU | 04/26/13 | S | Louisiana's 1st Choice Auto Auction | $6,140.00 | $.00 | $.00 | $140.00 | $80.16 | $.00 | $175.00 | $395.16 |
| 12/11/12 | 136 | 04/04/13 | DIS | 2006 Hond Odys | Gre | 5FNRL38726B417437 | 452 | AU | 04/26/13 | S | Louisiana's 1st Choice Auto Auction | $5,440.00 | $.00 | $.00 | $110.30 | $1.21 | $.00 | $115.00 | -$226.51 |
| 12/11/12 | 136 | 02/11/13 | RHD | 2004 Ford F150 | Gra | 1FTPX12554NA00514 | 453 | ST | 03/13/13 | S | Louisiana's 1st Choice Auto Auction | $5,240.00 | $4,716.00 | $.00 | $140.00 | $95.69 | $.00 | $179.64 | $5,131.33 |
| 12/21/12 | 126 | 02/19/13 | SAU | 2005 Toyo Tund | Whi | 5TBJN321635333110 | 460 | FR | 03/21/13 | S | Oak View Auto Auction | $2,550.00 | $2,295.00 | $.00 | $140.00 | $42.50 | $.00 | $189.64 | $2,667.54 |
| 12/21/12 | 126 | 02/19/13 | SAU | 2002 Ford Wind | Tan | 2FM2A514428B37653 | 461 | FR | 03/21/13 | S | Oak View Auto Auction | $1,150.00 | $1,035.00 | $.00 | $140.00 | $20.83 | $.00 | $189.64 | $1,385.47 |
| 12/28/12 | 119 | 04/04/13 | DIS | 2005 Ford Focu | Sil | 1FAFP34N35W301823 | 465 | AU | 04/26/13 | S | Oak View Auto Auction | $3,775.00 | $.00 | $.00 | $140.00 | $33.97 | $.00 | $115.00 | $290.97 |
| 12/28/12 | 119 | 04/04/13 | DIS | 2000 Merc Gran | Gol | 2MEFM74W1YX675581 | 467 | AU | 04/26/13 | S | Oak View Auto Auction | $4,375.00 | $.00 | $.00 | $140.00 | $41.29 | $.00 | $115.00 | $296.29 |
| 12/28/12 | 119 | 04/04/13 | DIS | 2003 Ford Must | Blk | 1FAFP40443F437586 | 470 | AU | 04/26/13 | S | Oak View Auto Auction | $4,775.00 | $.00 | $.00 | $140.00 | $45.08 | $.00 | $175.00 | $360.08 |
| 12/28/12 | 119 | 02/26/13 | REP | 2003 GMC Sier | Gra | 2GTEK19T131305888 | 471 | AU | 03/28/13 | S | Oak View Auto Auction | $4,075.00 | $3,667.50 | $.00 | $140.00 | $59.56 | $.00 | $175.00 | $4,042.06 |
| 01/11/13 | 105 | 04/12/13 | DIS | 2006 Xebr Zap | Gre | LAEMB24676G017306 | 472 | AU | 04/12/13 | S | Oak View Auto Auction | $2,350.00 | $1,269.00 | $.00 | $225.00 | $67.03 | $.00 | $137.64 | $1,709.67 |
