UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) <br> PLATINUM MOTORS, INC., ) <br> MATTINGLY AUTO SALES, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COX ENTERPRISES, INC., ) <br> NEXTGEAR CAPITAL, INC. f/k/a DEALER ) <br> SERVICES CORPORATION, successor by ) <br> merger with Manheim Automotive ) <br> Financial Services, Inc., ) <br> ) <br> Defendants. ) | No. 1:14-cv-01589-TWP-DLP |

**MINUTE ENTRY FOR MAY 2, 2019**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on May 2, 2019. The parties have refiled certain motions, and await the Court's ruling.

This matter is scheduled for a telephonic status conference on **August 21, 2019** at **1:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 5/2/2019

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record.