# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC. ) | CASE NO. 1:14-cv-01589-TWP-DKL |
| BARBARA A. RICHARDSON ) | |
| and DONALD B. RICHARDSON ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| LOUISIANA'S FIRST CHOICE ) | |
| AUTO AUCTION, L.L.C. and ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Defendants. ) | |

**INITIAL DISCLOSURES OF DEFENDANT**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A) and the Court's Docket Entry of October 9, 2015 [Dkt. 62], Defendant, NextGear Capital, Inc., by counsel, provides the following Initial Disclosures, based on information reasonably known at this time:

A. **Persons Likely To Have Discoverable Information That Defendant May Use To Support its Claims:**

1. Barbara Richardson
2. Donald Richardson

B. **Description of Documents Defendant May Use To Support Its Claims.**

1. Loan documents executed on behalf of Red Barn Motors, Inc.
2. Account statements, including such reports as the receivables detailed report, showing account activity.

C. **Damages:** N/A

D. **Any Insurance Agreement that May Satisfy Part or All of any Judgment:**

None.

**Defendants reserve the right to supplement these disclosures as additional information becomes available.**

Respectfully submitted,

_____
Steven D. Groth (17643-71)
David J. Jurkiewicz (18018-53)

Attorneys for Nextgear Capital, Inc.

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
sgroth@boselaw.com
djurkiewicz@boselaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via first class, United States mail, postage prepaid, this 13th day of November, 2015:

| | |
|---|---|
| Joshua P. Melder | Lisa Brener |
| Cassie E. Felder | BRENER LAW FIRM, LLC |
| CASSIE FELDER & ASSOCIATES, LLC | 3640 Magazine Street |
| 263 3rd Street, Suite 308 | New Orleans, LA 70115 |
| Baton Rouge, LA 70801 | |

_____
Steven D. Groth

2871110/22326.4