**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**(Indianapolis Division)**

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC., and** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated, | * | |
| | * | |
| v. | * | |
| | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION,** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE**

Comes now the Court, having reviewed Plaintiffs' Motion to Strike and, being duly advised, finds that said motion should be and hereby is granted. The declarations of Mark Bohannon, Eric Chevalier, Garrett Jorewicz, and Troy Thompson (Dkt. 295-2, 295-3, 295-4, 295-5), along with the portions of NextGear's Motion to Decertify Class (Dkt. 295) which rely upon the inadmissible declarations, are hereby stricken.

Indianapolis, Indiana this _____ day of _____, 2019.

_____
**HON. TANYA W. PRATT**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

Service of the foregoing Order will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.