IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, <br><br> Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE**

The Court having read and considered Plaintiffs' Motion to Strike (Filing No. 299) and the briefing thereon, **IT IS HEREBY ORDERED** that the Motion is **DENIED**. The Court finds that NextGear timely disclosed the declarations of Mark Bohannon, Eric Chevalier, Garrett Jorewicz, and Troy Thompson (Filing No. 295-2; Filing No. 295-3; Filing No. 295-4; Filing No. 295-5), that Plaintiffs have suffered no prejudice from the timing of those declarations, and that class discovery has not yet been completed.

**SO ORDERED.**

Date: _____

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.