## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

RED BARN MOTORS, INC., PLATINUM )
MOTORS, INC., and MATTINGLY AUTO )
SALES, INC., )
           )
           Plaintiffs, )
           )    CASE NO. 1:14-cv-01589-TWP-DLP
   vs. )
           )
NEXTGEAR CAPITAL, INC., f/k/a/ DEALER )
SERVICES CORPORATION, )
           )
           Defendant. )

## MOTION FOR LEAVE TO FILE PROPOSED ORDER AND REASONS

Now into Court, through undersigned counsel, come Plaintiffs, Red Barn Motors, Inc.,

Platinum Motors, Inc., and Mattingly Auto Sales, Inc., who respectfully request leave of Court to

file the attached proposed Order and Reasons denying the Motion to Decertify Class (Dkt. 295)

(the "Motion to Decertify") filed by Defendant NextGear Capital, Inc. ("NextGear").

On May 1, 2019, NextGear filed its Motion to Decertify. NextGear attached to that motion

a number of exhibits (Dkt. 295-2, -3, -4, and -5), which Plaintiffs have moved to strike from the

record (Dkt. 299). NextGear did not attach to the Motion to Decertify a proposed order or proposed

findings of fact or conclusions of law. Further, the Court's local rules do not provide for the

submission of a proposed order relating to a non-routine motion. *See* L.R. 7-1. Nonetheless, when

NextGear filed its *reply* memorandum in support of the Motion to Decertify (Dkt. 300), without

seeking leave of Court, NextGear attached a detailed, 23-page proposed order on the Motion to

Decertify, including detailed proposed findings of fact and conclusions of law. *See* Dkt. 300-1.

Because the proposed order was filed with NextGear's reply memorandum rather than with

the Motion to Decertify, Plaintiffs were deprived of an opportunity to respond to the issues raised

therein in their opposition memorandum (Dkt. 298). Accordingly, Plaintiffs now seek leave to

submit their own proposed order and reasons, attached hereto as Exhibit A, denying the Motion to Decertify. While NextGear's proposed order is not properly before the Court, to the extent it is considered, Plaintiffs respectfully submit that their competing proposed order and reasons would assist the Court in its consideration of the Motion to Decertify.

Accordingly, Plaintiffs respectfully request that this Court grant their Motion for Leave to File Proposed Order and Reasons.


Dated: June 6, 2019.

Respectfully submitted,

 _/s/ Kerry A. Murphy_
CATHERINE E. LASKY (La. Bar No. 28652)
*Pro Hac Vice*
KERRY A. MURPHY (La. Bar No. 31382)
*Pro Hac Vice*
**LASKY MURPHY LLC**
715 Girod Street, Suite 250
New Orleans, Louisiana 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503
klasky@laskymurphy.com
kmurphy@laskymurphy.com

GLADSTONE N. JONES, III (La. Bar No.
22221) *Pro Hac Vice*
LYNN E. SWANSON (La. Bar No. 22650)
*Pro Hac Vice*
**JONES, SWANSON, HUDDELL &
GARRISON, L.L.C**.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
gjones@jonesswanson.com
lswanson@jonesswanson.com

CASSIE E. FELDER (La. Bar No. 27805)
*Pro Hac Vice*
**THE CASSIE FELDER LAW FIRM**
7515 Jefferson Hwy., #313
Baton Rouge, LA 70806
Main: (504) 232-1733
Cell: (504) 400-1127
cassie@cassiefelderlaw.com

JAMES M. GARNER (La. Bar No. 19589)
*Pro Hac Vice*
RYAN D. ADAMS (La. Bar No. 27931)
*Pro Hac Vice*
MATTHEW M. COMAN
(La. Bar No. 23613)
*Pro Hac Vice*
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
radams@shergarner.com
mcoman@shergarner.com

Kathleen A. DeLaney (# 18604-49)
**DELANEY & DELANEY LLC**
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone: (317) 920-0400
Facsimile: (317) 920-0404
Kathleen@delaneylaw.net

**COUNSEL FOR PLAINTIFFS AND
THE CLASS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of June 2019, a copy of the foregoing was filed electronically. Notice of the filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

David J. Jurkiewicz
Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Jason S. McCarter
Tracey K. Ledbetter
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996

*/s/ Kerry A. Murphy*
Kerry A. Murphy
