UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NEXTGEAR CAPITAL, INC., f/k/a/ DEALER SERVICES CORPORATION, <br><br> Defendant. | CASE NO. 1:14-cv-01589-TWP-DLP |

## ORDER

Considering the foregoing *Motion for Leave to File Proposed Order and Reasons* filed by Plaintiffs [Dkt. 302] (the "Motion for Leave"), and for the reasons stated therein:

**IT IS ORDERED** that the Motion for Leave be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiffs are hereby granted leave of Court to file their Proposed Order and Reasons [Dkt. 302-1], and that said Proposed Order and Reasons shall be entered into the record herein.

Indianapolis, Indiana this _____ day of _____, 2019.

_____
**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**