UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., <br> PLATINUM MOTORS, INC., <br> MATTINGLY AUTO SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COX ENTERPRISES, INC., <br> NEXTGEAR CAPITAL, INC., <br><br> Defendants. | No. 1:14-cv-01589-TWP-DLP |

**MINUTE ENTRY FOR NOVEMBER 25, 2019**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on November 25, 2019. The parties discussed the status of the case.

This matter is scheduled for a telephonic status conference on **January 23, 2020** at **3:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 11/27/2019

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email