UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., MATTINGLY AUTO SALES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:14-cv-01589-TWP-DLP |
| COX ENTERPRISES, INC., NEXTGEAR CAPITAL, INC., | ) ) ) | |
| Defendants. | ) ) | |

**ENTRY**

In light of the Order on Pending Motions (Dkt. 315) and in preparation for the March 24, 2020 telephonic status conference, the Plaintiffs are ordered to file a proposed class notice **on or before 5:00 p.m. (Eastern) on March 17, 2020**.

So ORDERED.

Date: 3/2/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email