UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., <br> PLATINUM MOTORS, INC., <br> MATTINGLY AUTO SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC., <br><br> Defendants. | No. 1:14-cv-01589-TWP-DLP |

**AMENDED ENTRY**

In light of the Order on Pending Motions (Dkt. 315) and in preparation for the March 24, 2020 telephonic status conference, the Plaintiffs are ordered to file a proposed class notice **on or before 5:00 p.m. (Eastern) on March 17, 2020**.

So ORDERED.

Date: 3/3/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email