**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**(Indianapolis Division)**

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DLP** |
| **PLATINUM MOTORS, INC., and** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated, | * | |
| | * | |
| v. | * | |
| | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION,** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFFS' RENEWED
### MOTION FOR COURT APPROVAL OF CLASS NOTICE

Plaintiffs Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc., by counsel, respectfully move this Court for an order approving the Class Notice.

1. On March 3, 2020, the Court ordered Plaintiffs to file a Proposed Class Notice. (Dkt. 317).

2. Pursuant to the Court's Order (R. Doc. 315 at 34), counsel for the parties have worked together on the attached form of Class Notice, submitted as Exhibit A to this Motion.

3. However, the parties are unable to file a joint motion because NextGear contends that the Order approving this motion should require Class Counsel to mail the Class Notices to all Class Members within ten (10) days of the Court's approval of the form of Class Notice as well as require Class Members to opt-out within sixty (60) days after mailing. Plaintiffs do not agree that these proposed procedures need to be addressed in this Motion; rather, they reserve the right to separately file a motion for approval of a class administrator and class notice procedures.

4. Defendant reserves its objections to class certification generally and all its defenses on the merits.

WHEREFORE, Plaintiffs Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc., by counsel, respectfully request that the Court approve the attached Class Notice for Distribution to the Class.

Respectfully submitted, this 17th of March, 2020.

/s/ Kathleen A. DeLaney
Catherine E. Lasky (*pro hac vice*)
Kerry A. Murphy (*pro hac vice*)
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans, Louisiana 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503
klasky@laskymurphy.com
kmurphy@laskymurphy.com

James M. Garner (*pro hac vice*)
Ryan D. Adams (*pro hac vice*)
Matthew M. Coman (*pro hac vice*)
Jacob A. Airey (*pro hac vice*)
SHER GARNER CAHILL RICHTER KLEIN &
HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
radams@shergarner.com
mcoman@shergarner.com

Gladstone N. Jones, III (*pro hac vice*)
Lynn E. Swanson (*pro hac vice*)
JONES, SWANSON, HUDDELL &
GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
gjones@jonesswanson.com

lswanson@jonesswanson.com

Kathleen A. DeLaney (#18604-49)
DELANEY & DELANEY LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone: (317) 920-0400
Facsimile: (317) 0404
Kathleen@delaneylaw.net

Cassie E. Felder (*pro hac vice*)
THE CASSIE FELDER LAW FIRM
7515 Jefferson Hwy., #313
Baton Rouge, LA 70806
Main: (504) 232-1733
Cell: (504) 400-1127
cassie@cassiefelderlaw.com

*Attorneys for Plaintiffs and the Class*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of March, 2020, a copy of the foregoing was filed electronically. Notice of the filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

    David J. Jurkiewicz
    Paul D. Vink
    BOSE MCKINNEY & EVANS, LLP
    111 Monument Circle
    Suite 2700
    Indianapolis, IN 46204

    Jason S. McCarter
    Tracey K. Ledbetter
    EVERSHEDS SUTHERLAND (US) LLP
    999 Peachtree Street, NE, Suite 2300
    Atlanta, GA 30309-3996

                                     */s/ Kathleen A. DeLaney*
                                       Kathleen A. DeLaney