# EXHIBIT A

**IF YOU ARE A USED CAR DEALER WHO HAD FLOORPLAN AGREEMENT(S) WITH DEALER SERVICES CORPORATION ("DSC"), NOW KNOWN AS NEXTGEAR CAPITAL, INC., AT ANY TIME BETWEEN JANUARY 2005 AND JULY 2013, AND FLOOR PLANNED ONE OR MORE VEHICLES WITH DSC/NEXTGEAR UNDER SUCH AGREEMENT, EXCLUDING ANY DEALER THAT SIGNED AN AGREEMENT CONTAINING AN ARBITRATION OR CLASS ACTION WAIVER PROVISION, YOU MAY BE A CLASS MEMBER IN A CASE AGAINST NEXTGEAR THAT HAS BEEN CERTIFIED BY A FEDERAL COURT.**

**THIS LAWSUIT MAY AFFECT YOUR RIGHTS
A COURT AUTHORIZED THIS NOTICE
THIS IS NOT A SOLICITATION FROM A LAWYER**

**NOTICE OF PENDENCY OF CLASS ACTION LAWSUIT**

Used car dealers have sued NextGear Capital, Inc. ("NextGear"), formerly known as Dealer Services Corporation ("DSC"), alleging that NextGear breached its contracts with used car dealers by charging interest on money not yet actually loaned with respect to certain advances, resulting in additional interest charges that the dealers never agreed to pay. These are, however, only the dealers' allegations. The Court has not yet decided if the used car dealers are correct, and NextGear denies the allegations.

The Court has certified this case as a class action on behalf of all used car dealers who meet the class definition in Paragraph 1 below. The case is pending in the United States District Court for the Southern District of Indiana.

Please review this notice. If you do not want to be part of the class, you must exclude yourself by a letter postmarked no later than _____, 2020 (See paragraph 10 below for details).

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT ||
|---|---|
| **DO NOTHING** | **Stay in this lawsuit. Await the outcome. Give up your right to sue separately.** By doing nothing, you keep the possibility of getting money or benefits that may come from a class trial or a settlement. You cannot, however, recover or try your claims twice; so, by participating in the class action, you give up any rights to individually sue NextGear about the legal claims in this case. |
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit. Get no benefits from it. Sue separately.** If you ask to be excluded, you will not receive any money that is later obtained in a class trial or a settlement. But, you keep any rights to sue NextGear separately about the legal claims in this case if you choose to do so. You will need your own lawyer. |

## BASIC INFORMATION

**1.     Why did I get this notice?**

All used car dealers identified from NextGear's records as being members of either a Nationwide Class or a California Subclass as described below were mailed this Notice.

The Nationwide Class certified by the Federal Court includes all used car dealers in the United States of America that were parties to a Floorplan Agreement with DSC, n/k/a NextGear, effective during the time period of January 2005 through July 2013, and that floor planned one or more vehicles with DSC/NextGear under such agreement, excluding any dealer that signed an agreement containing an arbitration or class action waiver provision.

The California Subclass certified by the Federal Court includes all California used car dealers that were parties to a Floorplan Agreement with DSC, n/k/a NextGear, effective during the time period of January 2005 through July 2013, which Floorplan Agreement requires the application of California law, and that floor planned one or more vehicles with DSC/NextGear under such agreement, excluding any dealer that signed an agreement containing an arbitration or class action waiver provision.

You have legal rights and options. This case is *Red Barn Motors, Inc., et al. vs. NextGear Capital Inc. f/k/a Dealer Services Corporation, et al.*, Case No. 1:14-cv-01589-TWP-DML (S.D. Ind.). If you are not sure whether you are included in this class action, you can get free help by email to _____, at www._____.com, by calling XXX-XXX-XXXX.

**2.     What is a class and who is involved?**

In a class action, one or more people with a claim similar to yours files a lawsuit on behalf of other people who have similar claims. That person or persons are the "Class Representative."

Class Representatives who sue — and all the Class Members like them — are called the Plaintiffs. The company that they sued here, NextGear, formerly known as DSC, is called the Defendant. In many class actions, to avoid the need for multiple lawsuits, one court resolves the issues for everyone in the Class — except for those people who choose to exclude themselves from the Class. The used car dealers who will act as the Class Representatives are Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc.

**3.     Why is this lawsuit a class action?**

In this lawsuit, the Court decided that the claims asserted against Defendant can proceed as a class action because the Plaintiffs satisfied the necessary requirements of federal law governing class actions. The Court determined that a class action is superior to requiring thousands of used car dealers to file individual lawsuits, because it will be more efficient for used car dealers and the court system. More information about why the Court is allowing this lawsuit to be a class action is in the Court's written opinion available at www._____.com.

## THE CLAIMS IN THE LAWSUIT

**4.     What is the lawsuit about?**

**According to Plaintiffs:** Plaintiffs, on their own behalf and on behalf of the members of the Class, allege that NextGear breached their contracts with Plaintiffs by charging interest on money not yet actually loaned with respect to certain advances, resulting in additional interest charges that the used car dealers never agreed to pay.

**According to Defendant:** The Defendant, NextGear, denies these allegations, denies that it breached the contracts with Plaintiffs, and denies all liability.

**5.     What are the Plaintiffs asking for on behalf of the Class?**

Plaintiffs are asking the Court to find that Defendant's wrongful conduct caused money damages in an amount to be determined at trial, including the costs of bringing the lawsuit, which include reasonable attorneys' fees and litigation expenses, as well as pre-judgment and post-judgment interest on all damages.

