UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC.,** individually, and on behalf of other members of the general public similarly situated, | * * * * * * * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** **CLASS ACTION** |
| v. | * * | |
| **NEXTGEAR CAPITAL, INC., F/K/A DEALER SERVICES CORPORATION,** | * * * | |

**************************************************************************

**ORDER APPROVING RENEWED MOTION
FOR COURT APPROVAL OF CLASS NOTICE**

Plaintiffs Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc., by counsel, have filed a Renewed Motion for Court Approval of Class Notice and have requested that the Court approve the Class Notice for distribution. The Court, being duly advised, now finds that said Motion should be and hereby is granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Renewed Motion for Court Approval on Class Notice is granted; it is further ORDERED, ADJUDGED AND DECREED that Plaintiffs shall use the Class Notice attached to the corresponding Motion for distribution to class members.

_____                          _____
DATE                                            HON. TANYA WALTON PRATT
                                                UNITED STATES DISTRICT COURT
                                                SOUTHERN DISTRICT OF INDIANA

Distribution to: Counsel of Record