UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., </br> PLATINUM MOTORS, INC., </br> MATTINGLY AUTO SALES, INC., </br> </br> Plaintiffs, </br> </br> v. </br> </br> NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., </br> </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )  No. 1:14-cv-01589-TWP-DLP </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**MINUTE ENTRY FOR MARCH 24, 2020**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on March 24, 2020. The parties discussed the status of and future plans for class discovery.

This matter is scheduled for a telephonic status conference on **April 15, 2020** at **3:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 3/26/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email