UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., <br> PLATINUM MOTORS, INC., <br> MATTINGLY AUTO SALES, INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> NEXTGEAR CAPITAL, INC., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 1:14-cv-01589-TWP-DLP |

**ENTRY**

During the March 24, 2020 telephonic status conference, the parties discussed the Plaintiffs' Renewed Motion for Court Approval of Class Notice, Dkt. [318]. The motion is taken under advisement, pending the submission of amended proposed class notices that address the Court's concerns, as set forth below.

1. The Class Notice should be subject to the same alignment throughout.
2. In Section 1 – Why did I get this notice? In paragraphs two and three, "the Federal Court" should be replaced with "the United States District Court for the Southern District of Indiana." In paragraph three, "which Floorplan Agreement" should be "whose Floorplan Agreement." In paragraph four, the cause number should be 1:14-cv-1589-TWP-DLP. In paragraph four, the last sentence should have the word "or" before "by calling XXX."
3. In Section 2 – What is a class and who is involved? The word "files" in the first sentence should be "file." In the second sentence, "Class Representative" should be "Class Representative(s)."

4. In Section 3 – Why is this lawsuit a class action? In the second sentence, the word "and" should be inserted before the word "because." The last sentence should be removed.
5. In Section 8 – What happens if I do nothing at all? The end of the third sentence should read "and will be bound by the outcome of this case."
6. In Section 17 – Is more information about the lawsuit available? The Notice should contain some explanation about who the Notice Administrator is and what services the Administrator will provide.

So ORDERED.

Date: 3/25/2020

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email