**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DKL** |
| **PLATINUM MOTORS, INC., and** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated, | * | |
| | * | |
| v. | * | |
| | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION,** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER APPROVING RE-RENEWED, UNOPPOSED MOTION**</u>
<u>**FOR COURT APPROVAL OF CLASS NOTICE**</u>

Plaintiffs Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc. and Defendant NextGear Capital, Inc., have filed a Re-renewed Motion for Court Approval of Class Notice and have requested that the Court approve the Class Notice for distribution. The Court, being duly advised, now finds that said Motion should be and hereby is granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Re-Renewed Motion for Court Approval on Class Notice is granted; it is further ORDERED, ADJUDGED AND DECREED that Plaintiffs shall use the Class Notice attached to the corresponding Motion for distribution to class members.

_____           _____
DATE                             HON. TANYA WALTON PRATT
                                 UNITED STATES DISTRICT COURT
                                 SOUTHERN DISTRICT OF INDIANA

Distribution to:  Counsel of Record