**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**(Indianapolis Division)**

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DLP** |
| **PLATINUM MOTORS, INC., and** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated, | * | |
| | * | |
| v. | * | |
| | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION,** | * | |
| | * | |

**************************************************************************

## ORDER APPROVING CLASS NOTICE PROCEDURES

Considering the Renewed Motion to Proceed with Class Notice to Known Class Members and Proposed Procedures for Providing Notice to Class Members Pursuant to Rule 23(c)(2)(B) filed by Plaintiffs (the "Motion to Proceed with Class Notice") (Dkt. 323), and for the reasons stated therein:

**IT IS ORDERED** that the Motion to Proceed with Class Notice be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that, following receipt of a class member verification affidavit from Defendants, Plaintiffs may proceed with class notice to the 17,411 class members whose names and contact information have been produced by Defendants.

**IT IS FURTHER ORDERED** that the proposed class notice procedures described in the Motion to Proceed with Class Notice be and hereby are **APPROVED.**

Indianapolis, Indiana this _____ day of _____, 2020.

_____           _____
DATE                              HON. TANYA WALTON PRATT
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF INDIANA

Distribution to: Counsel of Record