UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., <br> PLATINUM MOTORS, INC., <br> MATTINGLY AUTO SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., <br><br> Defendant. | No. 1:14-cv-01589-TWP-DLP |

### MINUTE ENTRY FOR APRIL 15, 2020
### STATUS CONFERENCE
### HON. DORIS L. PRYOR, MAGISTRATE JUDGE

The parties appeared by telephone for a Status Conference on April 15, 2020. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **May 21, 2020** at **9:30 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 4/16/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email