UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RED BARN MOTORS, INC.,  )
PLATINUM MOTORS, INC.,  )
MATTINGLY AUTO SALES, INC.,  )
　　　　　　　　　　　　　　 )
　　　　　Plaintiffs,  )
　　　　　　　　　　　　　　 )
　　　　　v.  )　　　No. 1:14-cv-01589-TWP-DLP
　　　　　　　　　　　　　　 )
NEXTGEAR CAPITAL, INC.,  )
　　　　　　　　　　　　　　 )
　　　　　Defendant.  )

**AMENDED SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE DORIS L. PRYOR**

　　　　The Court *sua sponte* now **RESCHEDULES** the Telephonic Status Conference currently scheduled for May 21, 2020 to **May 27, 2020** at **4:00 p.m. (Eastern)**. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

　　　　So ORDERED.

　　　　Date: 4/24/2020

　　　　　　　　　　　　　　　　　 _Doris L. Pryor_
　　　　　　　　　　　　　　　　　 Doris L. Pryor
　　　　　　　　　　　　　　　　　 United States Magistrate Judge
　　　　　　　　　　　　　　　　　 Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email