**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**(Indianapolis Division)**

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DLP** |
| **PLATINUM MOTORS, INC., and** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| individually, and on behalf of other | * | |
| members of the general public | * | |
| similarly situated, | * | |
| | * | |
| v. | * | |
| | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION.** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**PLAINTIFFS' MOTION TO WITHDRAW (R. Doc. 328) MOTION FOR DISCOVERY REGARDING DEFENDANT'S COMMUNICATIONS WITH CLASS MEMBERS**</u>

Plaintiffs Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc., ("Plaintiffs") moved this Court for an order (R. Doc. 328) allowing discrete, limited written and/or deposition discovery regarding post-certification communications between Defendant NextGear Capital, Inc. ("NextGear") and certain identified members of the Class. NextGear's Opposition (Rec. Doc. 330 at 4) suggested no opposition to such limited discovery, although NextGear reserves its rights to object to the specifics of such discovery. Therefore, pursuant to the parties' discussion with the Court regarding these issues during the May 27, 2020 status conference, Plaintiffs move to withdraw, without prejudice, R. Doc. 328, reserving all of Plaintiffs' rights and remedies to seek the limited discovery Plaintiff's propounded.

For the reasons set forth herein, Plaintiffs Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc., by counsel, respectfully request that their Motion be granted.

Respectfully submitted, this 29th of May, 2020.

Kathleen A. DeLaney (#18604-49)
DELANEY & DELANEY LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone: (317) 920-0400
Facsimile: (317) 0404
Kathleen@delaneylaw.net

Catherine E. Lasky *(pro hac vice)*
Kerry A. Murphy *(pro hac vice)*
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans, Louisiana 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503
klasky@laskymuphy.com
kmuiphy@laskymuphy.com

*/s/ James M. Garner*_____
James M. Gamer *(pro hac vice)*
Ryan D. Adams *(pro hac vice)*
Jacob A. Airey *(pro hac vice)*
SHER GARNER CAHILL RICHTER KLEIN
& HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
radams@shergamer.com
jairey@shergarner.com

Gladstone N. Jones, III *(pro hac vice)*
Lynn E. Swanson *(pro hac vice)*
JONES, SWANSON, HUDDELL &
GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500

2

        Facsimile: (504) 523-2508
        gjones@jonesswanson.com
        lswanson@jonesswanson.com


        Cassie E. Felder *(pro hac vice)*
        THE CASSIE FELDER LAW FIRM
        7515 Jefferson Hwy., #313
        Baton Rouge, LA 70806
        Main: (504) 232-1733
        Cell: (504) 400-1127
        cassie@cassiefelderlaw.com

*Attorneys for Plaintiffs' and the Class*

## **CERTIFICATE OF SERVICE**

        I hereby certify that on the 29th day of May, 2020, a copy of the foregoing was filed electronically. Notice of the filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

    David J. Jurkiewicz
    Paul D. Vink
    BOSE MCKINNEY & EVANS, LLP
    111 Monument Circle
    Suite 2700
    Indianapolis, IN 46204

    Jason S. McCarter
    Tracey K. Ledbetter
    EVERSHEDS SUTHERLAND (US) LLP
    999 Peachtree Street, NE, Suite 2300
    Atlanta, GA 30309-3996

        */s/ James Garner*
        James M. Garner