## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### (Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DLP** |
| **PLATINUM MOTORS, INC., and** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| **individually, and on behalf of other** | * | |
| **members of the general public** | * | |
| **similarly situated,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW (R. DOC. 328) MOTION FOR DISCOVERY REGARDING DEFENDANT'S COMMUNICATIONS WITH CLASS MEMBERS

Plaintiffs Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc. have filed a Motion to Withdraw (R. Doc. 328) Motion for Discovery Regarding Defendant's Communications with Class Members. The Court, being duly advised, now finds that said Motion should be and hereby is granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Motion to Withdraw (R. Doc. 328) Motion for Discovery Regarding Defendant's Communications with Class Members is granted without prejudice and reserving all Plaintiffs rights to re-urge at a later date the relief sought in (R. Doc. 328).

DATE _____

_____

HON. TANYA WALTON PRATT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Distribution to:  Counsel of Record