UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., | ) | |
| PLATINUM MOTORS, INC., | ) | |
| MATTINGLY AUTO SALES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-01589-TWP-DLP |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on Plaintiffs' Motion to Withdraw Motion for Discovery (Doc. 328), Dkt. [334]. The Court, being duly advised, now **GRANTS** said Motion. Plaintiff's' Motion for Discovery (Dkt. 328) shall be **WITHDRAWN** from the record.

So ORDERED.

Date: 6/1/2020

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:
Served electronically on all ECF-registered counsel of record.