IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:14-cv-01589-TWP-DLP |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

The parties respectfully request that the Court enter an Order establishing certain pretrial deadlines. In support of this motion, the parties show as follows:

1. The Court has entered an Order scheduling the pretrial conference for December 22, 2020 and setting a trial date of January 25, 2021. [Doc. 333.]

2. There have been significant developments in the case since the most recent pretrial scheduling order was entered. For the sake of efficiency and to avoid doubt regarding deadlines, the parties respectfully request that the Court set new deadlines for the parties to update the Court regarding the status of opt-outs from the class; disclose expert witness testimony; file final witness and exhibit lists; and complete other pretrial filings.

3. The parties respectfully suggest that a deadline of July 10, 2020 would be appropriate for the Plaintiffs to provide an update from the class administrator to the Court regarding class notice and opt-outs from the class.

4. The parties have scheduled a mediation for September 1, 2020. In light of the mediation date, the parties respectfully suggest that the deadline to disclose expert witness testimony be staggered as follows:

    a. Plaintiffs will provide a preliminary calculation of class-wide damages to Defendant for settlement purposes only no later than 14 days after data related to class member transactions that took place after July 31, 2013 is produced by NextGear.

    b. Defendant will provide its preliminary objections and/or rebuttal to Plaintiffs' calculation of class-wide damages for settlement purposes only by August 25, 2020.

    c. Plaintiffs will serve a supplemental expert report regarding class-wide damages by September 30, 2020.

    d. Defendant will serve any rebuttal expert report regarding class-wide damages by October 30, 2020.

    e. Expert discovery will close November 25, 2020.

5. The parties respectfully suggest that December 1, 2020 would be an appropriate deadline to file final witness and exhibit lists.

6. The parties respectfully suggest that the following dates would be appropriate deadlines for the remaining pretrial deadlines:

    a. Two weeks before the final pretrial conference, on December 8, 2020, the parties shall:

        i. File any motions in limine, including motions in limine to exclude expert testimony.

ii. File a list of trial witnesses, by name, who are actually expected to be called to testify at trial. This list may not include any witnesses not on a party's final witness list.

iii. Number in sequential order all exhibits, including graphs, charts and the like, that will be used during the trial. Provide the Court with a list of these exhibits, including a description of each exhibit and the identifying designation. Make the original exhibits available for inspection by opposing counsel. Stipulations as to the authenticity and admissibility of exhibits are encouraged to the greatest extent possible.

iv. Submit all stipulations of facts in writing to the Court. Stipulations are always encouraged so that at trial, counsel can concentrate on relevant contested facts.

v. A party who intends to offer any depositions into evidence during the party's case in chief shall prepare and file with the Court and copy to all opposing parties either:

1. brief written summaries of the relevant facts in the depositions that will be offered. (Because such a summary will be used in lieu of the actual deposition testimony to eliminate time reading depositions in a question and answer format, this is strongly encouraged); or

2. if a summary is inappropriate, a document which lists the portions of the deposition(s), including the specific page and line numbers, that will be read, or, in the event of a video-taped deposition, the portions

       of the deposition that will be played, designated specifically by counter-numbers.

  vi. Provide all other parties and the Court with proposed findings of fact and conclusions of law.

  vii. Notify the Court and opposing counsel of the anticipated use of any evidence presentation equipment.

b. One week before the final pretrial conference, on December 15, 2020, the parties shall:

  i. Notify opposing counsel in writing of any objections to the proposed exhibits. If the parties desire a ruling on the objection prior to trial, a motion should be filed noting the objection and a description and designation of the exhibit, the basis of the objection, and the legal authorities supporting the objection.

  ii. If a party has an objection to the deposition summary or to a designated portion of a deposition that will be offered at trial, or if a party intends to offer additional portions at trial in response to the opponent's designation, and the parties desire a ruling on the objection prior to trial, the party shall submit the objections and counter summaries or designations to the Court in writing. Any objections shall be made in the same manner as for proposed exhibits. However, in the case of objections to video-taped depositions, the objections shall be brought to the Court's immediate attention to allow adequate time for editing of the deposition prior to trial.

  iii. File oppositions to any motions in limine.

    iv. Notify the Court and opposing counsel of requests for separation of witnesses at trial.

  c. Two weeks before trial, on January 11, 2021, the parties shall file trial briefs.

