UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) | |
| PLATINUM MOTORS, INC., ) | |
| MATTINGLY AUTO SALES, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:14-cv-01589-TWP-DLP |
| ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Defendant. ) | |

**MINUTE ENTRY FOR SEPTEMBER 21, 2020
STATUS CONFERENCE
HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on September 21, 2020. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **October 26, 2020** at **3:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 9/24/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email