# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF
# ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐   I have **no pending cases** in the District Court for the Southern District of Indiana.

☑   I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]
)   1:14-cv-01589-TWP-DLP
)
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Kerry A. Murphy | Kerry A. Murphy |
| **Law Firm, Company, and/or Agency:** | Lasky Murphy LLC | Kerry Murphy Law LLC |
| **Address:** | 715 Girod Street Suite 250 New Orleans, LA 70130 | 715 Girod Street Suite 250 New Orleans, LA 70130 |
| **Primary E-mail:** | kmurphy@laskymurphy.com | kmurphy@kerrymurphylaw.com |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | 504-603-1502 | 504-603-1502 |
| **Facsimile:** | 504-603-1503 | 504-603-1503 |

Date: October 15, 2020                              s/ Kerry A. Murphy

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.