**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**(Indianapolis Division)**

| | | |
|---|---|---|
| **RED BARN MOTORS, INC.,** | * | **DOCKET NO. 1:14-cv-01589-TWP-DLP** |
| **PLATINUM MOTORS, INC., and** | * | |
| **MATTINGLY AUTO SALES, INC.,** | * | **CLASS ACTION** |
| **Individually, and on behalf of other** | * | |
| **members of the general public** | * | |
| **similarly situated,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **NEXTGEAR CAPITAL, INC.,** | * | |
| **F/K/A DEALER SERVICES** | * | |
| **CORPORATION** | * | |

**************************************************************************

**ORDER**

Considering the foregoing Motion to Substitute Kerry Murphy and Withdraw Catherine Lasky as Class Counsel [Dkt. 348], and for the reasons stated therein,

**IT IS HEREBY ORDERED** that the Motion be and hereby is **GRANTED.** Kerry A. Murphy of the firm of Kerry Murphy Law LLC be and hereby is substituted as one of Plaintiffs' class counsel in place of Kerry A. Murphy of Lasky Murphy LLC, and Catherine Lasky be and hereby is withdrawn as class counsel.

Indianapolis, Indiana, this _____ day of _____, 2020.

_____
**HON. TANYA WALTON PRATT**
**UNITED STATES DISTRICT JUDGE**