UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
(Indianapolis Division)

| | | |
|---|---|---|
| **RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC.,** Individually, and on behalf of other members of the general public similarly situated, | * * * * * * * | DOCKET NO. 1:14-cv-01589-TWP-DLP CLASS ACTION |
| v. | * * | |
| **NEXTGEAR CAPITAL, INC., F/K/A DEALER SERVICES CORPORATION** | * * * | |

************************************************************************

## ORDER

Considering the foregoing Motion to Substitute Kerry Murphy and Withdraw Catherine Lasky as Class Counsel [Dkt. 348], and for the reasons stated therein,

**IT IS HEREBY ORDERED** that the Motion be and hereby is **GRANTED.** Kerry A. Murphy of the firm of Kerry Murphy Law LLC be and hereby is substituted as one of Plaintiffs' class counsel in place of Kerry A. Murphy of Lasky Murphy LLC, and Catherine Lasky be and hereby is withdrawn as class counsel.

Date: 10/19/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF

1