UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., | ) | |
| PLATINUM MOTORS, INC., | ) | |
| MATTINGLY AUTO SALES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-01589-TWP-DLP |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR OCTOBER 26, 2020**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on October 26, 2020. The parties discussed the status of the case.

This matter is scheduled for a telephonic status conference on **November 23, 2020** at **1:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 10/30/2020

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email