IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:14-cv-01589-TWP-DLP<br>) |
| NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, | )<br>)<br>) |
| Defendant. | ) |

**[PROPOSED] ORDER**

The Court having read and considered the Joint Motion for Stay of Case Pending Settlement [Doc. ___], and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**:

1. All deadlines and proceedings in this case are stayed pending further order of the Court.

2. The pretrial conference scheduled for December 22, 2020 is hereby cancelled.

3. The trial of this matter is continued until further notice.

Indianapolis, Indiana, this _____ day of _____, 2020.

_____
HON. TANYA WALTON PRATT
UNITED STATES DISTRICT JUDGE