IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:14-cv-01589-TWP-DLP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The Court having read and considered the Joint Motion for Stay of Case Pending Settlement [Doc. ___], and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**:

1. All deadlines and proceedings in this case are stayed pending further order of the Court.

2. The pretrial conference scheduled for December 22, 2020 is hereby cancelled.

3. The trial of this matter is continued until further notice. The parties shall file a **joint status report**, no later than **January 25, 2021.**

Date: 11/24/2020

*[signature]*

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF