UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. F/K/A DEALER SERVICES CORPORATION.<br><br>Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

## MEDIATOR'S REPORT TO COURT

Comes now the undersigned mediator and reports that a mediation was conducted in this matter on September 1, 2020 and further reports that after subsequent negotiations a settlement has been reached subject to the Court's approval.

Respectfully submitted

*/s/ William A. Baten*

William A. Baten, Mediator

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record by first class United States mail, postage prepaid, this 11th day of November, 2020:

Kerry A. Murphy
Lasky Murphy, LLC
715 Girod Street, Suite 250
New Orleans, LA 70130

Kathleen DeLaney
DeLaney & DeLaney LLC
3646 Washington Blvd.
Indianapolis, IN 46220

Cassie E. Felder
The Cassie Felder Law Firm
7515 Jefferson Hwy., #313
Baton Rouge, LA 70806

Tracey K. Ledbetter
Jason S. McCarter
Eversheds Sutherland LLP
999 Peachtree Street NE, #2300
Atlanta, GA 30309

Lynn E. Swanson
Jones Swanson, Huddell & Garrison, LLC
601 Poydras Street, Suite 2655
New Orleans, LA 70130

Paul D. Vink
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

_____
William A. Baten, Mediator