**VAN WINKLE · BATEN**
**DISPUTE RESOLUTION**

111 Monument Circle • Suite 302
salesforce Tower
Indianapolis, IN 46204-5170

INDIANAPOLIS IN 460
11 DEC 2020 PM 7 L

FILED
DEC 14 2020
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

Clerk of Court
United States District Court
Southern District of Indiana
Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

46204-199999