IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RED BARN MOTORS, INC., PLATINUM           )
MOTORS, INC., and MATTINGLY AUTO          )
SALES, INC., individually and on behalf of )
other members of the general public similarly )
situated,                                  )
                                           )
        Plaintiffs,                        )
                                           )          Case No. 1:14-cv-01589-TWP-DLP
v.                                         )
                                           )
NEXTGEAR CAPITAL, INC. f/k/a DEALER        )
SERVICES CORPORATION,                      )
                                           )
        Defendant.                         )

## ORDER

The Court having read and considered the Unopposed Motion for Corrective Notice to

Non-Class Members [Doc. 357], and for good cause shown, IT IS HEREBY ORDERED that the

Motion is **GRANTED**.

IT IS FURTHER ORDERED:

1.      NextGear has determined that 94 dealers that received class notice entered into

new contracts with NextGear in which they agreed to arbitrate their disputes with NextGear.

Those dealers are not part of the class previously certified by the Court.

2.      NextGear may proceed with the corrective notice to those 94 dealers to notify

them that they are not part of the class.  This is consistent with the Court's class certification

order at Filing No. 315 at 27.  The cost of such notice shall be borne by NextGear.

3.      The proposed notice form attached to NextGear's Motion as Exhibit A and the

proposed notice procedures described in NextGear's Motion are APPROVED.  Plaintiffs and the

class administrator shall provide NextGear with the most recent address information for the

relevant 94 dealers within seven (7) days of the date of this Order.  The notice shall be mailed

within fourteen (14) days of the date of this Order.


Date: 1/6/2021

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana


Distribution to all electronically
registered counsel of record via
CM/ECF


2