UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RED BARN MOTORS, INC.,                 )
PLATINUM MOTORS, INC.,                 )
MATTINGLY AUTO SALES, INC.,            )
                                       )
            Plaintiffs,                )
                                       )
        v.                             )          No. 1:14-cv-01589-TWP-DLP
                                       )
NEXTGEAR CAPITAL, INC.,                )
                                       )
            Defendant.                 )

**MINUTE ENTRY FOR APRIL 8, 2021
STATUS CONFERENCE
HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on April 8, 2021.

The parties discussed the status of the case.  The call was held and concluded.

Date: 4/8/2021

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email