IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No. 1:14-cv-01589-TWP-DLP ) ) ) ) ) ) |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY THOMAS M. BYRNE**

Paul D. Vink of the law firm Bose McKinney & Evans LLP, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this Court for an Order granting Thomas M. Byrne of the law firm Eversheds Sutherland (US) LLP leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant NextGear Capital, Inc. f/k/a Dealer Services Corporation in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Thomas M. Byrne, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Thomas M. Byrne leave to appear *pro hac vice* for purposes of this cause only.

Dated: April 12, 2021.

       */s/ Paul D. Vink*
Paul D. Vink (23785-32)
David J. Jurkiewicz (18018-53)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
pvink@boselaw.com
djurkiewicz@boselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, a copy of the foregoing **Motion to Appear *Pro Hac Vice* Filed on Behalf of Attorney Thomas M. Byrne** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Ryan D. Adams<br>James M. Garner<br>Jacob A. Airey<br>SHER GARNER CAHILL RICHTER<br>KLEIN & HILBERT, L.L.C.<br>909 Poydras Street, Suite 2800<br>New Orleans, LA 70112<br>radams@shergarner.com<br>jgarner@shergarner.com<br>jairey@shergarner.com | Kerry A. Murphy<br>KERRY MURPHY LAW LLC<br>715 Girod Street, Suite 250<br>New Orleans, LA 70130<br>kmurphy@kerrymurphylaw.com |
| Cassie E. Felder<br>THE CASSIE FELDER LAW FIRM<br>7515 Jefferson Hwy., #313<br>Baton Rouge, LA 70806<br>cassie@cassiefelderlaw.com | Gladstone N. Jones, III<br>Lynn E. Swanson<br>JONES SWANSON HUDDELL &<br>DASHBACH LLC<br>601 Poydras Street, Suite 2655<br>New Orleans, LA 70130<br>gjones@jonesswanson.com<br>lswanson@jonesswanson.com |
| Kathleen A. DeLaney<br>DELANEY & DELANEY LLC<br>3646 North Washington Boulevard<br>Indianapolis, IN 46205<br>kathleen@delaneylaw.net | |

                                                         */s/ Paul D. Vink*  
                                                         Paul D. Vink (23785-32)

# Exhibit A

## Certification of Thomas M. Byrne
## in Support of Motion to Appear *Pro Hac Vice*

In support of the Motion to Appear *Pro Hac Vice* filed on my behalf by Paul D. Vink of the law firm Bose McKinney & Evans LLP, and pursuant to S.D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court and/or state's highest court: U.S. District Court for the Northern District of Georgia (1983); Supreme Court of Georgia (1982).

2. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: April 8, 2021.

Respectfully submitted,

Thomas M. Byrne
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
(404) 853-8000
(404) 853-8806 fax
tombyrne@eversheds-sutherland.com