IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 1:14-cv-01589-TWP-DLP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Paul D. Vink of the law firm Bose McKinney & Evans LLP, seeking an Order granting Thomas M. Byrne of the law firm Eversheds Sutherland (US) LLP leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant NextGear Capital, Inc. f/k/a Dealer Services Corporation in the above-styled cause only (ECF No. 369).  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

**Applicant's contact information should be entered as follows:**
　　Thomas M. Byrne
　　Eversheds Sutherland (US) LLP
　　999 Peachtree Street, NE, Suite 2300
　　Atlanta, GA 30309-3996
　　(404) 853-8000
　　(404) 853-8806 fax
　　tombyrne@eversheds-sutherland.com

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Doris L. Pryor
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

**Distribution list:**

To all registered counsel by CM/ECF.

To PHV applicant via U.S. Mail:
    Thomas M. Byrne
    Eversheds Sutherland (US) LLP
    999 Peachtree Street, NE, Suite 2300
    Atlanta, GA 30309-3996