UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., <br> PLATINUM MOTORS, INC., <br> MATTINGLY AUTO SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC., <br><br> Defendant. | No. 1:14-cv-01589-TWP-DLP |

### ORDER

This matter has come before the Court on motion of Thomas M. Byrne of Eversheds Sutherland (US) LLP seeking an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the Defendant in the above-styled cause only, Dkt. [369]. Being fully advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Thomas M. Byrne
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
(404) 853-8000 tel
(404) 853-8806 fax
tombyrne@eversheds-sutherland.com

**Applicant shall register for electronic filing, as required by Local Rule 5-3, within ten (10) days of the entry of this Order.**

So ORDERED.

Date: 4/15/2021

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

Thomas M. Byrne
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996