IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:14-cv-01589-TWP-DLP<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to S.D. Ind. Local Rule 83-7(c), attorney Thomas M. Byrne of the law firm Eversheds Sutherland (US) LLP will replace attorney Jason S. McCarter, formerly of the law firm Eversheds Sutherland (US) LLP, as counsel of record for Defendant NextGear Capital, Inc. f/k/a Dealer Services Corporation in the above-styled cause.

Dated:  April 15, 2021.

                                               *s/ Tracey K. Ledbetter*
                                            Thomas M. Byrne (*pro hac vice*)
                                            Tracey K. Ledbetter (*pro hac vice*)
                                            EVERSHEDS SUTHERLAND (US) LLP
                                            999 Peachtree Street, NE, Suite 2300
                                            Atlanta, GA 30309-3996
                                            (404) 853-8000
                                            (404) 853-8806 fax
                                            tombyrne@eversheds-sutherland.com
                                            traceyledbetter@eversheds-sutherland.com

                                            and

2

David J. Jurkiewicz (18018-53)
Paul D. Vink (23785-32)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
djurkiewicz@boselaw.com
pvink@boselaw.com

*Attorneys for Defendant NextGear Capital, Inc. f/k/a Dealer Services Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 15th day of April, 2021:

Ryan D. Adams
James M. Garner
Jacob A. Airey
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112
radams@shergarner.com
jgarner@shergarner.com
jairey@shergarner.com

Kerry A. Murphy
KERRY MURPHY LAW LLC
715 Girod Street, Suite 250
New Orleans, LA 70130
kmurphy@kerrymurphylaw.com

Cassie E. Felder
THE CASSIE FELDER LAW FIRM
7515 Jefferson Hwy., #313
Baton Rouge, LA 70806
cassie@cassiefelderlaw.com

Gladstone N. Jones, III
Lynn E. Swanson
JONES SWANSON HUDDELL &
DASHBACH LLC
601 Poydras Street, Suite 2655
New Orleans, LA 70130
gjones@jonesswanson.com
lswanson@jonesswanson.com

Kathleen A. DeLaney
DELANEY & DELANEY LLC
3646 North Washington Boulevard
Indianapolis, IN 46205
kathleen@delaneylaw.net

                                            *s/ Tracey K. Ledbetter*
                                            Tracey K. Ledbetter