IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, <br><br> Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

## **[PROPOSED] ORDER**

The Court having read and considered the Joint Motion to Maintain Exhibits B-1 and B-2 to Settlement Agreement Under Seal and Brief in Support [Doc. 374], and for good cause shown, IT IS HEREBY ORDERED that the Motion is **GRANTED**. Exhibits B-1 and B-2 to the Settlement Agreement and Release [Doc. 373-9] shall be maintained UNDER SEAL, and the parties, their counsel, and the Settlement Administrator shall not disclose, or cause the disclosure of, those exhibits to the public or any third party.

Indianapolis, Indiana, this _____ day of _____, 2021.

_____
HON. TANYA WALTON PRATT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Distribution to all electronically registered counsel of record via CM/ECF