IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:14-cv-01589-TWP-DLP |

**[PROPOSED] ORDER**

The Court having read and considered the Motion to Withdraw Previously Filed Joint Motion to Maintain Exhibits B-1 and B-2 to Settlement Agreement Under Seal and Brief in Support [Doc. 375], and for good cause shown, IT IS HEREBY ORDERED that the Motion is **GRANTED**.

Indianapolis, Indiana, this _____ day of _____, 2021.

_____
HON. TANYA WALTON PRATT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Distribution to all electronically
registered counsel of record via
CM/ECF