UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RED BARN MOTORS, INC., | ) | |
| PLATINUM MOTORS, INC., | ) | |
| MATTINGLY AUTO SALES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-01589-TWP-DLP |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter comes before the Court on the parties' Joint Motion to Maintain

Exhibits B-1 and B-2 to Settlement Agreement Under Seal, Dkt. [377]. The Court,

being duly advised and finding good cause, hereby **GRANTS** said Motion. Docket

No. 376, including all attachments, shall be maintained **UNDER SEAL**.

So ORDERED.

Date: 6/8/2021

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email