IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, <br><br> Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

**JOINT MOTION TO HOLD FINAL APPROVAL HEARING REMOTELY**

Plaintiffs Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc. (collectively, "Plaintiffs") and Defendant NextGear Capital, Inc. ("NextGear") hereby jointly move the Court to conduct the upcoming Final Approval Hearing (the "Fairness Hearing") remotely using Zoom or similar technology. The Fairness Hearing is presently scheduled to commence on Tuesday, September 28, 2021, at 2:00 p.m. in the Birch Bayh Federal Building & United States Courthouse, Courtroom 344, 46 East Ohio Street, Indianapolis, Indiana 46204.

On June 7, 2021, the Court entered an order granting Plaintiffs' motion for preliminary approval of the Settlement Agreement.  Dkt. 378 (the "Order").  In the Order, the Court set the Fairness Hearing for September 28, 2021, and ordered that Objections and Opt-Out Requests be submitted no later than September 10, 2021.  The Order also approved Donlin Recano & Company, Inc. ("Donlin Recano") as Settlement Administrator, and set deadlines to mail Class Notice and for briefing the motion for final approval.  The motion for final approval will be filed on or before August 27, 2021.

Given that many of the lawyers representing the parties in this case are located out-of-state, and that travel to the Court may be unsafe due to the ongoing coronavirus pandemic, Plaintiffs and NextGear respectfully request that the Fairness Hearing scheduled for September 28, 2021, be held remotely using Zoom or similar technology.

Respectfully submitted, this 24th day of August, 2021.

/s/ Tracey K. Ledbetter (w/consent)
Thomas M. Byrne (*pro hac vice*)
Tracey K. Ledbetter (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
(404) 853-8000
(404) 853-8806 fax
tombyrne@eversheds-sutherland.com
traceyledbetter@eversheds-sutherland.com

David J. Jurkiewicz (18018-53)
Paul D. Vink (23785-32)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
djurkiewicz@boselaw.com
pvink@boselaw.com

*Attorneys for Defendant NextGear Capital, Inc. f/k/a Dealer Services Corporation*

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney (#18604-49)
DELANEY & DELANEY LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone: (317) 920-0400
Facsimile: (317) 0404
Kathleen@delaneylaw.net

2

Kerry A. Murphy (*pro hac vice*)
KERRY MURPHY LAW LLC
715 Girod Street, Suite 250
New Orleans, LA 70130
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
kmurphy@kerrymurphylaw.com

James M. Garner (*pro hac vice*)
Ryan D. Adams (*pro hac vice*)
Jacob A. Airey (*pro hac vice*)
SHER GARNER CAHILL RICHTER KLEIN &
HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
radams@shergarner.com
jairey@shergarner.com

Gladstone N. Jones, III (*pro hac vice*)
Lynn E. Swanson (*pro hac vice*)
JONES SWANSON HUDDELL &
DASCHBACH LLC
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
gjones@jonesswanson.com
lswanson@jonesswanson.com

Cassie E. Felder (*pro hac vice*)
THE CASSIE FELDER LAW FIRM
7515 Jefferson Hwy., #313
Baton Rouge, LA 70806
Main: (504) 232-1733
Cell: (504) 400-1127
cassie@cassiefelderlaw.com

*Attorneys for Plaintiffs and the Class*