IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION,<br><br>　　　Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

**[PROPOSED] ORDER GRANTING JOINT MOTION
TO HOLD FINAL APPROVAL HEARING REMOTELY**

Upon consideration of the Joint Motion to Hold Final Approval Hearing Remotely (the "Motion"), IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The Final Approval Hearing scheduled for September 28, 2021, at 2:00 p.m. (Eastern) will be held remotely using videoconference or teleconference technology; and

3. The Clerk of the Court is instructed to direct parties on how to access the remote hearing no later than September 24, 2021.

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2021　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. TANYA WALTON PRATT
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　SOUTHERN   DISTRICT   OF   INDIANA

Distribution to all counsel of record via CM/ECF

1