IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION,<br><br>    Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

**ORDER GRANTING JOINT MOTION**
**TO HOLD FINAL APPROVAL HEARING REMOTELY**

Upon consideration of the Joint Motion to Hold Final Approval Hearing Remotely (the "Motion"), IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The Final Approval Hearing scheduled for September 28, 2021, at 2:00 p.m. (Eastern) will be held remotely using videoconference or teleconference technology; and

3. The Courtroom Deputy Clerk will instruct parties on how to access the remote hearing no later than September 24, 2021.

4. The Court will participate in the remote hearing from the Courtroom, and thus be available in the event any objectors or others appear in person.

    IT IS SO ORDERED.

Date: 8/25/2021

                                                                            Hon. Tanya Walton Pratt, Chief Judge
                                                                           United States District Court
                                                                           Southern District of Indiana

Distribution to all counsel of record via CM/ECF