IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:14-cv-01589-TWP-DLP |

MOTION FOR ATTORNEYS' FEES, EXPENSES,
AND REPRESENTATIVE PLAINTIFFS' INCENTIVE AWARDS

    Class Counsel[1] for Plaintiffs Red Barn Motors, Inc. ("Red Barn"), Platinum Motors, Inc. ("Platinum Motors"), and Mattingly Auto Sales, Inc. ("Mattingly Auto"), on behalf of a certified class of 17,208 used car dealerships (collectively, "Plaintiffs") respectfully move this Court for an Order awarding Class Counsel legal fees of 1/3 of the Common Fund as well as reimbursement of $300,000.00 in costs in conjunction with the proposed "Settlement Agreement" with Defendant NextGear Capital, Inc., formerly known as Dealer Services Corporation, ("NextGear"). Class Counsel have previously moved the Court for preliminary approval of the Settlement Agreement.

---

[1] Capitalized terms have the definitions assigned to them in Plaintiffs' Motion for Preliminary Approval [Filing No. 373].

which the Court granted. [Filing no. 378]. Plaintiffs recognize that they and Class Counsel will not be entitled to the fees, expenses, and incentive awards requested in this motion unless this Court enters an order granting final approval of the Settlement Agreement. Furthermore, the relief requested in this motion is not intended to alter the procedures for disbursement of these amounts as set forth in the Settlement Agreement.

WHEREFORE, for the reasons set forth in the attached Memorandum in Support of Motion for Attorneys' Fees, Expenses, and Representative Plaintiffs' Incentive Awards, the Declarations and Exhibits incorporated therein and attached hereto, the Plaintiffs request that the Court enter an Order awarding Class Counsel legal fees of 1/3 of the Common Fund as well as reimbursement of $300,000.00 in costs in conjunction with the proposed Settlement Agreement.

Respectfully submitted, this 27th day of August, 2021.

    __s/James M Garner_____
James M. Garner (*pro hac vice*)
Ryan D. Adams (*pro hac vice*)
Jacob A. Airey (*pro hac vice*)
SHER GARNER CAHILL RICHTER KLEIN &
HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
radams@shergarner.com
jairey@shergarner.com

Gladstone N. Jones, III (*pro hac vice*)
Lynn E. Swanson (*pro hac vice*)
JONES SWANSON HUDDELL &
DASCHBACH LLC
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
gjones@jonesswanson.com
lswanson@jonesswanson.com

        Kerry A. Murphy (*pro hac vice*)
        KERRY MURPHY LAW LLC
        715 Girod Street, Suite 250
        New Orleans, LA 70130
        Telephone: (504) 603-1502
        Facsimile: (504) 603-1503
        kmurphy@kerrymurphylaw.com

        Kathleen A. DeLaney (#18604-49)
        DELANEY & DELANEY LLC
        3646 North Washington Blvd.
        Indianapolis, IN 46205
        Telephone: (317) 920-0400
        Facsimile: (317) 0404
        Kathleen@delaneylaw.net

        Cassie E. Felder (*pro hac vice*)
        THE CASSIE FELDER LAW FIRM
        7515 Jefferson Hwy., #313
        Baton Rouge, LA 70806
        Main: (504) 232-1733
        Cell: (504) 400-1127
        cassie@cassiefelderlaw.com

        ***Attorneys for Plaintiffs and the Class***