**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**(Indianapolis Division)**

| | | |
|---|---|---|
| **RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually, and on behalf of other members of the general public similarly situated,** | * * * * * * * | **DOCKET NO. 1:14-cv-01589-TWP-DLP**<br><br>**CLASS ACTION** |
| **v.** | * * | |
| **NEXTGEAR CAPITAL, INC., F/K/A DEALER SERVICES CORPORATION,** | * * * * | |

**THE WALL STREET JOURNAL AFFIDAVIT OF PUBLICATION FOR LEGAL NOTICE OF SETTLEMENT OF CLASS ACTION LAWSUIT**

Dated: July 9, 2021
Brooklyn, New York

DONLIN, RECANO & COMPANY, INC.

[signature]

Nora Morales
Director
6201 15th Avenue
Brooklyn, New York 11219
Telephone: 212-481-1411
Email: nmorales@donlinrecano.com

**EXHIBIT 4**

# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Tan Lo, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): JUL-09-2021;

ADVERTISER: Red Barn Motors, INC.;

and that the foregoing statements are true and correct to the best of my knowledge.

TanL

______________________________

Sworn to before me this
09 day of July 2021

______________________________
Notary Public

IAN C MARTIN
NOTARY PUBLIC
ID #
50086494
COMMISSION
EXPIRES
7/18/2023
STATE OF NEW JERSEY

# BIGGEST 1,000 STOCKS

## How to Read the Stock Tables

The following explanations apply to NYSE, NYSE Arca, NYSE American and Nasdaq Stock Market listed securities. Prices are composite quotations that include primary market trades as well as trades reported by Nasdaq BX (formerly Boston), Chicago Stock Exchange, Cboe, NYSE National and Nasdaq ISE.
The list comprises the 1,000 largest companies based on market capitalization.
**Underlined quotations** are those stocks with large changes in volume compared with the issue's average trading volume.
**Boldfaced quotations** highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

**Footnotes:**
▲-New 52-week high.
▼-New 52-week low.
**dd**-Indicates loss in the most recent four quarters.
**FD**-First day of trading.
**h**-Does not meet continued listing standards
**lf**-Late filing
**q**-Temporary exemption from Nasdaq requirements.
**t**-NYSE bankruptcy
**v**-Trading halted on primary market.
**vj**-In bankruptcy or receivership or being reorganized under the Bankruptcy Code, or securities assumed by such companies.

**Wall Street Journal stock tables reflect composite regular trading as of 4 p.m. and changes in the closing prices from 4 p.m. the previous day.**

Thursday, July 8, 2021

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| [illegible] | | | |

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

CLASS ACTION

**LEGAL NOTICE OF SETTLEMENT OF CLASS ACTION LAWSUIT**

**If you are a used car dealer who had floorplan agreement(s) with Dealer Services Corporation, now known as NextGear Capital, Inc., at any time between January 2005 and July 2013, and floor planned one or more vehicles with DSC/NextGear under such agreement, but did not sign an agreement containing an arbitration or class action waiver provision, you may be eligible for a payment in a class action settlement.**

This Summary Notice is to alert you to a proposed settlement of a class action totaling $6,750,000 reached with NextGear Capital, Inc., formerly known as Dealer Services Corporation ("NextGear") in a case pending in the Southern District of Indiana, styled *Red Barn Motors, et al. v. NextGear Capital, Inc., et al.*, Case No. 1:14-cv-01589-TWP-DLP (the "Litigation"). NextGear denies any liability, fault, or wrongdoing of any kind in connection with the allegations in the Litigation.

A complete version of the Notice of Settlement of Class Action Lawsuit ("Notice") describes the terms in more detail and is available for your review at www.donlinrecano.com/rbm. Capitalized terms used in this Summary Notice are defined in the Notice.

**What is this lawsuit about and who is a member of the settlement class?** The Class Representatives, on their own behalf and on behalf of the Class Members, allege that NextGear breached its contracts with Class Members by charging interest on money not yet actually loaned with respect to certain advances, resulting in additional interest charges that the Class Members never agreed to pay. The Class Representatives filed this lawsuit to ask the Court to find that NextGear's alleged conduct caused money damages. NextGear denies these allegations, denies that it breached the contracts with the Class Members, and denies all liability.

