**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, | ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Case No. 1:14-cv-01589-TWP-DLP** |
| v. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' [PROPOSED] ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL EXHIBITS C, D, E, AND F TO EXHIBIT 2 TO THE DECLARATION OF JOHN BURLACU**

This matter has come before the Court on Plaintiffs' Motion to Maintain Under Seal Exhibits C, D, E, and F to Exhibit 2 to the Declaration of John Burlacu of Donlin, Recano & Company, Inc., Attached to the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement (Filing No. 385). The Court having reviewed and considered the motion and its attachments, and good cause for this Order having been shown,      IT   IS   HEREBY ORDERED that:

Exhibits C, D, E, and F to Exhibit 2 to the Declaration of John Burlacu (Filing 384-2) be maintained under seal.

SO ORDERED, this _____ day of _____, 2021.

_____
United States District Judge

Distribution to all counsel of record via CM/ECF