IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION,<br><br>    Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

**DEFENDANT'S RESPONSE AND JOINDER IN
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs filed a Motion for Final Approval of Class Action Settlement on August 27, 2021 (Doc. 384), in which Plaintiffs asked the Court for final approval of the Settlement Agreement and Release previously submitted to the Court (Doc. 373-9) (the "Settlement Agreement"). Defendant NextGear Capital, Inc. ("NextGear") files this joinder in the Motion for Final Approval and states as follows:

1. NextGear joins in Plaintiffs' request for final approval of the Settlement Agreement.

2. NextGear does not oppose Class Counsel's application for attorneys' fees, costs, and expenses. NextGear also does not oppose the proposed incentive awards to the class representatives.

3. NextGear denies any and all liability and wrongdoing in this lawsuit and does not agree with or endorse the substantive legal positions taken, factual assertions made about

NextGear's interest charges or relationship with its customers, and arguments made in Plaintiffs' supporting papers, brief, and declarations.  Subject to the terms of the Settlement Agreement, in the event that the parties' settlement is for any reason not consummated and/or the Settlement Agreement is not approved in full by the Court, NextGear reserves its rights and defenses as they existed before the Settlement Agreement was executed.

Respectfully submitted, this 1st day of September, 2021.

       *s/ Tracey K. Ledbetter*
Thomas M. Byrne (*pro hac vice*)
Tracey K. Ledbetter (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
(404) 853-8000
(404) 853-8806 fax
tombyrne@eversheds-sutherland.com
traceyledbetter@eversheds-sutherland.com

David J. Jurkiewicz (18018-53)
Paul D. Vink (23785-32)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
djurkiewicz@boselaw.com
pvink@boselaw.com

*Attorneys for Defendant NextGear Capital, Inc. f/k/a Dealer Services Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 1st day of September, 2021:

Ryan D. Adams
James M. Garner
Jacob A. Airey
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
radams@shergarner.com
jgarner@shergarner.com
jairey@shergarner.com

Kerry A. Murphy
KERRY MURPHY LAW LLC
kmurphy@kerrymurphylaw.com

Cassie E. Felder
THE CASSIE FELDER LAW FIRM
cassie@cassiefelderlaw.com

Gladstone N. Jones, III
Lynn E. Swanson
JONES SWANSON HUDDELL &
DASCHBACH LLC
gjones@jonesswanson.com
lswanson@jonesswanson.com

Kathleen A. DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

                                        *s/ Tracey K. Ledbetter*
                                        Tracey K. Ledbetter