IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION,<br><br>    Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

**PLAINTIFFS' MOTION WITHDRAW PREVIOUSLY FILED PLEADINGS, DOCKET NOS. 384 THROUGH 387**

Plaintiffs give this Court and all counsel of record notice of its withdrawal of the previously-filed pleadings as follow: 1) Motion for Final Approval in its entirety, including the Memorandum in Support, the exhibits thereto, and the Proposed Order (Filing Nos. 384 and 384-1 through 7); 2) Motion to Maintain Exhibits C, D, E, and F To Exhibit 2 to The Declaration of John Burlacu of Donlin, Recano & Company, Inc., Attached to the Memorandum In Support of Plaintiffs' Motion For Final Approval of Class Action Settlement As Exhibit I (Filing No. 385); 3) SEALED Exhibits to Exhibit 2 to the Declaration of John Burlacu attached to the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement as Exhibit I , re [385] Motion (Other), [384] Motion (Other), filed by Plaintiffs MATTINGLY AUTO SALES, INC., PLATINUM MOTORS, INC., RED BARN MOTORS, INC. (Attachments: # (1) Sealed Exhibit C, # (2) Sealed Exhibit D, # (3) Sealed Exhibit E, # (4) Sealed Exhibit F) (Filing No. 386);

and 4) Plaintiffs [Proposed] Granting Motion To Maintain Under Seal Exhibits C, D, E, and F to Exhibit 2 to The Declaration of John Burlacu (Filing No. 387), and ask that the pleadings referenced above be withdrawn.

Respectfully submitted, this 2nd day of September, 2021.

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney (#18604-49)
DELANEY & DELANEY LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone: (317) 920-0400
Facsimile: (317) 920-0404
Kathleen@delaneylaw.net

Gladstone N. Jones, III (*pro hac vice*)
Lynn E. Swanson (*pro hac vice*)
JONES SWANSON HUDDELL &
DASCHBACH LLC
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
gjones@jonesswanson.com
lswanson@jonesswanson.com

James M. Garner (*pro hac vice*)
Ryan D. Adams (*pro hac vice*)
Jacob A. Airey (*pro hac vice*)
SHER GARNER CAHILL RICHTER KLEIN & HILBERT,
L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
radams@shergarner.com
jairey@shergarner.com

        Kerry A. Murphy (*pro hac vice*)
        KERRY MURPHY LAW LLC
        715 Girod Street, Suite 250
        New Orleans, LA 70130
        Telephone: (504) 603-1502
        Facsimile: (504) 603-1503
        kmurphy@kerrymurphylaw.com

        Cassie E. Felder (*pro hac vice*)
        THE CASSIE FELDER LAW FIRM
        7515 Jefferson Hwy., #313
        Baton Rouge, LA 70806
        Main: (504) 232-1733
        Cell: (504) 400-1127
        cassie@cassiefelderlaw.com

        ***Attorneys for Plaintiffs and the Class***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 2nd day of September, 2021:

Paul D. Vink
pvink@boselaw.com

Tracey K. Ledbetter
traceyledbetter@eversheds-sutherland.com

Steven D. Groth
sgroth@boselaw.com

David J. Jurkiewicz
djurkiewicz@boselaw.com

Thomas M. Byrne
tombyrne@eversheds-sutherland.com

Gladstone N. Jones
gjones@jonesswanson.com

Lynn E. Swanson
lswanson@jonesswanson.com

Cassie E. Felder
cassie@cassiefelderlaw.com

Kerry A. Murphy
kmurphy@kerrymurphylaw.com

James M. Garner
jgarner@shergarner.com

Ryan D. Adams
radams@shergarner.com

Jacob A. Airey
jairey@shergarner.com

                                          /s/ Kathleen A. DeLaney
                                          Kathleen A. DeLaney