# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION,<br><br>  Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

## [PROPOSED] ORDER

The Court having read and considered the Motion to Withdraw Previously Filed Pleadings, Docket Nos. 384 through 387], and for good cause shown, IT IS HEREBY ORDERED that the Motion is **GRANTED**.

Indianapolis, Indiana, this _____ day of _____, 2021.

_____
HON. TANYA WALTON PRATT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Distribution to all electronically
registered counsel of record via CM/ECF