IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, <br><br> Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Class Counsel[1] for Plaintiffs Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc., on behalf of a certified class of 17,208 used car dealerships (collectively, "Plaintiffs") respectfully move this Court pursuant to Fed. R. Civ. P. 23 for an Order (1) granting final approval of the Settlement Agreement with Defendant NextGear Capital Inc., finding its terms fair, reasonable, and adequate; (2) designating Plaintiffs as Settlement Class Representatives; (3) appointing attorneys from Sher Garner Cahill Richter Klein & Hilbert, L.L.C; Jones Swanson Huddell & Daschbach LLC; Kerry Murphy Law LLC; DeLaney & DeLaney LLC; and Cassie Felder Law Firm as Settlement Class Counsel; (4) approving the Allocation Plan set forth in the Settlement Agreement; and (5) confirming the appointment of Donlin Recano & Co.,

---

[1] Capitalized terms have the definitions assigned to them in Plaintiffs' Settlement Agreement and Release. Filing No. 373-9.

1

Inc. as Settlement Administrator for the purposes of continuing to respond to Class Members with questions and distributing Settlement proceeds in accordance with the Allocation Plan.

This motion is supported by the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, together with its supporting declaration and exhibits.

Respectfully submitted, this 2nd day of September, 2021.

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney (#18604-49)
DELANEY & DELANEY LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone: (317) 920-0400
Facsimile: (317) 920-0404
Kathleen@delaneylaw.net

Gladstone N. Jones, III (*pro hac vice*)
Lynn E. Swanson (*pro hac vice*)
JONES SWANSON HUDDELL &
DASCHBACH LLC
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
gjones@jonesswanson.com
lswanson@jonesswanson.com

James M. Garner (*pro hac vice*)
Ryan D. Adams (*pro hac vice*)
Jacob A. Airey (*pro hac vice*)
SHER GARNER CAHILL RICHTER KLEIN & HILBERT,
L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
radams@shergarner.com
jairey@shergarner.com

                    Kerry A. Murphy (*pro hac vice*)
                    KERRY MURPHY LAW LLC
                    715 Girod Street, Suite 250
                    New Orleans, LA 70130
                    Telephone: (504) 603-1502
                    Facsimile: (504) 603-1503
                    kmurphy@kerrymurphylaw.com

                    Cassie E. Felder (*pro hac vice*)
                    THE CASSIE FELDER LAW FIRM
                    7515 Jefferson Hwy., #313
                    Baton Rouge, LA 70806
                    Main: (504) 232-1733
                    Cell: (504) 400-1127
                    cassie@cassiefelderlaw.com

                    ***Attorneys for Plaintiffs and the Class***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic service notification system, this 2nd day of September, 2021:

Paul D. Vink
pvink@boselaw.com

Tracey K. Ledbetter
traceyledbetter@eversheds-sutherland.com

Steven D. Groth
sgroth@boselaw.com

David J. Jurkiewicz
djurkiewicz@boselaw.com

Thomas M. Byrne
tombyrne@eversheds-sutherland.com

Gladstone N. Jones
gjones@jonesswanson.com

Lynn E. Swanson
lswanson@jonesswanson.com

Cassie E. Felder
cassie@cassiefelderlaw.com

Kerry A. Murphy
kmurphy@kerrymurphylaw.com

James M. Garner
jgarner@shergarner.com

Ryan D. Adams
radams@shergarner.com

Jacob A. Airey
jairey@shergarner.com

/s/ Kathleen A. Delaney
Kathleen A. Delaney

Distribution to all electronically
registered counsel of record via CM/ECF