IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION,<br><br>　　　Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

**PLAINTIFFS' [PROPOSED] ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL EXHIBITS C, D, E, AND F TO EXHIBIT 2 TO THE DECLARATION OF JOHN BURLACU**

This matter has come before the Court on Plaintiffs' Motion to Maintain Under Seal Exhibits C, D, E, and F to Exhibit 2 to the Declaration of John Burlacu of Donlin, Recano & Company, Inc., attached to the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement (Filing No. 390-1; 390-2). Exhibits C, D, E, and F were filed under seal (Filing No. 391 through 391-4). The Court having reviewed and considered the motion and its attachments, and good cause for this Order having been shown,

IT IS HEREBY ORDERED that:

Exhibits C, D, E, and F to Exhibit 2 to the Declaration of John Burlacu (Sealed Filing No. 391 through 391-4) shall be maintained under seal.

SO ORDERED, this ____ day of _____, 2021.

2

_____
United States District Judge
Southern District of Indiana

Distribution to all electronically
registered counsel of record via CM/ECF