UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., ) | |
| PLATINUM MOTORS, INC., ) | |
| MATTINGLY AUTO SALES, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:14-cv-01589-TWP-DLP |
| ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on the Plaintiffs' Motion to Maintain Under Seal Exhibits C, D, E, and F to Exhibit 2 to the Declaration of John Burlacu of Donlin, Recano & Company, Inc., Attached to the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Dkt. [392]. The Court, being duly advised, hereby **GRANTS** said Motion. Docket No. 391, including all attachments, which are Exhibits C, D, E, and F to Exhibit 2 to Mr. Burlacu's Declaration, shall be maintained **UNDER SEAL**.

So ORDERED.

Date: 9/7/2021

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email