**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., MATTINGLY AUTO SALES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION, successor by merger with Manheim Automotive Financial Services, Inc., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>No. 1:14-cv-01589-TWP-DLP |

## ENTRY FOLLOWING FAIRNESS HEARING HELD SEPTEMBER 28, 2021

This matter is before the Court regarding the fairness and adequacy of the proposed settlement. Attorney Kathleen DeLaney, Kerry Murphy and Lynn Swanson appeared on behalf of all plaintiffs. Attorney Paul Vink, Tom Byrne and Tracey Ledbetter appeared on behalf of Defendants. The Court Reporter was David Moxley.

Attorney DeLaney presented argument in support of Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 390).

Attorney Vink also presented argument in support of Plaintiffs' Motion.

No objectors or members of the public appeared.

The Court found the settlement fair and reasonable and will grant Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 390) and Motion for Attorneys' Fees, Expenses and Representative Plaintiffs' Incentive Awards (Dkt. 383).

IT IS SO ORDERED.

Date: 9/28/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Ryan D. Adams
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT LLC
radams@shergarner.com

Jacob A. Airey
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, LLC.
jairey@shergarner.com

Thomas M. Byrne
EVERSHEDS SUTHERLAND (US) LLP
tombyrne@eversheds-sutherland.com

Matthew M. Coman
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT LLC
mcoman@shergarner.com

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Cassie E. Felder
THE CASSIE FELDER LAW FIRM
cassie@cassiefelderlaw.com

James M. Garner
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, LLC
jgarner@shergarner.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Gladstone N. Jones
JONES SWANSON HUDDELL &
GARRISON, LLC
gjones@jonesswanson.com

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
(Indianapolis)
djurkiewicz@boselaw.com

Tracey K. Ledbetter
EVERSHEDS SUTHERLAND (US) LLP
traceyledbetter@eversheds-sutherland.com

Jason S. McCarter
EVERSHEDS SUTHERLAND (US) LLP
jason.mccarter@sutherland.com

Kerry A. Murphy
KERRY MURPHY LAW LLC
kmurphy@kerrymurphylaw.com

Lynn E. Swanson
JONES, SWANSON, HUDDELL&
GARRISON, LLC
lswanson@jonesswanson.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
pvink@boselaw.com