# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RED BARN MOTORS, INC., PLATINUM MOTORS, INC., and MATTINGLY AUTO SALES, INC., individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC. f/k/a DEALER SERVICES CORPORATION,<br><br>    Defendant. | Case No. 1:14-cv-01589-TWP-DLP |

### ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND REPRESENTATIVE PLAINTIFFS' INCENTIVE AWARDS

Upon consideration of Plaintiffs' Motion for Attorneys' Fees, Expenses, and representative Plaintiffs' Incentive Awards,

**IT IS HEREBY ORDERED THAT:**

1.   Having granted final approval of the Settlement Agreement, an attorneys' fee award of $2,250,000.00, representing one-third of the Common Fund, is fair and reasonable in light of the riskiness of this case, the work performed by Class Counsel, and the prevailing rate for attorneys' fees in similarly complex class actions. Class Counsel is therefore be entitled to an award of $2,250,000.00 from the Settlement Fund, to be paid

to Class Counsel according to the terms of the Settlement Agreement.

2.      Having granted final approval of the Settlement Agreement, Class Counsel shall be entitled to reimbursement for $300,000.00 of litigation and settlement administration expenses. These expenses shall be reimbursed according to the terms and subject to the limitations set forth in the Settlement Agreement.

3.      Having granted final approval of the Settlement Agreement, Plaintiffs Red Barn Motors, Inc., Platinum Motors, Inc., and Mattingly Auto Sales, Inc., shall each be entitled to a $7,500.00 incentive award, to be paid according to the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Date: 9/28/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF