

Gigi Reed
greed@jonesswanson.com

February 8, 2023

**Via U.S. Mail**
Honorable Laura A. Briggs
Clerk of Court
United States District Court
Southern District of Indiana
Indianapolis Division
46 East Ohio Street, Room 105
Indianapolis, IN 46204

Re:   *Red Barn Motors, Inc., et al v. Cox Enterprises, Inc., et al*
U.S.D.C., Southern District of Indiana, Case No. 1:14-cv-01589
**Our File No.: RB 683**

Dear Hon. Briggs,

Please be advised our firm name has changed to:

Jones Swanson Huddell LLC

Please be so kind as to update the above-referenced matter in your system. Thank you in advance for your assistance.

Sincerely,

Gigi Reed
Legal Assistant

/gr

Pan American Life Center  |  601 Poydras Street, Suite 2655  |  New Orleans, Louisiana 70130  |  504.523.2500 p  |  504.523.2508 f  |  jonesswanson.com