

JONES
SWANSON
HUDDELL LLC

NEW ORLEANS LA 700

11 FEB 2023 PM 1 L



US POSTAGE IMI PITNEY BOWES

ZIP 70130
02 7H
0001259345    $ 000.60⁰
            FEB 10 2023

Honorable Laura A. Briggs
Clerk of Court
United States District Court
Southern District of Indiana
Indianapolis Division
46 East Ohio Street, Room 105
Indianapolis, IN 46204

FILED

FEB 15 2023

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

46204-199999