| 01/11/13 | 105 | | SAU | 2001 Merc VIII | Gre | 4M2ZV11T51DJ11803 | 473 | FR | 03/12/13 | S | Oak View Auto Auction | $1,950.00 | $1,050.00 | $.00 | $225.00 | $59.28 | $.00 | $147.64 | $2,381.92 |
| 01/11/13 | 105 | 04/04/13 | DIS | 2001 Chev S10 | Whi | 1GCCS14W518211872 | 475 | AU | 04/26/13 | S | Oak View Auto Auction | $2,650.00 | $.00 | $.00 | $155.00 | $63.86 | $.00 | $193.00 | $411.86 |
| 01/11/13 | 105 | 04/26/13 | DIS | 2002 Buic Cent | Bro | 2G4WS52J521121199 | 477 | AU | 04/26/13 | S | Oak View Auto Auction | $2,450.00 | $880.00 | $.00 | $225.00 | $73.77 | $.00 | $137.64 | $1,316.41 |
| 01/25/13 | 91 | | SAU | 1997 Acur Inte | Whi | JH4DB7657VS007044 | 480 | FR | 03/28/13 | S | Oak View Auto Auction | $2,550.00 | $2,550.00 | $.00 | $225.00 | $65.32 | $.00 | $208.00 | $3,048.32 |
| 01/25/13 | 91 | | SAU | 2004 Ford Free | Gol | 2FMZA51664BA76472 | 481 | FR | 03/28/13 | S | Oak View Auto Auction | $3,275.00 | $3,275.00 | $.00 | $225.00 | $83.13 | $.00 | $268.00 | $3,851.13 |
| 01/25/13 | 91 | 04/08/13 | DIS | 1996 Ford Expl | Gre | 1FMDU34X0TUB37160 | 482 | AU | 04/08/13 | S | Oak View Auto Auction | $2,250.00 | $760.00 | $.00 | $155.00 | $51.55 | $.00 | $153.00 | $1,119.55 |
| 01/25/13 | 91 | 04/04/13 | DIS | 2001 Toyo Camr | Whi | 4T1BG22K11U822052 | 484 | AU | 04/26/13 | S | Oak View Auto Auction | $3,275.00 | $.00 | $.00 | $137.32 | $.90 | $.00 | $18.00 | $156.22 |
| 01/25/13 | 91 | | SAU | 2006 Chry 300 | Whi | 2C3KA43R66H363550 | 485 | FR | 03/28/13 | S | Oak View Auto Auction | $7,710.00 | $7,710.00 | $.00 | $225.00 | $190.54 | $.00 | $268.00 | $6,393.54 |
| 01/25/13 | 91 | 04/04/13 | DIS | 2005 Toyo Aval | Whi | 4T1BK36B65U006234 | 486 | AU | 04/04/13 | S | Oak View Auto Auction | $11,950.00 | $680.00 | $.00 | $155.00 | $226.00 | $.00 | $133.00 | $1,195.06 |
| 01/25/13 | 91 | 04/04/13 | DIS | 1997 Dodg Gran | Whi | 1B4GP44R5VB237966 | 487 | AU | 04/04/13 | S | Oak View Auto Auction | $3,575.00 | $499.34 | $.00 | $155.00 | $72.77 | $.00 | $133.00 | $860.11 |