**6.     Has the Court decided who is right?**

The Court has not decided whether Plaintiffs or Defendant are correct, or whether the used car dealers have suffered any damages. The Court has made a number of legal rulings in the case, and those rulings, along with the pleadings filed by Plaintiffs and Defendant, are available at www._____.com.

By certifying this lawsuit as a class action and issuing this notice, the Court is not suggesting that the Plaintiffs will win or lose the case. The purpose of a class action is to decide those issues on behalf of all Class Members in the class action.

**7.     Is there any money available now?**

No money is available now. No money will be available unless and until Defendant and Plaintiffs reach a settlement or the Plaintiffs prevail at trial and following all appeals. There is no guarantee that money will ever be obtained. If it is, you will be notified of your entitlement to recovery and how to obtain it. To be eligible for any recovery as part of this class action lawsuit, you must remain in the class. If you remain in the class and no benefits are obtained, you will have no right to seek recovery of any damages or other relief from Defendant.

**YOUR RIGHTS AND OPTIONS**

**8.     What happens if I do nothing at all?**

If you do nothing, you will be a Class Member. If Plaintiffs win, you may be entitled to money as determined by the Court. If Plaintiffs lose, you will not be able to sue the Defendant again for the claims in this lawsuit and will be bound by that outcome. If the case settles, you may or may not be afforded another opportunity to exclude yourself from the class as determined by the Court, but you will be given the right to object to the terms of any settlement. The Court will only permit a settlement of your claims if it is fair and reasonable.

**9.     Why would I ask to be excluded?**

You must ask to be excluded if you want to sue the Defendant individually, or if you do not want the right to participate in any recovery that might occur in the class action. If you have already filed an individual lawsuit and want to proceed in your own lawsuit, rather than through this class action, you will have to ask to be excluded. If you make the choice to be excluded and to pursue a lawsuit individually, you may have to hire your own lawyer, respond to discovery, potentially have your deposition taken, and appear and prove your claims at trial.

If you stay in the class action, you will not have to do anything unless and until a recovery is obtained. At that point, the Court will notify you what you need to do to receive your share of the recovery.

Because your claims will be subject to a time deadline, which may have already passed, if you want to exclude yourself from the class to file an individual case, you should consult a lawyer first.

**10.     How do I ask to be excluded?**

To opt out of being a Class Member, you must timely return a written request to be excluded from the Class, which must include all of the following: (i) the Class Member's name; (ii) the Class Member's current mailing address; and (iii) the statement "I want to be excluded from the Red Barn vs. NextGear case."

To be timely, a written request to be excluded from the Class must be postmarked on or before _____, and must be mailed, with sufficient postage prepaid and affixed, to:



Red Barn v. NextGear
c/o _____
_____
_____

**11.     Do I have a lawyer in the class action?**

The Court has appointed several lawyers to represent the Class. These lawyers are referred to as Class Counsel. These lawyers have experience in prosecuting complex cases on behalf of Plaintiffs. The Court has determined that they are qualified and that they have ably represented the interests of Class Members to date.

Class Counsel are:

CATHERINE E. LASKY
KERRY A. MURPHY
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans, Louisiana 70130

GLADSTONE N. JONES, III
LYNN E. SWANSON
JONES, SWANSON, HUDDELL &
GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

JAMES M. GARNER
RYAN D. ADAMS
MATTHEW M. COMAN
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112

KATHLEEN ANN DELANEY
DELANEY & DELANEY LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone: (317) 920-0400

CASSIE E. FELDER
THE CASSIE FELDER LAW FIRM
7515 Jefferson Hwy., #313
Baton Rouge, LA 70806
Telephone: (504) 232-1733

**12.     Should I get my own lawyer?**

If you decide to stay in the Class, you do not need to hire your own lawyer, but you may do so. Class Counsel, who was appointed by the Court, is working on your behalf.

4

**13. How will the lawyers be paid?**

Class Counsel are working on a contingency-fee basis. You will not have to pay them anything if there is no recovery. They will get paid only if they get money for the Class, whether by favorable judgment or settlement. If that occurs, they may ask the Court for their fees and expenses. The Court will only award fees and expenses that it finds reasonable. If the Court grants Class Counsel's request, the fees and expenses would be deducted from any money obtained for the Class unless a settlement provides otherwise.

**14. How and when will the Court decide the case?**

If the case is not resolved by a settlement, Class Counsel will have to prove the Plaintiffs' claims at a trial. During the trial, the Judge will hear evidence offered by both sides to help her reach a decision about whether Plaintiffs or Defendant is right about the claims in the lawsuit.

**15. Do I have to come to trial?**

If you stay in the class, you will not have to testify at the trial and will not be required to attend. Class Counsel will present the case for the Plaintiffs, and Defendant will present the defenses. You and your own lawyer (if applicable) are welcome to attend the trial at your own expense. If Plaintiffs prevail at trial on the class issues, the Court will inform you as to the information you may need to provide to share in a money recovery (if any).

**16. Will I get money after the Court rules?**

If you stay in the class action, and Plaintiffs obtain money as a result of the trial or a settlement, you will be notified about how to receive any share recovered on your behalf.

## GETTING MORE INFORMATION

**17. Is more information about the lawsuit available?**

If you have any questions or require additional information, you should make contact with the Notice Administrator by one of the following means:

XXX-XXX-XXXX

www._____.com 

PLEASE DO NOT CONTACT THE COURT
OR THE COURT CLERK REGARDING THIS MATTER

***IMPORTANT***: You should promptly notify the Notice Administrator via www._____.com or XXX-XXX-XXXX:

- *If you received this Notice at an address different from the address to which it was mailed, or*
- *If your address changes in the future, or*
- *If you did not receive a Notice by mail but nevertheless believe you are a Class Member.*