WHEREFORE, the parties respectfully request that the Court enter the attached Proposed Scheduling Order.

Respectfully submitted, this 6th day of July, 2020.

        */s/ Paul D. Vink  (with permission)*
        David J. Jurkiewicz (18018-53)
        Paul D. Vink (23785-32)
        BOSE McKINNEY & EVANS LLP
        111 Monument Circle, Suite 2700
        Indianapolis, IN  46204
        (317) 684-5000
        (317) 684-5173 fax
        djurkiewicz@boselaw.com
        pvink@boselaw.com

        */s/ Tracey K. Ledbetter*
        Jason S. McCarter (*pro hac vice*)
        Tracey K. Ledbetter (*pro hac vice*)
        EVERSHEDS SUTHERLAND (US) LLP
        999 Peachtree Street, NE, Suite 2300
        Atlanta, GA 30309-3996
        (404) 853-8000
        (404) 853-8806 fax
        jasonmccarter@eversheds-sutherland.com
        traceyledbetter@eversheds-sutherland.com

        *Attorneys for Defendant NextGear Capital, Inc. f/k/a Dealer Services Corporation*

        */s/ Kerry A. Murphy  (with permission)*
        Catherine E. Lasky (*pro hac vice*)
        Kerry A. Murphy (*pro hac vice*)
        LASKY MURPHY LLC
        715 Girod Street, Suite 250
        New Orleans, Louisiana 70130
        Telephone: (504) 603-1500

Facsimile: (504) 603-1503
klasky@laskymurphy.com
kmurphy@laskymurphy.com

James M. Garner (*pro hac vice*)
Ryan D. Adams (*pro hac vice*)
Matthew M. Coman (*pro hac vice*)
Jacob A. Airey (*pro hac vice*)
SHER GARNER CAHILL RICHTER KLEIN &
HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
radams@shergarner.com
mcoman@shergarner.com

Gladstone N. Jones, III (*pro hac vice*)
Lynn E. Swanson (*pro hac vice*)
JONES, SWANSON, HUDDELL &
GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
gjones@jonesswanson.com
lswanson@jonesswanson.com

Kathleen A. DeLaney (#18604-49)
DELANEY & DELANEY LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone: (317) 920-0400
Facsimile: (317) 0404
Kathleen@delaneylaw.net

Cassie E. Felder (*pro hac vice*)
THE CASSIE FELDER LAW FIRM
7515 Jefferson Hwy., #313
Baton Rouge, LA 70806
Main: (504) 232-1733
Cell: (504) 400-1127
cassie@cassiefelderlaw.com

*Attorneys for Plaintiffs and the Class*

6

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 6th day of July, 2020:

Ryan D. Adams
James M. Garner
Matthew M. Coman
Jacob A. Airey
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
radams@shergarner.com
jgarner@shergarner.com
mcoman@shergarner.com
jairey@shergarner.com

Catherine E. Lasky
Kerry A. Murphy
LASKY MURPHY LLC
klasky@laskymurphy.com
kmurphy@laskymurphy.com

Cassie E. Felder
THE CASSIE FELDER LAW FIRM
cassie@cassiefelderlaw.com

Gladstone N. Jones, III
Lynn E. Swanson
JONES, SWANSON, HUDDELL &
GARRISON LLC
gjones@jonesswanson.com
lswanson@jonesswanson.com

Kathleen A. DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

*s/ Tracey K. Ledbetter*
Tracey K. Ledbetter