The Court has certified a Class and California Subclass of dealers who could pursue a breach of contract claim against NextGear as a class action. The Class and California Subclass were defined as follows:

Class: All used car dealers in the United States of America that were parties to a floorplan agreement with DSC, n/k/a NextGear, effective during the time period of January 2005 through July 2013, and that floor planned one or more vehicles with DSC/NextGear under such agreement, excluding any dealer that signed an agreement containing an arbitration or class action waiver provision.

California Subclass: All California used car dealers that were parties to a floorplan agreement with DSC, n/k/a NextGear, effective during the time period of January 2005 through July 2013, which floorplan agreement requires the application of California law, and that floor planned one or more vehicles with DSC/NextGear under such agreement, excluding any dealer that signed an agreement containing an arbitration or class action waiver provision.

Class Members were notified of class certification in 2020 as required by the Court, and Class Members were given the opportunity to opt out of the Class and the California Subclass at that time. If you come within the definition of the Class and/or the California Subclass and did not timely opt out in writing, you are a Class Member and you may no longer opt out of the class.

**What are the terms of the proposed settlement?** In consideration for a release from Class Members, which is described more fully in the Notice, NextGear will pay a total of $6,750,000, comprised of a cash payment of $4,250,000 and a setoff credit against amounts Class Members owe to NextGear of $2,500,000 (together, the "Common Fund"). The Common Fund will be used (a) to pay all of the costs and expenses incurred in connection with providing notice to Class Members and administering, calculating, and distributing compensation to Class Members; (b) to pay the attorneys' fees and expenses awarded to Class Counsel by the Court; and (c) to distribute cash compensation and setoff credits to Class Members in the manner provided by the Settlement Agreement.

**How much money will I receive from the Settlement?** Under the Allocation Plan, a Class Member who does not have any outstanding obligation to NextGear, or whose Damages Claim exceeds the amount the Class Member owes to NextGear, will receive a cash payment from the Common Fund, subject to certain minimum thresholds. A Class Member who has any outstanding obligation to NextGear will receive a setoff credit allocation. Details about the Allocation Plan are available at www.donlinrecano.com/rbm.

**Who is representing me and what will they receive?** The Court has appointed the following lawyers as Class Counsel to represent Class Members in the Litigation: Kathleen A. Delaney, Delaney & Delaney LLC; Gladstone N. Jones, III and Lynn Swanson, Jones Swanson Huddell & Daschbach LLC; Kerry A. Murphy, Kerry Murphy Law LLC; James M. Garner, Ryan D. Adams, and Jacob A. Airey, Sher Garner Cahill Richter Klein & Hilbert, LLC; and Cassie E. Felder, The Cassie Felder Law Firm. Contact information for Class Counsel is available at www.donlinrecano.com/rbm.

Class Counsel will seek an award of attorneys' fees in the amount of $2,250,000 (which is one-third of the Common Fund) and an award of actual litigation expenses of up to $300,000, both of which are subject to Court approval. Additionally, the Class Representatives will ask the Court to allow payment of reasonable and necessary administrative expenses in an amount up to $400,000. Any award of attorneys' fees, costs, and expenses approved by the Court will be payable from the Common Fund.

**What are my rights?** If you are a Class Member, you will release certain legal rights against NextGear and others, as explained in the Notice and Settlement Agreement, which are available at www.donlinrecano.com/rbm. You may object to the Settlement, Allocation Plan, and/or application for an award of attorneys' fees, payment of litigation costs and expenses, and/or Service Awards for the Class Representatives. If you want to object, you must do so by mailed notice postmarked no later than **September 1, 2021**, or by electronically filing with the Court no later than **September 10, 2021**. Information on how to object is contained in the detailed Notice, which is available at www.donlinrecano.com/rbm.