Report Run time: FRI, 04/26/2013 03:21:08 PM

RB 2179

RB 2178

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Insurance | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/25/13 | 91 | 04/15/13 | DIS | 2003 Niss Maxi | Gol | JN1DA31D33T510937 | 408 | AU | 04/15/13 | S | Oak View Auto Auction | $4,975.00 | $505.00 | $.00 | $155.00 | $111.57 | $.00 | $133.00 | $904.57 |
| 01/25/13 | 91 |  | RHD | 2000 Ford Must | Red | 1FAFP42X7YF123106 | 492 | ST | 03/26/13 | S | Oak View Auto Auction | $5,775.00 | $3,775.00 | $.00 | $225.00 | $95.34 | -$268.00 | $133.00 | $4,353.34 |
| 02/01/13 | 84 | 04/25/13 | DIS | 1998 Chev C350 | Blu | 1GBHC33R8WF047193 | 493 | AU | 04/26/13 | S | Oak View Auto Auction | $2,450.00 | $580.00 | $.00 | $155.00 | $58.23 | $.00 | $133.00 | $1,026.23 |
| 02/01/13 | 84 | 04/15/13 | DIS | 2006 Hyun Sona | Gre | 5NPET46C56H319642 | 494 | AU | 04/15/13 | S | Oak View Auto Auction | $4,775.00 | $1,005.00 | $.00 | $155.00 | $99.24 | $.00 | $133.00 | $1,392.24 |
| 02/08/13 | 77 |  | SAU | 2001 Chry PT C | Sta | 3C8FY4BB61T311458 | 496 | ST | 04/09/13 | S | Oak View Auto Auction | $3,575.00 | $3,575.00 | $.00 | $155.00 | $76.05 | $.00 | $203.00 | $4,009.05 |
| 02/08/13 | 77 |  | REP | 2003 Chev Mali | Red | 1G1ND52J23M511905 | 497 | AU | 04/09/13 | S | Oak View Auto Auction | $2,750.00 | $2,750.00 | $.00 | $155.00 | $59.07 | $.00 | $193.00 | $3,157.07 |
| 02/08/13 | 77 | 04/04/13 | DIS | 2000 Mazd MPV | Blu | JM3LW28G5Y0105514 | 499 | AU | 04/04/13 | S | Oak View Auto Auction | $3,475.00 | $605.00 | $.00 | $85.00 | $57.01 | $.00 | $68.00 | $815.01 |
| 02/08/13 | 77 |  | SAU | 1999 Dodg Dura | Bla | 1B4HS28Z0XF690343 | 500 | FR | 04/09/13 | S | Oak View Auto Auction | $3,375.00 | $3,375.00 | $.00 | $155.00 | $71.86 | $.00 | $203.00 | $3,804.86 |
| 02/12/13 | 73 | 04/15/13 | DIS | 2005 Chev Mali | Whi | 1G1ND52FX5M127047 | 501 | AU | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $3,250.00 | $1,090.00 | $.00 | $85.00 | $59.13 | $.00 | $68.00 | $1,302.13 |
| 02/12/13 | 73 | 04/04/13 | DIS | 2005 Ford F150 | Gol | 1FTPX12565NA07635 | 502 | AU | 04/04/13 | S | Louisiana's 1st Choice Auto Auction | $5,245.00 | $1,375.00 | $.00 | $85.00 | $81.68 | $.00 | $68.00 | $1,609.68 |
| 02/12/13 | 73 | 04/12/13 | DIS | 1992 FORD F150 | Whi | 2FTDF15N2NCA39960 | 503 | AU | 04/12/13 | S | Louisiana's 1st Choice Auto Auction | $3,095.00 | $1,125.00 | $.00 | $85.00 | $55.20 | $.00 | $68.00 | $1,333.20 |
| 02/12/13 | 73 | 04/06/13 | DIS | 2002 Niss Alti | Grn | 1N4AL11D72C129804 | 505 | AU | 04/04/13 | S | Louisiana's 1st Choice Auto Auction | $5,245.00 | $643.93 | $.00 | $85.00 | $78.31 | $.00 | $68.00 | $875.24 |
| 02/12/13 | 73 |  | REP | 1998 Satu S-Se | Gol | 1G8ZH5289WZ232561 | 506 | FR | 04/15/13 | 6 | Louisiana's 1st Choice Auto Auction | $2,195.00 | $2,195.00 | $.00 | $155.00 | $44.90 | $.00 | $63.00 | $2,477.90 |
| 02/15/13 | 70 | 04/04/13 | DIS | 2002 Ford Expl | Blu | 1FMZU62E02ZB36497 | 507 | AU | 04/04/13 | S | Oak View Auto Auction | $3,675.00 | $420.00 | $.00 | $85.00 | $51.77 | $.00 | $68.00 | $624.77 |
| 02/15/13 | 70 |  | RHD | 1995 Life boat | Whi | 4H7BA2010SK002752 | 508 | ST | 04/16/13 | S | Oak View Auto Auction | $6,900.00 | $6,900.00 | $.00 | $155.00 | $130.53 | $.00 | $193.00 | $7,378.53 |