**When is the Final Approval Hearing?** A Final Approval Hearing will be held on **September 28, 2021**, at **2:00 p.m.** in the Birch Bayh Federal Building & United States Courthouse, Courtroom 344, 46 East Ohio Street, Indianapolis, IN, 46204. At the Hearing, the Court will consider several different issues, including whether to finally approve the Settlement, the Allocation Plan, and the application for an award of attorneys' fees, payment of litigation costs and expenses, and any Service Awards for the Class Representatives. You or your lawyer may ask to appear and speak at the hearing at your own expense, but you do not have to. Any changes to the time and place of the Final Approval Hearing, or other deadlines, will be posted to www.donlinrecano.com/rbm as soon as practicable.

**For more information, call 1-866-745-0266 or visit www.donlinrecano.com/rbm.**

***Please do not contact the Court or the Court Clerk regarding this matter.***

BUSINESS OPPORTUNITIES

**DIABETES REVERSAL TELEMEDICINE COMPANY WITH ONLY ISSUED PATENT IN THE WORLD**

Limited Investment opportunities in our Type 2 Diabetes Reversal Telemedicine Company. CEO/Founder has 30-year track record, proven results, life-changing testimonials, celebrity spokesmen and the only Patented Type 2 Diabetes Reversal system in the world. Clients join via our Online Digital Platform & App from the comfort of their home and receive 7 days a week doctor support. 100% guarantee clients will be off their Diabetic meds or their money back. Call **(800) 937-2401** for further information.

**Innovation Partners, LLC**
**Investment Bankers /Placement Agents/ Third-Party Fund Marketers....**
Start your independent practice and earn more with us! We offer a full array of broker-dealer services to support your practice from compliance oversight to research and technology. For more details please visit us at ***innovationpartnersllc.com/placementagents***

THE WALL STREET JOURNAL.
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds

© 2021 Dow Jones & Company, Inc. All Rights Reserved.

## Dividend Changes

Dividend announcements from July 8.

| Company | Symbol | Yld % | Amount New/Old | Frq | Payable / Record |
|---|---|---|---|---|---|
| **Increased** | | | | | |
| MV Oil Trust | MVO | 7.3 | .30 /.21 | Q | Jul23 /Jul16 |
| **Initial** | | | | | |
| Bank of Hawaii Pfd. A | BOHpA | 2.2 | .13975 | | Aug02 /Jul16 |
| Five Star Bancorp | FSBC | 2.5 | .15 | | Jul20 /Jul13 |
| **Foreign** | | | | | |
| Atlas | ATCO | 3.8 | .125 | Q | Jul30 /Jul20 |
| Atlas 7.95% Pfd. D | ATCOpD | 7.6 | .49687 | Q | Jul30 /Jul29 |
| Atlas Perp. Pfd. I | ATCOpI | 7.3 | .50 | Q | Jul30 /Jul29 |
| Atlas Pfd. Series H | ATCOpH | 7.6 | .49219 | Q | Jul30 /Jul29 |
| Dr Reddy's Labs ADR | RDY | 0.4 | .2846 | A | Jul08 / |
| Luxfer Holdings | LXFR | 2.3 | .125 | Q | Aug04 /Jul16 |
| Pyxis Tankers Pfd. A | PXSAP | 7.9 | .1615 | M | Jul20 /Jul13 |
| **Special** | | | | | |
| XBiotech | XBIT | ... | 2.50 | | Jul23 /Jul16 |

**KEY: A: annual; M: monthly; Q: quarterly; r: revised; SA: semiannual; S2:1: stock split and ratio; SO: spin-off.**

## Borrowing Benchmarks

**wsj.com/market-data/bonds/benchmarks**

## Money Rates

July 8, 2021

Key annual interest rates paid to borrow or lend money in U.S. and international markets. Rates below are a guide to general levels but don't always represent actual transactions.