| 02/15/13 | 70 |  | SAU | 2002 Chev Silv | Whi | 1GCEC19T322214740 | 509 | FR | 04/16/13 | S | Oak View Auto Auction | $8,910.00 | $8,910.00 | $.00 | $155.00 | $167.76 | $.00 | $143.00 | $9,375.76 |
| 02/15/13 | 70 |  | SAU | 2001 Mazd MX-5 | Gre | JM1NB353110214002 | 510 | ST | 04/15/13 | S | Oak View Auto Auction | $5,295.00 | $5,295.00 | $.00 | $155.00 | $106.61 | $.00 | $143.00 | $5,699.61 |
| 02/15/13 | 70 | 04/04/13 | DIS | 1999 GMC C/K1 | Whi | 1GTEC14W5XZ520537 | 511 | AU | 04/26/13 | S | Oak View Auto Auction | $2,850.00 | $.00 | $.00 | $2.69 | $.41 | $.00 | $68.00 | $71.10 |
| 02/15/13 | 70 | 04/26/13 | DIS | 1994 Mazd MX-6 | Red | 1YVGE31D2R5164539 | 513 | AU | 04/26/13 | S | Oak View Auto Auction | $2,850.00 | $1,480.00 | $.00 | $155.00 | $55.83 | $.00 | $193.00 | $1,883.83 |
| 02/15/13 | 70 | 04/08/13 | DIS | 2000 Toyo 4Run | Sil | JT3GM84R2Y0058136 | 514 | AU | 04/08/13 | S | Oak View Auto Auction | $4,775.00 | $820.00 | $.00 | $85.00 | $72.32 | $.00 | $68.00 | $1,045.32 |
| 02/15/13 | 70 | 04/15/13 | DIS | 2006 Ford Taur | Sil | 1FAFP53U66A224657 | 515 | AU | 04/15/13 | S | Oak View Auto Auction | $3,780.00 | $1,030.00 | $.00 | $85.00 | $63.31 | $.00 | $68.00 | $1,246.31 |
| 02/27/13 | 58 | 04/04/13 | DIS | 2001 Pont Gran | Red | 1G2WP52K41F229961 | 516 | AU | 04/04/13 | S | Louisiana's 1st Choice Auto Auction | $3,925.00 | $2,055.00 | $.00 | $85.00 | $51.53 | $.00 | $68.00 | $2,259.53 |
| 02/27/13 | 58 | 04/15/13 | DIS | 2000 Chev Taho | Sil | 1GNEC13TXYJ149179 | 517 | AU | 04/15/13 | S | Louisiana's 1st Choice Auto Auction | $6,245.00 | $890.00 | $.00 | $85.00 | $82.44 | $.00 | $68.00 | $1,125.44 |
| 02/27/13 | 38 | 04/04/13 | DIS | 2000 GMC Yuko | Gre | 3GKEC16T9YG208331 | 518 | AU | 04/04/13 | S | Louisiana's 1st Choice Auto Auction | $4,225.00 | $555.00 | $.00 | $85.00 | $45.70 | $.00 | $68.00 | $753.70 |
| 03/01/13 | 56 | 04/04/13 | DIS | 2002 Jeep Libe | Bla | 1J4GK48K02W315445 | 519 | AU | 04/04/13 | S | Oak View Auto Auction | $3,675.00 | $105.00 | $.00 | $85.00 | $35.80 | $.00 | $68.00 | $293.80 |
| 03/01/13 | 56 | 04/08/13 | DIS | 2000 Hond Odys | Whi | 2HKRL1850YH613917 | 520 | AU | 04/08/13 | S | Oak View Auto Auction | $2,900.00 | $230.00 | $.00 | $85.00 | $32.34 | $.00 | $68.00 | $415.34 |
| 03/01/13 | 56 | 04/04/13 | DIS | 2005 Dodg Neon | Whi | 1B3ES56C05D157540 | 521 | AU | 04/04/13 | S | Oak View Auto Auction | $2,850.00 | $380.00 | $.00 | $85.00 | $29.97 | $.00 | $68.00 | $562.97 |
| 03/01/13 | 56 | 04/04/13 | DIS | 2000 Toyo Camr | Whi | 4T1BF28K6YU937900 | 522 | AU | 04/04/13 | S | Oak View Auto Auction | $5,195.00 | $1,125.00 | $.00 | $85.00 | $55.47 | $.00 | $68.00 | $1,333.47 |
| 03/01/13 | 56 | 04/15/13 | DIS | 1994 Toyo Camr | Gol | 4T1SK12E2RU420118 | 523 | AU | 04/15/13 | S | Oak View Auto Auction | $3,275.00 | $1,205.00 | $.00 | $85.00 | $44.51 | $.00 | $68.00 | $1,402.51 |
| 03/01/13 | 56 | 04/15/13 | DIS | 2005 Dodg Neon | Sil | 1B3ES56C05D159062 | 524 | AU | 04/26/13 | S | Oak View Auto Auction | $1,850.00 | $.00 | $.00 | $85.00 | $3.95 | $.00 | $68.00 | $156.95 |
| **Total Retail (Buyer)** |  |  |  |  |  |  |  |  |  |  |  | $248,350.00 | $109,968.15 | $.00 | $7,800.31 | $3,844.21 | $.00 | $7,890.12 | $129,502.79 |

Unit Count: 60

Report Run time: FRI, 04/26/2013 03:21:08 PM

RB 2180

RB 2178