**Inflation**

| | May index level | Chg From (%) April '21 | May '20 |
|---|---|---|---|
| **U.S. consumer price index** | | | |
| All items | **269.195** | 0.80 | 5.0 |
| Core | **275.893** | 0.70 | 3.8 |

**International rates**

| | Latest | Week ago | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **Prime rates** | | | | |
| U.S. | **3.25** | 3.25 | 3.25 | 3.25 |
| Canada | **2.45** | 2.45 | 2.45 | 2.45 |
| Japan | **1.475** | 1.475 | 1.475 | 1.475 |
| **Policy Rates** | | | | |
| Euro zone | **0.00** | 0.00 | 0.00 | 0.00 |
| Switzerland | **0.00** | 0.00 | 0.00 | 0.00 |
| Britain | **0.10** | 0.10 | 0.10 | 0.10 |
| Australia | **0.10** | 0.10 | 0.25 | 0.10 |
| **Overnight repurchase** | | | | |
| U.S. | **0.06** | 0.04 | 0.14 | -0.04 |

**U.S. government rates**

| | Latest | Week ago | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **Discount** | **0.25** | 0.25 | 0.25 | 0.25 |
| **Federal funds** | | | | |
| Effective rate | **0.1000** | 0.1000 | 0.1000 | 0.0500 |
| High | **0.1100** | 0.1100 | 0.1500 | 0.0700 |
| Low | **0.0200** | 0.0300 | 0.0700 | 0.0000 |
| Bid | **0.0800** | 0.0800 | 0.1000 | 0.0100 |
| Offer | **0.1200** | 0.1000 | 0.1200 | 0.0500 |

| | Latest | Week ago | 52-WEEK High | 52-WEEK Low |
|---|---|---|---|---|
| **Treasury bill auction** | | | | |
| 4 weeks | **0.050** | 0.050 | 0.105 | 0.000 |
| 13 weeks | **0.050** | 0.050 | 0.150 | 0.015 |
| 26 weeks | **0.050** | 0.055 | 0.165 | 0.030 |

**Secondary market**

| **Fannie Mae** 30-year mortgage yields | | | | |
|---|---|---|---|---|
| 30 days | **2.314** | 2.429 | 2.622 | 1.751 |
| 60 days | **2.353** | 2.466 | 2.674 | 1.804 |

**Other short-term rates**

| | Latest | Week ago | 52-Week high | 52-Week low |
|---|---|---|---|---|
| **Call money** | **2.00** | 2.00 | 2.00 | 2.00 |
| **Commercial paper (AA financial)** | | | | |
| 90 days | **0.11** | 0.10 | 0.25 | 0.04 |
| **Libor** | | | | |
| One month | **0.10038** | 0.10250 | 0.18675 | 0.07263 |
| Three month | **0.11900** | 0.14475 | 0.28013 | 0.11800 |
| Six month | **0.15700** | 0.16300 | 0.34850 | 0.14825 |
| One year | **0.23888** | 0.24438 | 0.48413 | 0.23325 |
| **Euro Libor** | | | | |
| One month | **-0.583** | -0.586 | -0.493 | -0.607 |
| Three month | **-0.552** | -0.548 | -0.435 | -0.574 |
| Six month | **-0.530** | -0.532 | -0.360 | -0.543 |
| One year | **-0.491** | -0.488 | -0.272 | -0.511 |
| **Secured Overnight Financing Rate** | **0.05** | 0.05 | 0.13 | 0.01 |

| | Latest | Value Traded | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **DTCC GCF Repo Index** | | | | |
| Treasury | **0.060** | 66.640 | 0.151 | -0.008 |
| MBS | **0.066** | 15.600 | 0.169 | 0.002 |

**Weekly survey**

| **Freddie Mac** | Latest | Week ago | Year ago |
|---|---|---|---|
| 30-year fixed | **2.90** | 2.98 | 3.03 |
| 15-year fixed | **2.20** | 2.26 | 2.51 |
| Five-year ARM | **2.52** | 2.54 | 3.02 |

**Notes on data:**
**U.S. prime rate** is the base rate on corporate loans posted by at least 70% of the 10 largest U.S. banks, and is effective March 16, 2020. **Other prime rates** aren't directly comparable; lending practices vary widely by location; **Discount rate** is effective March 16, 2020. **Secured Overnight Financing Rate** is as of July 7, 2021. **DTCC GCF Repo Index** is Depository Trust & Clearing Corp.'s weighted average for overnight trades in applicable CUSIPs. Value traded is in billions of U.S. dollars. **Federal-funds rates** are Tullett Prebon rates as of 5:30 p.m. ET.

Sources: Federal Reserve; Bureau of Labor Statistics; DTCC; FactSet; Tullett Prebon Information, Ltd.